# Exhibit 1

SCHEDULE OF WORKS

| PUBLISHER PLAINTIFF | COURSE TITLE AND SEMESTER | TITLE OF BOOK | TITLE OF EXCERPT(S) | AUTHOR | PAGES COPIED | COPYRIGHT REGISTRATION NUMBER |
|---|---|---|---|---|---|---|
| Cambridge University Press | Political Economy of Japan (POLS 4256), fall 2006<br><br>Political Economy of East Asia (POLS4255), fall 2007 | Democracy without Competition in Japan | Opposition Failure in Japan Background and Explanation (Chapter 2) | Ethan Scheiner | 31-63 | Application for Registration Filed and in Process |
| Cambridge University Press | Baroque Music (MUS8840), fall 2006 | Cambridge Companion to the Organ | Catholic Germany and Austria, 1648-1800<br><br>The North German Organ School | Patrick Russill<br><br>Geoffrey Webber | 204-218<br><br>219-235 | First published in United Kingdom |
| Cambridge University Press | Comparative Political Analysis (POLS8200), fall 2007 | States and Social Revolutions A Comparative Analysis of France, Russia, and China | Explaining Social Revolutions (Ch 1), Old-Regime States in Crisis (Ch 2) | Theda Skocpol | 3-46, 47-111 | TX-300-300 |
| Cambridge University Press | Material Design, Development and Publication (AL8660), fall 2007 | Materials Development in Language Teaching | Using corpus data in the classroom (Ch 1)<br><br>A framework for materials writing (Ch 4)<br><br>How writers write testimony from authors (Ch 6) | Gwyneth Fox<br><br>David Jolly & Rod Bolitho<br><br>Philip Prowse | 25-43<br><br>90-115<br><br>130-145 | TX 6-829-599<br><br>TX 6-829-5754<br><br>TX 6-829-750 |
| Cambridge University Press | Practicum (AL8900), fall 2007 | Focus on the Language Classroom | Receptivity the issues involved (Ch 9), Receptivity some relevant research (Ch 10) | Richard Allwright & Kathleen M Bailey | 157-168, 169-193 | TX 6-829-758 |

SCHEDULE OF WORKS

| PUBLISHER PLAINTIFF | COURSE TITLE AND SEMESTER | TITLE OF BOOK | TITLE OF EXCERPT(S) | AUTHOR | PAGES COPIED | COPYRIGHT REGISTRATION NUMBER |
|---|---|---|---|---|---|---|
| Cambridge University Press | American Legislative Process, (POLS8170), spring 2008 | Legislative Leviathan | Theory of Legislative Parties (Ch 5), Party Loyalty and Committee Assignments (Ch 7), Contingents and Parties (Ch 8) | Gary Cox & Mathew McCubbins | 99-126, 153-210 | Application for Registration Filed and in Process |
| Oxford University Press, Inc | Theories of the Public, fall 2006 | Science of Coercion Communication Research and Psychological Warfare 1945-1960 | Defining Psychological War (Chapter 1), World War and Early Communication Research (Chapter 2) | Christopher Simpson | 3-30 | TX-4-367-232 |
| Oxford University Press, Inc | Survey of World History Since 1500 (HIST1112), spring 2007 | White Supremacy A Comparative Study of American and South African History | Settlement and Subjugation, 1600-1840 (Chapter 1) | George M Frederickson | 3-53 | TX-625-807 |
| Oxford University Press, Inc | The Psychology of Young Children (EPY7090), fall 2007 (3 sections) | Awakening Children's Minds How Parents and Teachers Can Make a Difference (2001) | Learning in Classrooms (Ch 6) | Laura E Berk | 181-219 | TX 5-335-981 |
| Oxford University Press, Inc | African-American Male/Female Relationships (AAS4030), fall 2007 | The Slave Community Plantation Life in the Antebellum South | The Slave Family (Ch 4) | John W Blassingame | 149-191 | TX-367-220 A-381467 |

2

SCHEDULE OF WORKS

| PUBLISHER PLAINTIFF | COURSE TITLE AND SEMESTER | TITLE OF BOOK | TITLE OF EXCERPT(S) | AUTHOR | PAGES COPIED | COPYRIGHT REGISTRATION NUMBER |
|---|---|---|---|---|---|---|
| Oxford University Press, Inc | African-American Male/Female Relationships (AAS4030), spring 2008<br><br>African-American Family (AAS3000), spring 2008 | The Slave Community Plantation Life in the Antebellum South | The Slave Family (Ch 4), Plantation Realities (Ch 7) | John W Blassingame | 149-191, 249-283 | TX-367-220 A-381467 |
| SAGE Publications, Inc | Interpretive Inquiry in Education (EPS 9280), fall 2006 | Sage Handbook of Qualitative Research, Third Edition | Narrative Inquiry (Ch 25) | Susan Chase | 651-680 | TX 6-175-287 |
| | | Sage Handbook of Qualitative Research, Second Edition | Rethinking Observation From Method to Context (Ch 25) | Micheal Angrosino & Kimberly A mays de Perez | 673-702 | TX-3-721-799 TX-5-220-475 |
| SAGE Publications, Inc | Ethnographic Approaches (EPRS 8500), fall 2006 | Sage Handbook of Qualitative Research, Third Edition | Freeing Ourselves from Neocolonial Domination in Research (Ch 5) | Russell Bishop | 109-138 | TX 6-175-287 |

SCHEDULE OF WORKS

| PUBLISHER PLAINTIFF | COURSE TITLE AND SEMESTER | TITLE OF BOOK | TITLE OF EXCERPT(S) | AUTHOR | PAGES COPIED | COPYRIGHT REGISTRATION NUMBER |
|---|---|---|---|---|---|---|
| SAGE Publications, Inc | Qualitative Research (AL 8961), spring 2007 (Belcher) | Sage Handbook of Qualitative Research, Second Edition | Paradigmatic Controversies, Contradictions, and Emerging Confluences (Ch 6) | Yvonna S Lincoln & Egon G Guba | 163-188 | TX-3-721-799 TX-6-175-287 |
| | | | Case Studies (Ch 16) | Robert Stake | 435-454 | |
| | | | Ethnography and Ethnographic Representation (Ch 17) | Barbara Tedlock | 455-486 | |
| | | | Grounded Theory. Objectivist and Constructivist Methods (Ch 19) | Kathy Charmaz | 509-536 | |
| | | | The Interview From Structured Questions to Negotiated Text (Ch 24) | Andrea Fontana & James H Frey | 645-672 | |
| SAGE Publications, Inc | Qualitative Research (AL 8961), spring 2007 (Esposito) | Sage Handbook of Qualitative Research, Third Edition | Rethinking Critical Theory and Qualitative Research (Ch 12) | Joe L Kincheloe & Peter McLaren | 303-342 | TX 6-175-287 |
| | | | Narrative Inquiry (Ch 25) | Susan Chase | 651-680 | |
| SAGE Publications, Inc | Ethnographic Approaches (EPRS 8500), fall 2007 | Sage Handbook of Qualitative Research, Third Edition | Rethinking Critical Theory and Qualitative Research (Ch 12) | Joe L Kincheloe & Peter McLaren | 303-342 | TX 6-175-287 |
| | | | Narrative Inquiry (Ch 25) | Susan Chase | 651-680 | |

SCHEDULE OF WORKS

| PUBLISHER PLAINTIFF | COURSE TITLE AND SEMESTER | TITLE OF BOOK | TITLE OF EXCERPT(S) | AUTHOR | PAGES COPIED | COPYRIGHT REGISTRATION NUMBER |
|---|---|---|---|---|---|---|
| SAGE Publications, Inc | Qualitative/ Interpretive Research in Education I (EPS8500), fall 2007 | Sage Handbook of Qualitative Research, Third Edition | Freeing Ourselves from Neocolonial Domination in Research (Ch 5) | Russell Bishop | 109-138 | TX 6-175-287 |
| | | | Critical Humanism and Queer Theory Living With the Tensions (Ch 14) | Kenneth Plummer | 357-375 | |
| | | | Qualitative Case Studies (Ch 17) | Robert Stake | 443-465 | |
| | | | Testimonio, Subalternity, and Narrative Authority (Ch 22) | John Beverley | 547-558 | |
| | | | Narrative Inquiry (Ch 25) | Susan Chase | 651-680 | |
| | | | Relativism, Criteria, and Politics (Ch 36) | John Smith & Phil Hodkinson | 915-932 | |
| SAGE Publications, Inc | Qualitative Methods in Sociology (SOCI8342), fall 2007 | Sage Handbook of Qualitative Research, Second Edition | Rethinking Observation From Method to Context (Ch 25) | Micheal Angrosino & Kimberly A mays de Perez | 673-702 | TX-3-721-799 TX-5-220-475 |
| SAGE Publications, Inc | Women and Media (JOU4780) | Feminist Media Studies | Ch 2, 3, 4 | Liesbet van Zoonen | 11-65 | First published in United Kingdom |

5

SCHEDULE OF WORKS

| PUBLISHER PLAINTIFF | COURSE TITLE AND SEMESTER | TITLE OF BOOK | TITLE OF EXCERPT(S) | AUTHOR | PAGES COPIED | COPYRIGHT REGISTRATION NUMBER |
|---|---|---|---|---|---|---|
| SAGE Publications, Inc | Qualitative Research in Education II (EPRS8510), spring 2008 | Sage Handbook of Qualitative Research, Third Edition | Freeing Ourselves from Neocolonial Domination in Research (Ch 5) | Russell Bishop | 109-138 | TX 6-175-287 |
| | | | Critical Humanism and Queer Theory  Living With the Tensions (Ch 14) | Kenneth Plummer | 357-375 | |
| | | | Qualitative Case Studies (Ch 17) | Robert Stake | 443-465 | |
| | | | Testimonio, Subalternity, and Narrative Authority (Ch 22) | John Beverley | 547-558 | |
| | | | Narrative Inquiry (Ch 25) | Susan Chase | 651-680 | |
| | | | Relativism, Criteria, and Politics (Ch 26) | John Smith & Phil Hodkinson | 915-932 | |
| | | | Writing  a Method of Inquiry (Ch 38) | Laurel Richardson & Elizabeth Adams St  Pierre | 959-978 | |

SCHEDULE OF WORKS

| PUBLISHER PLAINTIFF | COURSE TITLE AND SEMESTER | TITLE OF BOOK | TITLE OF EXCERPT(S) | AUTHOR | PAGES COPIED | COPYRIGHT REGISTRATION NUMBER |
|---|---|---|---|---|---|---|
| SAGE Publications, Inc | Introduction to Community Psychology (PSYC8200), fall 2006<br><br>Introduction to Community Psychology (PSYC8200), fall 2007 | Changing the System Political Advocacy for Disadvantaged Groups | Understanding Successful Advocacy, Sharpening Advocacy Skills | Milan J Dluhy | 17-26, 91-108 | TX 6-826-963 |