# Exhibit 2







3



