# Exhibit 3



# ERes
*electronic reserves system*

Ereserves Home > Ereserves Index > Course Reserves Page          Admin Login | Help Pages | Help Videos

**ANTH4200 - Urban Anthropology (Spring 2007) - Guano**
**ANTH6200 - Urban Anthropology (Spring 2007) -**

| Course Info | Documents | Library Research Guides |

Open/Close All Folders | Help Opening Documents

| Title | Primary Author | Format | Size (KB) |
|---|---|---|---|
| Marc Auge', Non-Places. Introduction to an Anthropology of Supermodernity. London:Verso, 1995 (pp. 75-95, 96-107 and 108-115). | | Multiple Attached Files (3) | 3360 KB |
| Ana María Alonso, "Conforming Disconformity: "Mestizaje," Hybridity, and the Aesthetics of Mexican Nationalism," Cultural Anthropology, Nov 2004, Vol. 19, No. 4, pgs. 459-490. (Recommended reading). | | Other (PDF) | 2012 KB |
| Zygmunt Bauman, "Desert Spectacular" in K. Tester (ed.), The Flaneur, London:Routledge, 1994, pgs.138-157 | | Other (PDF) | 1163 KB |
| Marshall Berman, "Take it to the Streets. Conflict and Community in Public Space," in Dissent, Winter 1986, pgs.476-485. | | Other (PDF) | 755 KB |
| Teresa Caldeira, "Fortified Enclaves" in Public Culture, No. 8 1996, pgs. 303-328. | | Other (PDF) | 1599 KB |
| Tim Creswell, "Night Discourse. Producing/Consuming Meaning on the Street" in N. Fyfe (ed.) Images of the Street. Planning Identity and Control in Public Space. London: Routledge 1998, pgs. 268-279. | Tim Cresswell | Other (PDF) | 663 KB |
| Michel Foucault, "Of Other Spaces," in N. Mirzoeff (ed.), The Visual Culture Reader; London: Routledge 1998 | Michel Foucault | Other (PDF) | 622 KB |
| Carol Brooks Gardner, "Passing By: Street Remarks, Address Rights, and the Urban Female," in J. Baugh and J. Sherzer (eds.), | Carol Brooks Gardner | Other (PDF) | 1396 KB |

| | Description | Author | Type | Size |
|---|---|---|---|---|
| | Language in Use, Englewood Cliffs:Prentice-Hall, 1984; pgs. 148-164. | | | |
| 📄 | Emanuela Guano, "A Stroll through La Boca: The Politics and Poetics of Spatial Experience in a Buenos Aires' Neighborhood" Space and Culture, 2003, 6(4): 356-376 | Guano, Emanuela | Other (PDF) | 1958 KB |
| 📄 | Richard Handler, "On Having a Culture: Nationalism and the Preservation of Quebec's Patrimoine," in G.W. Stocking, Jr. (ed.) Objects and Others: Essays on Museums and Material Culture, Madison:University of Wisconsin Press, 1985, pgs. 192-217. | | Multiple Attached Files (2) | 2699 KB |
| 📄 | Dick Hebdige, Subculture: The Meaning of Style, London: Routledge, 1979; pgs.5-19. (Recommended reading) | Hebdige, Dick. | Other (PDF) | 795 KB |
| 📄 | James Holston, The Modernist City; Chicago: The University of Chicago Press, 1989 pgs. 101-111; 118-144. | James Holston | Other (PDF) | 2100 KB |
| 📄 | Jan Lin, Reconstructing Chinatown: Ethnic Enclave, Global Change, Minneapolis:University of Minnesota Press, 1998, pgs. 171-188. | Tam Liu | Other (PDF) | 1753 KB |
| 📄 | Setha Low, "The Edge and the Center: Gated Communities and the Discourse of Urban Fear," American Anthropologist, March 2001, Vol. 103, No. 1, pgs. 45-58. | | Other (PDF) | 2667 KB |
| 📄 | Don Mitchell, "The End of Public Space? People's Park, Definitions of the Public, and Democracy" in Annals of the Association of American Geographers, 85(1), 1995, pgs. 108-133 | | Other (PDF) | 2164 KB |
| 📄 | Timothy Mitchell, "Orientalism and the Exhibitionary Order" in N. Mirzoeff (ed.), The Visual Culture Reader; London: Routledge 1998; pgs. 293-303. | Timothy Mitchell | Other (PDF) | 641 KB |
| 📄 | Miles Richardson, "Being in the Market Versus Being in the Plaza: Material Culture and the Construction of Social Reality in Spanish America," American Ethnologist 9:421-436. | | Other (PDF) | 1137 KB |
| 📄 | David Sibley, Geographies of Exclusion, London: Routledge, 1995(pp. 32-48--Ch. 3: Border Crossings). | David Sibley | Other (PDF) | 1197 KB |

| | | | |
|---|---|---|---|
| David Sibley, Geographies of Exclusion, London: Routledge, 1995; (pp. 49-71--Ch. 4: Mapping the Pure and the Defiled) | Davey Sibley | Other (PDF) | 3257 KB |
| Jeffrey Sluka, "The Politics of Painting: Political Murals in Northern Ireland." In Carolyn Nordstrom and JoAnn Martin (eds.): The Paths to Domination, Resistance, and Terror. Berkeley: University of California Press, 1992; pgs. 190-216. | Jeffery Sluka | Multiple Attached Files (2) | 3662 KB |
| Neil Smith, The New Urban Frontier. Gentrification and the Revanchist City, London:Routledge, 1996; pgs.3-18; 92-116. Ch. 1 & 5 | Neil Smith | Multiple Attached Files (2) | 3751 KB |
| Vanderford, Audrey, "Ya Basta!- A Mountain of Bodies That Advances, Seeking the Least Harm Possible to Itself" in Opel, Andy, and Donnalyn Pompper (eds.), Representing Resistance: Media, Civil Disobedience, and the Global Justice Movement. Westport, CN: Praeger, 2003; pgs. 16-26. | | Other (PDF) | 559 KB |
| Michael Walzer, "Public Space. Pleasures and Costs of Urbanity", in Dissent, Winter 1986, pgs. 470-475 | | Other (PDF) | 477 KB |
| Sharon Zukin, The Cultures of Cities, Cambridge, MA:Blackwell, 1995; pgs. 1-47; 49-77 | Zukin, Sharon. | Multiple Attached Files (2) | 5858 KB |
| Rappaport, Erika. "A New Era of Shopping" | | Other (PDF) | 1297 KB |
| Other readings not listed in the syllabus | | Folder | - |
| Stewart, Susan. Crimes of Writing: Problems in the Containment of Representation. "Ceci Tuera Cela: Graffiti as Crime and Art" | | Other (PDF) | 1919 KB |
| Rosenbaum, Susanna. Producing Selves and Places in Los Angeles. | | Other (PDF) | 188 KB |
| Dicks, Bella. A Culture of Display | | Other (PDF) | 1680 KB |
| Guano, Emanuela, "Fair Ladies: The Place of Women Antique Dealers in a Postindustrial Italian City," Gender, Place and Culture: A Journal of Feminist Geography, 13 (2) (2006):105-122. | | Other (PDF) | 290 KB |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.02 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
(http://reserves.gsu.edu/eres/coursepage.aspx?cid=688&page=docs)



# ERes
### electronic reserves system

Ereserves Home > Ereserves Index > Course Reserves Page        Admin Login | Help Pages | Help Videos

**EPY8220 - Social and Personality Development (Spring 2007) - Garfin, Gray, Kruger**
**CPS8220 - Social and Personality Development (Spring 2007) -**

Course Info | Documents | Library Research Guides

Open/Close All Folders  |  Help Opening Documents

| Title | Primary Author | Format | Size (KB) |
|---|---|---|---|
| Theories for Understanding Development | | Folder | - |
| Van den Bergh, B.R.H. & Marcoen, A. (2004). High antenatal anxiety is related to ADHD symptoms, externalizing problems, and anxiety in 8- and 9-year olds. Child Development, 75, 1085-1097. | | Other (PDF) | 128 KB |
| Collins, W.A., Maccoby, E.E., Steinberg, L., Hetherington, E.M., & Bornstein, M.H. (2000). Contemporary research on parenting: The case for nature and nurture. American Psychologist, 55, 218-232. | | Other (PDF) | 2267 KB |
| Commentaries on Collins, et al. (2001). American Psychologist, 56, 168-172. | | Other (PDF) | 642 KB |
| Risk and Resilience | | Folder | - |
| Masten, A.S. (2001). Ordinary magic: Resilience processes in development. American Psychologist, 56, 227-238. | | Other (PDF) | 2619 KB |
| BACKGROUND READING: Schaeffer, H. R. (1996). Social development. Malden, MA: Blackwell. pp. 361-396. | | Other (PDF) | 1370 KB |
| Scheper-Hughes, N. (1985). Culture, scarcity, and maternal thinking: Maternal detachment and infant survival in a Brazilian shantytown. Ethos, 13, 291-317. | | Other (PDF) | 658 KB |

| | Infant Sociality | | Folder | - |
|---|---|---|---|---|
| | DeCasper, A.J., Lecanuet, J-P., Busnel, M-C., Granier-Deferre, C. et al. (1994). Fetal reactions to recurrent maternal speech. Infant Behavior and Development, 17, 159-164. | | Other (PDF) | 818 KB |
| | BACKGROUND READING: Schaeffer, H. R. (1996). Social development. Malden, MA: Blackwell. pp. 52-59, 79-90. | | Multiple Attached Files (2) | 734 KB |
| | Langlois, J.H., Ritter, J.M., Roggman, L.A., & Vaughn, L.S. (1992). Facial diversity and infant preferences for attractive faces. Developmental Psychology, 27, 79-84. | | Other (PDF) | 670 KB |
| | Striano, T. & Rochat, P. (2000). Emergence of selected social referencing in infancy. Infancy, 1, 253-264. | | Other (PDF) | 568 KB |
| | Attachment I: Contexts | | Folder | - |
| | NICHD (1997). The effects of infant child care on infant-mother attachment security: Results of the NICHD study of early child care. Child Development, 68, 860-879. | | Other (PDF) | 1702 KB |
| | Zeanah, C.H., Smyke, A.T., Koga, S.F., Carlson, E., The Bucharest Early Intervention Project Core Group (2005). Attachment in institutionalized and community children in Romania. Child Development, 76, 1015-1028. | | Other (PDF) | 139 KB |
| | Tomlinson, M., Cooper, P., & Murray, L. (2005). The mother-infant relationship and infant attachment in a South African peri-urban settlement. Child Development, 76, 1044-1054. | | Other (PDF) | 108 KB |
| | Attachment II: Consequences | | Folder | - |
| | Kochanska, G., Aksan, N., Knaack, A., & Rhines, H.M. (2004). Maternal parenting and children's conscience: Early security as moderator. Child Development, 75, 1229- | | Other (PDF) | 135 KB |

| | | | |
|---|---|---|---|
| | 1242. | | | |
| | Huth, Bocks, A.C., Levendosky, A.A., Bogat, G., & von Eye, A. (2004). The impact of maternal characteristics and contextual variables on infant-mother attachment. Child Development, 75, 480-496. | | Other (PDF) | 167 KB |
| | Sroufe, L. A., Egeland, B., Carlson, E.A., & Collins, W.A. (2005). The development of the person, pp.219-238. New York: Guilford. | | Other (PDF) | 551 KB |
| Child Care | | | Folder | - |
| | National Institute of Child Heath and Human Development Early Child Care Research Network. (2003). Does amount of time spent in child care predict socioemotional adjustment during the transition to kindergarten? Child Development, 74, 976-1005 | | Multiple Attached Files (2) | 2678 KB |
| | Watamura, S.E., Donzella, B., Alwin, J., & Gunnar, M.R. (2003). Morning-to-afternoon increases in cortisol concentrations for infants and toddlers in child care: Age differences and behavioral correlates. Child Development, 74, 1006-1020. | | Other (PDF) | 1388 KB |
| | Newcombe, N.S. (2003). Some controls control too much. Child Development, 74, 1050-1052. | | Other (PDF) | 291 KB |
| | Greenspan, S. I. (2003). Child care research: A clinical perspective. Child Development, 74, 1064-1068. | | Other (PDF) | 419 KB |
| | Maccoby, E.E. & Lewis, C.C. (2003). Less day care or difference day care? Child Development, 74 1069-1076. | | Other (PDF) | 736 KB |
| Understanding Self and Other | | | Folder | - |
| | Schaeffer, H. R. (1996). Social development. Malden, MA: Blackwell. pp. 154-181. | | Other (PDF) | 1467 KB |
| | Wiley, A.R., Rose, A.J., Burger, L.K., & Miller, P.J. (1998). Constructing autonomous selves through | | | |

| | | | |
|---|---|---|---|
| | narrative practices: A comparative study of working-class and middle-class families. Child Development, 69, 833-847. | | Other (PDF) | 3091 KB |
| | Kiesner, J., Maass, A., Cadinu, M, & Vallese, I. (2003). Risk factors for ethnic prejudice during early adolescence. Social Development, 12, 288-308. | | Other (PDF) | 126 KB |
| | French, S.E., Seidman, E., Allen, L., & Aber, J.L. (2006). The development of ethnic identity during adolescence. Child Development, 42, 1-10. | | Other (PDF) | 159 KB |
| | Gender | | Folder | - |
| | Iervolino, A.C., Hines, M., Golombok, S.E., Rust, J., & Plomin, R. (2005). Genetic and environmental influences on sex-typed behavior during the preschool years. Child Development, 76, 826-840. | | Other (PDF) | 156 KB |
| | Hines, M., Golombok, S., Rust, J., Johnston, K.J., Golding, J., & the Avon Longitudinal Study of Parents and Children Study Team (2002). Testosterone during pregnancy and gender role behavior of preschool children: A longitudinal, population study. Child Development, 73, 1678-1687. | | Other (PDF) | 123 KB |
| | Pettitt, L.M. (2004). Gender intensification of peer socialization during puberty. New Directions for Child & Adolescent Development, 23-34. | | Other (PDF) | 77 KB |
| | Peers | | Folder | - |
| | Mendez, J.L., Fantuzzo, J., & Cicchetti, D. (2002). Profiles of social competence among low-income African-American pre-school children. Child Development, 73, 1085-1100. | | Other (PDF) | 405 KB |
| | Hawley, P.H., Little, T.D., Pasupathi, M. (2002). Winning friends and influencing peers: Strategies of peer influence in late childhood. International Journal of Behavioral Development, 26, 466-474. | | Other (PDF) | 213 KB |

| | | | |
|---|---|---|---|
| 📄 | Abecassiss, M. (2003). I hate you just the way you are: Exploring the formation, maintenance and need for enemies. New Directions for Child & Adolescent Development, 5-22. | | Other (PDF) | 95 KB |
| 📁 | Morality | | Folder | - |
| 📄 | Dunn, J. & Hughes, C. (2001). "I got some swords and you're dead!": Violent fantasy, antisocial behavior, friendship, and moral sensibility in young children. Child Development, 72, 491-505 | | Other (PDF) | 1404 KB |
| 📄 | Astor, R.A. (1994). Children's moral reasoning about family and peer violence: The role of provocation and retribution. Child Development, 65, 1054-1067. | | Other (PDF) | 1038 KB |
| 📄 | Walker, L.J., Hennig, K.H., & Krettenauer, T. (2000). Parent and peer contexts for children's moral reasoning development. Child Development, 71, 1033-1048. | | Other (PDF) | 1547 KB |
| 📁 | Aggression | | Folder | - |
| 📄 | Arsenio, W.F., & Lemerise, E. A., (2004) Aggression and moral development: Integrating social information processing and moral domain models. Child Development, 75, 987-1002. | | Other (PDF) | 162 KB |
| 📄 | Dodge, K.A., & Rabiner, D.L. (2004). Returning to our roots: On social information processing and moral development. Child Development, 75, 1003-1008. | | Other (PDF) | 81 KB |
| 📄 | Nucci, L. (2004). Finding commonalities: Social information processing and domain theory in the study of aggression. Child Development, 75, 1009-1012. | | Other (PDF) | 58 KB |
| 📄 | Goodwin, M.H. (2002). Exclusion in girls' peer groups: Ethnographic analysis of language practices on the playground. Human Development, 45, 392-415. | | Other (PDF) | 190 KB |
| | Herrenkohl, T.I., Hill, K.G., | | | |

| | | | |
|---|---|---|---|
| Chung, I-J., Guo, J., Abbott, R.D., & Hawkins, J.D. (2003). Protective factors against serious violent behavior in adolescence: A prospective study of aggressive children. Social Work Research, 27, 179-191. | | Other (PDF) | 1868 KB |
| Puberty and Behavior | | Folder | - |
| Silk, J.S., Steinberg, L., & Morris, A.S. (2003). Adolescents' emotion regulation in daily life: Links to depressive symptoms and problem behavior. Child Development, 74, 1869-1880. | | Other (PDF) | 123 KB |
| Ellis, B.J., Bates, J.E., Dodge, K.A., Fergusson, D.M., Horwood, L.J., Pettit, G.S., & Woodward, L. (2003). Does father absence place daughters at special risk for early sexual activity and teenage pregnancy? Child Development, 74, 801-821. | | Other (PDF) | 212 KB |
| Fletcher, A.C., Steinberg, L., & Williams-Wheeler, M. (2004). Parental influences on adolescent problem behavior: Revisiting Stattin and Kerr. Child Development, 75, 781-796. | | Other (PDF) | 150 KB |
| Xtra Readings not on the Reading List | | Folder | - |
| 01- Nature and Nurture: Ch. 3 (pp. 27-66) [Plomin, Robert. Nature and Nurture. Belmont, CA : Brooks Cole, 1990] | | Other (PDF) | 2276 KB |
| 02 - Rethinking Innateness: Ch. 1 (pp. 1-23) [Elman, Jeffery. Rethinking Innateness. Cambridge, Mass. : MIT Press,1996] | | Other (PDF) | 1224 KB |
| 06 - Maltreatment, Competency Deficits, and Risk for Academic and Behavioral Adjustment | | Other (PDF) | 3489 KB |
| 07 - Culture, Scarcity, and Maternal Thinking | | Other (PDF) | 1498 KB |
| 13 - The Internal Working Model of Self, Attachment and Competence in 5-year-olds | | Other (PDF) | 1601 KB |
| 15 - The Stability of Attachment Security from | | | |

| | | | |
|---|---|---|---|
| | Infancy to Adolescence and Early Adulthood: General Introduction | | Other (PDF) | 596 KB |
| | 16 - Attachment Security in Infancy and Early Adulthood: A Twenty-Year Longitudinal Study | | Other (PDF) | 510 KB |
| | 17 - Continuity and Discontinuity of Attachment from Infancy through Adolescence | | Other (PDF) | 490 KB |
| | 18 - Attachment from Infancy to Early Adulthood in a High risk Sample | | Other (PDF) | 803 KB |
| | 19 - The Stability of Attachment Security from Infancy to Adolescence and Early Adulthood: General Discussion | | Other (PDF) | 375 KB |
| | 25 - Parents, Peer Groups, and Other Socializing Influences | | Other (PDF) | 1396 KB |
| | 26 - The Influence of Neighborhood Disadvantage, Collective Socialization, and Parenting on African American Children's Affiliation on Deviant Peers | | Other (PDF) | 1517 KB |
| | 27 - The Development of Close Relationships in Japan and the U.S. | | Other (PDF) | 2262 KB |
| | 28 - Masculinity and Femininity in Twin Children | | Other (PDF) | 2176 KB |
| | 30 - Gender Consistancy and the "Cost" of Sex-Typed Behavior: A Test of the Conflict Hypothesis | | Other (PDF) | 822 KB |
| | 31a - Childhood Peer Relationships (pp. 235-259) | | Other (PDF) | 1805 KB |
| | 31b - Childhood Peer Relationships (pp. 260-284)) | | Other (PDF) | 1771 KB |
| | 32 - Friendship as a Moderating Factor in the Pathway Between Harsh Home Environment and Later Victimization in the Peer Group | | Other (PDF) | 1686 KB |
| | 33 - Individual and Peer Characteristics in Predicting Boys Early Onset of Substance Abuse | | Other (PDF) | 1124 KB |
| | 34 - When Groups are Not Created Equal: Effects of | | | |

| | | | |
|---|---|---|---|
| 📄 | Group Status on the Formation of Intergroup Attitudes in Children | Other (PDF) | 1182 KB |
| 📄 | 35 - Constructing Autonomous Selves Through Narrative Practices: A Comparative Study of Working-Class and Middle-Class Families | Other (PDF) | 1227 KB |
| 📄 | 36 - Self-Blame and Peer Victimization in Middle School: An Attribution Analysis | Other (PDF) | 1128 KB |
| 📄 | 40 - A Biopsychosocial Model of the Development of Chronic Conduct Problems | Other (PDF) | 2257 KB |
| 📄 | 41 - Integrating Biological and Social Processes in Relation to Early-Onset Persistant Agression | Other (PDF) | 1423 KB |
| 📄 | 42 - The Developmental Ecology of Urban Males' Youth Violence | Other (PDF) | 1695 KB |
| 📄 | 43 - Psychosocial Antecedants of Variation in Girls' Pubertal Timing: Matrnal Depression, Stepfather Presence, and Martial and Family Stress | Other (PDF) | 1624 KB |
| 📄 | 44 - Relation of Early Menarche to Depression, Eating Disorders, Substance Abuse and Comorbid Psychopathology Among Adolescent Girls | Other (PDF) | 1358 KB |
| 📄 | 45 - Development During Adolescence : The Impact of Stage-Environment Fit on Young Adolescents' Experiences in Schools and in Families | Other (PDF) | 1366 KB |