IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CAMBRIDGE UNIVERSITY PRESS, OXFORD UNIVERSITY PRESS, INC., and SAGE PUBLICATIONS, INC., | * * * * | |
| Plaintiffs, | * * | CIVIL ACTION FILE NO. 1:08-CV-1425 |
| v. | * * | |
| CARL V. PATTON, in his official capacity as Georgia State University President, RON HENRY, in his official capacity as Georgia State University Provost, CHARLENE HURT, in her official capacity as Georgia State University Dean of Libraries, and J.L. ALBERT, in his official capacity as Georgia State University Associate Provost for Information Systems and Technology, | * * * * * * * * * * * * * | |
| Defendants. | * | |

**PROPOSED CONSENT ORDER EXTENDING TIME
FOR DEFENDANTS TO FILE AN ANSWER**

The parties in the above styled case having agreed, Defendants time to file an answer to the Complaint is hereby extended until June 24, 2008.

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable ORINDA D. EVANS
District Court Judge
Northern District of Georgia

Consented to:

[signature: Mary Jo Volkert]                    [signature: Edward B. Krugman]
MARY JO VOLKERT                                  EDWARD B. KRUGMAN
Ga. Bar No. 728755                               Ga. Bar No. 429927
Attorney for Defendants                          Attorney for Plaintiffs
Georgia Department of Law                        Bondurant Mixson & Elmore
40 Capitol Square                                1201 West Peachtree Street
Atlanta, Georgia 30334                           3900 One Atlantic Center
(404) 656-3343                                   Atlanta, Georgia 30309-3417
(404) 657-3239 (facsimile)                       (404) 881-4106

Please direct communications to:

MARY JO VOLKERT
Assistant Attorney General
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334-1300