FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 18 2008

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, OXFORD UNIVERSITY PRESS, INC., and SAGE PUBLICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CARL V. PATTON, in his official capacity as Georgia State University President, RON HENRY, in his official capacity as Georgia State University Provost, CHARLENE HURT, in her official capacity as Georgia State University Dean of Libraries, and J.L. ALBERT, in his official capacity as Georgia State University Associate Provost for Information Systems and Technology, <br><br> Defendants. | CIVIL ACTION FILE NO. 1:08-CV-1425 |

**CONSENT ORDER EXTENDING TIME**
**FOR DEFENDANTS TO FILE AN ANSWER**

The parties in the above styled case having agreed, Defendants time to file an answer to the Complaint is hereby extended until June 24, 2008.

SO ORDERED this __18__ day of __June__, 2008.

_____
The Honorable ORINDA D. EVANS
District Court Judge
Northern District of Georgia

Consented to:

_(signature)_  
MARY JO VOLKERT  
Ga. Bar No. 728755  
Attorney for Defendants  
Georgia Department of Law  
40 Capitol Square  
Atlanta, Georgia 30334  
(404) 656-3343  
(404) 657-3239 (facsimile)

_(signature)_  
EDWARD B. KRUGMAN  
Ga. Bar No. 429927  
Attorney for Plaintiffs  
Bondurant Mixson & Elmore  
1201 West Peachtree Street  
3900 One Atlantic Center  
Atlanta, Georgia 30309-3417  
(404) 881-4106

Please direct communications to:

MARY JO VOLKERT  
Assistant Attorney General  
Georgia Department of Law  
40 Capitol Square SW  
Atlanta, Georgia 30334-1300

2