# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al,

              Plaintiffs,

-*vs.*-

CARL V. PATTON, in his official capacity as Georgia State University President, et al,

              Defendants.

Civil Action File

No.1:08-CV-1425-ODE

## PLAINTIFFS' CORRECTED CERTIFICATE OF INTERESTED PERSONS

(1)     The undersigned counsel of record for the plaintiffs to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a)  Cambridge University Press, Plaintiff

    b)  Cambridge University, Plaintiff

    c)  Oxford University Press, Inc., Plaintiff

    d)  Sage Publications, Inc, Plaintiff

    e)  Carl V. Patton, in his official capacity, Defendant

f) Ron Henry, in his official capacity

g) Charlene Hurt, in her official capacity

h) J.L. Albert, in his official capacity

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a) Georgia State University

b) Board of Regents of the University System of the State of Georgia

c) Each author identified in Exhibit 1 to Plaintiffs' Complaint

d) Association of American Publishers (trade association to which Plaintiffs belong) and its other member publishers

e) Copyright Clearance Center (provider of rights licensing services to Plaintiffs, other rights owners and users)

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a) Edward B. Krugman (for plaintiffs)

b) Corey F. Hirokawa (for plaintiffs)

c) R. Bruce Rich (for plaintiffs)

d) Randi W. Singer (for plaintiffs)

e) Todd D. Larson (for plaintiffs)

f) Thurbert E. Baker (for defendants)

g) R.O. Lerer (for defendants)

h) Denise E. Whiting-Pack (for defendants)

i) Mary Jo Volkert (for defendants)

j) Anthony B. Askew (for defendants)

k) Stephen M. Schaetzel (for defendants)

l) Kristen A. Swift, (for defendants)

Respectfully submitted, this 27th day of July, 2008.

/s/ Edward B. Krugman
Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
Corey F. Hirokawa
hirokawa@bmelaw.com
Georgia Bar No. 357087

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

R. Bruce Rich, *pro hac vice*
r.bruce.rich@wei.com
Randi Singer, *pro hac vice*
Randi.singer@weil.com
Todd D. Larson, *pro hac vice*
todd.larson@weil.com

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have this filed the foregoing **PLAINTIFFS'**

**CORRECTED CERTIFICATE OF INTERESTED PERSONS** with the Clerk

of Court using the CM/ECF filing system which will automatically send e-mail

notification of such filing to opposing counsel as follows:

Mary Jo Volkert, Esq.
Assistant S. Attorney General
40 Capitol Square
Atlanta, Georgia 30334

And by United States Mail to:

Anthony B. Askew, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

This 27th day of July, 2008.

/s/Edward B. Krugman