# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al,

                  Plaintiffs,

-vs.-

CARL V. PATTON, in his official capacity as Georgia State University President, et al,

                  Defendants.

Civil Action File
No.1:08-CV-1425-ODE

## NOTICE OF SERVICE OF DISCOVERY

This is to certify that I have this date served a true and accurate copy of the foregoing on the above-listed defendants:

1.      Plaintiffs' First Request for the Production of Documents;

2.      Plaintiffs' First Set of Interrogatories to Defendants; and

3.      Plaintiffs' Initial Disclosures.

Respectfully submitted this 28th day of July, 2008.

                  /s/Edward B. Krugman

Edward B. Krugman
Georgia Bar No. 429927
Corey F. Hirokawa
Georgia Bar No. 357087


BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
hirokawa@bmelaw.com

R. Bruce Rich
Randi Singer
Todd D. Larson


WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to opposing counsel as follows:

Mary Jo Volkert, Esq.
Assistant S. Attorney General
40 Capitol Square
Atlanta, Georgia 30334

And by United States Mail to:

Anthony B. Askew, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

This 28th day of July, 2008.

/s/Edward B. Krugman
Edward B. Krugman