IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al,

Plaintiffs,

vs.

CARL V. PATTON, in his official capacity
as Georgia State University President, et al, ,

Defendants.

Civil Action No. 1:08-CV-1425-ODE

## **NOTICE OF APPEARANCE**

Kristen A. Swift of the law firm of King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309-3521, hereby notifies the Clerk of Court and the parties in this matter of his appearance on behalf of Defendants CARL V. PATTON, in his official capacity as Georgia State University President, RON HENRY, in his official capacity as Georgia State University Provost, CHARLENE HURT, in her official capacity as Georgia State University Dean of Libraries, and J.L. ALBERT, in his official capacity as Georgia State University Associate Provost for Information Systems and Technology, in the above referenced case.

Respectfully submitted this 30th day of July, 2008.

        THURBERT E. BAKER
        Attorney General
        Georgia Bar No. 033887

        R. O. LERER
        Deputy Attorney General
        Georgia Bar No. 446962

        DENISE E. WHITING-PACK
        Senior Assistant Attorney General
        Georgia Bar No. 558559

        MARY JO VOLKERT
        Assistant Attorney General
        Georgia Bar No. 728755

        KING & SPALDING LLP

        */s/ Kristen A. Swift*
        Anthony B. Askew
        Georgia Bar No. 025300
        Special Assistant Attorney General
        Stephen M. Schaetzel
        Georgia Bar No. 628653
        Kristen A. Swift
        Georgia Bar No. 702536

        *Counsel for Defendants*

# CERTIFICATE OF SERVICE AND TYPE

Pursuant to Local Rule 7.1D, the undersigned counsel for Defendants hereby certifies that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that on this 30th day of July, 2008, the foregoing **NOTICE OF APPEARANCE** as electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

| | |
|---|---|
| Edward B. Krugman<br>krugman@bmelaw.com<br>Georgia Bar No. 429927<br>Corey F. Hirokawa<br>hirokawa@bmelaw.com<br>Georgia Bar No. 357087<br><br>BONDURANT, MIXSON &<br>ELMORE, LLP<br>1201 West Peachtree Street NW<br>Suite 3900<br>Atlanta, GA  30309<br>Telephone: (404) 881-4100<br>Facsimile: (404) 881-4111 | R. Bruce Rich<br>Randi Singer<br>Todd D. Larson<br><br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |

*/s/ Kristen A. Swift*
Kristen A. Swift
Georgia Bar No. 702536