IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al,

Plaintiffs,

vs.

CARL V. PATTON, in his official capacity
as Georgia State University President, et al, ,

Defendants.

Civil Action No. 1:08-CV-1425-ODE

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

1. **Description of Case:**

    (a) Describe briefly the nature of this action.

**RESPONSE:**

This is an action for copyright infringement under 17 U.S.C. §§ 101 *et seq.* Plaintiffs Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. ("Plaintiffs") seek a declaration of copyright infringement, permanent injunctive relief, attorneys' fees and costs of this action from and against Defendants Carl V. Patton, in his official capacity as Georgia State University President, Ron Henry, in his official capacity as Georgia State University Provost, Charlene Hurt, in her official capacity as Georgia State University Dean of Libraries,

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 31 2008

JAMES N. HATTEN, CLERK
By: *[signature]* Deputy Clerk

## SCHEDULING ORDER

Upon review of the information contained in the Preliminary Report and Discovery Schedule form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above completed form, except as herein modified:

8 months' discovery limit

IT IS SO ORDERED, this 30 day of July, 2008.

_____
United States District Judge