# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al,

                      Plaintiffs,

            *-vs.-*

CARL V. PATTON, in his official capacity as Georgia State University President, et al,

                    Defendants.

Civil Action No.
1:08-CV-1425-ODE

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

NOW COME CARL V. PATTON, in his official capacity as Georgia State University President, RON HENRY, in his official capacity as Georgia State University Provost, CHARLENE HURT, in her official capacity as Georgia State University Dean of Libraries (now Retired), and J.L. ALBERT, in his official capacity as Georgia State University Associate Provost for Information Systems and Technology ("University Administrators" or "Defendants"), defendants herein, and file their Certificate of Interested Persons and Corporate Disclosure Statement pursuant to LR 3.3 and Fed. R. Civ. P. 7.1, as follows:

(1)     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, ~~including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party~~:  Carl V. Patton, Ron Henry, Charlene Hurt, and J.L. Albert.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  State of Georgia; Board of Regents for the University System of Georgia, a constitutional department in the executive branch of government of the State of Georgia, as set forth in 1983 Ga. Const. Art. VIII, Sec. IV, Par. I; and Georgia State University, a unit of the Board of Regents of the University System of Georgia.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding: Thurbert E. Baker, R.O. Lerer, Denise E. Whiting-Pack, Mary Jo Volkert, George S. Zier, Anthony B. Askew, Stephen M. Schaetzel, Katrina M. Quicker, Jason M. Pass, and Kristen A. Swift.

Respectfully submitted, this 25th day of August, 2008.

THURBERT E. BAKER          033887
Attorney General

R. O. LERER                446962
Deputy Attorney General

DENISE E. WHITING-PACK  558559
Senior Assistant Attorney General

/s/ May Jo Volkert_____
MARY JO VOLKERT
Georgia Bar No. 728755
Assistant Attorney General


*King & Spalding LLP*
Anthony B. Askew
Georgia Bar No. 025300
Special Assistant Attorney General
Stephen M. Schaetzel
Georgia Bar No. 628653
Kristen A. Swift
Georgia Bar No. 702536

***Attorneys for Defendants***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 25th day of August, 2008, the foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to opposing counsel as follows:

Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
Corey F. Hirokawa
hirokawa@bmelaw.com
Georgia Bar No. 357087

BONDURANT, MIXSON &
ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

R. Bruce Rich
Randi Singer
Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

/s/ Kristen A. Swift
Kristen A. Swift
Georgia Bar No. 702536