UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al, <br><br> Plaintiffs, <br><br> -*vs.*- <br><br> CARL V. PATTON, in his official capacity as Georgia State University President, et al, <br><br> Defendants. | Civil Action No. <br> 1:08-CV-1425-ODE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of August, 2008, the foregoing **DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS** were served by electronic mail, as agreed by the parties on the following counsel of record:

| | |
|---|---|
| Edward B. Krugman <br> krugman@bmelaw.com <br> Georgia Bar No. 429927 <br> Corey F. Hirokawa <br> hirokawa@bmelaw.com <br> Georgia Bar No. 357087 <br><br> BONDURANT, MIXSON & ELMORE, LLP <br> 1201 West Peachtree Street NW <br> Suite 3900 <br> Atlanta, GA  30309 | R. Bruce Rich <br> Randi Singer <br> Todd D. Larson <br><br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 |

Telephone: (404) 881-4100
Facsimile: (404) 881-4111

/s/ Kristen A. Swift
Kristen A. Swift
Georgia Bar No. 702536