# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al,

                    Plaintiffs,

        -vs.-

CARL V. PATTON, in his official capacity as Georgia State University President, et al,

                    Defendants.

Civil Action No.
1:08-CV-1425-ODE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 9th day of September, 2008,

the foregoing **DEFENDANTS' FIRST REQUEST FOR THE PRODUCTION**

**OF DOCUMENTS** were served by electronic mail -- as agreed by the parties -- on

the following counsel of record:

Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
Corey F. Hirokawa
hirokawa@bmelaw.com
Georgia Bar No. 357087

BONDURANT, MIXSON &
ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900

R. Bruce Rich
Randi Singer
Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Kristen A. Swift
Georgia Bar No. 702536