# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS,
et al,

                    Plaintiffs,

                                         Civil Action No.
                                         1:08-CV-1425-ODE

      *-vs.-*

CARL V. PATTON, in his official
capacity as Georgia State University
President, et al,

                    Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 9th day of September, 2008,

the foregoing **DEFENDANTS' FIRST SET OF INTERROGATORIES TO**

**PLAINTIFFS** were served by electronic mail -- as agreed by the parties -- on the

following counsel of record:

Edward B. Krugman                    R. Bruce Rich
krugman@bmelaw.com                   Randi Singer
Georgia Bar No. 429927               Todd D. Larson
Corey F. Hirokawa
hirokawa@bmelaw.com                  WEIL, GOTSHAL & MANGES LLP
Georgia Bar No. 357087               767 Fifth Avenue
                                     New York, New York 10153
BONDURANT, MIXSON &                  Telephone: (212) 310-8000

ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Facsimile: (212) 310-8007

Kristen A. Swift
Georgia Bar No. 702536