# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA,
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al, <br><br> Plaintiffs, <br><br> -*vs.*- <br><br> CARL V. PATTON, in his official capacity as Georgia State University President, et al, <br><br> Defendants. | Civil Action File <br> No. 1:08-CV-1425-ODE |

## NOTICE OF APPEARANCE OF COUNSEL

I, John H. Rains IV, Georgia Bar No. 556052, of the law firm of Bondurant, Mixson & Elmore, LLP, hereby enter my appearance as counsel for the Plaintiffs in the above-styled action. The undersigned requests notice of all hearings and other proceedings in the above-styled action and service of all orders, pleadings and other papers.

163078

Respectfully submitted, this 23rd day of September, 2008.

         /s/ John H. Rains IV
         Edward B. Krugman
         Georgia Bar No. 429927
         John H. Rains IV
         Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

         R. Bruce Rich
         Randi W. Singer
         Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

         *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 23rd day of September, 2008 the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to opposing counsel as follows:

>Anthony B. Askew, Esq.
>Stephen M. Schaetzel, Esq.
>Kristen A. Swift, Esq.
>King & Spalding
>1180 Peachtree Street
>Atlanta, Georgia 30309
>
>Mary Jo Volkert, Esq.
>Assistant S. Attorney General
>40 Capitol Square
>Atlanta, Georgia 30334

This 23rd day of September, 2008.

>/s/ John H. Rains IV
>John H. Rains IV