# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA,
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al, <br><br> Plaintiffs, <br><br> -*vs.*- <br><br> CARL V. PATTON, in his official capacity as Georgia State University President, et al, <br><br> Defendants. | Civil Action File <br> No. 1:08-CV-1425-ODE |

## NOTICE OF WITHDRAWAL AS COUNSEL

Plaintiffs respectfully give notice of the withdrawal of Corey F. Hirokawa as counsel. Plaintiffs continue to be represented by the undersigned counsel.

Respectfully submitted, this 29th day of September, 2008.

                                      /s/ Corey F. Hirokawa
                                      Edward B. Krugman
                                      Georgia Bar No. 429927
                                      John H. Rains IV
                                      Georgia Bar No. 556052
                                      Corey F. Hirokawa
                                      Georgia Bar No. 357087

163277

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com
hirokawa@bmelaw.com

        R. Bruce Rich
        Randi W. Singer
        Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

        *Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 29th day of September, 2008 the foregoing **NOTICE OF WITHDRAWAL AS COUNSEL** was filed with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to opposing counsel as follows:

>Anthony B. Askew, Esq.
>Stephen M. Schaetzel, Esq.
>Kristen A. Swift, Esq.
>King & Spalding
>1180 Peachtree Street
>Atlanta, Georgia 30309
>
>Mary Jo Volkert, Esq.
>Assistant S. Attorney General
>40 Capitol Square
>Atlanta, Georgia 30334

This 29th day of September, 2008.

>/s/ Corey F. Hirokawa
>Corey F. Hirokawa
>Georgia Bar No. 357087