FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 2 2008

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al.,

Plaintiffs

v.

CARLTON V. PATTON, ET AL.,

Defendants

CIVIL ACTION NO.
1:08-CV-1425-ode

## ORDER

This civil case is before the Court on the motion of Corey Fleming Hirokawa, Esq. to withdraw as counsel for Plaintiffs. Plaintiffs continue to be represented by Edward Krugman, Esq. and John Rains, Esq. Accordingly the motion to withdraw [#31] is GRANTED.

SO ORDERED, this 2 day of October, 2008.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE