# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA,
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al, <br><br> Plaintiffs, <br><br> -vs.- <br><br> CARL V. PATTON, in his official capacity as Georgia State University President, et al, <br> Defendants. | Civil Action File <br> No.1:08-CV-1425-ODE |

## NOTICE OF SERVICE OF DISCOVERY

This is to certify that on October 14, 2008, I served a true and accurate copy of the foregoing on the above-listed defendants:

1. Responses and Objections to Defendants' First Set of Interrogatories to Plaintiffs; and

2. Responses and Objections to Defendants' First Request to Plaintiffs for Production of Documents.

Respectfully submitted this 16th day of October, 2008.

/s/Edward B. Krugman
Edward B. Krugman
Georgia Bar No. 429927

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
hirokawa@bmelaw.com

R. Bruce Rich
Randi Singer
Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

*Attorneys for Plaintiffs*

161297                                    2

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to opposing counsel as follows:

Mary Jo Volkert, Esq.
Assistant S. Attorney General
40 Capitol Square
Atlanta, Georgia 30334


Anthony B. Askew, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

This 16th day of October, 2008.

/s/Edward B. Krugman
Edward B. Krugman