# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>Plaintiffs,<br><br>-*vs.*-<br><br>CARL V. PATTON, in his official capacity as Georgia State University President, et al,<br><br>Defendants. | Civil Action File<br><br>No.1:08-CV-1425-ODE |

## REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT TO ADD ADDITIONAL DEFENDANTS

Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. (collectively, "Plaintiffs"), file this reply brief in support their Motion for Leave to Amend the Complaint to Add Additional Defendants.

Defendants Carl V. Patton, Ron Henry, Charlene Hurt, and J.L. Albert do not oppose the motion insofar as it seeks to add the individual members of the Board of Regents of the University System of Georgia d/b/a Georgia State University ("Board of Regents") in their official capacities. *See* Defendants' Response to Plaintiffs' Motion for Leave to Amend the Complaint to Add

Additional Defendants at 2 n.1.  Plaintiffs therefore ask this Court to grant their unopposed motion seeking to add the individual members of the Board of Regents.

Plaintiffs voluntarily withdraw their motion as to the Board of Regents. Plaintiffs, however, reserve the right to move for leave to amend to add the Board of Regents as an additional defendant if such a motion is appropriate at some later time or if Defendants take the position that the Court cannot grant Plaintiffs the relief they are seeking unless the Board of Regents is a party to this action.

Respectfully submitted, this 27th day of October, 2008.

    /s/ John H. Rains IV
Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
John H. Rains IV
rains@bmelaw.com
Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

R. Bruce Rich, *pro hac vice*
r.bruce.rich@weil.com
Randi Singer, *pro hac vice*
Randi.singer@weil.com
Todd D. Larson, *pro hac vice*
todd.larson@weil.com

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have this filed the foregoing **REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT TO ADD ADDITIONAL DEFENDANTS** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to opposing counsel as follows:

>Anthony B. Askew, Esq.
>Stephen M. Schaetzel, Esq.
>Kristen A. Swift, Esq.
>King & Spalding
>1180 Peachtree Street
>Atlanta, Georgia 30309
>
>Mary Jo Volkert, Esq.
>Assistant S. Attorney General
>40 Capitol Square
>Atlanta, Georgia 30334

This 27th day of October, 2008.

>/s/ John H. Rains IV