# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA,
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al, <br><br> Plaintiffs, <br><br> *-vs.-* <br><br> CARL V. PATTON, in his official capacity as Georgia State University President, et al, <br><br> Defendants. | Civil Action File <br><br> No.1:08-CV-1425-ODE |

## PLAINTIFFS' SECOND CORRECTED CERTIFICATE OF INTERESTED PERSONS

(1) The undersigned counsel of record for the plaintiffs to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a) Cambridge University Press, Plaintiff

    b) Cambridge University, Plaintiff

    c) Oxford University Press, Inc., Plaintiff

    d) Sage Publications, Inc, Plaintiff

e) Carl V. Patton, in his official capacity, Defendant

f) Ron Henry, in his official capacity

g) Charlene Hurt, in her official capacity

h) J.L. Albert, in his official capacity

i) Kenneth R. Bernard, Jr., in his official capacity

j) James A. Bishop, in his official capacity

k) Hugh A. Carter, Jr., in his official capacity

l) William H. Cleveland, in his official capacity

m) Robert F. Hatcher, in his official capacity

n) Felton Jenkins, in his official capacity

o) W. Mansfield Jennings, Jr., in his official capacity

p) James R. Jolly, in his official capacity

q) Donald M. Leebern, Jr., in his official capacity

r) Elridge McMillan, in his official capacity

s) William NeSmith, Jr., in his official capacity

t) Doreen Stiles Poitevint, in her official capacity

u) Willis J. Potts Jr., in his official capacity

v) Wanda Yancey Rodwell, in her official capacity

w) Kessel Stelling, Jr., in his official capacity

x) Benjamin J. Tarbutton, III, in his official capacity

y) Richard L. Tucker, in his official capacity

z) Allan Vigil, in his official capacity

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   a) Georgia State University

   b) Board of Regents of the University System of the State of Georgia

   c) Each author identified in Exhibit 1 to Plaintiffs' Complaint

   d) Association of American Publishers (trade association to which Plaintiffs belong) and its other member publishers

   e) Copyright Clearance Center (provider of rights licensing services to Plaintiffs, other rights owners and users)

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   a) Edward B. Krugman (for plaintiffs)

   b) John H. Rains IV (for plaintiffs)

   c) R. Bruce Rich (for plaintiffs)

   d) Randi W. Singer (for plaintiffs)

   e) Todd D. Larson (for plaintiffs)

   f) Thurbert E. Baker (for defendants)

   g) R.O. Lerer (for defendants)

   h) Denise E. Whiting-Pack (for defendants)

   i) Mary Jo Volkert (for defendants)

j) George S. Zier (for defendants)

k) Anthony B. Askew (for defendants)

l) Stephen M. Schaetzel (for defendants)

m) Katrina M. Quicker (for defendants)

n) Jason M. Pass (for defendants)

o) Kristen A. Swift, (for defendants)

Respectfully submitted, this 22nd day of December, 2008.

<u>/s/ John H. Rains IV</u>
Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
John H. Rains IV
rains@bmelaw.com
Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

R. Bruce Rich, *pro hac vice*
r.bruce.rich@wei.com
Randi Singer, *pro hac vice*
Randi.singer@weil.com
Todd D. Larson, *pro hac vice*
todd.larson@weil.com

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this filed the foregoing **PLAINTIFFS' SECOND CORRECTED CERTIFICATE OF INTERESTED PERSONS** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to opposing counsel as follows:

>Anthony B. Askew, Esq.
>Stephen M. Schaetzel, Esq.
>Kristen A. Swift, Esq.
>King & Spalding
>1180 Peachtree Street
>Atlanta, Georgia 30309
>
>Mary Jo Volkert, Esq.
>Assistant S. Attorney General
>40 Capitol Square
>Atlanta, Georgia 30334

This 22nd day of December, 2008.

/s/ John H. Rains IV