# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Allan Vigil c/o James B. Newsome, Esq.
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
Name of clerk of court

Date:  DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


Date: _____

                             _____
                                    Server's signature

                             _____
                                    Printed name and title

                             _____
                                    Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

      Richard L. Tucker c/o James B. Newsome, Esq.
      Office of Legal Affairs for the Board of
      Regents of the University System of Georgia
      270 Washington St., SW, #7037, Atlanta, GA  30334

A lawsuit has been filed against you.

      Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia  30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        **JAMES N. HATTEN**
                                          Name of clerk of court

Date:   DEC 2 3 2008

                                          Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with    _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____; or

    (4) returning the summons unexecuted to the court clerk on    _____; or

    (5) other *(specify)* _____

    _____

    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  _____ .

Date:   _____

                                                _____

                                                    Server's signature

                                              _____

                                                      Printed name and title

                                              _____

                                                      Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Cambridge University Press, et al. | ) |
| Plaintiff | ) |
| v. | )     Civil Action No. 1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Benjamin J. Tarbutton, III c/o James B. Newsome
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**

Name of clerk of court

Date:   DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

    _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

Date:  _____

_____
                 Server's signature

_____
                 Printed name and title

_____
                 Server's address

# UNITED STATES DISTRICT COURT
### for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

> Kessel Stelling, Jr. c/o James B. Newsome, Esq.
> Office of Legal Affairs for the Board of
> Regents of the University System of Georgia
> 270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

Name of clerk of court

Date:    DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____

    _____

    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00    .

Date: _____

                                     _____
                                           Server's signature

                                     _____
                                           Printed name and title

                                     _____
                                           Server's address

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Cambridge University Press, et al. | ) |
| Plaintiff | ) |
| v. | )    Civil Action No. 1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

    Wanda Yancey Rodwell c/o James B. Newsome
    Office of Legal Affairs for the Board of
    Regents of the University System of Georgia
    270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

       Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Edward B. Krugman, Esq.
    John H. Rains, IV, Esq.
    Bondurant, Mixson & Elmore, LLP
    1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                             **JAMES N. HATTEN**
                             Name of clerk of court

Date:   **DEC 2 3 2008**
                             Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

> Willis J. Potts, Jr. c/o James B. Newsome, Esq.
> Office of Legal Affairs for the Board of
> Regents of the University System of Georgia
> 270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
_____
Name of clerk of court

Date:   DEC 2 3 2008

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____

_____

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____.

Date: _____

                          _____

                                     Server's signature

                          _____

                                     Printed name and title

                          _____

                                     Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

> Doreen Stiles Poitevint c/o James B. Newsome, Esq.
> Office of Legal Affairs for the Board of
> Regents of the University System of Georgia
> 270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
Name of clerk of court

Date: DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

William Nesmith, Jr. c/o James B. Newsome, Esq.
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

Name of clerk of court

Date: DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

_____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Elridge McMillan c/o James B. Newsome, Esq.
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA  30334

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia  30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

Name of clerk of court

Date:  DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
       _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
       _____
       _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00     .

Date: _____

_____
                Server's signature

_____
              Printed name and title

_____
                Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

> Donald M. Leebern, Jr. c/o James B. Newsome, Esq.
> Office of Legal Affairs for the Board of
> Regents of the University System of Georgia
> 270 Washington St., SW, #7037, Atlanta, GA  30334

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia  30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
Name of clerk of court

Date:  DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00_____ .


Date: _____


_____
Server's signature

_____
Printed name and title


_____
Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

James R. Jolly c/o James B. Newsome, Esq.
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA  30334

A lawsuit has been filed against you.

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia  30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

Name of clerk of court

Date:  DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

W. Mansfield Jennings, Jr. c/o James B. Newsome
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

Name of clerk of court

Date: __DEC 2 3 2008__

_B Dutra_

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

_____

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00_____ .

Date: _____        _____
                                                          Server's signature

                                         _____
                                                          Printed name and title

                                         _____
                                                          Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Felton Jenkins c/o James B. Newsome, Esq.
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA  30334

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia  30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
Name of clerk of court

Date:  DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

    _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00     .

Date:    _____

                                      _____
                                                Server's signature

                                      _____
                                                Printed name and title

                                      _____
                                                Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Robert F. Hatcher c/o James B. Newsome, Esq.
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

Name of clerk of court

Date: DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00_____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

William H. Cleveland c/o James B. Newsome, Esq.
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
Name of clerk of court

Date:  DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00_____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Cambridge University Press, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Hugh A. Carter, Jr. c/o James B. Newsome, Esq.
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

Name of clerk of court

Date: DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____

    _____

    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Cambridge University Press, et al. | ) |
| Plaintiff | ) |
| v. | )  Civil Action No.  1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Kenneth R. Bernard c/o James B. Newsome, Esq.
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA  30334

A lawsuit has been filed against you.

      Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia  30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
Name of clerk of court

Date:  DEC 2 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

    _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

Date: _____

                                            _____
                                                        Server's signature

                                            _____
                                                        Printed name and title

                                            _____
                                                        Server's address

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Cambridge University Press, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:08-CV-1425-ODE |
| Carl v. Patton, et al | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

James A. Bishop c/o James B. Newsome, Esq.
Office of Legal Affairs for the Board of
Regents of the University System of Georgia
270 Washington St., SW, #7037, Atlanta, GA 30334

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward B. Krugman, Esq.
John H. Rains, IV, Esq.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, NW, Suite 3900, Atlanta, Georgia 30309

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

Name of clerk of court

Date:  DEC 2 3 2008

Deputy Clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00_____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address