# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA,
# ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al,

    Plaintiffs,

-vs.-

CARL V. PATTON, in his official capacity as Georgia State University President, et al,

    Defendants.

Civil Action File

No.1:08-CV-1425-ODE

## ACKNOWLEDGEMENT OF SERVICE

James Burns Newsome, Esq., Attorney in the Office of Legal Affairs for the Board of Regents of the University System of Georgia and attorney for the following named defendants in their official capacities, hereby acknowledges service of a copy of the Summons and Complaint in the above-styled case on behalf of the following parties in their official capacities:

1. Kenneth R. Bernard, Jr.

2. James A. Bishop

3. Hugh A. Carter, Jr.

165751

4. William H. Cleveland

5. Robert F. Hatcher

6. Felton Jenkins

7. W. Mansfield Jennings, Jr.

8. James R. Jolly

9. Donald M. Leebern, Jr.

10. Elridge McMillan

11. William NeSmith, Jr.

12. Doreen Stiles Poitevint

13. Willis J. Potts Jr.

14. Wanda Yancey Rodwell

15. Kessel Stelling, Jr.

16. Benjamin J. Tarbutton, III

17. Richard L. Tucker

18. Allan Vigil

On behalf of the above-named defendants, I hereby waive any further service, process, notice, or service of process.

This 6th day of ~~December, 2008~~ January, 2009.

JBN

/s/ James Burns Newsome
James Burns Newsome, Esq.
Vice Chancellor for Legal Affairs
Secretary to the Board of Regents
Office of Legal Affairs for the Board
of Regents of the University System
of Georgia
270 Washington Street, SW
Room 7037
Atlanta, GA 30334