UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>        Plaintiffs,<br><br>       -*vs.*-<br><br>CARL V. PATTON, in his official capacity as Georgia State University President, et al,<br><br>        Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## JOINT MOTION FOR AN EXTENSION OF TIME FOR DISCOVERY, AND SUPPORTING MEMORANDUM

Plaintiffs Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. (collectively "Plaintiffs") and Defendants Carl V. Patton, Ron Henry, Charlene Hurt, J.L. Albert, Kenneth R. Bernard, Jr., James A. Bishop, Hugh A. Carter, Jr., William H. Cleveland, Robert F. Hatcher, Felton Jenkins, W. Mansfield Jennings, Jr., James R. Jolly, Donald M. Leebern, Jr., Elridge McMillan, William NeSmith, Jr., Doreen Stiles Poitevint, Willis J. Potts, Jr., Wanda Yancey Rodwell, Kessel Stelling, Jr., Benjamin J. Tarbutton, III, Richard L. Tucker, and Allan Vigil (collectively "Defendants"), by and through their undersigned counsel, respectfully move the Court for a two-month extension of the discovery period in this action. In support of this motion, the Parties show the Court as follows:

1.

This copyright infringement action was commenced on April 15, 2008 when Plaintiffs filed their complaint. Plaintiffs amended their complaint on December 15, 2008, at the consent of Defendants, to add as Defendants individual members of the Board of Regents of the University System of Georgia in their official capacities.

2.

The Court entered a scheduling Order in this case on July 30, 2008 providing for an eight-month discovery period.

3.

The Parties have diligently worked to undertake discovery in this matter. Due to the volume of information that has been produced by the Parties, the large volume of information that the Parties will produce in the near future (including information from the recently added Board of Regents Defendants), and the depositions that the Parties anticipate will be necessary, completing discovery in the time allowed for under the original scheduling order is not possible.

4.

The Parties wish to provide each other with sufficient time to complete the discovery necessary in this matter as expeditiously as possible.

5.

The Parties have agreed that an additional two months should afford all Parties the time necessary to complete discovery.

WHEREFORE, the Parties respectfully move this Court for entry of an Order extending the time for completing discovery. A Proposed Order is attached for the Court's convenience.

Respectfully submitted this 17th day of February, 2009.

| | |
|---|---|
| /s/ Edward B. Krugman | /s/ Anthony B. Askew |
| Edward B. Krugman | (with express permission) |
| Georgia Bar No. 429927 | Anthony B. Askew |
| John H. Rains IV | Georgia Bar No. 025300 |
| Georgia Bar No. 556052 | Special Assistant Attorney General |
| BONDURANT, MIXSON & ELMORE, LLP | Stephen M. Schaetzel |
| | Georgia Bar No. 628653 |
| 1201 West Peachtree Street NW | Kristen A. Swift |
| Suite 3900 | Georgia Bar No. 702536 |
| Atlanta, GA 30309 | KING & SPALDING, LLP |
| (404) 881-4100 | 1180 Peachtree Street |
| | Atlanta, Georgia 30309 |
| R. Bruce Rich (*pro hac vice*) | (404) 572-5100 |
| Randi Singer (*pro hac vice*) | |
| Todd D. Larson (*pro hac vice*) | Mary Jo Volkert |
| WEIL, GOTSHAL & MANGES LLP | Georgia Bar No. 728755 |
| 767 Fifth Avenue | Assistant Attorney General |
| New York, New York 10153 | 40 Capitol Square |
| | Atlanta, Georgia 30334 |
| ***Attorneys for the Plaintiffs*** | ***Attorneys for the Defendants*** |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this document was prepared in Times New Roman 14 point font.

/s/ John H. Rains IV
John H. Rains IV

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing **JOINT MOTION FOR AN EXTENSION OF TIME FOR DISCOVERY, AND SUPPORTING MEMORANDUM** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Anthony B. Askew, Esq.
>Stephen M. Schaetzel, Esq.
>Kristen A. Swift, Esq.
>King & Spalding
>1180 Peachtree Street
>Atlanta, Georgia 30309
>
>Mary Jo Volkert, Esq.
>Assistant S. Attorney General
>40 Capitol Square
>Atlanta, Georgia 30334

This 17th day of February, 2009.

>/s/ John H. Rains IV
>John H. Rains IV