FILED IN CHAMBERS
U.S.D.C. - Atlanta

FEB 2 4 2009

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS,
et al,

                      Plaintiffs,

        *-vs.-*

CARL V. PATTON, in his official
capacity as Georgia State University
President, et al,
                  Defendants.

Civil Action File
No.1:08-CV-1425-ODE

## CONSENT SCHEDULING ORDER

Upon review of the Parties' Joint Motion for an Extension of Time for Discovery, the Court orders that the time limit for completing discovery in the above-styled action be extended by two months. The period for completing discovery will end on May 25, 2009.

SO ORDERED this 24 day of February, 2009.

Hon. Orinda D. Evans
United States District Judge