UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> -vs.- <br><br> CARL V. PATTON, in his official capacity as Georgia State University President, et al, <br><br> Defendants. | Civil Action File <br> No.1:08-CV-1425-ODE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of March, 2009, the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND REQUESTS FOR THE PRODUCTION OF DOCUMENTS FROM DEFENDANTS** were served by electronic mail, as agreed by the parties on the following counsel of record:

| Edward B. Krugman <br> krugman@bmelaw.com <br> Georgia Bar No. 429927 <br> Corey F. Hirokawa <br> hirokawa@bmelaw.com <br> Georgia Bar No. 357087 | R. Bruce Rich <br> Randi Singer <br> Todd D. Larson |
|---|---|

| BONDURANT, MIXSON & ELMORE, LLP<br>1201 West Peachtree Street NW<br>Suite 3900<br>Atlanta, GA 30309<br>Telephone: (404) 881-4100<br>Facsimile: (404) 881-4111 | WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |
|---|---|

/s/ Kristen A. Swift
Kristen A. Swift
Georgia Bar No. 702536