# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> -vs.- <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br> Defendants. | Civil Action No. <br> 1:08-CV-1425-ODE |

## DEFENDANTS' NOTICE OF SERVICE OF
## SUBPOENA TO COPYRIGHT CLEARANCE CENTER, INC.

PLEASE TAKE NOTICE that Defendants MARK P. BECKER, in his official capacity as Georgia State University President, RON HENRY, in his official capacity as Georgia State University Provost, NANCY SEAMANS, in her official capacity as Georgia State University Dean of Libraries, J.L. ALBERT, in his official capacity as Georgia State University Associate Provost for Information Systems and Technology, KENNETH R. BERNARD, JR., in his official capacity as member of the Board of Regents of the University System of Georgia, JAMES A. BISHOP, in his official capacity as member of the Board of Regents of the

University System of Georgia, HUGH A. CARTER, JR., in his official capacity as member of the Board of Regents of the University System of Georgia, WILLIAM H. CLEVELAND, in his official capacity as member of the Board of Regents of the University System of Georgia, ROBERT F. HATCHER, in his official capacity as Vice Chair of the Board of Regents of the University System of Georgia, FELTON JENKINS, in his official capacity as member of the Board of Regents of the University System of Georgia, W. MANSFIELD JENNINGS, JR., in his official capacity as member of the Board of Regents of the University System of Georgia, JAMES R. JOLLY, in his official capacity as member of the Board of Regents of the University System of Georgia, DONALD M. LEEBERN, JR., in his official capacity as member of the Board of Regents of the University System of Georgia, ELRIDGE MCMILLAN, in his official capacity as member of the Board of Regents of the University System of Georgia, WILLIAM NESMITH, JR., in his official capacity as member of the Board of Regents of the University System of Georgia, DOREEN STILES POITEVINT, in her official capacity as member of the Board of Regents of the University System of Georgia, WILLIS J. POTTS, JR., in his official capacity as member of the Board of Regents of the University System of Georgia, WANDA YANCEY RODWELL, in her official capacity as member of the Board of Regents of the University System of Georgia, KESSEL

STELLING, JR., in his official capacity as member of the Board of Regents of the University System of Georgia, BENJAMIN J. TARBUTTON, III, in his official capacity as member of the Board of Regents of the University System of Georgia, RICHARD L. TUCKER, in his official capacity as Chair of the Board of Regents of the University System of Georgia, and ALLAN VIGIL, in his official capacity as member of the Board of Regents of the University System of Georgia, pursuant to Rule 45 of the Federal Rules of Civil Procedure, have served a subpoena to:

>   Copyright Clearance Center, Inc.
>   222 Rosewood Drive
>   Danvers, MA 01923-4520

The subpoena commands Copyright Clearance Center, Inc. ("CCC") to produce documents described in Schedule A to the subpoena by April 13, 2009, at the law offices of King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309. The subpoena also commands the appearance of CCC, through one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the areas of testimony specified in Schedule A to the subpoena, at a deposition on April 27, 2009 at 9:00 a.m. at the Courtyard by Marriott, 275 Independence Way, Danvers, MA 01923-3652, or at such other time, date or location, as mutually agreed by the parties. The deposition may be videotaped and will be stenographically recorded before a notary public or other

officer authorized to administer oaths and will continue from day to day thereafter until completed. A copy of the subpoena is attached hereto.

This 31st day of March, 2009.

       THURBERT E. BAKER  033887
       Attorney General

       R. O. LERER  446962
       Deputy Attorney General

       DENISE E. WHITING-PACK 558559
       Senior Assistant Attorney General

       MARY JO VOLKERT
       Georgia Bar No. 728755
       Assistant Attorney General

       *King & Spalding LLP*
       Anthony B. Askew
       Georgia Bar No. 025300
       Special Assistant Attorney General
       Stephen M. Schaetzel
       Georgia Bar No. 628653
       Kristen A. Swift
       Georgia Bar No. 702536

       ***Attorneys for Defendants***

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>                         Plaintiffs,<br><br>-vs.-<br><br>CARL V. PATTON, in his official capacity as Georgia State University President, et al,<br>                         Defendants. | Civil Action No.<br>1:08-CV-1425-ODE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 31st day of March, 2009, I have electronically filed the foregoing **DEFENDANTS' NOTICE OF SERVICE OF SUBPOENA TO COPYRIGHT CLEARANCE CENTER, INC.** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
Corey F. Hirokawa
hirokawa@bmelaw.com
Georgia Bar No. 357087

R. Bruce Rich
Randi Singer
Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Telephone: (212) 310-8000
Facsimile: (212) 310-8007

_____
Kristen A. Swift
Georgia Bar No. 702536