# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al, <br><br> Plaintiffs, <br><br> -vs.- <br><br> CARL V. PATTON, in his official capacity as Georgia State University President, et al, <br><br> Defendants. | Civil Action No. <br> 1:08-CV-1425-ODE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 31st day of March, 2009, the foregoing **DEFENDANTS' SECOND REQUESTS FOR THE PRODUCTION OF DOCUMENTS** were served by electronic mail -- as agreed by the parties -- on the following counsel of record:

Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
Corey F. Hirokawa
hirokawa@bmelaw.com
Georgia Bar No. 357087

BONDURANT, MIXSON &
ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900

R. Bruce Rich
Randi Singer
Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

*[signature]*
Kristen A. Swift
Georgia Bar No. 702536