# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>                  Plaintiffs,<br><br>                *-vs.-*<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al,<br><br>                  Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## AMENDED NOTICE OF DEPOSITION OF DENISE DIMSDALE

To:    Denise Dimsdale
           c/o Anthony B. Askew, Esq.
           Stephen M. Schaetzel, Esq.
           Kristen A. Swift, Esq.
           King & Spalding
           1180 Peachtree Street
           Atlanta, Georgia 30309

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the video deposition of Denise Dimsdale on Thursday, May 7, 2009, beginning at 10:00 a.m. at the offices of King & Spalding, 1180 Peachtree Street, Atlanta, Georgia, 30309, or at another date,

time and location mutually agreed upon by counsel. Said deposition will be before a duly authorized officer certified to administer oaths and take depositions. Said deposition will be taken for the purpose of discovery and for all other purposes authorized by law and will continue from day to day until completed. Said deposition will also be videotaped.

This 6th day of April, 2009.

Respectfully submitted,

/s/ John H. Rains IV
Edward B. Krugman
Georgia Bar No. 429927
John H. Rains IV
Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

R. Bruce Rich (*pro hac vice*)
Randi Singer (*pro hac vice*)
Todd D. Larson (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing **AMENDED NOTICE OF DEPOSITION OF DENISE DIMSDALE** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Anthony B. Askew, Esq.
>Stephen M. Schaetzel, Esq.
>Kristen A. Swift, Esq.
>King & Spalding
>1180 Peachtree Street
>Atlanta, Georgia 30309
>
>Mary Jo Volkert, Esq.
>Assistant S. Attorney General
>40 Capitol Square
>Atlanta, Georgia 30334

This 6th day of April, 2009.

>/s/ John H. Rains IV
>John H. Rains IV