# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>                      Plaintiffs,<br><br>-*v*-<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al,<br>                      Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## NOTICE OF SERVICE OF DISCOVERY

Plaintiffs, by and through the undersigned counsel, hereby give notice that on April 21, 2009, a copy of **PLAINTIFFS' THIRD REQUESTS FOR THE PRODUCTION OF DOCUMENTS FROM DEFENDANTS** was served upon counsel of record by hand delivery as follows:

    Anthony B. Askew, Esq.
    Stephen M. Schaetzel, Esq.
    Kristen A. Swift, Esq.
    King & Spalding
    1180 Peachtree Street
    Atlanta, Georgia 30309
    taskew@kslaw.com
    sschaetzel@kslaw.com
    kswift@kslaw.com

438770.1

  Mary Jo Volkert, Esq.
  Assistant S. Attorney General
  40 Capitol Square
  Atlanta, Georgia 30334
  mjvolkert@law.ga.gov

Respectfully submitted, this 21st day of April, 2009.

            /s/John H. Rains IV
            Edward B. Krugman
            Georgia Bar No. 429927
            John H. Rains IV
            Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

            R. Bruce Rich
            Randi Singer
            Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

            *Attorneys for Plaintiffs*

438770.1

2

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing **NOTICE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Anthony B. Askew, Esq.
    Stephen M. Schaetzel, Esq.
    Kristen A. Swift, Esq.
    King & Spalding
    1180 Peachtree Street
    Atlanta, Georgia 30309

    Mary Jo Volkert, Esq.
    Assistant S. Attorney General
    40 Capitol Square
    Atlanta, Georgia 30334


This 21st day of April, 2009.

                                              /s/ John H. Rains IV
                                              John H. Rains IV