# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>      Plaintiffs,<br><br>      *-vs.-*<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al,<br>      Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## JOINT MOTION FOR AN EXTENSION OF TIME TO TAKE DEPOSITIONS, AND SUPPORTING MEMORANDUM

Plaintiffs Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. (collectively "Plaintiffs") and Defendants Mark P. Becker, Ron Henry, Nancy Seamans, J.L. Albert, Kenneth R. Bernard, Jr., James A. Bishop, Hugh A. Carter, Jr., William H. Cleveland, Robert F. Hatcher, Felton Jenkins, W. Mansfield Jennings, Jr., James R. Jolly, Donald M. Leebern, Jr., Elridge McMillan, William NeSmith, Jr., Doreen Stiles Poitevint, Willis J. Potts, Jr., Wanda Yancey Rodwell, Kessel Stelling, Jr., Benjamin J. Tarbutton, III, Richard L. Tucker, and Allan Vigil (collectively "Defendants"), by and through their undersigned counsel, respectfully move the Court for an extension of the

440774.1

discovery period in this action for the limited purpose of scheduling and taking depositions. In support of this motion, the Parties show the Court as follows:

1.

This copyright infringement action was commenced on April 15, 2008 when Plaintiffs filed their complaint. Plaintiffs amended their complaint on December 15, 2008, at the consent of Defendants, to add as Defendants individual members of the Board of Regents of the University System of Georgia in their official capacities.

2.

The Court entered a scheduling Order in this case on July 30, 2008 providing for an eight-month discovery period.

3.

The Court entered a second scheduling order in this case on February 24, 2009 extending the time to complete discovery until May 25, 2009.

4.

The Parties have worked diligently to complete discovery in this matter but will not be able to complete all depositions by the May 25, 2009 deadline. Because of scheduling difficulties with certain deponents due in most part to the academic calendar and the complicated schedules of Georgia State University

faculty members as the end of the current semester approaches, the Parties do not anticipate being able to schedule those depositions before the existing deadline expires.

5.

The Parties wish to provide each other with sufficient time to complete the discovery necessary in this matter as expeditiously as possible.

6.

The Parties have agreed that the deadline for taking depositions in this case should be extended until June 30, 2009, but that all other discovery should be completed by the existing deadline.

WHEREFORE, the Parties respectfully move this Court for entry of an Order extending the time for taking depositions. A Proposed Order is attached for the Court's convenience.

Respectfully submitted this 22nd day of April, 2009.

| | |
|---|---|
| /s/ John H. Rains IV | /s/ Kristen A. Swift |
| Edward B. Krugman | (with express permission) |
| Georgia Bar No. 429927 | Anthony B. Askew |
| John H. Rains IV | Georgia Bar No. 025300 |
| Georgia Bar No. 556052 | Special Assistant Attorney General |
| BONDURANT, MIXSON & ELMORE, LLP | Stephen M. Schaetzel |
| | Georgia Bar No. 628653 |
| 1201 West Peachtree Street NW | Kristen A. Swift |
| Suite 3900 | Georgia Bar No. 702536 |
| Atlanta, GA 30309 | KING & SPALDING, LLP |
| (404) 881-4100 | 1180 Peachtree Street |
| | Atlanta, Georgia 30309 |
| R. Bruce Rich (*pro hac vice*) | (404) 572-5100 |
| Randi Singer (*pro hac vice*) | |
| Todd D. Larson (*pro hac vice*) | Mary Jo Volkert |
| WEIL, GOTSHAL & MANGES LLP | Georgia Bar No. 728755 |
| 767 Fifth Avenue | Assistant Attorney General |
| New York, New York 10153 | 40 Capitol Square |
| | Atlanta, Georgia 30334 |
| ***Attorneys for the Plaintiffs*** | ***Attorneys for the Defendants*** |

# **CERTIFICATE OF COMPLIANCE**

I hereby certify that this document was prepared in Times New Roman 14 point font.

/s/ John H. Rains IV  
John H. Rains IV

440774.1

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **JOINT MOTION FOR AN EXTENSION OF TIME TO TAKE DEPOSITIONS, AND SUPPORTING MEMORANDUM** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

Anthony B. Askew, Esq.
Stephen M. Schaetzel, Esq.
Kristen A. Swift, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

Mary Jo Volkert, Esq.
Assistant S. Attorney General
40 Capitol Square
Atlanta, Georgia 30334

This 22nd day of April, 2009.

/s/ John H. Rains IV
John H. Rains IV