FILED IN CHAMBERS
U.S.D.C. - Atlanta

APR 22 2009

James N. Hatten, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>Plaintiffs,<br><br>-vs.-<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al,<br>Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## SCHEDULING ORDER

Upon review of the Parties' Joint Motion for an Extension of Time to Take Depositions, the Court orders that the Parties shall have until June 30, 2009 to schedule and take depositions. All other discovery must be completed by May 25, 2009.

SO ORDERED this 22 day of April, 2009.

_____
Hon. Orinda D. Evans
United States District Judge

Prepared by:

John H. Rains IV
Attorney for Plaintiffs

438746.1