# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> -*v*- <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br><br> Defendants. | Civil Action File <br> No.1:08-CV-1425-ODE |

## NOTICE OF SERVICE OF DISCOVERY

Plaintiffs, by and through the undersigned counsel, hereby give notice that on April 29, 2009, a copy of **PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' SECOND REQUEST TO PLAINTIFFS FOR PRODUCTION OF DOCUMENTS** was served upon counsel of record by hand delivery as follows:

> Anthony B. Askew, Esq.
> Stephen M. Schaetzel, Esq.
> Kristen A. Swift, Esq.
> King & Spalding
> 1180 Peachtree Street
> Atlanta, Georgia 30309

464386.1

and by electronic mail:

    Mary Jo Volkert, Esq.
    Assistant S. Attorney General
    40 Capitol Square
    Atlanta, Georgia 30334
    mjvolkert@law.ga.gov

    Respectfully submitted, this 30th day of April, 2009.

                                    /s/John H. Rains IV
                                    Edward B. Krugman
                                    Georgia Bar No. 429927
                                    John H. Rains IV
                                    Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

                                    R. Bruce Rich
                                    Randi Singer
                                    Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

                                    *Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing **NOTICE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Anthony B. Askew, Esq.
>Stephen M. Schaetzel, Esq.
>Kristen A. Swift, Esq.
>King & Spalding
>1180 Peachtree Street
>Atlanta, Georgia 30309
>
>Mary Jo Volkert, Esq.
>Assistant S. Attorney General
>40 Capitol Square
>Atlanta, Georgia 30334

This 30th day of April, 2009.

>/s/ John H. Rains IV
>John H. Rains IV