**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>                          Plaintiffs,<br><br>-vs.-<br><br>CARL V. PATTON, in his official capacity as Georgia State University President, et al,<br>                          Defendants. | Civil Action No.<br>1:08-CV-1425-ODE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 18th day of May, 2009, the foregoing **DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' SECOND REQUESTS FOR THE PRODUCTION OF DOCUMENTS FROM DEFENDANTS** were served by electronic mail -- as agreed by the parties -- on the following counsel of record:

Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
John H. Rains IV
rains@bmelaw.com
Georgia Bar No. 556052

R. Bruce Rich
Randi Singer
Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Telephone: (212) 310-8000
Facsimile: (212) 310-8007

_/s/ Kristen A. Swift_____
Kristen A. Swift
Georgia Bar No. 702536