UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>Plaintiffs,<br><br>-*vs.*-<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al,<br><br>Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## NOTICE OF WITHDRAWAL OF MOTION TO TAKE ADDITIONAL DEPOSITIONS

Plaintiffs Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. (collectively "Plaintiffs") hereby give notice that they are withdrawing their Motion to Take Additional Depositions, Dkt. No. 78, which was filed on April 21, 2009. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A), the Parties have stipulated that Plaintiffs may take fourteen (14) depositions in the above styled action.

Respectfully submitted this 20th day of May, 2009.

/s/ John H. Rains IV

529100.1

1

Edward B. Krugman
Georgia Bar No. 429927
John H. Rains IV
Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

R. Bruce Rich (*pro hac vice*)
Randi Singer (*pro hac vice*)
Todd D. Larson (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing **NOTICE OF WITHDRAWAL OF MOTION TO TAKE ADDITIONAL DEPOSITIONS** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

Anthony B. Askew, Esq.
Stephen M. Schaetzel, Esq.
Kristen A. Swift, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

Mary Jo Volkert, Esq.
Assistant S. Attorney General
40 Capitol Square
Atlanta, Georgia 30334

This 20th day of May, 2009.

/s/ John H. Rains IV
John H. Rains IV