**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

CAMBRIDGE UNIVERSITY PRESS,
et al,

                    Plaintiffs,

-*vs.*-

CARL V. PATTON, in his official
capacity as Georgia State University
President, et al,
                    Defendants.

Civil Action No.
1:08-CV-1425-ODE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 19th day of May, 2009, the

foregoing **DEFENDANTS' AMENDED AND SUPPLEMENTAL**

**RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** were

served by electronic mail -- as agreed by the parties -- on the following counsel of

record:

Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
John H. Rains IV
rains@bmelaw.com
Georgia Bar No. 556052

R. Bruce Rich
Randi Singer
Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

BONDURANT, MIXSON &
ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Telephone: (212) 310-8000
Facsimile: (212) 310-8007

__*/s/Kristen A. Swift*_____
Kristen A. Swift
Georgia Bar No. 702536