# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>                          Plaintiffs,<br><br>*-vs.-*<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al.,<br>                          Defendants. | Civil Action No.<br>1:08-CV-1425-ODE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 19th day of May, 2009, the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFFS' THIRD REQUESTS FOR THE PRODUCTION OF DOCUMENTS FROM DEFENDANTS** were served by electronic mail, as agreed by the parties on the following counsel of record:

Edward B. Krugman  
krugman@bmelaw.com  
Georgia Bar No. 429927  
John H. Rains IV  
rains@bmelaw.com  
Georgia Bar No. 556052  

BONDURANT, MIXSON & ELMORE, LLP  
1201 West Peachtree Street NW  
Suite 3900  
Atlanta, GA 30309  
Telephone: (404) 881-4100  
Facsimile: (404) 881-4111  

R. Bruce Rich  
Randi Singer  
Todd D. Larson  

WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007  

    */s/ Kristen A. Swift*_____  
    Kristen A. Swift  
     (Georgia Bar No. 702536)