# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> *-vs.-* <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br> Defendants. | Civil Action No. <br> 1:08-CV-1425-ODE |

## NOTICE OF APPEARANCE OF COUNSEL

I, Laura Elisabeth Gary, Georgia Bar No. 595907, of the law firm of King & Spalding LLP, hereby enter my appearance as counsel for the Defendants in the above-styled action. The undersigned requests notice of all hearings and other proceedings in the above-styled action and service of all orders, pleadings and other papers.

Respectfully submitted this 21st day of May, 2009,

      THURBERT E. BAKER  033887
      Attorney General

      R. O. LERER  446962
      Deputy Attorney General

      DENISE E. WHITING-PACK  558559
      Senior Assistant Attorney General

      MARY JO VOLKERT
      Georgia Bar No. 728755
      Assistant Attorney General

      _/s/Laura Gary_____

      *King & Spalding LLP*
      Anthony B. Askew
      Georgia Bar No. 025300
      Special Assistant Attorney General
      Stephen M. Schaetzel
      Georgia Bar No. 628653
      Kristen A. Swift
      Georgia Bar No. 702536
      Laura Gary
      Georgia Bar No. 595907

      ***Attorneys for Defendants***

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>                  Plaintiffs,<br><br>-*vs.*-<br><br>CARL V. PATTON, in his official capacity as Georgia State University President, et al,<br>                  Defendants. | Civil Action No.<br>1:08-CV-1425-ODE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 21st day of May, 2009, I have electronically filed the foregoing **NOTICE OF APPERANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Edward B. Krugman<br>krugman@bmelaw.com<br>Georgia Bar No. 429927<br>John H. Rains IV<br>rains@bmelaw.com<br>Georgia Bar No. 556052<br><br>BONDURANT, MIXSON & ELMORE, LLP | R. Bruce Rich<br>Randi Singer<br>Todd D. Larson<br><br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |

1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

                                                                                                       __*/s/Laura Gary*_____
                                                                                                       Laura Gary
                                                                                                       Georgia Bar No. 595907