# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>*-vs.-*<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al.,<br>　　　　　　　　　Defendants. | Civil Action No.<br>1:08-CV-1425-ODE |

## NOTICE OF APPEARANCE OF COUNSEL

I, Courtney Suzanne Johnson, Georgia Bar No. 321398, of the law firm of King & Spalding LLP, hereby enter my appearance as counsel for the Defendants in the above-styled action. The undersigned requests notice of all hearings and other proceedings in the above-styled action and service of all orders, pleadings and other papers.

Respectfully submitted this 29th day of May, 2009.

        THURBERT E. BAKER    033887
        Attorney General

        R. O. LERER    446962
        Deputy Attorney General

        DENISE E. WHITING-PACK  558559
        Senior Assistant Attorney General

        MARY JO VOLKERT
        Georgia Bar No. 728755
        Assistant Attorney General

        s/ C. Suzanne Johnson

        *King & Spalding LLP*
        Anthony B. Askew
        Georgia Bar No. 025300
        Special Assistant Attorney General
        Stephen M. Schaetzel
        Georgia Bar No. 628653
        Kristen A. Swift
        Georgia Bar No. 702536
        Laura Gary
        Georgia Bar No. 595907
        C. Suzanne Johnson
        Georgia Bar No. 321398

        ***Attorneys for Defendants***

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>      Plaintiffs,<br><br>*-vs.-*<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al.,<br>      Defendants. | Civil Action No.<br>1:08-CV-1425-ODE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 29th day of May, 2009, I have electronically filed the foregoing **NOTICE OF APPERANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

3

Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
John H. Rains IV
rains@bmelaw.com
Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

R. Bruce Rich
Randi Singer
Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

s/ C. Suzanne Johnson
C. Suzanne Johnson
Georgia Bar No. 321398