# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al, <br><br> Plaintiffs, <br><br> -*v*- <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al, <br><br> Defendants. | Civil Action File <br> No.1:08-CV-1425-ODE |

## AMENDED NOTICE OF DEPOSITION OF JASON REIFLER

To: Jason Reifler
      c/o Anthony B. Askew, Esq.
      Stephen M. Schaetzel, Esq.
      Kristen A. Swift, Esq.
      Laura E. Gary, Esq.
      C. Suzanne Johnson, Esq.
      King & Spalding
      1180 Peachtree Street
      Atlanta, Georgia 30309

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal

Rules of Civil Procedure, Plaintiffs will take the video deposition of Jason Reifler

on Wednesday, June 3, 2009, beginning at 1:30 p.m. at the Dalton Suite of the

596995.1

1

Student Center of Georgia State University, or at another date, time and location mutually agreed upon by counsel. Said deposition will be before a duly authorized officer certified to administer oaths and take depositions. Said deposition will be taken for the purpose of discovery and for all other purposes authorized by law and will continue from day to day until completed. Said deposition will also be videotaped.

This 29th day of May, 2009.

                                        Respectfully submitted,

                                        /s/ John H. Rains IV
                                        Edward B. Krugman
                                        Georgia Bar No. 429927
                                        John H. Rains IV
                                        Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

                                        R. Bruce Rich (*pro hac vice*)
                                        Randi Singer (*pro hac vice*)
                                        Todd D. Larson (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing **AMENDED NOTICE OF DEPOSITION OF JASON REIFLER** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Anthony B. Askew, Esq.
> Stephen M. Schaetzel, Esq.
> Kristen A. Swift, Esq.
> Laura E. Gary, Esq.
> C. Suzanne Johnson, Esq.
> King & Spalding
> 1180 Peachtree Street
> Atlanta, Georgia 30309
>
> Mary Jo Volkert, Esq.
> Assistant S. Attorney General
> 40 Capitol Square
> Atlanta, Georgia 30334

This 29th day of May, 2009.

/s/ John H. Rains IV
John H. Rains IV