**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al, <br><br> Plaintiffs, <br><br> -*v*- <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al, <br><br> Defendants. | Civil Action File <br> No.1:08-CV-1425-ODE |

**NOTICE OF WITHDRAWAL OF DEPOSITION NOTICES OF CORY SCHOLTZHAUER, WILLIAM DOWNS, PATRICIA DIXON, JEFFREY LAZARUS, MARNI DAVIS, AND ANN KRUGER**

Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. (collectively "Plaintiffs") hereby give notice that they are withdrawing the following deposition notices: Corey Scholtzhauer, Dkt. No. 65; William Downs, Dkt. No. 67; Patricia Dixon, Dkt. No. 69; Jeffrey Lazarus, Dkt. No. 72; Marni Davis, Dkt. No. 76; and Ann Kruger, Dkt. No. 103. Plaintiffs reserve the right to notice the depositions of those individuals or any others in the future as permitted by the Federal Rules of Civil Procedure, the applicable local rules, and the scheduling orders of this Court.

601295.1

1

This 4th day of June, 2009.

                        Respectfully submitted,

                        /s/ John H. Rains IV
                        Edward B. Krugman
                        Georgia Bar No. 429927
                        John H. Rains IV
                        Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

                        R. Bruce Rich (*pro hac vice*)
                        Randi Singer (*pro hac vice*)
                        Todd D. Larson (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

                        *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF WITHDRAWAL OF DEPOSITION NOTICES OF CORY SCHOLTZHAUER, WILLIAM DOWNS, PATRICIA DIXON, JEFFREY LAZARUS, MARNI DAVIS, AND ANN KRUGER** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

Anthony B. Askew, Esq.
Stephen M. Schaetzel, Esq.
Kristen A. Swift, Esq.
C. Suzanne Johnson, Esq.
Laura E. Gary, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

Mary Jo Volkert, Esq.
Assistant S. Attorney General
40 Capitol Square
Atlanta, Georgia 30334

This 4th day of June, 2009.

/s/ John H. Rains IV
John H. Rains IV