# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> *-vs.-* <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br><br> Defendants. | Civil Action No. <br> 1:08-CV-1425-ODE |

## NOTICE OF APPEARANCE OF COUNSEL

I, Katrina M. Quicker, Georgia Bar No. 590859, of the law firm of King & Spalding LLP, hereby enter my appearance as counsel for the Defendants in the above-styled action. The undersigned requests notice of all hearings and other proceedings in the above-styled action and service of all orders, pleadings and other papers.

Respectfully submitted this 19th day of June, 2009.

    THURBERT E. BAKER    033887
    Attorney General

    R. O. LERER    446962
    Deputy Attorney General

    DENISE E. WHITING-PACK  558559
    Senior Assistant Attorney General

    MARY JO VOLKERT
    Georgia Bar No. 728755
    Assistant Attorney General

    s/ Katrina M. Quicker

    *King & Spalding LLP*
    Anthony B. Askew
    Georgia Bar No. 025300
    Special Assistant Attorney General
    Stephen M. Schaetzel
    Georgia Bar No. 628653
    Katrina M. Quicker
    Georgia Bar No. 590859
    Kristen A. Swift
    Georgia Bar No. 702536
    Laura Gary
    Georgia Bar No. 595907
    C. Suzanne Johnson
    Georgia Bar No. 321398
    John P. Sheesley
    Georgia Bar No. 556914

    ***Attorneys for Defendants***

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al, <br><br> Plaintiffs, <br><br> *-vs.-* <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br> Defendants. | Civil Action No. <br> 1:08-CV-1425-ODE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 19th day of June, 2009, I have electronically filed the foregoing **NOTICE OF APPERANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

3

| | |
|---|---|
| Edward B. Krugman<br>krugman@bmelaw.com<br>Georgia Bar No. 429927<br>John H. Rains IV<br>rains@bmelaw.com<br>Georgia Bar No. 556052<br><br>BONDURANT, MIXSON &<br>ELMORE, LLP<br>1201 West Peachtree Street NW<br>Suite 3900<br>Atlanta, GA  30309<br>Telephone: (404) 881-4100<br>Facsimile: (404) 881-4111 | R. Bruce Rich<br>Randi Singer<br>Todd D. Larson<br><br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |

                                                  s/ *Katrina M. Quicker*
                                                  Katrina M. Quicker
                                                  Georgia Bar No. 590859