FILED IN CHAMBERS
U.S.D.C.

JUL 2 2009

James N. Hatten, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> -vs.- <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br><br> Defendants. | Civil Action File <br> No. 1:08-CV-1425-ODE |

## ORDER

This matter having come before the Court on a Motion For Leave To File Surreply filed by Defendants, and the Court having read and considered the same, the Court hereby GRANTS Defendants' Motion For Leave To File Surreply. After careful consideration and for good cause shown, Defendants are hereby granted leave to file their Surreply In Further Support Of Defendants' Opposition To Plaintiffs' Motion To Exclude The Expert Report Of Kenneth D. Crews.

SO ORDERED, this 2 day of July, 2009.

ORINDA D. EVANS
United States District Judge