# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> -*vs.*- <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br><br> Defendants. | Civil Action File <br> No.1:08-CV-1425-ODE |

## NOTICE OF SERVICE OF SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45 and all relevant local rules, Plaintiffs Cambridge University Press, Oxford University Press, Inc., and SAGE Publications, Inc. hereby give notice that a subpoena to produce documents will be served on Kenneth Crews. A true and correct copy of that subpoena is attached as Exhibit A.

Respectfully submitted, this 6th day of July, 2009.

/s/John H. Rains IV
Edward B. Krugman
Georgia Bar No. 429927
John H. Rains IV

673102.1

Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

R. Bruce Rich
Randi Singer
Todd D. Larson

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF SERVICE OF SUBPOENA** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Anthony B. Askew, Esq.
>Stephen M. Schaetzel, Esq.
>Katrina M. Quicker, Esq.
>John P. Sheesley, Esq.
>Kristen A. Swift, Esq.
>C. Suzanne Johnson, Esq.
>Laura E. Gary, Esq.
>King & Spalding
>1180 Peachtree Street
>Atlanta, Georgia 30309
>
>Mary Jo Volkert, Esq.
>Assistant S. Attorney General
>40 Capitol Square
>Atlanta, Georgia 30334

This 6th day of July, 2009.

/s/John H. Rains IV
John H. Rains IV