UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> -*v*- <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br> Defendants. | Civil Action File <br> No.1:08-CV-1425-ODE |

## JOINT NOTICE OF FILING STIPULATIONS

Plaintiffs Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. (collectively "Plaintiffs") and Defendants Mark P. Becker, Ron Henry, Nancy Seamans, J.L. Albert, Kenneth R. Bernard, Jr., James A. Bishop, Hugh A. Carter, Jr., William H. Cleveland, Robert F. Hatcher, Felton Jenkins, W. Mansfield Jennings, Jr., James R. Jolly, Donald M. Leebern, Jr., Elridge McMillan, William NeSmith, Jr., Doreen Stiles Poitevint, Willis J. Potts, Jr., Wanda Yancey Rodwell, Kessel Stelling, Jr., Benjamin J. Tarbutton, III, Richard L. Tucker, and Allan Vigil in their official capacities only (collectively "Defendants"), by and through their undersigned counsel, respectfully give notice

674165.1

of the filing of Stipulations of Fact Regarding ERes and uLearn Usage at Georgia State University. A copy of these stipulations is attached as <u>Exhibit A</u> to this Notice. These stipulations are for purposes of this litigation only.

Respectfully submitted this 10th day of July, 2009.

| | |
|---|---|
| <u>/s/ John H. Rains IV</u> | <u>/s/ Kristen A. Swift</u> |
| Edward B. Krugman | (with express permission) |
| Georgia Bar No. 429927 | Anthony B. Askew |
| John H. Rains IV | Georgia Bar No. 025300 |
| Georgia Bar No. 556052 | Special Assistant Attorney General |
| BONDURANT, MIXSON & ELMORE, LLP | Stephen M. Schaetzel |
| | Georgia Bar No. 628653 |
| 1201 West Peachtree Street NW | Kristen A. Swift |
| Suite 3900 | Georgia Bar No. 702536 |
| Atlanta, GA 30309 | KING & SPALDING LLP |
| (404) 881-4100 | 1180 Peachtree Street |
| | Atlanta, Georgia 30309 |
| R. Bruce Rich (*pro hac vice*) | (404) 572-5100 |
| Randi Singer (*pro hac vice*) | |
| Todd D. Larson (*pro hac vice*) | Mary Jo Volkert |
| WEIL, GOTSHAL & MANGES LLP | Georgia Bar No. 728755 |
| 767 Fifth Avenue | Assistant Attorney General |
| New York, New York 10153 | 40 Capitol Square |
| | Atlanta, Georgia 30334 |
| ***Attorneys for the Plaintiffs*** | ***Attorneys for the Defendants*** |

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **JOINT NOTICE OF FILING STIPULATIONS** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

Anthony B. Askew, Esq.
Stephen M. Schaetzel, Esq.
Katrina M. Quicker, Esq.
John P. Sheesley, Esq.
Kristen A. Swift, Esq.
C. Suzanne Johnson, Esq.
Laura E. Gary, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

Mary Jo Volkert, Esq.
Assistant S. Attorney General
40 Capitol Square
Atlanta, Georgia 30334

This 10th day of July, 2009.

/s/ John H. Rains IV
John H. Rains IV

674165.1