FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUL 31 2009

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-vs.-<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al.,<br>　　　　　　　　Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## SCHEDULING ORDER

Upon review of the Parties' Joint Motion for the Entry of a Scheduling Order, and Supporting Memorandum, the Court orders as follows:

(1) If the Court grants Plaintiffs' Motion to Exclude the Expert Report of Kenneth D. Crews, Dkt. No. 106, motions for summary judgment, if any, shall be filed no later than September 4, 2009, or thirty (30) days after the entry of the Court's order granting the Motion, whichever is later;

(2) If the Court grants Plaintiffs' Motion to Exclude the Expert Report of Kenneth D. Crews, Dkt. No. 106, the post-discovery conference required

    by Local Rule 16.3 shall be held no later than ten (10) days after the entry of that order;

(3) If the Court denies, in whole or part, Plaintiffs' Motion to Exclude the Expert Report of Kenneth D. Crews, Dkt. No. 106, within five (5) days of the entry of that order, the Parties shall submit a proposed schedule for a period of expert discovery to be completed prior to the filing of summary judgment motions;

(4) If the Court denies, in whole or part, Plaintiffs' Motion to Exclude the Expert Report of Kenneth D. Crews, Dkt. No. 106, motions for summary judgment, if any, shall be filed no later than thirty (30) days after the close of the expert discovery period permitted under Paragraph 3 of this Order;

(5) If the Court denies, in whole or part, Plaintiffs' Motion to Exclude the Expert Report of Kenneth D. Crews, Dkt. No. 106, the Parties shall hold the post-discovery conference required by Local Rule 16.3 no later than ten (10) days after the close of the expert discovery period permitted under Paragraph 3 of this Order;

673753.1

(6) This Order shall not be construed or interpreted as altering or extending any other discovery deadlines set forth in this Court's prior scheduling orders in this case, the local rules, or the Federal Rules of Civil Procedure; and

(7) Briefs filed in support of or in response/opposition to a motion for summary judgment shall not exceed fifty (50) pages. Reply briefs, if any, shall not exceed twenty-five (25) pages. Neither party shall file any surreply without first obtaining leave from this Court.

SO ORDERED this 30 day of July, 2009.

_____
Hon. Orinda D. Evans
United States District Judge

Prepared by:

John H. Rains IV
Attorney for Plaintiffs

673753.1