FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 1 4 2009

James N. Hatten, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> -vs.- <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br> Defendants. | Civil Action File <br> No.1:08-CV-1425-ODE |

## SCHEDULING ORDER REGARDING EXPERT DISCOVERY

Upon review of the Parties' Proposed Scheduling Orders Regarding Expert Discovery, the Court Orders that the Parties shall proceed according to the following schedule:

(a) Defendants shall produce documents related to the Crews report (including responsive documents in Dr. Crews' possession) within five (5) days of the entry of the Order;

(b) Plaintiffs shall submit rebuttal expert reports limited to responding to the Crews report, if any, no later than thirty (30) days after the entry of the Order;

(c) Defendants shall submit rebuttal expert reports limited to responding to Plaintiffs' rebuttal expert reports, if any, no later than ten (10) days after Plaintiffs submit their rebuttal expert reports;

(d) Plaintiffs shall produce documents related to their rebuttal expert reports, if any, no later than ten (10) days after Plaintiffs submit their rebuttal expert reports; and

(e) depositions of expert witnesses shall commence within seven (7) days after Plaintiffs submit their rebuttal expert reports or Defendants submit their rebuttal expert reports, whichever is later, and shall be completed within forty-five (45) days after the commencement of the deposition period.

SO ORDERED this 14 day of September, 2009.

Hon. Orinda D. Evans
United States District Judge

Prepared by:

Kristen A. Swift
Attorney for Defendants