# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA,
## ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS,
OXFORD UNIVERSITY PRESS, INC.,
and SAGE PUBLICATIONS, INC.,

                        Plaintiffs,

      - *v.* -

MARK P. BECKER, in his official
capacity as Georgia State University
President, et al.,

                        Defendants.

Civil Action No.
1:08-CV-1425-ODE

## PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES

Plaintiffs hereby supplement their initial disclosures as follows:

**(1)     State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.**

In addition to the outline of the case set forth in the initial disclosures,

Plaintiffs state the following:

Seven months into the discovery process in this action, Defendants

informed the Plaintiffs that the University System of Georgia Board of Regents

Dockets.Justia.com

had unilaterally revised its copyright policies.  Defendants claimed that this

development would alter practice at GSU going forward (and thus the litigation as

well).  However, the deposition testimony and the documents produced under

Defendants' continuing discovery obligations have demonstrated that the new

policy has changed little, if anything, in terms of copyright compliance at GSU.

Georgia State University's unauthorized and infringing uses of Plaintiffs' works

have continued unabated under the auspices of this new policy.

**(4)     Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.**

Plaintiffs may use the following individuals at trial to present evidence

under Rules 702, 703, or 705 of the Federal Rules of Evidence: Robert B. K.

Dewar, Debra Mariniello, and Steven Sheffrin.  The Expert Reports of Robert

Dewar, Debra Mariniello, and Steven Sheffrin are attached hereto as Exhibit A, B,

and C, respectively.

| Name | Last Known Address and Telephone Number |
|---|---|
| Robert B. K. Dewar, President and CEO, Ada Core Technologies | 1591 Carpenter Hill Road, Bennington VT, 05201 (212) 741-0957 |

| Debra Mariniello, Director, Rightsholder Relations & Inventory Strategy, Copyright Clearance Center | Copyright Clearance Center 222 Rosewood Drive Danvers, MA 01923 (978) 646-2409 |
|---|---|
| Steven Sheffrin Professor of Economics, University of California, Davis | University of California, Davis One Shields Avenue Davis, CA 95616 (530) 752-1576 |

Respectfully submitted this 15th day of October, 2009.

/s/ Edward B. Krugman
Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
John H. Rains IV
rains@bmelaw.com
Georgia Bar No. 556052
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

R. Bruce Rich
Randi Singer
Todd D. Larson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this filed the foregoing **PLAINTIFFS'**

**SUPPLEMENTAL INITIAL DISCLOSURES** with the Clerk of Court using the

CM/ECF filing system which will automatically send e-mail notification of such

filing to opposing counsel as follows:

Anthony B. Askew, Esq.
Stephen M. Schaetzel, Esq.
Katrina M. Quicker, Esq.
John P. Sheesley, Esq.
Kristen A. Swift, Esq.
C. Suzanne Johnson, Esq.
Laura E. Gary, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

Mary Jo Volkert, Esq.
Assistant S. Attorney General
40 Capitol Square
Atlanta, Georgia 30334

This 15TH day of October 2009.


/s/Edward B. Krugman