# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, OXFORD UNIVERSITY PRESS, INC., and SAGE PUBLICATIONS, INC.,<br><br>      Plaintiffs,<br><br>    - *v.* -<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al.,<br><br>      Defendants. | Civil Action No.<br>1:08-CV-1425-ODE |

## **PLAINTIFFS' NOTICE OF MANUAL FILING UNDER SEAL**

Plaintiffs Cambridge University Press, Oxford University Press, Inc. and Sage Publications, Inc., by and through the undersigned counsel, hereby give Notice of Manual Filing Under Seal pursuant to Federal Rule of Civil Procedure 26(c) and the protective order entered in this case, the complete and unredacted Expert Report of Debra J. Mariniello In Response to the Report of Kenneth D. Crews.

Respectfully submitted this 16th day of October, 2009.

/s/ John H. Rains IV
Edward B. Krugman
Georgia Bar No. 429927
John H. Rains IV
Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone (404) 881-4100
Facsimile (404) 881-4111

R. Bruce Rich (*pro hac vice*)
Randi Singer (*pro hac vice*)
Todd D. Larson (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **PLAINTIFFS' NOTICE OF MANUAL FILING UNDER SEAL** with the Clerk of Court using the CM/ECF filing system which will send e-mail notification of such filing to opposing counsel as follows:

>Anthony B. Askew, Esq.
>Stephen M. Schaetzel, Esq.
>Katrina M. Quicker, Esq.
>John P. Sheesley, Esq.
>Kristen A. Swift, Esq.
>C. Suzanne Johnson, Esq.
>Laura E. Gary, Esq.
>King & Spalding
>1180 Peachtree Street
>Atlanta, Georgia 30309
>
>Mary Jo Volkert, Esq.
>Assistant S. Attorney General
>40 Capitol Square
>Atlanta, Georgia 30334

This 16th day of October, 2009.

>/s/ John H. Rains IV
>John H. Rains IV
>Georgia Bar No. 556052