FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC 31 2009

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>          Plaintiffs,<br><br>-vs.-<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al,<br>          Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## CONSENT SCHEDULING ORDER

Upon review of the Parties' Joint Motion for Extension of Time for Expert Depositions, the Court orders that the time limit for completing expert depositions in the above-styled action be extended up to and including January 27, 2010. Summary judgment motions and briefs, not to exceed 60 pages, shall be filed by February 26, 2010; opposition briefs, not to exceed 50 pages, shall be filed by March 22, 2010; and reply briefs, if any, shall be filed by April 8, 2010, and shall not exceed 25 pages.

SO ORDERED this 31 day of December, 2009.

_____
Hon. Orinda D. Evans
United States District Judge