# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al.,<br><br>    Plaintiffs,<br><br>   -*vs.*-<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al.,<br><br>    Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## DEFENDANTS' NOTICE OF MANUAL FILING UNDER SEAL

Defendants MARK P. BECKER, in his official capacity as Georgia State University President, et al. (collectively, "Defendants"), by and through the undersigned counsel, hereby give Notice of Manual Filing Under Seal pursuant to Federal Rule of Civil Procedure 26(c) and the protective order entered in this case, their Motion to Exclude Debra J. Mariniello As an Expert, or, in the Alternative, to Exclude and Strike Certain Expert Testimony of Debra J. Mariniello and Memorandum of Law in Support Thereof and Exhibits A and B thereto.

Respectfully submitted this 10th day of February, 2010.

        THURBERT E. BAKER    033887
        Attorney General

        R. O. LERER    446962
        Deputy Attorney General

        DENISE E. WHITING-PACK  558559
        Senior Assistant Attorney General

        MARY JO VOLKERT
        Georgia Bar No. 728755
        Assistant Attorney General

        */s/ Kristen A. Swift*
        King & Spalding LLP
        Anthony B. Askew
        Georgia Bar No. 025300
        Special Assistant Attorney General
        Stephen M. Schaetzel
        Georgia Bar No. 628653
        Kristen A. Swift
        Georgia Bar No. 702536

        **Attorneys for Defendants**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al,<br><br>Plaintiffs,<br><br>-*vs*.-<br><br>CARL V. PATTON, in his official capacity as Georgia State University President, et al,<br><br>Defendants. | Civil Action No.<br>1:08-CV-1425-ODE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 10th day of February, 2010, I have electronically filed the foregoing **DEFENDANTS' NOTICE OF MANUAL FILING UNDER SEAL** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

Edward B. Krugman
krugman@bmelaw.com
Georgia Bar No. 429927
Corey F. Hirokawa
hirokawa@bmelaw.com
Georgia Bar No. 357087

R. Bruce Rich
Randi Singer
Todd D. Larson

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*/s/ Kristen A. Swift*
Kristen A. Swift
(Ga. Bar No. 702536)