UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al.,<br><br>Plaintiffs,<br><br>-*vs.*-<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al.,<br>Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## NOTICE OF AUTOMATIC SUBSTITUTION OF DEFENDANTS

Plaintiffs Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. hereby give notice that pursuant to Federal Rule of Civil Procedure 25(d), Frederick E. Cooper, Larry R. Ellis, and Larry Walker, in their official capacities as members of the Board of Regents of the University System of Georgia ("Board of Regents"), have been automatically substituted for Defendants Hugh A. Carter, Jr., William H. Cleveland, and Elridge McMillan, who are no longer members of the Board of Regents.

Respectfully submitted this 23rd day of February, 2010.

/s/ John H. Rains IV
Edward B. Krugman
Georgia Bar No. 429927
John H. Rains IV
Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

R. Bruce Rich (*pro hac vice*)
Randi Singer (*pro hac vice*)
Todd D. Larson (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF AUTOMATIC SUBSTITUTION OF DEFENDANTS** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Anthony B. Askew, Esq.
    Stephen M. Schaetzel, Esq.
    Kristen A. Swift, Esq.
    King & Spalding
    1180 Peachtree Street
    Atlanta, Georgia 30309

    Mary Jo Volkert, Esq.
    Assistant S. Attorney General
    40 Capitol Square
    Atlanta, Georgia 30334

This 23rd day of February, 2010.

                      /s/ John H. Rains IV
                      John H. Rains IV

739249.1

3