# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> -*vs.*- <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br> Defendants. | Civil Action File <br> No.1:08-CV-1425-ODE |

## NOTICE OF MANUAL FILING OF ORIGINAL DEPOSITIONS

Plaintiffs Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. hereby give notice of manually filing the following original depositions:

1. Original Deposition of Diane Belcher taken on May 7, 2009 containing the transcript, all exhibits and DVD;

2. Original Deposition of Laura Burtle taken on April 24, 2009 containing the transcript, all exhibits and DVD;

3. Original Deposition of Paula Christopher taken on June 10, 2009 containing the transcript, all exhibits and DVD;

741398.1

4. Original Deposition of Denise Dimsdale taken on May 13, 2009 containing the transcript, all exhibits and DVD;

5. Original Deposition of Jodi Kaufmann taken on May 6, 2009 containing the transcript, all exhibits and DVD;

6. Original Deposition of James Palmour taken on April 23, 2009 containing the transcript, all exhibits and DVD;

7. Original Deposition of William Potter taken on March 9, 2009 containing the transcript, all exhibits and DVD;

8. Original Deposition of Jason Reifler taken on June 3, 2009 containing the transcript, all exhibits and DVD;

9. Original Deposition of Nancy Seamans taken on March 10, 2009 containing the transcript, all exhibits and DVD; and

10. Original Deposition of Kenneth Crews taken on December 10, 2009 containing the transcript and all exhibits.

Respectfully submitted this 26th day of February, 2010.

/s/ John H. Rains IV
Edward B. Krugman
Georgia Bar No. 429927
John H. Rains IV
Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

        R. Bruce Rich (*pro hac vice*)
        Randi Singer (*pro hac vice*)
        Todd D. Larson (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

        *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF MANUAL FILING OF ORIGINAL DEPOSITIONS** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

Anthony B. Askew, Esq.
Stephen M. Schaetzel, Esq.
Katrina M. Quicker, Esq.
John P. Sheesley, Esq.
Kristen A. Swift, Esq.
C. Suzanne Johnson, Esq.
Laura E. Gary, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

Mary Jo Volkert, Esq.
Assistant S. Attorney General
40 Capitol Square
Atlanta, Georgia 30334

This 26th day of February, 2010.

/s/ John H. Rains IV
John H. Rains IV