# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al.,<br><br>Plaintiffs,<br><br>-vs.-<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al.,<br><br>Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## NOTICE OF MANUAL FILING UNDER SEAL

Plaintiffs Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. hereby give notice of manually filing the following:

1.  Plaintiffs' Local Rule 56.1 Statement of Facts in Support of Their Memorandum of Law in Support of Their Memorandum of Law in Support of Motion for Summary Judgment; and

2.  Exhibits in Support of Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment.

741453.1

Respectfully submitted this 26th day of February, 2010.

/s/ John H. Rains IV
Edward B. Krugman
Georgia Bar No. 429927
John H. Rains IV
Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

R. Bruce Rich (*pro hac vice*)
Randi Singer (*pro hac vice*)
Todd D. Larson (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF MANUAL FILING** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Anthony B. Askew, Esq.
> Stephen M. Schaetzel, Esq.
> Katrina M. Quicker, Esq.
> John P. Sheesley, Esq.
> Kristen A. Swift, Esq.
> C. Suzanne Johnson, Esq.
> Laura E. Gary, Esq.
> King & Spalding
> 1180 Peachtree Street
> Atlanta, Georgia 30309
>
> Mary Jo Volkert, Esq.
> Assistant S. Attorney General
> 40 Capitol Square
> Atlanta, Georgia 30334

This 26th day of February, 2010.

/s/ John H. Rains IV
John H. Rains IV