# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> - *v.* - <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br><br> Defendants. | Civil Action No. 1:08-CV-1425-ODE |

**EXHIBIT 1 – June 12, 2009, Deposition of John Challice**

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**FILED UNDER SEAL**

741118.1