# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al.,

                Plaintiffs,

        - *v.* -

MARK P. BECKER, in his official capacity as Georgia State University President, et al.,

                Defendants.

Civil Action No.
1:08-CV-1425-ODE

**EXHIBIT 3 – Declaration of Sara Van Valkenburg, SAGE Publcations**

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**FILED UNDER SEAL**

741118.1