EXHIBIT

23

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

CAMBRIDGE UNIVERSITY          )
PRESS, et al.,                )
                              )
         Plaintiffs,          )
                              )
         vs.                  )   Civil Action File
                              )   No. 1:08-CV-1425-ODE
MARK P. BECKER, in his        )
official capacity as          )
Georgia State University      )
President, et al.,            )
                              )
         Defendants.          )


- - -


         Videotaped deposition of PAULA CHRISTOPHER, taken on behalf of the plaintiffs, pursuant to the stipulations contained herein, before Teresa Bishop, RPR, RMR, CCR No. B-307, at 44 Courtland Street, 2nd floor, Room 278, Atlanta, Georgia, on Wednesday, June 10, 2009, commencing at the hour of 8:32 a.m.

_____

Shugart & Bishop

Certified Court Reporters

Suite 140

13 Corporate Square

Atlanta, Georgia 30329

(770) 955-5252

EXHIBIT 23 - 1

1                         I N D E X

2    Examinations                                    Page

3

4 EXAMINATION BY MS. SINGER                          6

5

6                     E X H I B I T S

7

8    No.      Description                            Page

9

10 38    new Board Of Regents copyright policy        123

11 121   fair use checklist                          125

12 270   e-mail chain dated July 2008 between        55

13       Christopher and Harris, subject Re: Vista

14       question with attachments

15 271   e-mail from Karen Oates to IST directors     59

16       dated September 10th, 2007

17 272   e-mail from WebCT to Perry Binder dated      70

18       June 27th, 2005, subject Re:  WebCT guest

19       account

20 273   ULearn Version 8 FAQs                        90

21 274   log-in page                                 102

22 275   e-mail chain dated August 2008 between      115

23       Elsawy and Maharaj, subject Re: Faculty

24       computing flyer for new faculty orientation

25 276   audit report from the ULearn system         132

EXHIBIT 23 - 2

1   277    report titled GSU-600315781-audit.csv          142

2   278    organizer page from a ULearn course            142

3   279    home page organizer page from a ULearn course 142

4   280    e-mail chain dated May 5 and 6, 2005           153

5          between Christopher and Salloom, subject Re:

6          Videos for Daniels, Raudebaugh & Sullivan

7   281    e-mail from Christopher to Sorteberg dated     156

8          February 1st, 2008, subject Re: Question

9          about U-Learning

10  282    e-mail chain dated July 2008 between           166

11         Christopher, Gallagher and others, subject

12         Re: ULearn template request from Elizabeth

13         Steed

14  283    e-mail chain dated August 19, 2008 between     169

15         Christopher and Brown, subject Re: Transfer

16         of ULearn courses

17  284    e-mail chain dated October 14, 2008 between    170

18         Russell and Christopher and others,

19         subject Re: Online courses

20  285    e-mail dated August 16, 2005 from              172

21         Christopher to Dimsdale, subject ERes

22         and WebCT Vista

23  286    e-mail dated September 5, 2008 from            173

24         Christopher to Lewis, subject Re: ULearn

25         and WebCT boxes

EXHIBIT 23 - 3

1  287   e-mail dated April 12, 2005 from Salloom to   174

2        Christopher and others, subject Re:

3        results of copyright meeting

4  288   e-mail from you to a variety of individuals   180

5        dated April 16th, 2008.  And the subject

6        is FYI publishers sue GSU for copyright

7        infringement

8  289   e-mail dated April 18, 2008 from           183

9        Christopher to Oates, Re: FYI: Publishers

10       sue GSU for copyright infringement

11

12

13

14                      - - -

15   (Disclosure was made pursuant to O.C.G.A. Annotated 9-11-28

16   (c) and (d) and 15-14-37 (a), (b) and (c).)

17                      - - -

18

19

20

21

22

23

24

25

EXHIBIT 23 - 4

1    APPEARANCES OF COUNSEL:
2
3        FOR THE PLAINTIFFS:
4
5                    RANDI W. SINGER
                     ATTORNEY AT LAW
6                    WEIL GOTSHAL & MANGES
                     767 FIFTH AVENUE
7                    NEW YORK, NY 10153-0119
                     212.310.8238
8                    RANDI.SINGER@WEIL.COM
9
                     JOHN H. RAINES, IV
10                   ATTORNEY AT LAW
                     BONDURANT, MIXSON & ELMORE
11                   1201 WEST PEACHTREE
                     SUITE 3900
12                   ATLANTA GA 30309-3417
                     404.881.4121
13
14       FOR THE DEFENDANTS:
15                   JOHN P. SHEESLEY
                     ATTORNEY AT LAW
16                   KING & SPALDING
                     1180 PEACHTREE STREET, N.E.
17                   ATLANTA, GA 30309-3521
                     404.572.2530
18
19                   BHARATH PARTHASARATHY
                     ATTORNEY AT LAW
20                   GEORGIA STATE UNIVERSITY
                     OFFICE OF LEGAL AFFAIRS
21                   P.O. BOX 3987
                     ATLANTA, GA.  30302-3987
22
23       ALSO PRESENT:
24                   BRADFORD ROGERS, VIDEOGRAPHER
25                        -   -   -

EXHIBIT 23 - 5

1          THE VIDEOGRAPHER:  This will be the

2          videotaped deposition of Paula Christopher

3          taken by the plaintiffs in the matter of

4          Cambridge Press et. al, v Mark P. Becker in

5          his official capacity as Georgia State

6          president et. al.

7              The date is June 10th, 2009.  We're on the

8          record at 8:32.

9              PAULA CHRISTOPHER,

10     having been first duly sworn, was examined and testified as

11     follows:

12                  EXAMINATION

13     BY MS. SINGER:

14     Q.   Good morning, Ms. Christopher.  Could you

15     please state your name and address for the record.

16     A.   Paula Christopher.  672 Stratford Drive,

17     Douglasville, Georgia.

18     Q.   Have you ever been deposed before?

19     A.   No.

20     Q.   I'm sure your counsel probably went over the

21     ground rules with you for this.  But all of your answers

22     need to be verbal because the court reporter can't take

23     down nods.  And if for any reason you don't understand

24     my question, please let me know and I'll rephrase.

25              If you need to take a break, I would just ask

EXHIBIT 23 - 6

1    that you don't do it while the question pending, but

2    otherwise just let us know and we can always take a

3    break.  Okay?

4        A.   Yes.

5        Q.   So what did you do to prepare for this

6    deposition if anything?

7        A.   I talked with counsel.

8        Q.   When was that?

9        A.   Two days ago, or Monday.

10       Q.   Monday.  Approximately how long did you talk

11   to counsel?

12       A.   Hour and a half.

13       Q.   And who was at that meeting?

14       A.   Myself and John.

15       Q.   Did you take a look at any documents during

16   that meeting?

17       A.   Yes.

18       Q.   In connection with this litigation did anybody

19   ask you to check your e-mails or go through your files

20   to produce documents?

21       A.   Yes.

22       Q.   When was that?

23       A.   Several times.

24       Q.   What was the most recent time?

25       A.   The end of May.

EXHIBIT 23 - 7

1    Q.   And did you in fact go through your files and

2    produce documents at counsel's request?

3    A.   Yes.

4    Q.   What e-mail system do you have?

5    A.   Group Wise.

6    Q.   Does Group Wise have a way of archiving

7    e-mails?

8    A.   Yes.

9    Q.   How far back does your e-mail archive go?

10   A.   1999.

11   Q.   Is there any sort of automatic purge or

12   anything that automatically deletes e-mails after a

13   certain amount of time?

14   A.   Yes.

15   Q.   And how often are e-mails deleted

16   automatically?

17   A.   I don't know.

18   Q.   What is your usual practice in terms of

19   e-mail?  Do you generally tend to keep things, do you

20   generally delete things when you're no longer using

21   them?  What are your general practices?

22   A.   Depends.

23   Q.   With respect to e-mails about the ULearn

24   system, what would your general practice be?

25   A.   It depends.

EXHIBIT 23 - 8

1    Q.   What would it depend on?

2    A.   The content of the e-mail.

3    Q.   What kinds of e-mail would you hang on to?

4    A.   Problems.

5    Q.   What would fall under the rubric of problems?

6    A.   Faculty issues, student issues.

7    Q.   Could you give me an example of what you mean

8    by a faculty issue?

9    A.   I can't get my students uploaded.

10   Q.   Would they fall in the nature of technical

11   issues often?

12   A.   Some.

13   Q.   What other kinds of issues might there be,

14   just a general classification?

15   A.   It could be design.

16   Q.   Anything else?

17   A.   No.

18   Q.   What sorts of e-mails would you not archive or

19   hang on to?

20   A.   Thanks.

21   Q.   Okay.  What's your educational background?

22   A.   I have a master's of science in instructional

23   technology and I am all but dissertation for Ph.D. in

24   the same field.

25   Q.   Well, congratulations.

EXHIBIT 23 - 9

1       A.   Thank you.

2       Q.   Which institution is your master's from?

3       A.   Georgia State.

4       Q.   When did you get your master's?

5       A.   1999.

6       Q.   Have you been working on your dissertation

7   since then or did you take some time off?  Working on

8   your Ph.D.  I'm sorry.

9       A.   I dropped the program but --

10      Q.   Where is your bachelor's from?

11      A.   St. Louis University.

12      Q.   When was that?

13      A.   1990.

14      Q.   Could you briefly walk me through your

15  employment history.

16      A.   Wow.  How far back?

17      Q.   How far back does it go?

18      A.   I was in the U.S. Army, was a chief warrant

19  officer.  Retired in 1988.  From there I was a paralegal

20  at Alston & Bird law firm.  Then I worked for the

21  University System of Georgia as an admin assistant.  And

22  from there I went to Georgia State University as project

23  manager.

24      Q.   When did you come to Georgia State?

25      A.   November 1999.

EXHIBIT 23 - 10

1      Q.   What did being a project manager entail?

2      A.   Started as the WebCT administrator.  It

3  entailed managing the server, making sure the courses

4  were created, or the shells of them.  And adding users.

5      Q.   What is your current position?

6      A.   Project manager.

7      Q.   Have your responsibilities changed at all?

8      A.   Yes.

9      Q.   How have they changed?

10     A.   I have more software for which I'm responsible

11  and we now do -- help the faculty actually design some

12  of their courses if requested.

13     Q.   What software are you responsible for today?

14     A.   ULearn, which is also known as the Blackboard,

15  Vista Enterprise Edition, V Class which is the

16  Elluminate Live, Wimba Voice Tools, Respondus.  I think

17  that's it.

18     Q.   Just briefly what is the purpose of V Class,

19  what is that used for?

20     A.   It's Elluminate Live, it's voice over IP

21  virtual classroom.

22     Q.   Who uses that generally?

23     A.   Any instructor who would like to use it for

24  their classes.

25     Q.   Is that used for distance learning or is that

EXHIBIT 23 - 11

1    actually used on campus?

2        A.    It could be both.

3        Q.    Was it Wimba --

4        A.    Wimba Voice Tools.

5        Q.    W-I-M-B-A?

6        A.    Correct.

7        Q.    What is Wimba voice tools used for?

8        A.    Also for supplementing classes.

9        Q.    Is that also some kind of voice over software?

10       A.    Correct.

11       Q.    And how about was it Respondus?

12       A.    R-E-S-P-O-N-D-U-S.

13       Q.    What is Respondus used for?

14       A.    To quickly upload quizzes.

15       Q.    Does Respondus upload quizzes to ULearn or to

16   some other kind of software?

17       A.    ULearn.

18       Q.    How about Wimba Voice Tools or V Class, are

19   those used in connection with ULearn or are those used

20   separately?

21       A.    Wimba is used with ULearn.  V Class is not.

22       Q.    So does ULearn have some kind of audio

23   component to it?

24       A.    No.

25       Q.    How would a professor use Wimba Voice Tools in

EXHIBIT 23 - 12

1    connection with ULearn?

2        A.   Could be used for a voice bulletin board,

3    could be used for -- I'm trying to think of all the

4    different tools that are in the suite.  Bulletin board,

5    presentations, short broadcasts.

6        Q.   As the project manager at Georgia State, who

7    do you report to?

8        A.   Mike Russell.

9        Q.   What is Mike Russell's title?

10       A.   He's the director of University Academic

11   Technology Services.

12       Q.   And who does Mike Russell report to?

13       A.   J. L. Albert.

14       Q.   Does anybody report to you?

15       A.   Yes.

16       Q.   Who?

17       A.   Zoe Salloom, Lovely Lewis, Mostafa Elsawy.

18       Q.   What is Zoe Salloom's job responsibilities

19   generally?

20       A.   She is in charge of training and instructional

21   design.

22       Q.   And what about Lovely Lewis?

23       A.   She's the ULearn admin.

24       Q.   What does that entail?

25       A.   Promoting sections to templates, enrolling

EXHIBIT 23 - 13

1    users into sections, attending weekly phone conferences

2    with the USG.  That's about it.

3         Q.   And how about Mostafa Elsawy?

4         A.   E-L-S-A-W-Y.

5         Q.   Okay.

6         A.   He is also an instructional designer.

7         Q.   What does an instructional designer do?

8         A.   We assistant faculty in converting their

9    in-class presentations and materials to an online

10   environment.

11        Q.   Other than those three individuals, does

12   anybody else report to you?

13        A.   No.

14        Q.   Does anybody report to any of those three

15   individuals?

16        A.   No.

17        Q.   What -- do you have a name for your group or

18   your department?

19        A.   E Learning.

20        Q.   E Learning.  Is the E Learning Group composed

21   of just the four of you?

22        A.   Yes.

23        Q.   Are you familiar with someone named Karen

24   Oates, O-A-T-E-S?

25        A.   Yes.

EXHIBIT 23 - 14

1      Q.   Who is Karen Oates?

2      A.   She is a retired Georgia State University

3  employee.

4      Q.   When did Karen Oates retire?

5      A.   Not sure.

6      Q.   Was it within the last year?

7      A.   Year and a half maybe.  I do not recall

8  exactly.

9      Q.   That's fine.  What was Ms. Oates's job before

10  she retired?

11      A.   She was interim director of University

12  Educational Technology Services.

13      Q.   Is that the position currently held by Mike

14  Russell?

15      A.   Correct.

16      Q.   How does the E Learning Group relate to

17  University Educational Technology Services?

18      A.   I don't understand.

19      Q.   Are you familiar with University Educational

20  Technology Services, UETS?

21      A.   No longer exists.

22      Q.   How long ago did it come to not exist?

23      A.   About a year ago.

24      Q.   Do you know why the group was eliminated?

25      A.   Reorganization.

EXHIBIT 23 - 15

1    Q.   Before the group was eliminated, what

2    generally was UETS responsible for?

3    A.   The E Learning Group, the software that we

4    have as well as the Digital Media Group.

5    Q.   When you say the software that the E Learning

6    Group has, that is what we just talked about, ULearn,

7    V Class, Wimba Voice Tools and Respondus, is that

8    correct?

9    A.   Yes.

10   Q.   Anything else?

11   A.   No.

12   Q.   What is the Digital Media Group?

13   A.   They are the ones responsible for digital

14   media.  They do recordings, video recordings, audio

15   recordings, pod casts, flash animations.

16   Q.   Who was in the Digital Media Group?

17   A.   Julian Allen, James Polotcus, Cassie Wilcox,

18   Ann Simmons, Roy Ford.  I can't recall his name.

19   Q.   Does the Digital Media Group still exist?

20   A.   Yes.

21   Q.   What are their responsibilities?  What does

22   the Digital Media Group do?

23   A.   As I described it, the same.

24   Q.   Do you know who the Digital Media Group

25   reports to?

EXHIBIT 23 - 16

1     A.   Mike Russell.

2     Q.   Is there any current analog, was the UETS

3 replaced with anything or was it just eliminated?

4     A.   It was merged.

5     Q.   What was it merged into?

6     A.   With the university computing -- research

7 computing.

8     Q.   So the -- I'm sorry, the E Learning Group

9 reports to the university research computing, it's part

10 of that group now?

11    A.   No.  E Learning reports to Mike Russell who is

12 head of UETS, university educational technology

13 services.

14    Q.   How does university research computing fit

15 into that?

16    A.   They report to Mike Russell.

17    Q.   It's a separate but equal group?

18    A.   Yes.

19    Q.   More or less.

20        Do you have any responsibilities for the

21 EReserve system?

22    A.   No.

23    Q.   Do you have any responsibility for faculty web

24 pages?

25    A.   No.

EXHIBIT 23 - 17

1      Q.   Do you work with faculty at all on their web

2    pages?

3      A.   No.

4      Q.   Have you ever worked with faculty on their web

5    pages?

6      A.   No.

7      Q.   How about departmental web pages, do you have

8    any responsibility for that?

9      A.   No.

10      Q.   Do you work with faculty or departments at all

11    on departmental web pages?

12      A.   No.

13      Q.   Do you work with any systems other than those

14    in the E Learning Group that we've discussed?

15      A.   No.

16      Q.   Do you know who has responsibility for faculty

17    web pages?

18      A.   No.

19      Q.   Do you know who has responsibility for

20    departmental web pages?

21      A.   No.

22      Q.   Do you know what server departmental web pages

23    live on?

24      A.   No.

25      Q.   What about faculty web pages, do you know what

EXHIBIT 23 - 18

1    server those live on?

2        A.    No.

3        Q.    What is ULearn?

4        A.    ULearn is our generic name for the course

5    management system that we use at Georgia State

6    University, which is the Blackboard, WebCT, Vista

7    Enterprise.

8        Q.    And what server does ULearn reside on?

9        A.    That is maintained by the University System of

10   Georgia.

11       Q.    Has that been the case since you've come to

12   GSU?

13       A.    No.

14       Q.    When you started at GSU did the ULearn system

15   exist?

16       A.    Yes.

17       Q.    What server was the ULearn system on when you

18   came to GSU?

19       A.    I don't recall the name of it.  But we

20   maintained it.

21       Q.    When you say we maintained it, you mean GSU

22   maintained it?

23       A.    Yes.

24       Q.    When did that change?

25       A.    When WebCT upgraded to the Vista Enterprise

EXHIBIT 23 - 19

1    system.

2         Q.   When was that?

3         A.   I don't recall.

4         Q.   Was it within the last five years?

5         A.   I'm not sure.

6         Q.   Was it within the last three years?

7         A.   No.

8         Q.   Why was the system upgraded?

9         A.   WebCT thought it was better.

10        Q.   Did you agree with that decision?

11        A.   I don't know.

12        Q.   When you say the servers are controlled by the

13   University of Georgia, or maintained, I don't want to

14   rephrase your testimony, where do -- where are the

15   physical servers located?

16        A.   Athens, Georgia.

17        Q.   Do you have access to those servers?

18        A.   No.

19        Q.   How do you run ULearn without having access to

20   the servers?

21        A.   It's through an interface.  I do not control

22   the server directly.

23        Q.   And is the interface part of ULearn?

24        A.   Yes.

25        Q.   What sort of -- is there a technical name for

EXHIBIT 23 - 20

1    this interface?

2         A.   No.

3         Q.   It's just part of the ULearn system?

4         A.   Yes.

5         Q.   What sort of administration rights do you have

6    over the ULearn system?

7         A.   To create courses, to create sections, to

8    create users, to add users to sections, to add links on

9    the ULearn log-in page, to upload content, to delete

10   content.

11        Q.   Anything else?

12        A.   No.

13        Q.   Is there anything that you are aware of that

14   you do not have the right to do?

15        A.   Oh, there's one more thing.  I can run

16   reports.  I cannot upload users through the XML upload.

17   And that's it.

18        Q.   Who can upload users through the XML upload?

19        A.   The USG, the University System of Georgia.

20        Q.   Who in particular at USG has those rights?

21        A.   I don't know.

22        Q.   If you needed to upload a user through the

23   XML, who would you call?

24        A.   Harold Powers.

25        Q.   Do you know what Harold Powers' position is?

EXHIBIT 23 - 21

1   A.   He is -- he is the trainer for USG and he also

2   assists my department in getting users into ULearn.  He

3   does not upload the files that I know of.  They are sent

4   to someone else for upload.

5   Q.   Do you know who they're sent to?

6   A.   No.

7   Q.   When you say he assists the department in

8   getting users or uploading users, what does that mean?

9   A.   To go into the banner registration system to

10  pull down the registration file, convert it into XML.

11  Q.   Is all information entered into ULearn

12  manually or does ULearn pull information from another

13  system?

14  A.   One more time, please?

15  Q.   For example, when we're talking about users,

16  are they all entered manually into ULearn or does ULearn

17  pull user information from another system?

18  A.   ULearn does not pull information from another

19  system.

20  Q.   So all users are entered manually into ULearn?

21  A.   Yes.

22  Q.   Who is responsible for actually entering the

23  users into ULearn?

24  A.   Harold Powers pulls the file from the banner

25  system, converts it to XML and forwards that to USG.

EXHIBIT 23 - 22

1      Q.   What's the banner system?

2      A.   It's the registration system used here at

3   Georgia State.

4      Q.   So just so I'm understanding, so ULearn is

5   pulling the user information directly from the

6   registration system?

7      A.   ULearn is not connected to the registration

8   system.

9      Q.   Okay.  The information that is entered into

10   ULearn is from the registration system?

11      A.   Yes.

12      Q.   So you aren't manually typing in the name of

13   everybody, all the students?

14      A.   No.

15      Q.   Are you aware of whether there's a license fee

16   for the ULearn software?

17      A.   Yes.

18      Q.   Who is that license fee paid by?

19      A.   The university, IS&T.

20      Q.   When you say the university, do they mean the

21   University System of Georgia or do we mean GSU?

22      A.   GSU.

23      Q.   Who does GSU pay the license fee to?

24      A.   To the USG.

25      Q.   Do you know how much that license fee is?

EXHIBIT 23 - 23

1    A.    No.

2    Q.    Do you know whether it's more than $10,000?

3    A.    Yes.

4    Q.    Do you know whether it's more than $50,000?

5    A.    Yes.

6    Q.    Is it more than $100,000?

7    A.    Yes.

8    Q.    Is it more than $250,000?

9    A.    Yes.

10   Q.    More than 500,000?

11   A.    Not sure.

12   Q.    That would be why you laughed when I started

13   to hit 10.  Okay.

14         Are faculty encouraged to use ULearn?

15   A.    Yes.

16   Q.    How do you encourage faculty to use the ULearn

17   system?

18   A.    Through advertisements, web pages, consulting.

19   Q.    What do you mean by consulting?

20   A.    Faculty member comes to me with a problem with

21   their class and we advise them on what software may help

22   them.

23   Q.    What software do you recommend generally?

24   A.    Depends on the situation.

25   Q.    Would it be some of the software in the

EXHIBIT 23 - 24

1    E Learning Group that we've discussed?

2       A.   Yes.

3       Q.   What do you mean by advertising?

4       A.   Group Wise e-mails, web page announcements,

5    flyers.

6       Q.   Where would the web page announcements appear,

7    which web pages?

8       A.   On the ULearn log-in page or the UETS web

9    page.

10      Q.   Do you know approximately what percentage of

11   GSU faculty members use ULearn?

12      A.   No.

13      Q.   Is it more than half of them?

14      A.   I don't know.

15      Q.   How many faculty members are there at GSU?

16      A.   I don't know.

17      Q.   Do you know numerically approximately how many

18   faculty members use the ULearn system?

19      A.   No.

20      Q.   Who would know that?

21      A.   Someone at the University System.

22      Q.   If I wanted to find out how many users, how

23   many faculty members at GSU used the ULearn system, how

24   would you go about finding that out?

25      A.   I could look at the reports that are put out

EXHIBIT 23 - 25

1    by the USG.

2         Q.   What reports specifically would you look at?

3         A.   The semester report.

4         Q.   What kind of information is on the semester

5    report?

6         A.   Includes the active courses or active

7    sections, rather, number of events occurred in each

8    section and number of users in each section.

9         Q.   Anything else?

10        A.   I can't recall.

11        Q.   How would you define a section?

12        A.   A section is the one -- smallest portion, like

13   a class, it's the one with the CRN that the students and

14   the instructor actually meet.

15        Q.   CRN stands for --

16        A.   Course registration number.

17        Q.   How is a section different than a course?

18        A.   There is only one course but several sections.

19        Q.   Are there different faculty members who teach

20   different sections, or can there be?

21        A.   Yes.

22        Q.   You said also number of events in each

23   section.  What do you mean by events?

24        A.   Click on a page, post a discussion, read a

25   discussion posting, take a quiz, events.

EXHIBIT 23 - 26

1    Q.   And then number of users in each section, how

2  are you using the term user?

3    A.   A user is a student or a faculty member,

4  instructor, designer.

5    Q.   I take it from the name that the semester

6  report comes out each semester?

7    A.   Correct.

8    Q.   Is that something that's automatically

9  generated and sent to you each semester?

10    A.   Yes.

11    Q.   How long have you been receiving semester

12  reports?

13    A.   I don't know.

14    Q.   For the last five years?

15    A.   Not sure.

16    Q.   For the last three years?

17    A.   Yes.

18    Q.   When do the semester reports come out to you?

19  When do you receive those?

20    A.   It varies.

21    Q.   Is it during the semester generally or some

22  time after the semester is over?

23    A.   It varies.

24    Q.   How much does it vary by?

25    A.   Several weeks.

EXHIBIT 23 - 27

Page 28

1      Q.   Generally towards the end of the semester or

2   after the semester or would you receive it at the

3   beginning of the semester?

4      A.   I can usually receive one at the beginning of

5   a semester.  Excuse me.

6      Q.   It's contagious.

7      A.   And one after the semester has ended.

8      Q.   Okay.  In collecting the documents for this

9   lawsuit, did you collect those semester reports and give

10  them to counsel?

11     A.   Yes.

12     Q.   In the ordinary course of business, do you

13  review those semester reports?

14     A.   Yes.

15     Q.   Have you noticed whether the number of faculty

16  members using ULearn has increased or decreased over the

17  last three years?

18     A.   Neither.  It's maintained.

19     Q.   Over the last five years has the number of

20  faculty using ULearn increased of decreased?

21     A.   Increased.

22     Q.   Approximately how much has it increased by

23  over the last five years?

24     A.   I don't know.

25     Q.   Are there more than 500 faculty members who

EXHIBIT 23 - 28

1    use ULearn?

2        A.    I don't know.

3        Q.    How long are the semester reports, how many

4    pages?

5        A.    It's an Excel spread sheet.

6        Q.    Is it a big file?

7        A.    Yes.

8        Q.    What do you do when you review these reports?

9    Do you go through each page?  Are there totals on it

10    somehow?

11        A.    Totals.

12        Q.    Do you look at these totals?

13        A.    Yes.

14        Q.    Approximately how many sections are there in

15    the most recent ULearn report, ULearn semester report?

16        A.    About 2500.

17        Q.    Would that mean that there are 2500 separate

18    faculty members using ULearn?

19        A.    No.

20        Q.    Approximately how many faculty members would

21    that 2500 sections represent?

22        A.    I don't know.

23        Q.    How many courses do faculty members generally

24    teach each semester at Georgia State?

25        A.    I don't know.

EXHIBIT 23 - 29

1     Q.   Would it be more than four?

2     A.   I don't know.

3     Q.   When you work with faculty members to design

4     their courses, on average how many courses are they

5     designing?

6     A.   That one.

7     Q.   Just one.  So it's possible that 2500 sections

8     would represent 2500 separate faculty members?

9     A.   I don't know.

10    Q.   So has the 2500 sections remained

11    approximately consistent over the last three years?

12    A.   Not sure.

13    Q.   How many sections were there when you first

14    began -- strike that.

15         When did you first begin receiving these

16    semester reports?

17    A.   About the time the USG took over the server

18    management.

19    Q.   And that was we decided three years ago?

20    A.   I don't know.

21    Q.   Five years ago?

22    A.   I don't know.

23    Q.   Prior to -- strike that.

24         What other reports do you receive from the USG

25    with regard to ULearn?

EXHIBIT 23 - 30

1    A.    None.

2    Q.    Just the semester report?

3    A.    That's the only one I can recall at this time.

4    Q.    Have you ever asked for any other reports?

5    A.    Yes.

6    Q.    What other reports have you asked for?

7    A.    From the -- wait, there is another one we do

8    get from them.  It's from the Presidium help desk that

9    maintains the 24/7 help center for them.  They send us a

10   report weekly.  And I did recall -- I asked for a yearly

11   report from them a couple months ago.

12   Q.    Did you receive that report?

13   A.    Yes.

14   Q.    What sorts of information is on the Presidium

15   help desk report?

16   A.    What the users asked, what their problems

17   were, who asked, their e-mail address.  I think that's

18   all.

19   Q.    Do you recall how many problems approximately

20   were represented on the yearly report?

21   A.    No.

22   Q.    Was it more than a thousand?

23   A.    I don't know.

24   Q.    How long was the yearly report?

25   A.    I don't understand.  How long?

EXHIBIT 23 - 31

1        Q.    How many pages?

2        A.    It was an Excel spread sheet.

3        Q.    On the weekly report, do you review those?

4        A.    Sometimes.

5        Q.    Approximately how many incidents would be on

6   an average weekly report?

7        A.    Fewer than 10.

8        Q.    Other than the help desk report and the

9   semester report, do you receive any other reports from

10  USG and ULearn?

11       A.    I don't recall.

12       Q.    Have you ever asked for reports other than the

13  yearly help desk report?

14       A.    No.

15       Q.    If you wanted other information, who would you

16  ask?

17       A.    Depends on what I wanted.

18       Q.    If you wanted information about items that

19  were actually in the system, is there a report that you

20  could ask for?  If you wanted to know how many quizzes

21  were in the system --

22       A.    That would be requested of those who -- DBAs

23  may be able to pull that information.  I don't know.

24       Q.    DBA is?

25       A.    Database administrator.  Sorry.

EXHIBIT 23 - 32

1    Q.   Do the database administrators work for GSU or

2  USG?

3    A.   USG.

4    Q.   Do you work with any particular database

5  administrators?

6    A.   No.

7    Q.   Who would you talk to if you wanted

8  information from a database administrator?

9    A.   Either Doug Hyche or Rann Rudisill.

10    Q.   Are Doug and was it Rann?

11    A.   Rann, R-A-N-N.

12    Q.   Are Doug and Rann database administrators?

13    A.   No.

14    Q.   Who are Doug and Rann?

15    A.   Project managers.

16    Q.   What projects do they manage?

17    A.   The George U, which is their term for ULearn.

18    Q.   If a brand new faculty member decides that he

19  or she wants to use ULearn, how would they go about

20  learning about the system?

21    A.   They could look on our web pages, we have

22  information there.  Or they could go into the faculty

23  exchange for training.

24    Q.   What is the faculty exchange for training?

25    A.   It's a lab for faculty members.

EXHIBIT 23 - 33

1      Q.   What do you mean by lab?

2      A.   It's a lab with computers with software

3   installed on it where faculty members can go and work on

4   their -- whatever they need, their projects.  There's

5   also a sound recording booth there if they need it.

6      Q.   So the lab is a physical room somewhere?

7      A.   Yes.

8      Q.   Where is that?

9      A.   Library south room 106.

10      Q.   The computers in the lab, is it -- is the

11   software on them some kind of training software or is

12   there a person who would assist them in learning about

13   the system?

14      A.   There are trainers and instructional designers

15   on staff.

16      Q.   Would those trainers be part of your

17   E Learning Group?

18      A.   No.

19      Q.   What group are those trainers in?

20      A.   Part of the UATS.

21      Q.   Is there a particular group within UATS for

22   training?

23      A.   No.

24      Q.   Would those trainers report directly to Mike

25   Russell?

EXHIBIT 23 - 34

1    A.   Yes.

2    Q.   How many trainers are there, do you know?

3    A.   One.

4    Q.   Who is that?

5    A.   Courtney Dubois.

6    Q.   Do you work with Courtney?

7    A.   Yes.

8    Q.   How often do you meet with Courtney?

9    A.   I'm in the exchange every Thursday morning.

10    Q.   What do you do in the exchange on Thursday

11  mornings?

12    A.   I get to help drop-in faculty.

13    Q.   As a general matter are there usually faculty

14  there on Thursday mornings?

15    A.   Yes.

16    Q.   How many faculty members would you have on an

17  average Thursday morning?

18    A.   Three to five.

19    Q.   What sorts of -- strike that.

20    What kinds of questions do the faculty ask you

21  on Thursday mornings?

22    A.   Questions on Second Life I get a lot, there

23  was one last week on how to set up a Word document.  And

24  we do get a few for using the different tools in ULearn.

25    Q.   Do faculty members generally use Second Life

EXHIBIT 23 - 35

1    for instructional purposes?

2         A.    Usually no.

3         Q.    Are there any faculty members who use Second

4    Life for instructional purposes?

5         A.    Yes.

6         Q.    Do you know generally what they do in Second

7    Life for faculty members who are using it for

8    instructional purposes?  Let's be clear there.

9         A.    They teach and do research.

10        Q.    Do they teach GSU students?

11        A.    Yes.

12        Q.    How many classes, if you will, are there in

13   Second Life through GSU?

14        A.    I'm not sure.

15        Q.    Do you know approximately how many faculty

16   members are using Second Life for instructional

17   purposes?

18        A.    Approximately yes.

19        Q.    Approximately how many?

20        A.    About 10.

21        Q.    Do you know if they are using any real life

22   books or articles or any of that in Second Life?

23        A.    I don't know.

24        Q.    Do you know generally the subject matter of

25   the courses that they are teaching in Second Life?

EXHIBIT 23 - 36

1    A.   Yes.

2    Q.   What is the subject matter of those courses?

3    A.   Educational, instructional technology and

4    computer information science.

5    Q.   Who are those instructors?

6    A.   Steve Harmon, Brandon Colandra, Charles Wong,

7    Dave McDonald.  I don't recall the other ones that are

8    in the college business.

9    Q.   I understand -- I think we've seen documents

10   that ULearn is being upgraded to a new version at some

11   point?

12   A.   Yes.

13   Q.   What was the thinking behind the decision to

14   upgrade ULearn?

15   A.   I don't know.

16   Q.   What is the new version that ULearn is being

17   upgraded to?

18   A.   Version 8.

19   Q.   When is that scheduled to happen?

20   A.   We will begin teaching in the new version in

21   August of 2009.

22   Q.   What are the differences in the Version 8 as

23   opposed to the current version?

24   A.   Interface and the underlying software.

25   Q.   What is the current version that's in use

EXHIBIT 23 - 37

1    right now?

2        A.   Version 3.

3        Q.   So we skipped a couple versions in between?

4        A.   One.

5        Q.   One.  What are the changes to the interface in

6    Version 8?

7        A.   Fewer tabs, new locations for the buttons,

8    some additional tools.

9        Q.   What do you mean by new locations?

10       A.   The buttons are not in the same position in

11   Version 8 as they are in Version 3.

12       Q.   What do you mean by new tools?

13       A.   New tools have been added like blogs, wickies,

14   roster tool, rubrics.

15       Q.   What is a roster tool?

16       A.   This allows the user to upload their pictures,

17   put a little bit about themselves in the bio and allows

18   the rest of the class to actually see who the other

19   members are.

20       Q.   What is a rubric?

21       A.   It's a tool to let a student know what they

22   have to do in order to make an A or a B or a C, to what

23   degree.

24       Q.   Is that for a particular assignment or is that

25   general course expectations?

EXHIBIT 23 - 38

1      A.   General course expectations.

2      Q.   Would that be something a professor would put

3 into the system?

4      A.   They may.

5      Q.   If it wasn't the professor, who else would it

6 be?

7      A.   No one.

8      Q.   So if I understand, your rubrics are not

9 something that's required, it's just a possible tool

10 that a professor could use?

11     A.   Yes.

12     Q.   What other tools -- there -- strike that.

13          Are there any tools from Version 3 that have

14 been eliminated in Version 8?

15     A.   Don't think so.

16     Q.   What other tools are there from Version 3 that

17 will be carrying over into Version 8?

18     A.   Discussions, quizzes, assignments, grade book

19 pages, organizer pages, media tool, My Notes, My Files,

20 My Progress, announcements.  I'm trying to look on the

21 side and see what else is over there.  I can't recall

22 any others.

23     Q.   What do you mean by organizer pages?

24     A.   An organizer page is a page that is created

25 with other icons and links on it.

EXHIBIT 23 - 39

1    Q.   Do all professors use these organizer pages?

2    A.   No.

3    Q.   What is My Notes?

4    A.   It allows the student to write notes as

5    they're going through the course to keep to review

6    later.

7    Q.   Would those be individual student notes?

8    A.   Yes.

9    Q.   Are a student's notes accessible to other

10   students in the course?

11   A.   No.

12   Q.   Are they accessible to the professor?

13   A.   No.

14   Q.   What is My Files?

15   A.   It is an area where students can upload files

16   on to the server, normally through their course.

17   Q.   Are there any guidelines about what students

18   can upload?

19   A.   No.

20   Q.   Is there any way to -- strike that.

21        Do other students have access to what a

22   student uploads?

23   A.   No.

24   Q.   Does the professor have access to what a

25   student uploads?

EXHIBIT 23 - 40

1      A.   No.

2      Q.   Does anyone have access to it besides the

3  student?

4      A.   I don't know.

5      Q.   Would you have access to it?

6      A.   No.

7      Q.   If you wanted to check what a student had

8  uploaded, is there any way that you're aware of to do

9  that?

10     A.   No.

11     Q.   So if a student uploaded pornography, for

12  example, would there be any way -- and you had a

13  complaint, would there be any way to check that?

14     A.   I don't know.

15     Q.   What would you do if there was a complaint

16  that a student had uploaded pornography to the ULearn

17  system?

18     A.   I would probably talk to someone at the USG.

19     Q.   Who would you talk to?

20     A.   Rann.

21     Q.   What are media tools?

22     A.   It's an area where professors can upload

23  pictures and put a small description to one side.

24     Q.   And can students upload media tools or that's

25  only professors?

EXHIBIT 23 - 41

```
1        A.    Only the professor.

2        Q.    Who has the rights to change the organizer

3   pages?

4        A.    A course designer.

5        Q.    Would professors have the ability to do that?

6        A.    If they are a course designer.

7        Q.    How do you become a course designer?

8        A.    You're granted rights.

9        Q.    How do you go about getting granted rights or

10  what's the policy for granting rights to people?

11       A.    An instructor is normally uploaded with

12  privileges of instructor and designer.

13       Q.    Is there ever an occasion where you would take

14  away course designer rights from a professor?

15       A.    I don't know.

16       Q.    Have you ever taken away course designer

17  rights from a professor?

18       A.    Yes.

19       Q.    Why was that?

20       A.    I was requested by the university, the Georgia

21  State University to do so.

22       Q.    Why were you requested by Georgia State

23  University?

24       A.    Because the professors had left the

25  university.
```

EXHIBIT 23 - 42

1    Q.   Other than a professor no longer being at the

2   university, have you ever been requested to remove

3   course designer rights?

4    A.   No.

5    Q.   So all professors to the best of your

6   knowledge are course designers or have the rights to be

7   course designers?

8    A.   Yes.

9    Q.   What other rights do professors have?

10    A.   They can add and remove students in their

11   sections, they can post to the discussion board, create

12   quizzes, create assignments, post -- I say post grades

13   within the course, post announcements, use all of the

14   ULearn tools.

15    Q.   Are there any rights that you have to the

16   ULearn system that a professor would not have for his or

17   her individual course?

18    A.   One more time.

19    Q.   Are there any -- is there anything you can do

20   in an individual course that a professor would not have

21   the right to do but you as an administrator would have

22   the right to do?

23    A.   Yes.

24    Q.   What is that?

25    A.   I can run reports.

EXHIBIT 23 - 43

1     Q.   So professors aren't able to run reports?

2     A.   Not at this time.

3     Q.   Will that change in Version 8?

4     A.   Yes.

5     Q.   What sorts of reports will professors be able

6  to run in Version 8?

7     A.   They will be able to run a report to let them

8  know what students logged in, what time, how much time

9  they've spent in the section and what tools they have

10  accessed.

11     Q.   Anything else?

12     A.   I'm not sure.

13     Q.   Other than the ability to run reports, as we

14  sit here today is there anything you could do in an

15  individual course that a professor would not have the

16  right to do?

17     A.   No.

18     Q.   In Version 8 you mentioned that there were

19  fewer tabs.  What does that mean?

20     A.   In Version 3 there were three tabs across the

21  top.  In the new version there are only two.

22     Q.   What are the three tabs in the current

23  version?

24     A.   Build, teach, student.

25     Q.   What are the two tabs in the new version?

EXHIBIT 23 - 44

1    A.   I think it is build and student.

2    Q.   What -- if I clicked on the teach tab, what

3  would I see today as we sit here?

4    A.   There would be a bar across the top with the

5  grade books, selective release areas, the tools that the

6  professor would need as a teacher.

7    Q.   And are those features still in Version 8,

8  they're just located somewhere else or are those

9  features that have been eliminated?

10    A.   They are still in the new version.

11    Q.   And where are they in the new version?

12    A.   They're located on the left hand side.

13    Q.   If I clicked on the build page, what would I

14  see?

15    A.   You would see the tools to add or the buttons

16  to add tools to the page, the organizer page, the single

17  page, the course content, create a new assignment,

18  create a new quiz.

19    Q.   How about on the student page?

20    A.   You would see the page exactly how your

21  students would see it if they had been added.

22         MS. SINGER:  I think we're close to the

23         end of the tape so I think this is a good

24         moment to take a break.

25         THE VIDEOGRAPHER:  This concludes tape

EXHIBIT 23 - 45

```
1            number 1.  We're off the record at 9:27

2       a.m.

3                 (Brief recess.)

4            THE VIDEOGRAPHER:  This will be tape

5       number 2.  We're back on the record at 9:40

6       a.m.

7  BY MS. SINGER:

8       Q.   Ms. Christopher, at the end of a semester what

9  happens to all of the information that's in a particular

10 ULearn course, a section?

11      A.   Nothing.

12      Q.   Are professors able to access their sections

13 from prior years or prior semesters?

14      A.   Yes.

15      Q.   Is there any special procedure they need to go

16 through or can they just access that in the ordinary

17 course of business?

18      A.   They can access any course that they have

19 taught in the past.

20      Q.   Are professors able to access courses that

21 they have not taught in the past?

22      A.   No.

23      Q.   If a professor is teaching a course that has

24 been taught in the past by another professor, are they

25 able to get access to the other professor's ULearn
```

EXHIBIT 23 - 46

1   section?

2       A.   With permission.

3       Q.   Who do they need permission from?

4       A.   That instructor.

5       Q.   Why do they need permission?

6       A.   Because these materials belong to the

7   professor who uploaded them and created the section.

8       Q.   Does the -- strike that.

9            If a professor wants to use materials that

10  they have posted to their ULearn section in a previous

11  semester, are they able to move that over to a new

12  section or can they just reuse that section?  How would

13  they get access to those materials?

14      A.   That was about four questions in there.  Which

15  one do you want answered?

16      Q.   Let's start with can a professor reactivate a

17  ULearn section from a previous semester?

18      A.   The sections are never deactivated.

19      Q.   Can a professor give new students access to a

20  previous semester section of ULearn?

21      A.   No.

22      Q.   If a professor has information posted in a

23  previous semester section of ULearn and they would like

24  to give current students access to that information, how

25  would they go about doing so?

EXHIBIT 23 - 47

1    A.   They could request of the ULearn admin to

2   promote the old section to a template and then to

3   reassign that template to their current section that

4   they are teaching.

5    Q.   What does it mean to promote something to a

6   template?

7    A.   It is a function within ULearn that the admin

8   uses to select a section and say create a template.  It

9   will bundle up the materials but none of the student

10  information and create a template of sorts.

11   Q.   What information -- when you say student

12  information, what information would not be bundled up

13  into the template?

14   A.   Any quiz grades, grade book grades, student

15  postings, assignment uploads.

16   Q.   So the actual quiz itself that a professor had

17  created would be included in the template?

18   A.   Yes.

19   Q.   And the actual course reading materials would

20  be included in that template?

21   A.   Yes.

22   Q.   And if there were discussion questions that

23  the instructor had created, would the questions make it

24  into the template?

25   A.   No.

EXHIBIT 23 - 48

1    Q.  If the instructor had created media tools,

2  would those go into the template?

3    A.  Yes.

4    Q.  If there were -- well, strike that because --

5  there were not blogs or wickies in the current version,

6  is that correct?

7    A.  Correct.

8    Q.  Who has the admin clearance to promote

9  something to a template?

10    A.  At Georgia State University I can do it, Zoe

11  can do it, Lovely can do it and Mostafa can do it.

12    Q.  Professors can not do it?

13    A.  No.

14    Q.  Anybody other than the four of you have that

15  clearance at Georgia State University?

16    A.  No.  Oh, Harold.

17    Q.  Do you consider Harold to be at Georgia State

18  University?

19    A.  Yes.

20    Q.  When you upgrade to Version 8, will that

21  affect in any way a professor's ability to access

22  previous sections of ULearn?

23    A.  Yes.

24    Q.  How will that be affected?

25    A.  The USG has told us that at the end of two or

EXHIBIT 23 - 49

1    three years they will be deleting old sections.

2       Q.  If a professor wants to retain the information

3    beyond that two or three years, how will they go about

4    doing that?

5       A.  I don't know.

6       Q.  Are there any plans to take the information

7    from old sections and archive it in any way?

8       A.  I don't know.

9       Q.  Has anybody -- has that question been

10    discussed at all?

11       A.  I don't know.

12       Q.  Have you been involved in any discussions

13    about prior content from the ULearn system prior

14    sections?

15       A.  No.

16       Q.  Am I correct then the summer session that's

17    going on now is still using Version 3?

18       A.  Yes.

19       Q.  What sorts of education or training is

20    underway to teach professors about Version 8, if any?

21       A.  We have developed tutorials that are currently

22    available.  The trainers in the exchange are prepared to

23    teach.  We have done several departmental training

24    sessions.  As far as training that is it.

25       Q.  As a general matter if a professor is

EXHIBIT 23 - 50

1    relatively computer savvy and able to use Version 3 of

2    ULearn, is the upgrade going to make it significantly

3    more difficult for them to manipulate the ULearn system?

4        A.    No.

5        Q.    Are there any changes to the way professors

6    upload materials in Version 8?

7        A.    No.

8        Q.    Is there any difference in the way students

9    access materials in Version 8?

10       A.    No.

11       Q.    You mentioned also one of the changes in

12   Version 8 was the underlying software.  Can you briefly

13   tell me what those changes are?

14       A.    It deals with -- I'm not familiar enough with

15   the language in which its written, but it is different

16   than what we have now.

17       Q.    Different how?

18       A.    I don't know.  I'm not a techie.

19       Q.    Were you involved in the discussions as to

20   whether to upgrade to Version 8?

21       A.    That was not a discussion.

22       Q.    How did you learn that ULearn would be

23   upgraded to Version 8?

24       A.    USG announced it.

25       Q.    When was that announcement made?

EXHIBIT 23 - 51

1    A.    I don't recall.

2    Q.    Within the last year?

3    A.    No.

4    Q.    Within the last two years?

5    A.    Yes.

6    Q.    Did anybody ever ask for your input into

7    whether the version should be upgraded, whether the

8    software should be upgraded?

9    A.    No.

10   Q.    Do you have an opinion about whether or not

11   the software should be upgraded?

12   A.    No.

13   Q.    In your opinion were there any problems with

14   Version 3 that are going to be fixed in Version 8?

15   A.    Just the one that allows the faculty to run

16   their own reports.

17   Q.    How often did faculty members ask you to run

18   reports about their ULearn sections?

19   A.    How often?

20   Q.    Yes.

21   A.    Not very.

22   Q.    How many faculty members approximately in a

23   given semester would ask you to run a report on their

24   ULearn section?

25   A.    Fewer than 10.

EXHIBIT 23 - 52

1    Q.   Was it the same faculty members that would ask

2  you each semester or would it be different faculty

3  members each semester?

4    A.   The same.

5    Q.   And what sorts of reports would you run for

6  these fewer than 10 faculty members about their ULearn

7  section?

8    A.   Which students logged in and what -- how many

9  events that occurred during that time.

10   Q.   What -- how often do students generally log in

11 to an ULearn section?

12   A.   Varies.

13   Q.   What is -- does it depend on any particular

14 factors?

15   A.   Yes.

16   Q.   And what are those factors?

17   A.   Who's teaching the class, what's online, if

18 they care.

19   Q.   Is there any way to tell from the reports

20 whether a student has downloaded or saved information

21 from the ULearn section page?

22   A.   On the reports that I run, no.

23   Q.   Is there any way to tell at all?

24   A.   I don't know.

25   Q.   Have you ever looked?

EXHIBIT 23 - 53

 1    A.   I wouldn't know where to look.

 2    Q.   Have you ever discussed the issue with

 3  anybody?

 4    A.   No.

 5    Q.   Can you tell from the reports how long a

 6  student has looked at a quiz or a course reading?

 7    A.   No.

 8    Q.   Can you tell from a report which quizzes or

 9  which course readings a student has looked it?

10    A.   Yes.

11    Q.   Other than the report, is there any way to

12  tell how long a student looked at a particular quiz or a

13  particular page?

14    A.   I don't think so.

15    Q.   Is there any way to create a report of what

16  information would be moved if something was promoted

17  into a template, so the nonstudent information?

18    A.   Can you repeat that one more time?

19    Q.   Sure.  You told me earlier that if you wanted

20  to move course information other than student

21  information into a new ULearn section you would -- an

22  administrator has the ability to promote that

23  information into a template, correct?

24    A.   Yes.

25    Q.   Is there any way to see what information,

EXHIBIT 23 - 54

1    whether it's a list or a report, or see what information

2    would get promoted to that template?

3        A.   Other than physically going into the section,

4    no.

5        Q.   Will that change at all in Version 8?

6        A.   Nope.

7             MS. SINGER:  Would you please mark this

8             as Plaintiffs' Exhibit 270.

9                  (Plaintiffs' Exhibit No. 270

10                  was marked for identification

11                  by the reporter.)

12   BY MS. SINGER:

13       Q.   Ms. Christopher, you have in front of you a

14   document bearing a Bates stamp Georgia State 11080 to

15   1081, it's been marked as Plaintiffs' Exhibit 270.

16           Do you recognize Plaintiffs' 270?

17       A.   Yes.

18       Q.   Could you tell me briefly what it is?

19       A.   It is an e-mail that was sent to me by a

20   previous graduate student assistant who was working on a

21   project for one of her classes and was interviewing me.

22       Q.   And the top of P-270.  The graduate student is

23   Doris Harris, right?

24       A.   Yes.

25       Q.   And Ms. Harris says to you, she sends you some

EXHIBIT 23 - 55

1   questions and you tell her that you're giving her the

2   stats that you gathered and the information that you

3   have readily available.  Is that correct?

4      A.   Yes.

5      Q.   So on P-270 you note that there was a limited

6   license of 200 students for WebCT in November 1997, is

7   that correct?

8      A.   Yes.

9      Q.   And were you at GSU at that time?

10     A.   No.

11     Q.   And then in P-270 you tell Ms. Harris in

12   January 1998 it began the WebCT program with 12 courses,

13   nine instructors and 148 students, do you see that?

14     A.   Yes.

15     Q.   Were you at Georgia State at that time?

16     A.   No.

17     Q.   How did you learn that WebCT began in January

18   1998 with 12 courses, nine instructors and 148 students?

19     A.   It was a report created by Karen Oates.

20     Q.   Do you have access to that report?

21     A.   I did.  I should still.

22     Q.   Do you know if that report was produced to

23   your counsel in connection with this lawsuit?

24     A.   I don't know.

25     Q.   And then in P-270 you tell -- Ms. Harris asks

EXHIBIT 23 - 56

1    you approximately how many people log into WebCT every

2    day.  And you tell her those stats are not kept, is that

3    correct?

4         A.   Correct.

5         Q.   Is that still correct that you don't keep the

6    stats of how many people log into WebCT every day?

7         A.   We do not keep those stats.

8         Q.   If you wanted to know how many people logged

9    into WebCT on a given day, are you able to access that

10   information?

11        A.   No.

12        Q.   Does the system have the capability of

13   reporting how many people used it on a given day?

14        A.   I don't know.

15        Q.   Do you know if Version 8 has that ability?

16        A.   I don't know.

17        Q.   Is that something that you have ever been

18   asked aside from this interview with Ms. Harris?

19        A.   No.  No.

20        Q.   And you tell her in P-270 that you've attached

21   reports of the number of active sections and the number

22   of actions that you receive from the BOR each semester,

23   do you see that?

24        A.   Yes.

25        Q.   What is the BOR?

EXHIBIT 23 - 57

1    A.    Board Of Regents.

2    Q.    And these reports are the semester reports we

3  talked about earlier?

4    A.    Yes.

5    Q.    And do you know whether those reports that you

6  attached to P-270 are the same reports you produced to

7  your counsel?

8    A.    Yes.

9    Q.    Ms. Harris in P-270 asks you what is your role

10  in the diffusion of this innovation.

11        What was your understanding of what this

12  innovation was when you answered the question?

13    A.    The course management tool itself.

14    Q.    And you tell her that you're the project

15  manager and cheerleader?

16    A.    Yes.

17    Q.    Then in P-270 Ms. Harris asks you, what are

18  the most popular features of this system.  And you say

19  to her you should remember this.

20        And what did you mean by that?

21    A.    Because she was my student assistant and she

22  worked with the faculty.

23    Q.    Okay.  And then the features you say are

24  discussions, quizzing and just the simple ability to be

25  able to post materials.  What did you mean by that?

EXHIBIT 23 - 58

1     A.    That those are the most popular features.

2     Q.    Is that true even as we sit here today still?

3     A.    Yes.

4     Q.    What sorts of materials did you mean when you

5     say post materials?

6     A.    Reading materials, post links to other web

7     sites, that sort of thing.

8                MS. SINGER:  If you would please mark

9           this as Plaintiffs' Exhibit 271.

10                    (Plaintiffs' Exhibit No. 271

11                     was marked for identification

12                     by the reporter.)

13    BY MS. SINGER:

14    Q.    Ms. Christopher, you have in front of you a

15    document bearing the Bates stamp Georgia State 9752 that

16    has been marked as Plaintiffs' Exhibit 271.  It appears

17    to be an e-mail from Karen Oates to IST directors dated

18    September 10th, 2007.

19          Do you recognize Plaintiffs' 271?

20    A.    Yes.

21    Q.    Who is included in the group IST directors?

22    A.    At that time I'm not sure.

23    Q.    Were you included in that group?

24    A.    No.

25    Q.    Okay.  In Plaintiffs' 271 Ms. Oates is

EXHIBIT 23 - 59

1  forwarding an e-mail that is it safe to assume you sent

2  to Ms. Oates --

3      A.   Yes.

4      Q.   -- on September 10th, 2007.  And do you say,

5  Brian just sent out the primary stats for fall '07.  Who

6  is Brian?

7      A.   Brian Finnegan.

8      Q.   What is Brian Finnegan's role?

9      A.   He -- I don't know if he's still employed with

10  them, but he had worked for the USG.

11      Q.   Was Brian Finnegan the person who would send

12  you the Board Of Regents semester reports?

13      A.   Yes.

14      Q.   And the preliminary stats you cite in

15  Plaintiffs' 271, do those come from the Board Of Regents

16  semester report?

17      A.   Yes.

18      Q.   In Plaintiffs' 271 you say that GSU has 1300

19  active sections?

20      A.   Yes.

21      Q.   As we sit here today, I think you told me

22  earlier that currently it's more along the lines of 2500

23  sections?

24      A.   Yes.

25      Q.   So the number of active sections has

EXHIBIT 23 - 60

1    increased?

2       A.   Yes.

3       Q.   In Plaintiffs' 271 you say GSU has 22,939

4    active users?

5       A.   Yes.

6       Q.   How many active users are there today?

7       A.   I don't know.

8       Q.   Do you think it's more than 22,939?

9       A.   More than likely it is more than the 22,939.

10      Q.   And I think you told me this earlier, but just

11   to clarify, users include students and professors?

12      A.   Yes.  And staff.

13      Q.   And staff.  Are these 22,939 unique users or

14   if I'm a student enrolled in four classes would I be

15   counted as four unique users for purposes of this

16   statistic?

17      A.   I have been told these are unique users.

18      Q.   Okay.  So just to make sure I understand you,

19   one of these -- if I'm enrolled in four courses I would

20   only be counted once?

21      A.   Yes.

22      Q.   Do you have any way of knowing how many

23   courses each of these 22,939 people are enrolled in?

24      A.   That would be the number of active sections.

25      Q.   Okay.  Does active user imply that -- well,

EXHIBIT 23 - 61

1    strike that.

2           Are there inactive users on the system?

3      A.   I don't know.

4      Q.   How does a person become defined as an active

5    user?

6      A.   They are enrolled in an active section.

7      Q.   Does an active user need to have taken any

8    actions in the system?  Do they need to have gone to a

9    course page or just being enrolled in an active section

10   will qualify you as an active user?

11     A.   Being enrolled in an active section makes you

12   an active user.

13     Q.   So even if you never log on to the ULearn

14   system, if you're enrolled in an active section you're

15   counted as an active user?

16     A.   Yes.

17     Q.   Does anybody in the E Learning Group ever

18   upload materials for professors?

19     A.   Yes.

20     Q.   Under what circumstances would members of the

21   E Learning Group upload materials for professors?

22     A.   When we are assisting the professor in

23   designing a new course.

24     Q.   What kinds of materials would you upload for a

25   professor?

EXHIBIT 23 - 62

1    A.   It could be readings, it could be learning

2    objects, it could be media or linking the media.  We

3    don't like to upload multi media because it's too huge.

4    Uploading quizzes, uploading assignments.

5    Q.   Are there any guidelines or policies or

6    limitations on what professors can upload to their

7    ULearn section?

8    A.   There's a limitation on file size.

9    Q.   What's that limitation?

10    A.   I can't recall at this time.

11    Q.   Is the limitation on files bigger than a

12    particular size or is it no more than X number of files

13    that total this particular size?

14    A.   The limitation is on one file, the amount of

15    size that one file is.

16    Q.   So if the limit were, I don't know, 500 megs

17    just say, I could load 501 files that were one meg each

18    but I couldn't load one file that was 501 megs?

19    A.   No, I could upload 500 files of 500 megs but I

20    could not upload one file that was 501 megs.

21    Q.   Are there any limitations on the number of

22    files professors can upload?

23    A.   No.

24    Q.   Aside from the file size limitation, are there

25    any other limitations or policies that apply to what

EXHIBIT 23 - 63

1  professors may upload to their ULearn section?

2       A.   Other than the normal policies that the --

3  copyright and taking things from other professors, it

4  has to be their work, they have to have permissions to

5  upload it or my group will not upload it for them.

6       Q.   Has there ever been an occasion when your

7  group has refused to upload something for a professor?

8       A.   Yes.

9       Q.   Why did your group refuse to upload something

10  for a professor?

11      A.   Because they did not have permission.

12      Q.   When was -- how many incidents are we talking

13  about?

14      A.   I can recall at least two very clearly.

15      Q.   How recently were those incidents?

16      A.   Several years ago.

17      Q.   Were you personally involved in those

18  incidents or was it somebody else in your group?

19      A.   One I was.

20      Q.   Could you tell me about that incident?

21      A.   The professor came to me with a CD and he

22  wanted me to upload the movies from the CD into his

23  course.  He said it came from the back of the textbook.

24  I said, do you have permission and he said no.  And I

25  said you need permission, I'm not doing it.

EXHIBIT 23 - 64

1       Q.   How about the other incident?

2       A.   This was an individual who wanted to use

3 someone else's materials from another course and she

4 could not get their permission.  She said I just want to

5 copy the course because I'm taking over, she's left the

6 university.  I said you must either have her permission

7 or the permission from the chair.  She did not secure

8 either one so we did not allow her to use the materials.

9       Q.   Which policy was in effect that you were

10 refusing to allow her to copy, which policy was that?

11      A.   It's not a policy, but on my web page I have

12 the links to where I outline what we will and we would

13 not do.  To use other professor's materials you have to

14 have their permission.  In a research university your

15 published materials are yours.

16      Q.   So would it be violating the policy of taking

17 something from another professor?

18      A.   Yes.

19      Q.   Do you have any way to track what professors

20 upload themselves to their ULearn sections?

21      A.   No.

22      Q.   In the active events reports or the events

23 reports, would it mention when a professor uploaded

24 something to their course page?  Would that be an event?

25      A.   No.

EXHIBIT 23 - 65

1    Q.  Is there -- if you as the admin sign in, can

2  you look at a particular course and see what materials a

3  professor has uploaded?

4    A.  Yes.

5    Q.  Is there any way besides physically logging

6  into the course and clicking on each item that you could

7  tell what a professor has uploaded?

8    A.  I don't know.

9    Q.  Have you ever tried?

10    A.  No.

11    Q.  Have you ever had a discussion about whether

12  it's possible?

13    A.  No.

14    Q.  Do you know whether that's something that will

15  be possible in Version 8?

16    A.  I don't know.

17    Q.  How often does the E Learning Group receive

18  requests from professors to upload something on to their

19  ULearn course section?

20    A.  Not often.

21    Q.  Would it be once a week maybe?

22    A.  No.

23    Q.  Less than that?

24    A.  Yes.

25    Q.  What materials aside from the movie that we

EXHIBIT 23 - 66

1    discussed or another professor's work, what sorts of

2    materials do professors generally request assistance

3    from the E Learning Group to upload to ULearn?

4        A.   Quizzes.

5        Q.   Does the E Learning Group ever assist

6    professors in uploading journal articles or PDFs of

7    chapters of books to the ULearn course section page?

8        A.   At this time, no.

9        Q.   Has that changed?

10       A.   Yes.

11       Q.   When did that change?

12       A.   When Carolyn Guard was director of UATS.

13       Q.   When was that?

14       A.   Has been three years -- it must have been four

15   or five years ago.

16       Q.   And when Carolyn Guard was in that position

17   what was the policy?

18       A.   She said that whatever the professor wanted we

19   would do for them.

20       Q.   When Carolyn Guard left how did that change?

21       A.   I changed what we did.

22       Q.   What did you change to?

23       A.   We changed to teaching the professor how to do

24   their own work and gave them more responsibility for

25   uploading their own materials rather than relying on us.

EXHIBIT 23 - 67

1    Q.   Why did you make that change?

2    A.   Because I was not comfortable doing their work

3    for them.  And basically, yes.

4    Q.   Why were you not comfortable doing their work

5    for them?

6    A.   I felt that it gave them a higher stature in

7    the face of their students and their classes and it

8    would help their self esteem if they knew how to work it

9    rather than saying I don't know how to do it, go talk

10   with the ULearn people.

11   Q.   When Carolyn Guard was in her position prior

12   to the policy change, how often was the E Learning Group

13   or whatever its predecessor was uploading materials for

14   professors?

15   A.   Daily.

16   Q.   Was it the E Learning Group at that time?

17   A.   I don't recall the name of the group at the

18   time.

19   Q.   Okay.  Was the -- that group prior to the

20   policy change uploading most or a large percentage of

21   the materials that were uploaded to ULearn, was that

22   done by the E Learning Group or by the professors?

23   A.   Carolyn Guard when she was here if a professor

24   came to us with materials either in an electronic or

25   hard copy I had a group of graduate research assistants

EXHIBIT 23 - 68

1    who would upload the materials for them.

2        Q.    During that time was there ever an occasion

3    when you or your group of graduate students or anyone in

4    the group refused to upload something for a professor?

5        A.    I don't recall.

6        Q.    To your knowledge were there any policies that

7    would cause someone in your group not to upload

8    something for a professor?

9        A.    I don't recall.

10       Q.    If a professor wants assistance in learning

11   how to upload something, what would they do to get that

12   assistance?

13       A.    They would drop in at the faculty exchange.

14       Q.    Do they ever e-mail requests?

15       A.    Sometimes.

16       Q.    When you receive an e-mail request how do you

17   respond?

18       A.    We give them instructions.

19            MS. SINGER:  Let's mark this as

20            Plaintiffs' 272.

21                    (Plaintiffs' Exhibit No. 272

22                     was marked for identification

23                     by the reporter.)

24   BY MS. SINGER:

25       Q.    Ms. Christopher, you've been handed

EXHIBIT 23 - 69

1    Plaintiffs' 272, which bears the Bates stamp Georgia

2    State 6267.  It's an e-mail from WebCT to Perry Binder

3    dated June 27th, 2005.  Do you see that?

4        A.   Yes.

5        Q.   Who is involved in the e-mail address WebCT?

6        A.   The e-mail address no longer exists.  At that

7    time I had access to it, Zoe had access to it, Mostafa

8    and Karen Oates and I think that Mike Aikens was with us

9    at that time.  And Tony.  I can't remember Tony's last

10   name.  He was a graduate assistant.

11       Q.   I take it from your answer that Mike and Tony

12   are no longer with you?

13       A.   Correct.

14       Q.   In Plaintiffs' 272, I believe this is Mostafa

15   who is responding to the e-mail?

16       A.   Yes.

17       Q.   And he is saying -- he is telling Professor

18   Binder that he created this account and added it to the

19   course as a student, and this is a guest account?

20       A.   No.

21       Q.   Under what circumstances would a guest account

22   be created?

23       A.   The professor may have a guest lecturer that

24   they want to invite in to post on the discussion board.

25   They may want to invite another professor in.  Don't see

EXHIBIT 23 - 70

1    here.  He just wanted a guest account but he doesn't say

2    why he wanted it.

3        Q.   Okay.  Under Version 3 professors cannot

4    create guest accounts, is that correct?

5        A.   Correct.

6        Q.   Under Version 8 professors will be able to

7    create their own guest accounts, do you know?

8        A.   No.

9        Q.   That will still have to go through the

10   E Learning Group?

11       A.   An admin.

12       Q.   Are there admins other than the E Learning

13   Group?

14       A.   Yes.

15       Q.   Who are those admins?

16       A.   Depends on the software.

17       Q.   Are there admins for the ULearn software other

18   than the E Learning Group?

19       A.   No.

20       Q.   In Plaintiffs' 272 if we look at the bottom of

21   the e-mail chain looks like Professor Binder is asking

22   when he's tracking students under articles read he asks

23   what two features are referring to hits and items read?

24       A.   Yes.

25       Q.   And you respond to him that hits refers to the

EXHIBIT 23 - 71

1    number of times the students accessed a home page, tool

2    page and content module.  You see that?

3        A.   Yes.

4        Q.   As far as you know, will that change under

5    Version 8?

6        A.   No.

7        Q.   Is there anything else that hits might refer

8    to?

9        A.   No.

10       Q.   And in Plaintiffs' 272 you say items read is

11   the number of articles the students has accessed in

12   discussions?

13       A.   Yes.

14       Q.   And that information is still available in

15   current reports?

16       A.   Yes.

17       Q.   Will that be available in Version 8?

18       A.   Yes.

19       Q.   Are hits and items read information that a

20   professor has access to?

21       A.   If they can run a report.

22       Q.   Does the semester report that you receive from

23   the Board Of Regents include hits and items read?

24       A.   It includes hits.

25       Q.   How do you run a report on items read?

EXHIBIT 23 - 72

1     A.   It's one of the reports that you can run in

2  ULearn.

3     Q.   And who has the ability to run that report?

4     A.   An admin.

5     Q.   Will a report on items read be something that

6  a professor can run in Version 8?

7     A.   Yes.

8     Q.   Are reports regularly run on items read?

9     A.   No.

10     Q.   Can you tell from a report that has items read

11  what items they are or is it limited to just the number

12  of items that the student has read?

13     A.   I cannot tell what they read.

14     Q.   So items read will just give you a number?

15     A.   Yes.

16     Q.   Will it tell you the breakdown of what the

17  items are?  Is there any way to know, for example,

18  whether a student has read quizzes versus articles?

19     A.   Items read deals only with discussions.  So it

20  will tell me the number of discussions the student

21  clicked on.  It won't tell me how much time they spent

22  on it.

23     Q.   What's included under discussions?

24     A.   Discussion is a threaded list and I read this

25  post, I read this post, I read this post.  Each one of

EXHIBIT 23 - 73

1    those would be an item.

2        Q.    Okay.  Is there any report that you could run

3    that would determine items read for quizzes?

4        A.    No.

5        Q.    Is there any way to run a report that would

6    tell you the number of uploaded course readings that a

7    student has read?

8        A.    That would be hits.

9        Q.    That would be hits.  Hits would include things

10   other than just the uploaded course materials that the

11   student has read, though, wouldn't it?

12       A.    Hits would include access of the home page,

13   how many times you clicked it, how many times you looked

14   at a course material posting, how many times you went

15   into a quiz.  Those are hits.

16       Q.    Is there any way to distinguish how many times

17   you did each of those individual activities or is hits

18   just a general number?

19       A.    It does break it down by item.

20       Q.    It does break it down by item?

21       A.    Yes.

22       Q.    What report breaks it down by item?

23       A.    It is -- I don't know the title of it.  There

24   are several reports in ULearn that you can choose from

25   to run and one of them will give you that breakdown.

EXHIBIT 23 - 74

1    Q.  Is that breakdown included in the semester

2 reports from the Board Of Regents?

3    A.  No.

4    Q.  That would be a separate report that you would

5 have the ability to run?

6    A.  Yes.

7    Q.  Is there a way to run that report for all of

8 the sections in ULearn for a given semester?

9    A.  You would have to run each one individually.

10    Q.  By course section?

11    A.  Exactly.

12    Q.  Does the E Learning Group interact with

13 students about the ULearn?

14    A.  Yes.

15    Q.  Do you provide training to students on ULearn?

16    A.  No.  Wait.  Sometimes we do go to class for

17 the Teach My Class just to give them an overview.  But

18 that's about all we can offer right now.

19    Q.  How would you characterize in terms of the

20 nature of your interactions with students over ULearn?

21    A.  Characterize the nature?

22    Q.  In other words, is it students asking you

23 questions about ULearn, is it helping students upload

24 something to ULearn?  You said you had interactions with

25 students over ULearn.  What is the --

EXHIBIT 23 - 75

1  A. All of the above.

2  Q. Okay.  Do professors ever ask questions about

3 copyright?

4  A. Yes.

5  Q. How do you respond to those questions?

6  A. I point them to the link on my log-in page.

7  Q. Do you ever provide substantive answers about

8 copyright?

9  A. Substantive?

10  Q. Do you ever answer the question other than

11 pointing them to the log-in -- the copyright policy on

12 the log-in page?

13  A. I try not to.

14  Q. Why not?

15  A. I'm not a lawyer.

16  Q. How often do questions -- strike that.

17  How often do professors ask you questions

18 about copyright?

19  A. Not often.

20  Q. Would it be monthly?

21  A. I don't know.

22  Q. More than 10 times in a semester?

23  A. To me I don't know.

24  Q. Do you know whether professors ask questions

25 to the E Learning Group in general about copyright?

EXHIBIT 23 - 76

1     A.   Yes, they do.

2     Q.   How often do they do that?

3     A.   I don't know.

4     Q.   More than 10 times a semester?

5     A.   I don't know.

6     Q.   Would you be aware of all of the questions

7   that get asked to the E Learning Group by professors

8   about copyright?

9     A.   No.

10    Q.   Would anybody in your group answer a copyright

11  question without you being aware of it?

12    A.   I don't know.

13    Q.   Have you ever had discussions with anyone in

14  the E Learning Group about how to answer professors'

15  questions about copyright?

16    A.   Yes.

17    Q.   And in those conversations did you provide

18  advice or guidance to the members of your E Learning

19  Group?

20    A.   I directed them to point out where our links

21  were on the log-in page.

22    Q.   Are you aware of any occasions in which

23  someone in your E Learning Group has given a professor

24  copyright advice other than pointing to the link on the

25  log-in page?

EXHIBIT 23 - 77

1     A.   Yes.

2     Q.   How many occasions?

3     A.   One or two.

4     Q.   Who was involved in those one or two

5 occasions?

6     A.   Mostafa.

7     Q.   Mostafa in both occasions?

8     A.   Yes.

9     Q.   What was the nature of those occasions?

10    A.   I don't recall exactly.

11    Q.   Generally?

12    A.   The professor had a question on something he

13 wanted to upload and Mostafa tried to advise him.

14    Q.   How did you come to find out about that?

15    A.   An e-mail.

16    Q.   What did you do if anything when you found

17 out?

18    A.   I don't recall.

19    Q.   Do you recall the advice Mostafa gave?

20    A.   No.

21    Q.   Do you recall whether Mostafa allowed the

22 professor to upload it?

23    A.   I don't know.

24    Q.   Is there any way for the E Learning Group to

25 determine whether professors are uploading materials

EXHIBIT 23 - 78

1  that don't comply with the copyright policy?

2      A.   No.

3      Q.   Is there any way to check to see what

4  professors have uploaded?

5      A.   Without clicking into every section, no.

6      Q.   Are professors given any advice about

7  copyright in connection with the ULearn system?

8      A.   We have the links to the copyright policy on

9  our web page.  We have also developed a course called

10  Preparing To Teach Online and there's a large section in

11  there on copyright.

12      Q.   Do professors have to look at the web page

13  with the copyright link before they're able to upload

14  something to ULearn?

15      A.   No.

16      Q.   Is there any point at which professors are

17  required to look at the page that contains the links to

18  the copyright policy?

19      A.   No.

20      Q.   So if a professor wanted to upload something

21  to ULearn without ever looking at the copyright policy,

22  that would be possible?

23      A.   Yes.

24      Q.   Do you know whether professors are given any

25  training on copyright?

EXHIBIT 23 - 79

```
 1      A.   The legal department has a class they now

 2   offer on copyright.

 3      Q.   Do you know whether that's a required course?

 4      A.   I don't know.

 5      Q.   Have you personally taken that course?

 6      A.   That course, no.

 7      Q.   Has anyone in the E Learning Group taken that

 8   course?

 9      A.   I don't know.

10      Q.   Do you plan to take that course?

11      A.   No.

12      Q.   In your prior answer you said that course, no.

13   What did you mean?  Have you taken any other copyright

14   training?

15      A.   I sat in on a talk that was given by the legal

16   department.  It was not a course.

17      Q.   When was the talk by the legal department?

18      A.   Within the last few months.

19      Q.   Who from the legal department gave that talk?

20      A.   Cynthia.

21      Q.   Cynthia Hall?

22      A.   Yes.

23      Q.   Approximately how long was that talk?

24      A.   It was about an hour and a half.

25      Q.   What was the occasion that Cynthia gave the
```

EXHIBIT 23 - 80

1  talk?

2      A.   There was a group of admins from across the

3  campus, the techno -- the instructional technology type

4  admins and she was giving us the talk on copyright.  We

5  had asked her to present it.

6      Q.   Who had asked her to present it?

7      A.   Cassie Wilcox.

8      Q.   What did Cynthia Hall cover during that talk?

9      A.   I don't recall everything.

10     Q.   Was ULearn mentioned?

11     A.   I don't recall.

12     Q.   Were any materials distributed?

13     A.   Yes.

14     Q.   Do you have those materials?

15     A.   Not here.

16     Q.   Were those -- were those materials produced to

17  your counsel?

18     A.   I don't know.

19     Q.   Did you personally turn over that?

20     A.   I don't remember.

21     Q.   What sort of materials was it?  Was it a --

22     A.   It was a flyer that outlined the new USG

23  policy on copyright.  And there was another one, it was

24  an e-mail that she had gotten where she had been trying

25  to get permission to use a movie and used it as an

EXHIBIT 23 - 81

1  example.

2      Q.   Was there PowerPoint slides?

3      A.   Yes.

4      Q.   Were the PowerPoint slides distributed or were

5  they just used during the talk?

6      A.   They were used during the talk.

7      Q.   So you never had a copy of the PowerPoint

8  slides?

9      A.   No.

10     Q.   How many people were present at that talk?

11     A.   I don't know exactly.

12     Q.   Aside from the talk by Cynthia Hall within the

13 last few months, have you ever had any copyright

14 training at Georgia State University?

15     A.   No.

16     Q.   Have you had any copyright training outside of

17 Georgia State University?

18     A.   Yes.

19     Q.   What -- when was that copyright training?

20     A.   I was an intellectual property paralegal.

21     Q.   And that was at Alston & Bird?

22     A.   Yes.

23     Q.   What kind of training did you receive for that

24 position?

25     A.   In my paralegal classes there was copyright

EXHIBIT 23 - 82

1    training as well as the talks through Alston & Bird on

2    copyright.

3        Q.   When chronologically are we talking about?

4    Approximately what years?

5        A.   We're talking 1990 through 1996.

6        Q.   Other than your paralegal classes and whatever

7    copyright training was given at Alston & Bird, have you

8    had any other copyright training?

9        A.   At conferences.

10       Q.   How many conferences?

11       A.   One or two.

12       Q.   What was the nature of the copyright training

13   at those conferences?

14       A.   It was a talk given by speakers at the

15   conference.

16       Q.   Which conferences specifically are you

17   referring to?

18       A.   I don't recall.

19       Q.   What kind of conferences were they?

20       A.   They were International EDUCAUSE was probably

21   one, the Education Southeastern Regional Conference.

22   And there was one probably at the WebCT International

23   Conference.

24       Q.   Would those have been within the last five

25   years?

EXHIBIT 23 - 83

1     A.   No.

2     Q.   Within the last 10 years?

3     A.   Yes.

4     Q.   Aside from the legal talk with Cynthia Hall,

5 have you had any copyright training in the last five

6 years?

7     A.   No.

8     Q.   Has any of your copyright training been

9 specific to ULearn?

10    A.   My training?

11    Q.   Uh-huh.

12    A.   That I've received or that I have given?

13    Q.   That you've received.

14    A.   I have not received any in a long time.

15    Q.   So no?

16    A.   I have received no copyright training in over

17 five years.

18    Q.   Prior to those five years did you ever receive

19 any copyright training specific to ULearn?

20    A.   No.

21    Q.   Have you given any copyright training?

22    A.   No.

23    Q.   Have you been involved in any way in any

24 copyright training at GSU other than the legal talk by

25 Cynthia Hall?

EXHIBIT 23 - 84

1    A.   Yes.

2    Q.   What was your role in that copyright training?

3    A.   We are developing a course called Preparing To

4    Teach Online and there's a section in there on

5    copyright.

6    Q.   Who prepared the copyright section of that

7    course?

8    A.   Mostafa and I did.

9    Q.   What did you use as a resource?

10   A.   It's based on the USG policy.  And we also

11   took other links off of the web.

12   Q.   What links did you take off of the web?

13   A.   I don't recall all of them.  But there's one

14   to a UTube movie based on Disney clips.

15   Q.   Anything else?

16   A.   I don't recall.  I don't recall the name of

17   the other link.

18   Q.   What information is covered in the copyright

19   section of the Preparing To Teach Online course?

20   A.   It covers copyright and fair use, what you can

21   use, how to get permission.  That sort of thing.

22   Q.   Why did you create the Preparing To Teach

23   Online course?

24   A.   It was requested to us by the deans.

25   Q.   Which deans?

EXHIBIT 23 - 85

1    A.    The deans of the various colleges.

2    Q.    When was this course put together?

3    A.    It will be offered as a pilot beginning on the

4    22nd of June.

5    Q.    How will it be offered?

6    A.    Online.

7    Q.    Who will have access to it?

8    A.    The two of us who will be moderating it and

9    the faculty members who are enrolling in it.

10    Q.    Is it a one time course that's offered at a

11    particular -- strike that.

12           Is this course offered at a particular time?

13    A.    Yes.

14    Q.    So it isn't something -- it's not a self

15    guided tutorial?

16    A.    No.

17    Q.    How long is the course?

18    A.    Six weeks.

19    Q.    How often does it meet?

20    A.    This is a pilot.  We hope to do it once a

21    semester.

22    Q.    And I'm sorry, in those six weeks does it meet

23    once a week, does it meet twice a week?

24    A.    There will be one formal meeting a week and

25    the rest of the assignments are online at your pace.

EXHIBIT 23 - 86

1    Q.   What kinds of assignments will there be?

2    A.   Readings and developing actual course parts,

3    learning objects for their online courses.

4    Q.   What is the purpose of the course?  What do

5    you hope your students will accomplish?

6    A.   Currently faculty need help in looking at what

7    they're doing in the classroom and how to take those

8    activities and move them into the online environment.

9    And this we hope will help them to do that better.

10   Q.   Do you consider this to be a basic course or

11   an intermediate course or an advanced course?

12   A.   Basic.

13   Q.   Do you know how many faculty members are

14   enrolled?

15   A.   I got four enrollments yesterday, the first

16   four.

17   Q.   How much of this course is devoted to

18   copyright?

19   A.   One small section.

20   Q.   How long -- you said one formal meeting a

21   week.

22   A.   Yes.

23   Q.   How long is that meeting?

24   A.   It will probably be an hour.

25   Q.   When you say one small section will be devoted

EXHIBIT 23 - 87

1  to copyright, it's one section out of how many sections?

2      A.  Six.

3      Q.  So would that translate to one week we'll

4  focus on copyright --

5      A.  Yes.

6          MS. SINGER:  I think we're near the end

7          of the tape, so why don't we take another

8          break.

9          THE VIDEOGRAPHER:  This concludes tape

10         number 2.  We're off the record at 10:35

11         a.m.

12              (Brief recess.)

13         THE VIDEOGRAPHER:  This will be tape

14         number 3.  We're back on the record at

15         10:45 a.m.

16  BY MS. SINGER:

17     Q.  With your admin privileges are you able to

18  delete things that professors have posted in their

19  ULearn sections?

20     A.  Yes.

21     Q.  Have you ever done so?

22     A.  At their request.

23     Q.  Have you ever deleted anything at the request

24  of someone other than a professor?

25     A.  No.

EXHIBIT 23 - 88

1    Q.  Under what circumstances would a professor

2  request that you remove something or delete something

3  from their ULearn section page?

4    A.  They were unable to do so.

5    Q.  How often would a professor request that you

6  delete something from their ULearn page?

7    A.  Very rarely.

8    Q.  Do professors change, add things or delete

9  things from their ULearn section page during the course

10  of the semester?

11    A.  Yes.

12    Q.  Is that something that professors commonly do

13  or is it more common for professors to design the entire

14  page at the beginning of a semester?

15    A.  I don't know.

16        MS. SINGER:  If you would please mark

17        this as Plaintiffs' 273.

18             (Plaintiffs' Exhibit No. 273

19               was marked for identification

20               by the reporter.)

21  BY MS. SINGER:

22    Q.  Ms. Christopher, you've been handed what's

23  been marked as Plaintiffs' Exhibit 273.  It bears the

24  Bates stamp Georgia State 46199 to 46202.

25        Do you recognize Plaintiffs' 273?

EXHIBIT 23 - 89

1     A.   Yes.

2     Q.   What is Plaintiffs' 273?

3     A.   These are the ULearn Version 8 FAQs.

4     Q.   Is Plaintiffs' 273 currently available on the

5   web?

6     A.   Yes.

7     Q.   Is this the most up-to-date version of this

8   document?

9     A.   I don't think I changed it since it was

10  uploaded, so yes.

11    Q.   Approximately when did you upload Plaintiffs'

12  273?

13    A.   It was in the last six months when we got

14  access to Version 8.

15    Q.   On the first page of Plaintiffs' 273 in the

16  middle section under specific ULearn FAQs --

17    A.   Yes.

18    Q.   -- there's three bullet points, the middle one

19  is August 2009.  The last sentence there is if any files

20  are missed in a migration process, our administrators

21  will still be able to retrieve them.

22         What does that mean?

23    A.   Currently we are requesting professors to fill

24  out a form to let us know what sections they need to

25  have moved from Version 3 to Version 8.  We are trying

EXHIBIT 23 - 90

1    every way possible to get their attention.  If they

2    procrastinate and wait until the last minute when they

3    can no longer access Version 3, then they will have to

4    come to us to retrieve them.  So we will be the only

5    ones who can access Version 3 at that point.

6        Q.   When is that point?

7        A.   I believe the professors' access to the old

8    version will be cut off in October of this year.

9        Q.   How do you convert files from Version 3 to

10   Version 8, convert sections?

11       A.   There's several ways you can do it.  You can

12   download them manually and reupload them and place them

13   manually.  The admin has access to a tool called Smart.

14   Don't ask me what the acronym stands for.  It was

15   developed by USG to choose the sections that need to be

16   moved and it packages them some way and magically moves

17   them across.  I cannot explain the process.

18       Q.   Who has the ability to use the Smart tool to

19   move things from version --

20       A.   Myself and Lovely.

21       Q.   So professors don't have access to that?

22       A.   No.

23       Q.   What would happen if professors did have

24   access to that?

25       A.   More work for me.

EXHIBIT 23 - 91

1    Q.   Fair enough.

2         Are professors able to download things and

3    then reupload them themselves?

4    A.   Yes.

5    Q.   So other than manually downloading and

6    reuploading or using the Smart tool, are there any other

7    ways to move things from Version 3 to Version 8?

8    A.   Nope.

9    Q.   When you say you're trying to contact

10   professors in any way possible, what methods are you

11   using?

12   A.   We have put up information on the web page, we

13   put up an announcement that pops open, we have sent out

14   broadcast e-mails to all professors and most recently we

15   sent a postcard to their home.  That got the biggest

16   response.

17   Q.   How many professors have asked you to move

18   things from Version 3 to Version 8 so far?

19   A.   I don't know.

20   Q.   Is it more than a hundred?

21   A.   I don't know.

22   Q.   How many times approximately have you employed

23   this Smart tool so far to move things from Version 3 to

24   Version 8?

25   A.   On my last report there were over 800 sections

EXHIBIT 23 - 92

1    in Version 8 that now have templates applied to them.

2    And almost all of those were with the Smart tool.

3        Q.   So that's approximately 800 out of

4    approximately the 2500 sections?

5        A.   That's 2500 sections per semester for the fall

6    semester.  2500 for the spring semester.  Summer

7    semester is lighter.

8        Q.   So that's 800 of the total existing sections

9    on ULearn then?

10       A.   No.  There's about 150,000 sections on ULearn,

11   but they are not all active.

12       Q.   How does a section become active?

13       A.   A professor logs in and uploads the materials.

14       Q.   Of those 150,000 -- well, strike that.

15            Is that 150,000 sections on ULearn a

16   cumulative number?

17       A.   Yes.

18       Q.   And when did that number begin?

19       A.   When we went to Vista.

20       Q.   And that was in --

21       A.   Five or six years ago.

22       Q.   So it's approximately 150,000 cumulative from

23   sometime in the mid 2000s?

24       A.   Yes.

25       Q.   And a section is only active during a

EXHIBIT 23 - 93

1   particular semester or once it's active it's always

2   considered active?

3       A.   A section is active when the professor uploads

4   the materials.  It's counted as an active section by

5   semester.  Does that answer?

6       Q.   I think so.

7            When we were talking before about the 2500

8   active sections, that was for that particular semester

9   then?

10      A.   Yes.

11      Q.   So if we looked at cumulatively the number of

12  sections that were active during their semester it would

13  be a much greater number than 2500?

14      A.   There are more than 2500 sections on the

15  server that have been used for classes.

16      Q.   So more than 2500 and less than 150,000?

17      A.   Yes.

18      Q.   Back on Plaintiffs' 273, the third bullet

19  point says August 2010 the old version of ULearn and all

20  materials will be deleted.

21      A.   Yes.

22      Q.   What is your understanding of what that means

23  in a practical sense?

24      A.   The server will be deactivated, there will be

25  no record kept of any of the old sections.

EXHIBIT 23 - 94

1    Q.   So if in September 2010 a professor comes to

2    you and says, oops, I forgot to call you, any time

3    during the last year and a half can you get my materials

4    from spring 2006, will there be any way at all of doing

5    that?

6    A.   No.

7    Q.   That should be fun for you.

8         On page 2 of Plaintiffs' 273 under answers,

9    the first answer is to the question why are we

10   upgrading.  The last line says, last sentence, the new

11   ULearn should also return some of the functionality we

12   lost in the past including the reports and tracking

13   feature which now has an automatic graph generator.

14        What does that sentence mean?

15   A.   Currently the professors, as I said, cannot

16   run reports.  That function will be returned to them so

17   they can run reports.  Rather than just having it as a

18   numeric, they will have a graph.

19   Q.   What will that graph show?

20   A.   Stats.

21   Q.   Which stats?

22   A.   Whatever report they run.

23   Q.   In Plaintiffs' 273 it says functionality we

24   lost in the past.  Was that functionality ever present?

25   A.   Yes.

EXHIBIT 23 - 95

1     Q.   When was it lost?

2     A.   I believe that was in September of 2008.

3     Q.   Do you know why it was lost?

4     A.   Because the Board Of Regents said we were

5 killing the server.

6     Q.   Meaning -- what do you mean by killing the

7 server?

8     A.   Because our professors were running it several

9 times during the semester and it was causing too great a

10 load on the server.  So they just turned it off.

11     Q.   So as far as you know that was for technical

12 reasons?

13     A.   Yes.

14     Q.   On Plaintiffs' 273, the second answer to the

15 question -- question is what are the differences between

16 the two versions.  The second -- third sentence, sorry,

17 says there's more flexibility for uploading materials

18 including drag and drop from your computer to ULearn.

19 What does that mean?

20          MR. SHEESLEY: Objection.

21 BY MS. SINGER:

22     Q.   Do you know what's meant by that?

23     A.   There is a -- when you go into the file

24 manager there is a small area that says my computer.

25 That will bring up your files and you can drag and drop

EXHIBIT 23 - 96

1    it into the new file manager.

2        Q.   How is that different from the system as we

3    sit here today?

4        A.   That function is not there.

5        Q.   How would a professor upload a file into the

6    current system?

7        A.   They go to file manager, they click upload

8    file, the screen comes up, they select it off their

9    computer and click open and then it uploads it.

10       Q.   The last sentence of section 2 on the second

11   page of Plaintiffs' 273 says another new feature is the

12   repository where files and learning objects may be

13   placed and shared with other courses and sections or

14   across the entire campus.

15            Do you know what's meant by that?

16       A.   Yes.

17       Q.   What's meant by that?

18       A.   When a professor develops a learning object or

19   we develop it for them, it can be reused and repurposed

20   for several different courses.  It's a way to upload it

21   in one place to point to it and everyone can take

22   advantage of that learning object.

23       Q.   What is a learning object?

24       A.   How to explain this one.  It's materials that

25   are organized in a pedagogically sound manner that will

EXHIBIT 23 - 97

1    help a learner to grasp a concept.

2        Q.   Can you give me an example?

3        A.   We had a professor that came to us, was trying

4    to show his students a muscle contraction down to the

5    cellular level.  We developed a 3D interactive module

6    that allowed them to do this.  That can be shared in all

7    of the biology courses, other anatomy courses as well as

8    a lot of the nursing courses.

9        Q.   How would a professor get permission to

10   include a learning object in his or her own course?

11       A.   They don't need permission.

12       Q.   Where do these learning objects live that a

13   professor could get access to them?

14       A.   Right now they don't reside anywhere.  They're

15   kind of all over.  That's why this is a good thing

16   because it will pull them together in one area.

17       Q.   What distinction is being drawn between

18   learning objects that you don't need permission for and

19   course content created by another professor that you

20   need permission to obtain?

21       A.   If the course has been set up and designed by

22   another professor, that is considered their work.  That

23   cannot be shared.  A learning object, if they allow we

24   can share that.

25            Again, there's still a permission issue.  I'm

EXHIBIT 23 - 98

1    not going to put every object into the repository.  Only

2    those with permission.

3        Q.   How do you get permission to put them into the

4    repository?

5        A.   We ask or we will ask.  We have not done those

6    yet.  That's a new tool.

7        Q.   Have you determined yet specifically and

8    logistically how you will ask for permission to put

9    those learning objects in the repository?

10       A.   No.

11       Q.   Are there any plans for there to be a form or

12   a box that the person checks or do you think it will

13   have to be specifically asking permission for each

14   learning object?

15       A.   I don't know.

16       Q.   On page two of Plaintiffs' 273, number 5, the

17   question is I use an E Pack of publisher materials, how

18   will my materials be moved.

19            Do you know what's meant by an E Pack?

20       A.   Yes.

21       Q.   What's an E Pack?

22       A.   Electronic pack of materials.  It is developed

23   by a publisher to supplement their textbook.

24       Q.   How do professors obtain E Packs?

25       A.   Through the publisher.

EXHIBIT 23 - 99

1     Q.   Do you know whether the professors pay for

2   E Packs?

3     A.   No.

4     Q.   No you don't know or no they don't pay?

5     A.   I don't know what they pay, if they pay, how

6   they pay.

7     Q.   Do you know whether students pay for them?

8     A.   I don't know.

9     Q.   How are E Packs currently dealt with in

10  Version 3 of the ULearn system?

11     A.   The instructor will contact the publisher

12  requesting the E Pack, the publisher will then send the

13  faculty member a link telling them to forward it to the

14  admin who can then install it on the system.

15     Q.   So what would your role be in this process?

16     A.   Mine personally none.

17     Q.   What would be the admin's role in this

18  process?

19     A.   She would go to that link, download the

20  E Pack, upload it as a template and then it could then

21  be installed into the section for use.

22     Q.   The admin that we're talking about in this

23  scenario would be somebody limited to the E Learning

24  Group?

25     A.   Yes.

EXHIBIT 23 - 100

1     Q.  Are the uploads of E Packs specific to a

2  particular semester in ULearn?

3     A.  No.

4     Q.  So once this process -- once the admin has

5  placed -- uploaded the materials on to the ULearn course

6  section, a professor could then use it in subsequent

7  semesters without having to go through the admin again?

8     A.  Yes.

9     Q.  Will professors have to repeat the process of

10  having the publishers send the information to the admin

11  for Version 8 or will they be able to take materials

12  that had already been placed on their Version 3 pages

13  and just move them over?

14     A.  E Packs that have been uploaded to Version 3

15  will not work in Version 8.  That's why we have -- it

16  says here to please contact your publisher for a new

17  E Pack that will -- that will be compatible.

18     Q.  And on page 3 of Plaintiffs' 273, the answer

19  to question number 9, where can I get help in training.

20  Says the exchange is the place to go.

21     Is this the exchange we were talking about

22  earlier today, the actual computer lab in the library?

23     A.  Yes.

24         MS. SINGER: If you would mark this as

25         Plaintiffs' 274, please.

EXHIBIT 23 - 101

1           (Plaintiffs' Exhibit No. 274

2                was marked for identification

3                by the reporter.)

4    BY MS. SINGER:

5        Q.   Ms. Christopher, you have in front of you a

6    document bearing the Bates stamp Georgia State 46206 to

7    46211.  It's been marked as Plaintiffs' Exhibit 274.

8            Do you recognize Plaintiffs' 2744?

9        A.   Yes.

10       Q.   What is Plaintiffs' 274?

11       A.   This is what I have listed on my log-in page

12   for the faculty and users.

13       Q.   When we talk about your log-in page, what

14   is -- what do you mean?

15       A.   ULearn.gsu.edu.

16       Q.   And that is something you have control over

17   the content on?

18       A.   Yes.

19       Q.   Gsu.edu, does that imply -- well, strike that.

20           Is that a server that is owned by GSU?

21       A.   The first page you come to at ULearn.gsu.edu

22   is on the ULearn server.  The ones that link to that

23   including this document are on my server.

24       Q.   So Plaintiffs' 274 is on the GSU server?

25       A.   Yes.

EXHIBIT 23 - 102

1    Q.   Is Plaintiffs' 274 the current version of what

2   is currently on ULearn.gsu.edu?

3    A.   Yes.

4    Q.   Has this information changed at all in the

5   last year?  You uploaded any changes?

6    A.   I don't think so.  Wait, the one change in

7   there with the new link to the copyright policy, the new

8   one, we changed the link.

9    Q.   Could you show me on Plaintiffs' 274 what you

10  mean?

11   A.   Okay.  It's on page 46208.  There's links in

12  here to see the University System Georgia policy on

13  copyright and fair use.  Where those links are, I had to

14  change those because the Board of course changed their

15  link, so I had to make them match.  But that line has

16  always been there.  It's just where it's linking to had

17  to change.

18   Q.   Before the change what did those -- what did

19  those links lead to?

20   A.   To the old policy.

21   Q.   The old Board Of Regents policy?

22   A.   Yes.

23   Q.   As we sit here today what do they link to?

24   A.   The new.

25   Q.   Are there any other changes you're aware of in

EXHIBIT 23 - 103

1    Plaintiffs' 274?

2        A.    No.

3        Q.    Who drafted the language of Plaintiffs' 274?

4        A.    I did.

5        Q.    Did anyone help you?

6        A.    Yes.

7        Q.    Who helped you?

8        A.    Karen Oates and Zoe Salloom.

9        Q.    Did anyone from legal have any input into the

10   language that's in Plaintiffs' 274?

11       A.    No.

12       Q.    The section we were just looking at on 46208

13   under number 6 responsibilities, says the ultimate

14   responsibility for the development, content and

15   management of an ULearn course lies with the instructor.

16   You see that?

17       A.    Yes.

18       Q.    That's your language?

19       A.    Yes.

20       Q.    After the bullet point it says, instructors

21   are responsible for the course content including the

22   appropriateness, meeting accessibility standards,

23   copyright compliance, FERPA, HIPAA and conformance to

24   other university policies and procedures.  Do you see

25   that?

EXHIBIT 23 - 104

1    A.    Yes.

2    Q.    What does accessibility standards link to?

3    A.    I'm not sure.

4    Q.    What does copyright compliance link to?

5    A.    I'm not exactly sure.

6    Q.    What should copyright compliance link to?

7    A.    To what --

8              MR. SHEESLEY: Objection.

9              THE WITNESS: To what we have here at

10             the university, Georgia State.

11   BY MS. SINGER:

12   Q.    What specifically would you be referring to?

13   A.    There is a page they have on copyright.

14   Q.    At Georgia State?

15   A.    I think.

16   Q.    Okay.  What does FERPA refer to?

17   A.    There's a link here at a page at Georgia State

18   University that deals with FERPA.

19   Q.    How about HIPAA?

20   A.    Again, here at Georgia State, one of their

21   pages.

22   Q.    What does other university policies and

23   procedures link to?

24   A.    Another GSU web page.

25   Q.    Do you know what policies and procedures are

EXHIBIT 23 - 105

1    encompassed on that web page?

2        A.    No.

3        Q.    Does anyone in the E Learning Group check

4    whether an instructor's ULearn course section page

5    complies with these policies?

6        A.    Only if we have developed it.

7        Q.    If you haven't developed the page -- strike

8    that.

9              What do you mean by if we've developed it?

10       A.    If an instructor comes to me and says I want

11   to take this what I'm doing in the classroom, move it to

12   online, we will work with them to develop the course for

13   them, for ULearn.  Those materials that go into that

14   course that we have control over will comply with all of

15   the policies set forth here.

16       Q.    How do you determine in that circumstance

17   whether something complies with the university's

18   copyright policy?

19       A.    Based on the materials that the professor has

20   given us to upload and if they have the copyright

21   permissions to upload them, if they have written --

22   created the PowerPoints, whatever, that we have

23   permission to use it then we will use it.

24       Q.    Who checks to see if there is permission?

25       A.    Normally the instructional designer.

EXHIBIT 23 - 106

1    Q.  Forgive me, the instructional designer is

2  somebody in the E Learning Group?

3    A.  Yes.

4    Q.  And that would be either Mostafa or Zoe?

5    A.  Yes.

6    Q.  What do Mostafa or Zoe look for when they

7  check to see if the professor has copyright permission?

8    A.  Normally they will ask them or it's very

9  evident as to whether or not this document could even be

10  used, or this file.

11    Q.  What do you mean by very evident?

12    A.  If a professor comes to you with a textbook

13  and says scan this, upload this, we know it's wrong.

14    Q.  Anything short of scanning or uploading a full

15  textbook?

16    A.  If the professor has come to us with film

17  clips we will normally ask them where is your

18  permission.

19    Q.  Aside from a full textbook or a film clip, is

20  there anything else that you would consider very

21  evident?

22    A.  I don't know.

23    Q.  Have there been any instances where a

24  professor has asked the E Learning Group to upload

25  something and the E Learning Group has refused?

EXHIBIT 23 - 107

1    A.   Yes, as I said before.

2    Q.   Other than -- strike that.

3         How many situations have there been in which

4    the E Learning Group has created the page for the

5    instructor?

6    A.   I have no idea.

7    Q.   Since February 2009 how many instances

8    approximately has the E Learning Group created an ULearn

9    page?

10   A.   I don't know.

11   Q.   Of the 2500 active sections for spring

12   semester approximately, would the E Learning Group have

13   created more than 100 of those?

14   A.   No.

15   Q.   More than 50 of them?

16   A.   I don't know.

17   Q.   When the E Learning Group creates an ULearn

18   page, does the E Learning Group look at everything that

19   has been uploaded or only what is uploaded at the time

20   they create it?

21   A.   Only what we uploaded at the time and have

22   turned over to the professor.

23   Q.   So the professor can upload things after the

24   page has been created and no one in the E Learning Group

25   would see that?

EXHIBIT 23 - 108

1    A.   Yes.

2    Q.   Is there any procedure in place to determine

3  whether a professor has complied with any of the

4  university policies?

5    A.   No.

6    Q.   Is there any plans to have any procedure to

7  determine whether a professor has complied with

8  copyright policies?

9    A.   I don't know.

10   Q.   In Version 8 will there be any procedures to

11  determine whether a professor has complied with

12  copyright policies?

13   A.   I don't know.

14   Q.   Have there been any discussions about plans to

15  put in procedures to make sure that professors comply

16  with the copyright policy?

17   A.   No.

18   Q.   As we sit here today there's no procedure in

19  place to make sure that professors have complied with

20  GSU's copyright policies before they've uploaded

21  something to ULearn?

22   A.   In my department there is, no.

23   Q.   In any department that you're aware of?

24   A.   I don't know.

25   Q.   What other possible departments might be able

EXHIBIT 23 - 109

1    to determine whether professors have complied with

2    copyright policies with respect to ULearn?

3       A.   I don't know.

4       Q.   Are there any other departments at GSU that

5    have access to the ULearn system at an admin level?

6       A.   Yes.

7       Q.   What other departments?

8       A.   College of Ed.

9       Q.   What kind of access does the College of Ed

10   have?

11      A.   There is one admin there that is responsible

12   for uploading the sections to GOML, which is Georgia On

13   My Line.  And she's restricted strictly to that area.

14   That's all she can access.

15      Q.   And what is Georgia On My Line?

16      A.   It is a program that was started by the USG to

17   allow students to take their entire first two years

18   fully online.

19      Q.   What does that mean to take your first two

20   years fully online?

21      A.   Never have to step foot in a brick and mortar

22   room.  Everything is done via the computer.

23      Q.   Do you know approximately how many students

24   participate in this program?

25      A.   No.

EXHIBIT 23 - 110

1    Q.   Aside from -- would the admin at the College

2    of Ed have access to all of the same ULearn section

3    pages that the E Learning Group has access to?

4    A.   No.

5    Q.   What sections would the College of Ed person

6    have access to?

7    A.   They're restricted only to those from the

8    College of Ed.

9    Q.   Okay.  Is the College Of Law, do they have a

10   separate ULearn system or is that part of the ULearn

11   system that the E Learning Group administers?

12   A.   There's only one ULearn system.  The College

13   Of Law uses the home grown program.  I don't know about

14   it.

15   Q.   The College Of Law does not use the ULearn

16   system?

17   A.   Some professors do.

18   Q.   And if a College Of Law professor uses an

19   ULearn section page, the E Learning Group would have

20   admin privileges over that page?

21   A.   Yes.

22   Q.   Okay.  Other than the College of Ed admin, are

23   there any other departments at GSU that have admin

24   privileges?

25   A.   No.

EXHIBIT 23 - 111

1     Q.   Have you ever had any complaints about

2  materials that were posted in the ULearn system?

3     A.   Yes.

4     Q.   What were the complaints about?

5     A.   I can't download it, I can't read it, it's not

6  displaying.

7     Q.   Have you ever had any complaints about the

8  content itself?

9     A.   No.

10     Q.   Is there any procedure in place to facilitate

11  reporting of complaints about content on the ULearn

12  system?

13     A.   Not that I'm aware.

14     Q.   Would there -- strike that.

15     If such a policy existed, as the head of the

16  E Learning Group you would likely be aware of that,

17  right?

18     A.   I hope so.

19     Q.   Are you aware of whether professors have ever

20  failed to comply with their ultimate responsibility for

21  complying with these copyright policies?

22     A.   Yes.

23     Q.   What if anything did you do upon becoming

24  aware that professors were not complying with their

25  copyright responsibilities?

EXHIBIT 23 - 112

1    A.   I don't think I did anything.

2    Q.   How did you become aware that professors were

3 not complying with their copyright responsibilities?

4    A.   Inadvertently.

5    Q.   Can you explain what you mean by that?

6    A.   A professor was having difficulty with her

7 section and asked me to go in to fix it for her, at

8 which time I noticed some things that had been uploaded

9 that I was not 100 percent sure were there -- were

10 supposed to be there.

11    Q.   What was your criteria for thinking that you

12 were not 100 percent sure they were supposed to be

13 there?

14    A.   Because they had been used for several

15 semesters.

16    Q.   Anything else?

17    A.   No.

18    Q.   Other than that one instance, are you aware of

19 any other professors who have not complied with their

20 copyright responsibility?

21    A.   Personally specifically, no.

22    Q.   Generally?

23    A.   No.

24    Q.   Is there any expectations at GSU that

25 professors will take any steps with regard to copyright

EXHIBIT 23 - 113

1    before posting things to the ULearn system?

2        A.    I don't know.

3        Q.    Currently is there any training given to

4    professors about what they can and cannot upload to

5    ULearn in compliance with copyright policies?

6        A.    Yes.

7        Q.    And what is that training?

8        A.    That's the training that's coming from the

9    legal office.

10       Q.    Other than that, are there any training

11   provided?

12       A.    There will be in the Preparing To Teach Online

13   course.

14       Q.    Okay.  So prior to these legal trainings that

15   have -- well, strike that.

16            The legal trainings that you're referring to

17   have mainly taken place since the new policy went into

18   effect, is that correct?

19       A.    The Preparing To Teach Online course was --

20   development on that was started before the new policy.

21       Q.    Okay.  The legal trainings given by Cynthia

22   Hall and members of the legal department have been since

23   the new policy went into effect, correct?

24       A.    Yes.

25       Q.    Prior to the new policy going into effect,

EXHIBIT 23 - 114

1    were there any trainings actually given to professors?

2        A.    I'm not aware of any.

3            MS. SINGER: If you would mark this,

4            please, as Plaintiffs' 275.

5                    (Plaintiffs' Exhibit No. 275

6                    was marked for identification

7                    by the reporter.)

8    BY MS. SINGER:

9        Q.    Ms. Christopher, you have in front of you a

10   document bearing the Bates stamp Georgia State 980

11   that's been marked as Plaintiffs' Exhibit 275.  Do you

12   recognize Plaintiffs' 275?

13       A.    Yes.

14       Q.    Could you describe it briefly, please?

15       A.    It's an e-mail originally -- was originated

16   with Chandra.  I'm not exactly sure who everyone was who

17   it all went out to, but eventually was copied to myself

18   and Lovely and Mostafa.

19       Q.    Who is Chandra?

20       A.    She was in charge of training.

21       Q.    And was Chandra in charge of training in

22   August 2008 at the time of Plaintiffs' 275?

23       A.    Yes.

24       Q.    The e-mail at the top of the chain on

25   Plaintiffs' 275 is Mostafa's changes to language on

EXHIBIT 23 - 115

1   ULearn for a flyer for new faculty orientation day, is

2   that correct?

3       A.   Yes.

4       Q.   And Mostafa made a couple of changes.  Did you

5   have any input into the changes that Mostafa made?

6       A.   No.  Well, I would have had a chance to.  I

7   don't recall that I did.

8       Q.   Do you know why in Plaintiffs' 275 the words

9   course reading were deleted from the original verbiage?

10      A.   No.

11      Q.   Do you know whether the new faculty

12  orientation day flyer was ever created?

13      A.   I was not here.  I don't know.

14      Q.   Why weren't you here?

15      A.   I was in Arkansas.  My mother was having open

16  heart surgery.

17      Q.   Approximately what period of time were you

18  gone?

19      A.   The entire month of August.

20      Q.   Of 2008?

21      A.   Yes.

22      Q.   Who was in charge in August 2008 while you

23  were gone?

24      A.   Zoe.

25      Q.   How can students access the ULearn system?

EXHIBIT 23 - 116

1    A.   They go to ulearn.gsu.edu and enter their

2    campus ID and password and they can access it.

3    Q.   Which ULearn sections are students able to

4    access?

5    A.   The ones for which they are registered or have

6    been added to.

7    Q.   So a student wouldn't be able to access the

8    ULearn section page for a course that they were not

9    registered for unless they had been added?

10    A.   Exactly, yes.

11    Q.   Are students able to access ULearn section

12    pages from prior semesters?

13    A.   No.

14    Q.   So students are only able to access courses to

15    which they've been registered or currently added for the

16    current semester?

17    A.   And if it is within four weeks of the semester

18    they can access the old ones for make-up work and then

19    it's cut off.

20    Q.   But professors would still have access to

21    their own prior semesters?

22    A.   Yes.

23    Q.   Okay.  What can a student do once they've

24    entered an ULearn section page for which they're

25    registered, what activities do they have access to?

EXHIBIT 23 - 117

1      A.   They can view pages.  It depends on what tools

2   have been implemented by the professor.

3      Q.   For course readings that have been uploaded by

4   professors, what rights or what abilities does a student

5   have with respect to those uploaded files?

6      A.   They can read them, depending on how they've

7   been uploaded they may be able to download them or print

8   them.

9      Q.   Is there any way to determine whether a

10  student has downloaded or printed an uploaded file?

11     A.   No.

12     Q.   In Version 8 will there be any way to

13  determine whether a student has downloaded or printed a

14  file?

15     A.   No.

16     Q.   When a student accesses an uploaded file

17  through ULearn, what is your understanding of what they

18  see on the screen?

19     A.   Whatever's there.

20     Q.   Are there any naming conventions for files

21  that are uploaded?

22     A.   No.

23     Q.   Does the E Learning Group or anyone at GSU

24  provide any guidance on how to name files?

25     A.   No.

EXHIBIT 23 - 118

1     Q.  It's completely within the professor's

2  discretion?

3     A.  Yes.

4     Q.  When a student clicks on the PDF and it opens

5  up, what are they -- they seeing a copy of the document?

6     A.  It's like any other web page.  If I go to a

7  web page and click on a PDF, it's going to be the same

8  as it would be if it was in ULearn.

9     Q.  Are there any PDF features that are disabled

10  through the ULearn system?

11     A.  No.

12     Q.  So you can do anything with a PDF that you

13  access through ULearn that you could do with a regular

14  PDF outside of the ULearn system?

15     A.  Depending on which Adobe product you have

16  installed on your computer.

17     Q.  That's the only limitation is the version you

18  have installed on your computer?

19     A.  Yes.

20     Q.  Does the university have printers that

21  students can use to print materials that they've

22  downloaded from ULearn?

23     A.  Yes.

24     Q.  Do students have to pay to use those printers?

25     A.  Yes.

EXHIBIT 23 - 119

1    Q.   How much do they pay?

2    A.   I don't know.

3    Q.   Is there a card system or how logistically do

4    students pay for printing?

5    A.   It's done off their Panther ID.

6    Q.   Do you know whether students have a certain

7    amount of free printing or do they start paying from

8    page one that they print?

9    A.   I understand that the tech fee allows them so

10   many printed pages per semester and then it's so much a

11   page.

12   Q.   Do you know whether the general practice is to

13   print uploaded files that have been placed on ULearn

14   sections?

15   A.   I don't know.

16   Q.   Do you know whether professors encourage

17   students to print materials and bring them to class?

18   A.   I don't know.

19   Q.   Have you ever spoken with a professor about

20   whether they should encourage students to print things

21   and bring them to class?

22   A.   I have not done that.

23   Q.   When a student views a PDF on the ULearn

24   system, does that create a cache file on the student's

25   computer?

EXHIBIT 23 - 120

1    A.   I don't know.

2    Q.   Does the ULearn system to the best of your

3  knowledge do caching or file saving or any of that

4  differently than any other program that uses PDF?

5    A.   I don't know.

6    Q.   Okay.  Can students access a particular PDF

7  multiple times?

8    A.   Yes.

9    Q.   Is there any way to know how many people have

10  accessed a particular PDF through the ULearn system?

11    A.   If it has been uploaded to a course module,

12  yes.

13    Q.   And what do you mean by that?

14    A.   A course module allows the professor to put

15  things in an organized manner.  In this module they can

16  put the other tools, the readings, the link to the

17  discussion boards, possibly a quiz.  If it is uploaded

18  in this module the report will tell them this many

19  students accessed this document, that document.  If it

20  is just uploaded to an organizer page as a single icon,

21  it does not track.

22    Q.   Is there any way to tell how long a student

23  viewed a particular PDF in either way?

24    A.   No.

25    Q.   Are there any plans for that to change in

EXHIBIT 23 - 121

1    Version 8?

2        A.   I don't know.  I don't think so at this time.

3        Q.   So there's no way for a professor to tell

4    whether a student actually read the PDF, they can just

5    tell if the student accessed it?

6        A.   The student -- I mean, the professor can only

7    see if the student clicked on the document.

8        Q.   How long does it take to download a printed

9    document from the ULearn system?

10       A.   It depends on the size.

11       Q.   Is it generally something that takes seconds

12   or is it generally something that takes minutes?

13       A.   That depends on the size and your connection

14   speed.  Same as with your computer at home when you try

15   to download a PDF.

16       Q.   If a student has a fast connection and they

17   have accessed several PDFs in the course of one minute,

18   is it possible depending on the size of the file and the

19   speed of their connection that they have actually

20   downloaded multiple files in the course of a single

21   minute?

22       A.   I don't know.

23       Q.   Who would know that?

24       A.   Somebody who deals with that stuff.  I'm not a

25   techie.

EXHIBIT 23 - 122

1    Q.  By that -- if you wanted to know the answer to

2  that question, who would you call?

3    A.  It would have to be somebody who works with

4  servers.

5    Q.  Who would you call if you wanted to know the

6  answer to that question?

7    A.  I have no idea.  Maybe talk with one of my

8  sons.  I don't know.

9    Q.  Okay.  Are you familiar with the new copyright

10  policy implemented by the Board Of Regents?

11    A.  I know there is one.  I'm not that familiar

12  with it, no.

13    Q.  I am going to show you a document that has

14  been previously marked as Plaintiffs' Exhibit 38.  Do

15  you recognize Plaintiffs' Exhibit 38?

16    A.  Yes.

17    Q.  What is Plaintiffs' 38?

18    A.  It appears to be the new Board Of Regents

19  copyright policy.

20    Q.  How did you learn that there was a new Board

21  Of Regents copyright policy?

22    A.  An e-mail.

23    Q.  And who was that e-mail from?

24    A.  Probably somebody at the Board Of Regents.  I

25  don't recall who exactly.

EXHIBIT 23 - 123

1     Q.   Do you remember approximately when you learned

2  about the new policy?

3     A.   About the time it came out.

4     Q.   Was the e-mail that you received a broadcast

5  e-mail to the entire university or was it specifically

6  sent to you or some group that you're in?

7     A.   I belong to so many groups I don't know which

8  one it came through.  It probably came through

9  multiples.

10    Q.   How -- strike that.

11        Has the ULearn system been changed at all as a

12  result of the new Board Of Regents policy?

13    A.   Other than the link that I put on my page, I

14  don't think so.

15    Q.   Was there any discussion about whether any

16  changes needed to be made to the ULearn system as a

17  result of the new copyright policy?

18    A.   I was not involved in any.  I do not know.

19    Q.   In your opinion are there any changes that

20  need to be made to the ULearn system as a result of the

21  new copyright policy?

22    A.   I don't know.

23    Q.   Have you noticed any changes in the way

24  faculty used the ULearn system as a result of the new

25  copyright policy?

EXHIBIT 23 - 124

1     A.   No.

2     Q.   Let me hand you what has been previously

3   marked as Plaintiffs' Exhibit 121.  Do you recognize

4   Plaintiffs' 121?

5     A.   Yes.

6     Q.   What is Plaintiffs' 121?

7     A.   This is the checklist that the Board Of

8   Regents made to go along with their new policy.

9     Q.   Have you ever had occasion yourself to fill

10   out the checklist?

11     A.   No.

12     Q.   Have you ever seen any filled out checklist by

13   any faculty members?

14     A.   No.

15     Q.   When the E Learning Group helps professors

16   create section pages, would they ever look at the fair

17   use checklist?

18     A.   I don't know.

19     Q.   Has to the best of your knowledge in the time

20   since February of 2009 when this policy was implemented,

21   has anyone in the E Learning Group ever requested that a

22   professor show them a filled out fair use checklist?

23     A.   I don't know.

24     Q.   Do you have any occasion to apply this four

25   factor checklist as part of your duties?

EXHIBIT 23 - 125

1    A.   No.

2    Q.   Is there any -- does the E Learning Group

3  collect filled out fair use checklists?

4    A.   No.

5    Q.   Are there any plans for the E Learning Group

6  or anyone at ULearn to collect copies of filled out fair

7  use checklists?

8    A.   I don't know.

9    Q.   Who would know that?

10    A.   The next manager.

11    Q.   I'm sorry?

12    A.   The next manager.  We're under a

13  reorganization right now.

14    Q.   Can you tell me about that reorganization?

15    A.   IST is going through a major reorganization in

16  which there's complete new departments, new managers,

17  new leaders, and duties are going to be redistributed

18  across to where there will be less duplication of

19  efforts and more concentration on our specialities.

20    Q.   What will be your role after the

21  reorganization?

22    A.   I don't know.  Won't know until August.

23    Q.   Do you know whether the E Learning Group will

24  still exist after August?

25    A.   It will not.

EXHIBIT 23 - 126

1    Q.  And who will be in charge of -- strike that.

2        Who will have admin privileges over the ULearn

3  system after the reorganization?

4    A.  I don't know.  They're still writing domain

5  statements.

6    Q.  Who is in charge of the reorganization?

7    A.  J.L.

8    Q.  Are you aware of whether anyone in the

9  E Learning Group -- what their role will be after the

10  reorganization, have you had any input into that

11  process?

12    A.  I have had input, but I do not know where they

13  will be.

14    Q.  On how many occasions have you given input

15  into the process?

16    A.  I attended several meetings.

17    Q.  And when approximately were those meetings?

18    A.  Within the last six months.

19    Q.  What was the nature of the input that you gave

20  into this process?

21    A.  I designed an organizational chart on how I

22  felt the unit should be designed.  Gave comments on

23  other people's designs.  And we also discussed what

24  duties should go into which department.

25    Q.  What is your recommendation about how the

EXHIBIT 23 - 127

1  ULearn duties should be handled after the

2  reorganization?

3      A.   The admin functions will probably go to the

4  help center.  And the instructional designers will go

5  into their own department.

6      Q.   What is your recommendation for your own role

7  after the reorganization?

8      A.   To go into the programming units and work with

9  Second Life.

10     Q.   What is the help center that you just referred

11 to?

12     A.   It's the help desk at Georgia State

13 University.

14     Q.   What do they currently handle?

15     A.   Any question that comes across for any piece

16 of software or whatever happens to be going on at the

17 university at the time.

18     Q.   Do they currently answer questions about

19 ULearn?

20     A.   Yes.

21     Q.   But they currently don't have admin privileges

22 over the ULearn system?

23     A.   No.

24     Q.   So am I understanding you that your

25 recommendation is --

EXHIBIT 23 - 128

1    A.    Wait, they do have admin privileges to the

2    point where they can go in to see if somebody is

3    enrolled in a section.  When we could still do passwords

4    they would do that, but that was their limit.  It was

5    limited to the help desk role.

6    Q.    And just so I make sure I'm understanding you,

7    your recommendation is that they should take over some

8    of the admin functions that are currently handled by the

9    E Learning Group?

10   A.    Yes.

11   Q.    What -- how does the ULearn system interact

12   with the EReserve system?

13   A.    It doesn't.

14   Q.    The -- is it possible to link to the ERes

15   system from the ULearn system?

16   A.    Yes.

17   Q.    How do you go about doing that?

18   A.    ERes system gives you a -- you just take the

19   URL, put it in there just like you would a web link.

20   The student clicks on there, it takes them to that web

21   site and they log on to the ERes.

22   Q.    Does GSU give any guidance as to when it's

23   appropriate to link to the ERes system or when it's

24   appropriate to just upload things to your ULearn page?

25   A.    No.

EXHIBIT 23 - 129

1    Q.   Do you know whether professors generally use

2   both the ULearn system and the EReserve system or do you

3   know whether professors generally use one or the other?

4    A.   They use the tool most appropriate.

5    Q.   In your opinion is it appropriate to use both

6   tools or is it appropriate to use one or the other?

7    A.   It depends on the situation.

8    Q.   In the majority of situations?

9    A.   I can't qualify that.

10        MS. SINGER:  I think we're almost out

11        of tape, so why don't we take a quick

12        break.

13        THE VIDEOGRAPHER:  This concludes tape

14        number 3.  We're off the record at 11:41

15        a.m.

16             (Lunch recess.)

17        THE VIDEOGRAPHER:  This will be tape

18        number 4.  We're back on the record at

19        12:32 p.m.

20   BY MS. SINGER:

21    Q.   Ms. Christopher, have you ever heard of the

22   Copyright Clearance Center?

23    A.   It sounds familiar.

24    Q.   Do you have any understanding of what the

25   Copyright Clearance Center does?

EXHIBIT 23 - 130

1    A.   No.

2    Q.   Have you ever had occasion to interact with

3  the Copyright Clearance Center?

4    A.   No.

5    Q.   Is there any budget that you're aware of to

6  pay license or permissions fees for materials that are

7  uploaded to the ULearn system?

8    A.   No.

9    Q.   If an instructor had to pay a license fee to

10 upload something to the ULearn system, do you know who

11 would pay that fee?

12   A.   I don't know.

13   Q.   But it wouldn't be anybody in the E Learning

14 Group?  It wouldn't come out of your budget?

15   A.   I have not seen a line for that.

16        MS. SINGER:  If you would please mark

17        this as Plaintiffs' Exhibit 276.

18             (Plaintiffs' Exhibit No. 276

19                  was marked for identification

20                  by the reporter.)

21 BY MS. SINGER:

22   Q.   Ms. Christopher, you've been handed a document

23 marked as Plaintiffs' Exhibit 276.  It bears the Bates

24 stamp Georgia State 49748 to 49802.

25        Are you familiar with Plaintiffs' 276?

EXHIBIT 23 - 131

1    A.   No.

2    Q.   Do you recognize the format of this report

3    that's Plaintiffs' 276?

4    A.   No.

5    Q.   I will represent to you that this was a

6    document produced to us as an audit report from the

7    ULearn system.

8    A.   Okay.

9    Q.   And I will represent to you that column A of

10   P-276 says redacted and what we have done is redacted

11   out in consultation with your counsel information about

12   individual students in order not to violate any FERPA

13   guidelines or create any issues there.

14   A.   Okay.

15   Q.   Who has the ability to create this sort of

16   report represented in Plaintiffs' 276?

17   A.   It would be someone at the University System.

18   Q.   And by University System, you mean somebody at

19   USG?

20   A.   Yes.

21   Q.   Would you have the ability to create the kind

22   of report represented by Plaintiffs' 276?

23   A.   No.

24   Q.   If we look at column B of Plaintiffs' 276 we

25   see a variety of entries.  Do you have an understanding

EXHIBIT 23 - 132

1   of what these entries mean?

2       A.   Some of them.

3       Q.   Okay.  Let's start with I guess it's line 4,

4   the first line, wio-user_view.  You do know what that

5   means?

6       A.   No.

7       Q.   Next line is organizer-view.  Do you know what

8   that means?

9       A.   Yes.

10      Q.   What does that mean?

11      A.   Somebody looked at an organizer page.

12      Q.   Next entry on P-276 is content-page-view.  Do

13  you have an understanding of what that means?

14      A.   Yes.

15      Q.   What does -- what does content page viewed

16  mean?

17      A.   Somebody looked at the content page.

18      Q.   Is there an ability to tell what they looked

19  at on the content page, a particular item, or is it just

20  they viewed the content page?

21      A.   If you guide your finger across to column D it

22  says McDermott2002.pdf.

23      Q.   Okay.  Well, let's go across then.  Column C

24  on P-276 has a date and a time?

25      A.   Yes.

EXHIBIT 23 - 133

1      Q.   Would that be the date and the time that

2   whatever actions in column B was taken?

3      A.   Depends on how this program or how they ran

4   the report.  That's what I would assume, but I cannot

5   say definitely.

6      Q.   Okay.  Column D of P-276, just so I understand

7   you, the item that's in column D will tell you

8   specifically what the view was from column B, what the

9   action was?

10     A.   I would assume based on what it looks like.

11     Q.   Okay.  Column E of P-276, spring semester 2009

12  POLS-4190-005, do you have an understanding of what that

13  is?

14     A.   Yes.

15     Q.   And what is the entry in column E?

16     A.   It is a particular ULearn section.

17     Q.   So everything that has POLS-4190-005 for

18  spring semester 2009, this would be all actions that

19  were taken on that ULearn section page?

20     A.   Again, I would assume because I don't -- I

21  don't have anything up here that tells me who ran the

22  report, what the parameters were.  But based on what

23  this looks like.

24     Q.   Okay.  Column F of P-276 says 600313046.  Do

25  you know what that entry means?

EXHIBIT 23 - 134

A. No.

Q. Given your knowledge of the ULearn system, can you tell what might generally be in that column or what a series of numbers like that might represent?

A. I have no idea.

Q. On P-276 we were just looking at a line that said -- it's line 9 says McDermott2002.pdf?

A. Uh-huh.

Q. I want to make sure I understand you. That is what we talked about before, this would be a particular item that was uploaded to the ULearn section?

A. Yes.

Q. And this would be uploaded by the professor?

A. It could be.

Q. Who else could it be uploaded by?

A. It could have been uploaded by a designer that he had in there, it could have been uploaded by his GRU if he gave them privileges, it could have been uploaded by ULearn personnel. I cannot tell from this document.

Q. GRU stands for what?

A. Graduate research assistant.

Q. Anybody else that could have uploaded it?

A. Unless you had designer privileges, no.

Q. And just so we're clear, naming these files is what we talked about earlier, that it's completely

1    within the discretion of the professor?

2        A.   Yes.

3        Q.   So you couldn't -- you would have no way of

4    looking at a report and knowing what the contents of

5    McDermott2002.pdf is?

6        A.   No.

7        Q.   Do you have the ability to prepare reports

8    similar to Plaintiffs' 276?

9        A.   No.

10       Q.   What kind of -- of the information that's on

11   P-276, do you have access to all of this information?

12       A.   I would click on a course and go in and look

13   at it, but other than that there are no reports I can

14   run that would give me this.

15       Q.   Are there reports that you can run that would

16   produce some of this information?

17       A.   No.

18       Q.   So you have no ability to print or run a

19   report that would show all of the actions taken in a

20   particular course for a particular semester?

21       A.   I can run the report that will tell me the

22   students had so many hits at this page, that page and

23   how long they spent on the course.  That kind of report

24   I can run.  But it doesn't list out specific documents.

25       Q.   Okay.  So it doesn't show you individually

EXHIBIT 23 - 136

1    what actions each person took?

2         A.   There is one that will run it by student and

3    tell you where they have been, what they have done, yes.

4         Q.   Is there a way to run the by student report

5    for the course or you can only run one student at a

6    time?

7         A.   You can run it for the whole section.

8         Q.   How would that report be different than

9    Plaintiffs' 276?

10        A.   It's done as numbers.  It's not lined out like

11   this at all.

12        Q.   When you say it's done by numbers, what do you

13   mean?

14        A.   You'll have a line with a student's name and

15   then in the various columns you'll have discussions with

16   a number, how many discussions did you read, how many

17   did you post, organize -- not organize, content page,

18   viewed and put a number in there.  And it will have date

19   first access, most recent access with a date and time.

20        Q.   But it wouldn't list each instance of access

21   the way P-276 does?

22        A.   No.

23        Q.   Let's see, on page 6 of P-276, the internal

24   numbering is page 6 of 55.

25        A.   Uh-huh.

EXHIBIT 23 - 137

1    Q.   You see an entry in column A that is content

2    audit 1.  Do you know what content audit 1 stands for?

3    A.   Yes.

4    Q.   What is content audit 1?

5    A.   That was an idea I created for your attorneys

6    to go in and look at some courses.

7    Q.   So on the content audit 1 ID, the activity

8    would be coded on this report the same as a regular

9    student, right?

10   A.   Right.  Because it is a user.

11   Q.   Okay.  If you turn on Plaintiffs' 276 to the

12   internal page numbering is page 30 of 55, it's Georgia

13   State 49777.  Do you see in column A there's entries

14   under J. Riefler?

15   A.   Yes.

16   Q.   Do you know who J. Riefler is?

17   A.   No, I don't.

18   Q.   If I represent to you that it's my

19   understanding that he is the professor whose section,

20   ULearn section this is, would the professor's entries be

21   the same as the student, same user, the same way as

22   content audit 1, the activities should be recorded in

23   the same way?

24            MR. SHEESLEY:  Objection.

25            THE WITNESS:  I'm not sure.

EXHIBIT 23 - 138

1    BY MS. SINGER:

2        Q.   On line 1363 of Plaintiffs' 276 the entry for

3    J. Riefler in column B is file manager accessed?

4        A.   Yes.

5        Q.   Do you know what that means?

6        A.   Yes.

7        Q.   What is file manager accessed?

8        A.   That is the area in the ULearn software where

9    the professors upload materials.

10       Q.   Is that something the student would have

11   access to?

12       A.   Through My Files area.  But not to professor's

13   direct files.

14       Q.   Okay.  In line 1364 it says file uploaded in

15   column B?

16       A.   Uh-huh.

17       Q.   Do you know what file uploaded means?

18       A.   Yes.

19       Q.   What is file uploaded?

20       A.   They uploaded a file.

21       Q.   And again only the professor would have access

22   to the professor's section to upload files?

23       A.   Yes.

24       Q.   If a student uploaded something to My Files,

25   would the entry be file uploaded?

EXHIBIT 23 - 139

1    A.    I don't know.

2    Q.    A couple lines down, line 1367.  The entry in

3   column B is log out.  Do you know what that means?

4    A.    Yes.

5    Q.    What does log out mean?

6    A.    They logged out of the system.  You click the

7   log-out button.

8    Q.    Do you have any understanding of why log out

9   appears at the end of certain sessions and not at the

10  end of other sessions?

11   A.    No, because I don't know what this report is.

12   Q.    Okay.  Who would know what this report is?

13   A.    Whoever ran it.

14   Q.    If you wanted to find out internally, who

15  would you show it to to ask?

16   A.    Probably somebody at the USG.

17   Q.    After our attorneys -- after you created

18  content audit 1 and our attorneys came and looked at the

19  system, were you asked to produce any reports or do any

20  follow-up in the USG system?

21        I don't want to invade attorney client

22  privilege but these reports were produced to us from

23  your counsel.  So I'm trying to figure out how they came

24  into being, if you had any role in these reports?

25   A.    I had none.

EXHIBIT 23 - 140

1    Q.  Were you -- without divulging anything that

2  might be privileged, and if you need to talk to your

3  counsel we can do that, but were you asked to do any

4  follow-up after our attorneys came and viewed the

5  ULearn system?

6    A.  What kind of follow-up?

7    Q.  Were you asked to produce reports, were you

8  asked to create other IDs for other courses, did you

9  have any role in any other kind of ongoing auditing of

10  the system?

11    A.  Other than producing more documents, no.

12    Q.  Is there any way to tell from Plaintiffs' 276

13  whether a student who viewed a page downloaded or

14  printed the file?

15    A.  I did not run the report.  I don't see

16  anything here that says that.

17          MS. SINGER: If we can mark this as

18          Plaintiffs' 277, please.

19                (Plaintiffs' Exhibit No. 277

20                was marked for identification

21                by the reporter.)

22  BY MS. SINGER:

23    Q.  Ms. Christopher, you've been handed a document

24  bearing the Bates stamp Georgia State 49803 to 49841

25  that's been marked as Plaintiffs' Exhibit 277.

EXHIBIT 23 - 141

1           Do you recognize Plaintiffs' 277?

2     A.   Nope.

3     Q.   Have you ever seen a report of the type of

4  Plaintiffs' 277 before?

5     A.   The one that you just handed me.

6     Q.   Okay.

7          MS. SINGER: If you would please mark

8          this as Plaintiffs' 278.  And mark this as

9          Plaintiffs' 279.

10            (Plaintiffs' Exhibit Nos. 278

11             and 279 were marked

12             for identification by the reporter.)

13  BY MS. SINGER:

14     Q.   Ms. Christopher, you've been handed a document

15  bearing the Bates stamp Georgia State 33632 that's been

16  marked as Plaintiffs' 278.  And a document bearing the

17  Bates stamp Georgia State 32437 that's been marked as

18  Plaintiffs' Exhibit 279.

19          Do you recognize Plaintiffs' 278?

20     A.   It appears to be a page from an ULearn course.

21     Q.   We talked earlier about organizer tools and

22  learning modules.  How would you characterize

23  Plaintiffs' 278?

24     A.   This is an organizer page.

25     Q.   Organizer page.  Do you recognize Plaintiffs'

EXHIBIT 23 - 142

1    279?

2        A.    Again, it appears to be a page from the ULearn

3    course.

4        Q.    How would you characterize Plaintiffs' 279?

5        A.    It's the home page organizer page.

6        Q.    So Plaintiffs' 278 and Plaintiffs' 279 are

7    both examples of organizer pages?

8        A.    Yes.  And they're both home pages.

9        Q.    Is there a difference between a home page and

10   an organizer page?

11       A.    A home page is also an organizer page but the

12   home page is the first page, the entry into the rest.

13       Q.    So is it possible to have an organizer page

14   that is not a home page?

15       A.    Yes.

16       Q.    What would a home page that is not an

17   organizer page look like?

18       A.    It would look like this.  This could be placed

19   anywhere.  This organizer page doesn't necessarily have

20   to be on the home page.  There could be a link out here

21   where we click it and this would open.

22       Q.    On Plaintiffs' 278 it looks -- do you see on

23   the first column third one down it says reaction papers?

24       A.    Okay.

25       Q.    And there's little pictures of a page with a

EXHIBIT 23 - 143

1    thumb tack in front of it is the icon?

2        A.   Yes.

3        Q.   Does that icon have any significance for the

4    type of file?

5        A.   Yes.  Or the type of tool.

6        Q.   Type of tool.  What type of tool is signified

7    by that icon?

8        A.   A discussion board.

9        Q.   Above it we see for McDermott2002.pdf just a

10   picture of a page with a corner folded down?

11       A.   Yes.

12       Q.   What does that icon signify?

13       A.   A content page.

14       Q.   And a content page is something that was

15   uploaded by the professor?

16       A.   Yes, it's a single page, single file.

17       Q.   So on P-278 aside from the reaction paper

18   discussion tool everything else is a single file?

19       A.   Yes.

20       Q.   And just to do this in context, there's no way

21   without actually clicking on it and opening the file,

22   there's no way for anyone to tell what actually these

23   files contain, is that correct?

24       A.   Correct.

25       Q.   On Plaintiffs' 279 the first entry in the

EXHIBIT 23 - 144

1  column on the left says read 1st ULearn for EPSF

2  8040.ppt and there's a picture of a -- hard to tell from

3  this print quality but a piece of paper kind of tilted

4  to the side?

5      A.  Yes.

6      Q.  What does that icon signify?

7      A.  A content page.

8      Q.  Is that the same kind of content page we saw

9  in Plaintiffs' 278?

10     A.  Yes.

11     Q.  Why are there different icons?

12     A.  The professor can put anything there they

13  want.

14     Q.  Is there a choice of icons for particular

15  items?

16     A.  There are some that are preloaded or the

17  professor can upload their own to use.

18     Q.  Okay.  The next on P-279, the next thing the

19  icon is a backpack of some kind?

20     A.  Yes.

21     Q.  Is that a standard icon?

22     A.  Yes, it's standard.

23     Q.  What sort of file would the backpack icon

24  signify?

25     A.  It's content module.

EXHIBIT 23 - 145

1     Q.   What's a content module?

2     A.   It would be like taking all of this stuff and

3  putting it into one file so it would have a table of

4  contents running down the left, I would click on one of

5  the files and it would show up in the right hand frame.

6  So that the student could go through in an organized

7  manner it's packaged, hence the backpack.

8     Q.   What might the components of that package be?

9     A.   They can upload a content file, they can put a

10  link to a discussion board, they can put an assignment

11  in there, they can put a quiz.

12     Q.   So it could be anything you can put on an

13  organizer page you can put inside a content module?

14     A.   Yes.

15     Q.   On the bottom of the middle column it looks

16  like -- I don't know if it's file folders or what that

17  icon is?

18     A.   Yes.

19     Q.   What would that signify?

20     A.   That's an organizer page.

21     Q.   What's on an organizer page?  So that is --

22     A.   I'm sorry, it would be the same as the home

23  page with just a group of icons that are not organized

24  with the table of contents.

25     Q.   So is it fair to say that that entry on P-279

EXHIBIT 23 - 146

1    is an organizer page within an organizer page?

2        A.    Upcoming conferences is an organizer page on

3    an organizer page, or a link to an organizer page.

4        Q.    So you can have more than one organizer page?

5        A.    Yes.

6        Q.    In the third column on P-279 the third one

7    down says syllabus.  Looks like maybe a piece of paper

8    with either a syllabus or a pencil or something next to

9    it?

10       A.    Yes.

11       Q.    What would that signify?

12       A.    It's a standard icon for a syllabus.

13       Q.    And that would be the professor's syllabus for

14   the course?

15       A.    Yes.

16       Q.    The bottom entry in the third column on P-279

17   says peer review assignments updated.  What kind of file

18   would that be?

19       A.    That is a content page.

20       Q.    Is that something that the professor would

21   upload or is that something the students would upload?

22       A.    The professor can only place items on the --

23   within there.  The only -- that's it.

24       Q.    So only the professor or somebody with

25   designer clearance can put things on the organizer page,

EXHIBIT 23 - 147

1  is that --

2      A.   Yes.

3      Q.   If a student uploaded things on to the student

4  page, is there any way to tell what's been uploaded by a

5  student versus uploaded by a professor?

6      A.   On the student page?

7      Q.   Can the professor see the student pages?

8      A.   What students?  Student pages?

9      Q.   We talked earlier I think you told me that

10  students can upload things --

11      A.   To the file manager.

12      Q.   To the file manager.  How would that appear

13  when you opened the screen?

14      A.   They cannot be opened by anyone but the

15  student that uploaded them.

16      Q.   So the professor can't see them?

17      A.   No.

18      Q.   And they wouldn't appear on an organizer page?

19      A.   No.

20      Q.   Will the outline of an organizer page change

21  in Version 8?

22      A.   No.

23      Q.   One of the things you mentioned I think that

24  changes in Version 8 was fewer tabs?

25      A.   Yes.

EXHIBIT 23 - 148

1    Q.   Are those tabs visible on either page 278 --

2  P-278 or Plaintiffs' 279?

3    A.   No.

4    Q.   Where would those tabs appear?

5    A.   They would be in between the -- there's a line

6  right underneath, Studies In American politics would be

7  visible underneath there.

8    Q.   On Plaintiffs' 279 if you click the top right

9  corner says online readings?

10    A.   Okay.

11    Q.   What would you expect to find if you clicked

12  on that icon?

13    A.   A content module.

14    Q.   How are pages set up in ULearn for professors?

15  Professor is starting from scratch and they go to a

16  ULearn page to set it up, what would they see?

17    A.   Totally blank.

18    Q.   Are there any guidelines or modules or

19  templates that a professor can use to create an ULearn

20  page?

21    A.   No.

22    Q.   So everything that appears on the organizer

23  page has to be created by the professor or somebody with

24  designer clearance?

25    A.   Yes.

EXHIBIT 23 - 149

1    Q.   Is there any way to tell on Plaintiffs' 278 --

2    the top left corner it's McDermott2002.pdf, do you see

3    that?

4    A.   Yes.

5    Q.   And that was -- has the same file name as on

6    Plaintiffs' 276 we saw one of the entries in column D?

7    A.   Yes.

8    Q.   Is there any way to tell whether those two --

9    whether that file on Plaintiffs' 278 matches up to the

10   entry on Plaintiffs' 276?

11   A.   I would have to know how this report was run

12   in order to know that.

13   Q.   Okay.  Understanding that you didn't create

14   the report and you don't know how it's run, is it

15   technically possible to match up a particular entry on

16   an organizer page with the entry in the ULearn report?

17   A.   I don't know.

18   Q.   On Plaintiffs' 279 what's going -- what would

19   happen if you plugged this into the Smart tool to move

20   it up to Version 8?

21   A.   Hopefully it would move it over and it would

22   look exactly like this in Version 8.

23   Q.   And everything would be the same in terms of

24   if I clicked on read 1st ULearn for EPSF 8040

25   PowerPoint, theoretically I would get the exact same

EXHIBIT 23 - 150

1    thing in Version 3 and the exact same thing in Version

2    8?

3        A.    Yes.

4        Q.    And for a content module it would look exactly

5    the same in Version 3 and in Version 8 theoretically?

6        A.    Yes.

7        Q.    Have you personally ever dealt with any

8    copyright owners in connection with ULearn?

9        A.    It's my understanding that when a professor

10   writes a paper that he is the copyright owner.  So yes,

11   I have.

12       Q.    Have you ever worked with or dealt with any

13   kind of copyright owner in terms of trying to get

14   permission for something that was being posted to

15   ULearn?

16       A.    Yes.

17       Q.    On how many occasions?

18       A.    One that I can recall now.

19       Q.    Tell me about that occasion, please.

20       A.    Campbell Soup Company.  For the new version we

21   had started calling it V8 and I thought it would be kind

22   of nice if we could have information sessions and serve

23   V8 and kind of use the trademark.  And so I called

24   Campbell Soup Company and they said no.

25       Q.    So it's not called V8?

EXHIBIT 23 - 151

1     A.   We now call it Version 8.  Very clearly.

2     Q.   Have you ever had occasion to negotiate or

3 obtain a license from a copyright owner in connection

4 with material being uploaded to ULearn?

5     A.   No.

6     Q.   Have you ever written to a copyright owner to

7 request permission?

8     A.   Not that I can recall.

9     Q.   Have you ever given any professors advice or

10 guidance on writing to a copyright owner to obtain

11 permission?

12     A.   Other than pointing them to my web page, no.

13     Q.   Does your web page contain any samples or

14 forms to use to request copyright permission?

15     A.   The links may.  I do not know at this time.

16     Q.   Are all of the links on your log-in pages --

17 am I calling it the right thing?

18     A.   Yes.

19     Q.   Are all of the links on your log-in page to

20 GSU or USG sites?

21     A.   Yes.

22     Q.   Have you ever told a professor that he or she

23 needed to obtain a license in order to post something on

24 ULearn?

25     A.   Yes.

EXHIBIT 23 - 152

1     Q.   When was that?

2     A.   When a professor came to me with a CD and he

3 wanted me to upload the movies from it into his ULearn

4 course.  And I asked him if he had permission and he

5 said they were in the back of the textbook.  And again I

6 said do you have permission.  And he said no, because I

7 thought I could use it.  And I said I'm not uploading

8 them.

9     Q.   Other than that occasion, have there been any

10 other occasions where you've talked to a professor about

11 obtaining copyright information?

12     A.   There was another professor who came to me

13 with a book that was out of print that she wanted me to

14 scan in for her summer course and I wouldn't do it.

15     MS. SINGER:  Okay.  If you would please

16     mark this as Plaintiffs' 280.

17          (Plaintiffs' Exhibit No. 280

18          was marked for identification

19          by the reporter.)

20 BY MS. SINGER:

21     Q.   Ms. Christopher, you have in front of you a

22 document bearing the Bates stamp Georgia State 1075 that

23 has been marked as Plaintiffs' Exhibit 280.  It appears

24 to be an e-mail chain, at least part of an e-mail chain

25 between you and Zoe dated May 6, 2005.  You see that?

EXHIBIT 23 - 153

1      A.   Yes.

2      Q.   Do you recognize Plaintiffs' 280?

3      A.   Yes.

4      Q.   In the earliest e-mail in the chain on page

5  280, it appears to be an e-mail chain between Mourad

6  Dakhli at Georgia State University and somebody named

7  Mary Fernandez with an e-mail address at Prenhall.com.

8  You see that?

9      A.   Yes.

10     Q.   Do you have any understanding of -- and then

11  Mourad Dakhli forwards that e-mail to Zoe Salloom on May

12  5th, 2005.  Do you see that?

13     A.   Yes.

14     Q.   And then I don't know if she forwards the

15  e-mail to you or she copies you on her response, but the

16  top e-mail in the chain is from you to Zoe Salloom?

17     A.   Yes.

18     Q.   Saying to her, good for you.  You're right

19  that instructors need to start taking responsibility.

20     A.   Yes.

21     Q.   What did you mean by that?

22     A.   Mourad was asking us to take on the

23  responsibility of securing copyrights for all the

24  materials.  And that is something that is beyond the

25  staff that I could have.

EXHIBIT 23 - 154

1   Q. Why is that?

2   A. I don't have people, I don't have resource, I

3 cannot do it.

4   Q. What would you need in order to be able to do

5 the -- clear the copyrights?

6   A. I don't know.  It would take a long study to

7 figure that one out.

8   Q. Have you ever performed such a study?

9   A. No.

10   Q. Have there ever been such discussions about

11 performing such a study?

12   A. To my knowledge, no.

13   Q. Do you know what kind of copyrights Mourad was

14 trying to secure?

15   A. It says securing copyrights for videos.

16   Q. Is this e-mail chain with Mourad Dakhli the

17 incident you were describing earlier about trying to put

18 a video that was in the back of the textbook?

19   A. No.

20   Q. What professor did that incident involve?

21   A. I don't remember.  It was College of Business.

22    MS. SINGER: Mark this please as

23   Plaintiffs' 281.

24 BY MS. SINGER:

25   Q. You've been handed a document bearing the

EXHIBIT 23 - 155

1  Bates stamp Georgia State 1034 that's been marked as

2  Plaintiffs' 281.  That appears to be an e-mail chain

3  between you and Corrin Marie Sorteberg dated February

4  1st, 2008.  Do you see that?

5       A.   Yes.

6       Q.   Who is Corrin Marie Sorteberg?

7       A.   Says she's the benefits counselor at human

8  resources.

9       Q.   And she writes to you, I am sitting in on

10 another class with Walter Wallace.  How would I ask him

11 to post -- I assume that is meant to be his syllabus.

12 I'm not sure if you had to post the one currently up for

13 Dr. Park's class.

14            What did you understand her to be asking you?

15      A.   She wanted him to use ULearn or to post his

16 syllabus online somewhere so she could access it.

17      Q.   And did you cause that syllabus to be posted?

18      A.   I don't recall.

19      Q.   You write back each instructor is responsible

20 for posting their own materials.  It's a liability and a

21 FERPA thing for us.

22      A.   Yes.

23      Q.   What did you mean?

24      A.   We cannot be responsible for any materials

25 that a student is going to be getting a grade for in the

EXHIBIT 23 - 156

1  courses.  And it's better for us the faculty takes that

2  responsibility and uploads what they want in there.

3  That way they have precisely what they need.

4      Q.   Why is it better for you?

5      A.   Because the students if they have a complaint

6  they know who to complain to and about.

7      Q.   What kind of complaints would they have?

8      A.   Could be all kinds of complaints.

9      Q.   Can you give me an example?

10     A.   The wrong file was uploaded, I don't deserve

11 this grade because I didn't have the materials, the quiz

12 was incorrect, I answered it right.

13     Q.   How is that a FERPA thing?

14     A.   It's a privacy issue with the students.  My

15 group needs to put the onus on the professor to -- it's

16 what students do in the courses it's not to be spread

17 across campus.  And it's just their responsibility I

18 feel.

19     Q.   How would it be spread across campus if it

20 wasn't -- if the onus wasn't on the professor?

21     A.   I have GRUs that used to work for me that

22 uploaded materials.  Even though they are held to be

23 confidential I did not always have that guarantee.

24     Q.   Do you have any instances where there was a

25 FERPA violation or were you just intending to make sure

EXHIBIT 23 - 157

1    there weren't any violations?

2        A.   I didn't want any.

3        Q.   Were there any examples where there were FERPA

4    issues because of ULearn?

5        A.   No.  No.

6        Q.   When you say in Plaintiffs' 281 it's a

7    liability, what did you mean by that?

8        A.   Professors sometimes are very quick to hand

9    things off to somebody else to do and have made mistakes

10   and I did not want the responsibility of uploading a

11   mistake.

12       Q.   What kind of mistake?

13       A.   The wrong file.

14       Q.   What do you mean by wrong file?

15       A.   They would hand me file B and really meant to

16   hand me file A.

17       Q.   How is that a liability?

18       A.   It depends on what was in the file that we

19   uploaded and posted for them.

20       Q.   What would an example of a liability be?

21       A.   They upload incorrect answers for quizzes.

22   They could have given me somebody -- another student's

23   paper to upload and we just on a normal course would

24   have uploaded it without -- we don't read what we

25   upload, here's the file electronically, we post it.  And

EXHIBIT 23 - 158

1    because I don't know what the subject matter is, I'm not

2    the subject matter expert, the faculty member is, it is

3    not my responsibility to upload their materials unless

4    I'm designing it with them and we are working closely.

5        Q.   In Plaintiffs' 281 when you talk about

6    liability and a FERPA thing, did you have in mind

7    copyright liability in any way?

8        A.   Could have been.

9        Q.   Can you give me an example of a copyright

10   liability?

11       A.   Uploading an entire Disney movie, uploading

12   "Gone With The Wind".

13       Q.   Can you give me an example of a copyright

14   violation short of uploading an entire movie or an

15   entire book?

16       A.   Not at this time.

17       Q.   I think you mentioned earlier that you

18   inadvertently came across what might have been a

19   copyright violation because a professor had used

20   something in multiple semesters.  Do you recall?

21       A.   Yes.

22       Q.   Why would multiple semesters cause you to

23   think that there might be a copyright violation?

24       A.   It's my understanding that some documents may

25   only be used for a limited time for that one course.

EXHIBIT 23 - 159

1    For the next course they should be changed out.  And

2    when they are continually reused unless there is an

3    agreement with a publisher, that I felt that this was a

4    violation.

5        Q.   What kind of documents in your understanding

6    can only be used for a limited time?

7        A.   What documents?

8        Q.   You said there was a certain kind of document

9    that can only be used for a limited time.  What did you

10   mean by that?

11       A.   Like full journal articles.

12       Q.   Are you aware of that GSU has subscriptions to

13   various databases of journals?

14       A.   Yes.

15       Q.   Is there any provision in the ULearn system to

16   link to these database?

17       A.   Through URL.

18       Q.   How would I -- how would a professor go about

19   linking to a journal article in a journal database on an

20   ULearn page?

21       A.   There are instructions in Galileo to do that.

22       Q.   What is Galileo?

23       A.   Georgia -- what is it.  Georgia Library

24   Learning Online.

25       Q.   Is any instruction given to professors about

EXHIBIT 23 - 160

1    whether they should link to a licensed database or

2    whether they should just upload a PDF of the journal

3    article on ULearn?

4    A.   I don't know.

5    Q.   If a professor asked you whether they should

6    link to a journal article or upload the PDF, what advice

7    would you give?

8    A.   Link.

9    Q.   Have any professors ever consulted you for

10    advice on linking to journal databases?

11    A.   Rare.  Rare.

12    Q.   Is any instruction given to professors about

13    whether to upload PDFs or link to ERes?

14    A.   I don't know.

15    Q.   Do you know approximately how many or a

16    percentage of ULearn pages contain links to the ERes

17    system?

18    A.   I don't know.

19    Q.   How complicated is the procedure to link to

20    ERes through ULearn?

21    A.   Easy.

22    Q.   What exactly do you do to link to ERes?

23    A.   You would select the URL tool, give it a

24    title, copy and paste the ERes link.  Click create or go

25    and you've got a link to ERes.

EXHIBIT 23 - 161

1     Q.   And when the student clicks that link on an

2  ULearn page, what happens?

3     A.   It opens up the ERes site at which point they

4  put in their ID and password to access the documents for

5  the professor.

6     Q.   So a student has to enter their password twice

7  then, once to get into the ULearn system and once to get

8  into the ERes system?

9     A.   Yes.

10    Q.   Do students ever complain about having to

11  enter passwords twice?

12    A.   Yes.

13    Q.   Has there been any discussion about whether to

14  change the system so you only have to enter your

15  password once?

16    A.   It's not possible.

17    Q.   How do you know that?

18    A.   We tried.

19    Q.   When was that?

20    A.   It's been several years ago.

21    Q.   What happened when you tried?

22    A.   It kept asking for the other password.

23    Q.   If you would please turn back to -- in your

24  pile there, it's Plaintiffs' Exhibit 38.  It's the Board

25  Of Regents policy.

EXHIBIT 23 - 162

1      If you turn to I think the second page of

2  Plaintiffs' 38, it says additional guidelines for

3  electronic reserves.

4      A.   Okay.

5      Q.   In the -- well, strike that.

6           Do you know whether these additional

7  guidelines apply to the ULearn system?

8      A.   I don't know.

9      Q.   Let's look at the first bullet point on page 2

10  of Plaintiffs' 38.  It says instructors are responsible

11  for evaluating on a case by case basis whether the use

12  of a copyrighted work on electronic reserves requires

13  permission or qualifies as fair use.  If relying on the

14  fair use exception, instructors must complete a copy of

15  the fair use checklist before submitting material for

16  electronic reserves.

17           Does that apply to ULearn?

18      A.   No.  Because it is not electronic reserves.

19      Q.   Do you know whether professors need to fill

20  out a copy of the fair use checklist if they're relying

21  on the fair use exception in ULearn?

22      A.   Do I know if they need to fill it out?  No, I

23  don't.

24      Q.   Do you know whether instructors are

25  responsible for evaluating on a case by case basis

EXHIBIT 23 - 163

1    whether the use of copyrighted work on ULearn requires

2    permission or qualifies as fair use?

3         A.   I would say yes.

4         Q.   Do you know?

5         A.   Do I know for certain, no.

6         Q.   The second bullet point says inclusion of

7    materials on electronic reserves will be at the request

8    of the instructor for his or her educational needs.

9              Does that policy apply to ULearn?

10        A.   This has been written for electronic reserves

11   and ULearn is not electronic reserves.

12        Q.   Okay.  But does that policy apply to ULearn as

13   well?

14        A.   This policy is for electronic reserves, not

15   for ULearn.

16        Q.   Okay.  For -- is inclusion of materials on

17   ULearn at the request of the instructor for his or her

18   educational needs?

19        A.   If the professor wants materials in electronic

20   reserves it has to be at their request for their

21   educational needs.

22        Q.   For materials made available on ULearn, should

23   they include a citation to the original source of

24   publication in the form of copyright notice?

25        A.   I don't know.

EXHIBIT 23 - 164

1    Q.   Is there any form of copyright notice on the

2  ULearn system?

3    A.   No.

4    Q.   In order to submit -- in order to upload

5  material to ULearn does the instructor, library or other

6  unit of the institution need to possess a lawfully

7  obtained copy of the material?

8    A.   I don't know.

9    Q.   Is there any ULearn or other staff that checks

10  to see whether materials submitted for ULearn is

11  available through an electronic database or otherwise

12  legally available?

13    A.   No.

14    Q.   Do the E Learning or other staff delete

15  materials available on ULearn at the conclusion of every

16  semester?

17            MR. SHEESLEY: Objection.

18            THE WITNESS: With the term other staff,

19        I don't know.

20  BY MS. SINGER:

21    Q.   Does anyone on the E Learning staff delete

22  materials available on ULearn at the conclusion of the

23  semester?

24    A.   No.

25            MR. SHEESLEY: Objection.

EXHIBIT 23 - 165

1           MS. SINGER:  If you would please mark

2        this as Plaintiffs' 282.

3                    (Plaintiffs' Exhibit No. 282

4                     was marked for identification

5                     by the reporter.)

6    BY MS. SINGER:

7        Q.   Ms. Christopher, you've been handed a document

8    bearing the Bates stamp Georgia State 1066 to 1067

9    that's been marked as Plaintiffs' Exhibit 282.  Do you

10   recognize Plaintiffs' 282?

11       A.   Yes.

12       Q.   The subject line is Re: ULearn template

13   request from Elizabeth Steed.

14            What is an ULearn template request?

15       A.   It's when we are requested to promote a

16   section to a template to be used for another semester.

17       Q.   And so Plaintiffs' 282 reflects a template

18   request submitted by Elizabeth Steed who appears to be a

19   professor at GSU?

20       A.   Yes.

21       Q.   In Plaintiffs' 282 Professor Steed submits her

22   request and she gets a response from

23   ULearn@langate.gus.edu.  You see that about three

24   quarters of the way down the first page?

25       A.   Let me go back here because there's something

EXHIBIT 23 - 166

1     I don't quite understand.

2         Q.   Take your time.

3         A.   Now I know what's going on.  I'm sorry.

4         Q.   Well, let's back up then.  What is going on in

5     Plaintiffs' 282?

6         A.   Okay.  Down at the very bottom of the first

7     page is a template request form that we have received

8     through the help system.  It looks like it was picked up

9     by Mostafa who when he checked it saw that Elizabeth was

10    not the primary instructor of record, that Deborah Moock

11    was and he questioned that.  It came back that Peggy

12    Gallagher said that she was the chair and that the

13    course that Deborah Moock was teaching would become Dr.

14    Steed's.  Since Peggy was the chair she was taking

15    responsibility saying it's all right for someone else to

16    take these materials.

17             So at the very top I'm saying, yes, and this

18    is, you know, outlining what had happened, that she

19    was -- since you are the chair, you have given us

20    permission, so it's now your responsibility.

21        Q.   Okay.  And you say in P-282, in an effort to

22    protect work product and possible copyright infringement

23    we always request permission to give access to materials

24    to anyone other than the primary instructor.  Do you see

25    that?

EXHIBIT 23 - 167

1     A.    Yes.

2     Q.    What did you mean by protecting work product

3    and possible copyright infringement?

4     A.    As I said before, the materials that are

5    uploaded to ULearn are -- they're the professor's work

6    product.  It is their creation.  This is the way they

7    choose to design their course.  That is their work.  I

8    cannot give that to someone else without permission.

9     Q.    What if the professor's work product includes

10   a selection of articles or chapters from books by other

11   people?

12    A.    If they want to give that to someone else to

13   use that is up to them.

14    Q.    Do you think it reflects work product that the

15   professor picked out certain articles or chapters?

16    A.    Yes.

17          MS. SINGER:  If you would please mark

18          this as Plaintiffs' 283.

19                (Plaintiffs' Exhibit No. 283

20                 was marked for identification

21                 by the reporter.)

22   BY MS. SINGER:

23    Q.    Ms. Christopher, you have in front of you a

24   document bearing the Bates stamp Georgia State 1045

25   that's been marked as Plaintiffs' Exhibit 283.  Appears

EXHIBIT 23 - 168

1    to be an e-mail chain between you and Nancy Brown Ph.D.

2    dated August 19th, 2008.

3         Can you tell me what's going on in Plaintiffs'

4    283?

5    A.   Nancy appears to need access to someone else's

6    classes and I have told her that we need permission

7    either from the former professor or from the chair or

8    Dean and that I was out on family emergency and please

9    contact either Lovely or Mostafa.

10   Q.   Do you know what happened with --

11   A.   No, I don't.

12   Q.   In the paren in the last line of your e-mail

13   at the top of the chain on P-283 you say BTW, which I

14   assume is by the way, this permission thing is a

15   combination FERPA and copyright.  We want to protect

16   student information and we want to prevent unauthorized

17   usage of work product.

18        You see that?

19   A.   Yes.

20   Q.   And the work product you were referring to

21   here is this professor's compilation of all the elements

22   of his course?

23   A.   Yes.

24        MS. SINGER:  All right.  I think we're

25        at the end of the tape, so why don't we

EXHIBIT 23 - 169

1          take another short break.

2               THE VIDEOGRAPHER:  This concludes tape

3          number 4.  We're off the record at 13:28

4          p.m.

5                    (Brief recess.)

6               THE VIDEOGRAPHER:  This will be tape

7          number 5.  We're back on the record at

8          13:36 p.m.

9               MS. SINGER:  If you would mark this as

10          Plaintiffs' 284, please.

11                    (Plaintiffs' Exhibit No. 284

12                     was marked for identification

13                     by the reporter.)

14     BY MS. SINGER:

15          Q.   Ms. Christopher, you've been handed a document

16     bearing the Bates stamp Georgia State 9951 to 9953.

17     It's been marked as Plaintiffs' Exhibit 284.

18          Do you recognize Plaintiffs' 284?

19          A.   Yes.

20          Q.   What is Plaintiffs' 284?

21          A.   It's e-mails that are going between -- let's

22     see, let me read it here.  It started with Fred, went to

23     Harold, came to me and then went to Mike.  And we copied

24     Zoe on it.

25          Q.   Plaintiffs' 284 references a benchmarking

EXHIBIT 23 - 170

1   online operation survey.

2       A.   Yes.

3       Q.   Do you know what that is?

4       A.   No.

5       Q.   The information you provide on page 1 of

6   Plaintiffs' 284 about USG maintains the server, it's

7   housed in Athens, WebCT was first used on campus in

8   1998, is that correct?

9       A.   Yes.

10      Q.   All of the information that you provide to --

11  in Plaintiffs' 284 was provided in October 2008.  As we

12  sit here today, is all this information still accurate?

13      A.   Yes.

14      Q.   Do you know if this will still be accurate

15  when the conversion to Version 8 is complete?

16      A.   Not sure about the reports part.

17      Q.   Other than the reports part?

18      A.   Yes.

19           MS. SINGER:  If you would please mark

20           Plaintiffs' 285.

21                    (Plaintiffs' Exhibit No. 285

22                     was marked for identification

23                     by the reporter.)

24  BY MS. SINGER:

25      Q.   Ms. Christopher, you've been handed a document

EXHIBIT 23 - 171

1    bearing Bates stamp Georgia State 945 that's been marked

2    as Plaintiffs' Exhibit 285.  It's an e-mail from you to

3    Marjorie Denise Dimsdale on August 6th, 2005.

4         What's going on in Plaintiffs' 285?

5    A.   I was asking Marjorie to please add a couple

6    of URLs in the old WebCT system, the two, the ERes and

7    WebCT, it would recognize, in Vista no longer did.  And

8    we talked about that earlier.  And this is when we found

9    out it did not work.

10   Q.   Do you know whether Ms. Dimsdale added those

11   URLs so that ERes recognizes Vista?

12   A.   I think I recall that she did and that's how

13   we found out it did not work.  Or someone on her staff.

14   Q.   Sure.  Do you know whether the 50 item limit

15   on posting things on ERes applies to ULearn as well?

16   A.   As I said before, there is no limit to the

17   number of files you may upload on to ULearn.

18        MS. SINGER: Please mark this as

19        Plaintiffs' 286.

20             (Plaintiffs' Exhibit No. 286

21             was marked for identification

22             by the reporter.)

23   BY MS. SINGER:

24   Q.   Ms. Christopher, you've been handed a document

25   bearing the Bates stamp Georgia State 1056 that has been

EXHIBIT 23 - 172

1  marked as Plaintiffs' 286.  It's an e-mail from you to

2  etsldl@langate.gsu.edu dated September 5th, 2008.

3       A.  Yes.

4       Q.  Who is etsldl?

5       A.  Lovely.

6       Q.  Rolls right off the tongue, estldl.

7           What's going on in Plaintiffs' 286?

8       A.  Lovely was looking for some old WebCT e-mails

9  that we no longer had.  This was part of the production.

10      Q.  When you say on Plaintiffs' 286 something

11 happened at one point and we lost the archives, what do

12 you mean?

13      A.  We changed from one version of Group Wise to

14 another.  In the older system I was able to archive my

15 personal e-mails as well as the ones from the WebCT box.

16 When they switched the WebCT box archives disappeared.

17      Q.  Were you ever able to recover those e-mails?

18      A.  No.

19      Q.  When you say in Plaintiffs' 286 we're covered,

20 what do you mean?

21      A.  The fact that we can only produce what we have

22 access to and that we did -- you know, the thing was

23 upgrade, there's nothing I could do.  There's no way I

24 can produce something that doesn't exist.

25      Q.  Were you the only person who archived the

EXHIBIT 23 - 173

1  WebCT e-mails?

2      A.   Yes.

3           MS. SINGER: If you would please mark

4           this as Plaintiffs' 287.

5                   (Plaintiffs' Exhibit No. 287

6                   was marked for identification

7                   by the reporter.)

8  BY MS. SINGER:

9      Q.   Ms. Christopher, you have in front of you a

10 document bearing the Bates stamp Georgia State 1041

11 that's been marked as Plaintiffs' Exhibit 287.  Do you

12 recognize Plaintiffs' 287?

13     A.   Yes.

14     Q.   What is Plaintiffs' 287?

15     A.   It's an e-mail from Zoe to Julian and Karen

16 and copied to myself.

17     Q.   Karen's e-mail at the bottom of the chain

18 talks -- says, any media requests to UETS should have a

19 hard copy, printed e-mail or otherwise version that

20 gives the following information and should come from the

21 requester.

22          What's the media request?

23     A.   The Digital Media Group to have something

24 digitized to be placed on to the web.

25     Q.   Does that have any relation to ULearn?

EXHIBIT 23 - 174

1    A.   No.

2    Q.   If something is digitized through the Digital

3 Media Group and placed on the web, where on the web is

4 it placed?

5    A.   The media is digitized and placed on the

6 Hollywood server which is a streaming video server.  The

7 link is then given to the professor and they may place

8 that anywhere they like.

9    Q.   Could a professor place a link to the

10 Hollywood media server on ULearn?

11    A.   Yes.

12    Q.   Who controls the Hollywood media -- the

13 Hollywood server?

14    A.   The Digital Media Group.

15    Q.   Is the Hollywood server owned by GSU?

16    A.   Yes.

17    Q.   Is the Hollywood server limited only to just

18 streaming media?

19    A.   No.

20    Q.   What else is on the Hollywood server?

21    A.   I've been told there are other files on there,

22 but I don't have access to them.  I don't know for sure.

23    Q.   Do you know what other kind of files are on

24 there?

25    A.   Audio.

EXHIBIT 23 - 175

1  Q. The top of the e-mail chain in Plaintiffs' 287

2 says who gets to keep all the hard copies so they are in

3 one place.  Do you see that?

4  A. Yes.

5  Q. Do you know what hard copies are being

6 referred to in Plaintiffs' 287?

7  A. Karen said that there could be a hard copy

8 printed version with the following information.  So I

9 assume that's what is being talked about.

10  Q. Do you know what the answer was, who gets to

11 keep all the hard copies?

12  A. No.

13  Q. Does the E Learning Group keep hard copies of

14 any media requests?

15  A. We do not get media requests.

16  Q. You mentioned earlier today I think one of

17 Lovely's job responsibilities was that she was on a

18 weekly phone conference?

19  A. Yes.

20  Q. What is that weekly -- what's the subject of

21 that weekly phone conference?

22  A. ULearn.

23  Q. Who else is on the weekly phone conference?

24  A. Admins from any of the institutions who decide

25 to come in as well as representatives from the ALT.

EXHIBIT 23 - 176

1    Q.    What is the ALT?

2    A.    Advanced Learning Technology, which is a

3    division of the Board Of Regents USG.

4    Q.    Do you know who from the Board Of Regents ALT,

5    do you know who those individuals are?

6    A.    It varies from week to week.

7    Q.    Do you ever sit in on those weekly calls?

8    A.    I used to.

9    Q.    When did you stop?

10    A.    When they started having them on Thursdays.

11    Q.    Thursday morning when you're in the exchange?

12    A.    Uh-huh.

13    Q.    When was that approximately?

14    A.    A few weeks ago.

15    Q.    What is discussed on these weekly calls?

16    A.    They discuss the week in the past, what

17    happened during the week, updates.  They also discuss

18    the week in advance, what's coming up.  And then they do

19    a round robin of the various admin events, problems or

20    issues they would like to bring up.

21    Q.    Can you give me an example of what might be

22    discussed during what's happened in the past week?

23    A.    They usually summarize the e-mails that have

24    gone across the list or the server was down, this is why

25    it went down, things like that.

EXHIBIT 23 - 177

1    Q.   Is what happened generally related to

2    technical incidents?

3    A.   Yes.

4    Q.   Would there ever be discussions about

5    complaints by a professor or questions by students or

6    professors?

7    A.   Specific ones, no.

8    Q.   Is the discussion -- well, strike that.

9         What kinds of things would be discussed in the

10   what's coming up next week part?

11   A.   Maintenance is scheduled for this time, this

12   date.  You know, like on the week of June 22nd the --

13   July 22 the server is going to be down for a week.  So

14   that would be in the week in advance.

15        And if there's -- recently there was the admin

16   conference that reminded everyone about that.  And

17   reminded them to fill out the surveys.

18   Q.   Are policies ever discussed?

19   A.   Yes.

20   Q.   What kinds of policies are discussed?

21   A.   Usually to do with the ULearn.

22   Q.   What sorts of policies about ULearn have been

23   discussed on these weekly calls?

24   A.   At one time they did bring up the copyright,

25   pointed that out, made sure we had the link to it.  And

EXHIBIT 23 - 178

1  policies as far as, you know, how to post to the list

2  serve and who you should contact, when to contact OIT

3  and help set that up.

4      Q.  What is OIT?

5      A.  Office of informational and instructional

6  technology.  They're the ones that maintain the servers.

7      Q.  Under the policy when should you contact OIT?

8      A.  You can call them if it's an emergency,

9  mission critical, something happens.  Otherwise you just

10  submit a ticket and they will handle it and try to fix

11  it for you.

12     Q.  You mentioned that one week the copyright

13  policy was discussed?

14     A.  Yes.

15     Q.  Other than making sure everyone had a link,

16  was there any more to that discussion?

17     A.  Yes, but I don't recall.

18     Q.  Approximately how long did that discussion

19  last?

20     A.  The entire phone call only lasts an hour, so

21  it was a portion of that.

22     Q.  Other than that one occasion when the

23  copyright policy was discussed, has copyright ever been

24  discussed on the weekly ULearn calls?

25     A.  I don't recall.

EXHIBIT 23 - 179

1    Q.   How long have these weekly phone conferences

2    been going on?

3    A.   Ever since the board took over the service.

4    Q.   Are the individuals on the call, as a general

5    matter is it the same individuals each week?

6    A.   Usually.

7              MS. SINGER: If you would please mark

8              this as Plaintiffs' 288.

9                   (Plaintiffs' Exhibit No. 288

10                      was marked for identification

11                      by the reporter.)

12   BY MS. SINGER:

13   Q.   Ms. Christopher, you've been handed a document

14   bearing the Bates stamp Georgia State 950 that's been

15   marked as Plaintiffs' Exhibit 288.  It's an e-mail from

16   you to a variety of individuals dated April 16th, 2008.

17   And the subject is FYI publishers sue GSU for copyright

18   infringement.  You see that?

19   A.   Yes.

20   Q.   What individuals did you address this e-mail

21   to generally?

22   A.   At the time this went to Chandra, Courtney and

23   Doris who were graduate assistants.  Lovely, Mostafa and

24   off over there it probably also went to -- no, it's

25   down -- cc'd down here, Harold and Julian and Karen.

EXHIBIT 23 - 180

1    Q.   Why did you send Plaintiffs' 288?

2    A.   Because this was something that they needed to

3 be aware of that was happening at the university.

4    Q.   Why did they need to be aware of it?

5    A.   To be more careful in how we helped faculty

6 with their courses and always to point them, as I said

7 here, to the links that talk about the our FERPA and

8 copyright compliance.

9    Q.   Prior to sending this e-mail did you have any

10 reason to believe that these individuals weren't careful

11 in what they advised faculty?

12    A.   No.  But it's just a good manager will keep

13 their group running smoothly.

14    Q.   In Plaintiffs' 288 you say this is why we no

15 longer upload documents for faculty and publish in our

16 policies that instructors are responsible for the course

17 content including appropriateness, meeting accessibility

18 standards, copyright compliance, FERPA, HIPAA and

19 conformance to other university policies and procedures,

20 end quote.

21       What did you mean by that?

22       MR. SHEESLEY: Objection.

23       THE WITNESS: That it was my

24       understanding from reading the article that

25       faculty had been violating copyright

EXHIBIT 23 - 181

1          policies.  And in the past, as explained to

2          you, we had uploaded files and I did not

3          feel comfortable with those.  And this was

4          a reason for us not to do that any longer.

5          The professors should be uploading them.

6     BY MS. SINGER:

7        Q.  Did you provide any guidance or advice as to

8     how any of the individuals here might prevent the

9     professors from violating copyright?

10          MR. SHEESLEY: Objection.

11          THE WITNESS: By asking them to point

12          the instructors to the web site with the

13          links so they could make a sound judgment.

14     BY MS. SINGER:

15        Q.  Other than counseling these individuals to

16     point professors to the links, did you provide any other

17     information about the copyright policies?

18          MR. SHEESLEY: Objection.

19          THE WITNESS: When the new one came out

20          from GSU, I think we did forward it around

21          to various members of the team.

22     BY MS. SINGER:

23        Q.  Other than forwarding around policies or

24     pointing people to policies, did you provide any advice

25     or guidance to your staff about copyright policies?

EXHIBIT 23 - 182

1    A.   No.

2          MS. SINGER:  If you would please mark

3          this as Plaintiffs' 289.

4                (Plaintiffs' Exhibit No. 289

5                   was marked for identification

6                   by the reporter.)

7    BY MS. SINGER:

8    Q.   Ms. Christopher, you have in front of you a

9    document bearing the Bates stamp Georgia State 1014

10   that's been marked as Plaintiffs' Exhibit 289.  This

11   appears to be an e-mail later in the chain from

12   Plaintiffs' 288 because the e-mail from Plaintiffs' 288

13   is at the bottom of 289.

14         Do you see that?

15   A.   Yes.

16   Q.   So in Plaintiffs' 289 Karen Oates responded to

17   your e-mail and she says, mother just called and read me

18   an article in today's paper about this.  Seems Dr.

19   Patton, Ron Henry, Charlene Hurt and JL are being sued

20   by the publishers basically because they never responded

21   to the publisher's concerns.  That's hard to believe.  I

22   don't remember the publishers contacting anyone on

23   campus about this unless we were never told.  Do you.

24         Do you have any recollection of the publishers

25   contacting anyone on campus?

EXHIBIT 23 - 183

1    A.   No.

2    Q.   She says in 289, also they mention coursepacks

3    and electronic reserves.  I always thought that

4    permissions were obtained for publishing anything there.

5    Just doesn't make sense.

6         Do you have an understanding of whether

7    permissions are obtained for anything published on

8    electronic reserves?

9    A.   I assumed they were.

10   Q.   Do you have an understanding of whether

11   permissions were obtained for anything -- for publishing

12   anything in coursepacks?

13   A.   I understand they were.

14   Q.   Is that your understanding as we sit here

15   today?

16   A.   Yes.

17   Q.   For both coursepacks and electronic reserves?

18   A.   Yes.

19   Q.   And what is that understanding based on?

20   A.   That they have copyright permission to do and

21   use them for the classes.

22   Q.   How did you come to that understanding?

23   A.   I can't remember precisely, but I think Karen

24   had told me.

25   Q.   In Plaintiffs' 289 Karen goes on to say, and

EXHIBIT 23 - 184

1 how can an instructor use an E Pack without having paid

2 for it. Any idea what's going on here.

3 In your understanding can an instructor use an

4 E Pack without having paid for it?

5 A. I don't believe they can.

6 Q. Your response in Plaintiffs' 289 is I read the

7 complaint. One of the big pieces is the instructor

8 copying stuff and uploading it themselves. I know

9 several of the ones named and they are most likely in

10 violation.

11 What did you mean by that?

12 A. That these were professors that I knew who

13 uploaded their own things and used them semester after

14 semester.

15 Q. Why would you say that means they're most

16 likely in violation?

17 A. Because it was my understanding that articles

18 could only be used for a limited time, normally that one

19 class, that one semester unless permission had been

20 received to use it for multiple.

21 Q. Has that understanding changed?

22 A. No.

23 Q. Any other reasons why you thought these names

24 might be in violation?

25 A. No.

EXHIBIT 23 - 185

1    Q.   And you say later in Plaintiffs' 289, my line

2  and I told everyone in the group if anyone asks about

3  it, we cannot comment and if you want information to

4  please read the complaint or contact the legal

5  department?

6    A.   Yes.

7    Q.   Okay.  Did anyone ask you to comment about it?

8    A.   Yes.

9    Q.   What did you do?

10   A.   I told them to talk to my legal department.

11   Q.   Who had asked you for a comment?

12   A.   It was one of other admins from another

13 school.

14   Q.   In Plaintiffs' 289 you say, second paragraph,

15 I don't think the publishers have the full scoop on

16 what's happening.

17       What did you mean by that?

18   A.   I would have to go back and read the complaint

19 that was filed because I don't remember at this point.

20   Q.   You say in Plaintiffs' 289, from the looks of

21 it they got their information from a disgruntled

22 student.

23       What did you mean by that?

24   A.   I think there was something in there that led

25 me to the belief that they had gotten into ULearn and

EXHIBIT 23 - 186

1   had actually looked at documents.  Since ULearn is

2   password protected they could not have gone in

3   themselves.  It had to have come from either a professor

4   or from a student.

5      Q.   Anything else?

6      A.   No.

7           MS. SINGER:  I have no further

8           questions.

9           MR. SHEESLEY:  If we could just take a

10          minute off the record.

11          MS. SINGER: Sure.

12          THE VIDEOGRAPHER:  Off the record at

13          13:59 p.m.

14              (Brief recess.)

15          THE VIDEOGRAPHER:  Back on the record

16          at 14:00 p.m.

17          MR. SHEESLEY:  I have no questions for

18          the witness.  We would just like to reserve

19          the right to review and sign the

20          transcript.

21          MS. SINGER: That concludes our

22          deposition.  Thank you very much for your

23          time, Ms. Christopher.

24          THE VIDEOGRAPHER:  This concludes tape

25          number 5 and today's deposition of Paula

EXHIBIT 23 - 187

1                Christopher.  The time is 14:00 p.m.

2                    (Deposition concluded at 2:00 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 23 - 188

1          E R R A T A     S H E E T

2

3

          I, the undersigned, Paula Christopher, do
4    hereby certify that I have read the foregoing deposition
     and that, to the best of my knowledge, said deposition
5    is true and accurate (with the exception of the
     following corrections listed below).

6

7

8    PAGE / LINE CORRECTION
9    ------/--------------------------------------------
10   ------/--------------------------------------------
11   ------/--------------------------------------------
12   ------/--------------------------------------------
13   ------/--------------------------------------------
14   ------/--------------------------------------------
15   ------/--------------------------------------------
16   ------/--------------------------------------------
17   ------/--------------------------------------------
18   ------/--------------------------------------------
19   ------/--------------------------------------------
20

     ----------------     ----------------------------
21

     NOTARY PUBLIC       SIGNATURE
22

     DATE--------------
23

     MY COMMISSION EXPIRES:
24

25

EXHIBIT 23 - 189

1                    C E R T I F I C A T E

2

3    G E O R G I A:

4    FULTON COUNTY:

5           I hereby certify that the foregoing

6    deposition was taken down, as stated in the

7    caption, and the questions and the answers

8    thereto were reduced to printing under

9    my direction; that the preceding pages

10   represent a true and correct transcript, to

11   the best of my ability, of the evidence given

12   by said witness upon said hearing. And I

13   further certify that I am not of kin or

14   counsel to the parties to the case; am not

15   in the regular employ of counsel for any

16   of said parties; nor am I in anywise

17   interested in the result of said case.

18          This, the 16th day of June, 2009.

19

20

     -----------------------------

21   Teresa Bishop, RPR, RMR

     CCR No. B-307

22   My commission expires 11-21-11.

23

24

25

EXHIBIT 23 - 190

1                          DISCLOSURE
2      STATE OF GEORGIA
3      COUNTY OF DEKALB
4
                       Deposition of Paula Christopher
5
           Pursuant to Article 10.B of the Rules and Regulations of
6      the Board of court Reporting of the Judicial Council of
       Georgia, I make the following disclosure:
7
           I am a Georgia Certified Court Reporter.  I am here as a
8      representative of Shugart & Bishop.
9          I am not disqualified for a relationship of interest
       under the provisions of O.C.G.A. 9-11-28.
10
           Shugart & Bishop was contacted by the offices of
11     Bondurant Mixson & Elmore to provide court reporting
       services for this deposition.
12
           Shugart & Bishop will not be taking this deposition
13     under any contract that is prohibited by O.C.G.A. 15-14-37
       (a) and (b).
14
           Shugart & Bishop has no exclusive contract to provide
15     reporting services with any party to the case, any counsel
       in the case, or any reporter or reporting agency from whom
16     a referral might have been made to cover this deposition.
17         Shugart & Bishop will charge its usual and customary
       rates to all parties in the case, and a financial discount
18     will not be given to any party to this litigation.
19
20
                       Teresa Bishop
21                     RPR, RMR, CCR B-307
22
23
24
25

EXHIBIT 23 - 191