EXHIBIT

25

CoursePack Production Services
Quarterly Report - Winter Term 1995

=TODAY0

| CoursePack Number | Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged | Misc. Fees | Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | ELMT300 | 200 | 200 | 0 | 0% | 3.86 | 772.00 | 0.00 | | 772.00 |
| 0005 | DS071 | 90 | 90 | 0 | 0% | 3.36 | 302.40 | 0.00 | | 302.40 |
| 0007 | EAS966J | 5 | 4 | 1 | 20% | 10.87 | 43.48 | 22.56 | | 20.92 |
| 0003 | ENG410C | 25 | 11 | 14 | 56% | 20.73 | 228.03 | 94.18 | | 133.85 |
| 0011 | ENG410Csup | 21 | 4 | 17 | 81% | 15.46 | 61.92 | 0.00 | | 61.92 |
| 0004 | ESL083 | 55 | 30 | 25 | 45% | 4.59 | 137.70 | 0.00 | | 137.70 |
| 0010 | ESL083sup | 23 | 23 | 0 | 0% | 2.45 | 56.35 | 19.32 | | 37.03 |
| 0006 | PSY301 | 71 | 71 | 0 | 0% | 6.31 | 448.01 | 0.00 | | 448.01 |
| 0008 | TSLP855 | 13 | 12 | 1 | 8% | 17.88 | 214.56 | 39.11 | | 175.45 |
| Cancels | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12.00 | -12.00 |
| **Total CoursePacks** | | **Total Ordered** | **Total Sold** | **Total Returns** | **Total % Returns** | **Avg. Price Per Copy** | **Total Invoiced** | **Total Royalties** | **Total Fees** | **Total Revenue** |
| 9 | | 503 | 445 | 58 | 12% | $9.50 | $2,264.45 | $175.17 | $12.00 | $2,077.28 |

PLAINTIFF'S
EXHIBIT
46
4-23-07
PENGAD 800-631-6989

GaState0038782

EXHIBIT 25 - 1

CoursePack Production Services
Quarterly Report - Spring Term 1995

=TODAY()

| CoursePack Number | Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged | Misc. Fees | Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| 0018 | TSLP855 | 20 | 12 | 8 | 40% | 23.22 | 278.64 | 107.61 | | 171.03 |
| 0021 | ESL083 | 42 | 27 | 15 | 36% | 7.09 | 191.43 | 22.68 | | 168.75 |
| 0014 | ENG443-I | 25 | 19 | 6 | 24% | 15.62 | 296.78 | 0.00 | | 296.78 |
| 0014 | ENG443-II | 25 | 15 | 10 | 40% | 23.95 | 359.25 | 130.10 | | 229.15 |
| 0022 | ENG443-III | 25 | 25 | 0 | 0% | 10.44 | 261.00 | 0.00 | | 261.00 |
| 0012 | ENG202 | 32 | 29 | 3 | 9% | 15.62 | 452.98 | 0.00 | | 452.98 |
| 0024 | DS071 | 64 | 63 | 1 | 2% | 3.54 | 223.02 | 0.00 | | 223.02 |
| 0024 | EC907 | 9 | 2 | 7 | 78% | 23.79 | 47.58 | 10.48 | | 37.10 |
| 0015 | PSY204 | 60 | 50 | 10 | 17% | 25.81 | 1290.50 | 325.00 | | 965.50 |
| 0017 | ESL085 | 48 | 28 | 20 | 42% | 12.22 | 342.16 | 0.00 | | 342.16 |
| 0019 | PSY301 | 70 | 66 | 4 | 6% | 5.90 | 389.40 | 0.00 | | 389.40 |
| 0023 | RE840 | 15 | 14 | 1 | 7% | 3.86 | 54.04 | 14.00 | | 40.04 |
| 0001 | ELMT300 | 100 | 100 | 0 | 0% | 3.86 | 386.00 | 0.00 | | 386.00 |
| Cancels | | 0 | 0 | 0 | 0% | 0.00 | 0.00 | 0.00 | 46.00 | -46.00 |

| Total CoursePacks | | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg. Price Per Copy | Total Invoiced | Total Royalties | Total Fees | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | 535 | 450 | 85 | 16% | $13.46 | $4,572.78 | $609.87 | $46.00 | $3,916.91 |

EXHIBIT 25 - 2

GaState0038783

CoursePack Production Services
Quarterly Report – Summer Term 1995

=TODAY()

| CoursePack Number | Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged | Printing Costs | Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| 0030 | ALI | 35 | 35 | 0 | 0% | 11.65 | 407.75 | 136.22 | 144.52 | 271.53 |
| 0013 | DS071 | 45 | 33 | 12 | 27% | 7.09 | 233.97 | 66.00 | 125.78 | 167.97 |
| 0028 | ENG482 | 30 | 22 | 8 | 27% | 10.82 | 238.04 | 0.00 | 169.80 | 238.04 |
| 0035 | ESL083 | 13 | 13 | 0 | 0% | 9.68 | 125.84 | 0.00 | 66.17 | 125.84 |
| 0031 | ESL033 | 27 | 21 | 6 | 22% | 8.70 | 182.70 | 17.64 | 112.86 | 165.06 |
| 0034 | ESL084 | 25 | 25 | 0 | 0% | 4.50 | 112.50 | 0.00 | 62.50 | 112.50 |
| 0029 | ESL095 | 30 | 29 | 1 | 3% | 7.42 | 215.18 | 0.00 | 118.80 | 215.18 |
| 0025 | KH328 | 180 | 138 | 42 | 23% | 31.05 | 4284.90 | 1600.79 | 1795.51 | 2664.11 |
| 0033 | PH241 | 60 | 59 | 1 | 2% | 5.31 | 313.29 | 118.00 | 114.30 | 195.29 |
| 0032 | RT395 | 26 | 22 | 4 | 15% | 14.90 | 327.80 | 0.00 | 200.20 | 327.80 |
| 0026 | RTP025A | 50 | 50 | 0 | 0% | 2.24 | 112.00 | 0.00 | 68.50 | 112.00 |
| 0027 | RTP025Aalt | 30 | 30 | 0 | 0% | 1.52 | 45.60 | 0.00 | 30.30 | 45.60 |
| 0001 | ELMT300 | 105 | 105 | 0 | 0% | 3.85 | 405.30 | 0.00 | 228.90 | 405.30 |
| Cancels | | 0 | 0 | 0 | 0% | 0.00 | 0.00 | 0.00 | 10.00 | -10.00 |

| Total CoursePacks | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg. Price Per Copy | Total Invoiced | Total Royalties | Total Cost of Printing | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 656 | 582 | 74 | 11% | $9.13 | $7,004.87 | $1,938.65 | $3,248.13 | $5,056.22 |

EXHIBIT 25 - 3

GaState0038784

GaState0038785

Net Profit
or Loss

$127.02
$42.20
$58.24
$59.67
$52.20
$50.00
$96.38
$888.60
$80.99
$127.60
$43.50
$15.30
$176.40
($20.00)

TOTAL
NET PROFIT

$1,808.09

EXHIBIT 25 - 4

=TODAY0

| CoursePack Number | Course Number | Amount Ordered | Amount Sold | Amount Returns | Total Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged | Misc. Fees | Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 60 | 33 | 27 | | 45% | 6.50 | 214.50 | | | 214.50 |
| | | | | 0 | | #DIV/0! | | 0.00 | | | 0.00 |
| | | | | 0 | | #DIV/0! | | 0.00 | | | 0.00 |
| | | | | 0 | | #DIV/0! | | 0.00 | | | 0.00 |
| | | | | 0 | | #DIV/0! | | 0.00 | | | 0.00 |
| | | | | 0 | | #DIV/0! | | 0.00 | | | 0.00 |
| | | | | 0 | | #DIV/0! | | 0.00 | | | 0.00 |
| | | | | 0 | | #DIV/0! | | 0.00 | | | 0.00 |
| | | | | 0 | | #DIV/0! | | 0.00 | | | 0.00 |
| | | | | 0 | | #DIV/0! | | 0.00 | | | 0.00 |
| Cancels | | | | 0 | | #DIV/0! | | 0.00 | | | 0.00 |

| | Total CoursePacks | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg. Price Per Copy | Total Invoiced | Total Royalties | Total Fees | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 60 | 33 | 27 | 45% | $6.50 | $214.50 | $0.00 | $0.00 | $214.50 |

EXHIBIT 25 - 5

GaState0038786

CoursePack Production Services
Quarterly Report - Winter Term 1996

=TODAY()

| CoursePack Number | Course Number | Amount Ordered | Amount Sold | Amount Returns | Total Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged | Printing Costs | Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ELMT 300 | 73 | 69 | 4 | | 5% | 3.86 | 266.34 | 0.00 | 159.14 | 266.34 |
| 56 | BA 821 | 57 | 75 | 22 | | 23% | 17.64 | 1323.00 | 450.00 | 588.79 | 873.00 |
| 57 | ESL 065 | 58 | 49 | 9 | | 16% | 2.07 | 101.43 | 23.55 | 60.59 | 77.88 |
| 58 | DS 071 | 167 | 167 | 0 | | 0% | 4.18 | 694.72 | 332.00 | 223.11 | 362.72 |
| 59 | KH 328 | 161 | 161 | 0 | | 0% | 31.00 | 4991.00 | 1917.91 | 1576.80 | 3073.09 |
| 60 | BA 812 | 62 | 62 | 0 | | 0% | 3.38 | 209.56 | 0.00 | 120.28 | 209.56 |
| 61 | ESL 083 | 34 | 33 | 1 | | 3% | 6.44 | 212.52 | 33.60 | 100.67 | 178.92 |
| 62 | ESL 084 | 35 | 35 | 0 | | 0% | 7.95 | 278.25 | 50.00 | 122.88 | 228.25 |
| 64 | RTP 025 | 80 | 57 | 3 | | 5% | 2.24 | 127.68 | 0.00 | 82.20 | 127.68 |
| 65 | RTP 025A | 50 | 21 | 29 | | 58% | 1.52 | 31.92 | 0.00 | 50.50 | 31.92 |
| 66 | TSLP 855 | 17 | 17 | 0 | | 0% | 18.16 | 308.72 | 119.65 | 98.79 | 189.07 |
| 68 | TSLP 833 | 10 | 10 | 0 | | 0% | 34.24 | 342.40 | 145.52 | 100.94 | 196.88 |
| 69 | ESL 094 | 50 | 50 | 0 | | 0% | 5.36 | 268.00 | 0.00 | 146.50 | 268.00 |
| 70 | ESL 095 | 51 | 51 | 0 | | 0% | 9.91 | 505.41 | 198.32 | 166.30 | 307.09 |
| 72 | PSY 301 | 83 | 83 | 0 | | 0% | 5.90 | 489.70 | 0.00 | 285.60 | 489.70 |
| 73a | BA 899 (1&2) | 130 | 104 | 26 | | 20% | 58.56 | 6069.44 | 4002.92 | 1324.08 | 2066.52 |
| 73b | BA 899 (3&4) | 70 | 48 | 22 | | 31% | 36.14 | 1734.72 | 1026.28 | 534.07 | 708.44 |
| 74a | ENG 901-A | 12 | 9 | 3 | | 25% | 13.36 | 120.24 | 28.00 | 64.49 | 92.24 |
| 74b | ENG 901-B | 12 | 9 | 3 | | 25% | 15.71 | 141.39 | 27.54 | 78.90 | 113.85 |
| 75 | HIST 112H | 15 | 7 | 8 | | 53% | 18.38 | 128.66 | 73.04 | 63.34 | 55.62 |
| 76 | ENG 482 | 20 | 19 | 1 | | 5% | 10.82 | 205.58 | 0.00 | 113.20 | 205.58 |
| 77 | PHIL 241 | 32 | 28 | 4 | | 13% | 5.31 | 148.68 | 56.00 | 60.98 | 92.68 |
| 78 | AC 403 | 80 | 72 | 8 | | 10% | 7.10 | 511.20 | 0.00 | 304.00 | 511.20 |
| 79 | MGT 615 | 35 | 27 | 8 | | 23% | 11.95 | 322.65 | 0.00 | 217.88 | 322.65 |
| 80 | ESL 065 (Sup) | 80 | 59 | 1 | | 2% | 3.95 | 231.67 | 0.00 | 132.90 | 231.87 |
| 81 | HIST 112H-Sup | 15 | 7 | 8 | | 53% | 1.43 | 10.01 | 0.00 | 14.48 | 10.01 |
| 82 | ESL 053 | 24 | 16 | 8 | | 33% | 10.76 | 172.48 | 0.00 | 135.36 | 172.48 |
| Total CoursePacks 27 | | Total Ordered 1513 | Total Sold 1345 | Total Returns 168 | | Total % Returns 11% | Avg. Price Per Copy $10.62 | Total Invoiced $19,947.57 | Total Royalties $8,484.33 | Total Cost of Printing $6,906.73 | Total Revenue 11463.24 |

GaState0038787

EXHIBIT 25 - 6

GaStade0038788

Net Profit
or Loss

| Net Profit or Loss |
|---|
| $107.20 |
| $284.21 |
| $17.29 |
| $139.81 |
| $1,496.30 |
| $89.28 |
| $78.25 |
| $105.38 |
| $45.48 |
| ($18.58) |
| $90.29 |
| $95.84 |
| $121.50 |
| $140.80 |
| $224.10 |
| $742.45 |
| $174.37 |
| $27.75 |
| $34.95 |
| ($7.72) |
| $92.38 |
| $31.72 |
| $207.20 |
| $104.78 |
| $98.87 |
| ($4.47) |
| $37.12 |

TOTAL
NET PROFIT

**$4,556.51**

EXHIBIT 25 - 7

=TODAY()

| CoursePack Number | Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged | Misc. Fees | Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| | ELMT 300 | 87 | 43 | 44 | 51% | 3.86 | 165.98 | 0.00 | | 165.98 |
| | BA 821 | 119 | 48 | 71 | 60% | 17.64 | 846.72 | 288.00 | | 558.72 |
| | EMBA 840 | 55 | 55 | 0 | 0% | 17.64 | 970.20 | 330.00 | | 640.20 |
| | ESL 063 | 29 | 14 | 15 | 52% | 10.78 | 150.92 | 0.00 | | 150.92 |
| | ESL 064 | 55 | 41 | 14 | 25% | 9.16 | 375.56 | 105.42 | | 270.14 |
| | ESL 065 | 60 | 54 | 6 | 10% | 4.72 | 254.88 | 25.00 | | 229.88 |
| | ESL 083 | 26 | 26 | 0 | 0% | 6.95 | 180.70 | 0.00 | | 180.70 |
| | ESL 084 | 32 | 32 | 0 | 0% | 8.57 | 274.24 | 50.00 | | 224.24 |
| | ESL 085 | 40 | 24 | 16 | 40% | 26.70 | 640.80 | 343.20 | | 297.60 |
| | ESL 093 | 30 | 19 | 11 | 37% | 6.45 | 122.55 | 0.00 | | 122.55 |
| | ESL 094 | 50 | 41 | 9 | 18% | 2.12 | 86.92 | 0.00 | | 86.92 |
| | ESL 095 | 58 | 52 | 6 | 10% | 6.82 | 354.64 | 27.56 | | 327.08 |
| | DS 071 | 115 | 99 | 16 | 14% | 2.75 | 272.25 | 87.00 | | 185.25 |
| | KH 328 | 190 | 145 | 45 | 24% | 33.39 | 4841.55 | 1496.25 | | 3345.30 |
| | RTP 025 | 50 | 40 | 10 | 20% | 2.24 | 89.60 | 0.00 | | 89.60 |
| | TSLP 833 | 10 | 10 | 0 | 0% | 39.45 | 394.50 | 157.60 | | 236.90 |
| | PSY 301 | 65 | 63 | 2 | 3% | 5.24 | 330.12 | 0.00 | | 330.12 |
| | BA 899 (1&2) | 115 | 92 | 23 | 20% | 49.69 | 4571.48 | 2718.69 | | 1852.79 |
| | BA 899 (3&4) | 29 | 24 | 5 | 17% | 43.21 | 1037.04 | 513.64 | | 523.40 |
| | BA 899 (Schr) | 35 | 22 | 13 | 37% | 25.43 | 559.46 | 328.00 | | 231.46 |
| | MBA 876 | 22 | 10 | 12 | 55% | 93.43 | 934.50 | 607.55 | | 326.75 |
| | PHIL 241 | 75 | 60 | 15 | 20% | 5.31 | 318.60 | 120.00 | | 198.60 |
| | POLS 816 | 8 | 8 | 0 | 0% | 29.87 | 238.96 | 91.88 | | 147.08 |
| | ANTH 439/638 | 30 | 9 | 21 | 70% | 10.18 | 91.60 | 18.00 | | 73.80 |
| | HIST 111 | 40 | 40 | 0 | 0% | 16.86 | 674.40 | 40.00 | | 634.40 |
| | HIST 113 | 40 | 33 | 7 | 18% | 7.05 | 232.65 | 96.00 | | 136.65 |
| | AH 170 | 80 | 80 | 0 | 0% | 3.32 | 265.60 | 0.00 | | 265.50 |
| Total CoursePacks | Total | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg. Price Per Copy | Total Invoiced | Total Royalties | Total Fees | Total Revenue |
| 27 | | 1545 | 1184 | 361 | 23% | $10.42 | $19,276.42 | $7,443.79 | $0.00 | $11,832.63 |

EXHIBIT 25 - 8

GaState0038789

GaState0038790

=TODAY()

# CoursePack Production Services
## Quarterly Report - Summer Quarter 1996

| Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged | Cost of Printing | Revenue | Net Profit or Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| ELMT 300 | 31 | 31 | 0 | 0% | 3.86 | 119.66 | 0.00 | 67.58 | 119.66 | $52.08 |
| BA 821 | 19 | 19 | 0 | 0% | 17.64 | 335.16 | 114.00 | 115.33 | 221.16 | $105.83 |
| RT 395 | 25 | 25 | 0 | 0% | 10.35 | 258.75 | 0.00 | 135.63 | 258.75 | $123.13 |
| ESL 063 | 24 | 21 | 3 | 13% | 10.78 | 226.38 | 0.00 | 135.36 | 226.38 | $91.02 |
| ESL 064 | 23 | 15 | 8 | 35% | 9.16 | 137.40 | 44.55 | 76.94 | 92.85 | $15.92 |
| ESL 065 | 18 | 16 | 2 | 11% | 4.82 | 77.12 | 36.60 | 27.29 | 49.52 | $13.23 |
| ESL 083 | 10 | 10 | 0 | 0% | 6.95 | 69.50 | 50.40 | 12.05 | 19.10 | $7.05 |
| ESL 084 | 10 | 6 | 4 | 40% | 8.57 | 51.42 | 0.00 | 45.35 | 51.42 | $6.07 |
| ESL 085 | 10 | 9 | 1 | 10% | 26.70 | 240.30 | 189.00 | 31.00 | 51.30 | $20.30 |
| ESL 093 | 17 | 17 | 0 | 0% | 6.45 | 109.65 | 0.00 | 59.08 | 109.65 | $50.58 |
| ESL 094 | 21 | 20 | 1 | 5% | 3.68 | 73.60 | 0.00 | 43.89 | 73.60 | $29.71 |
| ESL 095 | 24 | 17 | 7 | 29% | 6.62 | 115.94 | 100.06 | 17.21 | 15.88 | ($1.33) |
| DS 071 | 30 | 14 | 16 | 53% | 4.16 | 58.24 | 42.00 | 24.90 | 16.24 | ($8.66) |
| KH 328 | 110 | 70 | 40 | 36% | 33.39 | 2337.30 | 1199.35 | 921.60 | 1137.95 | $216.35 |
| AC 403 | 41 | 41 | 0 | 0% | 7.10 | 291.10 | 0.00 | 155.80 | 291.10 | $135.30 |
| PSY 301 | 25 | 18 | 7 | 28% | 4.75 | 85.50 | 0.00 | 65.63 | 85.50 | $19.88 |
| BA 899 (1&2) | 60 | 45 | 15 | 25% | 43.50 | 1957.50 | 1153.00 | 551.33 | 804.50 | $253.17 |
| BA 899 (3&4) | 55 | 51 | 4 | 7% | 43.00 | 2193.00 | 1280.00 | 506.05 | 913.00 | $406.95 |
| ENG 482 | 10 | 9 | 1 | 10% | 10.82 | 97.38 | 0.00 | 56.60 | 97.38 | $40.78 |
| MGT 815 | 18 | 18 | 0 | 0% | 11.95 | 215.10 | 0.00 | 112.05 | 215.10 | $103.05 |
| HIST 846B | 6 | 4 | 2 | 33% | 25.50 | 102.00 | 48.00 | 42.00 | 54.00 | $12.00 |
| HIST 113 | 59 | 54 | 5 | 8% | 12.45 | 672.30 | 380.12 | 174.37 | 292.18 | $117.81 |

| Total CoursePacks | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg. Price Per Copy | Total Invoiced | Total Royalties | Total Cost of Printing | Total Revenue | TOTAL NET PROFIT |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 646 | 530 | 116 | 18% | $14.20 | $9,824.30 | $4,637.08 | $3,377.03 | 5187.22 | $1,810.19 |

EXHIBIT 25 - 9

CoursePack Production Services
Quarterly Report - Fall Quarter 1996

| Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged | Revenue | Cost of Printing | Net Profit or Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| ELMT 330 | 62 | 62 | 0 | 0% | 3.86 | 239.32 | 0.00 | 239.32 | 135.16 | $104.16 |
| BA 821 | 28 | 28 | 0 | 0% | 17.64 | 493.92 | 0.00 | 493.92 | 253.96 | $239.96 |
| ESL 053 | 41 | 41 | 0 | 0% | 10.78 | 441.98 | 0.00 | 441.98 | 231.24 | $210.74 |
| ESL 054 | 55 | 52 | 3 | 5% | 7.35 | 382.20 | 153.92 | 228.28 | 134.48 | $93.81 |
| ESL 056 | 50 | 50 | 3 | 0% | 5.17 | 258.50 | 57.00 | 201.50 | 113.25 | $88.25 |
| ESL 063 | 43 | 40 | 3 | 7% | 6.95 | 278.00 | 29.40 | 248.60 | 144.37 | $104.23 |
| ESL 064 | 47 | 47 | 0 | 0% | 8.57 | 402.79 | 0.00 | 402.79 | 213.15 | $189.65 |
| ESL 065 | 52 | 45 | 7 | 13% | 26.70 | 1201.50 | 619.50 | 582.00 | 349.27 | $232.73 |
| ESL 093 | 35 | 35 | 0 | 0% | 6.45 | 225.75 | 0.00 | 225.75 | 121.63 | $104.13 |
| ESL 094 | 52 | 52 | 0 | 0% | 3.68 | 191.36 | 0.00 | 191.36 | 108.68 | $82.68 |
| ESL 095 | 53 | 53 | 0 | 0% | 6.82 | 361.46 | 121.44 | 240.02 | 133.26 | $106.76 |
| DS 071 | 194 | 188 | 6 | 3% | 5.32 | 1030.16 | 260.00 | 740.16 | 430.39 | $309.77 |
| KH 328 | 180 | 161 | 19 | 11% | 33.39 | 5375.79 | 2191.00 | 3184.79 | 1825.32 | $1,359.47 |
| AC 403 | 52 | 52 | 0 | 0% | 7.10 | 369.20 | 0.00 | 369.20 | 197.60 | $171.60 |
| PSY 301 | 43 | 43 | 0 | 0% | 4.94 | 212.42 | 0.00 | 212.42 | 116.96 | $95.46 |
| ENG 482 | 23 | 23 | 0 | 0% | 10.82 | 248.86 | 0.00 | 248.86 | 130.18 | $118.68 |
| PHIL 241 | 60 | 60 | 0 | 0% | 5.31 | 318.60 | 120.00 | 198.60 | 114.30 | $84.30 |
| HIST 113 | 112 | 112 | 0 | 0% | 12.99 | 1454.88 | 493.60 | 961.28 | 508.64 | $452.64 |
| BA 812D | 56 | 55 | 1 | 2% | 3.33 | 183.15 | 0.00 | 183.15 | 107.24 | $75.91 |
| BA 812S | 111 | 111 | 0 | 0% | 6.75 | 749.25 | 0.00 | 749.25 | 402.38 | $346.88 |
| RTP 025 | 43 | 43 | 0 | 0% | 2.24 | 96.32 | 0.00 | 96.32 | 58.91 | $37.41 |
| RTP 025a | 17 | 17 | 0 | 0% | 1.52 | 25.84 | 0.00 | 25.84 | 17.17 | $8.67 |

| | Total CoursePacks | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg. Price Per Copy | Total Invoiced | Total Royalties | Total Revenue | Total Cost of Printing | TOTAL NET PROFIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 22 | 1409 | 1370 | 39 | 3% | $8.99 | $14,511.25 | $4,045.86 | $10,465.39 | $5,847.52 | $4,617.87 |

EXHIBIT 25 - 10

GaState0038791

=TODAY()
**CoursePack Production Services**
**Quarterly Report - Winter Quarter 1997**

| Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged | Revenue | Cost of Printing | Net Profit or Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| ELMT 300 | 24 | 24 | 0 | 0% | 3.85 | 92.64 | 0.00 | 92.64 | 52.32 | $40.32 |
| BA 821 | 28 | 28 | 0 | 0% | 17.64 | 493.92 | 0.00 | 493.82 | 253.86 | $239.96 |
| ESL 063 | 39 | 37 | 2 | 5% | 10.78 | 398.86 | 0.00 | 398.86 | 219.96 | $178.90 |
| ESL 064 | 58 | 45 | 13 | 22% | 6.80 | 306.00 | 116.55 | 189.45 | 136.59 | $52.86 |
| ESL 065 | 58 | 40 | 18 | 31% | 6.29 | 251.60 | 112.70 | 138.90 | 115.20 | $23.70 |
| ESL 083 | 39 | 31 | 8 | 21% | 6.95 | 215.45 | 29.40 | 186.05 | 126.78 | $59.27 |
| ESL 084-1 | 40 | 34 | 6 | 15% | 10.04 | 341.36 | 68.00 | 273.36 | 170.80 | $102.56 |
| ESL 084-2 | 20 | 19 | 1 | 5% | 7.66 | 145.54 | 54.72 | 90.82 | 52.80 | $38.02 |
| ESL 085-1 | 58 | 14 | 44 | 76% | 35.50 | 497.00 | 354.20 | 142.80 | 310.30 | ($167.50) |
| ESL 085-2 | 40 | 14 | 26 | 65% | 26.70 | 373.80 | 0.00 | 373.80 | 544.00 | ($170.20) |
| ESL 093 | 44 | 30 | 14 | 32% | 6.45 | 193.50 | 0.00 | 193.50 | 152.90 | $40.60 |
| ESL 094-1 | 48 | 40 | 8 | 17% | 10.70 | 428.00 | 150.00 | 278.00 | 178.80 | $99.20 |
| ESL 094-2 | 50 | 37 | 13 | 26% | 3.68 | 136.16 | 0.00 | 136.16 | 104.50 | $31.66 |
| ESL 095 | 56 | 36 | 20 | 36% | 6.82 | 245.52 | 98.52 | 147.00 | 128.33 | $18.67 |
| DS 071 | 172 | 163 | 9 | 5% | 3.96 | 645.48 | 142.00 | 503.48 | 308.64 | $194.84 |
| KH 328 | 155 | 131 | 24 | 15% | 33.39 | 4374.09 | 2050.00 | 2324.09 | 1413.69 | $910.40 |
| AC 403 | 68 | 42 | 26 | 38% | 7.10 | 298.20 | 0.00 | 298.20 | 258.40 | $39.80 |
| PSY 301 | 70 | 68 | 2 | 3% | 4.94 | 335.92 | 0.00 | 335.92 | 190.40 | $145.52 |
| PHIL 241 | 64 | 62 | 2 | 3% | 2.60 | 161.20 | 0.00 | 161.20 | 99.20 | $62.00 |
| HIST 113 | 155 | 128 | 27 | 17% | 16.85 | 2156.80 | 480.00 | 1676.80 | 1054.00 | $622.80 |
| BA 812D | 112 | 101 | 11 | 10% | 3.09 | 312.09 | 0.00 | 312.09 | 201.04 | $111.05 |
| BA 812S | 112 | 112 | 0 | 0% | 6.75 | 756.00 | 0.00 | 756.00 | 406.00 | $350.00 |
| LAW 7291 | 24 | 24 | 0 | 0% | 1.95 | 46.80 | 0.00 | 46.80 | 29.40 | $17.40 |
| PCN 701 | 12 | 10 | 2 | 17% | 34.38 | 343.80 | 169.20 | 174.60 | 107.75 | $66.84 |
| RT 368 | 24 | 24 | 0 | 0% | 7.20 | 172.80 | 0.00 | 172.80 | 92.40 | $80.40 |
| STAT 869 | 5 | 4 | 1 | 20% | 17.14 | 68.55 | 30.80 | 37.76 | 24.85 | $12.91 |
| TSLP 833 | 15 | 12 | 3 | 20% | 40.65 | 487.80 | 292.16 | 195.64 | 126.03 | $69.62 |
| WST 201 | 15 | 13 | 2 | 13% | 20.39 | 265.07 | 191.17 | 73.90 | 46.38 | $27.52 |
| MGT 815 | 34 | 21 | 13 | 38% | 11.95 | 250.95 | 0.00 | 250.95 | 211.65 | $39.30 |

| | Total CoursePacks | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg Price Per Copy | Total Invoiced | Total Royalties | Total Revenue | Total Cost of Printing | TOTAL NET PROFIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 22 | 1639 | 1344 | 295 | 18% | $12.83 | $14,734.91 | $4,339.42 | $10,455.49 | $7,117.09 | $3,338.40 |

GaState0038792

EXHIBIT 25 - 11

=TODAY()

# CoursePack Production Services
## Quarterly Report - Spring Quarter 1997

| Course Number | Amount Ordered | Amount Sold | Total Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged | Total Revenue | Cost of Printing | Net Profit or Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| AC 403 | 42 | 30 | 12 | 29% | 6.63 | 198.90 | 0.00 | 198.90 | 149.73 | $49.17 |
| AH 185 | 50 | 41 | 9 | 18% | 28.16 | 1154.56 | 732.67 | 421.89 | 269.75 | $152.14 |
| BA 812S | 95 | 82 | 13 | 14% | 6.75 | 553.50 | 0.00 | 553.50 | 344.38 | $209.13 |
| Dissertation Gd | 25 | 25 | 0 | 0% | 2.72 | 68.00 | 0.00 | 68.00 | 40.25 | $27.75 |
| EMBA 855 | 60 | 60 | 0 | 0% | 3.98 | 238.80 | 0.00 | 238.80 | 134.40 | $104.40 |
| ESL 063 | 40 | 26 | 14 | 35% | 10.78 | 280.28 | 0.00 | 280.28 | 225.60 | $54.68 |
| ESL 064 | 40 | 34 | 6 | 15% | 6.80 | 231.20 | 100.64 | 130.56 | 86.80 | $43.76 |
| ESL 065 | 60 | 37 | 23 | 38% | 6.29 | 232.73 | 96.57 | 136.16 | 125.40 | $10.76 |
| ESL 083 | 24 | 20 | 4 | 17% | 6.50 | 130.00 | 25.20 | 104.80 | 68.88 | $35.92 |
| ESL 084 - 1 | 20 | 17 | 3 | 15% | 7.66 | 130.22 | 19.00 | 111.22 | 70.42 | $40.80 |
| ESL 084 - 2 | 28 | 24 | 4 | 14% | 8.96 | 215.04 | 69.12 | 145.92 | 92.12 | $53.80 |
| ESL 085 - 1 | 15 | 1 | 14 | 93% | 35.50 | 35.50 | 0.00 | 35.50 | 270.00 | ($234.50) |
| ESL 085 - 2 | 25 | 25 | 0 | 0% | 28.38 | 709.50 | 415.00 | 294.50 | 153.50 | $141.00 |
| ESL 093 | 45 | 22 | 23 | 51% | 6.45 | 141.90 | 0.00 | 141.90 | 156.38 | ($14.48) |
| ESL 094 - 1 | 45 | 30 | 15 | 33% | 10.70 | 321.00 | 90.00 | 231.00 | 184.50 | $46.50 |
| ESL 094 - 2 | 45 | 30 | 15 | 33% | 3.68 | 110.40 | 0.00 | 110.40 | 94.05 | $16.35 |
| ESL 095 | 45 | 42 | 3 | 7% | 6.82 | 286.44 | 21.00 | 265.44 | 153.45 | $111.99 |
| HIST 111 | 75 | 75 | 0 | 0% | 16.65 | 1248.75 | 155.00 | 1093.75 | 565.63 | $528.13 |
| HIST 112 | 40 | 40 | 0 | 0% | 14.40 | 576.00 | 0.00 | 576.00 | 298.00 | $278.00 |
| KH 328 | 140 | 73 | 67 | 48% | 33.39 | 2437.47 | 1128.00 | 1309.47 | 1290.66 | $18.81 |
| LSP 071 | 110 | 88 | 22 | 20% | 7.30 | 642.40 | 425.00 | 217.40 | 163.38 | $54.03 |
| MBA 876 | 20 | 12 | 8 | 40% | 89.32 | 1071.84 | 716.40 | 355.44 | 301.20 | $54.24 |
| PHIL 241-C | 32 | 32 | 0 | 0% | 3.80 | 121.60 | 19.20 | 102.40 | 59.20 | $43.20 |
| PHIL 241-W | 80 | 75 | 5 | 6% | 7.40 | 555.00 | 225.00 | 330.00 | 196.00 | $134.00 |
| POLS 813 | 7 | 7 | 0 | 0% | 30.83 | 215.81 | 85.75 | 130.06 | 66.78 | $63.28 |
| PSY 301 | 82 | 63 | 19 | 23% | 4.75 | 299.25 | 0.00 | 299.25 | 215.25 | $84.00 |
| RT 485 | 24 | 24 | 0 | 0% | 11.68 | 280.32 | 115.00 | 165.32 | 88.66 | $76.66 |
| RTP 025A | 40 | 40 | 0 | 0% | 2.24 | 89.60 | 0.00 | 89.60 | 54.80 | $34.80 |
| RTP 025A - all | 20 | 20 | 0 | 0% | 1.52 | 30.40 | 0.00 | 30.40 | 20.20 | $10.20 |
| **Total CoursePacks** | **Total Ordered** | **Total Sold** | **Total Returns** | **Total % Returns** | **Avg. Price Per Copy** | **Total Invoiced** | **Total Royalties** | **Total Revenue** | **Total Cost of Printing** | **TOTAL NET PROFIT** |
| 29 | 1374 | 1095 | 279 | 20% | $14.14 | $12,606.41 | $4,438.55 | $8,167.86 | $5,939.35 | $2,228.51 |

EXHIBIT 25 - 12

GaState0038793

=TODAY()
CoursePack Production Services
Quarterly Report - Summer Quarter 1997

| Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged | Revenue | Cost of Printing | Net Profit or Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| AC 403 | 45 | 45 | 0 | 0% | 6.92 | 311.40 | 0.00 | 311.40 | 166.95 | $144.45 |
| ELMT 300 | 29 | 29 | 0 | 0% | 3.86 | 111.94 | 0.00 | 111.94 | 63.22 | $48.72 |
| Dissertation Gd | 25 | 25 | 0 | 0% | 2.72 | 68.00 | 0.00 | 68.00 | 40.25 | $27.75 |
| ENG 482 | 21 | 21 | 0 | 0% | 10.82 | 227.22 | 0.00 | 227.22 | 118.86 | $108.36 |
| ESL 063 | 13 | 13 | 0 | 0% | 10.78 | 140.14 | 0.00 | 140.14 | 73.32 | $66.82 |
| ESL 064 | 20 | 20 | 0 | 0% | 6.80 | 135.00 | 59.20 | 76.80 | 43.40 | $33.40 |
| ESL 065 | 23 | 23 | 0 | 0% | 6.29 | 144.67 | 61.64 | 83.03 | 47.27 | $35.77 |
| ESL 083 | 12 | 12 | 0 | 0% | 6.50 | 78.00 | 0.00 | 78.00 | 42.00 | $36.00 |
| ESL 084 - 1 | 13 | 13 | 0 | 0% | 6.68 | 86.84 | 19.00 | 67.84 | 37.17 | $30.67 |
| ESL 084 - 2 | 11 | 11 | 0 | 0% | 8.75 | 96.25 | 69.12 | 27.13 | 16.32 | $10.82 |
| ESL 085 - 1 | 13 | 13 | 0 | 0% | 28.38 | 368.94 | 215.80 | 153.14 | 79.82 | $73.32 |
| ESL 085 - 2 | 21 | 21 | 0 | 0% | 9.45 | 198.45 | 0.00 | 198.45 | 104.48 | $83.98 |
| ESL 093 | 7 | 7 | 0 | 0% | 6.45 | 45.15 | 0.00 | 45.15 | 24.33 | $20.83 |
| ESL 094 - 1 | 17 | 17 | 0 | 0% | 10.70 | 181.90 | 150.00 | 31.90 | 20.20 | $11.70 |
| ESL 094 - 2 | 17 | 17 | 0 | 0% | 3.68 | 62.56 | 0.00 | 62.56 | 35.53 | $27.03 |
| ESL 095 | 20 | 20 | 0 | 0% | 6.82 | 136.40 | 26.60 | 109.80 | 59.90 | $49.90 |
| HIST 111 | 40 | 35 | 5 | 13% | 16.65 | 582.75 | 43.05 | 539.70 | 318.40 | $221.30 |
| HIST 112 | 31 | 29 | 2 | 6% | 16.00 | 464.00 | 83.81 | 380.19 | 210.96 | $169.24 |
| KH 328 | 63 | 59 | 4 | 6% | 33.39 | 1970.01 | 822.45 | 1147.56 | 628.43 | $519.13 |
| LSP 071 | 25 | 19 | 6 | 24% | 3.98 | 75.24 | 24.50 | 50.74 | 39.63 | $11.11 |
| PSY 301 | 55 | 47 | 8 | 15% | 3.68 | 172.96 | 0.00 | 172.96 | 114.95 | $58.01 |
| RT 395 | 26 | 26 | 0 | 0% | 10.97 | 285.22 | 0.00 | 285.22 | 149.11 | $136.11 |
| RTP 025A | 23 | 23 | 0 | 0% | 2.24 | 51.52 | 0.00 | 51.52 | 31.51 | $20.01 |
| TSLP 855 | 8 | 8 | 0 | 0% | 21.95 | 175.60 | 50.72 | 124.88 | 64.44 | $60.44 |
| Total CoursePacks 29 | Total Ordered 578 | Total Sold 553 | Total Returns 25 | Total % Returns 4% | Avg. Price Per Copy $10.19 | Total Invoiced $8,171.16 | Total Royalties $1,625.89 | Total Revenue $4,545.27 | Total Cost of Printing $2,530.43 | TOTAL NET PROFIT $2,014.84 |

GaState0038794

EXHIBIT 25 - 13

GaState0038795

| Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged |
|---|---|---|---|---|---|---|---|
| ESL 0830 | 31 | 30 | 1 | 3% | 5.96 | 178.80 | 0.00 |
| ESL 0840-s | 40 | 27 | 13 | 33% | 3.20 | 86.40 | 0.00 |
| ESL 0840-r | 55 | 53 | 2 | 4% | 6.68 | 354.04 | 19.00 |
| ESL 0840L | 55 | 49 | 6 | 11% | 8.75 | 428.75 | 108.00 |
| ESL 0850-s | 47 | 38 | 9 | 19% | 28.38 | 1078.44 | 835.00 |
| ESL 0855-r | 48 | 45 | 3 | 6% | 9.45 | 425.25 | 0.00 |
| ESL 0930-s | 40 | 13 | 27 | 68% | 6.45 | 83.85 | 0.00 |
| ESL 0930-r | 40 | 13 | 27 | 68% | 6.45 | 83.85 | 0.00 |
| ESL 0940-s | 55 | 40 | 15 | 27% | 10.70 | 428.00 | 237.80 |
| ESL 0940-r | 55 | 41 | 14 | 25% | 3.68 | 150.88 | 0.00 |
| ESL 0950-s | 55 | 48 | 7 | 13% | 6.82 | 327.36 | 15.75 |
| ESL 0950-s | 55 | 48 | 7 | 13% | 6.82 | 327.36 | 15.75 |
| GSU 1010 | 8 | 7 | 1 | 13% | 9.32 | 65.24 | 4.50 |
| HIST 2110 | 116 | 116 | 0 | 0% | 16.65 | 1931.40 | 348.80 |
| KH 4660 | 50 | 34 | 16 | 32% | 3.68 | 125.12 | 0.00 |
| LAW 6030 | 148 | 138 | 10 | 7% | 33.39 | 4607.82 | 1165.70 |
| LAW 7291 | 220 | 209 | 11 | 5% | 3.96 | 827.64 | 120.00 |
| LSP 0710 | 50 | 46 | 4 | 8% | 4.58 | #VALUE! | 0.00 |
| MATH 1111 | 20 | 19 | 1 | 5% | 7.22 | 137.18 | 0.00 |
| MGT 8150 | 34 | 31 | 3 | 9% | 7.40 | 229.40 | 0.00 |
| MBA 8412 | 29 | 24 | 5 | 17% | 7.40 | 177.60 | 0.00 |
| POLS 3700 | 8 | 7 | 1 | 13% | 32.40 | 226.80 | 40.06 |
| PERS 2001D | 20 | 16 | 4 | 20% | 2.24 | 35.84 | 0.00 |
| Total CoursePacks | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg. Price Per Copy | Total Invoiced | Total Royalties |
| 30 | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |

EXHIBIT 25 - 14

| Revenue | Cost of Printing | Net Profit or Loss |
|---|---|---|
| 178.80 | 100.13 | $78.67 |
| 86.40 | 74.00 | $12.40 |
| 335.04 | 187.59 | $147.45 |
| 320.75 | 193.76 | $126.99 |
| 243.44 | 162.30 | $81.14 |
| 425.25 | 238.80 | $186.45 |
| 83.85 | 139.00 | ($55.15) |
| 83.85 | 139.00 | ($55.15) |
| 190.40 | 144.65 | $45.75 |
| 150.88 | 114.95 | $35.93 |
| 311.61 | 192.28 | $119.33 |
| 311.61 | 192.28 | $119.33 |
| 60.74 | 36.71 | $24.03 |
| 1582.60 | 820.30 | $762.30 |
| 125.12 | 104.50 | $20.62 |
| 3442.12 | 1882.77 | $1,559.35 |
| 707.64 | 427.44 | $280.20 |
| #VALUE! | #VALUE! | #VALUE! |
| 137.18 | 77.20 | $59.98 |
| 229.40 | 134.30 | $95.10 |
| 177.60 | 114.55 | $63.05 |
| 186.74 | 108.71 | $78.03 |
| 35.84 | 27.40 | $8.44 |

| Total IS&T Revenue | Total Cost of Printing | TOTAL LST1 NET PROFIT |
|---|---|---|
| #REF! | #REF! | #REF! |

GaState0038796

EXHIBIT 25 - 15

**CoursePack Production Services Quarterly Report - Spring Semester 1999**

| Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged |
|---|---|---|---|---|---|---|---|
| ESL 0830 | 30 | 30 | 0 | 0% | 5.96 | 178.80 | 50.00 |
| ESL 0840-s | 27 | 27 | 0 | 0% | 3.20 | 86.40 | 0.00 |
| ESL 0840-r | 28 | 28 | 0 | 0% | 6.97 | 195.16 | 50.00 |
| ESL 0840L | 24 | 24 | 0 | 0% | 3.26 | 78.24 | 0.00 |
| ESL 0850-s | 17 | 17 | 0 | 0% | 8.00 | 136.00 | 0.00 |
| ESL 0850-r | 14 | 14 | 0 | 0% | 11.55 | 161.70 | 0.00 |
| ESL 0930-s | 34 | 34 | 0 | 0% | 5.36 | 182.24 | 0.00 |
| ESL 0930-r | 33 | 33 | 0 | 0% | 9.94 | 328.02 | 200.00 |
| ESL 0940-s | 23 | 23 | 0 | 0% | 4.70 | 108.10 | 0.00 |
| ESL 0940-r | 22 | 22 | 0 | 0% | 9.06 | 199.32 | 123.20 |
| ESL 0950-s | 20 | 20 | 0 | 0% | 5.66 | 113.20 | 0.00 |
| ESL 0950-r | 18 | 18 | 0 | 0% | 10.78 | 194.04 | 90.00 |
| GSU 1010 | 160 | 93 | 67 | 42% | 11.10 | 1032.30 | 0.00 |
| HIST 2110 | 65 | 1 | 64 | 98% | 19.55 | 19.55 | 0.00 |
| KH 4660 | 18 | 18 | 0 | 0% | 4.44 | 79.92 | 0.00 |
| LAW 6030 | 190 | 183 | 7 | 4% | 27.80 | 5087.40 | 62.00 |
| LAW 7291 | 24 | 10 | 14 | 58% | 2.66 | 26.60 | 0.00 |
| LSP 0710 | 50 | 47 | 3 | 6% | 4.58 | #VALUE! | 0.00 |
| MATH 1111 | 42 | 42 | 0 | 0% | 21.38 | 897.96 | 0.00 |
| MGT 8150 | 20 | 20 | 0 | 0% | 11.95 | 239.00 | 0.00 |
| MBA 8412 | 30 | 22 | 8 | 27% | 6.94 | 152.68 | 0.00 |
| POLS 3700 | 30 | 29 | 1 | 3% | 29.36 | 851.44 | 715.36 |
| PERS 2201D | 75 | 49 | 26 | 35% | 10.95 | 536.55 | 303.80 |

| | Total CoursePacks | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg. Price Per Copy | Total Invoiced | Total Royalties |
|---|---|---|---|---|---|---|---|---|
| | 23 | 994 | 804 | 190 | 19% | $10.22 | #VALUE! | $1,594.36 |

GaState0038797

EXHIBIT 25 - 16

GaState0038798

| Revenue | Cost of Printing | Net Profit or Loss |
|---|---|---|
| 128.80 | 71.90 | $56.90 |
| 86.40 | 49.95 | $36.45 |
| 145.16 | 79.58 | $85.58 |
| 78.24 | 45.12 | $33.12 |
| 136.00 | 72.25 | $63.75 |
| 181.70 | 84.35 | $77.35 |
| 182.24 | 99.62 | $82.62 |
| 128.02 | 72.26 | $55.76 |
| 108.10 | 59.80 | $48.30 |
| 76.12 | 43.56 | $32.56 |
| 113.20 | 61.60 | $51.60 |
| 104.04 | 56.52 | $47.52 |
| 1032.30 | 928.00 | $104.30 |
| 19.55 | 651.63 | ($632.08) |
| 79.92 | 44.46 | $35.46 |
| 5087.40 | 2688.50 | $2,398.90 |
| 26.60 | 37.92 | ($11.32) |
| #VALUE! | #VALUE! | #VALUE! |
| 897.98 | 459.48 | $438.48 |
| 239.00 | 124.50 | $114.50 |
| 152.68 | 111.60 | $41.08 |
| 136.08 | 77.89 | $58.19 |
| 232.75 | 196.88 | $35.88 |

| Total IS&T Revenue | Total Cost of Printing | TOTAL LST1 NET PROFIT |
|---|---|---|
| #VALUE! | #VALUE! | #VALUE! |

EXHIBIT 25 - 17

GaState0038799

| Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced |
|---|---|---|---|---|---|---|
| ESL 0830 | 18 | 18 | 0 | 0% | 5.96 | 107.28 |
| ESL 0840-s | 13 | 13 | 0 | 0% | 3.20 | 41.60 |
| ESL 0840-r | 13 | 13 | 0 | 0% | 8.53 | 110.89 |
| ESL 0840L | 9 | 9 | 0 | 0% | 3.26 | 29.34 |
| ESL 0850-s | 10 | 10 | 0 | 0% | 8.00 | 80.00 |
| ESL 0850-r | 9 | 9 | 0 | 0% | 15.87 | 142.83 |
| ESL 0930-s | 18 | 18 | 0 | 0% | 5.66 | 90.56 |
| ESL 0930-r | 25 | 25 | 0 | 0% | 9.94 | 248.50 |
| ESL 0940-s | 15 | 15 | 0 | 0% | 4.82 | 72.30 |
| ESL 0940-r | 14 | 14 | 0 | 0% | 9.06 | 126.84 |
| ESL 0950-s | 12 | 12 | 0 | 0% | 5.66 | 67.92 |
| ESL 0950-r | 11 | 11 | 0 | 0% | 10.78 | 118.58 |
| LSP 0710 | 25 | 20 | 5 | 20% | 5.13 | #VALUE! |
| MBA 8412 | 40 | 36 | 4 | 10% | 6.22 | 223.92 |
| PAUS 8131 | 10 | 9 | 1 | 10% | 7.75 | 69.75 |

| Total CoursePacks | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg. Price Per Copy | Total Invoiced |
|---|---|---|---|---|---|---|
| 15 | 240 | 230 | 10 | 4% | $7.32 | #VALUE! |

EXHIBIT 25 - 18

GaStateC0038800

| Royalties Charged | Revenue | Cost of Printing | Net Profit or Loss |
|---|---|---|---|
| 50.00 | 57.28 | 33.14 | $24.14 |
| 0.00 | 41.60 | 24.05 | $17.55 |
| 50.00 | 60.89 | 33.70 | $27.20 |
| 0.00 | 29.34 | 16.92 | $12.42 |
| 0.00 | 80.00 | 42.50 | $37.50 |
| 0.00 | 142.83 | 73.67 | $69.17 |
| 0.00 | 90.56 | 49.28 | $41.28 |
| 200.00 | 48.50 | 30.50 | $18.00 |
| 0.00 | 72.30 | 39.90 | $32.40 |
| 62.00 | 64.84 | 35.92 | $28.92 |
| 0.00 | 67.92 | 36.96 | $30.96 |
| 90.00 | 28.58 | 17.04 | $11.54 |
| 62.00 | #VALUE! | #VALUE! | #VALUE! |
| 0.00 | 223.92 | 134.40 | $89.52 |
| 0.00 | 69.75 | 41.25 | $28.50 |

| | Total Royalties | Total IS&T Revenue | Total Cost of Printing | TOTAL LST NET PROFIT |
|---|---|---|---|---|
| | $514.00 | #VALUE! | #VALUE! | #VALUE! |

EXHIBIT 25 - 19

GaState0038801

| Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged |
|---|---|---|---|---|---|---|---|
| AL 8270 | 10 | 5 | 5 | 50% | 22.19 | 110.95 | 35.00 |
| AL 8330 | 20 | 11 | 9 | 45% | 43.70 | 480.70 | 140.00 |
| AL 8490 | 8 | 6 | 2 | 25% | 55.95 | 335.70 | 175.00 |
| AL 8560 | 9 | 6 | 3 | 33% | 35.33 | 211.98 | 65.00 |
| ANTH 4500 | 21 | 21 | 0 | 0% | 32.50 | 682.50 | 463.00 |
| CPS 7540 | 12 | 9 | 3 | 25% | 3.28 | 29.52 | 0.00 |
| ESL 0830 | 34 | 34 | 0 | 0% | 5.96 | 202.64 | 50.00 |
| ESL 0840-s | 22 | 22 | 0 | 0% | 3.20 | 70.40 | 0.00 |
| ESL 0840-r | 33 | 33 | 0 | 0% | 6.97 | 230.01 | 100.00 |
| ESL 0840L | 31 | 31 | 0 | 0% | 3.26 | 101.06 | 0.00 |
| ESL 0850-s | 31 | 31 | 0 | 0% | 8.00 | 248.00 | 0.00 |
| ESL 0850-r | 33 | 33 | 0 | 0% | 15.87 | 523.71 | 0.00 |
| ESL 0930-s | 37 | 37 | 0 | 0% | 5.66 | 209.42 | 0.00 |
| ESL 0930-r | 37 | 37 | 0 | 0% | 9.94 | 367.78 | 139.20 |
| ESL 0940-s | 32 | 32 | 0 | 0% | 4.82 | 154.24 | 0.00 |
| ESL 0940-r | 32 | 32 | 0 | 0% | 9.06 | 289.92 | 160.00 |
| ESL 0950-s | 25 | 25 | 0 | 0% | 5.66 | 141.50 | 0.00 |
| ESL 0950-r | 22 | 22 | 0 | 0% | 10.78 | 237.16 | 126.72 |
| GSU 1010 | 367 | 361 | 6 | 2% | 8.50 | 3068.50 | 0.00 |
| GSU 1010-B | 28 | 27 | 1 | 4% | 11.25 | 303.75 | 0.00 |
| KH 3650 | 30 | 23 | 7 | 23% | 2.72 | 62.56 | 0.00 |
| KH 4510 | 190 | 183 | 7 | 4% | 27.80 | 5087.40 | 0.00 |
| LAW 5000 | 38 | 33 | 5 | 13% | 41.20 | 1359.60 | 0.00 |
| LAW 7510 | 135 | 122 | 13 | 10% | 5.92 | #VALUE! | 0.00 |
| LSP 0071 | 20 | 8 | 12 | 60% | 6.57 | 52.56 | 0.00 |
| MGT 8200 | 35 | 32 | 3 | 9% | 9.50 | 304.00 | 75.00 |
| RCLS 2260 | 20 | 20 | 0 | 0% | 7.10 | 142.00 | 0.00 |
| Total CoursePacks 27 | Total Ordered 1312 | Total Sold 1236 | Total Returns 76 | Total % Returns 6% | Avg. Price Per Copy $14.91 | Total Invoiced #VALUE! | Total Royalties $1,528.92 |

EXHIBIT 25 - 20

GaState0038802

| Revenue | Cost of Printing | Net Profit or Loss |
|---|---|---|
| 75.95 | 78.45 | ($2.50) |
| 340.70 | 314.73 | $25.97 |
| 160.70 | 109.13 | $51.57 |
| 146.98 | 112.49 | $34.50 |
| 219.50 | 115.00 | $104.50 |
| 29.52 | 22.68 | $6.84 |
| 152.64 | 84.82 | $67.82 |
| 70.40 | 40.70 | $29.70 |
| 130.01 | 73.26 | $56.78 |
| 101.06 | 58.28 | $42.78 |
| 248.00 | 131.75 | $116.25 |
| 523.71 | 270.11 | $253.61 |
| 209.42 | 113.96 | $95.46 |
| 228.58 | 123.54 | $105.04 |
| 154.24 | 85.12 | $69.12 |
| 129.92 | 72.96 | $56.96 |
| 141.50 | 77.00 | $64.50 |
| 110.44 | 60.72 | $49.72 |
| 3068.50 | 1651.50 | $1,417.00 |
| 303.75 | 164.50 | $139.25 |
| 62.56 | 48.30 | $14.26 |
| 5087.40 | 2688.50 | $2,398.90 |
| 1359.60 | 792.30 | $567.30 |
| #VALUE! | #VALUE! | #VALUE! |
| 52.55 | 70.70 | ($18.14) |
| 229.00 | 133.98 | $95.02 |
| 142.00 | 76.00 | $66.00 |

| Total IS&T Revenue | Total Cost of Printing | TOTAL LST1 NET PROFIT |
|---|---|---|
| #VALUE! | #VALUE! | #VALUE! |

EXHIBIT 25 - 21

=TODAY()

CoursePack Production Services Quarterly Report - Spring Semester 2000

| Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged |
|---|---|---|---|---|---|---|---|
| AL 8330 | 12 | 8 | 4 | 33% | 36.78 | 294.24 | 140.00 |
| CIS 8660 | 65 | 47 | 18 | 28% | 23.35 | 1097.45 | 662.70 |
| CPS 7540 | 10 | 2 | 8 | 80% | 3.28 | 6.56 | 0.00 |
| ESL 0740 | 16 | 16 | 0 | 0% | 5.55 | 88.80 | 60.00 |
| ESL 0750 | 17 | 17 | 0 | 0% | 18.60 | 316.20 | 280.70 |
| ESL 0830 | 28 | 28 | 0 | 0% | 6.30 | 176.40 | 29.30 |
| ESL 0840-s | 19 | 19 | 0 | 0% | 3.65 | 69.35 | 0.00 |
| ESL 0840-r | 17 | 17 | 0 | 0% | 22.40 | 380.80 | 200.00 |
| ESL 0840L | 25 | 25 | 0 | 0% | 3.60 | 90.00 | 0.00 |
| ESL 0850-s | 17 | 17 | 0 | 0% | 9.00 | 153.00 | 0.00 |
| ESL 0850-r | 18 | 18 | 0 | 0% | 22.40 | 403.20 | 131.40 |
| ESL 0900-s | 30 | 30 | 0 | 0% | 6.35 | 190.50 | 0.00 |
| ESL 0900-r | 31 | 31 | 0 | 0% | 10.65 | 330.15 | 139.20 |
| ESL 0940-s | 20 | 20 | 0 | 0% | 5.50 | 110.00 | 0.00 |
| ESL 0940-r | 17 | 17 | 0 | 0% | 9.96 | 169.32 | 0.00 |
| ESL 0950-s | 24 | 24 | 0 | 0% | 6.45 | 154.80 | 0.00 |
| ESL 0950-r | 22 | 22 | 0 | 0% | 13.50 | 297.00 | 126.72 |
| KH 3650 | 35 | 28 | 7 | 20% | 3.22 | 90.16 | 0.00 |
| KH 4680/4700 | 14 | 14 | 0 | 0% | 4.16 | 58.24 | 0.00 |
| LAW 6030 | 162 | 155 | 7 | 4% | 27.80 | 4309.00 | 0.00 |
| LAW 7511 | 20 | 13 | 7 | 35% | 9.16 | #VALUE! | 0.00 |
| MBA 8412 | 80 | 79 | 1 | 1% | 6.75 | 533.25 | 0.00 |
| PAUS 4031 | 30 | 26 | 4 | 13% | 9.68 | 251.68 | 0.00 |
| PHYS 3800 | 10 | 7 | 3 | 30% | 16.95 | 118.65 | 28.00 |
| WST 4910 | 6 | 5 | 1 | 17% | 37.50 | 187.50 | 120.00 |
| Total CoursePacks | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg. Price Per Copy | Total Invoiced | Total Royalties |
| 25 | 745 | 685 | 60 | 8% | $12.90 | #VALUE! | $1,918.02 |

GaState0038803

EXHIBIT 25 - 22

GaState0038804

| Revenue | Cost of Printing, | Net Profit or Loss |
|---|---|---|
| 154.24 | 118.68 | $35.58 |
| 434.75 | 316.88 | $117.88 |
| 6.59 | 18.90 | ($12.34) |
| 28.80 | 18.40 | $10.40 |
| 35.50 | 22.00 | $13.50 |
| 147.10 | 80.55 | $66.55 |
| 69.35 | 39.43 | $29.93 |
| 180.80 | 94.65 | $86.15 |
| 90.00 | 51.25 | $38.75 |
| 153.00 | 80.75 | $72.25 |
| 271.80 | 140.40 | $131.40 |
| 190.50 | 102.75 | $87.75 |
| 190.95 | 103.23 | $87.73 |
| 110.00 | 60.00 | $50.00 |
| 169.32 | 88.91 | $80.41 |
| 154.80 | 83.40 | $71.40 |
| 170.28 | 90.64 | $79.64 |
| 90.18 | 65.10 | $25.06 |
| 58.24 | 32.62 | $25.62 |
| 4309.00 | 2292.30 | $2,016.70 |
| #VALUE! | #VALUE! | #VALUE! |
| 533.25 | 290.00 | $243.25 |
| 261.68 | 152.70 | $98.98 |
| 90.65 | 67.25 | $23.40 |
| 67.50 | 42.00 | $25.50 |

| Total IS&T Revenue | Total Cost of Printing | TOTAL IS&T NET PROFIT |
|---|---|---|
| #VALUE! | #VALUE! | #VALUE! |

EXHIBIT 25 - 23

=TODAY()
CoursePack Production Services Quarterly Report - Summer Semester 2001

GaState0038805

| Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged |
|---|---|---|---|---|---|---|---|
| BIOL 1110 | 25 | 25 | 0 | 0% | 5.25 | 131.25 | 0.00 |
| BIOL 1120 | 30 | 30 | 0 | 0% | 3.95 | 118.50 | 0.00 |
| ESL 0730-s | 20 | 20 | 0 | 0% | 4.65 | 93.00 | 0.00 |
| ESL 0730-r | 20 | 20 | 0 | 0% | 7.10 | 142.00 | 0.00 |
| ESL 0740-s | 11 | 11 | 0 | 0% | 5.40 | 59.40 | 0.00 |
| ESL 0750-s | 14 | 14 | 0 | 0% | 3.88 | 54.32 | 0.00 |
| ESL 0750-r | 12 | 12 | 0 | 0% | 14.40 | 172.80 | 135.00 |
| ESL 0830 | 20 | 20 | 0 | 0% | 6.30 | 126.00 | 25.20 |
| ESL 0830-L | 19 | 19 | 0 | 0% | 4.65 | 88.35 | 0.00 |
| ESL 0840-s | 16 | 16 | 0 | 0% | 3.85 | 61.60 | 0.00 |
| ESL 0840-r | 16 | 16 | 0 | 0% | 14.85 | 237.60 | 0.00 |
| ESL 0840L | 11 | 11 | 0 | 0% | 3.76 | 41.36 | 0.00 |
| ESL 0850-s | 11 | 11 | 0 | 0% | 9.00 | 99.00 | 0.00 |
| ESL 0850-r | 8 | 8 | 0 | 0% | 22.40 | 179.20 | 152.50 |
| ESL 0930-s | 18 | 18 | 0 | 0% | 6.40 | 115.20 | 0.00 |
| ESL 0930-r | 17 | 17 | 0 | 0% | 10.65 | 181.05 | 81.00 |
| ESL 0940-s | 11 | 11 | 0 | 0% | 5.55 | 61.05 | 0.00 |
| ESL 0940-r | 12 | 12 | 0 | 0% | 9.96 | 119.52 | 0.00 |
| ESL 0950-s | 8 | 8 | 0 | 0% | 5.75 | 46.00 | 0.00 |
| ESL 0950-r | 6 | 6 | 0 | 0% | 13.50 | 81.00 | 34.56 |
| KH 3850 | 25 | 25 | 0 | 0% | 2.08 | 52.00 | 0.00 |
| PAUS 4031 | 31 | 26 | 5 | 16% | 14.00 | #VALUE! | 0.00 |
| PAUS 8121 | 25 | 23 | 2 | 8% | 8.50 | 185.50 | 0.00 |
| Total CoursePacks | Total Ordered | Total Sold | Total Returns | Total % Returns | Avg. Price Per Copy | Total Invoiced | Total Royalties |
| 27 | 386 | 379 | 7 | 2% | $8.08 | #VALUE! | $428.26 |

EXHIBIT 25 - 24

GaState0038806

| Revenue | Cost of Printing | Net Profit (or Loss) |
|---|---|---|
| 131.25 | 71.88 | $59.38 |
| 118.50 | 66.75 | $51.75 |
| 93.00 | 51.50 | $41.50 |
| 142.00 | 76.00 | $66.00 |
| 59.40 | 32.45 | $26.95 |
| 54.32 | 30.66 | $23.66 |
| 37.80 | 21.90 | $15.90 |
| 100.80 | 55.40 | $45.40 |
| 88.35 | 48.93 | $39.43 |
| 61.60 | 34.80 | $26.80 |
| 237.60 | 122.80 | $114.80 |
| 41.38 | 23.43 | $17.93 |
| 99.00 | 52.25 | $46.75 |
| 26.70 | 15.35 | $11.35 |
| 115.20 | 62.10 | $53.10 |
| 100.05 | 54.28 | $45.78 |
| 61.05 | 33.28 | $27.78 |
| 119.52 | 62.76 | $56.76 |
| 46.00 | 25.00 | $21.00 |
| 46.44 | 24.72 | $21.72 |
| 50.00 | 32.25 | $19.75 |
| #VALUE! | #VALUE! | #VALUE! |
| 196.50 | 112.50 | $83.00 |

| Total IS&T Revenue | Total Cost of Printing | TOTAL (LST) NET PROFIT |
|---|---|---|
| #VALUE! | #VALUE! | #VALUE! |

EXHIBIT 25 - 25

CoursePack Production Services Quarterly Report - Spring Semester 2008

GaState0038807

| Course Number | Amount Ordered | Amount Sold | Amount Returns | % Returns | Price Per Copy | Amount Invoiced | Royalties Charged |
|---|---|---|---|---|---|---|---|
| BIOL 1110 | 42 | 42 | 0 | 0% | 5.25 | 220.50 | 0.00 |
| BIOL 1120 | 34 | 34 | 0 | 0% | 3.95 | 134.30 | 0.00 |
| IEP 0540 | 26 | 26 | 0 | 0% | 4.20 | 109.20 | 0.00 |
| IEP 0730-s | 32 | 32 | 0 | 0% | 4.80 | 153.60 | 0.00 |
| IEP 0730-r | 40 | 40 | 0 | 0% | 4.35 | 174.00 | 0.00 |
| IEP 0830 | 26 | 26 | 0 | 0% | 6.30 | 163.80 | 0.00 |
| IEP 0840-s | 33 | 33 | 0 | 0% | 6.50 | 214.50 | 0.00 |
| IEP 0840-r | 30 | 30 | 0 | 0% | 20.75 | 622.50 | 481.50 |
| IEP 0850-s | 21 | 21 | 0 | 0% | 7.80 | 163.80 | 0.00 |
| IEP 0930-s | 31 | 31 | 0 | 0% | 8.25 | 255.75 | 0.00 |
| IEP 0930-r | 29 | 29 | 0 | 0% | 10.80 | 313.20 | 42.00 |
| IEP 0940-s | 25 | 25 | 0 | 0% | 7.20 | 180.00 | 0.00 |
| IEP 0940-r | 29 | 29 | 0 | 0% | 10.40 | 301.60 | 135.00 |
| IEP 0950-s | 11 | 11 | 0 | 0% | 5.75 | 63.25 | 0.00 |
| IEP 0950-r | 8 | 8 | 0 | 0% | 13.50 | 108.00 | 57.60 |
| ENGL 1101 | 33 | 33 | 0 | 0% | 10.35 | 341.55 | 0.00 |
| ENGL 1102 | 58 | 56 | 0 | 0% | 8.10 | 469.80 | 0.00 |
| ESL 7250 | 1 | 1 | 0 | 0% | 8.70 | 8.70 | 0.00 |
| ESL 7350 | 12 | 12 | 0 | 0% | 8.10 | 97.20 | 0.00 |
| ESL 7500 | 4 | 4 | 0 | 0% | 13.80 | 55.20 | 0.00 |
| LAW 7232 | 40 | 40 | 0 | 0% | 17.25 | 690.00 | 0.00 |
| LAW 7510 | 103 | 103 | 0 | 0% | 6.25 | 643.75 | 0.00 |
| TEXT 4500 | 13 | 7 | 6 | 46% | 33.00 | 231.00 | 255.60 |
| Total: 23 CoursePacks | Total Ordered: 681 | Total Sold: 675 | Total Returns: 6 | Total % Returns: 1% | Avg. Price Per Copy: $9.80 | Total Invoiced: $5,715.20 | Total Royalties: $971.70 |

EXHIBIT 25 - 26

| Revenue | Cost of Printing | Net Profit ( or Loss) |
|---|---|---|
| 220.50 | 120.75 | $99.75 |
| 134.30 | 75.65 | $58.65 |
| 109.20 | 74.55 | $34.65 |
| 153.60 | 131.20 | $22.40 |
| 174.00 | 74.00 | $100.00 |
| 163.80 | 54.08 | $109.72 |
| 214.50 | 115.50 | $99.00 |
| 141.00 | 151.00 | ($10.00) |
| 163.80 | 182.00 | ($18.20) |
| 255.75 | 239.10 | $16.65 |
| 271.20 | 77.00 | $194.20 |
| 180.00 | 160.00 | $20.00 |
| 166.60 | 160.00 | $6.60 |
| 63.25 | 71.00 | ($7.75) |
| 50.40 | 3.00 | $47.40 |
| 341.55 | 321.00 | $20.55 |
| 469.80 | 362.00 | $107.80 |
| 8.70 | 4.60 | $4.10 |
| 97.20 | 51.60 | $45.60 |
| 55.20 | 28.60 | $26.60 |
| 690.00 | 549.60 | $140.40 |
| 643.75 | 347.63 | $296.13 |
| -24.60 | -19.59 | ($5.01) |

| Total IS&T Revenue | Total Cost of Printing | TOTAL IS&T NET PROFIT |
|---|---|---|
| $4,743.50 | $3,334.26 | $1,409.24 |

GaState0038808

EXHIBIT 25 - 27