# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al.,

        Plaintiffs,

-vs.-

MARK P. BECKER, in his official capacity as Georgia State University President, et al.,

        Defendants.

Civil Action File
No.1:08-CV-1425-ODE

## NOTICE OF FILING EXHIBITS

Plaintiffs Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. hereby give notice of filing the following:

Exhibits 28 through 38 in Support of Plaintiffs' Motion for Summary Judgment.

Respectfully submitted this 26th day of February, 2010.

        /s/ John H. Rains IV
        Edward B. Krugman
        Georgia Bar No. 429927
        John H. Rains IV
        Georgia Bar No. 556052

741917.1

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

         R. Bruce Rich (*pro hac vice*)
         Randi Singer (*pro hac vice*)
         Todd D. Larson (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

         *Attorneys for Plaintiffs*

741917.1

2

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF FILING EXHIBITS** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

Anthony B. Askew, Esq.
Stephen M. Schaetzel, Esq.
Katrina M. Quicker, Esq.
John P. Sheesley, Esq.
Kristen A. Swift, Esq.
C. Suzanne Johnson, Esq.
Laura E. Gary, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

Mary Jo Volkert, Esq.
Assistant S. Attorney General
40 Capitol Square
Atlanta, Georgia 30334

This 26th day of February, 2010.

/s/ John H. Rains IV
John H. Rains IV