EXHIBIT 28



| From: | Terry McElwee <mcelwee@uga.edu> |
|---|---|
| Sent: | Wednesday, November 5, 2008 10:26 AM |
| To: | William Potter <wpotter@uga.edu> |
| Subject: | RE: USG Select Committee on Copyright |

Thanks, Bill, it's a privilege to contribute. I'm looking forward to it. I'm not familiar with the Georgia State litigation and would like to get a copy of the pleadings. Do you have Tony Askew's email address?

Regards

Terry

> **From:** William Potter [mailto:wpotter@uga.edu]
> **Sent:** Tuesday, November 04, 2008 5:12 PM
> **To:** nseamans@gsu.edu; tyanna.herrington@lcc.gatech.edu; cynthiahall@gsu.edu; marie.lasseter@usg.edu; mcelwee@uga.edu; bbrigdon@mcg.edu; tjoyce@kennesaw.edu; satherton@mail.mcg.edu
> **Cc:** Burns Newsome
> **Subject:** USG Select Committee on Copyright
>
> You have received or will soon receive a letter from the Chancellor appointing you to the University System of Georgia Select Committee on Copyright. As the chair, I want to thank you for agreeing to serve on this important committee.
>
> For our charge, I suggest we use a statement Burns Newsome, Vice Chancellor for Legal Affairs, used in a recent email to me about this committee:
>
> *Given that the Regents' Guide is more than eleven years old and does not contemplate many of the digital technologies available to research libraries, we believe it is time to revisit the Regents' Guidelines. The Chancellor would like to form a task force to examine the Guidelines and to make recommendations to the Board concerning necessary amendments ....*
>
> *As the Guidelines currently reflect established principles of Copyright law, it will not be necessary to rewrite the Guidelines from scratch; rather, the committee will be charged with simply recommending those changes which will more*
> *accurately reflect acceptable use in higher education, particularly with respect to research libraries.*
>
> I am having a listserv created for the committee that will also include Burns Newsome and two attorneys who have been retained to assist us in our work, Tony Askew and Steve Schaetzel of King & Spalding. Our first task will be to find a time when we can meet. While I expect that we will be able to conduct almost all of our work online, it would be a good idea for an initial face to face meeting. Once the list is established, we will attempt to schedule a meeting.
>
> Also, there is a faculty development workshop on copyright scheduled for next Friday, November 17, at the Georgia Tech conference center. I plan to attend and was wondering if anyone else from the committee would be there.
>
> Again, thank you for agreeing to serve on this committee and I look forward to working with you.
>
> Warmest regards,
> Bill
>
> William Gray Potter



PLAINTIFF'S EXHIBIT 9 3-9-09 mR

GaState0021031

EXHIBIT 28 - 1

University Librarian and Associate Provost
Main Library
University of Georgia
Athens, GA 30602
wpotter@uga.edu
phone: 706-542-0621
fax: 706-542-4144