EXHIBIT 30



**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

CHANCELLOR ERROLL B. DAVIS, JR.
270 WASHINGTON STREET S W
ATLANTA, GEORGIA 30334

(404) 656-2202
FAX (404) 657-6979
chancellor@usg.edu

October 31, 2008

Terence McElwee, Esq.
General Counsel
The University of Georgia research Foundation, Inc.
Office of the Vice President for Research
The University of Georgia
Athens, Georgia 30602

**ABA COPY**

Dear Mr. McElwee:

Thank you for your willingness to serve on the University System of Georgia Select Committee on Copyright. The advice which this committee will provide to the Board of Regents and to me and my staff will be vitally important in ensuring the University System's place among the finest systems in the nation in research, teaching, and service.

I have asked Dr. William Potter of The University of Georgia Libraries to chair the committee. I have also asked Vice Chancellor Burns Newsome to provide any assistance which the committee may need. In this regard, Messrs. Tony Askew and Steve Schaetzel of King & Spalding have been retained to provide legal advice to the committee.

If we can be of any further assistance to you, please do not hesitate to contact Vice Chancellor Burns Newsome (404-656-2229) at your convenience. Please know that we appreciate your fine work on behalf of the University System of Georgia and its institutions.

Sincerely,

Erroll B. Davis, Jr.
Chancellor

1 Encl.: Membership, USG Select Committee on Copyright.

Cc:  Senior Vice Chancellor and Chief Academic Officer Susan Herbst
     Vice Chancellor Burns Newsome
     Mr. Anthony B. Askew
     Mr. Stephen M. Schaetzel

xc: ABA
    CMC

GaState0020830-1

EXHIBIT 30 - 1

PLAINTIFF'S EXHIBIT
3-9-09  8  mB

GaState0020830



**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

CHANCELLOR ERROLL B. DAVIS, JR.
270 WASHINGTON STREET S.W
ATLANTA, GEORGIA 30334

(404) 656-2202
FAX (404) 657-6979
chancellor@usg.edu

October 31, 2008

Dr. Sally Atherton
Chair, Department of Cellular Biology and Anatomy
The Medical College of Georgia
1120 15th Street
Augusta, Georgia 30912

Dear Dr. Atherton:

Thank you for your willingness to serve on the University System of Georgia Select Committee on Copyright. The advice which this committee will provide to the Board of Regents and to me and my staff will be vitally important in ensuring the University System's place among the finest systems in the nation in research, teaching, and service.

I have asked Dr. William Potter of The University of Georgia Libraries to chair the committee. I have also asked Vice Chancellor Burns Newsome to provide any assistance which the committee may need. In this regard, Messrs. Tony Askew and Steve Schaetzel of King & Spalding have been retained to provide legal advice to the committee.

If we can be of any further assistance to you, please do not hesitate to contact Vice Chancellor Burns Newsome (404-656-2229) at your convenience. Please know that we appreciate your fine work on behalf of the University System of Georgia and its institutions.

Sincerely,

Erroll B. Davis, Jr.
Chancellor

1 Encl.: Membership, USG Select Committee on Copyright.

Cc: Senior Vice Chancellor and Chief Academic Officer Susan Herbst
Vice Chancellor Burns Newsome
Mr. Anthony B. Askew
Mr. Stephen M. Schaetzel

EXHIBIT 30 - 2



**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

CHANCELLOR ERROLL B. DAVIS, JR.
270 WASHINGTON STREET, S W
ATLANTA, GEORGIA 30334

(404) 656-2202
FAX (404) 657 6979
chancellor@usg.edu

October 31, 2008

Cynthia Hall, Esq.
Assistant Legal Advisor
Office of Legal Affairs
Georgia State University
Post Office Box 3987
Atlanta, Georgia 30302

Dear Ms. Hall:

Thank you for your willingness to serve on the University System of Georgia Select Committee on Copyright. The advice which this committee will provide to the Board of Regents and to me and my staff will be vitally important in ensuring the University System's place among the finest systems in the nation in research, teaching, and service.

I have asked Dr. William Potter of The University of Georgia Libraries to chair the committee. I have also asked Vice Chancellor Burns Newsome to provide any assistance which the committee may need. In this regard, Messrs. Tony Askew and Steve Schaetzel of King & Spalding have been retained to provide legal advice to the committee.

If we can be of any further assistance to you, please do not hesitate to contact Vice Chancellor Burns Newsome (404-656-2229) at your convenience. Please know that we appreciate your fine work on behalf of the University System of Georgia and its institutions.

Sincerely,

Erroll B. Davis, Jr.
Chancellor

1 Encl.: Membership, USG Select Committee on Copyright.

Cc: Senior Vice Chancellor and Chief Academic Officer Susan Herbst
 Vice Chancellor Burns Newsome
 Mr. Anthony B. Askew
 Mr. Stephen M. Schaetzel

EXHIBIT 30 - 3

GaState0020830-4



**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

CHANCELLOR ERROLL B. DAVIS, JR.
270 WASHINGTON STREET, S.W.
ATLANTA, GEORGIA 30334

(404) 656-2202
FAX (404) 657-6979
chancellor@usg.edu

October 31, 2008

Dr. Tyanna K. Herrington
Associate Professor
School of Literature, Communication, and Culture
Georgia Institute of technology
Atlanta, Georgia 30332

Dear Dr. Herrington:

Thank you for your willingness to serve on the University System of Georgia Select Committee on Copyright. The advice which this committee will provide to the Board of Regents and to me and my staff will be vitally important in ensuring the University System's place among the finest systems in the nation in research, teaching, and service.

I have asked Dr. William Potter of The University of Georgia Libraries to chair the committee. I have also asked Vice Chancellor Burns Newsome to provide any assistance which the committee may need. In this regard, Messrs. Tony Askew and Steve Schaetzel of King & Spalding have been retained to provide legal advice to the committee.

If we can be of any further assistance to you, please do not hesitate to contact Vice Chancellor Burns Newsome (404-656-2229) at your convenience. Please know that we appreciate your fine work on behalf of the University System of Georgia and its institutions.

Sincerely,

Erroll B. Davis, Jr.
Chancellor

1 Encl.: Membership, USG Select Committee on Copyright.

Cc: Senior Vice Chancellor and Chief Academic Officer Susan Herbst
Vice Chancellor Burns Newsome
Mr. Anthony B. Askew
Mr. Stephen M. Schaetzel

EXHIBIT 30 - 4

GaState0020833

GaState0020830-5



**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

CHANCELLOR ERROLL B. DAVIS, JR.
270 WASHINGTON STREET, SW
ATLANTA GEORGIA 30334

(404) 656-2202
FAX (404) 657-6979
chancellor@usg.edu

October 31, 2008

Dean Nancy Seamans
Dean of Libraries
Georgia State University Libraries
Georgia State University
100 Decatur Street
Atlanta, Georgia 30303

Dear Dean Seamans:

Thank you for your willingness to serve on the University System of Georgia Select Committee on Copyright. The advice which this committee will provide to the Board of Regents and to me and my staff will be vitally important in ensuring the University System's place among the finest systems in the nation in research, teaching, and service.

I have asked Dr. William Potter of The University of Georgia Libraries to chair the committee. I have also asked Vice Chancellor Burns Newsome to provide any assistance which the committee may need. In this regard, Messrs. Tony Askew and Steve Schaetzel of King & Spalding have been retained to provide legal advice to the committee.

If we can be of any further assistance to you, please do not hesitate to contact Vice Chancellor Burns Newsome (404-656-2229) at your convenience. Please know that we appreciate your fine work on behalf of the University System of Georgia and its institutions.

Sincerely,

Erroll B. Davis, Jr.
Chancellor

1 Encl.: Membership, USG Select Committee on Copyright.

Cc: Senior Vice Chancellor and Chief Academic Officer Susan Herbst
Vice Chancellor Burns Newsome
Mr. Anthony B. Askew
Mr. Stephen M. Schaetzel

EXHIBIT 30 - 5

GaState0020834

GaState0020830-6



**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

CHANCELLOR ERROLL B. DAVIS, JR.
270 WASHINGTON STREET SW
ATLANTA, GEORGIA 30334

(404) 656-2202
FAX (404) 657 6979
chancellor@usg.edu

October 31, 2008

Dr. William G. Potter
Associate Provost
University of Georgia Libraries
219 Main Library
The University of Georgia
Athens, Georgia 30602

Dear Dr. Potter:

Thank you for your willingness to chair the University System of Georgia Select Committee on Copyright. The advice which this committee will provide to the Board of Regents and to me and my staff will be vitally important in ensuring the University System's place among the finest systems in the nation in research, teaching, and service.

I have asked Vice Chancellor Burns Newsome to provide any assistance which the committee may need. In this regard, Messrs. Tony Askew and Steve Schaetzel of King & Spalding have been retained to provide legal advice to the committee.

If we can be of any further assistance to you, please do not hesitate to contact Vice Chancellor Burns Newsome (404-656-2229) at your convenience. Please know that we appreciate your fine work on behalf of the University System of Georgia and its institutions.

Sincerely,

Erroll B. Davis, Jr.
Chancellor

1 Encl.: Membership, USG Select Committee on Copyright.

Cc: Senior Vice Chancellor and Chief Academic Officer Susan Herbst
Vice Chancellor Burns Newsome
Mr. Anthony B. Askew
Mr. Stephen M. Schaetzel

EXHIBIT 30 - 6

GaState0020835

GaState0020830-7



**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

CHANCELLOR ERROLL B. DAVIS, JR
270 WASHINGTON STREET, SW
ATLANTA GEORGIA 30334

(404) 656-2202
FAX (404) 657-6979
chancellor@usg.edu

October 31, 2008

Ms. Marie R. Lasseter
Project Manager for Learning Resource Management
Office of Information & Instructional Technology
Board of Regents of the University System of Georgia
2500 Daniells Bridge Road, Building 300
Athens, Georgia 30606

Dear Ms. Lasseter:

Thank you for your willingness to serve on the University System of Georgia Select Committee on Copyright. The advice which this committee will provide to the Board of Regents and to me and my staff will be vitally important in ensuring the University System's place among the finest systems in the nation in research, teaching, and service.

I have asked Dr. William Potter of The University of Georgia Libraries to chair the committee. I have also asked Vice Chancellor Burns Newsome to provide any assistance which the committee may need. In this regard, Messrs. Tony Askew and Steve Schaetzel of King & Spalding have been retained to provide legal advice to the committee.

If we can be of any further assistance to you, please do not hesitate to contact Vice Chancellor Burns Newsome (404-656-2229) at your convenience. Please know that we appreciate your fine work on behalf of the University System of Georgia and its institutions.

Sincerely,

Erroll B. Davis, Jr.
Chancellor

1 Encl.: Membership, USG Select Committee on Copyright.

Cc: Senior Vice Chancellor and Chief Academic Officer Susan Herbst
Vice Chancellor Burns Newsome
Mr. Anthony B. Askew
Mr. Stephen M. Schaetzel

EXHIBIT 30 - 7

GaState0020836

GaState0020830-8



**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

CHANCELLOR ERROLL B. DAVIS, JR.
270 WASHINGTON STREET, SW
ATLANTA, GEORGIA 30134

(404) 656-2202
FAX (404) 657-6979
chancellor@usg.edu

October 31, 2008

Dr. Teresa Joyce
Associate Provost
Office of Academic Affairs
Kennesaw State University
1000 Chastain Road
Kennesaw, Georgia 30144

Dear Dr. Joyce:

Thank you for your willingness to serve on the University System of Georgia Select Committee on Copyright. The advice which this committee will provide to the Board of Regents and to me and my staff will be vitally important in ensuring the University System's place among the finest systems in the nation in research, teaching, and service.

I have asked Dr. William Potter of The University of Georgia Libraries to chair the committee. I have also asked Vice Chancellor Burns Newsome to provide any assistance which the committee may need. In this regard, Messrs. Tony Askew and Steve Schaetzel of King & Spalding have been retained to provide legal advice to the committee.

If we can be of any further assistance to you, please do not hesitate to contact Vice Chancellor Burns Newsome (404-656-2229) at your convenience. Please know that we appreciate your fine work on behalf of the University System of Georgia and its institutions.

Sincerely,

Erroll B. Davis, Jr.
Chancellor

1 Encl.: Membership, USG Select Committee on Copyright.

Cc: Senior Vice Chancellor and Chief Academic Officer Susan Herbst
    Vice Chancellor Burns Newsome
    Mr. Anthony B. Askew
    Mr. Stephen M. Schaetzel

EXHIBIT 30 - 8

GaState0020837

GaState0020830-9



**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

CHANCELLOR ERROLL B. DAVIS, JR.
270 WASHINGTON STREET, SW
ATLANTA GEORGIA 30334

(404) 656-2202
FAX (404) 657-6979
chancellor@usg.edu

October 31, 2008

Vice President and Associate Provost Beth P. Brigdon
Office of Information Technology
The Medical College of Georgia
Annex I, HS-2107
Augusta, Georgia 30912

Dear Vice President Brigdon:

Thank you for your willingness to serve on the University System of Georgia Select Committee on Copyright. The advice which this committee will provide to the Board of Regents and to me and my staff will be vitally important in ensuring the University System's place among the finest systems in the nation in research, teaching, and service.

I have asked Dr. William Potter of The University of Georgia Libraries to chair the committee. I have also asked Vice Chancellor Burns Newsome to provide any assistance which the committee may need. In this regard, Messrs. Tony Askew and Steve Schaetzel of King & Spalding have been retained to provide legal advice to the committee.

If we can be of any further assistance to you, please do not hesitate to contact Vice Chancellor Burns Newsome (404-656-2229) at your convenience. Please know that we appreciate your fine work on behalf of the University System of Georgia and its institutions.

Sincerely,

Erroll B. Davis, Jr.
Chancellor

1 Encl.: Membership, USG Select Committee on Copyright.

Cc: Senior Vice Chancellor and Chief Academic Officer Susan Herbst
Vice Chancellor Burns Newsome
Mr. Anthony B. Askew
Mr. Stephen M. Schaetzel

EXHIBIT 30 - 9

GaState0020838