Cambridge University Press et al v. Patton et al — Doc. 148 Att. 4

# EXHIBIT 31

Dockets.Justia.com

GaState0020828-1



**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

CHANCELLOR ERROLL B. DAVIS, JR.
270 WASHINGTON STREET, S.W.
ATLANTA, GEORGIA 30334

(404) 656-2202
FAX (404) 657-6979
chancellor@usg.edu

October 31, 2008

Dr. William G. Potter
Associate Provost
University of Georgia Libraries
219 Main Library
The University of Georgia
Athens, Georgia 30602

Dear Dr. Potter:

Thank you for your willingness to chair the University System of Georgia Select Committee on Copyright. The advice which this committee will provide to the Board of Regents and to me and my staff will be vitally important in ensuring the University System's place among the finest systems in the nation in research, teaching, and service.

I have asked Vice Chancellor Burns Newsome to provide any assistance which the committee may need. In this regard, Messrs. Tony Askew and Steve Schaetzel of King & Spalding have been retained to provide legal advice to the committee.

If we can be of any further assistance to you, please do not hesitate to contact Vice Chancellor Burns Newsome (404-656-2229) at your convenience. Please know that we appreciate your fine work on behalf of the University System of Georgia and its institutions.

Sincerely,

Erroll B. Davis, Jr.
Chancellor

1 Encl.: Membership, USG Select Committee on Copyright.

Cc: Senior Vice Chancellor and Chief Academic Officer Susan Herbst
Vice Chancellor Burns Newsome
Mr. Anthony B. Askew
Mr. Stephen M. Schaetzel

PLAINTIFF'S EXHIBIT 7 MB 3-9-09

02/24/2009 18:31 7065424144 UGA LIBRARIES PAGE 02

GaState0020828

EXHIBIT 31 - 1

GaState0020828-2

# University System of Georgia
## Select Committee on Copyright

- Dr. William G. Potter, Committee Chair
  Associate Provost
  University of Georgia Libraries
  219 Main Library
  The University of Georgia
  Athens, Georgia 30602
  (706) 542-0621
  wpotter@uga.edu

- Nancy Seamans
  Dean of Libraries
  Georgia State University Libraries
  100 Decatur Street
  Atlanta, Georgia 30303
  (404) 413-2700
  nseamans@gsu.edu

- Dr. Tyanna K. Herrington
  Associate Professor
  School of Literature, Communication, and Culture
  Georgia Institute of Technology
  Atlanta, Georgia 30332
  (404) 894-6207
  tyanna.herrington@lcc.gatech.edu

- Ms. Cynthia Hall
  Assistant Legal Advisor
  Office of Legal Affairs
  Georgia State University
  Post Office Box 3987
  Atlanta, Georgia 30302
  (404) 413-0500
  cynthiahall@gsu.edu

  Marie R. Lasseter
  Project Manager
  Learning Resource Management
  OIIT
  University System of Georgia
  2500 Daniells Bridge Road, Building 300
  Athens, Georgia 30606
  (678) 753-1943
  marie.lasseter@usg.edu

Mr. Terence McElwee
General Counsel
UGA Research Foundation, Inc.
Office of the VP for Research
The University of Georgia
Athens, Georgia 30602
(706) 542-5926
mcelwee@uga.edu

Vice President Beth P. Brigdon
Office of Information Technology
The Medical College of Georgia
Annex I, HS-2107
Augusta, Georgia 30912
(706) 721-3840
bbrigdon@mcg.edu

Dr. Teresa Joyce
Associate Provost
Office of Academic Affairs
Kennesaw State University
1000 Chastain Road
Kennesaw, Georgia 30144
(770) 423-6023
tjoyce@kennesaw.edu

- Dr. Sally Atherton
  Chair, Department of
  Cellular Biology and Anatomy
  The Medical College of Georgia
  1120 15th Street
  Augusta, Georgia 30912
  (706) 721-3731
  satherton@mail.mcg.edu

02/24/2009 18:31 7065424144 UGA LIBRARIES PAGE 03
GaState0020829
EXHIBIT 31 - 2