# EXHIBIT

# 39

Dockets.Justia.com

**Fair Use Checklist**

Name: _____ Date: _____

Class or Project: _____

Course and Term: _____

Title of Copyrighted Work: *"Reconsidering the Rational Public"*

Author and Publisher: K. Jelinski & Quirk    Lupia McCubbins Popkin eds

Portion(s) to be used (e.g., pages, timer counts): Ch. 8   153-182

**Instructions:** Where the factors favoring fair use outnumber those against it, reliance on fair use is justified. Where fewer than half the factors favor fair use, instructors should seek permission from the rights holder. Where the factors are evenly split, instructors should consider the total facts weighing in favor of fair use as opposed to the total facts weighing against fair use in deciding whether fair use is justified. Not all of the facts will be present in any given situation. Check only those facts that apply to your use. No single item or factor is determinative of fair use. Instructors should consult the Legal Affairs office at their institution or at the Office of the Board of Regents if they have questions regarding analysis of the four factors.

For more information regarding the fair use factors, please see the fair use sections of the Policy on the Use of Copyrighted Works in Education and Research for the University System of Georgia, which can be found on the web at http://www.usg.edu/copyright/.

Complete and retain a copy of this checklist for each "fair use" of a copyrighted work in order to establish a "reasonable and good faith" attempt at applying fair use should any dispute regarding such use arise.

## Factor 1: Purpose and Character of the Use

*Weighs in Favor of Fair Use*

- [X] Nonprofit Educational
- [X] Teaching (including multiple copies for classroom use)
- [ ] Research or Scholarship
- [ ] Criticism, Comment, News Reporting, or Parody
- [ ] Transformative (use changes work for new utility or purpose)
- [ ] Personal Study
- [X] Use is necessary to achieve your intended educational purpose

*Weighs Against Fair Use*

- [ ] Commercial activity
- [ ] Profiting from use
- [ ] Entertainment
- [ ] Non-transformative
- [ ] For publication
- [ ] For public distribution
- [ ] Use exceeds that which is necessary to achieve your intended educational purpose

[ ] *Factor Weighs in Favor of Fair Use*     [ ] *Factor Weighs Against Fair Use*

PLAINTIFF'S EXHIBIT 257

GSU 008668

EXHIBIT 39 - 1

## Factor 2: Nature of Copyrighted Work

| Weighs in Favor of Fair Use | Weighs Against Fair Use |
|---|---|
| ☒ Published work | ☐ Unpublished work |
| ☒ Factual or nonfiction work | ☐ Highly creative work (art, music, novels, films, plays, poetry, fiction) |
| ☒ Important to educational objectives | ☐ Consumable work (workbook, test) |

| ☒ *Factor Weighs in Favor of Fair Use* | ☐ *Factor Weighs Against Fair Use* |
|---|---|

## Factor 3: Amount and Substantiality of Portion Used

| Weighs in Favor of Fair Use | Weighs Against Fair Use |
|---|---|
| ☒ Small portion of work used | ☐ Large portion or entire work used |
| ☒ Portion used is not central or significant to entire work as a whole | ☐ Portion used is central to work or "heart of the work" |
| ☒ Amount taken is narrowly tailored to educational purpose, such as criticism, comment, research, or subject being taught | ☐ Amount taken is more than necessary for criticism, comment, research, or subject being taught |

| ☒ *Factor Weighs in Favor of Fair Use* | ☐ *Factor Weighs Against Fair Use* |
|---|---|

## Factor 4: Effect on Market for Original

| Weighs in Favor of Fair Use | Weighs Against Fair Use |
|---|---|
| ☒ No significant effect on market or potential market for copyrighted work | ☐ Significantly impairs market or potential market for copyrighted work or derivative |
| ☒ Use stimulates market for original work | ☐ Licensing or permission reasonably available |
| ☐ No similar product marketed by the copyright holder | ☐ Numerous copies made or distributed |
| ☐ No longer in print | ☐ Repeated or long-term use that demonstrably affects the market for the work |
| ☐ Licensing or permission unavailable | ☒ Required classroom reading |
| ☐ Supplemental classroom reading | ☐ User does not own lawfully acquired or purchased copy of original work |
| ☐ One or few copies made or distributed | ☐ Unrestricted access on the web or other public forum |
| ☒ User owns lawfully acquired or purchased copy of original work | |
| ☒ Restricted access (to students or other appropriate group) | |

| ☐ *Factor Weighs in Favor of Fair Use* | ☐ *Factor Weighs Against Fair Use* |
|---|---|

Revised for use by the University System of Georgia, based upon the Copyright Advisory Office at Columbia University's "Fair Use Checklist", http://www.copyright.columbia.edu/fair-use-checklist

GSU 008669

EXHIBIT 39 - 2

Hello, Jason Reifler. We have recommendations for you. (Not Jason?)    Kindle: Amaz

Jason's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards

**Shop All Departments**    Search    Books

**Books**    Advanced    Browse    Hot New    Bestsellers    The New York    Librar
Search    Subjects    Releases    Times® Best Sellers    Espa

Instant Order Update for Jason Reifler. You purchased this item on April 20, 2001. View

Member: Jason Reifler

Jason Reifler: This item is eligible for Amazon Prime. Click here to turn on 1-Click and make Prime
even better for you. (With 1-Click enabled, you can always use the regular shopping cart as well.)





Share your own customer images
Search inside this book

**Tell the Publisher!**
I'd like to read this book
on Kindle

Don't have a Kindle? Get
yours here.

# Elements of Reason: Cognition, Choice, and the Bounds of Rationality (Cambridge Studies in Public Opinion and Political Psychology) (Paperback)

by Arthur Lupia (Editor), Mathew D. McCubbins (Editor), Samuel L. Popkin (Editor) "A primary objective of social science is to explain why people do what they do..." (more)
**Key Phrases:** business fight space, campaign issue agenda, dedicated affect, British Airways, United States, Times Mirror (more...)
No customer reviews yet. Be the first.

List Price: $33.99

Price: **$32.08** & eligible for free shipping with **Amazon Prime**

You Save: $1.91 (6%)

**In Stock.**
Ships from and sold by Amazon.com. Gift-wrap available.

**Want it delivered Saturday, May 23?** Order it in the next 2 hours and 42 minutes, and choose **Saturday Delivery** at checkout. Details

20 new from $27.63    13 used from $17.00

**Also Available in: List Price: Our Price: Other Offers:**
Hardcover (1)    $79.00    $79.00    27 used & new from $68.32

## Frequently Bought Together

Customers buy this book with The Nature and Origins of Mass Opinion (Cambridge Studies in Public Opini Political Psychology) by John R. Zaller.



+

**Price For Both: $56.37**

GSU 008670

EXHIBIT 39 - 3