# EXHIBIT 41

# Fair Use Checklist

Name: _____ Date: _____

Class or Project: _____

Course and Term: _____

Title of Copyrighted Work: _Affect as Information / Elements of Reason_

Author and Publisher: _Wendy Rahn / Lupia, McCubbins & Popkin_

Portion(s) to be used (e.g., pages, timer counts): _Ch. 7   pp. 130-150_

**Instructions:** Where the factors favoring fair use outnumber those against it, reliance on fair use is justified. Where fewer than half the factors favor fair use, instructors should seek permission from the rights holder. Where the factors are evenly split, instructors should consider the total facts weighing in favor of fair use as opposed to the total facts weighing against fair use in deciding whether fair use is justified. Not all of the facts will be present in any given situation. Check only those facts that apply to your use. No single item or factor is determinative of fair use. Instructors should consult the Legal Affairs office at their institution or at the Office of the Board of Regents if they have questions regarding analysis of the four factors.

For more information regarding the fair use factors, please see the fair use sections of the Policy on the Use of Copyrighted Works in Education and Research for the University System of Georgia, which can be found on the web at http://www.usg.edu/copyright/.

Complete and retain a copy of this checklist for each "fair use" of a copyrighted work in order to establish a "reasonable and good faith" attempt at applying fair use should any dispute regarding such use arise.

## Factor 1: Purpose and Character of the Use

*Weighs in Favor of Fair Use*

- ☒ Nonprofit Educational
- ☒ Teaching (including multiple copies for classroom use)
- ☐ Research or Scholarship
- ☐ Criticism, Comment, News Reporting, or Parody
- ☐ Transformative (use changes work for new utility or purpose)
- ☐ Personal Study
- ☒ Use is necessary to achieve your intended educational purpose

*Weighs Against Fair Use*

- ☐ Commercial activity
- ☐ Profiting from use
- ☐ Entertainment
- ☐ Non-transformative
- ☐ For publication
- ☐ For public distribution
- ☐ Use exceeds that which is necessary to achieve your intended educational purpose

☐ Factor Weighs in Favor of Fair Use         ☐ Factor Weighs Against Fair Use

PLAINTIFF'S EXHIBIT 259

EXHIBIT 41 - 1          GSU 008666

## Factor 2: Nature of Copyrighted Work

*Weighs in Favor of Fair Use*

- ☒ Published work
- ☒ Factual or nonfiction work
- ☒ Important to educational objectives

*Weighs Against Fair Use*

- ☐ Unpublished work
- ☐ Highly creative work (art, music, novels, films, plays, poetry, fiction)
- ☐ Consumable work (workbook, test)

☐ *Factor Weighs in Favor of Fair Use*   ☐ *Factor Weighs Against Fair Use*

## Factor 3: Amount and Substantiality of Portion Used

*Weighs in Favor of Fair Use*

- ☒ Small portion of work used
- ☒ Portion used is not central or significant to entire work as a whole
- ☒ Amount taken is narrowly tailored to educational purpose, such as criticism, comment, research, or subject being taught

*Weighs Against Fair Use*

- ☐ Large portion or entire work used
- ☐ Portion used is central to work or "heart of the work"
- ☐ Amount taken is more than necessary for criticism, comment, research, or subject being taught

☐ *Factor Weighs in Favor of Fair Use*   ☐ *Factor Weighs Against Fair Use*

## Factor 4: Effect on Market for Original

*Weighs in Favor of Fair Use*

- ☒ No significant effect on market or potential market for copyrighted work
- ☒ Use stimulates market for original work
- ☐ No similar product marketed by the copyright holder
- ☐ No longer in print
- ☐ Licensing or permission unavailable
- ☐ Supplemental classroom reading
- ☐ One or few copies made or distributed
- ☒ User owns lawfully acquired or purchased copy of original work
- ☒ Restricted access (to students or other appropriate group)

*Weighs Against Fair Use*

- ☐ Significantly impairs market or potential market for copyrighted work or derivative
- ☐ Licensing or permission reasonably available
- ☐ Numerous copies made or distributed
- ☐ Repeated or long-term use that demonstrably affects the market for the work
- ☒ Required classroom reading
- ☐ User does not own lawfully acquired or purchased copy of original work
- ☐ Unrestricted access on the web or other public forum

☐ *Factor Weighs in Favor of Fair Use*   ☐ *Factor Weighs Against Fair Use*

Revised for use by the University System of Georgia, based upon the Copyright Advisory Office at Columbia University's "Fair Use Checklist", http://www.copyright.columbia.edu/fair-use-checklist

EXHIBIT 41 - 2

GSU 008667