EXHIBIT

43

Dockets.Justia.com

PLAINTIFF'S EXHIBIT 701

PENGXD 800-501-6989

Amazon.com: Elements of Reason: Cognition, Choice, and the Bounds of Rationality (Cambridge Stu... - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

amazon.com

LOOK INSIDE!

Elements of Reason:
Cognition, Choice, and
the Bounds
(Paperback)
by Arthur Lupia, Mathew D.
McCubbins

$33.08
35 used & new from $17.08

(Add to Cart)

- Book sections
- Front Cover
- Copyright
- Table of Contents
- First Pages
- Index
- Back Cover
- Surprise Me!

- Search Inside This Book

Sample excerpts on this book:
Excerpt-front cover
excerpt-index-5-goods
dedicated offset



2 Amazon.com: Elements of Reason: Cognition, Choice, and the Bounds of Rationality (Cambridge Stu - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back        Search    Favorites

Address http://www.amazon.com/Elements-Reason-Cognition-Rationality-Psychology/dp/0521653320/ref=



amazon.com.

LOOK INSIDE!

Elements of Reason
Cognition, Choice, and the
Bounds of...
by Arthur Lupia, Mathew D.
McCubbins

$32.83
Add to Cart
Or buy used from $17.00

Book sections

Copyright
Table of Contents
First Pages
Index
Back Cover
Surprise Me!

Search Inside this Book

Sample searches in this book:
business flight space
developer space agenda
dedicated effort

Feedback     Help     Expanded View     Close [X]

amazon.com

LOOK INSIDE!

Elements of Reason:
Cognition, Choice, and th...
(Paperback)
by Arthur Lupia, Mathew...
McCubbins

$32.00

Add to Cart

To see all new from $17.00

- Book sections
- ...
- ...

Table of Contents

First Pages
Index
Back Cover
Surprise Me

- Search Inside This Book

Sample searches in this book:
business topic space
campaign issue agenda
disbanded united



Zoom▲

Contents

|  | pages |
| List of Tables and Figures | xi |
| Acknowledgements | xii |
| List of Contributors | xiv |

**PART I: EXTERNAL ELEMENTS OF REASON**

| 1 | Beyond Rationality: Reason and the Study of Politics | 1 |
|  | Arthur Lupia, Mathew D. McCubbins, and |  |
|  | Samuel L. Popkin |  |
| 2 | Shared Mental Models: Ideologies and Institutions | 23 |
|  | Arthur T. Denzau and Douglass C. North |  |
| 3 | The Institutional Foundations of Political Competence: How | 47 |
|  | Citizens Learn What They Need to Know |  |
|  | Arthur Lupia and Mathew D. McCubbins |  |
| 4 | Taking Sides: A Fixed Choice Theory of Political Reasoning | 67 |
|  | Paul M. Sniderman |  |
| 5 | How People Reason about Ethics | 85 |
|  | Norman Frohlich and Joe Oppenheimer |  |
| 6 | Who Says What? Source Credibility as a Mediator of | 105 |
|  | Campaign Advertising |  |
|  | Shanto Iyengar and Nicholas A. Valentino |  |
| 7 | Affect as Information: The Role of Public Mood in | 123 |
|  | Political Reasoning |  |
|  | Wendy M. Rahn |  |

Amazon.com: Elements of Reason: Cognition, Choice, and the Bounds of Rationality (Cambridge Stu - Microsoft Internet Explorer

File Edit View Favorites Tools Help
Back

Feedback    Help    Enlarged View    Close [X]

File   Edit   View   Favorites   Tools   Help

Back ▾       Search   Favorites

Address   https://www.amazon.com/Elements-Reason-Cognition-Rationality-Psychology/dp/0521653320/ref=sr_1_1/he=UTF8&s=books&qid=1249990777&sr=8-1#reader   Go



amazon.com
LOOK INSIDE!

Elements of Reason
Cognition Choice (more)
~ Paperback

by Arthur Lupia (Author)

$33.08
(Add to Cart)

24 used & new $12.08

▸ Book sections

▸ ....

▸ ....

Table of Contents
Front Pages
Index
▸ Back Cover
▸ Surprise Me

▸ Search inside this Book

Search terms in the books:
business rights space
campaign issue agenda
deduced object

Feedback   Help   Expanded View   Close ⊠

**Contents**

PART II: INTERNAL ELEMENTS OF REASON

8   Reconsidering the Rational Public: Cognition, Heuristics,
    and Mass Opinion ........................................... 143
    *James H. Kuklinski and Paul J. Quirk*

9   Three Steps toward a Theory of Motivated
    Political Reasoning ........................................ 183
    *Milton Lodge and Charles Taber*

10  Knowledge, Trust, and International Reasoning .............. 214
    *Samuel L. Popkin and Michael A. Dimock*

11  Coping with Tradeoffs: Psychological Constraints and
    Political Implications ..................................... 239
    *Philip E. Tetlock*

12  Backward Cognition in Reason and Choice .................... 261
    *Diana Mutz*

13  Constructing a Theory of Reasoning, Choice, Constraints,
    and Context ................................................ 287
    *Arthur Lupia, Mathew D. McCubbins, and
    Samuel L. Popkin*

    *References* ............................................... 291
    *Author Index* ............................................. 325
    *Subject Index* ............................................ 379

vii