# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., | |
| Plaintiffs, | Civil Action No. 1:08-CV-1425-ODE |
| - *v.* - | |
| MARK P. BECKER, in his official capacity as Georgia State University President, et al., | |
| Defendants. | |

**EXHIBIT 47 – January 15, 2010, Deposition of Debra J. Mariniello**

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**FILED UNDER SEAL**

741118.1

Dockets.Justia.com