E
X
H
I
B
I
T

51

# EXCEL FILE

# PRODUCED AS NATIVE



EXHIBIT
P- 73
SAO 4.24.09

EXHIBIT 51 - 1

GaState0000824

EXHIBIT 51 - 2

Copyright Clearance Center - Georgia State Cost from 1998 to Present

Sum of Gross Amt

| DeptID | Total | Dept Desc |
|---|---|---|
| 12106000 | 36.31 | EMBA Class of 2006 |
| 121070000 | 21.30 | EMBA Class of 2007 |
| 165100000 | 565.50 | International Studies Program |
| 188000000 | 10.92 | Negotiation & Conflict Resol-D |
| 190000000 | 1,520.31 | |
| 190150000 | 1,767.60 | 3,287.91 University Library |
| 331200235 | 101.67 | Urban Env/Hlth, Law Policy |
| 454090000 | 721.09 | Galileo II |
| 454200000 | 14,160.72 | Pals-DS&S |
| Grand Total | 18,905.42 | |

Note - In the budget book 45400 = Library Services Support

EXHIBIT 51 - 3

EXHIBIT 51 - 4

get book 45400 = Library Services Support

EXHIBIT 51 - 5

EXHIBIT 51 - 6

| Payment Date | Check ID | Voucher ID | Line | Descr | Distrib Line | Invoice Ref | PO ID | Raml Vndr ID | Vendor Name | Gross Amt | Acct | Fund | DeptID | Program | Class | Bgt Pd | Proj/Grt | ADDED_BY_GSU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **University Library** | | | | | | | | | | | | | | | | | | |
| 2005-10-20 | 380029 | 0277912 | 1 | ILL-Copyright Fees | 1 | 1108693 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 65.76 | 727139 | 10 | 190000000 | 1410 | 11000 | 2005 | | UBTSR |
| 2005-05-12 | 255217 | 0033855 | 1 | ILL-Borrowing | 1 | 1105343 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 499.85 | 727139 | 10 | 190000000 | 1410 | 11000 | 2006 | | UBTSR |
| 2007-12-26 | 01037761 | 0943542 | 1 | ILL-Borrowing | 1 | 1112453 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 900.70 | 727139 | 10 | 190000000 | 1410 | 11000 | 2007 | | UBTSR |
| 2007-03-08 | 01035801 | 0945837 | 1 | ILL-Borrowing | 1 | 1128601 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 54.00 | 727139 | 10 | 190000000 | 1410 | 11000 | 2007 | | UBTSR |
| 2008-04-08 | 01137161 | 0107958 | 1 | ILL-Borrowing | 1 | 1152156 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 1,767.60 | 727139 | 10 | 190150000 | 1410 | 41001 | 2008 | | UBTSR |
| | | | | | | | | | **Total Unv Library** | 3,287.91 | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| 2006-01-13 | 220763 | 0079259 | 1 | copyright royalties | 1 | 1108517 | 13282432 | 13282432 | Copyright Clearance Center, Inc | 36.31 | 742110 | 10 | 121060000 | 1110 | 41001 | 2006 | | DBAJFH |
| 2007-01-18 | 01022222 | 0091946 | 1 | executive leadership | 1 | 1121589 | 13282432 | 13282432 | Copyright Clearance Center, Inc | 21.30 | 714102 | 10 | 121070000 | 1110 | 41001 | 2007 | | DBAJFH |
| 2007-07-13 | 01065027 | 0060364 | 1 | Copies for governs | 1 | 1113916 | 13282432 | 13282432 | Copyright Clearance Center, Inc | 565.50 | 714102 | 20 | 165100000 | 1310 | 64000 | 2006 | GLD46 | PRCSGBX |
| 2004-04-01 | 835520 | 0351313 | 1 | Copyright Approval | 1 | 143460 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 10.92 | 714102 | 10 | 188000000 | 1110 | 41001 | 2002 | | LAWKCGB |
| 2006-05-24 | 285572 | 0341063 | 1 | Copyright Fees | 1 | 1107342 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 93.67 | 241100 | 60 | 331201235 | | 19000 | 2006 | | LAWKP6 |
| 2006-05-26 | 257005 | 0342341 | 1 | Copyright Fees | 1 | 1109382 | 13282432 | 13282432 | Copyright Clearance Center, Inc | 8.00 | 241100 | 60 | 331200235 | | 19000 | 2006 | | LAWKP8 |
| 2005-12-03 | 387885 | 0279318 | 1 | Copyright Royalties | 1 | 1093588 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 721.09 | 742110 | 10 | 454090000 | 1110 | 11050 | 2006 | | CGCCG |
| 2005-09-17 | 606013 | 0060093 | 1 | APS License Fee | 1 | 58131 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 120.00 | 714140 | 10 | 454200000 | 1640 | 41001 | 2006 | | CGGSL9 |
| 2009-12-17 | 639302 | 0055845 | 1 | royalty fee | 1 | 58564 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 1,025.16 | 727726 | 10 | 454200000 | 1640 | 41001 | 2000 | | CGGAHH |
| 2000-04-25 | 668367 | 0099425 | 1 | COURSEPACKS | 1 | 78169 | 13282432 | 13282432 | Copyright Clearance Center, Inc | 340.53 | 714140 | 10 | 454200000 | 1640 | 41001 | 2001 | | CGGLM |
| 2001-02-20 | 743744 | 0024626 | 1 | course materials | 1 | 97119 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 760.99 | 727240 | 10 | 454200000 | 1640 | 41001 | 2001 | | CGGLM |
| 2001-04-09 | 761225 | 0023824 | 1 | COURSEPACK | 1 | 94623 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 303.19 | 727720 | 10 | 454200000 | 1640 | 41001 | 2002 | | CGGPEG |
| 2001-11-28 | 605860 | 0331853 | 1 | coursepack royalty fees | 1 | 112467 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 10.84 | 727726 | 10 | 454200000 | 1640 | 41001 | 2002 | | CGGPEG |
| 2002-02-01 | 828118 | 0341026 | 2 | copyrights | 1 | 123581 | 13282432 | 13282432 | Copyright Clearance Center, Inc | 374.27 | 742130 | 10 | 454200000 | 1640 | 41001 | 2002 | | CGGLM |
| 2002-06-23 | 845439 | 0371192 | 1 | coursepacks | 1 | 144723 | 13282432 | 13282432 | Copyright Clearance Center, Inc | 842.52 | 742110 | 10 | 454200000 | 1640 | 41001 | 2002 | | CGGLM |
| 2002-10-29 | 864245 | 0430432 | 1 | copyrights | 1 | 1008630 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 1,045.98 | 742110 | 10 | 454200000 | 1640 | 41001 | 2003 | | CGGLM |
| 2003-02-18 | 926673 | 0048274 | 1 | course packs | 1 | 10030243051 | 13282432 | 13282432 | Copyright Clearance Center, Inc | 506.19 | 742110 | 10 | 454200000 | 1640 | 41001 | 2003 | | CGGLM |
| 2003-05-02 | 940170 | 0049871 | 1 | royalty fees | 1 | 1021961 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 398.30 | 742110 | 10 | 454200000 | 1640 | 41001 | 2003 | | CGGLM |
| 2004-01-27 | 518298 | 0367446 | 1 | course packs | 1 | 10030-0305-10/03 | 13282432 | 13282432 | Copyright Clearance Center, Inc | 1,082.01 | 742110 | 10 | 454200000 | 1640 | 41001 | 2004 | | CGGLM |
| 2004-04-29 | 530303 | 0060484 | 1 | course packs | 1 | 1047597 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 69.30 | 742110 | 10 | 454200000 | 1640 | 41120 | 2004 | | CGGLM |
| 2004-05-10 | 534565 | 0060679 | 1 | course pack | 1 | 1056530 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 444.90 | 742110 | 10 | 454200000 | 1640 | 41001 | 2004 | | CGGLM |
| 2004-06-26 | 537485 | 0061193 | 1 | course packs | 1 | 1056665 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 239.28 | 742110 | 10 | 454200000 | 1640 | 41001 | 2004 | | CGGLM |
| 2005-01-15 | 555688 | 0067227 | 1 | royalty fee | 1 | 1051272 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 290.49 | 742110 | 10 | 454200000 | 1440 | 41001 | 2005 | | CGGLM |
| 2005-02-02 | 319712 | 0070169 | 1 | royalty fees | 1 | 1065388 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 1,179.99 | 742110 | 10 | 454200000 | 1440 | 41001 | 2005 | | CGGLM |
| 2005-08-20 | 329585 | 0075416 | 1 | coursepack royalty fees | 1 | 1075735 | 13282432 | 13282432 | Copyright Clearance Center, Inc | 655.30 | 742110 | 10 | 454200000 | 1440 | 41001 | 2005 | | CGGLM |
| 2005-09-08 | 363949 | 0075713 | 1 | copyright royalties | 1 | 1086889 | 13282432 | 13282432 | Copyright Clearance Center, Inc | 597.84 | 742110 | 10 | 454200000 | 1440 | 41001 | 2006 | | CGGLM |
| 2005-04-10 | 249637 | 0063746 | 1 | Copyright Royalties | 1 | 1103089 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 815.79 | 742110 | 10 | 454200000 | 1440 | 41001 | 2006 | | CGCCG |
| 2006-08-21 | 274608 | 0064951 | 1 | copyright royalties | 1 | 1112910 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 375.06 | 742110 | 10 | 454200000 | 1440 | 41201 | 2007 | | CGGCG |
| 2006-11-22 | 01039782 | 0390827 | 1 | copyright royalties | 1 | 1119164 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 901.20 | 742110 | 10 | 454200000 | 1440 | 41001 | 2007 | | CGGCG |
| 2007-04-23 | 01046158 | 0095515 | 1 | copyright royalties | 1 | 1128134 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 943.00 | 742110 | 10 | 454200000 | 1440 | 41001 | 2007 | | CGGCG |
| 2007-11-05 | 01099047 | 0103273 | 1 | copyright royalties | 1 | 1137340 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 506.00 | 742110 | 10 | 454200000 | 1440 | 41001 | 2008 | | CGGCG |
| 2007-11-30 | 01102870 | 0107203 | 1 | copyright royalties | 1 | 1143837 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 135.00 | 742110 | 10 | 454200000 | 1440 | 41001 | 2008 | | CGGPEG |
| 2008-04-16 | 01137511 | 0107993 | 1 | copyright royalties | 1 | 1153727 | 13282432 | 13282432 | Copyright Clearance Center, Inc. | 135.00 | 742110 | 10 | 454200000 | 1440 | 41001 | 2008 | | CGGCG |
| | | | | | | | | | **Total All** | 18,905.42 | | | | | | | | |

EXHIBIT 51-7

EXHIBIT 51 - 8