# EXHIBIT 52

| From: | Marjorie Denise Dimsdale |
|---|---|
| To: | Brian Kooy |
| Date: | 5/29/2007 4:32 PM |
| Subject: | Re: Fwd: Library Reserves |
| CC: | ekelsey1@student.gsu.edu |

Hi Brian and Prof. Kelsey,
We interpret the situation described below as fair use, so he should not need to obtain copyright permission.
--Denise


Denise Dimsdale
Library Media and Reserves Coordinator
libmdd@langate.gsu.edu
404-651-4332
For ERes please send correspondence to
libreserves@langate.gsu.edu

>>> Brian Kooy 5/29/2007 3:49 PM >>>
Hi Denise,

Do you know the answer to the question asked below? I think the answer is probably that he does not need to obtain copyright clearance, but I thought I'd ask you to see if you have any insights into the issue.

Thanks
Brian

***************
Brian K. Kooy
Liaison Librarian to Philosophy, Religious Studies
and Modern & Classical Languages
Georgia State University Library
404-463-9941


>>>>>>>>>>>>>>>>>>>>>>

Brian,

I'm going to be teaching this summer, and I need to put some articles from a book I own on reserve. I've read the instructions available on the GSU Library website, but I want to clarify something. I own a book that is a collection of essays. I want to place on reserve just five pages worth of this book. The book is rather large, so I'm definitely not putting more than 20% of the book on reserve. However, despite the fact that I am only using five pages, these five pages will include one entire article and snippets from two other articles. Still, I will NOT need to obtain copyright permission, correct?

Thanks,
Ben Kelsey



EXHIBIT 52 - 1