EXHIBIT 53

| | |
|---|---|
| **From:** | Marjorie Denise Dimsdale |
| **To:** | Burtle, Laura G. |
| **Date:** | 04/21/2008 9:10 AM |
| **Subject:** | FYI--ERes info |
| **CC:** | Hampton, Denita |

There are a lot of features about ERes that we are not using. When the system first came out, a lot of the options were just awful, so we used what would work for us. We have not changed much of what we do even though ERes has provided a multitude of upgrades. I'm not even sure what all the upgrades are, but a lot of them have to do with the copyright options. For the most part, we enter all of our bibliographic info in the title because ERes does not let you see it all without clicking on every title. Therefore, if we used their method of entering bibliographic info, it would be difficult to check the page for fair use. We manage ERes by the course, but ERes seems to be designed to be managed more by the document.



GaState0003610

EXHIBIT 53 - 1