EXHIBIT 60

Yearly document hits statistics.xls

EXCEL FILE

PRODUCED AS NATIVE



EXHIBIT 60 - 1

GaState0003167

| Document | Date Range | Hit Count | % of Total |
|---|---|---|---|
| All Documents | 2003 | 6218 | 0.58% |
| All Documents | 2004 | 215514 | 20.00% |
| All Documents | 2005 | 248029 | 23.02% |
| All Documents | 2006 | 253101 | 23.49% |
| All Documents | 2007 | 259691 | 24.10% |
| All Documents | 2008 | 95007 | 8.82% |
| Totals | 5/6/2000 - 5/6/2008 | 1077560 | 100.00% |

EXHIBIT 60 - 2