E

X

H

I

B

I

T

61

Dockets.Justia.com

# PLACING ELECTRONIC and HARD COPY DOCUMENTS IN ERes.

There are basically two formats –Electronic and Hard copy .For now Terrance will be responsible to scan the hard copies(1-25 pages) and transfer to the ERes directory. Please note that documents over twenty five pages will be sent to the University computer lab for processing. From the ERes directory the person who is responsible to place materials in ERes for the professors should transfer the documents using the steps hereunder:

## STEPS TO PUT ELECTRONIC DOCUMENTS IN ERes
## ( FOR PROFESSORS )

1) Open Document from professor.
2) Select Adope pdf Printer.
3) Click print (make note of number of pages)
4) **Go to "I Drive"folder**
5) Click on Department
6) Click on Circ
7) Click on ERes
8) Name Document (Preferably last name of professor, year and semester)
9) Save.
10) **Go to ERes in GIL**
11) Login
12) Click on Course reserve
13) Click on Search Options
14) Click on Page Management
15) Click on Document and Copyrig
16) Click on Add Document
17) Click on Add New Document
18) Name the Document
19) Indicate number of pages
20) Save Document
21) Click on Transfer file to Server
22) Select / Upload / & Attach file
23) Click on Done.
24) Close window.

*Ron's Oju Ogu access*
*Adjunct IDs*
*Sole Source Form*
*GRA paper work*
*E Res pw*
*Khaliah Joshua*
*Eu Kirubel*
*Deb Schrader*
*Cecelia Womack*
*E liz stephens*
*Euclides Peralta*

## STEPS TO PUT HARD COPY
## ( FOR PROFESSORS )

1) Scan Document from professor.
2) Open Document
3) Select Adope pdf Printer.

EXHIBIT 61 - 1

GSU 003874

4) Click print (make note of number of pages)
5) **Go to "I Drive"folder**
6) Click on Department
7) Click on Circ
8) Click on ERes
9) Name Document (Preferably last name of professor, year and semester)
10) Save.
11) **Go to Eres in GIL**
12) Login
13) Click on Course reserve
14) Click on Search Options
15) Click on Page Management
16) Click on Document and Copyright
17) Click on Add Document
18) Click on Add New Document
19) Name the Document
20) Indicate number of pages
21) Save Document
22) Click on Transfer file to Server
23) Select and attach file
24) Close window.

# Working with ERes (step by step)

1) Click on GIL on desk top
2) Click on Search course reserves-ERes @ GSU.
3) Main frame for ERes.

## ADDING AN ACCOUNT

1) Click "Admin login"
2) Use your "username"
3) Search- Click on "Search Options"(You need to make sure that the account is not already in the system)
4) Fill out information: Username=Law _name of faculty
5) Password = " sesame" (for **all** professors)
6) Group= Faculty
7) Click on "Save"

**Note:** For Faculty phone numbers and e-mails (Go to **gsu.edu** , click on **"Faculty and staff",** click on **"faculty"** then on **"Bio Page"**

## ADDING A COURSE

EXHIBIT 61 - 2

GSU 003875

1) Go to Main page of ERes
2) Click on Course Reserve Page
3) Click on " Add New Course"
4) Select "Department"
5) Add course number
6) Add course name ( From "course description page")
7) Copy and Paste  from " course description"
8) To get there click on "law.gsu.edu," **click** on "current student" then   click on"course description"

9) Password= **"gsulaw." Note : "gsulaw" is the password for all law courses!.**


## ADDING DOCUMENT

1) Go to Main Menu- ERes.
2) Click on "Course reserve page"
3) Search ( course number and Department)
4) Click on "Course number"
5) Click  on "Accept"
6) Click on "Page management"
7) Click on "Documents and copy right"
8) Click on "Add Document"
9)Click  on  "Add new document"
10) Put in Title of book(Make sure to look up book in "GIL")
11) Click on "Weblink"  **(Follow the directions to change URL)**
12) Paste changed URL into weblink field
13) Click on "Save"
14) Close window.
**Note: Click on "Course reserve pages" to make changes to course information.**


## STEPS TO LINK IN GIL STATIC TO ERes

Here are the directions on how to make a link in GIL static.

To make the links, you search the item by title in exact search. Once you do that you'll get something that looks like:

https://gil.gsu.edu/cgi-
bin/Pwebrecon.cgi?Search_Arg=One+flew+over+the+cuckoo%27s+nest%2C+a+novel&HIST=1&
SL=None&Search_Code=TALL&PID=12773&SEQ=20040722100831&CNT=25&HIST=1

From there, you cut out The &PID and the &SEQ in this case &PID=12773 and
&SEQ=20040722100831


EXHIBIT 61 - 3

GSU 003876

Finally, after the initial ?, add in the phrase DB=local&

It goes from https://gil.gsu.edu/cgi-bin/Pwebrecon.cgi?Search_Arg=One+flew+over....

to https://gil.gsu.edu/cgi-bin/Pwebrecon.cgi?DB=local&Search_Arg=One+flew+over....

The Finished Product should look like this:

https://gil.gsu.edu/cgi-bin/Pwebrecon.cgi?DB=local&Search_Arg=One+flew+over+the+cuckoo%27s+nest%2C+a+novel&HIST=1&SL=None&Search_Code=TALL&CNT=25&HIST=1

Hope that is clear enough to help you. I can reword it better if it doesn't, just let me know.

Sorry again about the delay

Cory

EXHIBIT 61 - 4

GSU 003877