# EXHIBIT 62

**From:** Paula Christopher
**To:** Marjorie Denise Dimsdale
**Date:** 8/16/2005 9:41 AM
**Subject:** ERes and WebCT Vista

Hi, Denise.

As you may, or may not, know, the Board of Regents has not only upgraded WebCT Vista to version 3.x but they also moved the servers to Athens. This has resulted in a change in the URL.

Can you please add the following URLs so that ERes will recognize Vista as password protected?

https://gsu.view.usg.edu
https://d.view.usg.edu

(Although users access Vista using the first URL, it changes to the second one once they login. I'm not sure which will be needed by ERes.)

We no longer use http://vista.gsu.edu .

Thanks.
Paula


Paula Christopher
Project Manager, eLearning Group
University Educational Technology Services (UETS)
Information Systems & Technology
uets-is@gsu.edu
phone: 404/651-2686
fax: 404/651-4669



EXHIBIT 62 - 1

GaState0000945