EXHIBIT

71

# ERes
*electronic reserves system*

Please use the provided search fields to locate your library materials.

Search for
Course Reserves Pages

Course Reserves
Pages by Department

Course Reserves
Pages by Instructor

Search for Documents by
Title / Author

Find Documents Where:

Any Search Field    contains    cambridge

[Search] [Clear]

Displaying 10 of 82 Matching Course Reserves Pages    << Page 8 of 9 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| PHIL8810 | Seminar in Social and Political Philosophy | | Philosophy | Hartley | Fall | 2007 | Freeman, Samuel. "Introduction: John Rawls-An Overview". From: The Cambridge Companion to Rawls. Edited by Samuel Freeman | |
| PHIL8810 | Seminar in Social and Political Philosophy | | Philosophy | Hartley | Fall | 2007 | Nussbaum, Martha. "Rawls and Feminism". From: The Cambridge Companion to Rawls. Edited by Samuel | |

PLAINTIFF'S EXHIBIT 68 4-23-09    PENGAD 800-631-6989

EXHIBIT 71 - 1

| | | | | | |
|---|---|---|---|---|---|
| POLS4780 | Administrative Law and Government | Political Science | Abney | Fall | 2007 | Kagan, Robert. Adversarial legalism: the American way of law. Chapters 9 and 10. Cambridge, Mass.: Harvard University Press, 2001. | Freeman |
| POLS8200 | Comparative Political Analysis | Political Science | Downs | Fall | 2007 | Theda Skocpol. 1979. States and Social Revolutions: A Comparative Analysis of France, Russia, and China. New York: Cambridge University Press (Ch. 2: Old-Regime States in Crisis) | Skocpel, Theda |
| POLS8200 | Comparative Political Analysis | Political Science | Downs | Fall | 2007 | Theda Skocpol. 1979. States and Social Revolutions: A Comparative Analysis of France, Russia, and China. New York: Cambridge University Press (Ch. 1: Explaining Social Revolutions) | Skocpel, Theda |
| | | | | | | Panebianco, Angelo. Political Parties: | |

EXHIBIT 71 - 2

| | | | | | |
|---|---|---|---|---|---|
| POLS8228 | Comparative Party System Development | Political Science | Manning | Fall | 2007 | Organization and Power. Cambridge: Cambridge University Press. 1988, 3-32. |
| POLS8228 | Comparative Party System Development | Political Science | Manning | Fall | 2007 | Strom, Kaare and Wolfgang C. Muller. "Political Parties and Hard Choices." In Muller and Strom, Policy, Office, or Votes? How political parties in Western Europe make hard decisions. Cambridge: Cambridge University Press. 1999: 1-35. |
| POLS8228 | Comparative Party System Development | Political Science | Manning | Fall | 2007 | Herbert Kitschelt, "Introduction: Democracy and Party Competition," Herbert Kitschelt et al, Post-Communist Party Systems: Competition, Representation, and Inter-party Cooperation (Cambridge, 1999). |
| | | | | | | Daniel Posner, "Introduction: |

| | | | | | |
|---|---|---|---|---|---|
| POLS8228 | Comparative Party System Development | | Manning | Fall | 2007 | Institutions and Ethnic Politics," in Daniel Posner, Institutions and Ethnic Politics in Africa (Cambridge, 2005). |
| WST3010 | Feminism | | Kubala | Spring | 2005 | I Want a Wife by Judy Brady [in _Talking Visions: Multicultural Feminism in a Transnational Age_ ed. Ella Shohat. Cambridge, Mass.: The MIT Press, 1998.] |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()