EXHIBIT

72

# ERes
### electronic reserves system

Ereserves Home > Ereserves Index

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |
|---|---|---|---|

Find Documents Where:

Any Search Field · contains · cambridge Univers

Search   Clear

Displaying 10 · of 49 Matching Course Reserves Pages

<< Page 1 · of 5 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| AL8540 | Approaches to Teaching Second/Foreign Languages | | Applied Linguistics | Pickering | Fall | 2007 | Raimes, A. (2002). Ten Steps in Planning a Writing Course and Training Teachers of Writing. In J.C. Richards & W.A. Renandya (eds). Methodology in Language Teaching. Cambridge, Cambridge University Press. | |


PLAINTIFF'S EXHIBIT
71
4-21-09 YS
PENGAD 800-631-6989

| | AL8540 | Approaches to Teaching Second/Foreign Languages | | Applied Linguistics | Pickering | Fall | 2007 | Richards, J. & D. Hurley. (1990) Language and Content: Approaches to Curriculum Alignment, In "The Language Teaching Matrix: Curriculum, Methodology, and Materials.' Ed. J.C. Richards. Cambridge University Press. 1990 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | AL8660 | Materials Design, Development and Publication | | Applied Linguistics | Bunting | Fall | 2007 | Jolly, D., & Bolitho, R. (1998). A framework for materials writing. In B. Tomlinson (Ed.) Materials development in language teaching. (pp. ...). Cambridge: Cambridge University Press. |
| | AL8660 | Materials Design, Development and Publication | | Applied Linguistics | Bunting | Fall | 2007 | Fox, G. (1998). Using corpus data in the classroom. In B. Tomlinson (Ed.) Materials development in language |

| ALS660 | Materials Design, Development and Publication | | Applied Linguistics | | Bunting | | Fall | 2007 | Dudeney, G. (2007). Chapter 3: Tools for online work. In The internet and the language classroom: A practical guide for teachers (2nd ed., pp. 115-140). Cambridge: Cambridge University Press. |
| ALS660 | Materials Design, Development and Publication | | Applied Linguistics | | Bunting | | Fall | 2007 | Dobbs, J. (2001). Introduction. In Using the board in the language classroom (pp. 1-22). Cambridge: Cambridge University Press. |
| ALS660 | Materials Design, Development | | Applied Linguistics | | Bunting | | Fall | 2007 | Prowse, P. (1998). How writers write: Testimony from authors. |

| | and Publication | | | | | |
|---|---|---|---|---|---|---|
| AL8900 | Practicum | Applied Linguistics | Moran | Fall | 2007 | *The Language teaching pp. 229). Cambridge: Cambridge University Press.* *Focus on the Language Classroom* Allwright and Bailey, Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] |
| AL8900 | Practicum | Applied Linguistics | Belcher | Fall | 2007 | *Focus on the Language Classroom Ch* Allwright and Bailey, Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] |
| AL8900 | Practicum | Applied Linguistics | Murphy | Fall | 2007 | *Focus on the Language Classroom Ch* Allwright and Bailey, Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] |

EXHIBIT 72 - 4

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()

EXHIBIT 72 - 5

**ERes**

*electronic reserves system*

Georgia State Library System

Ereserves Home > Ereserves Index

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |
|---|---|---|---|

Find Documents Where:

| Any Search Field | contains | cambridge Univers |
|---|---|---|

[Search] [Clear]

of 49 Matching Course Reserves Pages

Displaying 10

<< Page 2    of 5 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| AL8900 | Practicum | | Applied Linguistics | Snell | Fall | 2007 |  ...om Ch Allwright and Bailey. Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] | |
| | | | | | | | Communication in Second Language Classrooms [Johnson, Karen E. Understanding | |

EXHIBIT 72 - 6

| AL8900 | Practicum | Applied Linguistics | Moran | Fall | 2007 | Communication in Second Language Classrooms. Cambridge ; New York : Cambridge University Press, 1995] |
| AL8900 | Practicum | Applied Linguistics | Belcher | Fall | 2007 | Teacher Observation in Second Language Teacher Education by Richard Day [ed. Richards and Nunan. Second Language Teacher Education. Cambridge [England] ; New York : Cambridge University Press, 1990] |
| AL8900 | Practicum | Applied Linguistics | Belcher | Fall | 2007 | Communication in Second Language Classrooms [Johnson, Karen E. Understanding Communication in Second Language Classrooms. Cambridge ; New York : Cambridge University Press, 1995] |
| | | | | | | ![signature] |

EXHIBIT 72 - 7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AL8900 | Practicum | | Applied Linguistics | Snell | Fall | 2007 | Language [Classroom Ch th Allwright and Bailey. Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] |
| AL8900 | Practicum | | Applied Linguistics | Murphy | Fall | 2007 | Language [Classroom Ch th Allwright and Bailey. Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] |
| AL8900 | Practicum | | Applied Linguistics | Moran | Fall | 2007 | Focus on the Language [Classroom Ch th Allwright and Bailey. Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] |
| AL8900 | Practicum | | Applied Linguistics | Belcher | Fall | 2007 | Problem Posing and Solving with Action Research [ Gebhard, Jerry. Language Teacher Awareness. Cambridge: |

EXHIBIT 72 - 8

| | | | | | | |
|---|---|---|---|---|---|---|
| AL8900 | Practicum | Applied Linguistics | Murphy | Fall | 2007 | Teacher Observation in Second Language Teacher Education by Richard Day [ed. Richards and Nunan. Second Language Teacher Education. Cambridge [England] ; New York : Cambridge University Press, 1990] |
| AL8900 | Practicum | Applied Linguistics | Snell | Fall | 2007 | Teacher Observation in Second Language Teacher Education by Richard Day [ed. Richards and Nunan. Second Language Teacher Education. Cambridge [England] ; New York : Cambridge University Press, 1990] |

EXHIBIT 72 - 9

Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()

EXHIBIT 72 - 10



**ERes**

*electronic reserves system*

Ereserves Home > Ereserves Index

Admin Login | Help Pages | Help Videos

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |

Find Documents Where:

Any Search Field | contains | cambridge Univers

[ Search ] [ Clear ]

Displaying 10 of 49 Matching Course Reserves Pages

<< Page 3 of 5 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| AL8900 | Practicum | | Applied Linguistics | Snell | Fall | 2007 | Communication in Second Language Classrooms [Johnson, Karen E. Understanding Communication in Second Language Classrooms. Cambridge ; New York : Cambridge University Press, 1995] | |
| | | | | | | | Teacher Observation in Second | |

EXHIBIT 72 - 11

| AL8900 | Practicum | Applied Linguistics | Moran | Fall | 2007 | Language Teacher Education by Richard Day [ed. Richards and Nunan. Second Language Teacher Education. Cambridge [England] ; New York : Cambridge University Press, 1990] |
| AL8900 | Practicum | Applied Linguistics | Belcher | Fall | 2007 | Focus on the Language Classroom Ch [by Allwright and Bailey. Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] |
| AL8900 | Practicum | Applied Linguistics | Murphy | Fall | 2007 | Problem Posing and Solving with Action Research [ Gebhard, Jerry. Language Teacher Awareness. Cambridge: Cambridge University Press, 1995] |
| | | | | | | Problem Posing and Solving with Action Research |

EXHIBIT 72 - 12

| | | | | | | |
|---|---|---|---|---|---|---|
| AL8900 | Practicum | Applied Linguistics | Snell | Fall | 2007 | [ Gebhard, Jerry. Language Teacher Awareness. Cambridge: Cambridge University Press, 1995] |
| AL8900 | Practicum | Applied Linguistics | Moran | Fall | 2007 | Problem Posing and Solving with Action Research [ Gebhard, Jerry. Language Teacher Awareness. Cambridge: Cambridge University Press, 1995] |
| AL8900 | Practicum | Applied Linguistics | Murphy | Fall | 2007 | Communication In Second Language Classrooms [Johnson, Karen E. Understanding Communication in Second Language Classrooms. Cambridge ; New York : Cambridge University Press, 1995] |
| ANTH8040 | Seminar in Anthropology | Anthropology | Guano | Fall | 2007 | Bourdieu, Pierre, Outline of a Theory of Practice, ch. 2: "Structures, habitus, power," |

EXHIBIT 72 - 13

| | | | | | Cambridge: Cambridge University Press, pgs. 159-171. |
| --- | --- | --- | --- | --- | --- |
| COMM8980 | Critical Visual Culture Theory | Communication | Raengo | Fall | 2007 | Martin Heidegger, "The Age of the World Picture" in Off the Beaten Track. edited and translated by Julian Young and Kenneth Haynes. New York : Cambridge University Press, 2002 |
| EPY8200 | Advanced Developmental Psychology: Cognitive Intellect | Educational Psycology | Gray | Fall | 2007 | Wertsch, J. V. & Kanner, B. G. (1992). A sociocultural approach to intellectual development. In R. J. Sternberg and C. A. Berg (Eds.), Intellectual Development (pp. 328-349). NY: Cambridge University Press |

EXHIBIT 72 - 14



# ERes

*electronic reserves system*

Georgia State University

Ereserves Home > Ereserves Index

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |
| --- | --- | --- | --- |

Find Documents Where:

Any Search Field    contains    cambridge Univers

Search    Clear

Displaying 10    of 49 Matching Course Reserves Pages

<< Page 4    of 5 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EPY8200 | Advanced Developmental Psychology: Cognitive Intellect | | Educational Psychology | Bray | Fall | 2007 | Wertsch, J. V. & Kanner, B. G. (1992). A sociocultural approach to intellectual development. In R. J. Sternberg and C. A. Berg (Eds.), Intellectual Development (pp. 328-349). NY: Cambridge University Press | |
| | | | | | | | Wertsch, J. V. & Kanner, B. G. (1992). A sociocultural | |

EXHIBIT 72 - 15

| EPY8200 | Advanced Developmental Psychology: Cognitive Intellect | Educational Psycology | Swan | Fall | 2007 | approach to intellectual development. In R. J. Sternberg and C. A. Berg (Eds.), Intellectual Development (pp. 328-349). NY: Cambridge University Press |
|---|---|---|---|---|---|---|
| EPY8220 | Social and Personality Development | Educational Psycology | Kruger | Fall | 2007 | van der Kolk, B. A. (2007). The developmental impact of childhood trauma. In L.J. Kirkmayer, R. Lemelson, & M. Barad (Eds.), Understanding trauma: Integrating biological, clinical and cultural perspectives. Cambridge: Cambridge University Press, pp. 224-241. |
| EPY8220 | Social and Personality Development | Educational Psycology | Garfin | Fall | 2007 | van der Kolk, B. A. (2007). The developmental impact of childhood trauma. In L.J. Kirkmayer, R. Lemelson, & M. Barad (Eds.), Understanding trauma: Integrating biological, clinical and |

EXHIBIT 72 - 16

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Educational Psycology | Gray | Fall | 2007 | van der Kolk, B. A. (2007). The developmental impact of childhood trauma. In L.J. Kirkmayer, R. Lemelson, & M. Barad (Eds.), Understanding trauma: Integrating biological, clinical and cultural perspectives. Cambridge: Cambridge University Press, pp. 224-241. |
| EPY8220 | Social and Personality Development | | | | | |
| HIST8000 | Introduction to Historical Research/Historiography, Theory, and Methods | History | Perry | Fall | 2007 | Eric Hobsbawm, "Introduction: Inventing Traditions," in The Invention of Tradition, Hobsbawm and Terrence Ranger, eds. (Cambridge: Cambridge University Press, 1983), 1-14. |
| | | | | | | Shelly Baranowski, Strength |

EXHIBIT 72 - 17

| HIST8900 | Directed Readings in Modern German History | History | Perry | Summer | 2007 | Through Joy: Consumerism and Mass Tourism in the Third Reich (Cambridge University Press, 2004). [Call Number: DD256.5 B324 2004] |
|---|---|---|---|---|---|---|
| LAW7277 | International Human Rights | Law | Saito | Fall | 2007 | Martin, International Human Rights and Humanitarian Law: Treatises, Cases & Analysis (Cambridge University Press) K3240 .I5788 2006 |
| PHIL4060 | Kant | Philosophy | Merritt | Spring | 2008 | 01-Kant, "What is Enlightenment?" In Immanuel Kant, Practical Philosophy, translated and edited by Mary J. gregor (Cambridge University Press, 1996), 11-22. |
|  |  |  |  |  |  | 4. Kant, Religion within the Boundaries of Mere Reason, Part II. (In Immanuel Kant, Religion and |

EXHIBIT 72 - 18

| PHIL4060 | Kant | Philosophy | Merritt | Spring | 2008 | Rational Theology. Cambridge Edition of the Works of Immanuel Kant. Cambridge: Cambridge University Press, 1996. Pp. 101-126.) |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()

EXHIBIT 72 - 19



# ERes
*electronic reserves system*

Ereserves Home > Ereserves Index

---

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |
|---|---|---|---|

Find Documents Where:

| Any Search Field | contains | cambridge Univers |
|---|---|---|

[ Search ]  [ Clear ]

---

Displaying 10 of 49 Matching Course Reserves Pages

<< Page 5 of 5 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| PHIL4060 | Kant | | Philosophy | Merritt | Spring | 2008 | 04-Rene Descartes, Meditations on First Philosophy, Second Meditation. In Descartes, Selected Philosophical Writings, translated by John Cottingham, Robert Stoothoff, and Dugald Murdoch (Cambridge University | |

EXHIBIT 72 - 20

Docutek ERes - Ereserves Index

| | | | | | | Citation |
|---|---|---|---|---|---|---|
| PHIL4060 | Kant | Philosophy | Merritt | Spring | 2008 | Press, 1988). 3. Kant, Religion within the Boundaries of Mere Reason, Preface and Part I. (In Immanuel Kant, Religion and Rational Theology. Cambridge Edition of the Works of Immanuel Kant. Cambridge: Cambridge University Press, 1996. Pp. 57-97.) |
| PHIL6060 | Kant | Philosophy | Merritt | Spring | 2008 | Eric Watkins, Kant and the Metaphysics of Causality, Chapter 3, "Kant's Second and Third Analogies of Experience." Cambridge: Cambridge University Press, 2005. |
| PHIL6060 | Kant | Philosophy | Merritt | Spring | 2008 | 3. Christine Korsgaard, "The Right to Lie: Kant on Dealing with Evil" (In Creating the Kingdom of Ends |

EXHIBIT 72 - 21

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | [Cambridge University Press, 1996], 133-158). |
| PHIL6060 | Kant | Philosophy | Merritt | Spring | 2008 | 4. Barbara Herman, "Making Room for Character" (in Aristotle, Kant, and the Stoics [Cambridge University Press, 1996], 36-60). |
| POLS8200 | Comparative Political Analysis | Political Science | Downs | Fall | 2007 | 1979. States and Social Revolutions: A Comparative Analysis of France, Russia, and China. New York: Cambridge University Press | Skocpel, Theda |
| POLS8200 | Comparative Political Analysis | Political Science | Downs | Fall | 2007 | and Social Revolutions: A Comparative Analysis of France, Russia, and China. New York: Cambridge | Skocpel, Theda |

EXHIBIT 72 - 22

| | | | | | | University Press (Chapter 1: Explaining Social Revolutions) |
|---|---|---|---|---|---|---|
| POLS8228 | Comparative Party System Development | Political Science | Manning | Fall | 2007 | Panebianco, Angelo. Political Parties: Organization and Power. Cambridge: Cambridge University Press. 1988, 3-32. |
| POLS8228 | Comparative Party System Development | Political Science | Manning | Fall | 2007 | Strom, Kaare and Wolfgang C. Muller. "Political Parties and Hard Choices." in Muller and Strom. Policy, Office, or Votes? How political parties in Western Europe make hard decisions. Cambridge: Cambridge University Press. 1999: 1-35. |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()

EXHIBIT 72 - 23