EXHIBIT 73

# SEMINAR IN COMPARATIVE POLITICS
## POLITICAL SCIENCE 8200

Fall Semester 2007
Monday 1:00-3:30
621 General Classroom Building

**Dr. William M. Downs**  **Office Hours:** M 3:30-4:30, W 1:00-3:00
**Department of Political Science**  **Office:** 1008 GCB
**Georgia State University**  **Tel:** (404) 413-6170
 **Fax:** (404) 413-6156
 **E-mail:** polwmd@langate.gsu.edu

**COURSE DESCRIPTION**
This graduate seminar is designed to give participants a professional introduction to the issues, theories, and methodological approaches associated with the systematic and comparative study of nation-states and their political systems. An established and major sub-field of political science, Comparative Politics encompasses a wide range of topics--including state building, development, mass political behavior, public policy, party systems, interest representation and political participation, institutional design and political economy. We will take time to recognize the academic evolution of Comparative Politics, think seriously about the logic of comparative analysis, and critique some of the classics in the field as well as some more recent, cutting edge contributions.

The seminar's primary goal is to focus on the major substantive, theoretical and empirical research questions concerning Comparative Politics. The course is not an "introduction to politics in [insert country x here]." Nor is it slanted excessively to the professor's particular region of interest and expertise (e.g., Europe). We look at the important questions and apply them geographically where they prove most relevant. That said, the literature to be read and discussed should only be considered a sampling of a richly diverse field. The seminar meetings themselves will aim at constructive criticism and analysis of these works. More broadly, students will be encouraged to relate these discussions and questioning to their own research and professional interests.

**TEXTS AND COURSE MATERIALS**
Gerardo L. Munck and Richard Snyder. 2007. *Passion, Craft, and Method in Comparative Politics*. Baltimore: Johns Hopkins University Press.

Barbara Geddes. 2003. *Paradigms and Sand Castles: Theory Building and Research Design in Comparative Politics*. Ann Arbor: University of Michigan Press.

James Mahoney and Dietrich Rueschemeyer, eds. 2003. *Comparative Historical Analysis in the Social Sciences*. Cambridge: Cambridge University Press.

Adam Przeworski et al. *Democracy and Development: Political Institutions and Well-Being in the World, 1950-1990*. Cambridge: Cambridge University Press.

Theda Skocpol. 1979. *States and Social Revolutions: A Comparative Analysis of France, Russia, and China*. New York: Cambridge University Press.

Robert A. Dahl. 1972. *Polyarchy*. New Haven: Yale University Press.

Arend Lijphart. 1999. *Patterns of Democracy: Government Forms and Performance in Thirty-Six Countries*. New Haven: Yale University Press.

EXHIBIT 73 - 1

GaState0046416

**Notes on Articles and Chapters:** Additional readings will come from select journal articles and book chapters, which will be made accessible to you. Numerous readings can be downloaded and printed from a campus computer via the archive of political science journal articles at JSTOR (www.jstor.org). Articles available at JSTOR are so noted. We will also place several readings on the electronic course reserves at http://reserves.gsu.edu, from which you may print directly from your own computer or from a university computer. The documents are password protected, and we will discuss the details of using EReserves early in the semester.

Please note below that I provide you with a set of required readings as well as a suggested list of supplementary readings. You will not be held formally responsible for the supplementary readings; however, if you find a theme particularly engaging or perhaps particularly difficult to grasp, you may want to pursue the supplementary readings to gain a fuller understanding of the material. Doctoral students planning to take a comprehensive exam in Comparative Politics should familiarize themselves with these supplementary readings.

Please note also for your reference that new work in Comparative Politics appears regularly in the *American Political Science Review* and, to a lesser extent in the *American Journal of Political Science* and the official journals of the other regional political science associations. Of the journals specializing in Comparative Politics, *Comparative Political Studies* and *Comparative Politics* are the most important. Among journals published outside the United States, the *British Journal of Political Science* publishes work that is most comparable to that which appears in U.S. journals. *Electoral Studies* publishes timely research on electoral systems and useful factual reports on recent elections.

**COURSE REQUIREMENTS AND GRADING SYSTEM**
*Review Essay:* Students will write one discussion paper (approximately 1250 words in length) during the semester. Likewise, students will serve as a "discussant" for a paper presented by a fellow seminar participant. The review essays will raise a single or a series of theoretical or methodological questions or criticisms of the work being discussed for that particular week. A topic/question will be assigned to you. Essays must not summarize the work(s) in question; instead, they should address and raise only those issues that could contribute to discussion on the day's theme(s). Each essay must be sent via e-mail to the professor and to all class members by no later than 5:00 p.m. Sunday, the day before each seminar session. Late essays will not be accepted (discussants will not be penalized). At the seminar session itself, all essay writers will be allocated 20 minutes to present their argument. Each discussant will then have 10-15 minutes to critique and counter this argument, generally defending the original author's point of view. This structured "point-counterpoint" format is intended to then instigate a more free flowing class-wide discussion.

*Author's Rejoinder:* Reviews of published work often spawn rejoinders from the original author, seeking to reject, clarify, or accept the comments and criticisms of their reviewer. Putting yourself in the place of Arend Lijphart, you will write a response to a published review (to be distributed) of his *Patterns of Democracy*. Typically, such rejoinders are approximately 1250 words. This assignment is due October 15.

*APSR Manuscript Review:* You will write a review of an unpublished manuscript submitted--hypothetically--to the *American Political Science Review*. Your task is to follow the actual format (to be distributed) given to those who participate in the process of blindly (i.e., anonymously) refereeing journal submissions (e.g., evaluate the importance, originality, validity, and clarity of the research). Everyone reviews the same manuscript, and the assignment is due October 22.

*Participation:* Your participation is enormously important. This is a graduate seminar. Members are thus expected to attend all class sessions and to participate actively at each. Seminar participants must complete the assigned readings on time and contribute thoughtfully and consistently to class discussions. You should come to class prepared to answer the following questions: What are the central theses, concerns, or controversies in the readings? What are the most provocative claims the author/s make/s? What are the key concepts that the author/s introduce/s, and how are they defined? What makes for a good book or article? What are the strengths and weaknesses of the readings? What can you learn from the authors as you think of your own thesis and/or dissertation project(s)?

EXHIBIT 73 - 2

GaState0046417

*Research Design:* An original research design for a comparative study is required and due at the end of the semester (December 7). You will select a research question, justify it on substantive and theoretical grounds, place it within the Comparative Politics literature, and detail a methodological blueprint for answering the question in at least two countries. You can, additionally, analyze some preliminary data. We will discuss the specifics of this project early in the semester, but the rationale is one part "demonstrate you know the literature" and one part "use this as the initial basis for a future seminar paper, conference paper proposal, Masters thesis, or dissertation project." The paper shall be no shorter than 15 pages and no greater than 20 pages. A one-page proposal is due on October 29.

*Exam:* The final exam for this course is scheduled for December 10 (1:00-3:30). This exam will give you the chance to demonstrate your ability to synthesize the various and often competing theoretical approaches to comparative political analysis. The exam's form is two essay questions that draw directly from the course readings.

*Grade:* The final seminar grade will be determined on the basis of the following weights:

| | |
|---|---|
| APSR Review | 10% |
| Author's Rejoinder | 10% |
| Discussion Essay | 15% |
| Discussion and Participation | 20% |
| Exam | 20% |
| Research Design | 25% |

Please note that we will be using the University's still-new +/- grading scale this semester. Possible course grades will therefore include: A, A-, B+, B, B-, C+, C, C-, D, and F.


**SCHEDULE:**

**Week 1 (August 20)**   **Introduction to the Comparative Analysis of Political Systems**
Introductory comments and discussion of seminar format.

**Week 2 (August 27)**   **Logic and Methods of Comparison**
Readings:
- Geddes, *Paradigms and Sand Castles*, Chapters 1-3
- Lijphart, Arend. 1971. "Comparative Politics and the Comparative Method." *American Political Science Review*, 682-693. [EReserves]
- Frendreis, John P. 1983. "Explanation of Variation and Detection of Covariation: The Purpose and Logic of Comparative Analysis." *Comparative Political Studies* 16:2, 255-272 [EReserves]
- Munck and Snyder, *Passion, Craft, and Method*, Chapters 1-2

Supplemental:
- B. Guy Peters, "The Importance of Comparison" and "The Logic of Comparison" [EReserves]
- Sartori, Giovanni. 1970. "Concept Misformation in Comparative Politics." *American Political Science Review* 54, 1033-1053. [EReserves]
- Collier, David and James Mahoney. 1993. "Conceptual Stretching Revisited: Adapting Categories in Comparative Analysis." *APSR* 87:4, 845-855. [JSTOR]
- Fearon, James. 1991. "Counterfactuals and Hypothesis Testing." *World Politics* 43: 169-195. [EReserves]
- Kalleberg, Arthur. 1966. "The Logic of Comparison." *World Politics* 19:1, 69-82. [JSTOR]
- Przeworski, Adam and Harry Teune. 1970. *The Logic of Comparative Social Inquiry* (New York: John Wiley & Sons), Chapters 1-4. [H62 .P79]
- King, Gary, Robert Keohane and Sidney Verba. 1994. *Designing Social Inquiry: Scientific Inference in Qualitative Research*. Princeton University Press.

EXHIBIT 73 - 3

GaState0046418

- Mark Irving Lichbach, Alan S. Zuckerman, and Ira Katznelson, eds. 1997. *Comparative Politics: Rationality, Culture, and Structure*. Cambridge: Cambridge University Press.

**Week 3 (September 3)**    *Labor Day—no class*

**Week 4 (September 10)**    **The State…Still the Central Actor?**
Readings:
- J.P. Nettl. "The State as a Conceptual Variable." *World Politics* 20:4 (1968): 559-592. [JSTOR]
- Timothy Mitchell, "The Limits of the State: Beyond Statist Approaches and Their Critics," *American Political Science Review* 85:1 (March 1991): 77-96 [JSTOR]
- John Bendix et al., "Going Beyond the State?" *American Political Science Review* 86:4 (1992): 107-121 [JSTOR]
- Almond et al. 1988. Symposium on "The Return to the State" and "The Return to the State: Critiques," *American Political Science Review* 82:3, 853-900 [EReserves].

Supplemental:
- Munck and Snyder, *Passion, Craft, and Method*, Chapter 3
- Robert H. Jackson and Carl G. Rosberg, "Why Africa's Weak States Persist: The Empirical and the Juridical in Statehood," *World Politics* 35:1 (1982), 1-24 [EReserves]
- Atul Kohli. 1995. "The Role of Theory in Comparative Politics." *World Politics* 48, 1-49 [EReserves]
- Stephen Krasner. "Approaches to the State: Alternative Conceptions and Historical Dynamics." *Comparative Politics* 16:2 (1984): 223-246. [JSTOR]
- Lisa Anderson, "The State in the Middle East and North Africa," *Comparative Politics* 20:1 (1987): 1-18 [JSTOR]
- Jeffrey Herbst, "War and the State in Africa." *International Security* 14:4 (1990): 117-39. [JSTOR]

**Week 5 (September 17)**    **Variable Paths to the Present: Revolution, Evolution and the Explanatory Power of "History"**
Readings:
- Theda Skocpol, *States and Social Revolutions*.
- Munck and Snyder, *Passion, Craft, and Method*, Chapter 17
- Mahoney and Rueschemeyer, *Comparative Historical Analysis in the Social Sciences*, Chapters 1-2, 4-5

Supplemental:
- James Farr. 1982. "Historical Concepts in Political Science: The Case of 'Revolution'." *American Journal of Political Science* 26:4, 688-702. [JSTOR]
- Samuel Huntington. 1968. *Political Order in Changing Societies*. New Haven: Yale University Press (Chapters 1, 4-6) [EReserves]
- Barrington Moore, Jr. 1966. *Social Origins of Dictatorship and Democracy*. Boston: Beacon (Chapters 1-2, 5, 7-9) [EReserves]
- Evenly B. Davidheiser, "Strong States, Weak States: The Role of the State in Revolution," *Comparative Politics* 24:4 (1992): 463-475.

**Week 6 (September 24)**    **Explaining Poverty and Failure: Dependency and Underdevelopment**
Readings:
- Robert A. Packenham, "Approaches to the Study of Political Development," *World Politics* 17:1 (1964): 108-120. [JSTOR]
- Frances Hagopian, "Political Development, Revisited," *Comparative Political Studies* 33:6/7 (2000): 880-911. [EReserves]
- Tony Smith, "The Underdevelopment of Development Literature: The Case of Dependency Theory," *World Politics* 31:2 (1979), 247-288 [JSTOR].

EXHIBIT 73 - 4

GaState0046419

Supplemental:
- Michael Bratton, "Patterns of Development and Underdevelopment: Toward a Comparison," *International Studies Quarterly* 26:3 (1982): 333-372 [JSTOR]
- Ilan Kapoor, "Capitalism, culture, agency: dependency versus postcolonial theory," Third World Quarterly 23:4 (2002): 647-664 [EReserves]
- Marc Lindenberg and Shantayanan Devarajan, "Prescribing Strong Economic Medicine: Revisiting the Myths about Structural Adjustment, Democracy, and Economic Performance in Developing Countries," *Comparative Politics* 25:2 (1993): 169-182 [JSTOR]
- Vicky Randall, "Using and Abusing the Concept of the Third World: Geopolitics and the Comparative Political Study of Development and Underdevelopment," *Third World Quarterly* 25:1 (2004): 41-53. [EReserves]

**Week 7 (October 1)** **Conceptualizing Democracy: Dahl's *Polyarchy***
Reading:
- Dahl, *Polyarchy*
- Munck and Snyder, *Passion, Craft, and Method*, Chapter 5

**Week 8 (October 8)** **Democracy and Dictatorship**
Readings:
- Przeworski et al., *Democracy and Development*
- Munck and Snyder, *Passion, Craft, and Method*, Chapter 13

Supplemental:
- Larry Diamond. 2002. "Thinking About Hybrid Regimes." *Journal of Democracy* 13:2, 21-35.
- Philippe C. Schmitter and Terry Lynn Karl. 1991. "What Democracy Is…and Is Not." *Journal of Democracy*, 67-73 [EReserves]

**Week 9 (October 15)** **Comparing Democratic Institutions**
Readings:
- Lijphart, *Patterns of Democracy*
- Munck and Snyder, *Passion, Craft, and Method*, Chapter 8
- <u>Author rejoinder due</u>.

Supplemental:
- Mahoney and Rueschemeyer, *Comparative Historical Analysis in the Social Sciences*, Chapter 6
- James March and Johan Olsen. *Rediscovering Institutions* (New York: Free Press, 1989).

**Week 10 (October 22)** **Comparative Political Economy**
Reading:
- Margaret Levi, "The Economic Turn in Comparative Politics," *Comparative Political Studies* 33:6/7 (2000): 822-844 [E-Reserves]
- Alt and Crystal, *Political Economics*, Chapters 1-2 [E-Reserves]
- <u>APSR Manuscript Review due</u>: "Ideas of Order: Institutional Politics and the Shifting Politics of Pension Reform in France and Germany"

Supplemental:
- Douglas North. 1990. *Institutions, Institutional Change and Economic Performance*. Cambridge: Cambridge University Press

**Week 11 (October 29)** **Rational Choice in Comparative Politics**
Readings:
- Geddes, *Paradigms and Sand Castles*, Chapter 5

EXHIBIT 73 - 5

GaState0046420

- Gerardo Munck, "Game Theory and Comparative Politics: New Perspectives and Old Concerns" [EReserves]
- Evelyn Huber and Michelle Dion, "Revolution or Contribution? Rational Choice Approaches in the Study of Latin American Politics," *Latin American Politics and Society*, 44:3 (2002): 1-28 [E-Reserves]
- <u>One-page proposal for research design due</u>.

Supplemental:
- George Tsebelis, *Nested Games: Rational Choice in Comparative Politics*. Berkeley: University of California Press, 1990.
- Barry Weingast, "Rational Choice Institutionalism," in Ira Katznelson and Helen Milner Ada W. Finifter, ed., *Political Science: The State of the Discipline III*. Washington, D.C.: American Political Science Association.

**Week 12 (November 5)  Comparative Public Policy**
Readings:
- Adollino and Blake, *Comparing Public Policies*, Chapter 2 [E-Reserves]
- Mahoney and Rueschemeyer, *Comparative Historical Analysis in the Social Sciences*, Chapter 3
- Charles Lockhart, "Explaining Social Policy Differences Among Advanced Industrial Democracies," *Comparative Politics* (1984): 335-350. [JSTOR]

Supplemental:
- Charles W. Anderson. "Comparative Policy Analysis: The Design of Measures." *Comparative Politics* 4:1 (1971): 117-131.
- Trevor Jones and Tim Newburn, "Learning from Uncle Sam? Exploring U.S. Influences on British Crime Control Policy," *Governance* 15:1 (2002): 97-119.
- Alberto Alesina, Edward Glaeser and Bruce Sacerdote. 2001. "Why Doesn't the United States Have a European-Style Welfare State?" *Brookings Papers on Economic Activity* 2, 1-69.

**Week 13 (November 12) Dissecting the Leviathan: Bureaucracy & Comparative Public Administration**
Readings:
- Max Weber, "Bureaucracy," in *Economy and Society*, Volume I
- Gregory J. Kasza, "Bureaucratic Politics in Radical Military Regimes," *American Political Science Review* 81:3 (1987): 851-872.
- B. Guy Peters, "The Problem of Bureaucratic Government," *The Journal of Politics* 43:1 (1981), 56-82.
- APSR Manuscript Review Assignment: Anonymous, "Institutions or Culture: A Comparative Study of Government Performance"

Supplemental:
- Hardy Wickwar. *Power and Service: A Cross-National Analysis of Public Administration*. New York: Greenwood, 1991.

**Week 14 (November 19): The Nexus of Comparative Politics and International Relations**
Readings:
- Helen Milner, "Rationalizing Politics: The Emerging Synthesis of International, American, and Comparative Politics," *International Organization* 52:4 (1998): 759-786. [JSTOR]
- Peter Gourevitch. "The Second Image Reversed: The International Sources of Domestic Politics," *International Organization* 32:4 (1978): 881-912.

**Week 15 (November 26):   Evaluating the Field and its Prospects**
Readings:
- Geddes, *Paradigms and Sand Castles*, Chapter 6
- Jennifer Hochschild, "Ten Years from Now," *Perspectives on Politics* 3:3 (2005): 539-575.

EXHIBIT 73 - 6

GaState0046421

- Margaret Levi, "Why We Need a New Theory of Government," Perspectives on Politics 4:1 (2006): 5-19.

Supplemental:
- David Laitin, "Comparative Politics: The State of the Subdiscipline" [EReserves]

**Week 16 (December 3): Paper Presentations**

**December 7**     **Research Designs due without exception before 5:00 p.m.**

**December 10**     **Exam (1:00-3:30)**

---

*Note:* This course syllabus provides a general plan for the course; deviations may be necessary.

*Note:* Last day to drop and still receive a "W" is October 15.

*Note:* Students are responsible for the information contained in the Academic Honesty policy found in the University Bulletin.

EXHIBIT 73 - 7

GaState0046422