EXHIBIT

74



# ERes
*electronic reserves system*

Admin Login | Help Pages | Help Videos

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |

Find Documents Where:

Any Search Field    contains    cambridge

[Search]  [Clear]

Displaying 10 of 82 Matching Course Reserves Pages    << Page 3    of 9 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| AL8900 | Practicum | | Applied Linguistics | Belcher | Fall | 2007 | Focus on the Langauge Classroom Ch 10 [ Allwright and Bailey. Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] | |
| AL8900 | Practicum | | Applied Linguistics | Murphy | Fall | 2007 | Focus on the Langauge Classroom Ch 10 [ Allwright and Bailey. Focus on the Language | |

PLAINTIFF'S EXHIBIT 69
4-2309 TB
PENGAD 800-631-6989

| | | | | |
|---|---|---|---|---|
| AL8900 | Practicum | Applied Linguistics | Belcher | Fall 2007 | Classroom. Cambridge: Cambridge University Press, 1991] Teacher Observation in Second Language Teacher Education by Richard Day [ed. Richards and Nunan. Second Language Teacher Education. Cambridge [England] ; New York : Cambridge University Press, 1990] |
| AL8900 | Practicum | Applied Linguistics | Moran | Fall 2007 | Focus on the Langauge Classroom Ch 10 [ Allwright and Bailey. Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] Teacher Observation in Second Language Teacher Education by Richard Day [ed. Richards and Nunan. |

| | | | | |
|---|---|---|---|---|
| AL8900 | Practicum | Applied Linguistics | Snell | Fall | 2007 | Second Language Teacher Education. Cambridge [England] ; New York : Cambridge University Press, 1990] |
| AL8900 | Practicum | Applied Linguistics | Moran | Fall | 2007 | Teacher Observation in Second Language Teacher Education by Richard Day [ed. Richards and Nunan. Second Language Teacher Education. Cambridge [England] ; New York : Cambridge University Press, 1990] |
| AL8900 | Practicum | Applied Linguistics | Murphy | Fall | 2007 | Communication in Second Language Classrooms [Johnson, Karen E. Understanding Communication in Second Language Classrooms. Cambridge ; New York : Cambridge University Press, 1995] |

| AL8900 | Practicum | Applied Linguistics | Snell | Fall | 2007 | Communication in Second Language Classrooms [Johnson, Karen E. Understanding Communication in Second Language Classrooms. Cambridge ; New York : Cambridge University Press, 1995] | |
| AL8900 | Practicum | Applied Linguistics | Belcher | Fall | 2007 | Focus on the Langauge Classroom Ch 9 [ Allwright and Bailey, Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] | |
| ANTH4200 | Urban Anthropology | Anthropology | Guano | Spring | 2008 | Sharon Zukin, The Cultures of Cities, Cambridge, MA:Blackwell, 1995; pgs. 1-47; 49-77 | Zukin, Sharon. |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()