EXHIBIT

75

Instructor:        Diane Belcher
Office:            34 Peachtree St., Rm. 1215 (Department of AL/ESL)
Phone:             404-413-5194
E-mail:            dbelcher1@gsu.edu  (Note: I will contact you via your GSU e-mail)
Office Hours:      Thursday, 1:00-5:00, or other times by appointment
Class Days/Time:   **Wednesday. 4:30-7:00**
Classroom:         Sparks 421

## Required Reading Materials

1. Farrell, T. (2007). *Reflective language teaching.* Continuum.
2. Hafernick, J. J., Messerschmitt, D. S., & Vandrick, S. (2002). *Ethical issues for ESL faculty.* LEA.
3. **ERes Course Web Page Reserve Materials:** z4ainonwS (password)
    1) Go to http://reserves.gsu.edu
    2) Click on *Electronic Reserves and Course Materials*
    3) Click on the tab at the top that says "Course Reserve Pages by Instructor"
    3) Arrow down to find your instructor's name
    4) Click *View* beside your instructor's name
    5) Click on the course page that you would like to view
    6) Enter the password [Passwords are case sensitive and are in all caps. Get the password from your instructor.]
    7) Agree to the copyright
    8) The page will come up

## Course Objectives

Upon completion of the course, participating students who are conscientious in completing course related readings, activities, tasks, and discussions will have

- had guided, systematic, and focused opportunities to observe and work closely with experienced ESL teachers
- had frequent opportunities to discuss their observation and guided-teaching experiences
- increased their familiarity with communication patterns of L2 teaching and learning
- had opportunities to microteach in an L2 classroom and in the Practicum classroom
- explored options for continuing professional development through exploratory teaching, action research, and classroom observation techniques.
- developed tools and personal resources for engaging in non-threatening and useful dialogues about classroom teaching with colleagues, supervisors, and L2 students,

## Evidence of Learning Outcomes

1. Applies basic principles of ESL/EFL language teaching methodology and learning.
   Evidence: Microteaching lessons, one of which will be videotaped
2. Analyzes and critiques theory and practice of L2 teaching and learning.
   Evidence: Micro-teaching lessons; final course project (paper)


PLAINTIFF'S
EXHIBIT
113
5-7-09
PENGAD 800-631-6989

1

EXHIBIT 75 - 1

GaState0046249

3. Communicates effectively orally and in writing. <u>Evidence:</u> In-class discussion participation and discussion facilitation for course readings; videotaped micro-teaching; weekly online postings, observation field notes, course project (paper).

## Course Description

The Practicum course provides a guided opportunity for pre-service teachers to be part of an ESL course. Guidance is provided by co-operating teachers (also called CTs) and the Practicum instructor. One aim of the Practicum is to explore L2 classroom dynamics (e.g., classroom interaction patterns; patterns of classroom communication) in order to learn to 'see' instances of L2 teaching and learning more clearly. Teachers can really benefit from periods of reflection upon what they, their colleagues, and L2 students do in classroom settings. The emphasis of the course will be on an experiential process: a pre-service teacher (i.e., the Practicum student) developing a constructive working relationship with an in-service co-operating teacher. The Practicum instructor guides and supports practicum students as they learn to describe patterns, sequences, and consequences of classroom interactions and communications. Descriptions of actual events taking place within language classrooms are key features of the course. By learning to see more clearly, alternative teaching/learning behaviors may be generated and explored.

Two related perspectives taken in the course are
1) The classroom observation perspective;
2) The exploratory teaching perspective.

Our weekly course meetings follow a seminar format centered upon group discussions of experiences in working with co-operating teachers (in their classes) and assigned readings. A significant amount of time will be spent in the co-operating teacher's classes. One requirement of the course is for practicum students to attend an IEP (or ESL) class on a regular basis; in most cases, this means attending each class. This is a minimum requirement. You will complete observation tasks, and confer with co-operating teachers outside of class. Over the semester, students will learn:

1) to describe discourse patterns of L2 classrooms generally;
2) to describe and be aware of patterns of classroom communications;
3) to recognize the dynamics of L2 classroom more clearly;
4) to see classroom communication patterns more clearly as a means for self-exploration in the generation of alternative classroom practices;
5) to see more clearly as a means for the self-exploration and empowerment of teachers and L2 learners;
6) to prepare for future teaching by learning to initiate and document changes in teaching/learning routines in order to provide enhanced learning opportunities to L2 learners (and to share lessons learned with colleagues).

Such efforts accompany the general movement in our field away from comparing different methods, designs, and procedures (or prescribing how instructors should teach), to describing and exploring what students and teachers collaboratively accomplish together inside L2 classroom settings. Practicum students will be guided in the exploration of their own and others' classroom behaviors and will be provided with tools for continuing such explorations throughout the rest of their professional careers

The class meetings provide a structured format for peer feedback and collaboration as the participants develop self-assurance and confidence while engaged in observation and teaching (e.g., microteaching; peer-teaching) activities.

## Statement on Academic Honesty

2

EXHIBIT 75 - 2

GaState0046250

Please see our course policy and GSU's more general policy on Academic Honesty as posted on the internet at the following URL (and/or the latest edition of the general GSU catalog): <http://www.gsu.edu/~wwwreg/gradcat0203/academicreg2.pdf (begins on p. 7). An excerpt:

". . . As members of the academic community, students are expected to recognize and uphold standards of intellectual and academic integrity. The University assumes as a basic and minimum standard of conduct in academic matters that students be honest and that they submit for credit only the products of their own efforts. . . . The student is responsible for understanding the legitimate use of sources, the appropriate ways of acknowledging academic, scholarly or creative indebtedness, and the consequences of violating this responsibility. . ."

## Methods of Instruction

Along with related reading-to-learn, speaking-to-learn, and writing-to-learn opportunities, during the second week of the course, Practicum students will be paired with one or two co-operating teacher/s (if two, consecutively, not concurrently) working in GSU's Intensive English Program (IEP) or in ESL. Students will participate in their co-operating teacher's course, initially as a non-participating observer. Increasingly over the duration of the Practicum (at the cooperating teacher's discretion), students will have opportunities to implement some phases of lessons in the cooperating teacher's course. Based upon our course readings, students will complete guided observation tasks in their co-operating teacher's ESL course and in the seminar settings, students can report on the results of observation tasks completed. Additionally, students will review and discuss their experiences working with co-operating teachers. **It is crucial that you participate in our weekly meetings**. This course relies heavily on each person's sharing of his/her experiences in the cooperating teacher's classroom.

## Attendance Policy

Students are expected to attend all class sessions. GSU's standard policy is that students with absences equivalent to 10% or more of class (i.e., two class sessions) will receive a grade of "U". This is a general GSU policy. Please speak to me if unforeseen problems arise.

## Grading for the Course

This 3-credit course will be graded using the conventional letter grade system. Final grades will be determined as follows:

Task/Activity

| | |
|---|---|
| 1. Weekly reader-response postings. | 15% |
| 2. Facilitation of discussion of weekly class readings | 10% |
| 3. Participating in weekly seminar discussions (seminar expectations) (i.e., *speaking-to-learn* task). Most often these will involve your reporting to the group on what has been happening within the context of the cooperating teacher's (CT's) course. Your weekly reports will fluctuate based on class activities and others' contributions, but a guideline is a 5-minute report. An effective procedure is to work from written field notes* you have generated that are tied to what you have observed or experienced within the CT's course. When contributing to seminar discussions, focus on providing non-judgmental descriptions of events taking place in the CT's course. That is, you should try to avoid evaluative comments and focus instead on describing classroom events as accurately and dispassionately as possible. | 10% |
| 4. Three microteaching lessons: one in our Practicum classroom (5%), one | 20% |

GaState0046251

| | |
|---|---|
| collaborative lesson (with CT) in your first CT's class (5%), and one videotaped solo <u>or</u> collaborative (with CT) lesson in your second CT's class (10%); each approximately 15-20 minutes | |
| 5. Midterm: first half of language learner/teacher autobiography: focus on you as language learner | 10% |
| 6. Final Course Project: second half of language learner/teacher autobiography: focus on you as past/present (if relevant) and future language teacher; includes learner/teacher transition and conclusion for entire paper | 15% |
| 7. Your co-operating teacher's(s') final report on the degree to which you did your best to make the most of (i.e., to take advantage of) whatever learning opportunities were made available to you in the co-operating teacher's class. | 10% |
| 8. *Field Notes from your course observations. You will receive guidelines for each week's observations. If your CT's classroom activities seem to warrant a different focus than the one prompted by the guidelines, feel free to adopt that focus but provide a rationale for doing so. These notes should be emailed to dbelcher1@gsu.edu **and** to your CT on a weekly basis. | 10% |

## Weekly Postings guidelines
### Responses to / reflections on the reading:
Beginning our second week of class, and continuing for the remainder of the semester, everyone is required to post to our uLearn discussion board a substantive (approximately 150 words) written reaction/response tied to one or more of the readings scheduled for that week. When possible, draw connections between your co-operating teacher's class, your own teaching/learning experiences, and the assigned reading. **All postings will be due by Tuesday, evening, 9 pm,** of each week and reveal some familiarity with the reading assigned for the following class, i.e., on Wed.

## Discussion Facilitation
I would like each of you to serve as a discussion leader/facilitator once this semester. As discussion leader, you initiate and guide the discussion of that day's main readings. You should prepare a brief handout with highlights from the readings and the uLearn postings as well as guiding questions to encourage further reflection and discussion. You will be responsible for at least 20 minutes of discussion. You will not need to post on ULearn the week of your discussion facilitation. **Please email your handout to the instructor before the class meeting.**

## Microteaching Lessons
Prepare and implement three microteaching lessons of approximately 15-20 minutes focusing on activities relevant to the needs and goals of the learners you are observing. The first of these lessons will be presented in our classroom. The second lesson will be a collaborative endeavor with your first CT and presented in your CT's classroom. The third will be a videotaped solo or collaborative (with CT) lesson in your second CT's classroom (or another authentic venue). The digital recording of your third lesson will meet the new MA Portfolio requirement of a taped teaching sample. For each microteaching lesson, be sure to provide copies of an overview of the lesson, i.e., a lesson plan, including a brief description of the lesson's objectives.

## Suggestions for Contributing to Seminar Discussions
("speaking-to-learn")
(A) Your active contributions to seminar discussions are expected as an integral part of the course.

4

EXHIBIT 75 - 4

GaState0046252

(B) You will receive accumulating credit for contributing to our discussions on a regular basis. Even though the quality of such contributions are difficult to assess objectively, this component of the course deserves the same serious attention as all other course assignments.

(C) When possible, report on what you are noticing and experiencing in connection with your co-operating teacher's ESL course.

(D) As possible, try to draw or make explicit connections between assigned readings and discussion and your experiences in your co-operating teacher's ESL course.

## Midterm/Final Project

The midterm will be the first part (5-6 pages) of your **autobiography as a language learner/teacher**. The final paper will include this first section, you-as-language learner, as well as your reflections on you-as-past/present/future language teacher, with analysis of CT observations, informed by relevant course readings (7-8 additional pages). There should also be a conclusion/application (no more than 1 page; thus, approx. 13-15 pages for the entire paper). A detailed description of this project will be provided. The midterm rough draft is due, via email as a Word attachment sent to peer and instructor, on **Monday, March 30,** by midnight; peer response, using Word Comment function, due to peer author and instructor by **Friday, April 3,** midnight; final draft of the midterm is due **Monday, April 6**, midnight, as Word attachment to instructor only. The final draft of the entire paper will be due **Wednesday, April 29,** by midnight, emailed to the instructor only.

## Additional Course Policies

1) Since regular participation in and leadership of class discussion are important aspects of this course, and play a role in grading, regular class attendance is obviously necessary for successful completion of the course.

2) All assignments are due on the announced due dates. Failure to turn in an assignment or an examination on the due date will result in substantial deductions in grade.

3) This course will adhere to the university's policy on Academic Honesty (see earlier note and the latest edition of the general GSU catalog).

4) For citations in your midterm and final paper, please use the *Publication Manual of the American Psychological Association* as the style manual. This is the standard for our discipline. It should also be your guide to avoiding gender bias or other biases in language use.

**Acknowledgements:** Parts of this course description are adapted from syllabi of previous AL 8900 instructors, primarily John Murphy and Debra Snell. Thanks are due to both John and Debra.

GaState0046253

**Practicum (AL 8900) AU 2004 <u>Weekly Course Schedule</u>**

Key:    * **Farrell** ====> Farrell's *Reflective Language Teaching*
        * **HMV** ====> Hafernik, Messerschmitt, & Vandrick's *Ethical Issues for ESL Faculty*
        * Additional readings are listed according to author(s)' last name(s).

| | |
|---|---|
| 1)   Jan. 7 | Introduction to course and to each other |
| 2)   Jan. 14 | **Murphy, J. (1992)**.An Etiquette for the Non-Supervisory Observation of L2 Classrooms<br>**Day, R. (1990)**. Teacher Observation<br>**Farrell Ch 1 & 11**, Reflective Language Teaching, pp. 1-13; Classroom Observations, pp. 133-147<br>  **HMV Ch 1**, "Introduction," pp.1-10 |
| 3)   Jan. 21 | **Farrell Ch 3 & 6**, Teachers' Beliefs and Practices, 29-42; Teachers' Metaphors and Maxims, pp. 67-77<br>**Freeman, D., & Johnson, K. (1998)**. Reconceptualizing the Knowledge-Base...<br>**HMV Part 1 Intro & Ch 2**, Faculty Responsibilities, pp. 11-21<br>**<u>Observation report discussion begins</u>** |
| 4)   Jan. 28 | **Brown, H. D. (1994)**, Ch 20, How to Plan a Lesson<br>**Crookes, Ch 6**, Lesson Planning, Improvising, and Reflective Teaching, pp. 100-111<br>**Farrell Ch 13** Concept Mapping, 164-173<br>**HMV Part III Intro & Ch 11**, Curriculum Design and Implementation, pp. 99-110<br>**<u>Reading discussion facilitation begins</u>** |
| 5)   Feb. 4 | **Richards, J., & Lockhart, C. (1994). Ch 5**, The Role of the Teacher, pp. 97-109<br>**Farrell Ch 2 & 12**, Self-Reflection, pp. 14-28 Critical Friendships, 148-163<br>**Stewart, T. (2005)**. Interdisciplinary Team Teaching... *TESL-EJ* http://tesl-ej.org/ej34/a7.html<br>**HMV Ch 12,** Colleagues and the Institution, pp. 111-120 |
| 6)   Feb. 11 | **Richards & Lockhart (1994). Ch 4**, Teacher Decision Making, pp. 78-92 (including Case Study #2: Negotiating Course Content).<br>**Farrell, Ch 8**, Action Research, pp. 94-106<br>**Gebhard, J. (1995)**. Problem Posing...<br>  **HMV Ch 14**, Academic Freedom, pp 128-133<br>**<u>In-class Microteaching lessons begin</u>** |
| 7) Feb. 18 | **Allwright, D., & Bailey, K. (1991. Ch 9**, Receptivity: The Issues... |

6

EXHIBIT 75 - 6

GaState0046254

| | |
|---|---|
| | **Farrell Ch 4**, Teachers' Narrative, 43-54 <br> **HMV Ch 7**, Student Social and Political Realities, pp. 59-68; **Part II Intro & Ch 9** Student Safety, pp. 85-91 |
| 8) Feb. 25 | **Farrell, Ch 7**, Classroom Communication, pp. 78-93 <br> **Wright, T. (2005). Ch 1**, Towards an Agenda …Classroom Management <br> **HMV Ch 3**, Classroom Management…, pp. 22-31; **Ch 10**, Gift Giving, pp. 92-98 |
| 9) Mar. 4 <br> Spring Break | **No class meeting** |
| 10) Mar. 11 | **Crookes, Ch 10**, Social Skills and the Classroom Community, pp. 161-179 <br> **Farrell, Ch 10**, Teacher Development Groups, pp. 120-132 <br> **HMV Ch 8**, Advising and Personal Relationships, pp. 69-84 |
| 11) Mar. 18 | **Allwright, D., & Bailey, K. (1991).** Receptivity: Some Relevant Research <br> **Farrell, Ch 9**, Teaching Journals, pp. 107-119 <br> **HMV Chapter 15**, Gender and Class, pp. 134-143 |
| 12) Mar. 25 <br> AAAL/TESOL | **No class (midterm prep)** <br> (no uLearn posting) |
| 13) Apr. 1 | **Ur, P. (1996).** Giving Feedback (incorrectly labeled on ERes as Classroom Discipline) <br> **HMV Ch 4**, Testing, Assessment, and Evaluation, pp. 32-40; **Ch 5**, Cheating and Plagiarism, pp. 41-49 <br> http://owl.english.purdue.edu/owl/resource/58 9/01/ |
| 14) Apr. 8 | **HMV, Ch 6**, "Technology," pp. 50-58. <br> **Henrichsen, L. (2001)**, "Beyond Adding Telecommunications to a Traditional Course…," pp. 1-10 <br> **Arena, C., & Jefferson, C. T. (2008).** Blogging in the Language Classroom…, TESL-EJ http://tesl-ej.org/ej44/a3.html <br> **Silva, K. (2008).** Second Life, TESL-EJ, http://tesl-ej.org/ej45/m1.html |
| 15) Apr. 15 | **Farrell, Ch 14**, Professional Development…, pp. 174-188 <br> **HMV, Ch 13**, Faculty Research, pp. 121-127; **Ch 16**, Conclusion, pp. 144-145 |

EXHIBIT 75 - 7

GaState0046255

| | |
|---|---|
| 16) Apr. 22 | Last day of class<br>**Microteaching videos continued**<br>**Self-report due** (see below) |
| 17) Apr. 29<br>Finals Wk (no<br>class) | **Final paper due 4/29 midnight to**<br>**dbelcher1@gsu.edu** |

**Please note: The course syllabus provides a general plan for the course; deviations may be necessary.**

GaState0046256

**AL 8900 – Practicum Midterm/Final Project**

<u>Autobiography of an Evolving Self-Reflective Language Teacher</u>

Essentially you will address the following question:

>How have your observations of and experiences with language learning and teaching shaped the type of language teacher you are today and wish to be in the future?

Your paper should contain the following components:
1) **Reflections on your past language learning experiences** (can include your L1, e.g., academic literacy) and the impact these have had on your conceptions of good language learning and teaching. You may want to focus on critical incidents (e.g., specific classroom experiences) in your own language learning that made an especially strong impression on you. (approximately 5-6 pages) **MIDTERM**
2) **Reflections on your own experiences as a language teacher** (including microteaching this semester and any tutoring or relevant non-language teaching you have done) **and critical analysis of your Practicum CT observations, informed by relevant course readings**. Pay particular attention to how your teaching experiences, observations, and readings have altered or confirmed your conception of good language teaching. Again, you many focus on critical incidents that led to particular realizations or insights into language teaching. (approximately 7-8 pages) **FINAL PAPER**
3) **Conclusion: Application** of what you have learned so far to your current and future language teaching. Focus on the type of growth you envision for yourself now, in the short term, and in the long term. (1 page). **FINAL PAPER (include midterm portion, with transition between sections 1 & 2)**

**Due dates:**
**Midterm essay rough draft**, via email as a Word attachment sent to peer and instructor, **Monday, 3/30**, midnight
**Midterm peer review**, using Word comment function, to peer and instructor, **Friday, 4/3.**
**Midterm final draft**, as Word attachment to instructor only, **Monday, 4/6**, midnight.

**Final paper**, emailed to instructor only, **Wed., 4/29**, midnight.

GaState0046257

Practicum Course / Progress Self-Report Form
Please submit completed form on **our last day of class**.

Please **circle responses for each** of the following items (you can make comments on the reverse).

1) Have you been conscientious in meeting your commitments to your cooperating teacher (and the IEP class)?

| Excellent | Good, strong | Average | Adequate |
|---|---|---|---|
| role model standard | | | but not impressive |

2) Have you been conscientious is completing all of the assigned Practicum course readings on time (i.e., before the start of the class for which they are scheduled)?

| Yes | Usually | Sporadic |
|---|---|---|
| I never miss any of these | I may have missed a couple | I've been lax in this area |

3) With respect to your written, weekly responses to assigned readings: Are your written materials always ready and handed in at the start of the targeted class?

| Yes | Usually | No |
|---|---|---|
| I never miss any of these | I may have missed (or been late with) a couple | I've been lax in this area |

4) With respect to the quality of your weekly responses (i.e., depth, your engagement with substantive issues), how would you describe the quality of your work:.

| Excellent | Good, strong | Average | Adequate |
|---|---|---|---|
| role model standard | | | but not impressive |

5) In the context of our more general **whole class discussions**, when such discussion opportunities are provided, . . . are your contributions . . .?

| Frequent and within | Regular | Occasional | Sporadic/Rare |
|---|---|---|---|
| the top 10% of the class | within the top 20% of class | within top 50% | Less than the top 50% |

6) What is your self-assessment of the quality of your teaching (including your growth as a teacher) within the setting of your cooperating teacher's(s') class/es?

| Excellent | Good, strong | Average | Adequate |
|---|---|---|---|
| role model standard | | | but not impressive |

7) In the context of your sharing with our practicum group your reflections on and retrospective accounts of your experiences in your cooperating teacher's class, the quality and depth of your contributions to our discussion in this area has been . . .

EXHIBIT 75 - 10

GaState0046258

| Better than most, particularly strong, | Good, strong | Average | Adequate but |
| and within the top 10% of the class | within the top 20% of class | within top 50% | less than the top 50% |

8) What is your self-assessment of the quality of your work on the final course project?

| Better than most, particularly strong, | Good, strong | Average | Adequate but |
| and within the top 10% of the class | within the top 20% of class | within top 50% | less than the top 50% |

9) The space below if provided for you to describe any other types of course contributions you may have been making during the course:

_____

_____

_____

_____

_____

_____

_____

11

EXHIBIT 75 - 11

GaState0046259