EXHIBIT

76

# AL 8660
# Materials Design, Development, and Publication
# Fall 2007

Instructor: John Bunting  
Office: 34 Peachtree St., Suite 1250  
Phone: (404) 413-5181  
E-mail: jbunting@gsu.edu  
Office hours: Wednesday and Friday 1-2:30 pm and by appointment

Computer #: 86215  
Class Meetings: Monday 1:00 -3:30 pm  
Location: GCB 331

## Course description:

The purpose of this course is to provide students with a framework for integrating the creation of new or modified materials for the language classroom, *within each student's evolving teaching philosophy*. To this end, we will address issues of technology, skill areas, and range for both individual materials (for your own classrooms) and materials for a broader audience of teachers (published materials and/or online materials). The course will include the creation of a range of activities, and feedback on those activities from various stakeholders. Students will also articulate their pedagogical rationale for the use of their materials with a specific group of learners.

## Course activities:

The first part of each class session will be devoted to a discussion of the assigned readings and the topic for that week. From time to time, guest lecturers will be invited to talk to the class about their own experiences with materials development and publication. The second half of each class session will be conducted in a workshop format and will be primarily devoted to the development and/or presentation of mini-projects and final projects. Two or three student groups will present projects every week for discussion and feedback from the class.

## Readings available in the bookstore:

Recommended:  
Biber, D., Conrad, S., & Leech, G. (2002). *Longman student grammar of spoken and written English*. Harlow, England: Longman.  
Coxhead, A. (2006). *Essentials of teaching academic vocabulary*. Boston: Houghton Mifflin.

The bulk of the readings for this course are on electronic reserve. The password for electronic reserves for AL 8660 will be given in class (password: _____).

## Course requirements and grading:

The following outlines the major projects for this course.
1. **Written reflections (15%):**  
During the early part of the semester, you will write a series of one- to two-page reflections about a topic related to material design. These are reflections, and do not need to be addressed to a scholarly audience. However, please try to make connections between the course material, your own emerging teaching philosophy, and the nature of the reflection prompts.
    a. "How I use materials: a teacher's perspective" (due in class on September 10)
    b. "The relationship (as I see it) between technology, teaching, and material design" (due in class on October 1)
    c. "Issues in material design: A personal perspective" (due in class on October 15)

EXHIBIT 76 - 1

GaState0003060

Please feel free to discuss the topics with your classmates and with other teachers as you develop your ideas.

**2. Course projects (45%; 3 @ 15% each):** For each project you should present a description of the target audience, a rationale for the materials you have developed, and suggestions for additional pre- and/or post-activities that could go along with the materials. There will be further information about each project during the semester.

### Course project #1: A web presence (Due on September 24)
Create a website on googlepages that includes a homepage, your CV and/or short bio, and at least 5 activities for a specific group of learners.

### Course project #2: Supplements for an existing text (Due on October 22)
For one unit in a language textbook with which you are familiar, prepare worksheets or other textual material to provide additional practice on the language point or skill that is the focus of the lesson. With this project you should provide a rationale for supplementing the textbook with your own materials. For this project, you are encouraged but not required to collaborate with a partner.

### Course project #3: A textbook proposal (due on November 12)
Write a prospectus for a textbook for a specific audience, and prepare one unit of the textbook. For this project, you are encouraged but not required to collaborate with a partner. Your prospectus should include the following sections:
   A: Overall theoretical and practical description of the project, including:
   - target population
   - overall goals
   - needs, and problems these materials address
   - theoretical underpinnings, and
   - features that make your project distinctive.
   
   B: Table of contents
   C: List of published materials that might be in competition with your project
   D: An outline of a sample unit or chapter consisting of at least 5 related activities.

**4. Final project (30%; 5% on presentation, 25% on project, due on December 7):**
For your final project, you may choose any of your previous course projects and develop it further. We will discuss the specifics for the final project in class. You will give a presentation describing your work-in-progress during one of the final two class periods. The purpose of the final project is to match one of the earlier projects with your own interests as a teacher, and create something that you can use in either your classroom or job searches.

In preparing your final project, you may want to pilot your materials on one or two ESL students. If you would like to pilot your materials with students in GSU's IEP or ESL program, please see me to arrange this—do not ask teachers directly, as there is a departmental procedure for reviewing requests for student access. You will meet with the student(s), use the materials as intended, and elicit feedback from the student(s) about how the materials work or do not work, which you can then use to revise the materials. Note that students who agree to pilot your materials must sign a consent form; I will provide a sample consent form later in the semester.

**Participation/preparation/discussion leading: (10%)** Each student or pair of students will be responsible for leading a discussion of one of the readings. In preparing for your

EXHIBIT 76 - 2

GaState0003061

discussion, you should provide a brief outline of the main points but your focus should be on practical applications of the ideas raised in the readings.  For example, you may have your classmates brainstorm ideas for materials, try out materials, or critique them, based on ideas from the readings.

## Tentative schedule of topics & readings – AL 8660 – Fall 2007

| Date | Topic | Reading & other assignments |
|---|---|---|
| August 20 | Introduction to course | ------------------------------------ |
| August 27 | Materials in teaching | Dobbs 2001<br>Tomlinson 2003 Intro |
| September 3 | Labor Day – no class | ------------------------------------ |
| September 10 | A framework for material design<br>**Reflection 1 due** | Jolly & Bolitho 1998<br>Graves 2000 Chap 8 |
| September 17 | Evaluating and adapting materials | Graves 2000 Chap 9<br>Tomlinson 2003 Chap 1 |
| September 24 | Technology and material design<br>**Course Project 1 due** | Dudeney 2007<br>Fox 1998,<br>*Biber, Conrad & Leech 2002 Chap 2 |
| October 1 | Other kinds of materials<br>**Reflection 2 due** | McGrath 2002 Chap 5<br>McGrath 2002 Chap 6 |
| October 8 | Grammar | Stranks 2003<br>*Biber, Conrad & Leech 2002 Chap 1 |
| October 15 | Reading<br>**Reflection 3 due** | Masuhara 2003<br>*Coxhead 2006 Chap 8 & Chap 9 |
| October 22 | Writing<br>**Course Project 2 due** | Ferris & Hedgecock 2005<br>*Coxhead 2006 Chap 14 & Chap 15 |
| October 29 | Speaking/Pronunciation | Grant 1995, Dat 2003<br>McDonough & Shaw 2003 Chap 8<br>*Coxhead 2006 Chap 12 & Chap 13 |
| November 5 | Listening | Gromik 2006, Hill & Tomlinson 2003<br>De Szendeffy 2005 Chap 6<br>*Coxhead 2006 Chap 8 & Chap 9 |
| November 12 | Integrated skills<br>**Course Project 3 due** | Swales 1995<br>McDonough & Shaw 2003 Chap 10 |
| November 19 | New approaches | Stanley 2006 |
| November 26 | Culture<br>**Presentation of final projects** | Pulverness 2003<br>Prowse 1998 |
| December 3 | Last day of class!<br>**Presentation of final projects** | ------------------------------------<br>**Final project due by 5pm on Dec 7th** |

*suggested readings for students focusing on ESL/EFL (and especially English for Academic Purposes).*

EXHIBIT 76 - 3

GaState0003062

**Readings**:

Dat, B. (2003). Chapter 22: Material for developing speaking skills. In B. Tomlinson (Ed.), *Developing materials for language teaching* (pp. 375-393). London: Continuum.

de Szendeffy, J. (2005). Chapter 6: Audio/video activities. In *A practical guide to using computers in language teaching* (pp. 95-116). Ann Arbor MI: University of Michigan Press.

de Szendeffy, J. (2005). Clear and Simple Wed Authoring/Fair use guidelines/Sample letters/CALL resources. In *A practical guide to using computers in language teaching* (pp. 236-250). Ann Arbor MI: University of Michigan Press.

Dobbs, J. (2001). Introduction. In *Using the board in the language classroom* (pp. 1-22). Cambridge: Cambridge University Press.

Dudeney, G. (2007). Chapter 3: Tools for online work. In *The internet and the language classroom: A practical guide for teachers* (2nd ed., pp. 115-140). Cambridge: Cambridge University Press.

Ferris, D., & Hedgecock, J. (2005). Chapter 4: Text selection and materials development. In *Teaching ESL composition* (2nd ed., pp. 124-183). Mahwah, NJ: Lawrence Erlbaum Assoc. Inc.

Fox, G. (1998). Using corpus data in the classroom. In B. Tomlinson (Ed.), *Materials development in language teaching* (pp. 25-43). Cambridge: Cambridge University Press.

Grant, L. (1995). Creating pronunciation-based ESL materials for publication. In P. Byrd (Ed.), *Material writer's guide* (pp. 107-123). Boston: Heinle & Heinle.

Graves, K. (2000). Chapter 8: Developing materials. In *Designing language courses: A guide for teachers* (pp. 149-172). Boston: Heinle & Heinle.

Graves, K. (2000). Chapter 9: Adapting a textbook. In *Designing language courses: A guide for teachers* (pp. 173-206). Boston: Heinle & Heinle.

Gromik, N. (2006). Meaningful tasks with video in the ESOL classroom. In E. Hanson-Smith & S. Rilling (Eds.), *Learning languages through technology* (pp. 109-123). Alexandria, VA: TESOL.

Hill, D., & Tomlinson, B. (2003). Chapter 21: Coursebook listening activities. In B. Tomlinson (Ed.), *Developing materials for language teaching* (pp. 364-374). London: Continuum.

Jolly, D., & Bolitho, R. (1998). A framework for materials writing. In B. Tomlinson (Ed.), *Materials development in language teaching* (pp. 90-115). Cambridge: Cambridge University Press.

Low, M., & Vetri, D. (1995). Answers for commonly asked questions: Copyright law and textbook writers. In P. Byrd (Ed.), *Material writer's guide* (pp. 149-170). Boston: Heinle & Heinle.

Masuhara, H. (2003). Materials for developing reading skills. In B. Tomlinson (Ed.), *Developing materials for language teaching* (pp. 340-363). London: Continuum.

McDonough, J., & Shaw, C. (2003). Chapter 8: Speaking skills. In *Materials and methods in ELT* (2nd ed., pp. 133-152). Oxford: Blackwell.

McDonough, J., & Shaw, C. (2003). Chapter 10: Integrated skills. In *Materials and methods in ELT* (2nd ed., pp. 173-190). Oxford: Blackwell.

McGrath, I. (2002). Chapter 5: Supplementation: Designing worksheets. In *Materials evaluation and design for language teaching* (pp. 80-102). Edinburgh: Edinburgh University Press Ltd.

McGrath, I. (2002). Chapter 6: Using the real. In *Materials evaluation and design for language teaching* (pp. 103-138). Edinburgh: Edinburgh University Press Ltd.

EXHIBIT 76 - 4

GaState0003063

Prowse, P. (1998). How writers write: Testimony from authors. In B. Tomlinson (Ed.), *Materials development in language teaching* (pp. 116-129). Cambridge: Cambridge University Press.
Pulverness, A. (2003). Materials for cultural awareness. In B. Tomlinson (Ed.), *Developing materials for language teaching* (pp. 426-438). London: Continuum.
Stanley, G. (2006). Redefining the blog: From composition class to flexible learning. In E. Hanson-Smith & S. Rilling (Eds.), *Learning languages through technology* (pp. 187-200). Alexandria, VA: TESOL.
Stranks, J. (2003). Materials for the teaching of grammar. In B. Tomlinson (Ed.), *Developing materials for language teaching* (pp. 329-339). London: Continuum.
Swales, J. M. (1995). English for academic purposes. In P. Byrd (Ed.), *Material writer's guide* (pp. 137-148). Boston: Heinle & Heinle.
Tomlinson, B. (2003). Introduction: Are materials developing? In B. Tomlinson (Ed.), *Developing materials for language teaching* (pp. 1-14). London: Continuum.
Tomlinson, B. (2003). Chapter 1: Materials evaluation In B. Tomlinson (Ed.), *Developing materials for language teaching* (pp. 15-36). London: Continuum.

---

**Learning outcomes of particular relevance to this course\*:**

- Applies the basic principles of ESL/EFL learning and teaching methodology
  *Evidence*:  Materials development projects

- Demonstrates knowledge of the linguistic systems of English phonology, grammar, and discourse
  *Evidence*:  Materials development projects

- Analyzes and critiques theory and practice of L2 teaching and learning
  *Evidence:*  Course readings and discussions

- Communicates effectively in both written and oral language in English
  *Evidence:*  Discussion leading; final project, in-class presentations

- Uses technology effectively in research and teaching
  *Evidence:*  Materials development projects, webpage

*\*learning outcomes identified and written by Dr. Sara Weigle*


**Other course policies:**

1. **ULearn** (formerly WebCT/Vista).  There is a ULearn site for this course.  The syllabus and other relevant documents will be posted there.
2. **E-mail.**  I will use your official university e-mail address and/or the mail function within ULearn if I need to contact you between course meetings.  You are responsible for checking your mail regularly.
3. **Academic Honesty.** This course will adhere to the university's policy on academic honesty (see http://www.gsu.edu/%7Ewwwreg/gradcato304/grad0304home.htm for a copy of this and other university policies).
4. **Changes.** This course syllabus provides a general plan for the course; deviations may be necessary as determined by the instructor.

EXHIBIT 76 - 5

GaState0003064