EXHIBIT

77

# ERes
*electronic reserves system*

Georgia State University

Ereserves Home > Ereserves Index                    Admin Login | Help Pages | Help Videos

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |

Find Documents Where:

Any Search Field [contains] leviathan

[Search] [Clear]

<< Page 1 of 1 >>

Displaying 10 of 4 Matching Documents

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| PHIL3020 | History of Modern Philosophy | | Philosophy | Merritt | Spring | 2008 | 2. Thomas Hobbes, Leviathan (1651). Part I, Chapters I and II. Available online: , pp. 3-7 of the document. | |
| POLS8170 | Political Science | | Political Science | Lazarus | Spring | 2008 | Cox, Gary W. and Mathew D. McCubbins. Legislative Leviathan. Chapter 8: Contingents and Parties | |



PLAINTIFF'S EXHIBIT 62 4-23-09
PENGAD 800-631-6989

EXHIBIT 77 - 1

| | | | | |
|---|---|---|---|---|
| POLS8170 | Political Science | Lazarus | Spring 2008 | Cox, Gary W. and Mathew D. McCubbins. Legislative Leviathan. Chapter 7: Party Loyalty and Committee Assignments. |
| POLS8170 | Political Science | Lazarus | Spring 2008 | Cox, Gary W. and Mathew D. McCubbins. Legislative Leviathan. Chapter 5: A Theory of Legislative Parties |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2008 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()

EXHIBIT 77 - 2