EXHIBIT

81

![Georgia State University logo]

# ERes
*electronic reserves system*

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |

**Find Documents Where:**

Any Search Field contains slave community

[Search] [Clear]

Displaying 10 of 4 Matching Documents

<< Page 1 of 1 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| AAS3000 | African-American Family | | African American Studies | Dixon | Spring | 2008 | Slave Community. Chapter 4: The Slave Family-John Blassingame | |
| AAS3000 | African-American Family | | African American Studies | Dixon | Spring | 2008 | Slave Community. Chapter 7: Plantation Realities-John Blassingame | |
| AAS4030 | African-American Male/Female Relationships. | | African American Studies | Dixon | Spring | 2008 | The Slave Community Ch. 7: Plantation Realities | |



PLAINTIFF'S EXHIBIT
61
4-23-09

| | | | | |
|---|---|---|---|---|
| AAS4030 | African-American Male/Female Relationships. | African American Studies | Dixon | Spring | 2008 | The Slave Family--Chapter 4 from [Bassingame, John W. The slave community: plantation life in the antebellum south. New York: Oxford University Press, 1979.] |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2008 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()

EXHIBIT 81 - 2