EXHIBIT

82

# ERes
*electronic reserves system*

Ereserves Home > Ereserves Index

Admin Login | Help Pages | Help Videos

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |
|---|---|---|---|

Find Documents Where:

| Any Search Field | contains | oxford |
|---|---|---|

Search    Clear

Displaying 10    of 52 Matching Course Reserves Pages

<< Page 2    of 6 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| AL8660 | Materials Design, Development and Publication | | Applied Linguistics | Bunting | Fall | 2007 | McDonough, J., & Shaw, C. (2003). Chapter 8 Speaking skills. In Materials and Methods in ELT Oxford: Blackwell. | |
| ANTH4200 | Urban Anthropology | | Anthropology | Guano | Spring | 2008 | Susan Stewart, "Ceci Tuera Cela: Graffiti as Crime and Art" in Crimes of Writing, Problems in the Containment of | |


PLAINTIFF'S
EXHIBIT
70
4-23-09    TD
PENGAD 800-631-6989

| Course | Title | Department | Instructor | Semester | Year | Citation |
|---|---|---|---|---|---|---|
| ANTH4200 | Urban Anthropology | Anthropology | Guano | Spring | 2008 | Representation. NY & Oxford: Oxford University Press, 1991; pgs. 206-233.<br><br>Low, Setha M. The Production of Space Oxford: Blackwell, 1996. pgs. 1-30. (recommended reading)<br><br>Lefebvre, Henri, |
| ANTH4350 | Applied Biocultural Anthropology | Anthropology | McCombie | Fall | 2007 | Justice, Judith 1999 Neglect of Cultural Knowledge in Health Planning: Nepal's Assistant Nurse- Midwife Program. Chapter 15 in Anthropology in Public Health, 1999. Hahn, Robert A., ed. Oxford University Press |
| BIOL2500 | Biology | Biology | Frantz | Fall | 2007 | Kemperman, G. (2006) Adult Neurogenesis: Stem Cells and Neuronal Development in the Adult Brain. Oxford University Press: New York. Ch. 1: "Introduction" |

EXHIBIT 82 - 2

| | | | | | |
|---|---|---|---|---|---|
| ENGL4300 | Senior Seminar | English | Goodman | Spring | 2008 | Charles L. Crow, ed., A Companion to the Regional Literatures of America (Malden, MA and Oxford, UK: Blackwell Publishing, 2003) pp. 3-21. |
| EPS8500 | Qualitative/Interpretive Research in Education 1 | Educational Policy Studies | Kaufmann | Fall | 2007 | Alford, R. (1998). The craft of inquiry: Theories, methods, evidence. New York: Oxford University Press. Designing a research project. (21-31). |
| EPY7090 | The Psychology of Learning of Young Children | Educational Psycology | Gray | Fall | 2007 | 15a) Awakening Childrens Minds ch 6 (pp181-199) [ Berk, L.E. Awakening Children's Minds. Oxford: Oxford University Press, 2001] |
| EPY7090 | The Psychology of Learning of Young Children | Educational Psycology | Kruger | Fall | 2007 | 15a) Awakening Childrens Minds ch 6 (pp181-199) [ Berk, L.E. Awakening Children's Minds. Oxford: |

EXHIBIT 82 - 3

| EPY7090 | The Psychology of Learning of Young Children | | Educational Psycology | Fall | 2007 | Oxford University Press, 2001] |
|---|---|---|---|---|---|---|

15a)
Awakening Childrens Minds
Berk,
C.E. Awakening Children's Minds. Oxford: Oxford University Press, 2001]

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()

EXHIBIT 82 - 4



# ERes
### electronic reserves system

Ereserves Home > Ereserves Index

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |

Find Documents Where:

| Any Search Field | contains | oxford |

[ Search ]  [ Clear ]

Displaying 10  of 52 Matching Documents

<< Page  1   of 6 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| AAS4030 | African-American Male/Female Relationships. | | African American Studies | Dixon | Fall | 2007 | The Slave Family--- [Chapter 4 from Blassingame, John W. The slave community: plantation life in the antebellum south. New York: Oxford University Press, 1979.] | |
| AH4011 | Art & Architecture of Ancient Egypt I: 4000-1600 | | Art History | Marfar | Fall | 2007 | Early Dynastic Period. From The Oxford Encyclopedia of Ancient | |

EXHIBIT 82 - 5

| | BC | | | | | Egypt |
|---|---|---|---|---|---|---|
| AH4700 | Contemporary Art Theory and Criticism | Art History | Richmond | Fall | 2007 | Haim Steinbach, et al. "From Criticism to Complicity" [ed Woods and Harrison. Art in Theory:1900-1990. Oxford: Oxford University Press, 1992] |
| AL8250 | Second Language Acquisition | Applied Linguistics | Jiang | Fall | 2007 | Ehrman, M. E. & Oxford, R. L. (1995). Cognition plus: correlates of language learning success. MLJ, 79, 67-89. |
| AL8320 | Sound System of English | Applied Linguistics | Murphy | Fall | 2007 | Avery, P. and Ehrlich, S. (1992). Introduction: Pre-pronunciation Considerations. In Teaching American English Pronunciation... |
| | | | | | | Firth, Suzanne (1992). Pronunciation syllabus design: a question of focus. In P. Avery and S. |

EXHIBIT 82 - 6

| AL8320 | Sound System of English | Applied Linguistics | Murphy | Fall | 2007 | Ehrlich (eds.) Teaching American English Pronunciation. Oxford: Oxford University ... |
| AL8320 | Sound System of English | Applied Linguistics | Murphy | Fall | 2007 | Avery, P. and Ehrlich, S. (1992). Spelling and Pronunciation. In Teaching American English Pronunciation. Oxford: Oxford University ... |
| AL8320 | Sound System of English | Applied Linguistics | Murphy | Fall | 2007 | Avery, P. and Ehrlich, S. (1992). Problems of Selected Language Groups. In Teaching American English Pronunciation. Oxford: Oxford University ... |
| AL8320 | Sound System of English | Applied Linguistics | Murphy | Fall | 2007 | Jenkins, J. (1998). Which pronunciation norms and models for English as an International Language?" ELT Journal 52 |

| AL8660 | Materials Design, Development and Publication | Applied Linguistics | Bunting | Fall | 2007 | (2), Oxford: Oxford University Press, 119-126.<br><br>McDonough, J., & Shaw, C. (2003). Chapter 10... Integrated skills. In Materials and methods in ELT ... Oxford: Blackwell. |
|--------|----------------------------------------------|---------------------|---------|------|------|------|

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()

EXHIBIT 82 - 8

12/12/2007

http://reserves.gsu.edu/eres/courseindex.aspx?&page=docs

# ERes
## electronic reserves system

Admin Login | Help Pages | Help Videos

Ereserves Home > Ereserves Index

Please use the provided search fields to locate your library materials.

Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author

Find Documents Where:

Any Search Field    contains    oxford

[Search] [Clear]

Displaying 10 of 52 Matching Course Reserves Pages

<< Page 3    of 6 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| EPY7090 | The Psychology of Learning of Young Children | | Educational Psycology | | | 2007 | 15b) Awakening Children's Minds [ Berk, L.E. Awakening Children's Minds. Oxford: Oxford University Press, 2001] | |
| EPY7090 | The Psychology of Learning of Young Children | | Educational Psycology | Kruger | Fall | 2007 | 15b) Awakening Childrens Minds ch 6 (pp200-219) [ Berk, L.E. Awakening Children's Minds. Oxford: Oxford University Press, 2001] | |



EXHIBIT 82 - 9

| EPY7090 | The Psychology of Learning of Young Children | Educational Psycology | Gray | Fall | 2007 | 15b) Awakening Childrens Minds ch 6 (pp200-219) [ Berk, L.E. Awakening Children's Minds. Oxford: Oxford University Press, 2001] |
|---|---|---|---|---|---|---|
| EPY8010 | Professional Studies in Educational Psychology | Educational Psycology | Lederberg | Fall | 2007 | Multiple Baseline Designs [Kazdin, Alan E. Single Case Research Designs. New York : Oxford University Press, 1982] |
| EPY8010 | Professional Studies in Educational Psychology | Educational Psycology | Lederberg | Fall | 2007 | Introduction to Single Case Research and ABAB Design [Kazdin, Alan E. Single Case Research Designs. New York : Oxford University Press, 1982] |
| EPY8070 | Understanding and Facilitating Adult Learning | Educational Psycology | Greenberg | Fall | 2007 | 01-Hoare, C. (2006). Adult Development and Learning. New York: Oxford University Press Chapter 3 (pages 52-70). |
| EPY8260 | Psychology of Adulthood and Aging | Educational Psycology | Thompson | Fall | 2007 | Schaie, K.W. (2005). Developmental influences on adult intelligence. New York: Oxford University Press. Chapter 5 |

| HIST1111 | Survey of World History to 1500 | History | Low | Fall | 2007 | The Oxford Companion to World Exploration. (pp. 365-366) |
| HIST1112 | Survey of World History since 1500 | History | Gainty | Fall | 2007 | Beckford, George. 1972. Persistent Poverty: Underdevelopment in Plantation Economies of the Third World . New York: Oxford University Press. (xvii-xxvii, 233-237) |
| HIST4520 | Persia, Greece and Rome | History | Ristvet | Fall | 2007 | The Oxford Illustrated History of the Roman World. Chap. 7. The Arts of Government by Nicholas Purcell |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.

EXHIBIT 82 - 11



Docutek ERes - Ereserves Index



**ERes**
*electronic reserves system*

Georgia State University Library

Ereserves Home > Ereserves Index

Admin Login | Help Pages | Help Videos

Please use the provided search fields to locate your library materials.

- Search for Course Reserves Pages
- Course Reserves Pages by Department
- Course Reserves Pages by Instructor

Search for Documents by Title / Author

Find Documents Where:

| Any Search Field | contains | oxford |
|---|---|---|

[Search] [Clear]

Displaying 10 of 52 Matching Course Reserves Pages

<< Page 4 of 6 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| HIST4570 | France Since 1715 | | History | Davidson | Fall | 2007 | Martin Evans, "From Colonialism to Post-Colonialism: The French Empire Since Napoleon" from French History Since Napoleon, Martin S. Alexander, ed. (London: Arnold, and New York: Oxford, 1999). | |
| | | | | | | | Anthony Smith, "Introduction: Ethno- | |

EXHIBIT 82 - 12

http://reserves.gsu.edu/eres/courseindex.aspx?&page=docs

12/12/2007

Page 1 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| HIST8000 | Introduction to Historical Research/Historiography, Theory,and Methods | History | Perry | Fall | 2007 | symbolism and the Study of Nationalism," and "Gastronomy or Geology? The Role of Nationalism in the Reconstruction of Nations" in Myths and Memories of the Nation (Oxford: Oxford University Press, 1999), 3-27, 163-186. |
| HIST8000 | Introduction to Historical Research/Historiography, Theory,and Methods | History | Perry | Fall | 2007 | Carroll Smith-Rosenberg, "Hearing Women's Words: A Feminist Reconstruction of History," in Smith-Rosenberg, [illegible] |
| HIST8900 | Directed Readings in Modern German History | History | Perry | Summer | 2007 | Robert Gellateley, Backing Hitler: Consent and Coercion in Nazi Germany (Cambridge: Oxford |

EXHIBIT 82 - 13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HIST8900 | Directed Readings in Modern German History | | History | Perry | Summer | 2007 | University Press, 2002) [Call Number: DD256.5 .G45 2001] Ian Kershaw, The Nazi Dictatorship: Problems and Perspectives of Interpretation (New York: Oxford University Press, 2000/fourth or any edition). [Call Number: DD256.5 .K47 2000] |
| HIST8900 | Directed Readings in Modern German History | | History | Perry | Summer | 2007 | David Blackbourn, Geoffrey Eley, The Peculiarities of German History: Bourgeois Society and Politics in Nineteenth-Century Germany (Oxford: Oxford UP, 1990; orig. 1985).[Call Number: DD204 .B5213 1984] |
| PERS2001 | Perspectives on Comparative Culture | | Perspectives | Kubala | Fall | 2007 | Excerpts from Ping-Chun Hsiung, et. al., Chinese Women Organizing: Cadres, Feminists, |

EXHIBIT 82 - 14

| PERS2001 | Understanding Miscommunication | | | Perspectives | Lindemann | Fall | 2007 | Cameron, Deborah (1997). Performing gender identity: Young men's talk and the construction of heterosexual masculinity. Reprinted in Jennifer Coates (ed) Language and Gender: A Reader (1998). Oxford: Blackwell, pp. 270-284. Originally published in S. Johnson and U. Meinhof (eds) Language and Masculinity. Oxford: Blackwell, pp. 47-64. |
| PERS2001 | Understanding Miscommunication | | | Perspectives | Lindemann | Fall | 2007 | Shuy, Roger W. (1993). Language Crimes: The Use and Abuse of Language of Language Evidence in the Courtroom. Oxford: Blackwell. Ch. 1, Misconceptions about language in law cases, |

Muslims, Queers . Oxford ; New York : Berg, 2001.

EXHIBIT 82 - 15

| | | Perspectives | Lindemann | Fall | 2007 | pp. 1-19. |
|---|---|---|---|---|---|---|
| PERS2001 | Understanding Miscommunication | | | | | Scollon, Ron and Suzanne Wong Scollon (1995). Intercultural Communication: A Discourse Approach. Oxford: Blackwell. Ch. 3, Interpersonal politeness and power, pp. 33-49 |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()

EXHIBIT 82 - 16



# ERes

*electronic reserves system*

University State Library GSU

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |
|---|---|---|---|

### Find Documents Where:

| Any Search Field | contains | oxford |
|---|---|---|

[ Search ] [ Clear ]

Displaying 10 of 52 Matching Course Reserves Pages

<< Page 5 of 6 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| PERS2001 | Understanding Miscommunication | | Perspectives | Lindemann | Fall | 2007 | Scollon, Ron and Suzanne Wong Scollon (1995). Intercultural Communication: A Discourse Approach. Oxford: Blackwell. Ch. 4, Conversational inference: Interpretation in spoken discourse, pp. 50-73. | |
| | | | | | | | 02-John Locke, Essay | |

EXHIBIT 82 - 17

| | | | | | | |
|---|---|---|---|---|---|---|
| PHIL4060 | Kant | Philosophy | Merritt | Spring | 2008 | concerning Human Understanding, edited by Peter H. Nidditch (Oxford Clarendon press, 1975), Liv. 23-25. |
| PHIL6060 | Kant | Philosophy | Merritt | Spring | 2008 | 05-Dieter Henrich, "The Proof-Structure of Kant's Transcendental Deduction." In Kant on Pure Reason, ed. R.C.S. Walker (Oxford University Press, 1982.) |
| PHIL6060 | Kant | Philosophy | Merritt | Spring | 2008 | [illegible] Oxford: Oxford University Press, 1998. |
| POLS3400 | International politics | Political Science | Duffield | Fall | 2007 | International Regimes [Little, Richard "International Regimes" The Globalization of World Politics ed. Baylis and Smith. Oxford: Oxford |

EXHIBIT 82 - 18

| POLS8228 | Comparative Party System Development | Political Science | Manning | Fall | 2007 | Olson, David M. "Party Formation and Party System Consolidation in the New Democracies." In Richard Hofferbert, ed... Parties and Democracy. Oxford: Blackwell, 1998. |
| POLS8471 | Military Conflict and International Security | Political Science | Duffield | Fall | 2007 | "Pholish, Crisis" Decision Making, in P. Tetlock, et al., Behavior, Society, and Nuclear War, vol. 1 (Oxford, 1989) pp. 8-15. |
| PSYC8200 | Introduction to Community Psychology | Psychology | Emshoff | Fall | 2007 | Common Concepts of Successful Prevention Programs [In Adolescents at Risk, Dryfoos, J.G., August 1991, Oxford University Press.] |
| PSYC8200 | Introduction to Community Psychology | Psychology | Emshoff | Fall | 2007 | The Ecological Analogy [Levine, Murray. Principles of Community Psychology. New York : |

EXHIBIT 82 - 19

| SW6100 | Skills and Techniques of Community Partnerships | Social Work | Brooks | Fall | 2007 | Oxford University Press,1997] |
|---|---|---|---|---|---|---|
| | | | | | | Community Practice Ch. 7; Using Self in Community Practice: Assertiveness [ Hardcastle, Powers, and Wencour. Oxford: Oxford University Press, 1997] |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 – Copyright © 2000–2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()

EXHIBIT 82 - 20



**ERes**

*electronic reserves system*

Admin Login | Help Pages | Help Videos

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |

Find Documents Where:

| Any Search Field | contains | oxford |

Search    Clear

Displaying 10 of 52 Matching Course Reserves Pages

<< Page 6    of 6 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| WST3010 | Feminism | | Women's Studies | Kubala | Spring | 2005 | The Politics of Housework by Pat Mainardi [ed. Bloom and Breines. Takin' It to the Streets. Oxford: Oxford Publishing, 1995] | |
| | | | | | | | Hall, Kira and Anna Livia. 1997. "It's a Girl: Bringing Performativity Back to Linguistics." In Queerly | |

EXHIBIT 82 - 21

| WST3010 | Feminist Theory | | Women's Studies | Sinnott | Fall | 2007 | Phrased: Language, Gender and Sexuality, edited by Kira Hall and Anna Livia. New York: Oxford University Press, pp. 3-20. |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.
()

EXHIBIT 82 - 22