EXHIBIT

83

# African American Male-Female Relationships
## AAS 4030/SOC 4311

### Spring, 2008

*Dr. Patricia Dixon*
*Office: 1 Park Place South, Room, 962*
*Office Hours: M, W, 4:15 -5:00 pm*
*or by appointment*
*On campus Phone: (404) 413-5139*
*Off campus Phone (770) 322-6445/6007*



### Description

This course examines various ways in which socio-historical experiences and current social, cultural and psychological factors within the Euro-American context impact upon African American male-female relationships. It also incorporates an African entered approach to relationships.

### Objectives

This course has several objectives: (1) To examine how socio-historical factors stemming from oppression under slavery, apartheid, etc.. shape how we view ourselves and potential mates. (2) to examine how current socio-economic factors and values within the Euro-American context. influence expectations with regard to love and romance, sexual behavior, and sex and gender roles. Also to examine how these factors and corresponding values effect choices around dating and mate selection. alternative relationships, living together and marriage and divorce; (3) to examine how childhood experiences stemming from both historical and current socio-economic factors and values shape us and how we interact in relationships; (4) to increase self awareness, partner awareness, develop an appreciation for difference and to learn effective communication and conflict resolution skills and (5) to examine relationships from an Afrocentric perspective.

### Required Readings

Knox, D. & Schacht, C. (2007). *Choices in Relationships.* New York: Wadsworth. 9th *Edition*
Dixon, P.(2008). *African American Relationships, Marriages & Families: An Introduction.*
   New York: Routledge.
Some', S. (1997). *The Spirit of Intimacy.* New York: William Morrow & Co.

### Recommended & on Reserve in Library
Hare, N. & Hare, J. (1989). *Crisis in Black Sexual Politics.* (Eds.). San Francisco, CA: Black Think
   Tank.
Chapman, A. B. (1995). *Getting Good Loving: How Black Men and Women Can Make Love Work.*
   New York: Ballantine Books.

### Selections on Electronic Reserves (E-Res) for Group Presentations (see instructions)

Hare, N. & Hare, J. (1989). *Crisis in Black Sexual Politics.* (Eds.). San Francisco, CA: Black Think Tank. *(A recommended reading and can be found in the book store)*–Some selections are on E-Reserve for group outline/presentations

   Chapman, A. B. (1995). *Getting Good Loving: How Black Men and Women Can Make Love Work.* New York: Ballantine Books. *(A recommended reading and can be found in the book store)*–Some selections are on E-Reserve for group outline/presentations

   Other selections from academic journals–For group outline/presentations

EXHIBIT 83 - 1

GaState0046328

**Student Responsibilities**

1) **Attendance/Class Participation (20%)** - Students must attend classes and participate in class discussions. Students must read assignments prior to each session. Each student is allowed two unexcused absences. Absences beyond the two unexcused for hospitalization, accident or death must be supported by written documentation. You will lose five points from 100 for each class missed. Coming into class late or leaving early will result in half the points for that day. DO NOT CALL THE INSTRUCTOR when you intend to not attend class. The policy still stands.

2) **Group Outline/Presentation/Discussion (15%)** - You will be assigned to a group. Each group will outline an article or chapter and make a presentation to the class. You will be evaluated by (1) group members and (2) the professor *(Instructions are attached)*.

3) **Assignments (15%)** – Include (1) Out-of-Class and (2) In-class. (1) Out-of-Class Assignments will consist of Exercises/questionnaires. For the Exercises/questionnaires you will be asked to respond to questions about yourself and your partner on topics discussed in class including but not limited to gender, sex, mate selection, communication and conflict resolution and more. The biographical narrative and assignments are due by the dates on the syllabus or when the instructor requests it. If you do not submit assignments on the day they are due, points will be deducted or you will get no points. The biographical narrative and exercises may range from 5%-50%. (2) In-class Assignments are designed to enhance discussions and also to ascertain your response to film and presentations. In-Class assignments are typically 5 points each. If you are not in class on the day an in-class assignment is assigned, you miss the chance to participate and earn no points at all. Failure to complete assignments fully may result in your not receiving full credit. You may be able to *earn bonus points* by attending movies, forums, plays, seminars etc. assigned by professor and providing at least a one-page type-written critique or response. You may also earn extra points by participating in research projects.

4) **Midterm exam (25%)** - Based on daily readings, class discussions and group presentations, includes material covered in the first half of the course. The format may include but is not limited to multiple choice, fill in the blanks, true/false and/or short essay questions. THERE WILL BE NO MAKE-UP EXAMS. If for some reason like accident, death, etc. you are unable to take an exam it is your responsibility to contact the professor to arrange an alternative testing time. Professor reserves the right to approve or deny a request to take the exam. The highest grade you may be able to receive is a B. If you do not take the exam within a week after the date, the highest grade you may be able to receive is a C.

5) **Final exam/Biographical Narrative (25%)** - Based on daily readings, class discussions and group presentations, includes material covered in the second half of the course. It consists of two parts. **A. For the Biographical Narrative**--you will write a narrative on your experiences in your family and past relationships, and your perspectives, styles and/or expectations on various topics discussed throughout the class *(instructions on U-learn)*. **B. For the Exam**--the format may include but is not limited to multiple choice, fill in the blanks, true/false and/or short essay questions. The rules for the midterm exam applies for the final exam.

**Grading System**

| | | | | | |
|---|---|---|---|---|---|
| A+ | 98 | B- | 80 | F | 60 |
| A | 95 | C+ | 78 | | |
| A- | 90 | C | 75 | | |
| B+ | 88 | C- | 70 | | |
| B | 85 | D | 65 | | |

EXHIBIT 83 - 2

GaState0046329

African American Male/Female Relationships AAS 4030  
Tentative Course Schedule

Dr. P. Dixon  
Spring 2008

| Topic | Chapter/Article | Date |
|---|---|---|
| **Introduction/Overview**<br><br>*Changes in families & Theoretical Frameworks* | Knox & Schacht, Choices in Relationships, 9th Edition, chp. 1 | Week 1<br>Jan. 7-9 |
| *Culture*<br><br><br><br>Historical Overview/Gender | Dixon, African American Relationships, Marriages & Families, chp. 1<br>Sonbonfu Some', The Spirit of Intimacy, chps. 1-3 (on reserve in Library)<br><br>Dixon, chp. 2; Knox & Schacht, chp. 2, pp. 42-47 | Week 2<br>Jan 14-16 |
| *Gender-continue—*<br>*Definition/History/Agents*<br>*of Socialization* | Dixon, chp. 3; pp. 25-34; Knox & Schacht, chp. 2 pp. 48-55<br><br>**Martin Luther King Holiday** | Week 3<br>Jan. 21-23 |
|  | Dixon, chp. 3, pp. 34-35; chp. 5, pp.77-78; chp. 6, pp. 111-12<br>**Assignment Due (Demographic Questionnaire on U-learn)**<br><br>The Black Family, Staples--Franklin & Pillow "the Black Male's Acceptance of the Prince-Charming Idea" (E-Reserves);<br>Dixon, chp. 3, p.35-37<br>Knox & Schacht, chp. 2 pp. 55-67<br>**Assignment Due (Gender Assignment on U-learn)** | Week 4<br>Jan. 28-30 |
| **Love** | Knox & Schacht, chp. 3, pp. 72-85, Dixon, chp. 4, pp. 45-50<br>Some', chp. 9<br>**Assignment Due (Love Questionnaire on U-learn)**<br><br>Knox & Schacht, chp. 3, pp. 85-96; Some' chp. 6<br>Dixon, chp. 4, pp. 51-56 | Week 5<br>Feb. 4-6 |
| **Dating** | Knox & Schacht, chp. 4, pp. 100-119<br>Dixon, chp. 7, pp. 135-140 | Week 6<br>Feb. 11-13 |
| *-Dating continue*<br><br>**Negative Images & Stereotypes** | Jewell-"Black Male/Female Conflict: Internalization of Negative definitions transmitted through Imagery" (E-Reserves) *[film "Ethnic Notions]*<br>Dixon, chp. 5, pp. 70-72; chp. 6, pp. 101-103<br>**Outlines Due** | Week 7<br>Feb. 18-20 |
| **Color, Hair & Pornography** | Gould, The Flamingo Smile, "Hottentot Venus" (E-Reserves)<br>*[film "Killing Us Softly]*<br><br>Dixon, chp. 5, pp. 73-75<br>*[film "A Question of Color]*<br>**Midterm Exam (on U-learn)** | Week 8<br>Feb. 25-27 |
|  |  |  |

EXHIBIT 83 - 3

GaState0046330

| | Spring Break | Week 9<br>Mar. 3-9 |
|---|---|---|
| Materialism & Exploitation | Group presentations/discussions 1 & 2 (E-Reserves on group outline handout)<br>**Revised Outlines Due**<br><br>Group presentations/discussions 3 & 4 (E-Reserves on group outline handout) | Week 10<br>Mar. 10-12 |
| Socio-Economics<br><br>Violence | Group presentations/discussions 5 & 6 (E-Reserves on group outline handout) Dixon, chp. 5, pp. 77-80<br><br>Group presentations/discussions 7 & 8 (E-Reserves on group outline handout) Dixon, chp. 5, pp. 104-117 | Week 11<br>Mar. 17-19 |
| Parenting & Blended Families<br><br>Alternative Relationships/ Lifestyles | Group presentations/discussions 9 & 10 (Knox & Schacht chapters on group outline/handout)<br><br>Group presentations/discussions 11 & 12 (Knox & Schacht chapters on group outline/handout); Some', chp. 13 | Week 12<br>Mar. 24-26 |
| Mate Selection<br><br>Sexual Values & Behaviors | Knox & Schacht, chp. 7<br>Dixon, chp. 7, pp. 140-151; Some' chp. 5<br>**Assignment Due (Mate Selection questionnaire handout on U-learn)**<br><br>Knox & Schacht, chp. 5, pp. 131-138<br>Dixon, pp. 171-182; Some' chp. 8 | Week 13<br>Mar. 31-Apr. 2 |
| *Sexual Values and Behaviors --continue*<br><br>**Communication & Conflict Resolution** | Knox & Schacht, chp. 5, pp. 139-157<br>**Assignment Due (Mapping your Sexual Relationship Survey (U-learn)**<br><br>Knox & Schacht, chp. 9, pp. 253-262<br>Dixon, chp. 9, pp. 191-204; Some', chp. 11 | Week 14<br>Apr. 7-9 |
| *- Communication & Conflict Resolution-continue*<br><br>**Cohabitation/Marriage/ Divorce /Finances** | Knox & Schacht, chp. 9, pp. 262-271<br>Dixon, chp. 9, pp. 204-215<br><br>Knox & Schacht, chp. 4, pp. 119-127; Some; chp. 7<br>Knox & Schacht, chp. 8 pp. 230-234; Some' chp. 10 | Week 15<br>Apr. 14-16 |
| -Marriage/ Divorce /Finances continue | Knox & Schacht, chp. 8, pp. 235-248<br><br>Knox & Schacht, chp. 15; Some', chp. 12<br>Dixon, chp. 10 | Week 16<br>Apr. 21-23 |
| -Spiritual Journey | Dixon, chp. 12<br>**(Biographical Narrative see instructions on U-learn)** | Week 17<br>Apr. 28 |
| | **Final Exam** | May 5th 5 pm |

Readings/Assignments on the first line is for the first day of the week and the second is for the second day of the week unless otherwise specified.

EXHIBIT 83 - 4

GaState0046331

# African American Male Female Relationships
## AAS 4030; SOC 4311

# Group Outline/Presentation/Discussion

The class will be divided into groups. Each group will be assigned an article/chapter from the sections below. Some of the book chapters and the articles are on reserve in the library through Reserves--at the desk or E-Reserves (Eres)—on-line and some are in Choices in Relationships, the text for the course. Each group will submit a **typed written outline, power-point presentation** and **group participation scores** for each participant.

## Materialism/Exploitation
Group Number
1.  E-Reserves: Hare & Hare: Crisis in Black Sexual Politics, Karenga - "Black Male/Female Connection" *(Diary of a Mad Black Woman)*
2.  E-Reserves: Benjamin - "The Dog Theory: Black Male/Female Conflict" *(Breaking all the rules, Boomerang; also atomic dog audio)*

## Socio-Demographic/Economics
Group Number

3.  E-Reserves: Hare & Hare: Crisis in Black Sexual Politics, BeBe More Campbell–"To Be Black, Gifted And Alone"*(Stella Got her Groove back, Something New, Daddy's Little Girl)*
4.  E-Reserves: Hare & Hare: Crisis in Black Sexual Politics, Haki Madhubuti– "Black Men, Single, Obsolete and Dangerous" *(see professor for cd on Black Manhood)*
5.  E-Reserves: Chapman: Getting Good Loving, "Damned if She Does Damned if She Doesn't *(Stella Got her Groove Back, Two Can play that Game)*
6.  E-Reserves: Chapman: Getting Good Loving, "It's a Man's Thing" *(Glory, the Brothers, Soul Food, etc., the fugitive, etc.)*

## Violence & Abuse
Group Number
7.  Knox & Schacht, chp. 14, Violence & Abuse *(Madea's Family Reunion, Diary of a Mad Black Woman)*
8.  E-Reserves: Oliver: Sexual Conquest and Patterns of Black on Black Violence: A Structural-Cultural Perspective *(What's Love Got to do With it)*

## Parenting & Blended Families
Group Number
9.  Knox & Schacht, chp. 11, Parenting *(Bernie Mac, Chris Roc, My Wife and Kids, the Cosby show, Fresh Prince)*
10. Knox & Schacht, chp.16, Remarriage & Stepfamilies *(All of Us)*

## Alternative Relationships/Lifestyles
Group Number
11. Knox & Schact, chp.6, Same Sex Couples and Families *(Brother to Brother)*
12. E-Reserves: Dixon We Want For Our Sisters What We Want for Ourselves: "Ausar Auset Society Women in Polygyny"

**Outline** - Each group will submit a <u>detailed</u> typewritten outline *(can use power-point slides)* of the article/chapter to be submitted to the professor *(everything that will be presented from the article/chapter should be in the outline/poser point slides)*, Enhancements should **not** be included in what you submit to the professor. Each outline should contain a cover page with all the participants' names. Failure to follow these instructions will result in the group losing substantial points.

EXHIBIT 83 - 5

GaState0046332

**Presentation** - Using the outline, each group will make a 20-25 minute presentation to the class using a power-point slide show. You should make use of brief excerpts from popular audio and video media to enhance presentations. **DO NOT USE DVDs—or put movie clippings in power-point presentations**. There are too many problems with them and they interfere with presentation time and the DVD players do not have a remote control. Also, SEND A COPY OF YOUR PRESENTATION TO YOUR E-MAIL in the event your cd or disk does not work. In addition, you may also do poetry, invite poets, do dramatic skits, etc. Evaluation will include group's overall creativity and originality and team work. **Note If you do not participate in preparing the outline and/or are not present on the day your group makes the presentation to the class, you will receive a failing grade.**

**Discussion** - Each group should leave enough time in presentation to lead a discussion after the presentation, opening it for critique and reflection for class members. You can begin the discussion by group members having their own critiques and/or reflection of the article/chapter based on their own experiences and observations.

**Attaching Power Point Slide Show to U-learn**—Final versions of Power point presentation (with group members names) should be attached to the discussion section on the U-learn so that your class mates can have access to it for the exam. Instructions on how to attach your power point presentation will be handed out in class.

**Evaluations** - Each group participant will evaluate all other participants using the evaluation form *(U-learn)*. If a member fails to submit an evaluation form evaluating each member, they should receive zero points. The group should select person(s) who will be responsible for calculating the overall score for each group member so that one score for each person can be submitted to the instructor. This person will collect all the evaluation forms from the participants and will submit these along with the overall average score for each member typed on a separate sheet of paper. *All of the evaluations by group members should be attached*

The group should also select another person who will evaluate the evaluator. This means that the person who is the evaluator should be evaluated separately from the other members. His/Her score should be calculated and handed in separately. Overall, at least two persons will be selected.

**IF IT IS DETERMINED BY A MAJORITY OF GROUP MEMBERS THAT YOU DID NOT PARTICIPATE IN PUTTING TOGETHER THE OUTLINE YOU WILL RECEIVE A FAILING GRADE FOR THE OUTLINE**

**ALL GROUPS MUST BE READY TO PRESENT EACH DAY OF PRESENTATIONS**

EXHIBIT 83 - 6

GaState0046333

# GROUP EXERCISE

*Objectives of this exercise is to help you:*

(1) Begin to experience class-mates as collaborators rather than as competitors,
(2) To identify your strengths, and
(3) Identify the resources each of you can provide to carry out the objectives.

*In less than 5 minutes tell other group members:*

(1) *What you are:* your work or student status and what experiences, knowledge or skills you have that are relevant to group discussions/presentations,
(2) *Who you are* - one thing about yourself that will help others to see you as a unique person.
(3) Your name phone number and best times and days you can meet.

*Assignment of Responsibilities:*

Each group member is responsible for reading the entire chapter and participating in the presentation and discussion. The following are suggestions for assignment of tasks:

(1) **Schedule coordinator**--a person to collect names and numbers and contact persons to schedule meeting times.

(2) **Note-taker** - This person might take otes as group members discuss the chapters--reports back what came up with.

(3) **Outline coordinator** - These persons might be responsible dividing the chapter/article into sections so that they can be outlined by group members. Might break the groups down into sub-groups of two-three people (those whose schedules are complementary) and let them outline the sections.

(4) **Wordprocessing coordinator** - Theses persons might gather written outlines from each group member's (subgroups) section of the reading and type or combine from disk into one completed outline.

(5) **Powerpoint designer** --Persons who designs the power point presentation.

(6) **Copier**--Person(s) responsible *(someone who has access to a copier)* for providing copies for other group members and for handouts for class.

(7) **Technicians**--Persons who coordinate and handle technology for presentations, e.g. vcr and tv, audio, pc, and other equipment.

(8) **Creativity coordinators**--Those who will coordinate the creative enhancements, e.g. reviewing and editing videos to fit presentations, inviting poets and rap artists, writing poetry, writing skits, etc.

(9) **Presenters**--Includes (1) those who will be largely responsible for presentation of outline; (2) those who will participate in creativity, e.g. poetry reading, theatrical skits, rap, self-made videos *(do not spend a lot of time on these--live performances are more effective).*

(10) **Evaluators**— (1) A person responsible for collecting evaluations and calculating scores and (2) a person who will evaluate the evaluator.

EXHIBIT 83 - 7

GaState0046334

# PANEL/PRESENTATION EVALUATION

Chapter/Article Title _____ Group No._____

| Evaluation Category | Points | Score |
|---|---|---|
| *Typed-Written Outline* | 75 | |
| 1. Comprehensive/comprehension--detailed and thorough overview of the article/chapter *(Should include exactly what you will say in presentation)*<br>2. Comprehension--understood clearly the thesis, arguments being made<br>3. Followed guidelines according to handout on | | |
| *Presentation* | 15 | |
| 1. Use of powerpoint | | |
| 2. Addition of supporting information, materials, surveys, etc. if applicable | | |
| *Team Work* | 10 | |
| 1. Group flow and coordination | | |
| 2. Presenters were clear *(also projected)* and articulate & held good posture | | |
| **Overall Evaluation*** | 100 | |

* Every group member will get the same score for the outline, presentation and team work.

For the categories <u>presentation</u> and <u>team work</u> you will be given an overall score based on a scale from 1 to 5 in the following manner :

$$1 = \text{poor} \quad 2 \quad 3 \quad 4 \quad 5 = \text{excellent}$$

Comments:

EXHIBIT 83 - 8

GaState0046335

# AAS 4030, 3000
# Electronic Access Instructions
# Spring 2008

## Library Reserve Readings (Eres)

Your new password for AAS4030 is: BOWEQD3X

Your new password for AAS3000 is: H7BRUYLI

To review your page:

1) Go to http://reserves.gsu.edu
2) Click on "Electronic Reserves and Course Materials"
3) Click on the tab at the top that says "Course Reserve Pages by Instructor"
4) Arrow down to find your instructor's name
5) Click "View" beside your instructor's name
6) Click on the course page that you would like to view
7) Enter the password [Passwords are case sensitive and are in all caps. Get the password from your instructor.]
8) Agree to the copyright
9) Your page will come up

*(Can also access through webct—instructions below)*

Please contact the library reserves staff or reply to this email with questions or concerns.

libreserves@langate.gsu.edu

EXHIBIT 83 - 9

GaState0046336

# Adding a Presentation to the Discussion Section in U-Learn

**Adding a File**
1. Click on Discussion at top of page
2. Click all topics
3. Create message
4. In subject line type the name of your Chapter/Article
5. Add attachment
6. Upload file from browser
7. Save
8. Add selected file
9. Select a topic-default
10. Post it

**Opening a File**
1. Open all topics
2. Click on file
3. Create a printable view
4. Save as file (go to all files and make it a Powerpoint/word file vs. a zip file depending on file type, e.g. ppt., doc.)
5. Open Powerpoint/Word
6. Open the file

EXHIBIT 83 - 10

GaState0046337