EXHIBIT

84

# GEORGIA STATE UNIVERSITY

## THE AFRICAN AMERICAN FAMILY
### AAS 3000; SOCI 3162

### Spring, 2008

*Dr. Patricia Dixon*
*Office: One Park Place, 962*
*Office Hours: M,W 4:15-5:00 pm,*
*or by appointment*
*On-campus phone: 404-413-5139*
*Off-campus phone: 770-322-6445/6007*

## DESCRIPTION

This course will trace the historical and social transition of the African-American family starting
from Africa through slavery, emancipation, urbanization to the present. Special attention will be
given to the salient historical, socio-economic, and political and policy issues that have
significantly influenced and shaped the African American experience and impacted on the
African-American family.

## REQUIRED TEXTS

Franklin, D. L. (1997). *Ensuring Inequality*: NY: Oxford University Press
Hill, R. (1999). *The Strengths of African American Families*. NY: University Press of America.
McAdoo, H. P. (2007). *Black Families*. California: Sage Publications. 4th edition.
Staples, R. (1999). *The Black Family*: NY: Wadsworth. 6th Ed.
Readings on e-reserves in library (to be used for outline/panel presentations)

## RECOMMENDED READINGS

Boyd-Franklin, (2000). *Boys into Men*, NY. Plume
Beal, C., Villarosa, L. & Abner, A. (1999). *The Black Parenting Book*. Broadway Books: NY
Comer, J.P. & Pousaint, A. F. (1992). *Raising Black Children*. NY: Plume
McAdoo, H.P. (2002). *Black Children*. 2nd ed. California: Sage Publications.
Stevenson, H., Davis, G. & Abdul Kabir, S. (2001). *Stickin' to, Watchin' Over and Gettin' With:
An African American Paren's Guide to Discipline*. Jossey-Bass: San Francisco: CA

## GENOGRAM SOFTWARE (on U-learn)

GenoPro – http://www.genopro.com &  http://www.genopro.com/beta/ (For emotional ties).
Have to download both -Free for 30 days after that purchase for $39.00 *(recommended)*

Relativity–call 301-942-3254 or website: www.interpersonaluniverse.net –Student version
$39.99

Smart Draw–call 800-768-3729 or internet www.smartdraw.com (Down load free version,
however it only allows three printing before you have to purchase)

GaState0046302

## STUDENT RESPONSIBILITIES

1) **Attendance/Class/Group Participation** (25%) - Students must attend classes and participate in class/group discussions. Students must read assignments prior to each session so that you are able to participate in class and group discussions. For group discussions you will be required to respond to questions found on the Webct and those handed out in class by the instructor. Each student is allowed <u>two</u> unexcused absences. Absences beyond the two unexcused for hospitalization, accident or death must be supported by written documentation. <u>You will lose five points</u> from 100 for each class missed. Coming into class late or leaving early may result in half the points for that day. <u>DO NOT CALL THE INSTRUCTOR</u> when you intend to not attend class. The policy still stands. Five (5) points will be deducted for each class missed.

2) **Midterm Exam** (25%) - Will include material covered in the first half of the class. May include but is note limited to multiple choice, matching, fill-in-the-blank, short essay. THERE WILL BE NO MAKE-UP EXAMS. If for some reason like accident, death, etc. you are unable to take an exam it is your responsibility to contact the professor to arrange an alternative testing time. Professor reserves the right in approve or deny a request to take the exam. The highest grade you may be able to receive is a B. If you do not take the exam within a week after the date, the highest grade you may be able to receive is a C.

3) **Panel Presentations/Outlines** (25%) - Each student will participate on a panel on **African American Family Issues**. Each student will select a chapter from McAdoo. Staples or articles on reserve in the library (In most cases there will be two or more persons per article/chapter). You will then be placed in a group to present your article/chapter to the class using a powerpoint slide show. The selection should be typed in an outline (may use the outline version of powerpoint) and submitted to the instructor by the deadline. The slide show should also be be be attached to the Webct Vista discussion section. The cover page should include all member names, title of the article/chapter, author, and date. *(Also see instructions)*.

4) **Final Project/Exam** (25%) - Will consist of two parts **A. Final Project** –You will construct genogram/family tree using a genogram software package (guidelines will be handed out in class). You should go back as far as you can remember. You may have to interview family members. *(See reading on reserve in the library on genograms)* You will also apply some of the topics discussed throughout the class, e.g. structure, function, blended families, parenting, and other issues covered in student presentations to your family of origin or family of procreation. From the genogram and applying the topics you should construct the history of your family and write your family story. **B. The Exam** will include material covered in the second half of the class. It may include but is not limited to multiple choice, matching, fill-in-the-blank, short essay. The rules for the mid-term exam apply to the final exam.

## GRADING SYSTEM

| | | | |
|------|-----|------|-----|
| A+ | 98 | B- | 80 |
| A | 95 | C+ | 78 |
| A- | 90 | C | 75 |
| B+ | 88 | C- | 70 |
| B | 85 | D | 65 |
| | | F | 55 |

2

EXHIBIT 84 - 2

GaState0046303

| Topic | Readings | Date |
|---|---|---|
| **Introduction/Overview**<br><br>**African Background** | E-reserves: Mbiti–<u>African Religions and Philosophy</u>, chps. 10-13 | Jan. 7-9 |
| **History** | Franklin, <u>Ensuring Inequality</u>, chp. 1<br>E-Reserves: Blassingame-<u>The Slave Community</u>, chp. 7 | Jan. 14-16 |
| | Franklin, chp. 2; E-Reserves: Frazier- <u>The Negro Family in the U.S.</u> "Broken Bonds," chp.V, p. 17<br><br>**Martin Luther King Holiday** | Jan. 21-23 |
| | E-Reserves: McGoldrick & Gerson–<u>Genograms</u><br><br>Franklin, chps 4; E-Reserves: Frazier, "Roving men and homeless women," p. XIII, p. 209 | Jan. 28-30 |
| | Franklin. chp. 3 E-Reserves: Frazier, chp. VIII, "Granny, the Guardian of Generations," p. 114<br><br>Franklin. chps. 5 & 6 | Feb. 4-6 |
| | Franklin, chp, 7; Staples,The Moynihan Report, p. 7<br><br>Franklin, chps. 8 & 9 | Feb. 11-13 |
| **Socio Demographics**<br>**Structure/Process** | Course Notes *(handed out or on Ulearn)* | Feb. 18-20 |
| **Blended Families**<br>**Theoretical Conceptualizations** | *(handed out or on U-Learn)* See Websites & Other information on Ulearn Vista for articles on Blended families<br><br>McAdoo,– Sudarkasa, chp.2 p. 9; Staples–Scott & Black, p.232<br>**Midterm Exam** | Feb. 25-27 |
| | **Spring Break** *(March 3rd Last day to withdraw)* | Mar. 3-6 |
| **Mothers/Fathers**<br><br><br>**Children/Parenting** | Staples– Collins, p. 157; Staples– Lempert, p. 189<br>**Panel Presentations (Groups 1 & 2)**<br><br>McAdoo- Ferguson Peters; p. 203<br>Dickerson–Randolph, p.117<br>**Panel Presentations (Groups 3 &4)** | Mar. 10-12 |
| *-Children/Parenting continue* | E-Res–Beal et.al, p. 102; E-Res-Hampton/Lassiter, p. 39<br>**Panel Presentations (Groups 5 & 6 )**<br><br>E-Res-Stevenson, Davis & Abdul-kabir, chp. 4, p. 115<br>E-Res-Stevenson, Davis & Abdul-kabir, chps. 3, p. 81<br>**Panel Presentations (Groups 7 & 8)** | Mar. 17-19 |

EXHIBIT 84 - 3

GaState0046304

| | | |
|---|---|---|
| *-Children/Parenting continue*<br><br>**ISSUES**<br>**Health and Dieting**<br>**Stress** | Sheras , p.1-17, p. 38-65<br>E-Res–Stevenson, Davis & Abdul-kabir, p. 143<br>**Panel Presentations (Groups 9 & 10)**<br><br>E-Res–Peters & Massey, p. 193<br>E-Res–(Llaila & other articles)<br>**Panel Presentations (Groups 11 & 12)** | Mar. 24-26 |
| **Violence**<br><br><br>**Black Boys/Girls** | E-Res–Hampton-Asbury; Staples-Williams, p. 265<br>**Panel Presentations (Groups 13 & 14)**<br><br>E-Res–Rozie-Battle & Stephens & Few<br>Library Reserves (or see instructor) Kunjufu, p. 1-20: 31-42<br>**Panel Presentations (Groups 15 & 16)** | Mar. 31-Apr 2 |
| **Health, Education & Welfare**<br>**Social Security and Pensions** | E-Res–Current Economic Issues–Multiple Authors, p. 43<br>E-Res–Current Economic Issues–Multiple Authors, p. 69<br>**Panel Presentations (Groups 17 & 18)** | Apr. 7-9 |
| **Black Families in White**<br>**Communities**<br><br>**Alternative Family Lifestyles** | E-Res-McAdoo-Tatum, Black Families 3rd ed. p. 214<br>E-Res–McAdoo, -Black Children, Murray & Mandara, p. 73<br>**Panel Presentations (Groups 19 & 20)**<br><br>E-Res-Knox & Schacht, Chp. 6<br>E-Res–Dixon, p. 215<br>**Panel Presentations (Groups 21 & 22)** | Apr. 14-16 |
| **Strengths in African American**<br>**Families& Nguzo Saba** | McAdoo-Black Families, Karenga and Karenga, p. 7<br>Hill–Entire book<br>**Panel Presentations (Groups 23 & 24)** | Apr. 21-23 |
| | **Final Project Due** | Apr. 28 |
| | **Final Exam** | May 5th. 5 pm |

* Readings/Assignments on the first line is for the first day of the week and the second is for the second day of class unless otherwise specified.
See list of Readings on Panel/Group Sign in Sheet handed out in class and on U-learn for more specific detail on readings when groups start to present.

EXHIBIT 84 - 4

GaState0046305

# AFRICAN AMERICAN FAMILY, AAS 3000; SOCI 3162

## OUTLINE/PANEL PRESENTATION

### Guidelines

Please follow the instructions below for outlining and presenting the chapters/articles to class.

## GENERAL RESEARCH (SECONDARY)

**Opening/Introduction - Chapters/articles in which there is an opening or introduction**:

- Identify the major argument, thesis or purpose of the chapter (should be able to find in the first 2-3 paragraphs).
- Identify sub-arguments/thesis/purpose (should also be able to find in the first 3 paragraphs).
- For each paragraph in the opening/introduction pull out **<u>all</u> important notes, points, other research and information including statistics** that the author provides

**Subheadings**:

- Identify the major point/argument(s)
- For each paragraph under each subheading pull out **<u>all</u> supporting notes, points other research, and information** that supports the major points of the subheading.

**Discussion/Conclusion**:

**Identify**:
- Major and important points.
- Conclusions the author comes to with regard to what was discussed in the chapter
- Solutions the author offers and suggestions for future research (if applicable)

## PRIMARY RESEARCH

**Identify**:
- **Purpose** of the Study-- Why was the study initiated:  What did the research expect to find. What arguments does the research make to justify why the study was necessary.  As above, report **<u>all</u> important notes, points, other research and information including statistics**
- **Method** used to conduct the study. Include the subjects and instruments, e.g. whether it was interviews, surveys, etc. and other pertinent information.
- **Findings** - What did the researchers find or discover as a result of the study?

You will be graded on the following:

**1. Outline** –how well you outline the article/chapter/research
- It is important that you show a clear, logical and explicit understanding of the thesis/arguments/purpose (If this is not done it will throw off your entire presentation
- It is also important that you show an understanding of supporting notes, points other research and information including supporting statistics that the author(s) provide
- The outlines should be extremely detailed.

### 2. Enhancements *(At least one of the following)*

**a. Updated Statistics**– statistics  (for the research in which the statistics report information in the eighties or older, you are <u>required</u> to find the latest statistics-by going to the various government and other agencies. Some agencies include:
- U.S. Census Bureau- www.census.gov - Subject A-Z, African American *(marital status, household, income, poverty)*
- US. Department of Labor – www.dol.gov *(employment, consumer behavior, etc.)*

EXHIBIT 84 - 5

GaState0046306

- Justice Department – www.ojp.usdoj.gov/bjs/ *(incarceration, crime, violence)*
- Center for Disease Control - www.cdc.gov/ - FactSTATS A-Z H–Health of Black or African American Population *(Birth, death rates, diseases, etc.)*
- The Sentencing Project - www.sentencingproject.org/ *(Incarceration)*

**b. Video Ehancements** – clippings from various tv family shows e.g. (The Cosby show, All of us, Bernie Mac, My Wife and Children, Chris Rock etc.) & other supporting clipping much of which can be found in you tube on internet.

**c. Support Services Information**–Can include additional information including websites and organizations.

**3. Powerpoint** – All presentations should be done via powerpoint. You may turn in the powerpoint slide show for your outline.

**4. Team Work** –Includes how well you work as a team as well as how you present which includes and posture, voice projection (See evaluation form)

**5. U-learn**– All presentations should be posted to discussion section in U-learn by a date designated by instructor.

Overall, your presentations are expected to be thorough. You are expected to provide all the critical information that the authors provide. **DO NOT LEAVE OUT IMPORTANT INFORMATION.**

All outlines should be in 12 pitch font (unless use powerpoint slide show), and include a cover page with title of the article/chapter and author, group member names, professor name, class name and date.

**GROUP MEMBERS SHOULD 1. PARTICIPATE IN PREPARATION OF THE OUTLINE AND, 2. BE PRESENT WHEN THE GROUP MAKES THE PRESENTATION TO THE CLASS. IF YOU FAIL ON EITHER OF THESE REQUIREMENTS YOU WILL RECEIVE A FAILING GRADE**

EXHIBIT 84 - 6

GaState0046307

# PANEL/PRESENTATION EVALUATION

Chapter/Article Title _____ Group No._____

| Evaluation Category | Points | Score |
|---|---|---|
| *1.Typed-Written Outline/Powerpoint Slide Show* | *60* | |
| 1. Comprehensive/comprehension--detailed and thorough overview of the article/chapter *(Should include exactly what you will say in presentation)*<br>2. Comprehension--understood clearly the thesis, arguments being made<br>3. Followed guidelines according to handout–should<br>    include a cover page with all group members names | | |
| | | |
| *2. Enhancements* | *10* | |
| 1. Updated statistics (if applicable) | | |
| 2. Addition of supporting information, materials, surveys, etc. if applicable | | |
| 3. Video(e.g. Cosbys, Bernie Mac, My Wife & Children, All of Us, Chris Rock) Others on You Tube, etc. | | |
| | | |
| *3. Power Point*– Include enhancements like pictures | *20* | |
| *4. Team Work* | *10* | |
| 1. Group flow and coordination | | |
| 2. Presenters were clear *(also projected)* and articulate & held good posture | | |
| **Overall Evaluation*** | 100 | |

* Every group member will get the same score for the outline, presentation and team work.

For the categories <u>presentation</u> and <u>team work</u> you will be given an overall score based on a scale from 1 to 5 in the following manner :

1 = poor   2   3   4   5 = excellent

EXHIBIT 84 - 7

GaState0046308

# AAS 4030, 3000
## Electronic Access Instructions
## Spring 2008

## Library Reserve Readings (Eres)

Your new password for AAS4030 is: BOWEQD3X

Your new password for AAS3000 is: H7BRUYLI

To review your page:

1) Go to http://reserves.gsu.edu
2) Click on "Electronic Reserves and Course Materials"
3) Click on the tab at the top that says "Course Reserve Pages by Instructor"
4) Arrow down to find your instructor's name
5) Click "View" beside your instructor's name
6) Click on the course page that you would like to view
7) Enter the password [Passwords are case sensitive and are in all caps. Get the password from your instructor.]
8) Agree to the copyright
9) Your page will come up

*(Can also access through webct—instructions below)*

Please contact the library reserves staff or reply to this email with questions or concerns.

libreserves@langate.gsu.edu

EXHIBIT 84 - 8

GaState0046309