EXHIBIT

87

# College of Education
# Georgia State University
*Leadership and Scholarship Focused on Learning and Development*

## EPY 7090: Psychology of Learning and the Learner
Early Childhood Education CMP
2007-2008

**Instructor:** Dr. Ann Cale Kruger  **Office Hours:** By Appointment
**E-Mail:** ackruger@gsu.edu  **Phone:** (404) 651-0111
**Office:** 818 Education  **Fax:** (404) 651-4901

This course covers the psychological principles that underlie the teaching and learning that occur in school. Knowledge of these principles prompts insights into teachers' processes and those of their students. The goals of the course are (1) to learn the principles and (2) reflect on how they can enhance professional practice. The two ECE program goals that the course is particularly relevant for are: (a) Knowledge of Children and How They Learn and (b) Critically Reflective Thinking. Course objectives are to understand the core concepts and apply them appropriately.

## Course Content

**Knowledge of Children: Social and emotional foundations for learning**

*Core theorists and concepts*: Bowlby, Ainsworth, Dweck, and Steele; attachment; anxiety; understanding of self and other; locus of control; motivation; stereotype threat

*Application*: Establishing rapport; building community; creating emotionally safe and relevant environments for learning

**Constructivism:**

*Core theorists and concepts*: Piaget and the neo-Piagetians; developmental changes in the way children solve problems (stages of development); children as scientists with theories of their own.

*Application*: The role of the child in learning; contexts for learning; expectations for understanding; science and math education

**Socio-constructivism:**

*Core theorists and concepts:* Vygotsky; socio-cultural theory, cultural basis for cognitive processes or ways of thinking; language mediating thought; zone of proximal development; scaffolding.

1

EXHIBIT 87 - 1

GaState0003887

*Application*: Role of relationships in facilitating learning in the classroom; multi-culturalism; how culture affects the ways children tell stories and think; diversity in thinking.

**Information Processing Models:**

*Core concepts*: General models of attention and memory; developmental changes in memory, attention and knowledge; metacognition and self-regulated learning

*Application*: Transmission and assessment of knowledge in the classroom; study and problem-solving strategies.

**Learning Theories/Behaviorism:**

*Core theorists and concepts*: Pavlov and Skinner; Classical and Operant Conditioning (reinforcement, punishment, aversive control); stimulus-response associations; observational learning

*Application*: classroom management; Direct Instruction; Precision Teaching

## Course Requirements

***1. Readings***: For most class sessions, readings will be assigned. The readings are taken from textbooks, articles, and the web. The readings for the course are on electronic Library Reserves (Eres) and are accessed through the web.

Directions for Accessing Electronic Reserves (ERes):
1) Go to http://reserves.gsu.edu .
2) Click on "Electronic Reserves and Course Materials."
3) Click on the tab at the top that says "Course Reserve Pages by Instructor."
3) Arrow down to find Kruger's name.
4) Click "View" beside Kruger's name.
5) Click on the course page that you would like to view (7090).
6) Enter the password LE7090STA.
7) Agree to the copyright.
8) Your page will come up.
Please contact the library reserves staff with questions or concerns.
Denise Dimsdale, Library Media and Reserves Coordinator, libreserves@langate.gsu.edu.

***2. Homework***: For most class sessions, a homework task will be assigned. The purpose is for you to be active in your learning. It will require you to read the assigned material, actively process it, and reflect on the ideas, especially with regard to your teaching experiences. During the school year, the assignments will involve observing children in your classroom to facilitate the application

2

EXHIBIT 87 - 2

GaState0003888

of the theories. The written homework should be 2-3 pages in length (not including references to the readings that you should include where applicable).

*3. Class participation:* You are expected to contribute to class discussions of the issues raised in the lectures, readings, and homework. The instructor will note your contributions and provide feedback.

## Performance Assessment:
The quality of your homework and class participation will be assessed. Grading is based on the grading rubric developed for the cohort.

## Technology:
In this class you will be asked to access readings through the web, use your student email address, and find sources that are on the internet.

# Course Context

**RELATIONS OF COURSE TO UNIT CONCEPTUAL FRAMEWORK:**
Two assumptions that guide the College of Education's programs and that will be emphasized in class are (1) learning/teaching must continually adapt to changes in society and an expanding knowledge base, and (2) learning is an active process. There are several candidate outcomes in the College of Education's programs. Two that will be emphasized in this class are for students to gain a greater understanding of diversity among learners, and a greater understanding of the learning environment.

**RELATIONS OF COURSE TO STANDARDS (INCLUDING GPS):**
This course provides the underlying theoretical contexts for standards identified by most professional educational organizations and by which teachers may approach the Georgia Performance Standards.

# Course Policies

**POLICY ON ATTENDANCE**
Attendance is required at all class meetings unless there is a compelling reason for absence as described in the GSU Policy on Class Attendance in the *College of Education Graduate Bulletin*. The activities that take place during class meetings are important to successful completion of course requirements. If classes are missed, students will arrange with the instructor to make up assignments.

**POLICY ON ACADEMIC HONESTY**
Students in all courses at Georgia State University are expected to demonstrate the highest degree of academic honesty. For explicit coverage of this policy students are advised to read the section on academic honesty in the General Catalog for the University. This policy discusses plagiarism, cheating on examinations, unauthorized collaboration, falsification, and multiple submissions of material for

3

EXHIBIT 87 - 3

GaState0003889

credit without permission.

**POLICY ON DISABILITIES**
Students with disabilities requiring accommodations <u>must be registered</u> with the Office of Disability Services at Georgia State <u>before</u> an instructor can modify instruction or expectations. The Office of Disability Services can be contacted at 404-463-9044. Any student with a disability who may require special accommodations is requested to make an appointment with the instructor at the beginning of the course. Students must self-identify so that arrangements can be made according to the University's policies and guidelines provided by the Office of Disability Services.

**POLICY ON DISRUPTIVE BEHAVIOR**
Professional behavior also includes appropriately interacting with instructors and other students. According to GSU policy, *"Disruptive student behavior is student behavior in a classroom or other learning environment (to include both on and off-campus locations), which disrupts the educational process. Disruptive class\* behavior for this purpose is defined by the instructor. Such behavior includes, but is not limited to, verbal or physical threats, repeated obscenities, unreasonable interference with class discussion, making/receiving personal phone calls, text messages, or pages during class, leaving and entering class frequently in the absence of notice to instructor of illness or other extenuating circumstances, excessive tardiness, and persisting in disruptive personal conversations with other class members. For purposes of this policy, it may also be considered disruptive behavior for a student to exhibit threatening, intimidating, or other inappropriate behavior toward the instructor or classmates outside of class.*

*\*For purposes of this document, the word "class" is defined as one specific meeting of students and professor while the word "course" refers to the entire section.*

# Course Outline

**COURSE STRUCTURE**
The format of the course will include lectures, whole group discussions, small group discussions, and reflective writing.

## <u>Class #1: June 14, 2007</u>

**Thinking about the Nature of the Child**
   Individual writing, class discussion

**Introduction to Social and Emotional Foundations**
   Lecture, discussion, film

*Homework (due at Class # 2)*: Handout during Class #1

4

EXHIBIT 87 - 4

GaState0003890

# Class # 2: June 22, 2007

**Continuation of Social and Emotional Foundations**
 Q&A, reflection, lecture, discussion, film

*Homework (due at Class # 3):* Handout during Class #2

# Class # 3: June 26, 2007

**Thinking about Learning**
 Q&A, reflection

**Introduction to Piaget and Constructivism**
 Lecture, discussion

**Readings on Piaget (due at Class #4):**

Papert, Seymour (2002). Child Psychologist: Jean Piaget. *The Constructivist, 14,* 19-20; 26.
ERes Location = Item # 08

McDevitt, Teresa M. & Ormrod, Jeanne E. (2004) Chapter 4. Cognitive Development 1: Piaget and Vygotsky (pp. 139-163). *Child Development and Education.* Columbus, OH: Merrill-Prentice Hall.
ERes Location= See Footnote 1[1]

Whitenack, Joy W., Knipping, Nancy, Novinger, Sue, & Underwood, Gail. (2002). Contexts for children's mathematical reasoning about tens and ones: The story of Aunt Mary's Candies, *The Constructivist, 14,* 5-11.
ERes Location = Item # 10

*Homework on Piaget (due at Class #4):* Handout during Class #3

---

[1] McDevitt & Ormrod (2004) Chapter 4. Cognitive Development 1: Piaget and Vygotsky is long and is contained in four files. To print out or download the chapter, you must access ERes items 9a, 9b, 9c, and 13b. These files contain pages 139-183. McDevitt.& Ormrod (2004) Chapter 5. Cognitive Development 2: Cognitive Processes can be found in items 4a, 4b, 6b, and 11b. These files contain pages 185-235. It is recommended that you obtain a copy of the entirety of these two chapters at one time. Sections from them are assigned across different units of the course.

5

EXHIBIT 87 - 5

GaState0003891

# Class #4: TBD (September 2007)

## Review of Piaget Readings and Homework
Q&A, reflection

## Introduction to Vygotsky and Social Constructivism
Lecture, discussion

*Readings on Vygotsky (due at Class #5):*

McDevitt, Teresa M. & Ormrod, Jeanne E. (2004) Chapter 4. Cognitive Development 1: Piaget and Vygotsky (pp 163-183); Chapter 5. Cognitive Development 2: Cognitive Processes, (pp.225-228). *Child Development and Education.* Columbus, OH: Merrill-Prentice Hall.
ERes Location= See Footnote 1

Bodrova, Elena & Leong, Deborah J. (1996). Chapter 4. The Zone of Proximal Development, pp. 34-46. *Tools of the Mind: The Vygoskian Approach to Early Childhood Education.* Englewood, NJ: Merrill.
ERes Location = Item # 14

Berk, Laura E. (2001). *Awakening Children's Minds.* NY: Oxford University Press. *Chapter 6.* Learning in Classrooms. pp. 181-219.
ERes Location = Items # 15a and 15b

Rosenshine, Barak & Meister, Carla (1998). The use of scaffolds for teaching higher-level cognitive strategies. (pp. 137-145). In Anita E. Woolfolk (Ed), *Readings in Educational Psychology,* Boston: Allyn & Bacon.
ERes Location = Item # 16

Greenfield, Patricia, Rothstein-Fisch, Carrie, and Quiroz, Blanca (1999). *Bridging cultures in education: Implicit knowledge through explicit training.* Paper presented at SRCD.
ERes Location = Item # 17

*Homework on Vygotsky (due at Class #5):* Handout during Class #4

# Class #5: TBD (October 2007)

## Review of Vygotsky Readings and Homework
Q&A, reflection

## Introduction to Information Processing and Metacognition
Lecture, discussion

---

*Readings on Information Processing and Metacognition (due at Class #6 ):*

McDevitt, Teresa M. & Ormrod, Jeanne E. (2004) Chapter 5. Cognitive Development 2: Cognitive Processes (pp. 184-200). *Child Development and Education.* Columbus, OH: Merrill-Prentice Hall.
ERes Location= See Footnote 1

Ormrod, Jeanne Ellis (2004). Chapter 12. Long term Memory III: Retrieval, forgetting, *Human Learning,* 4th Edition. pp. 297-321
ERes Location = Item # 5

McDevitt, Teresa M. & Ormrod, Jeanne E. (2004) Chapter 5. Cognitive Development 2: Cognitive Processes (pp. 200-216). *Child Development and Education.* Columbus, OH: Merrill-Prentice Hall.
ERes Location= See Footnote 1

Ormrod, Jeanne Ellis (2004). Chapter 13. Metacognition, self-regulated learning, and study strategies. *Human Learning,* 4th Edition. (pp. 322-359)
ERes Location = Items # 7a and 7b


*Homework on Information Processing and Metacognition (due at Class #6 ):* Handout during Class #*5*

---

## Class #6: TBD (November 2007)

**Review of Information Processing and Metacognition and Homework**
    Q&A, reflection

**Introduction to Learning Theories/ Behaviorism**
    Lecture, discussion

*Readings on Behaviorism (due at Class #7):*

    Woolfolk, Anita (2001). Behavioral views of learning. Educational Psychology, Boston, MA: Allyn and Bacon (pp. 198-237).
    ERes Location = Items # 1a, 1b, and 1c

    Ormrod, Jeanne Ellis (2004). Instructional objectives. *Human Learning*, Fourth Edition. Pp. 82-86.
    ERes Location = Item # 2

    Fredrick, Laura D., Deitz, Samuel M., Bryceland, John A., & Hummel, John, N. (2000). Behavior Analysis, Education and Effective Schooling, Reno, NV: Context Press. Chapter 4, Instructional Strategies, pp. 79-84 (Precision Teaching); 92-100 (Direct Instruction).
    ERes Location = Items # 3a and 3b

*Homework on Behaviorism (due at Class #7):* Handout during Class #6

## Class #7: TBD (December 2007)

**Review of Learning Theories/Behaviorism**
    Q&A, reflection

8

EXHIBIT 87 - 8

GaState0003894

# General Reflection on Course Content

Note: This course syllabus should be considered tentative and is subject to change.

GaState0003895