EXHIBIT

88

# QUALITATIVE INQUIRY PROGRAM

## EPRS 8500
## Qualitative/Interpretive Research in Education I
## CRN 86890
## Fall 2007

Dr. Jodi Kaufmann
E-mail: jkaufmann@gsu.edu
Office: 410 College of Education
Office Hours: Thursdays, 2-3:30 or by appointment

### Required Texts

Crotty, M. (1998). *The foundations of social research: Meaning and perspective in the research process.* Thousand Oaks, CA: Sage.

Willis, J., Jost, M., and Nilakanta, R. (2007). Foundations of qualitative research: Interpretive and critical approaches. Thousand Oaks: Sage Publications. (ISBN: 978-1-4129-2741-3)

### Own Choice Book Reviews

**Choose ONE of the following:**

Angrosino, M. V. (1998). *Opportunity house: Ethnographic stories of mental retardation.* Walnut Creek: Altamira Press. [ethnographic fiction]

Lather, P. and Smithies, C. (1997). *Troubling the Angels: Women Living with* HIV/AIDS. Boulder, CO: Westview Press. [poststructural ethnography]

Platzer, H. (2006). Positioning Identities: Lesbians' and Gays' Experiences with Mental Health Care. Qual Institute Press: Edmontoin, Alberta, Canada. [dissertation award winner – go to publisher website to order]

Tomaselli, K. (2006). *Writing in the s/and: Autoethnography among indigenous* South Africans. Walnut Creek: AltaMira Press. [autoethnography]

**Books listed above are available online at Amazon.com**

### Additional Readings

All readings are available from the Library in electronic format. Each article has been scanned and is available electronically as a PDF file. To access the documents, go to Course Reserves located on the library homepage. The password is: KE8500GBB



PLAINTIFF'S
EXHIBIT
*105*
PENGAD 800-631-6989

EXHIBIT 8  5-6-09

GaState0003776

This course reviews the foundations of qualitative design, investigating the history, philosophy and nature of qualitative research. It covers different qualitative research methodologies and the current issues in qualitative research. As qualitative research is situated within the theoretical and empirical literature in the field, the literature review is also covered.

As a learner in this course you will investigate methodological possibilities and various ways of dealing with procedural, philosophical, analytical and ethical issues relate to undertaking qualitative research projects. Specifically, you will do the following:

1. Identify and explain the range of problems addressed by qualitative research. What is qualitative research? What are the different ways it is conceptualized? How does it define problems? What are its origins?

2. Clearly articulate your own presuppositions and subjectivities in regard to the educational research processes.

3. Specify the units of analysis examined in qualitative research and the nature of the explanations generated. What kinds of human phenomena does qualitative research examine? What goals does it attempt to achieve?

4. Formulate appropriate qualitative research problems, design relevant qualitative research strategies for examining such problems, select pertinent data sources and data collection methods, and assess the results of such efforts.

5. Examine ethical dilemmas and issues related to the research process.

6. Recognize exemplars of qualitative research derived from varying approaches and traditions, identify the goals and presuppositions of these different exemplars, and critically assess the designs for their accomplishment of specified research goals.

7. Develop an understanding of the relationship of educational theorizing to the research process through an examination of a variety of theoretical orientations.

8. Describe and define your epistemological stance – objectivism, constructionism, subjectivism -- and the epistemological stance of empirical research within the literature. You will be able to identify the origins and developments of these varying epistemologies, underlying values and assumptions, and their strengths and limitations.

9. Describe and define your ontological stance – realism, naïve realism, and/or social relativism – and the ontological stance of empirical research in the literature. You will be able to identify the assumptions, strengths and limitations of these ontologies.

10. Describe and define your theoretical framework-- positivist, post-positivist, critical, feminist, postmodern, and others -- and the theoretical framework of empirical research in the literature. You will be able to identify the origins and developments, underlying values and assumptions, and the strengths and limitations of these varying approaches.

11. Define and describe the identified methodologies. Be able to discuss the following of each identified methodology: what are the epistemological and ontological assumptions; on which theoretical perspective does it most rely;

2

EXHIBIT 88 - 2          GaState0003777

what type of questions does it allow you to answer; on what type of data does it rely; what is its goal; what are its limitations and strengths.

12. Write a clear, cohesive, and critically integrated literature review.
13. Write a strong and cohesive qualitative research proposal – introduction to the problem, literature review to ground the problem, and qualitative research design to answer the problem.

| *Course Structure* |
| --- |

This course will consist of a combination of mini-lectures, demonstrations, discussions, small group activities, and participatory experiences.

**Attendance and Participation**
I expect regular attendance and will take excessive absences (missing more than 6 hours of a 3-credit course) into account in the final course grade. Your participation in class discussion and course activities is essential. If you have a conflict with a session due to prior commitments, please see me privately (so as not to use our limited class time with individual scheduling concerns).

I expect people to come to class prepared, having read all assigned reading and completing all course activities, and to contribute to class discussions and activities. Frequent lack of preparation or failure to contribute will be taken into account in the final course grade.

**Electronic Submission of Assignments**
You will turn in each assignment to me electronically, via Georgia State University email, prior to class on the date the assignment is due. Make sure you label the document with your name and assignment, for example Kaufmann_subjectivity. Turn in assignments as Word documents; no PDF files will be accepted, in order that I may use track changes for comments.

**Assignments**
All assignments are due before class on the assigned due date. No late work will be accepted. Exceptions may be made for documented emergencies only.

**Accommodations for Qualified Individuals with Disabilities**
It is the policy of The Georgia State University to make reasonable accommodations for qualified individuals with disabilities. If you are a person with a disability and desire accommodations to complete your course requirements, please notify me as soon as possible to discuss your request.

**Non-Native Speakers of English**
Non-native English speakers are strongly encouraged to recruit an editor outside of class to review their written work.

**Free and Open Exchange of Ideas: Classroom Climate**
Qualitative research on human experience often involves controversial topics. People have strong feelings, values, and beliefs that affect how they interpret scientific and other scholarly information. Although diversity of opinions is central to the scholarly inquiry encouraged in this course, everyone is expected to accurately represent the variety of views discussed. We may

3

EXHIBIT 88 - 3

GaState0003778

agree to disagree, but we must be able to express the viewpoint with which we disagree. Sound scholarship depends, then, on respectful listening and sometimes respectful disagreement. It depends on what the philosopher Hannah Arendt called "visiting"; visiting is listening carefully to what others have to say, engaging in interactive dialogue with others, and respecting differences in perspectives.

As a graduate student at Georgia State University, the free discourse of ideas should be expected. We believe the open exchange of ideas is necessary for learning. We have opinions, and will express those. You are free to express either agreement or disagreement without fear of consequences. This does not mean of course, that we may not challenge your views or disagree with them. But it does mean that you will experience no consequences for disagreeing with us. If you feel that we are violating this commitment, please arrange an appointment to discuss the issue.

Additionally, class discussions can easily be environments that are unfair to some students. As scholars at a major research university, we must all be sensitive in our participation. Numerous studies have found that whites tend to dominate other races unless many of the discussants are members of those other races. In addition, some students, both male and female and of all races, tend to dominate class discussions, while others participate very little. Certainly some people, for various reasons, choose a lower level of participation. The important issue is that we all be sensitive that we are not unfairly dominating by talking too much or talking too loudly. The goal is to create a psychologically safe space in which everyone feels that they can participate in the discussion. This does not mean people cannot disagree. This does not mean people cannot have emotions connected to their words. What it does mean is that we all need to be sensitive, appreciative, and respectful, no matter how strongly we might agree.

Finally, we request that students not discuss problems of local school districts when attempting to highlight an argument they are presenting. It is inappropriate to mention the names of administrators, teachers, or school districts in class discussions. The professional integrity of our colleagues in education should be respected. A graduate class at Georgia State University should not become a forum for discussion of political issues facing a school district.

**Academic Honesty**

Georgia State University seeks to promote and ensure academic honesty and personal integrity among students and other members of the University community. A policy on academic honesty has been developed to serve these goals. Academic honesty is defined broadly and simply -- the performance of all academic work without cheating, lying, stealing, or receiving assistance from any other person or using any source of information not appropriately authorized or attributed. Academic honesty is vital to the very fabric and integrity of the University. All students must comply with an appropriate and sound academic honesty policy and code of honest behavior. All members of the University community are responsible for and involved in bringing about an honest university, and all must work together to ensure the success of the policy and code of behavior. All members of the University community are responsible for knowing and understanding the policy on academic honesty. The statement on policy and procedures will be made readily available to all students and faculty to ensure understanding of the academic honesty system and its proper functioning. The entire University Community works together to operate the academic honesty system. Where suspected violations of the academic honesty policy occur, appropriate procedures are designed to protect the academic process and integrity

4

EXHIBIT 88 - 4

GaState0003779

while ensuring due process. The academic honesty system is an academic process, not a court of law.

All students are responsible for maintaining the highest standards of honesty and integrity in every phase of their academic careers. The penalties for academic dishonesty are severe and ignorance is not an acceptable defense.

## Requirements and Grading

All Students are required to complete the following written assignments with the final grade based on the distribution indicated below:

| Project | Points | Due Date |
|---|---|---|
| Human Subjects Certificate | 10 points | September 18 |
| Subjectivities Statement | 20 points | September 25 |
| Research Problem | 20 points | October 9 |
| Theoretical Framework | 20 points | October 30 |
| Book Review Presentation | 10 points | November 13 |
| Final Research Proposal | 20 points | December 4 |
| **Total** | **100 points** | |

## CITI: Course in the Protection of Human Subjects Certificate (10 points)

According to the Office of Human Subjects, a researcher must pass the online CITI course. You can access this course free of charge from the following website:

- https://www.citiprogram.org/default.asp  When you have successfully passed the course, you may print out a certificate. Bring this certificate to class as evidence of your successful completion of the course.

## Subjectivities Statement (20)

- *Subjectivities Statement*—Who are you in relation to your research project? Describe your positionality, experiences, disciplinary training? How do you construct yourself and/or self identify? What is your positionality? What are your subjectivities? Do you position yourself as emic or (and?) etic to your work? When/where are these categories stable? When/where do they slide? How do these roles function in your work? Include references. Approximately 4 pages.

## Research Problem Statement (20 points)

You will construct a research problem and purpose statement. This will be a 3-5 page essay that sets out the problem you wish to address in your study. It should contain the following sections:

- *Statement of the Problem*—What is the problem? How has it been addressed in the literature? What is the gap in the literature? Why is the problem and your work significant?
- *Purpose of the Study*—What is the purpose of your study? What do you want to learn about? This should be a clearly stated, one sentence purpose statement followed by 2-3 good, clear research questions.

EXHIBIT 88 - 5

GaState0003780

| Theoretical Framework (20) |
| --- |

You will construct a 10-15 page essay that describes your theoretical framework. In this paper you will discuss the epistemology, theoretical perspective, macro and micro theories that underpin your work. You will describe the major features of each; discuss how each will inform your work, and examine the limitations and benefits of each – what questions will this framework allow you to answer? What will it not allow you to do?

| Book Review Presentation (10) |
| --- |

You will read one of the books listed above under the choices. In book circle, a small group of students who have read the same text, you will present a review of your book to the class. Your review is to be clearly presented and well-organized. It should address the following elements:

Research Purpose/Questions
Theoretical (Conceptual) Framework
Methodology
Data Collection Methods
Data Analysis Methods
Findings/Conclusions
Personal Reactions/Critique

| Final Research Proposal (20) |
| --- |

You will design a research project that can be used in your graduate process (additional qualitative courses, a research study for a publishable article, pilot study for your dissertation, dissertation, etc.) This proposal will include the following sections:

- *Introduction to the problem:*
  - *Background of the Problem*—What is the problem you propose to examine? What is the scholarly literature that informs this work? What do we already know from research about this problem? What are the gaps in the literature? How will your study contribute to this literature? What do you hope to learn? What is the so what"? What makes your study important and unique?
  - *Statement of the Problem and Research Questions:* What is the purpose of your study? What are your specific research questions?
- *Theoretical Framework:*
  - *Theoretical Framework* – What is the epistemology, theoretical perspective, macro and micro theories that inform your work?
  - *Empirical Conversation* –What empirical work grounds your study? What conversation are you entering?
- *Research Design:*
  - *Methodology*—What methodology informs your work and/or structures your process?
  - *Site of Research* – Describe the site where you will be working. Why this site and not another? What is our rationale for selecting this site?
  - *Participants*—Who are your participants? What is your rationale for selecting these participants? What are your selection criteria? What is your rationale for selecting these people and not others?

EXHIBIT 88 - 6

GaState0003781

    o *Methods for collecting data* – What specific methods will you use to collect/generate data to answer your question/s?

    o *Quality* – How will you insure quality in your work?

    o *Ethical Considerations*— What ethical and political issues may emerge as you engage in this study? How will you build strategies into your design to address these issues?

    o *Representation*—How might you write up your study? Who do you consider your audience(s)? What genre(s) will be most appropriate?

---

| *Course Outline* |
| --- |

## 1. Introduction (August 21)

## 2. Considering Qualitative Research (August 28)
Crotty, M (1998). *The foundations of social research: Meaning and perspective in the research process.* Thousand Oaks, CA: Sage. Chapter 1: Introduction: The research process.

Denzin, N. and Lincoln, Y. (2005). Introduction: The discipline and practice of qualitative research. In N. Denzin and Y. Lincoln (Eds.), The Sage Handbook of qualitative research, 3rd edition. Thousand Oaks: Sage Publications. (pp. 1-32).

Willis, J., Jost, M., and Nilakanta, R. (2007). Foundations of qualitative research: Interpretive and critical approaches. Thousand Oaks: Sage Publications. Chapter 1

## 3. Research Topics and Design (September 4)
Alford, R. (1998). *The craft of inquiry: Theories, methods, evidence.* New York: Oxford University Press. Designing a research project. (21-31).

Crotty, M (1998). *The foundations of social research: Meaning and perspective in the research process.* Thousand Oaks, CA: Sage. Chapter 2: Positivism: The march of science.

Willis, J., Jost, M., and Nilakanta, R. (2007). Foundations of qualitative research: Interpretive and critical approaches. Thousand Oaks: Sage Publications. Chapter 2

## 4. Positioning Ethics and Subjectivities (September 11)
    Chaudhry, L. (2000). Researching "my people," researching myself: Fragments of a reflexive tale. In Elizabeth St. Pierre and Wanda Pillow (Eds.) *Working the ruins: Feminist poststructural theory and methods in education* (p. 96-113). New York: Routledge
CITI: Course in the Protection of Human Subjects: https://www.citiprogram.org/default.asp
IRB Website: http://www.gsu.edu/research/human_subjects.html

Johnson-Bailey, J. (2004). Enjoining positionality and power in narrative work: Balancing contentious and modulating forces In K. de Marrais and S. Lapan (Eds.), *Foundations for research: Methods of inquiry in education and the social sciences.* Mahwah, NJ: Lawrence Erlbaum Associates, Publishers, (p. 123-138).

Tisdale, K. (2004). Being vulnerable and being ethical with/in research. In K. deMarrais and S. Lapan, (Eds.), *Foundations for research: Methods of inquiry in education and the social sciences.* Mahwah, NJ: Lawrence Erlbaum Associates, Publishers. (pp. 13-30).

Willis, J., Jost, M., and Nilakanta, R. (2007). Foundations of qualitative research: Interpretive and critical approaches Thousand Oaks: Sage Publications. Chapter 3

7

EXHIBIT 88 - 7

GaState0003782

**5. Epistemologies and Theoretical Frameworks (September 18)**

Crotty, M (1998). *The foundations of social research: Meaning and perspective in the research process.* Thousand Oaks, CA: Sage. Chapter 3: Constructionism: The making of meaning.

Schwantdt, T. (2000). Three epistemological stances for qualitative inquiry: Interpretivism, hermenutics, and social constructionism. In Denzin, N. & Lincoln, Y. (Eds.). *Handbook of qualitative research* (2nd ed.) (pp189-214). Thousand Oaks: Sage.

**HUMAN SUBJECTS CERTIFICATE DUE**

CITI: Course in the Protection of Human Subjects:
https://www.citiprogram.org/default.asp

**6. Ethnography, Fieldwork Studies and Symbolic Interactionism (September 25)**

Preissle, J. and Grant, L. (2004). Fieldwork traditions: Ethnography and participant observation. In K. de Marrais and S. Lapan (Eds.), *Foundations for research: Methods of inquiry in education and the social sciences.* Mahwah, NJ: Lawrence Erlbaum Associates, Publishers. (pp. 161-180).

Sandstrom, K, Martin, D. and Fine, G. (2001). Symbolic Interactionism at the end of the century. In G. Ritzer and B. Smart (Eds.). *Handbook of Social Theory.* London: SAGE Publishers. (pp. 217-228).

Villenas, S. (2000). This ethnography called my back: Writings of the exotic gaze, "othering" Latina, and recuperating Xicanism. In Elizabeth St. Pierre and Wanda Pillow (Eds.) p. 74-96). New York: Routledge.

Willis, J., Jost, M., and Nilakanta, R. (2007). Foundations of qualitative research: Interpretive and critical approaches. Thousand Oaks: Sage Publications. Chapter 4

**SUBJECTIVITIES STATEMENT DUE**

**7. Case Studies and Interpretivism (October 2)**

Crotty, M (1998). *The foundations of social research: Meaning and perspective in the research process.* Thousand Oaks, CA: Sage. Chapter 4: Interpretivism: For and against culture.

Stake, R. (2005). Qualitative case studies. In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research.* Thousand Oaks, SAGE Publications. (pp. 443-465).

Vanderstaay, S. (2005). One hundred dollars and a dead man. *The Journal of Contemporary Ethnography* 34(4), 371-409.

Willis, J., Jost, M., and Nilakanta, R. (2007). Foundations of qualitative research: Interpretive and critical approaches. Thousand Oaks: Sage Publications. Chapter 5

**8. Critical Inquiry, Critical Ethnography and Critical Race Theory (October 9)**

Crotty, M (1998). *The foundations of social research: Meaning and perspective in the research process.* Thousand Oaks, CA: Sage. Chapter 6: Critical inquiry: The Marxist heritage

Ladson-Billings, G. (1998). Just what is critical race theory and what's it doing in a nice field like education? *International Journal of Qualitative Studies in Education,* 11(1), 7-24.

EXHIBIT 88 - 8

GaState0003783

Madison, D. (2005). Critical ethnography as street performance: Reflection of home, race, murder and justice. In Denzin, N. & Lincoln, Y. (Eds.). Sage *handbook of qualitative research* (3rd ed.) (pp 537-546). Thousand Oaks: Sage .

Van Maanen, J. (2004). An end to innocence. . In Sharlene Nagy Hesse-Biber and Patricia Leavy (Eds.). *Approaches to qualitative research: A reader on theory and practice.* New York: Oxford University Press. (pp. 427-446).

Willis, J., Jost, M., and Nilakanta, R. (2007). Foundations of qualitative research: Interpretive and critical approaches. Thousand Oaks: Sage Publications. Chapter 6

## RESEARCH PROBLEM STATEMENT DUE

### 9. Postmodernism, Poststructuralism and Feminist Research (October 16)

Crotty, M (1998). *The foundations of social research: Meaning and perspective in the research process.* Thousand Oaks, CA: Sage. Chapter 9: Postmodernism: crisis of confidence or moment of truth?

Johnson, T. (2005). The "problem" of bodies and desires in teaching. *Teaching Education,* 16 (2), pp. 131-149.

St. Pierre, E. (2000). Poststructural feminism in education. *International Journal of Qualitative Studies in Education,* 13(5), 447-515.

Willis, J., Jost, M., and Nilakanta, R. (2007). Foundations of qualitative research: Interpretive and critical approaches. Thousand Oaks: Sage Publications. Chapter 7

### 10. Narrative Inquiry and Queer Theory (October 23)

Beverley, J. (2005). Testimonio, subalternity, and narrative authority. In Denzin, N. & Lincoln, Y. (Eds.). Sage *handbook of qualitative research* (3rd ed.) (pp 547-558). Thousand Oaks: Sage

Chase, S. (2005). Narrative inquiry: Multiple lenses, approaches, voices. In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications.* (p. 651-679).

Plummer, K. (2005). Critical humanism and queer theory: Living with the tensions. In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research.* Thousand Oaks, SAGE Publications (pp. 357-375).

Willis, J., Jost, M., and Nilakanta, R. (2007). Foundations of qualitative research: Interpretive and critical approaches. Thousand Oaks: Sage Publications. Chapter 8

### 11. Autoethnography and Indigenous Epistemologies (October 30)

Bishop,R. (2005). Freeing ourselves from neocolonial domination in research: A Kaupapa Maori approach to creating knowledge. In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research.* Thousand Oaks, SAGE Publications (p. 119-138)

9

EXHIBIT 88 - 9

GaState0003784

Ellis, C. and Bochner, A. (2000). Autoethnography, Personal Narrative, Reflexivity: Researcher as Subject. In Denzin, N. & Lincoln, Y. (Eds.). *Handbook of qualitative research* (2nd ed.) (pp 733-768). Thousand Oaks: Sage.

Vitdal-Ortiz, S. (2004). On being a white person of color: Using Autoethnography to understand Puerto Ricans' racialization. *Qualitative Sociology,* 27 4(2), 179-201.

Willis, J., Jost, M., and Nilakanta, R. (2007). Foundations of qualitative research: Interpretive and critical approaches. Thousand Oaks: Sage Publications. Chapter 9

## THEORETICAL FRAMEWORK DUE

**12. Working Session (November 6)**

**13. Book Circles (November 13)**
## BOOK REVIEW PRESENTATION DUE

**14. Thanksgiving Break: NO CLASS (November 20)**

**14. Quality (November 27)**
Patton, M. (2002). *Qualitative Research and Evaluation Methods.* 3rd edition. Thousand Oaks, CA, Sage. (pp 544-545)

Scheurich, J. (1997/2001).Masks of validity: A deconstructive investigation. In Scheurich (Ed.), *Research method in the postmodern.* New York: Routledge. (pp. 80-93).

Smith, J. and Hodkinson, P. (2005). Relativism, criteria, and politics. . In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications.* (p. 915-932).

**15. Representation (December 4)**
Denzin, N. (2004). The art and politics of interpretation. . In Sharlene Nagy Hesse-Biber and Patricia Leavy (Eds*.). Approaches to qualitative research: A reader on theory and practice.* (pp. 447-472 ) New York: Oxford University Press.

Richardson, L. (2000). Writing as a method of inquiry. . In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research.* Thousand Oaks, SAGE Publications. (p. 9523-48).

Whitney, S. (2004). Don't you wish you had blonde hair? *Qualitative Inquiry* 10(5) 788-793.

## FINAL RESEARCH PROPOSAL DUE

NOTE: The course syllabus is a general plan for the course; deviations announced to the class by the instructor may be necessary.

10

EXHIBIT 88 - 10                                   GaState0003785