EXHIBIT

89

| EPSF 9280 |
| --- |
| Interpretive Inquiry |
| Fall 2006 |
| CRN: 86263 |
Dr. Jodi Kaufmann
E-mail: epsjkk@langate.gsu.edu
Office: College of Education #410
Phone: 440-651-3072
Office Hours: Thursday 6-7 pm
and by appointment

| *Required Texts* |
| --- |

Flick, U. (2006). *An introduction to qualitative research*. London: Sage Publications

**Choose one of the following:**
Angrosino, M. V. (1998). *Opportunity house: Ethnographic stories of mental retardation*. Walnut Creek: AltaMira Press
Atkinson, P. (2006). *Everyday arias: An operatic ethnography*. Walnut Creek: AltaMira Press.
Lather, P. and Smithies, C. (1997). *Troubling the Angels: Women Living with HIV/AIDS*. Boulder, CO: Westview Press.
McKinney, K. (2004). *Being white: Stories of race and racism*. London: Routledge
Peshkin, A. (1986). *God's choice: the total world of a fundamentalist Christian school*. Chicago: The University of Chicago Press.
Tomaselli, K. (2006). *Writing in the s/and: Autoethnography among indigenous South Africans*. Walnut Creek: AltaMira Press.

| *Course Description* |
| --- |

In this course we will examine some of the theories and practices of interpretive inquiry in education. We will explore alternate epistemological (objectivism and constructionism) and paradigmatic (predict, understand, emancipate, and deconstruct) underpinnings of research as well as a variety of methodologies (ethnography, phenomenology, grounded theory, case study, narrative inquiry and discourse analysis) We will also read about and debate current issues in qualitative research. Additionally, students will practice the art of constructing a solid research proposal

| *Course Objectives* |
| --- |

As a learner in this course you will investigate methodological possibilities and various ways of dealing with procedural, philosophical, analytical and ethical issues relate to undertaking qualitative research projects. Specifically, you will do the following:
1. Identify and explain the range of problems addressed by qualitative research. What is qualitative research? What are the different ways it



PLAINTIFF'S EXHIBIT
102
5-6-09 TB
EXHIBIT 89 - 1    GaState0003810

is conceptualized? How does it define problems? What kind of phenomena does it examine? What goals does it attempt to achieve?
2. Identify and explain the limitations and promises of objectivism, constructionism epistemologies.
3. Identify the ontological stances of realism, neo-realism, and relativism.
4. Identify and explain the research paradigms of predict, understand, emancipate, and deconstruct.
5. Identify and explain the theoretical perspectives of positivism, interpretivism (symbolic interactionism and phenomenology), critical theory, post/de/colonizing, feminist, queer, postmodernism/poststructuralism, and postparadigmatic.
6. Understand the role, function, and controversies of positionality in qualitative research.
7. Reflect on your own presuppositions and subjectivities in regard to the educational research processes.
8. Formulate appropriate research problems and questions.
9. Design a research proposal, linking epistemology, paradigm, theoretical perspective, problem, question, and theory.
10. Conceptualize the specific methods you will use to generate data to answer your research question.
11. Conceptualize the application of the following methodologies: ethnography, autoethnography, phenomenology, grounded theory, case study, narrative inquiry, discourse analysis.
12. Recognize exemplars of qualitative research derived from varying approaches and traditions

## Class Structure

Class time will consist of a combination of whole class and small group discussion, lectures, small group activities, and various participatory experiences

## Policies and Procedures

**Attendance and Participation**

I expect regular attendance and will take excessive absences (missing more than 6 hours of a 3-credit course) into account in the final course grade. Your participation in class discussion and course activities is essential. If you have a conflict with a session due to prior commitments, please see me privately (so as not to use our limited class time with individual scheduling concerns).

I expect people to come to class prepared, having read all assigned reading and completing all course activities, and to contribute to class discussions and activities. Frequent lack of preparation or failure to contribute will be taken into account in the final course grade.

**WebCT**

WebCT will be the source of most of our out of class communication. Along with the central course materials –syllabus, rubrics, example papers, you will find many resources for qualitative research posted. I will communicate individually via WebCT email;

EXHIBIT 89 - 2       GaState0003811

whole class discussions, questions, and announcements will be posted on the WebCT discussion page. You will turn in your papers electronically through your WebCT mail. I will return your papers to you with comment via the same. Be sure to check our WebCT page daily

**Electronic Submission of Assignments**
You will turn in each assignment to me using WebCT email prior class on the date the assignment is due. Make sure you label the document with your name and assignment, for example Kaufmann_subjectivity. Turn in assignments as Word documents; no PDF files will be accepted, in order that I may use track changes for comments.

**Assignments**
All assignments are due before class on the assigned due date. No late work will be accepted. Exceptions may be made for documented emergencies only.

**Accommodations for Qualified Individuals with Disabilities**
It is the policy of The University of Georgia to make reasonable accommodations for qualified individuals with disabilities. If you are a person with a disability and desire accommodations to complete your course requirements, please notify me as soon as possible to discuss your request.

**Non-Native Speakers of English**
Non-native English speakers are strongly encouraged to recruit an editor outside of class to review their written work.

**Free and Open Exchange of Ideas: Classroom Climate**
Qualitative research on human experience often involves controversial topics. People have strong feelings, values, and beliefs that affect how they interpret scientific and other scholarly information. Although diversity of opinions is central to the scholarly inquiry encouraged in this course, everyone is expected to accurately represent the variety of views discussed. We may agree to disagree, but we must be able to express the viewpoint with which we disagree. Sound scholarship depends, then, on respectful listening and sometimes respectful disagreement. It depends on what the philosopher Hannah Arendt called "visiting", visiting is listening carefully to what others have to say, engaging in interactive dialogue with others, and respecting differences in perspectives.

As a graduate student at Georgia State University, the free discourse of ideas should be expected. We believe the open exchange of ideas is necessary for learning. We have opinions, and will express those. You are free to express either agreement or disagreement without fear of consequences. This does not mean of course, that we may not challenge your views or disagree with them. But it does mean that you will experience no consequences for disagreeing with us If you feel that we are violating this commitment, please arrange an appointment to discuss the issue.

Additionally, class discussions can easily be environments that are unfair to some students. As scholars at a major research university, we must all be sensitive in our participation. Numerous studies have found that whites tend to dominate other races unless many of the discussants are members of those other races. In addition, some

EXHIBIT 89 - 3

GaState0003812

students, both male and female and of all races, tend to dominate class discussions, while others participate very little. Certainly some people, for various reasons, choose a lower level of participation. The important issue is that we all be sensitive that we are not unfairly dominating by talking too much or talking too loudly. The goal is to create a psychologically safe space in which everyone feels that they can participate in the discussion. This does not mean people cannot disagree. This does not mean people cannot have emotions connected to their words. What it does mean is that we all need to be sensitive, appreciative, and respectful, no matter how strongly we might agree.

Finally, we request that students not discuss problems of local school districts when attempting to highlight an argument they are presenting. It is inappropriate to mention the names of administrators, teachers, or school districts in class discussions. The professional integrity of our colleagues in education should be respected. A graduate class at Georgia State University should not become a forum for discussion of political issues facing a school district.

**Academic Honesty**
Georgia State University seeks to promote and ensure academic honesty and personal integrity among students and other members of the University community. A policy on academic honesty has been developed to serve these goals. Academic honesty is defined broadly and simply -- the performance of all academic work without cheating, lying, stealing, or receiving assistance from any other person or using any source of information not appropriately authorized or attributed. Academic honesty is vital to the very fabric and integrity of the University. All students must comply with an appropriate and sound academic honesty policy and code of honest behavior. All members of the University community are responsible for and involved in bringing about an honest university, and all must work together to ensure the success of the policy and code of behavior. All members of the University community are responsible for knowing and understanding the policy on academic honesty. The statement on policy and procedures will be made readily available to all students and faculty to ensure understanding of the academic honesty system and its proper functioning. The entire University Community works together to operate the academic honesty system. Where suspected violations of the academic honesty policy occur, appropriate procedures are designed to protect the academic process and integrity while ensuring due process. The academic honesty system is an academic process, not a court of law.

All students are responsible for maintaining the highest standards of honesty and integrity in every phase of their academic careers. The penalties for academic dishonesty are severe and ignorance is not an acceptable defense.

| *Requirements and Grading* |
|---|

All Students are required to complete the following written assignments with the final grade based on the distribution indicated below:

| Project | Points |
|---|---|
| Theory Statement | 25 points |
| Research problem statement | 25 points |
| Final Research Proposal | 25 points |

EXHIBIT 89 - 4

GaState0003813

| Book Review | 10 points |
| Total | 100 points |

| Theory Statement (25) |
| --- |

Construct an essay (approximately 10 pages) that describes your own theoretical framework. Your theoretical framework includes your epistemology, paradigm, theoretical perspective, and construction of your own and your participants' positionality and subjectivity. Situate this discussion in the context of your reading. From which epistemological stance are you working? Describe this epistemology, including an overview of the stance, its/your understanding of ontology, its limitations (what it cannot give you) and its benefits (what it allows you to know). Which of Lather's paradigms informs you work? Which theoretical perspective/s inform you research? What are the key concepts within this perspective? How does it inform your work? Why are you drawn to this particular framework that you have constructed? What will this framework allow you to do in your research project? What questions will it enable you to pursue? How do you construct yourself? What is your positionality? What are your subjectivities? Do you position yourself as emic or (and?) etic to your work? When/where are these categories stable? When/where do they slide? How do these roles function in your work? Include references.

| Research Problem/Purpose (25) |
| --- |

Construct a research problem and purpose statement. This will be a 3-5 page essay that sets out the problem you wish to address in your study. It should contain the following sections:
- *Statement of the Problem*—What is the problem? How has it been addressed in the literature? What is the gap in the literature?
- *Research question*—What is the main research question of your study? This should be a clearly stated, one sentence purpose statement followed by 2-3 good, clear research question.

| Final Research Proposal (20) |
| --- |

You will design a research project that can be used in your graduate process (additional qualitative courses, a research study for a publishable article, pilot study for your dissertation, dissertation, etc ) This proposal will include the following sections:
- *Background of the* Problem—What is the personal context for your interest in this study? What is the scholarly literature that informs this work? What do we already know from research about this problem? What are the gaps in the literature? How will your study contribute t this literature? What do you hope to learn? What is the so what"? What makes your study important and unique?
- *Statement of the Problem and Research Questions:*
- *Theoretical Framework* – What is the epistemology, paradigm, theoretical perspective, and disciplinary theories that inform your work?

EXHIBIT 89 - 5

GaState0003814

- *Site of Research* – Describe the site where you will be working. Why this site and not another? What is our rationale for selecting this site?
- *Participants*—Who are your participants? What is your rationale for selecting these participants? What are your selection criteria? What is your rationale for selecting these people and not others?
- *Methods of Data Collection* —What are the specific methods you will use to generate the data you need to answer your research questions?
- *Ethical and Political Considerations*—What ethical and political issues may emerge as you engage in this study? How will you build strategies into your design to address these issues?
- *Quality* – How will you insure quality?
- *Interpretation and Representation*—How are you dealing with issues of interpretation? How might you write up your study? Who do you consider your audience(s)? What genre(s) will be most appropriate? How do these decisions generate meaning? What are the politics of these decisions?

## *Course Outline*

## INTRODUCTION
**August 24**


## THEORETICAL FRAMEWORKS
**August 31: Paradigms. Epistemologies, Theoretical Perspectives**

Bentz, V. and Shapiro, J. (1998). *Mindful inquiry in social research*. Thousand Oaks, CA: SAGE Publications. [Appendix C: Key ideas of positivism]

Crotty, M. (1998). *The foundations of social research: Meaning and perspective in the research process*. London: SAGE Publications. (pp. 1-17)

Flick, U. (2006). *An introduction to qualitative research*. London: Sage. (Chapter 2, pp.1-32, Chapter 7, 82-94).

Guba, E. and Lincoln, Y. (2004). Competing paradigms in qualitative research: Theories and issues. In Sharlene Nagy Hesse-Biber and Patricia Leavy (Eds.). *Approaches to qualitative research: A reader on theory and practice*. (pp. 217-38 ) New York: Oxford University Press.

**September 7: Understand –Symbolic Interactionism, Phenomenology and Hermeneutics**

Sandstrom, K, Martin, D. and Fine, G. (2001). Symbolic Interactionism at the end of the century. In G. Ritzer and B. Smart (Eds.). *Handbook of Social Theory* London: SAGE Publishers. (pp. 217-228).

Moustakas, C. (1994). *Phenomenological research methods*. Thousand Oaks: Sage. [Chapter 3: Phenomenology and human science inquiry (pp. 43-67)]

Demeterio, F. (2001). Introduction to hermeneutics. http://www.geocities.com/philodept/diwatao/introduction_to_hermeneutics.htm?200617.

EXHIBIT 89 - 6

GaState0003815

## September 14: Emancipate – Critical Theory, Feminism and Queer Theory

Crotty, M (1998). *The foundations of social research: Meaning and perspective in the research process*. Thousand Oaks, CA: Sage. [Chapter 6, pp. 112-138)]

Olesen, V. (2005). Early millennial feminist qualitative research: Challenges and contours.. In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research*. Thousand Oaks, SAGE Publications. (pp. 235-277)

Plummer, K. (2005). Critical humanism and queer theory. Living with the tensions. In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research*. Thousand Oaks, SAGE Publications (pp. 357-375).

## September 21: Emanicate/Deconstruct – Race and Postparadigmatic

Bishop,R. (2005). Freeing ourselves from neocolonial domination in research: A Kaupapa Maori approach to creating knowledge. In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research*. Thousand Oaks, SAGE Publications (p. 119-138)

Ladson-Billings, G. (1998). Just what is critical race theory and what's it doing in a nice field like education? *International Journal of Qualitative Studies in Education*, 11(1), 7-24.

Schuerich, J. and Young, M. (2001). Coloring epistemologies: Are our research ephistemologies racially biased? (An example of an archaeological approach) In James Scheurich (Ed.), *Research methods in the postmodern*. London: Routledge. (pp. 132-158)

## September 28: Deconstruct – Postmodernism and Poststructuralism

Lemert, C. (1996). *Postmodernism is not what you think* New York: Blackwell Publishers. (pp. 19-53).

Scheurich, J. (2001). *Research methods in the postmodern*. London: Routledge. (pp. 29-60)

St. Pierre, E (2001). Poststructural feminism in education: An overview. *Qualitative Studies in Education* 10(2), 175-187.

## October 5: Positionality and Ethics

Flick, U. (2006). *An introduction to qualitative research*. London: Sage. [Chapter 4, pp. 44-53]

Gallager, Charles, A. (2004). White like me?: Methods, meaning, and manipulation in the field of white studies. In Sharlene Nagy Hesse-Biber and Patricia Leavy (Eds.). *Approaches to qualitative research: A reader on theory and practice*. New York: Oxford University Press. (pp. 203-223 )

Tuhiwai Smith, L (2005). On tricky ground Researching the native in the age of uncertainty. In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research*. Thousand Oaks, SAGE Publications. (pp. 85-107)

Vanderstaay, S. (2005). One hundred dollars and a dead man. *The Journal of Contemporary Ethnography* 34(4), 371-409.

EXHIBIT 89 - 7

GaState0003816

## CONSTRUCTING A RESEARCH QUESTION
**October12**

Alford, R. (1998). *The craft of inquiry: Theories, methods, evidence*. New York: Oxford University Press. Designing a research project. (21-31).

Flick, U. (2006). *An introduction to qualitative research*. London: Sage. [Chapters 5, 8-12, pp. 57-64, 95-146]

*THEORY STATEMENT DUE*

## METHODOLOGY
### October 19: Ethnography and Fieldwork Studies

Bhana, D.(2005). What matters to girls and boys in a black primary school in South Africa. *Early Child Development and Care*,75 (2) pp. 99-111

Preissle, J. and Grant, L. (2004) Fieldwork traditions: Ethnography and participant observation. In Kathleen deMarrais and Stephen Lapan (Eds.), *Foundations for Research: Methods of Inquiry in Education and the Social Sciences*. Mahwah, New Jersey: Lawrence Erlbaum Associates Publishers. (pp. 162-180).

Tedlock, B. (2000). Ethnography and ethnographic representation. In Denzin and Lincoln (Eds.), *Handbook of Qualitative Research* (pp. 455-486). Thousand Oaks, CA: SAGE

Van Maanen, J. (2004). An end to innocence. . In Sharlene Nagy Hesse-Biber and Patricia Leavy (Eds.). *Approaches to qualitative research: A reader on theory and practice*. New York: Oxford University Press. (pp. 427-446 )

### October 26: Phenomenology and Grounded Theory

Moustakas, C. (1994). *Phenomenological research methods*. Thousand Oaks, CA: Sage Publications. [Chapters 6, pp. 103-119]

Pidgeon, N. and Henwood, K. (2004). Grounded theory. In Melissa Hardy and Alan Bryman (Eds.), *Handbook of Data Analysis*. London: SAGE Publications. (pp. 625-648).

Wolff, R. (2002). A phenomenological study of in-church and televised worship. In S. Merriam (Ed.), *Qualitative research in practice: Examples for discussion and analysis*. (p. 96-116.). San Francisco: Jossey Bass.

Zink, T., Jacobson, Jr , C., Palbst, S. (2006). A lifetime of intimate partner violence: Coping strategies of older women. *Journal of Interpersonal Violence*. 21(5), pp 634-651.

*PROBLEM STATEMENT DUE*

### November 2: Case Study and Autoethnography

Stake, R. (2005). Qualitative case studies. In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research*. Thousand Oaks, SAGE Publications. (pp. 443-465).

Jones, S. (2005). Autoethography: Making the personal political. In . In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research* Thousand Oaks, SAGE Publications. (pp.. 763-785)

EXHIBIT 89 - 8

GaState0003817

Vitdal-Ortiz, S. (2004). On being a white person of color: Using Autoethnography to understand Puerto Ricans' racialization. *Qualitative Sociology*, 27 4(2), 179-201.

*Take another look at Vanderstaay for an example of case study --Vanderstaay, S. (2005). One hundred dollars and a dead man. *The Journal of Contemporary Ethnography* 34(4), 371-409.

### November 9: Discourse Analysis and Narrative Analysis

Chase, S. (2005). Narrative inquiry. Multiple lenses, approaches, voices In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research*. Thousand Oaks, SAGE Publications. (p. 651-679).

Kendall, G. and Wickham, G. (1999). *Using Foucault's methods*. London: SAGE Publications. (pp. 3-56).

Segraves,M. (2004). Midlife women's narratives of living alone. *Health Care for Women International*. 25 (16) 32.

## GENERATING DATA
### November 16:

Flick, U. (2006). *An introduction to qualitative research*. London: Sage. [Chapters 13-14 and 17-19, pp. 147-188 and 219-253]

St. Pierre, E. (1997). Methodologies in the fold and the irruption of trangressive data. *Qualitative Studies in Education*. 13 (5), 477-515.

### November 23: Thanksgiving – No class

### INTERPRETATION and REPRESENTATION
### November 30:

Denzin, N.(2004). The art and politics of interpretation. . In Sharlene Nagy Hesse-Biber and Patricia Leavy (Eds*.). Approaches to qualitative research: A reader on theory and practice.* (pp. 447-472 ) New York: Oxford University Press.

Richardson, L. (2005). Writing as a method of inquiry. . In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research*. Thousand Oaks, SAGE Publications. (p. 959-978).

Trinh, M. (1991). *When the moon waxes red: representation, gender and cultural politics*. New York: Routledge. (pp. 11-28).

Whitney, S. (2004). Don't you wish you had blonde hair? *Qualitative Inquiry*10(5) 788-793.

*BOOK REVIEW DUE*

### QUALITY/VALIDITY
### December 7:

Scheurich, J. (1997/2001).Masks of validity· A deconstructive investigation In Scheurich (Ed.), *Research method in the postmodern*. New York· Routledge. (pp. 80-93).

EXHIBIT 89 - 9

GaState0003818

Smith, J. and Hodkinson, P. (2005). Relativism, criteria, and politics. . In Norman Denzin and Yvonna Lincoln (Eds), *The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications.* (p. 915-932)

Flick, U. (2006). An introduction to qualitative research. London: Sage (Chapter 27, pp. 368-383)

Patton, M. (2002). *Qualitative Research and Evaluation Methods.* 3rd edition. Thousand Oaks, CA, Sage. (pp 544-545)

*PROPOSAL DUE*

NOTE: The course syllabus is a general plan for the course; deviations announced to the class by the instructor may be necessary.

EXHIBIT 89 - 10

GaState0003819