EXHIBIT 94

SYLLABUS

## WOMEN AND MEDIA
Jour 4780/WST 4150

Spring 2007/GSU                                  Marian Meyers, professor

Tues/Thurs 2:30-3:45 p.m, 317 GCB
Office: room 1043, 1 Park Place South
Office hours: T/Th 12:30-2:30 p.m.
Phone: (O) 404.651.1493
E-mail: mmeyers@gsu.edu

COURSE OBJECTIVES: The primary goals of this course are to: (1) encourage the critical analysis of the images of women in the media; (2) explore the impact of those images as they may affect us as individuals and society at large; (3) explore the roles, functions, challenges and opportunities for women within media industries; (4) examine women as audiences; and (5) to understand relevant theories as they relate to gendered representation, audience reception and media organizations. Emphasis will be placed on the intersectionality of gender, race, class and sexual orientation.

REQUIRED READING:
    Levy, Ariel (2005). <u>Female Chauvinist Pigs: Women and the Rise of Raunch Culture</u>, New York: Free Press.
    Meyers, Marian (1999). <u>Mediated Women: Representations in Popular Culture</u>, Cresskill, NJ: Hampton Press.

Required articles on reserve unless otherwise indicated:
    Amsden, D., "Not tonight, honey. I'm logging on." Located at http://nymag.com/nymetro/news/trends/n_9349/ (<u>New York Magazine</u>, Oct. 20, 2003)
    Byerly, C., "Situating the 'Other': Women, racial and sexual minorities in the media"
    Durham, M.G., "Myths of race and beauty in teen magazines: A semiotic analysis"
    hooks, b., "Madonna"
    Jensen, R., "Pornography and the limits of experimental research."
    Jensen, R., "A Cruel Edge—Pornography."
    Meyers, M., "Good girls, bad girls and TV news."
    Mulvey, L., "Visual pleasure and narrative cinema."
    Tuchman, G., "The symbolic annihilation of women by the mass media."
    Van Zoonen, L., Introduction and Chapter 1, <u>Feminist Media Studies</u>
    Wackwitz, L., & Rakow, L., "Got theory?"
    Wolf, N., "The porn myth." Located at http://nymag.com/nymetro/news/trends/n_9437/index.html (<u>New York Magazine</u>, Oct. 20, 2003)

EXHIBIT 94 - 1    GSU 007705

A NOTE ABOUT THE COURSE:

This class will have five components: lecture, discussion (class and small group), reading and writing assignments, (including papers and daily assignments), group presentations, and films shown in class. The success of this course will, to a very large extent, depend upon your participation, preparedness and willingness to contribute to class discussions, to complete assignments and do the readings.

My goal for the class is to create an environment of safety and mutual respect for all participants. Please be respectful of all points of view – we come from different social locations and backgrounds, and we will have different perspectives and opinions. All are to be respected in this class. In an effort to foster mutual respect, I expect students with laptops, Blackberries, cell phones, etc., NOT to check e-mail, send text messages, take phone calls, etc., during class. This is both disruptive to the class and disrespectful to the teacher and other students. To further encourage students with laptops not to succumb to the allure of the internet during class, they are requested to sit in the front row if they plan to use their laptops for note-taking. All cell phones should be turned off – or, at the very least, not answered if inadvertently left on.

A NOTE ABOUT ACADEMIC HONESTY: Plagiarism, claiming another's work as your own, and other forms of academic dishonesty will earn the student an "F" for the entire course. When in doubt, consult the university catalog or ask me. See also the final page of this syllabus.

LATE PAPER/ASSIGNMENT POLICY: Late papers will be penalized 5 points for each day late. This includes weekends. Daily assignments, as noted below, will not be accepted late.

COURSE REQUIREMENTS:
All assignments to be handed in must be **typed, double-spaced**, and have reasonable margins. No **e-mailed assignments** will be accepted. Students may hand in papers early by taking them to the department of communication and asking them to be placed in my mailbox.

**Course Requirements: 600 points total**
   1) **Media Analysis** – 150 points
   Students will work in groups to examine the representation of women within a mediated context – movie, sitcom, magazine, music, advertising, etc. – that situates the analysis within the framework established in <u>Mediated Women: Representations in Popular Culture</u>. This involves a group oral presentation and will include audio/visuals but no written report.
   (2) **Daily assignments** – 150 points
   These are not necessarily daily, but they either will be done in class or are due the next class period. These will generally be worth 10 or 30 points each, depending on the assignment. <u>These must be handed in when due and will not be accepted late. They may not be e-mailed to the instructor.</u> If you are not in class, you will not receive the daily assignment points for an in-class assignment missed. Students unable to attend class should make every effort to find out from other students if a daily assignment is due the next class period. Please note that "daily assignment" is a misnomer – there will not be assignments every class period.
   (3) **Two papers** – 300 points (150 each)
   Students will tie the class readings and discussions to their personal experiences in these papers, which will be approximately 5 pages each. A handout with specific questions and

EXHIBIT 94 - 2

GSU 007706

materials to be addressed in each paper will be handed out later in the semester.

GRADING:
540-600 points --- A
480-539 points --- B
420-479 points --- C
360-419 points --- D
359 points or less F

NOTE: Last day to withdraw with a "W" is March 1.

TENTATIVE SCHEDULE

This syllabus provides a general plan for the course; deviations may be necessary. It is the student's responsibility to make sure s/he is aware of any changes.

Readings should be completed before the week of discussion. The readings available through electronic reserve are indicated as such. (In other words, if it doesn't say (reserve) after the author's name, the reading is in one of the required books or available on the website indicated.)

Week 1: (1/9, 11) Introduction and orientation
        Tuchman (reserve)

Week 2: (1/16, 18) Theoretical Grounding
        Van Zoonen (reserve)
        Wackwitz & Rakow (reserve)

Week 3: (1/23, 25) Feminist media studies meets raunch culture
        Levy, Introduction and chapt. 1

Week 4: (1/30, 2/1) The Women's Movement
        Levy, chapt. 2

Week 5: (2/6, 8) Female chauvinist pigs
        Levy, chapts. 3 & 4

Week 6: (2/13, 15) Psychoanalytic theory; Representation
        Mulvey (reserve)
        Meyers, Part I (Introduction)

Week 7: (2/20, 22) Stereotypes
        Mediated women: Part II
        * Paper #1 due 2/22

EXHIBIT 94 - 3    GSU 007707

Week 8: (2/27, 3/1) Limiting challenges
    Mediated women: Part III

Week 9: (3/6, 8) Spring Break -- no classes

Week 10: (3/13, 15) Complexities and contradictions
    Mediated women: Part IV

Week 11: (3/20, 22) Representing progress
    Mediated women: Part V

Week 12: (3/27, 29) Race, class, sexuality and gender
    hooks (reserve)
    Byerly, (reserve)
    Durham (reserve)

Week 13: (4/3, 5) Media analysis presentations
    Media analysis due 4/3 and 4/5

Week 14: (4/10, 12) Pornography
    Amsden, (reserve)
    Wolf (reserve)
    Jensen, R. – both articles (reserve)

Week 15: (4/17, 19) Violence against women; girl culture
    Meyers (reserve)
    Levy, chapt. 5

Week 16: (4/24, 26) Choices and challenges
    Levy, chapt. 6
    * Paper #2 due 4/26

EXHIBIT 94 - 4

GSU 007708

| | |
|---|---|
| From: | "Library Reserves" <libreserves@langate.gsu.edu> |
| To: | <mmeyers@gsu.edu> |
| Date: | 1/8/2007 3:24 PM |
| Subject: | Fwd: Jour 4780 e-reserve |
| Attachments: | Jour 4780 e-reserve |

Hi Professor Meyers,
Files for Journ4780 have been renewed in ERes. Please review your course page in the ERes system and let us know if you would like any changes in your page. In order to comply with the Board of Regents copyright guidelines, ERes pages are automatically archived at the end of every semester. The pages must contain complete citations, and the password for these pages must be changed for every semester that they are in use. Pages may be renewed upon request once the current semester has ended. Students obtain the password from their instructor.
Your new password is: MJ4780DLD
To review your page, go to:

1)      Go to http://reserves.gsu.edu
2)      Click on "Electronic Reserves and Course Materials"
3)   Click on the tab at the top that says "Course Reserve Pages by Instructor"
3)      Arrow down to find your instructor's name
4)      Click "View" beside your instructor's name
5)      Click on the course page that you would like to view
6)      Enter the password [Passwords are case sensitive and are in all caps. Get the password from your instructor.]
7)      Agree to the copyright
8)      The page will come up

Please contact the library reserves staff or reply to this email with questions or concerns.
libreserves@langate.gsu.edu


Library Reserves Staff
libreserves@langate.gsu.edu

>>> Malia Cargile 1/8/2007 7:07 AM >>>

EXHIBIT 94 - 5                    GSU 007709

# Policy on Academic Honesty
Reprinted from the Georgia State University Faculty Handbook | FALL 06

As members of the academic community, students are expected to recognize and uphold standards of intellectual and academic integrity. The university assumes as a basic and minimum standard of conduct in academic matters that students be honest and that they submit for credit only the products of their own efforts. Both the ideals of scholarship and the need for fairness require that all dishonest work be rejected as a basis for academic credit. They also require that students refrain from any and all forms of dishonorable or unethical conduct related to their academic work.

The university's policy on academic honesty is published in the *Faculty Affairs Handbook* and the *On Campus: The Undergraduate Co-Curricular Affairs Handbook* and is available to all members of the university community. The policy represents a core value of the university and all members of the university community are responsible for abiding by its tenets. Lack of knowledge of this policy is not an acceptable defense to any charge of academic dishonesty. All members of the academic community -- students, faculty, and staff -- are expected to report violations of these standards of academic conduct to the appropriate authorities. The procedures for such reporting are on file in the offices of the deans of each college, the office of the dean of students, and the office of the provost.

In an effort to foster an environment of academic integrity and to prevent academic dishonesty, students are expected to discuss with faculty the expectations regarding course assignments and standards of conduct. Students are encouraged to discuss freely with faculty, academic advisors, and other members of the university community any questions pertaining to the provisions of this policy. In addition, students are encouraged to avail themselves of programs in establishing personal standards and ethics offered through the university's Counseling Center.

## Definitions and Examples

The examples and definitions given below are intended to clarify the standards by which academic honesty and academically honorable conduct are to be judged. The list is merely illustrative of the kinds of infractions that may occur, and it is not intended to be exhaustive. Moreover, the definitions and examples suggest conditions under which unacceptable behavior of the indicated types normally occurs; however, there may be unusual cases that fall outside these conditions which also will be judged unacceptable by the academic community.

**Plagiarism.** Plagiarism is presenting another person's work as one's own. Plagiarism includes any paraphrasing or summarizing of the works of another person without acknowledgment, including the submitting of another student's work as one's own. Plagiarism frequently involves a failure to acknowledge in the text, notes, or footnotes the quotation of the paragraphs, sentences, or even a few phrases written or spoken by someone else. The submission of research or completed papers or projects by someone else is plagiarism, as is the unacknowledged use of research sources gathered by someone else when that use is specifically forbidden by the faculty member. Failure to indicate the extent and nature of one's reliance on other sources is also a form of plagiarism. Any work, in whole or in part, taken from the Internet or other computer-based resource without properly referencing the source (for example, the URL) is considered plagiarism. A complete reference is required in order that all parties may locate and view the original source. Finally, there may be forms of plagiarism that are unique to an individual discipline or course, examples of which should be provided in advance by the faculty member. The student is responsible for understanding the legitimate use of sources, the appropriate ways of acknowledging academic, scholarly or creative indebtedness, and the consequences of violating this responsibility.

**Cheating on Examinations.** Cheating on examinations involves giving or receiving unauthorized help before, during, or after an examination. Examples of unauthorized help include the use of notes, computer based resources, texts, or "crib sheets" during an examination (unless specifically approved by the faculty member), or sharing information with another student during an examination (unless specifically approved by the faculty member). Other examples include intentionally allowing another student to view one's own examination and collaboration before or after an examination if such collaboration is specifically forbidden by the faculty member.

**Unauthorized Collaboration.** Submission for academic credit of a work product, or a part thereof, represented as its being one's own effort, which has been developed in substantial collaboration with another person or source, or computer-based resource, is a violation of academic honesty. It is also a violation of academic honesty knowingly to provide such assistance. Collaborative work specifically authorized by a faculty member is allowed.

**Falsification.** It is a violation of academic honesty to misrepresent material or fabricate information in an academic exercise, assignment or proceeding (e.g., false or misleading citation of sources, the falsification of the results of experiments or of computer data, false or misleading information in an academic context in order to gain an unfair advantage).

**Multiple Submissions.** It is a violation of academic honesty to submit substantial portions of the same work for credit more than once without the explicit consent of the faculty member(s) to whom the material is submitted for additional credit. In cases in which there is a natural development of research or knowledge in a sequence of courses, use of prior work may be desirable, even required; however the student is responsible for indicating in writing, as a part of such use, that the current work submitted for credit is cumulative in nature.

EXHIBIT 94 - 6    GSU 007710