EXHIBIT

95

SYLLABUS

WOMEN AND MEDIA
Jour 4780/WST 4150

Spring 2008/GSU                                    Marian Meyers, professor

Tues/Thurs 2:30-3:45 p.m., 315 GCB
Office: room 1043, 1 Park Place South
Office hours: T/Th 12:30-2:30 p.m.
E-mail: mmeyers@gsu.edu

**COURSE OBJECTIVES**: The primary goals of this course are to: (1) encourage the critical analysis of the images of women in the media; (2) explore the social impact of those images as they may affect us as individual and society at large; (3) explore the roles, functions, challenges and opportunities for women within media industries; (4) examine women as audiences; and (5) understand relevant theories as they relate to gendered representation, audience reception and media organizations within a global context. Emphasis will be placed on the intersectionality of gender, race, class and sexual orientation.

**REQUIRED READING**:

Levy, Ariel (2005). *Female Chauvinist Pigs: Women and the Rise of Raunch Culture*. New York: Free Press.

Meyers, Marian (2008). *Women in Popular Culture: Representation and Meaning*. Cresskill, NJ: Hampton Press.

Rivers, Caryl (2007). *Selling Anxiety*. Lebanon, NH: University Press of America.

The articles below are on reserve unless otherwise indicated. The password for electronic reserves for this class is: 9wxehy7c

Amsden, D., ``Not tonight, honey. I'm logging on.'' Located at www.newyorkmetro.com/news/trends/n_9349/ and www.newyorkmetro.com/news/trends/n_9349/index1.html Or the old-fashioned way: New York Magazine, Oct. 20, 2003.
Durham, M.G., ``Myths of race and beauty in teen magazines: A semiotic analysis.''
Hazen, D. (2007). ``Pornography and the End of Masculinity.'' Located at: www.alternet.org/sex/62833/?page=entire or you could search for the article title at www.alternet.org (search is at very bottom of page)
hooks, b., ``Madonna''
Jensen, R. ``Pornography and the limits of experimental research.''
Jensen, R. ``A Cruel Edge—Pornography.''
Mulvey, L., "Visual pleasure and narrative cinema."
Tuchman, G., "The symbolic annihilation of women by the mass media."
Van Zoonen, L., *Feminist Media Studies*. Introduction (Chapt.

EXHIBIT 95 - 1

GSU 007746

1) and Chapter 2.
   Wolf, N., ``The porn myth.'' Located at
www.newyorkmetro.com/news/trends/n_9437/index.html and
www.newyorkmetro.com/news/trends/n_9437/index1.html and Or the
old-fashioned way: New York Magazine, Oct. 20, 2003.


A NOTE ABOUT THE COURSE:
   This class will consist of: lecture and discussion (class
and small group); reading and writing assignments (including
papers and daily assignments); group presentations; and media
viewing and analysis.
   The success of this course will, to a very large extent,
depend upon your participation, preparedness and willingness to
contribute to class discussions, to complete assignments and do
the readings.
   My goal for the classroom is to create an environment of
safety and mutual respect for all participants. We come from
different social locations and backgrounds, and we will have
different perspectives and opinions. All are to be respected in
this class. In an effort to foster mutual respect, I expect
students with laptops, Blackberries, cellphones, etc., **NOT** to
check e-mail, send text messages, take phone calls, etc., during
class. To further assist students with laptops in resisting the
siren song of the internet during class, **LAPTOPS MAY NOT BE
OPENED IN THE CLASSROOM.** All cell phones should be turned off -
or, at the very least, not answered if inadvertently left on.

A NOTE ABOUT ACADEMIC HONESTY: Plagiarism, claiming another's
work as your own, and other forms of academic dishonesty will
earn the student an ``F'' for the entire course. When in doubt,
consult the university catalog or ask me. See also the final
page of this syllabus.

LATE PAPER/ASSIGNMENT POLICY: **Late papers will be penalized 5
points for each day late. This includes weekends. Daily
assignments, as note below, will not be accepted late.**

ACCESSING E-RESERVES: password is: 9wxehy7c
1)  Go to http://reserves.gsu.edu
2)  Click on ``Electronic Reserves and Course Materials''
3)  Click on the tab at the top that says "Course Reserve Pages
       by Instructor"
4)  Arrow down to find your instructor's name
5)  Click ``View'' beside your instructor's name
6)  Click on the course page that you would like to view
7)  Enter the password

EXHIBIT 95 - 2

GSU 007747

COURSE REQUIREMENTS: 600 points total

The assignments for the course are:
   (1) **Media analysis** - 100 points
   Students will work in groups to analyze the representation of women within the media. This will involve audio/visual aids, but no written report.
   (2) **Book presentation** - 50 points
   Students will work in groups to create a class presentation that focuses on a required text.
   (3) **Daily assignments** - 150 points
   These are not necessarily daily, but they either will be done in class or are due the next class. These will generally be worth 10 to 30 points each, depending on the assignment, but may be worth more. <u>These must be handed in when due - they will not be accepted late. They may NOT be e-mailed to the instructor. Assignments due the next class must be typed.</u> If you are not in class, you will not receive the daily assignment points for any in-class assignments missed. In addition, students unable to attend class should make every effort to find out from other students if a daily assignment is due the next class period. Please note that ``daily assignment'' is a misnomer - there will not be assignments every class period.
   (4) **Two papers** - 300 points (150 each)
   Students will tie the class readings and discussions to activities and/or personal experiences in these papers. A handout with specific questions and topics to be addressed in these papers will be handed out. Total length of these papers is a maximum of 5 pages each.

**GRADING:**
540-600 points - A
480-539 points - B
420-479 points - C
360-419 points - D
359 points or less - F

EXHIBIT 95 - 3

GSU 007748

## TENTATIVE SCHEDULE

This syllabus provides a general plan for the course; deviations may be necessary. It is the student's responsibility to make sure s/he is aware of any changes.

**READINGS ARE TO BE COMPLETED BEFORE THE WEEK OF DISCUSSION.** The readings available through electronic reserve are indicated as such. (In other words, if it doesn't say (reserve) after the author's name, the reading is in one of the required books or available on the website indicated on the front page of this syllabus.)

Week 1: (1/8,10) Introduction and orientation
        Van Zoonen, Introduction (Chapt. 1) & Chapt. 2 (reserve)

Week 2: (1/15,17) Representation
        Tuchman (reserve)
        Meyers, Part I
        Rivers, Introduction

Week 3: (1/22,24) Feminist media studies meets raunch culture
        Levy, Introduction & chapt. 1

Week 4: (1/29,1/24) The women's movement
        Levy, chapt. 2

Week 5: (2/5,7) Women in the news
        Rivers, chapts. 1-6 (group 1)
        Rivers, chapts. 7-11 & conclusion (group 2)
    **\* Group presentations on readings, 2/5**

Week 6: (2/12,14) Female chauvinist pigs, Part I
        Levy, chapts. 3 & 4

Week 7: (2/19,21) Mainstreaming pornography
        Meyers, Part II

Week 8: (2/26,28) Pornified
        Amsden (reserve)
        Wolf (reserve)
        Jensen, both articles (reserve)
        Hazen (reserve)
    **\* Paper #1 due 2/28**

Week 9: (3/4,6) Spring Break -- no classes

Week 10: (3/11,13) Female chauvinist pigs, Part II
        Levy, chapts. 5, 6 & conclusion

Week 11: (3/18,20) Race and class
        Meyers, Part III

EXHIBIT 95 - 4

GSU 007749

Week 12: (3/25,27) Sexuality and race
        Meyers, Part V
        hooks (reserve)

Week 13: (4/1,3) Hybridity and the global market
        Meyers, Part IV

Week 14: (4/8,10) Media analysis
    * **Group presentations**

Week 15: (4/15,17) Psychoanalytic theory and semiotic analysis
        Mulvey (reserve)
        Durham (reserve)

Week 16: (4/22, 24) Some progress
        Meyers, Part VI
    * **Paper #2 due 4/24**

EXHIBIT 95 - 5

GSU 007750

the basis of student suggestions and discussed, as the course develops. A "W" is awarded only to a student who is doing passing work. Students should consult the general catalog (page 52 of the 1995-96 catalog) for information about the procedures to be used in requesting a withdrawal. Incompletes may be given by the professor only in special hardship cases. Incompletes will not be used merely for extending the time for completion of course requirements.

Plagiarism—the wrongful use, and publication as one's own, of the ideas, or the expression of the ideas, of another person—will be penalized. The extensiveness and nature of the offense will determine the penalty. Customarily, a student who plagiarizes will receive an "F" grade in the course in which he or she has plagiarized.

It is the policy of the Department of Communication that final grades may not be posted in the office or given out over the phone. A student wishing to know his/her grade prior to the official notification of grades may give a stamped, self-addressed envelope to his/her instructor for this purpose.

## FROM THE UNIVERSITY CATALOG

### POLICY ON ACADEMIC DISHONESTY

As members of the academic community, students are expected to recognize and uphold standards of intellectual and academic integrity. The university assumes as a basic and minimum standard of conduct in academic matters that students will be honest and that they submit for credit only the products of their own efforts. Both the ideals of scholarship and the need for practices that are fair require that all dishonest work be rejected as a basis for academic credit. They also require that students refrain from any and all forms of dishonorable conduct in the course of the academic work.

The examples and definition given below are intended to clarify the standards by which honesty and academic conduct are to be judged. The list is merely illustrative of the kinds of infractions that may occur, and it is not intended to be exhaustive. Moreover, the definitions suggest conditions under which unacceptable behavior of the indicated types normally occurs; however, there may be unusual cases that fall outside these conditions which also will be judged unacceptable by the academic community.

### DEFINITIONS AND EXAMPLES

Plagiarism. Plagiarism is presenting another person's work as one's own. Furthermore, plagiarism includes any paraphrasing or summarizing of the works of another person without acknowledgment, including the submitting of other student's work as one's own. Plagiarism frequently involves a failure to acknowledge in the text, notes, or footnotes the quotation of paragraphs, sentences, or even a few phrases written or spoken by someone else. The submission of research or completed papers or projects prepared by someone else is plagiarism, as is the unacknowledged use of research sources gathered by someone else when that use is specifically forbidden by the instructor. Failure to indicate the extent and nature of one's reliance on other sources is also a form of plagiarism. Finally, there may by forms of plagiarism that are unique to an individual discipline or course, examples of which should be provided in advance by the instructor.

The student is responsible for understanding the legitimate use of sources, the appropriate ways of acknowledging academic, scholarly or creative indebtedness, and the consequences of violating this responsibility.

Cheating on Examinations. Cheating on examinations involves giving or receiving unauthorized help before, during, or after an examination. Examples of unauthorized help include the use of notes, texts, or "crib sheets" during an examination (unless specifically approved by the instructor), or sharing information with another student during an examination (unless specifically approved by the instructor.) Other examples include intentionally allowing another student to view one's own examination in collaboration before or after an examination if such collaboration is specifically forbidden by the instructor.

(over)

EXHIBIT 95 - 6

GSU 007751

**Unauthorized Collaboration.** Submission for academic credit of a work product, or a part thereof, represented as it being one's own effort, that has been developed in substantial collaboration with assistance from another person or source, is a violation of academic honesty. Collaborative work specifically authorized by an instructor is allowed.

**Falsification.** It is a violation of academic honesty to misrepresent material or fabricate information in an academic exercise or assignment (for example, false or misleading citation or sources, the falsification of the results of experiments or of computer data).

**Multiple Submissions.** It is a violation of academic honesty to submit substantial portions of the same work for credit more than once without the explicit consent of the instructor(s) to whom the material is submitted for additional credit. In cases in which there is a natural development of research or knowledge in a sequence of courses, use of prior work may be desirable, even required; however, the student is responsible for indicating in writing, as a part of such use, that the current work submitted for credit is cumulative in nature.

## OBLIGATION TO REPORT SUSPECTED VIOLATIONS

Members of the academic community—students, faculty, and staff—are expected to report violations of these standards of academic conduct to the appropriate authorities. The procedures for such reporting are on file in the office of the dean of each college and the Office of the Dean of Students.

EXHIBIT 95 - 7

GSU 007752