EXHIBIT

96

# SYLLABUS

## WOMEN AND MEDIA
### Jour 4780/WST 4150/Jour 4780H

Spring 2009/GSU                           Marian Meyers, professor

Tues/Thurs 2:30-3:45 p.m., 229 Aderhold
Office: room 1043, 1 Park Place South
Office hours: Th 4-6 p.m. and by appointment
E-mail: mmeyers@gsu.edu

**COURSE OBJECTIVES**: The primary goals of this course are to: (1) encourage the critical analysis of the images of women in the media; (2) explore the social impact of those images as they may affect us as individuals and as they affect society at large; (3) explore the roles, functions, challenges and opportunities for women within media industries; (4) examine women as audience members; and (5) understand relevant theories as they relate to gendered representation, audience reception and media organizations within a global context. Emphasis will be placed on the intersectionality of gender, race, class and sexual orientation.

**REQUIRED READING**:

Levy, Ariel (2005). *Female Chauvinist Pigs: Women and the Rise of Raunch Culture*. New York: Free Press.

Meyers, Marian (2008). *Women in Popular Culture: Representation and Meaning*. Cresskill, NJ: Hampton Press.

Rivers, Caryl (2007). *Selling Anxiety*. Lebanon, NH: University Press of America.

The articles below are on reserve unless otherwise indicated. The password for electronic reserves for this class is: 5yqp5aviS

Amsden, D., ``Not tonight, honey. I'm logging on.'' Located at http://nymag.com/nymetro/news/trends/n_9349/ . If this doesn't work, go to the New York Magazine homepage and search for ``David Amsden. You'll find this article among a number of others.

Hazen, D. (2007). ``Pornography and the End of Masculinity.'' Located at: www.alternet.org/sex/62833/?page=entire .

Jensen, R., ``Pornography and the limits of experimental research.''

Jensen, R., ``A Cruel Edge—Pornography.''

Meehan, E. ``Gendering the Commodity Audience: Critical Media Research, Feminism, and Political Economy.''

Mulvey, L., "Visual pleasure and narrative cinema."

Parameswaran, R., ``Resuscitating Feminist Audience Studies: Revisiting the Politics of Representation and Resistance.''

Tuchman, G., "The symbolic annihilation of women by the mass media."

Van Zoonen, L. *Feminist Media Studies*. Chapts 2 and 3.

EXHIBIT 96 - 1

GSU 007782

Wolf, N., ``The porn myth.'' Located at: http://nymag.com/nymetro/news/trends/n_9437/. If this doesn't work (and it should), search Naomi Wolf at the New York Magazine homepage.

A NOTE ABOUT THE COURSE:
This class will consist of: lecture and discussion (class and small group); reading and writing assignments (including papers and daily assignments); group projects and presentations; and media viewing and analysis.
The success of this course will, to a very large extent, depend upon your participation, preparedness and willingness to contribute to class discussions, to complete assignments and do the readings.
My goal for the classroom is to create an environment of safety and mutual respect for all participants. We come from different social locations and backgrounds, and we will have different perspectives and opinions. All are to be respected in this class. In an effort to foster mutual respect, I expect students with laptops, IPhones and Blackberries, other assorted cellphones, etc., **NOT** to check e-mail, send text messages, take phone calls, etc., during class. To further assist students with laptops in resisting the siren song of the internet during class, **LAPTOPS MAY NOT BE OPENED IN THE CLASSROOM.** All cell phones should be turned off - or, at the very least, not answered if inadvertently left on.

A NOTE ABOUT ACADEMIC HONESTY: Plagiarism, claiming another's work as your own, and other forms of academic dishonesty will earn the student an ``F'' for the entire course. When in doubt, consult the university catalog or ask me. See also the final page of this syllabus.

LATE PAPER/ASSIGNMENT POLICY: **Late assignments will be penalized 5 points for each day late. This includes weekends. Daily assignments, as note below, will NOT be accepted late.**

ACCESSING E-RESERVES: password is: 5yqp5aviS
1) Go to http://reserves.gsu.edu
2) Click on ``Electronic Reserves and Course Materials''
3) Click on the tab at the top that says "Course Reserve Pages by Instructor"
4) Arrow down to find your instructor's name.
5) Click ``View'' beside your instructor's name
6) Click on the course page that you would like to view
7) Enter the password

EXHIBIT 96 - 2

GSU 007783

**COURSE REQUIREMENTS:** 600 points total

**The assignments for the course are:**

(1) **Media analysis** - 100 points

Students will work in groups to analyze the representation of women within the media. This will involve audio/visual aids, but no written report.

(2) **Interview with journalists** - 150 points

Students will interview news reporters or editors as part of a class project concerning gender and race within news organizations.

(3) **News study** - 150 points

Students will conduct an analysis of the news to examine how African American women are portrayed.

(4) **Daily assignments** - 100 points

These are not necessarily daily, despite the name. They either will be done in class or are due the next class. These will generally be worth 10 to 30 points each, depending on the assignment, but may be worth more. <u>These must be handed in when due - they will not be accepted late. They may NOT be e-mailed to the instructor. Assignments due the next class must be typed. Only in-class assignments may be hand-written.</u> If you are not in class, you will not receive the daily assignment points for any in-class assignments missed. In addition, students unable to attend class should make every effort to find out from other students if a daily assignment is due the next class period.

(5) **Media Activism Project** - 100 points

Students will identify a topic related to women and media that is of concern to them. They will then design an activist project on the chosen topic. The proposed project must be approved by the instructor, and students will contract for a specific grade. After executing the project, students will provide documentation of the project to the instructor. At the end of the semester, students will describe their project, the outcome, and what they learned with their classmates. Students can work independently or in small groups.

**Honors students:** In addition to the above requirements, honors students will complete two additional projects worth a total of 300 points. They will conduct a research project that will be negotiated with the instructor. This project will be worth 200-250 points. Honors students also will have additional readings (as indicated on the syllabus and as negotiated with the instructor) and make a presentation to the class based on those readings for an additional 50-100 points.

**GRADING:**

540-600 points - A
480-539 points - B
420-479 points - C
360-419 points - D

EXHIBIT 96 - 3

GSU 007784

359 points or less - F

**Honors:**
810-900 points --- A
720-809 points --- B
630-719 points --- C
540-619 points --- D
539 points or less F

## TENTATIVE SCHEDULE

This syllabus provides a general plan for the course; deviations may be necessary. It is the student's responsibility to make sure s/he is aware of any changes.

**READINGS ARE TO BE COMPLETED BEFORE THE WEEK OF DISCUSSION.** The readings available through electronic reserve are indicated as such. (In other words, if it doesn't say (reserve) after the author's name, the reading is in one of the required books or available on the website indicated on the front page of this syllabus.)

Week 1: (1/6,8) Themes and directions
    Van Zoonen, Chapts. 2 & 3 (reserve)

Week 2: (1/13,15) Representation
    Tuchman (reserve)
    Meyers, Part I
    Rivers, Introduction

Week 3: (1/20,22) Mainstreaming pornography
    Meyers, Part II
    Honors readings: Amsden (reserve)
                      Wolf (reserve)
                      Jensen, both articles (reserve)
                      Hazen (reserve)

Week 4: (1/27,1/29) Race and class
    Meyers, Part III
    **\* Media presentation, Group I**

Week 5: (2/3,5) Hybridity and the global market
    Meyers, Part IV
    **\* Media presentation, Group II**

Week 6: (2/10,12) Sexuality and race
    Meyers, Part V
    **\* Media presentation, Group III**

Week 7: (2/17,19) Positive portrayals
    Meyers, Part VI
    **\* Media presentation, Group IV**

EXHIBIT 96 - 4

GSU 007785

Week 8:   (2/24,26) Feminist media studies meets raunch culture
          Levy, Introduction & chapt. 1
   * Honors presentation 2/24
   * Interview projects due 2/26

Week 9:   (3/2-8) Spring Break -- no classes

Week 10:  (3/10,12) Women in the news, Part I
          Rivers, chapts. 1-4

Week 11:  (3/17,19) Women in the news, Part II
          Rivers, chapts. 5-8

Week 12:  (3/24,26) Women in the news, Part III
          Rivers, chapts. 9-11 & conclusion

Week 13:  (3/31,4/2) Women and audience studies
          Mulvey (reserve)
          Meehan (reserve)
          Parameswaran (reserve)
   * Media activism project due 3/31 & 4/2

Week 14:  (4/7,9) The women's movement
          Levy, chapt. 2

Week 15:  (4/14,16) Female chauvinist pigs, Part I
          Levy, chapts. 3 & 4

Week 16:  (4/21, 23) Female chauvinist pigs, Part II
          Levy, chapts. 5, 6 & conclusion
   * News study due 4/21

Your constructive assessment of this course plays an indispensable role in shaping education at Georgia State University. Upon completing the course, please take the time to fill out the online course evaluation.


Dates to remember: March 2, last day to withdraw with a ``W.''
                   May 9, commencement

EXHIBIT 96 - 5

GSU 007786

# Policy on Academic Honesty
### Reprinted from the Georgia State University Faculty Handbook | FALL 06

As members of the academic community, students are expected to recognize and uphold standards of intellectual and academic integrity. The university assumes as a basic and minimum standard of conduct in academic matters that students be honest and that they submit for credit only the products of their own efforts. Both the ideals of scholarship and the need for fairness require that all dishonest work be rejected as a basis for academic credit. They also require that students refrain from any and all forms of dishonorable or unethical conduct related to their academic work.

The university's policy on academic honesty is published in the *Faculty Affairs Handbook* and the *On Campus: The Undergraduate Co-Curricular Affairs Handbook* and is available to all members of the university community. The policy represents a core value of the university and all members of the university community are responsible for abiding by its tenets. Lack of knowledge of this policy is not an acceptable defense to any charge of academic dishonesty. All members of the academic community — students, faculty, and staff — are expected to report violations of these standards of academic conduct to the appropriate authorities. The procedures for such reporting are on file in the offices of the deans of each college, the office of the dean of students, and the office of the provost.

In an effort to foster an environment of academic integrity and to prevent academic dishonesty, students are expected to discuss with faculty the expectations regarding course assignments and standards of conduct. Students are encouraged to discuss freely with faculty, academic advisors, and other members of the university community any questions pertaining to the provisions of this policy. In addition, students are encouraged to avail themselves of programs in establishing personal standards and ethics offered through the university's Counseling Center.

## Definitions and Examples

The examples and definitions given below are intended to clarify the standards by which academic honesty and academically honorable conduct are to be judged. The list is merely illustrative of the kinds of infractions that may occur, and it is not intended to be exhaustive. Moreover, the definitions and examples suggest conditions under which unacceptable behavior of the indicated types normally occurs; however, there may be unusual cases that fall outside these conditions which also will be judged unacceptable by the academic community.

**Plagiarism.** Plagiarism is presenting another person's work as one's own. Plagiarism includes any paraphrasing or summarizing of the works of another person without acknowledgment, including the submitting of another student's work as one's own. Plagiarism frequently involves a failure to acknowledge in the text, notes, or footnotes the quotation of the paragraphs, sentences, or even a few phrases written or spoken by someone else. The submission of research or completed papers or projects by someone else is plagiarism, as is the unacknowledged use of research sources gathered by someone else when that use is specifically forbidden by the faculty member. Failure to indicate the extent and nature of one's reliance on other sources is also a form of plagiarism. Any work, in whole or in part, taken from the Internet or other computer-based resource without properly referencing the source (for example, the URL) is considered plagiarism. A complete reference is required in order that all parties may locate and view the original source. Finally, there may be forms of plagiarism that are unique to an individual discipline or course, examples of which should be provided in advance by the faculty member. The student is responsible for understanding the legitimate use of sources, the appropriate ways of acknowledging academic, scholarly or creative indebtedness, and the consequences of violating this responsibility.

**Cheating on Examinations.** Cheating on examinations involves giving or receiving unauthorized help before, during, or after an examination. Examples of unauthorized help include the use of notes, computer based resources, texts, or "crib sheets" during an examination (unless specifically approved by the faculty member), or sharing information with another student during an examination (unless specifically approved by the faculty member). Other examples include intentionally allowing another student to view one's own examination and collaboration before or after an examination if such collaboration is specifically forbidden by the faculty member.

**Unauthorized Collaboration.** Submission for academic credit of a work product, or a part thereof, represented as its being one's own effort, which has been developed in substantial collaboration with another person or source, or computer-based resource, is a violation of academic honesty. It is also a violation of academic honesty knowingly to provide such assistance. Collaborative work specifically authorized by a faculty member is allowed.

**Falsification.** It is a violation of academic honesty to misrepresent material or fabricate information in an academic exercise, assignment or proceeding (e.g., false or misleading citation of sources, the falsification of the results of experiments or of computer data, false or misleading information in an academic context in order to gain an unfair advantage).

**Multiple Submissions.** It is a violation of academic honesty to submit substantial portions of the same work for credit more than once without the explicit consent of the faculty member(s) to whom the material is submitted for additional credit. In cases in which there is a natural development of research or knowledge in a sequence of courses, use of prior work may be desirable, even required; however the student is responsible for indicating in writing, as a part of such use, that the current work submitted for credit is cumulative in nature.

EXHIBIT 96 - 6

GSU 007787