EXHIBIT

97



# ERes
*electronic reserves system*

Ereserves Home > Ereserves Index

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |

**Find Documents Where:**

Any Search Field  contains  Dluhy

[ Search ]  [ Clear ]

Displaying 10  of 1 Matching Documents

<< Page 1 of 1 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| PSYC8200 | Introduction to Community Psychology | | Psychology | Emshoff | Fall | 2007 | Changing the System Ch. 2 & 7 [Dluhy, M. Beverly Hills : Sage Publications,1981] | |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.

()



PLAINTIFF'S EXHIBIT 63 4-23-09 TK
PENGAD 800-631-6989

**EXHIBIT 97 - 1**

Docutek ERes - Ereserves Index

# ERes
*electronic reserves system*

Admin Login | Help Pages | Help Videos

Please use the provided search fields to locate your library materials.

| Search for Course Reserves Pages | Course Reserves Pages by Department | Course Reserves Pages by Instructor | Search for Documents by Title / Author |

**Find Documents Where:**

Any Search Field | contains | Dluhy

[ Search ]  [ Clear ]

Displaying 10 of 1 Matching Documents                              << Page 1 of 1 >>

| Course Number | Course Name | Section Number | Department | Instructor | Term | Year | Title | Primary Author |
|---|---|---|---|---|---|---|---|---|
| PSYC8200 | Introduction to Community Psychology | | Psychology | Emshoff | Fall | 2007 | Changing the System Ch. 2 & 7 [Dluhy, M. Beverly Hills : Sage Publications,1981] | |

Questions? Comments? Please contact the system managers.
Docutek ERes v5.3.03 - Copyright © 2000-2007 Docutek, a SirsiDynix Company.
Docutek ERes and DocuFax are trademarks of Docutek, a SirsiDynix Company.

EXHIBIT 97 - 2