EXHIBIT 98

Psychology 8200
Introduction to Community Psychology
Fall 2006

M 1:00-3:30
James Emshoff
1122 Urban Life
Office Hours: W, 4-5
Phone - 651-2029
Email - jemshoff@gsu.edu

Introduction and Purpose:

This course is designed to provide an in-depth survey of the field of community psychology. As will be seen in the early weeks of the course, it is hardly a field with a single definition. In fact, a good deal of the activity in the field has been devoted to discussion of exactly what community psychology is or ought to be. At issue have been theoretical/political positions, alternative professional roles, intervention strategies, research approaches or lack thereof, etc. This course will attempt to highlight these areas and in detail the alternatives which have been selected. In short, we will be examining particular models of community psychology, their operational implications, and their application to social problems. As such, the course is likely to raise more questions than it provides answers.

Lecture-Discussion Sessions:

The lecture-discussion sessions will occupy much of the class time. The content of these lecture-discussion sessions will parallel the topics and respective readings outlined on the following pages. It is hoped that the group will remain small and informal enough that the lecture material can provide a stimulus for more in-depth discussion in line with students' own interests and concerns. Since the information of the field of community psychology was itself a result of active questioning of existing world views, you are encouraged to respond in a like manner to the material presented. It is also hoped that the varying backgrounds students bring to this course will enhance its content through such discussion.

Reading List:

The readings lists (11 weekly readings lists) for the course are posted on the WebCT Vista course page under icon "E-Reserve Readings." To access these readings you need to go online, using the following instructions:
1) Go to http://reserves.gsu.edu
2) Click on "Electronic Reserves and Course Materials"
3) Arrow down to find Emshoff
4) Click "Go" beside Emshoff
5) Click on the course page that you would like to view

EXHIBIT 98 - 1

GaState0031146

6) Enter the password   EP8200HGW
7) Agree to the copyright
8) The readings will come up

Those of you who are community students or clinical-community students should have signed up for an extra hour of directed readings to accompany this class. You will be doing some additional readings beyond the basic readings for the class. These are marked with an asterisk on the reading list. In other words, you will read everything on the reading list, while non-community students will not be required to read those with an asterisk.

In addition, you must read one additional article of your choice from <u>The American Journal of Community Psychology</u> and one from the <u>Journal of Community Psychology</u>. Articles should be chosen from 2004 or 2005 issues. Prepare a summary of the article and your reaction to it.

The first of these article papers is due Sept. 25 and the second on Nov. 6.

Thought Papers:

Nine times during the semester each student will hand in a "Thought Paper." These papers should be what they sound like (i.e., some reaction to one or more of the readings since the last thought paper. They could consist of a criticism of one or more of the readings, integration of the material, the application of specific past or present experiences of your own, or simply an off-the-wall idea of revelation which was stimulated by the readings. Be creative (if you want). Papers should be brief (2-3 pages) and informal (but typed).

Due dates for thought papers:
Aug 28
Sept 4 – Labor Day Holiday – No Class
Sept 11 (waived for eco conference attendees)
Sept 18
Oct 2
Oct 9
Oct 23
Oct 30
Nov 13
Nov 27

Final Paper:

Each student will be expected to turn in a final paper. Each student should begin by choosing a social problem content area. Briefly review the literature dealing with the problem and the interventions designed to alleviate the problem. **Discuss how various attempts to deal with the problem have reflected or have failed to reflect the principles of community psychology. How would a community psychologist respond to the topic/issue/problem you have chosen to write about?**

EXHIBIT 98 - 2

GaState0031147

The range of interventions chosen can be broad or narrow. For instance, one could compare and contrast the wide range of treatments and programs for delinquency, or one could specifically focus on the use of juvenile diversion programs. If the narrow approach is chosen, you should choose an approach which is related to community psychology, even if it doesn't follow all of its values. For instance, the use of psychotherapy with prison inmates would be inappropriate. However, the use of community-based corrections or halfway houses would be appropriate. The paper should be 15-25 double-spaced pages and is due **November 20.**

**THE biggest mistake students make with this paper is to spend too much space describing the issue/problem/population and not enough space critiquing existing "solutions" from a community psychology perspective and creating CP-oriented "solutions." Don't make this mistake!**

Exams:

Exams will be given on Oct. 16 and Dec.4. The exam format is short answer, and will be discussed more in class.

Grades:

The following weighting scheme will be used in order to calculate your final grade:
1st exam             25%
2nd exam            25%
Paper                   25%
Thought papers   15%
Class participation   10%

Letter grades for the course will be A (90-100), B (80-89), or C (70-79). There will be no D's.

Policy on Academic Honesty:

The Department of Psychology follows the University system policy on academic honesty which is published in the Faculty Affairs Handbook and in On Campus: The Undergraduate Co-Curricular Affairs Handbook and is available to all members of the university community. The policy represents a core value of the university and all members of the university community are responsible for abiding by its tenets. Lack of knowledge of this policy is not an acceptable defense to any charge of academic dishonesty. All members of the academic community --students, faculty, and staff --are expected to report violations of these standards of academic conduct to the appropriate authorities.

EXHIBIT 98 - 3

GaState0031148