EXHIBIT

101

## Smith, Glenda

**From:** Beth Brigdon [BBRIGDON@mail.mcg.edu]
**Sent:** Thursday, January 08, 2009 9:18 PM
**To:** William Potter; ray.lee@usg.edu
**Cc:** Tom Maier
**Subject:** Fwd: Preparing for Next Meeting

Ray,

In prep for tomorrow's call, I thought you might want to see some of the materials we've been reviewing.

Here are the websites we are using for the basis of our development efforts. Columbia's is simpler and we're willing to make do with this kind of site initially. Minnesota's is where we want to be eventually.

Your team's help will be critical in meeting the deadline we've been given (the end of Jan to have the site ready including content). Here's what we'd like if possible:

1. We'd like a non-publically available site with the framework available within one week. (Jan 15th)
2. We'd like to be able to review that with you or your designee on a conference call to tweak any mechanics or look/feel issues.
3. We'd feed you content by the week following to load. (Jan 21st)
4. The Committee will be meeting on Jan 22nd with the lawyers for final revision of content.

Bill Potter, chair of the committee, will join us tomorrow and may need to refine what I've outlined above.

I realize what a stretch this is given what your scheduled workload probably is and I've spoken with Tom to make sure he was aware of this request.

If we need someone else to develop this, I suppose we could look to another resource, however, this will have to ultimately reside on the USG resources, so you'd need to provide us any constraints we'd face in that development effort to make sure that whatever got developed in the short term is something you could host/adopt. This will be used in legal proceedings and is extremely sensitive.

Thank you in advance for your consideration and any help you all can provide.

Beth

**REDACTED**



PLAINTIFF'S EXHIBIT
5
3-9-09   mB
EXHIBIT 101 - 1

3/4/2009

GaState0020797

**REDACTED**