EXHIBIT 102

| | |
|---|---|
| **From:** | William Potter <wpotter@uga.edu> |
| **Sent:** | Friday, November 7, 2008 4:11 PM |
| **To:** | Beth Brigdon <BBRIGDON@MAIL.MCG.EDU> |
| **Subject:** | RE: Re: First Meeting |

Beth,

As this is evolving, it appears that the best day for us to meet is the 21st. While you cannot make it, any other day would mean that two or more people could not attend. The lawyers are pushing for us to meet before Thanksgiving, so we need to get this moving.

I will try to push some of the other dates and see if people are more flexible than they indicated at first. However, I expect that the 21st will turn out to be the best day. I regret this. I was hoping to get everyone at this first meeting and will miss not having you there. If that is the way it turns out, I will brief you after on what happens.

Best
Bill

William Gray Potter
University Librarian and Associate Provost
Main Library
University of Georgia
Athens, GA 30602
wpotter@uga.edu
phone: 706-542-0621
fax: 706-542-4144

**From:** USG Copyright Committee [mailto:USGCOPYRIGHT@LISTSERV.UGA.EDU] **On Behalf Of** Beth Brigdon
**Sent:** Friday, November 07, 2008 10:08 AM
**To:** USGCOPYRIGHT@LISTSERV.UGA.EDU
**Subject:** Re: First Meeting

Bill,

I'm traveling on Friday Nov 21st and booked on Monday the 17th.

I could make Thursday, Nov 20th 2pm or later,

and anytime on Monday, the 24th.

Beth

>>> William Potter <wpotter@UGA.EDU> 11/7/2008 10:01 AM >>>
The list is working properly. It includes the members of the USG Select Committee on Copyright plus Burns Newsome, Vice Chancellor for Legal Affairs, as well as Steve Schaetzel and Tony Askew, attorneys from King & Spalding who have been retained to assist the committee.

I would like to schedule an initial meeting of the committee as soon as possible I expect that we need to block out three hours to get organized and develop a plan of action. While I hope that we can complete most of our work electronically, it is important that we meet face-to-face for this initial meeting and that we include our legal consultants.


PLAINTIFF'S EXHIBIT
3-9-09
EXHIBIT 102 - 1

GaState0020869

I have been thinking about a meeting location that is equally inconvenient for everyone, but am having a difficult time minimizing travel for the Augusta members. We can try to make it up to them later. With that in mind, I propose that we meet at the UGA Gwinnett Center, which is near the intersection of I85 and I285 in northeast Atlanta. However, I am open to other suggestions.

As for a date, we need to get moving on this and I hope we can find a time to meet before Thanksgiving. I propose the following dates. Please respond to me or to the list as to which dates work for you:

Monday November 17 - any time
Thursday November 20 - afternoon
Friday November 21 - any time
Monday November 24 - any time

(Yes, I know that I could use meeting wizard, but I expect that we will need some give and take on this that can best be resolved through dialog.)

Please let me know as soon as possible which of these dates work best for you and I will try to narrow this down. Also, if you have another idea for a meeting location, please let me know.

Best,
Bill

William Gray Potter
University Librarian and Associate Provost
Main Library
University of Georgia
Athens, GA 30602
wpotter@uga.edu
phone: 706-542-0621
fax: 706-542-4144