# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al.,<br><br>                Plaintiffs,<br><br>                *-vs.-*<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al.,<br>                Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## NOTICE OF FILING EXHIBITS

Plaintiffs Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. hereby give notice of filing the following:

Exhibits 103 through 107 and Exhibit List.

Respectfully submitted this 26th day of February, 2010.

                                      /s/ John H. Rains IV
                                      Edward B. Krugman
                                      Georgia Bar No. 429927
                                      John H. Rains IV
                                      Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

R. Bruce Rich (*pro hac vice*)
Randi Singer (*pro hac vice*)
Todd D. Larson (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
todd.larson@weil.com

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing **NOTICE OF FILING EXHIBITS** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Anthony B. Askew, Esq.
>Stephen M. Schaetzel, Esq.
>Katrina M. Quicker, Esq.
>John P. Sheesley, Esq.
>Kristen A. Swift, Esq.
>C. Suzanne Johnson, Esq.
>Laura E. Gary, Esq.
>King & Spalding
>1180 Peachtree Street
>Atlanta, Georgia 30309
>
>Mary Jo Volkert, Esq.
>Assistant S. Attorney General
>40 Capitol Square
>Atlanta, Georgia 30334

This 26th day of February, 2010.

>/s/ John H. Rains IV
>John H. Rains IV

741917.1