EXHIBIT

103

Dockets.Justia.com

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | 15- Plants, Bimbenina [Rimbwandende and Bunseki. Self Healing Power and Therapy: Old Teachings from Africa. New York :Vantage Press, 1991] | AAS1140 - Intro to African-American History (Summer 2004) DENSU | 1/1/2005 - 4/16/2009 | 1 | 0.00% |
| | 15. Stone, C. (2002). Negligence in academic advising and abortion counseling: Courts rulings and implications. Professional School Counseling, 6, 28-35. | CPS8490 - Current Trends/Ethics in School Counseling (Summer 2005) Mullis | 1/1/2005 - 4/16/2009 | 15 | 0.00% |
| | 15: Bakken, L., Thompson, J., Clark, F.L., Johnson, N., & Dwyer, K. (2001) Making Conservationists and Classifiers of Preoperational Fifth Grade Children. The Journal of Educational Research, 95, 56-61 | EPY8050 - Psychology of Instruction (Fall 2008) Gray, Greenberg | 1/1/2005 - 4/16/2009 | 74 | 0.01% |
| | 15a) Awakening Childrens Minds ch 6 (pp181-199) [ Berk, L.E. Awakening Children's Minds. Oxford: Oxford University Press, 2001] | EPY7090 - The Psychology of Learning of Young Children (Spring 2009) Flexner, Kruger, Lederberg | 1/1/2005 - 4/16/2009 | 121 | 0.01% |
| | 15b) Awakening Childrens Minds ch 6 (pp200-219) [ Berk, L.E. Awakening Children's Minds. Oxford: Oxford University Press, 2001] | EPY7090 - The Psychology of Learning of Young Children (Spring 2009) Flexner, Kruger, Lederberg | 1/1/2005 - 4/16/2009 | 160 | 0.01% |
| | 15-David Rudder-Calypso Music | PERS2001 - Carnival, Trindad, & Tobago (Spring 2009) Greene | 1/1/2005 - 4/16/2009 | 321 | 0.03% |
| | 15-Tennant, M. (2006). Psychology and adult learning. London: Routledge. Chapter 4 The development of identity during adulthood (pp. 35-57). | EPY8070 - Understanding and Facilitating Adult Learning (Fall 2008) Greenberg | 1/1/2005 - 4/16/2009 | 75 | 0.01% |
| | 16 - Attachment Security in Infancy and Early Adulthood: A Twenty-Year Longitudinal Study | EPY8220 - Social and Personality Development (Spring 2009) Garfin, Kruger, Samuelson | 1/1/2005 - 4/16/2009 | 24 | 0.00% |
| | 16- Farming [Rimbwandende and Bunseki. Self Healing Power and Therapy: Old Teachings from Africa. New York :Vantage Press, 1991] | AAS1140 - Intro to African-American History (Summer 2004) DENSU | 1/1/2005 - 4/16/2009 | 1 | 0.00% |

EXHIBIT 103 - 1

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | 41- The Cultural Image of the African-American Woman | AAS1140 - Intro to African-American History (Summer 2004) DENSU | 1/1/2005 - 4/16/2009 | 103 | 0.01% |
| | 42 - The Developmental Ecology of Urban Males' Youth Violence | EPY8220 - Social and Personality Development (Spring 2009) Garfin, Kruger, Samuelson | 1/1/2005 - 4/16/2009 | 33 | 0.00% |
| | 43 - Psychosocial Antecedants of Variation in Girls' Pubertal Timing: Matrnal Depression, Stepfather Presence, and Martial and Family Stress | EPY8220 - Social and Personality Development (Spring 2009) Garfin, Kruger, Samuelson | 1/1/2005 - 4/16/2009 | 33 | 0.00% |
| | 43a- The Slave Community Ch. 7 [Blassingame, John W. The Slave Community. Oxford: Oxford University press, 1979] | AAS1140 - Intro to African-American History (Summer 2004) DENSU | 1/1/2005 - 4/16/2009 | 1 | 0.00% |
| | 43b- The Slave Community Ch. 7 [Blassingame, John W. The Slave Community. Oxford: Oxford University press, 1979] | AAS1140 - Intro to African-American History (Summer 2004) DENSU | 1/1/2005 - 4/16/2009 | 1 | 0.00% |
| | 43c- The Slave Community Ch. 8 [Blassingame, John W. The Slave Community. Oxford: Oxford University press, 1979] | AAS1140 - Intro to African-American History (Summer 2004) DENSU | 1/1/2005 - 4/16/2009 | 1 | 0.00% |
| | 43d- The Slave Community Ch. 7 [Blassingame, John W. The Slave Community. Oxford: Oxford University press, 1979] | AAS1140 - Intro to African-American History (Summer 2004) DENSU | 1/1/2005 - 4/16/2009 | 1 | 0.00% |
| | 44 - Relation of Early Menarche to Depression, Eating Disorders, Substance Abuse and Comorbid Psychopathology Among Adolescent Girls | EPY8220 - Social and Personality Development (Spring 2009) Garfin, Kruger, Samuelson | 1/1/2005 - 4/16/2009 | 37 | 0.00% |
| | 44- W.E.B. DuBois: A Reader- Criteria of Negro Art | AAS1140 - Intro to African-American History (Summer 2004) DENSU | 1/1/2005 - 4/16/2009 | 3 | 0.00% |
| | 45 - Development During Adolescence : The Impact of Stage-Environment Fit on Young Adolescents' Experiences in Schools and in Families | EPY8220 - Social and Personality Development (Spring 2009) Garfin, Kruger, Samuelson | 1/1/2005 - 4/16/2009 | 28 | 0.00% |

EXHIBIT 103 - 2

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Allison, Henry E. "On Naturalizing Kant's Transcendental Psychology," In Idealism and Freedom: Essays on Kant's Theoretical and Practical Psychology. Chapter 4. Cambridge: Cambridge University Press, 1996. | PHIL8060 - Aesthetics and Teleology in Kantâ€™s Critique of Judgment (Spring 2007) Merritt | 1/1/2005 - 4/16/2009 | 15 | 0.00% |
| | Allison, Henry. â€œKantâ€™s Antinomy of Teleological Judgment.â€ In Paul Guyer, ed., Kantâ€™s Critique of the Power of Judgment: Critical Essays. Lanham: Rowman and Littlefield, 2003; pp. 219-236. | PHIL8060 - Aesthetics and Teleology in Kantâ€™s Critique of Judgment (Spring 2007) Merritt | 1/1/2005 - 4/16/2009 | 29 | 0.00% |
| | Alloway, Lawrence: Network: The Artworld Described as a System | AH4700 - Contemporary Art Theory and Criticism (Spring 2009) Richmond | 1/1/2005 - 4/16/2009 | 180 | 0.02% |
| | Alloway, Lawrence: "Women's Art and the Failure of Art Criticism," Art Criticism 1, no. 2 (1978): 55-65. | AH4900 - Feminist Art and Theory (Spring 2004) Richmond | 1/1/2005 - 4/16/2009 | 1 | 0.00% |
| | Alloway, T.P., Gathercole, S.E., & Pickering, S.J. (2006). Verbal and visuospatial short term and working memory in children: Are they separable? Child Development, 77 (6), 1698-1716. | EPY8200 - Advanced Developmental Psychology: Cognitive Intellect (Spring 2008) Flexner | 1/1/2005 - 4/16/2009 | 50 | 0.00% |
| | Allport, Gordon. The Nature of Prejudice | COMM6910 - Special Project (Fall 2006) Fujioka | 1/1/2005 - 4/16/2009 | 24 | 0.00% |
| | Allwright, D. (2005). From teaching points to learning opportunities and beyond. TESOL Quarterly, 39(1), 9--336. | AL8450 - Approaches to Teaching Second and Foreigh Languages (Fall 2008) Murphy | 1/1/2005 - 4/16/2009 | 52 | 0.00% |
| | Allwright, Dick and Kathleen Bailey. Focus on the Language Classroom | AL8900 - Practicum: Teaching ESL (Summer 2006) Burke | 1/1/2005 - 4/16/2009 | 40 | 0.00% |
| | Almanac of business and industrial financial ratios 1997-2005 (Call #: HF5681.R25 T68) | BUSA4980 - Business (Perm 2008) Staff | 1/1/2005 - 4/16/2009 | 2 | 0.00% |

EXHIBIT 103 - 3

| Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|
| Bell, J. & Cower, R. (1998) Writing Course Materials for the World: A Great Compromise. (pp. 116-129) In B. Tomlinson (Ed.) Materials Development in Language Teaching. Cambridge: Cambridge University Press, | AL8660 - Material Design and Publishing (Spring 2005) Weigle | 1/1/2005 - 4/16/2009 | 10 | 00.00% |
| Bell, Jill Sinclair. The Relationship Between L1 and L2 Literacy: some Complicating Factors | AL8961 - Qualitative Research (Spring 2007) Belcher | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| Bell, Jill. Narrative Inquiry: More than Just Telling Stories | AL8330 - Intercultural Communication (Spring 2009) Belcher | 1/1/2005 - 4/16/2009 | 97 | 00.01% |
| Bell, Joyce and Douglas Hartmann. Diversity in Everyday Discourse: The Cultural Ambiguities and Consequences of â€œHappy Talkâ€ | SOCI8342 - Qualitative Methods in Sociology (Fall 2008) LaRossa | 1/1/2005 - 4/16/2009 | 14 | 00.00% |
| Bell, Judith and Marion Standish. Communities and Health Policy: A Pathway for Change | SW4330 - Contemporary Health Challenges & Social and Community Responses (Fall 2008) Scott | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| Bell, S.J., Whitwell, G.J., & Lukas, B.A. (2002). Schools of thought in organizational learning. Journal of the Academy of Marketing Science, 30(1), 70-86. | CRJU7510 - Organizational and Management Theory in Criminal Justice (Fall 2005) Vaughn | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| Belle epoque (Call #: DVD PN1997.B443 2003) | SPA3305 - Advanced Conversation and Composition (Fall 2008) Marsh | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| Belli and Loftus: The Pliability of Autobiographical Memory: Misinformation and the False Memory Problem | EPY8080 - Memory and Cognition (Spring 2009) Zabrucky | 1/1/2005 - 4/16/2009 | 18 | 00.00% |
| Bellin, Eva. Politics of Profit in Tunisia: Utility of the Rentier Paradigm? | HIST4790 - The Middle East since 1800 (Spring 2008) Blumi | 1/1/2005 - 4/16/2009 | 24 | 00.00% |
| Bellini, Vincenzo-Per pieta, bel idol mio [Cecilia Bartoli, mezzo-soprano] from the CD "An Italian Songbook" London, Decca, 1997. | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 23 | 00.00% |

EXHIBIT 103 - 4

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Betty Friedan, "Betty Friedan on the Problem that has no Name". From Robert Griffith and Paula Baker, eds., "Major Problems in American History since 1945", second ed., (Boston: Houghton Mifflin, 2001), 368-370 | HIST2110 - Survey of U.S. History (Spring 2009) Conner | 1/1/2005 - 4/16/2009 | 91 | 00.01% |
| | Betty Friedan, "The Sexual Sell" (orig. 1963), in The Consumer Society Reader, ed. Schor and Holt, 26-46 | HIST8240 - Seminar in Twentieth-Century European History (Spring 2007) Perry | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Betty neuman: neuman systems model (Call #: DVD RT37.N48 B47 2000z) | NURS.perm. - Nursing Department Video Reserve List (Perm 2008) Staff | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Between dignity and despair : Jewish life in Nazi Germany [Call Number: DS135.G3315 K37 1998] | HIST8252 - Problems in Modern German History (Fall 2008) Perry | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Between the woods and the water : on foot to Constantinople from the Hook of Holland : the middle Danube to the Iron Gates (Call #: DJK76.4 .F47 1986 | RELS4650 - Religion and Ethics (Spring 2006) Ruprecht | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Betye and alison saar (Call #: Videotape N6537.S23 B48 1996) | AH4620 - African American Art (Spring 2007) Stevens | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Beverley, J. (2005). Testimonio, subalternity, and narrative authority. In Denzin, N. & Lincoln, Y. (Eds.). Sage handbook of qualitative research (3rd ed.) (pp 547-557). Thousand Oaks: Sage | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 224 | 00.02% |
| | Beverley, J. (2005). Testimonio, subalternity, and narrative authority. In Denzin, N. & Lincoln, Y. (Eds.). Sage handbook of qualitative research (3rd ed.) (pp. 547-558). Thousand Oaks: Sage | EPS8500 - Qualitative/Intrepretive Research in Education I (Summer 2008) Fournillier | 1/1/2005 - 4/16/2009 | 38 | 00.00% |
| | Beverly hills 90210 (Call #: DVD PN1992.77.B458 2004) | FILM4780 - Film (Perm 2009) Perren | 1/1/2005 - 4/16/2009 | 7 | 00.00% |
| | Bevis, William. "Region, Power, Place," in Reading the West, ed. Michael Kowalewski (Cambridge and NY: Cambridge UP, 1996) 21-43 | ENGL4300 - Native American Literature (Spring 2009) Goodman | 1/1/2005 - 4/16/2009 | 93 | 00.01% |

EXHIBIT 103 - 5

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Bishop, Henry-It was a Lover and his Lass from the CD "Shakespeare at Covent Garden" London: Philips, 1999. | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 14 | 00.00% |
| | Bishop, Henry-Lo, here the gentle lark from the CD "Shakespeare at Covent Garden" London: Philips, 1999. | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 29 | 00.00% |
| | Bishop, Henry-Orpheus with his Lute from the CD "Shakespeare at Covent Garden" London: Philips, 1999. | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 11 | 00.00% |
| | Bishop, Henry-Who is Sylvia? What is she? from the CD "Shakespeare at Covent Garden" London: Philips, 1999. | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 19 | 00.00% |
| | Bishop, Jacqueline. Em Memoria Chico Mendes | PERS2002 - Art and Environment (Spring 2009) Longobardi | 1/1/2005 - 4/16/2009 | 236 | 00.02% |
| | Bishop, Paul and Robbi Beyer. Attention Deficit Hyperactivity Disorder. Palaestra. Summer 1995. | KHE7650 - Adapted Physical Education (Spring 2009) Shapiro | 1/1/2005 - 4/16/2009 | 14 | 00.00% |
| | Bishop, Wendy. "Heart of Gold". In Living Rhetoric and Composition, edited by Roen, Brown, and Enos. | ENGL8195 - Composition Pedagogy (Fall 2008) Burmester | 1/1/2005 - 4/16/2009 | 39 | 00.00% |
| | Bishop, Wendy. â€œYou Can Take the Girl Out of the Writing Center, But You Canâ€™t Take the Writing Center Out of the Girl: Reflections on the Sites we Call Centers.â€ Teaching Lives: Essays and Stories. Loga: Utah S U P, 1997. | WSTU0000 - Writing Studio (Fall 2008) McCoy-Wilson | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Bishop,R. (2005). Freeing ourselves from neocolonial domination in research: A Kaupapa Maori approach to creating knowledge. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications (p. 109-138 | EPS9280 - Interpretive Inquiry in Education (Fall 2006) Kaufmann | 1/1/2005 - 4/16/2009 | 32 | 00.00% |

EXHIBIT 103 - 6

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Bishop,R. (2005). Freeing ourselves from neocolonial domination in research: A Kaupapa Maori approach to creating knowledge. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications (p. 109-138 | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 257 | 00.02% |
| | Bishop,R. (2005). Freeing ourselves from neocolonial domination in research: A Kaupapa Maori approach to creating knowledge. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications (p. 119-138 | EPS8500 - Qualitative/Intrepretive Research in Education I (Summer 2008) Fournillier | 1/1/2005 - 4/16/2009 | 45 | 00.00% |
| | Bishop--Home Sweet Home | MUS4810 - Music History (Spring 2009) Orr | 1/1/2005 - 4/16/2009 | 49 | 00.00% |
| | Biskind, Peter. Seeing is Believing: How Hollywood Taught Us to Stop Worrying and Love the Fifties. | FILM4170 - American Film History I (Spring 2007) McNeil | 1/1/2005 - 4/16/2009 | 117 | 00.01% |
| | Bitton Jackson, Livia E. "Coming of Age" | SOCI3228 - The Holocaust (Spring 2008) Jaret | 1/1/2005 - 4/16/2009 | 103 | 00.01% |
| | Bivariate, Multiple, and Logistic Regression [Ch. 19 of Reading Statistics and Research, 3rd Ed.] | EPY8010 - Professional Studies in Educational Psychology (Fall 2007) Lederberg | 1/1/2005 - 4/16/2009 | 45 | 00.00% |
| | Bix, Jurisprudence: Theory & Context 4th ed. (Carolina Academic Press) OPTIONAL K230.B57 J87 2006 | LAW7277 - International Human Rights (Fall 2007) Saito | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Bix, Jurisprudence: Theory & Context 4th ed. (Carolina Academic Press) OPTIONAL K230.B57 J87 2006 | LAW7295 - Jurisprudence (Fall 2007) Edmundson | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Bix, Jurisprudence: Theory & Context 4th ed. (Carolina Academic Press) OPTIONAL K230.B57 J87 2006 | LAW7295 - Jurisprudence (Fall 2008) Edmundson | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Bixler, Mark. The Lost Boys of Sudan. (pp. 211-230) | ENGL1101 - English Composition I (Fall 2007) Gentry | 1/1/2005 - 4/16/2009 | 2 | 00.00% |

EXHIBIT 103 - 7

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Cambourne, B. (2000) Conditions of Literacy Learning. The Reading Teacher, 54(4), p. 414-418 | EDRD6600 - Introduction to Materials and Methods of Reading Instruction (Summer 2007) Flint | 1/1/2005 - 4/16/2009 | 38 | 00.00% |
| | Cambourne, B. (2000). Conditions of Literacy Learning. The Reading Teacher, 54(4), p 414-418 | EDRD1111 - Archived Course (Fall 2005) Flint | 1/1/2005 - 4/16/2009 | 14 | 00.00% |
| | Cambourne, B. (2000). Conditions of Literacy Learning. The Reading Teacher, 54(4), p 414-418 | EDRD6600 - Introduction to Materials and Methods of Reading Instruction (Summer 2007) Flint | 1/1/2005 - 4/16/2009 | 42 | 00.00% |
| | Cambourne, Brian. Toward an educationally relevant theory of literacy learning: Twenty years of inquiry. The Reading Teacher, Vol. 49. Pages 182-190 | EDRD7260 - Early Literacy Development (Fall 2007) Flint | 1/1/2005 - 4/16/2009 | 76 | 00.01% |
| | Cambridge Companion to Bartok. pp. 118-132 | MUS8870 - 20th Century Music (Spring 2009) Orr | 1/1/2005 - 4/16/2009 | 36 | 00.00% |
| | Cambridge Companion to Berg. pp. 145-164. | MUS8870 - 20th Century Music (Spring 2009) Orr | 1/1/2005 - 4/16/2009 | 48 | 00.00% |
| | Cambridge Companion to Debussy. | MUS8870 - 20th Century Music (Spring 2009) Orr | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Cambridge Companion to Handel (145-181) | MUS8840 - Baroque Music (Summer 2008) Orr | 1/1/2005 - 4/16/2009 | 51 | 00.00% |
| | Cambridge Companion to Ravel. pp.76-96 & 129-134. | MUS8870 - 20th Century Music (Spring 2009) Orr | 1/1/2005 - 4/16/2009 | 49 | 00.00% |
| | Cambridge Companion to Sibelius. pp. 49-65 | MUS8870 - 20th Century Music (Spring 2009) Orr | 1/1/2005 - 4/16/2009 | 20 | 00.00% |
| | Cambridge companion to the Eighteenth-Century novel [call #: PR851 .C36 1996] | ENGL8450 - Studies in 18th Century Fiction (Summer 2007) Snow | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Cambridge Companion to the Organ | MUS8840 - Baroque Music (Summer 2008) Orr | 1/1/2005 - 4/16/2009 | 18 | 00.00% |
| | Cambridge Grammar of English [Call Number: PC-Byrd-20] | AL8460 - English Grammer for ESL-EFL Teachers (Perm 2009) Byrd | 1/1/2005 - 4/16/2009 | 37 | 00.00% |
| | Cambridge history of ancient China : from the origins of civilization to 221 B.C. (Call #: DS741.5 .C35 1999) | HIST3700 - China and Japan to 1600 (Spring 2009) Reynolds | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Camera lucida : reflections on photography [call #: TR642 .B3713 1981] | AH4700 - Contemporary Art Theory and Criticism (Spring 2009) Richmond | 1/1/2005 - 4/16/2009 | 3 | 00.00% |

EXHIBIT 103 - 8

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Changing a Casual Hypothesis without Changing tjhe Fit | MK9200 - Seminar in Marketing (Fall 2008) Bello, Ellen, Johnston, Rigdon | 1/1/2005 - 4/16/2009 | 27 | 00.00% |
| | Changing Meaning of Age | SOCI8102 - Life Course Sociology (Spring 2009) Burgess | 1/1/2005 - 4/16/2009 | 36 | 00.00% |
| | Changing Negative Racial Stereotypes | COMM6030 - Research Methods in Communcation (Fall 2006) Atkinson, Darsey | 1/1/2005 - 4/16/2009 | 39 | 00.00% |
| | Changing Practices of Human Geography | GEOG8001 - Honors Economic Geography (Spring 2006) Walcott | 1/1/2005 - 4/16/2009 | 13 | 00.00% |
| | Changing racial labels: from "Colored" to "Negro" to "Black" to "African American" | HON3260 - The Politics of Identity (Spring 2006) Birthwright | 1/1/2005 - 4/16/2009 | 21 | 00.00% |
| | Changing shape of Latin American architecture : conversations with ten leading architects [call #: NA702 .B3813] | AH4670 - Art in Latin America II (Spring 2005) Deffebach | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Changing the System Ch. 2 & 7 [Dluhy, M. Beverly Hills : Sage Publications,1981] | PSYC8200 - Introduction to Community Psychology (Fall 2008) Cook | 1/1/2005 - 4/16/2009 | 64 | 00.01% |
| | Changing, Enduring, Forever Still the South | POLS4120 - Political Science (Summer 2006) Binford | 1/1/2005 - 4/16/2009 | 24 | 00.00% |
| | Chanler, Theodore-O Mistress Mine [Paul Sperry, tenor] from the CD "Paul Sperry sings romantic American songs" Albany, N.Y. : Albany Records, 1990. | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 14 | 00.00% |
| | Chanler, Theodore-The Children- from the CD "But Yesterday is not Today" New World Records, 1996. | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 12 | 00.00% |
| | Chanler, Theodore-These, my Ophelia- from the CD "But Yesterday is not Today" New World Records, 1996. | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 14 | 00.00% |
| | Chanson and Madrigal pp.1-36. | MUS8850 - PRE-CLASS & CLASS PERIOD (Spring 2008) Orr | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Chanson and Madrigal: 1-36 | MUS8830 - Renaissance Music 1450-1600 (Fall 2008) Orr | 1/1/2005 - 4/16/2009 | 69 | 00.01% |
| | Chanson des cueilleuses de lentisques | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 13 | 00.00% |
| | Chanson d'Orkenise | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 21 | 00.00% |

EXHIBIT 103 - 9

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Chapter 22: The Betrayal of the American Man. By Susan Faludi | SOCI1160 - Introduction to Social Problems (Spring 2009) Jungels | 1/1/2005 - 4/16/2009 | 52 | 00.00% |
| | Chapter 23 Cardiovascular Path | BIOL4930 - Pathophysiology (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 66 | 00.01% |
| | Chapter 23: Sexual Violence against Women and Girls. By Michael Penn and Rahel Nardos | SOCI1160 - Introduction to Social Problems (Spring 2009) Jungels | 1/1/2005 - 4/16/2009 | 37 | 00.00% |
| | Chapter 23: vascular path | BIOL4930 - Pathophysiology (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 91 | 00.01% |
| | Chapter 23:Cardiovascular Path | BIOL4930 - Pathophysiology (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 29 | 00.00% |
| | Chapter 24: Pediatric cardiac path | BIOL4930 - Pathophysiology (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 70 | 00.01% |
| | Chapter 24: Pediatric CV path | BIOL4930 - Pathophysiology (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 65 | 00.01% |
| | Chapter 25 - I Am This Child's Mother: A Feminist Perspective on Mothering with Disability (339-348) | SOCI3101 - Families and Society (Spring 2007) Davis-Sowers | 1/1/2005 - 4/16/2009 | 230 | 00.02% |
| | Chapter 25. â€œRethinking Observation: From Method to Contextâ€ (by Michael V. Angrosino and Kimberly A. Mays de Perez). In Norman K. Denzin and Yvonna S. Lincoln (eds.). 2000. Handbook of Qualitative Research (Second Edition). | SOCI8342 - Qualitative Methods in Sociology (Fall 2008) LaRossa | 1/1/2005 - 4/16/2009 | 73 | 00.01% |
| | Chapter 26 and 27: Pulmonary Path | BIOL4930 - Pathophysiology (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 68 | 00.01% |
| | Chapter 26. Homosexuality and American Citizenship. By Michael Bronski | SOCI1160 - Introduction to Social Problems (Spring 2009) Jungels | 1/1/2005 - 4/16/2009 | 124 | 00.01% |
| | Chapter 26: Pulmonary Path | BIOL4930 - Pathophysiology (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 84 | 00.01% |
| | Chapter 26: Respiratory Path | BIOL4930 - Pathophysiology (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 53 | 00.00% |
| | Chapter 27 - Fathers and Sons: Men's Experience and the Reproduction of Fatherhood (363-376) | SOCI3101 - Families and Society (Spring 2007) Davis-Sowers | 1/1/2005 - 4/16/2009 | 112 | 00.01% |

EXHIBIT 103 - 10

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Charter Schools and Race: A Lost Opportunity for Integrated Education | EPSF2010 - Introduction to Educational Issues (Spring 2006) Mitchell | 1/1/2005 - 4/16/2009 | 43 | 00.00% |
| | Chartier, Roger. The Cultural Origins of the French Revolution. Chapter 6 | HIST3520 - Early Modern Europe, 1500-1789 (Spring 2009) Selwood | 1/1/2005 - 4/16/2009 | 271 | 00.02% |
| | Charting a Different Course | IB8180 - Comparative Business Systems (Spring 2009) Danis | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Charts from America Cinemas Transitional Era | FILM4170 - American Film History I (Summer 2007) Harris | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Chase, Cheryl. "Cultural Practice" or Reconstructive Surgery"? U.S. Genital Cutting, the Intersex Movement, and Medical Double Standards. From Genital Cutting and Transnational Sisterhood, edited by Stanlie James and Claire Robertson | WST2010 - Introduction to Women's Studies (Spring 2009) Jarmakani | 1/1/2005 - 4/16/2009 | 102 | 00.01% |
| | Chase, John. A Curmudgeon's Guide to the Wide World of Trash. In Everyday Urbanism, edited by Chase, Crawford, and Kaliski | HIST4215 - American Buildings (Fall 2008) Lasner | 1/1/2005 - 4/16/2009 | 9 | 00.00% |
| | Chase, John. Glitter Stucco & Dumpster Diving. "The Stucco Box with John Beach" | HIST8635 - U.S. Cities (Spring 2008) Lasner | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Chase, John. Glitter Stucco & Dumpster Diving: Reflections on Building Production in the Vernacular City. (pp. 3-38) | HIST4215 - American Buildings (Fall 2008) Lasner | 1/1/2005 - 4/16/2009 | 41 | 00.00% |
| | Chase, John. The Role of Consumerism in American Architecture | HIST4215 - American Buildings (Fall 2008) Lasner | 1/1/2005 - 4/16/2009 | 17 | 00.00% |
| | Chase, S. (2005). Narrative inquiry: Multiple lenses, approaches, voices. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (p. 651-679). | EPS9280 - Interpretive Inquiry in Education (Fall 2006) Kaufmann | 1/1/2005 - 4/16/2009 | 57 | 00.01% |

EXHIBIT 103 - 11

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Chase, S. (2005). Narrative inquiry: Multiple lenses, approaches, voices. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (p. 651-679). | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 227 | 00.02% |
| | Chase, S. (2005). Narrative inquiry: Multiple lenses, approaches, voices. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (p. 651-679). | EPS8500 - Qualitative/Intrepretive Research in Education I (Summer 2008) Fournillier | 1/1/2005 - 4/16/2009 | 45 | 00.00% |
| | Chase, Susan. Narrative inquiry. Sage Handbook of Qualitative Research (2005). Norman denzin and Yvonna Lincoln (eds). Thousand Oaks, CA: Sage. | EPRS8500 - Qualitative/Interpretative research in Education I (Spring 2009) Esposito | 1/1/2005 - 4/16/2009 | 216 | 00.02% |
| | Chastain, Kenneth. Examining the Role of Grammar Explanation, Drills, and Exercises in the Development of Communication Skills | SPA8103 - Problems in Teaching Spanish Grammar (Summer 2008) Schlig | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Chatterji, Madhabi. Evidence on "What Works": An Argument for Extended-Term Mixed-Method (ETMM) Evaluation Designs | EDCI9900 - Critique of Educational Research (Fall 2008) Junor-Clarke | 1/1/2005 - 4/16/2009 | 10 | 00.00% |
| | Chaucer glossary (Call #: PR1941 .C52)perm. | ENGL8270 - English 8270 (Spring 2009) Lightsey | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Chaucerian polity : absolutist lineages and associational forms in England and Italy [call #: PR1933.P64 W35 1997] | ENGL8270 - English 8270 (Spring 2009) Lightsey | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Chaucerian polity: absolutist lineages and associational forms in England and Italy [electronic book--Click on link in GIL record to view the book.] | ENGL8270 - English 8270 (Spring 2009) Lightsey | 1/1/2005 - 4/16/2009 | 7 | 00.00% |
| | Chaudhry, Kiren. The Price of Wealth: Business and State in Labor Remittance and Oil Economies | HIST4790 - The Middle East since 1800 (Spring 2008) Blumi | 1/1/2005 - 4/16/2009 | 57 | 00.01% |

EXHIBIT 103 - 12

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Christopher Commision, 1992 "Report of the Independent commisssion on the Los Angeles Police Department." http://www.parc.info/reports/index.html and "Five Years Later: A Report to the Los Angeles Police commi8ssion on the Los angeles Police Department's | CRJU3110 - American Police System (Spring 2006) Arcangeli | 1/1/2005 - 4/16/2009 | 12 | 00.00% |
| | Christopher Cramer, "Try Again, Fail Again, Fail Better? War, the State, and the 'Post-Conflict' Challenge in Afghanistan" | POLS4215 - The Politics of Peace (Fall 2008) Manning | 1/1/2005 - 4/16/2009 | 52 | 00.00% |
| | Christopher Hill. The World Turned upside Down. "Levellers and True Levellers" | HIST3000 - Intro to Historical Studies (Spring 2009) Selwood | 1/1/2005 - 4/16/2009 | 49 | 00.00% |
| | Christopher Hill. The World Turned Upside Down. Ch. 7 | HIST3000 - Intro to Historical Studies (Spring 2009) Selwood | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Christopher R. Browning, "One Day in Jozefow: Initiation to Mass Murder," in Nazism and German Society 1933-1945, ed. David Crew (Routledge, 1994). ISBN: 0415082404 | HIST4580 - Modern Germany (Spring 2008) Perry | 1/1/2005 - 4/16/2009 | 93 | 00.01% |
| | Christopher Rudolph, Constructing an Atrocities Regime: The Politics of War Crimes Tribunals, IO 55/3 (Summer 2001), 655-91 | POLS8471 - Military Conflict and International Security (Fall 2007) Duffield | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Christopher Simpson, "Defining Psychological War" and "World War and Early Modern Communication Research." Science of Coercion: Communication Research and Psychological Warfare, 1945-1960 (New York: Oxford University Press, 1994) 3-30 | COMM8100 - Theories of the public (Fall 2006) Darsey | 1/1/2005 - 4/16/2009 | 72 | 00.01% |
| | Christopher, Martin and Denis Towill. Developing Market Specific Supply Chain Strategies | MK8410 - Logistics Management (Spring 2009) Dadzie | 1/1/2005 - 4/16/2009 | 15 | 00.00% |
| | Chronic Accessibility and Individual Cognitions | COMM8120 - Audiences and Identities (Fall 2007) Bernstein | 1/1/2005 - 4/16/2009 | 12 | 00.00% |

EXHIBIT 103 - 13

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Cox, Gary W. and Jonathan N. Katz. Elbridge Gerry's Salamander. Chapter 8: The Growth of the incumbency Advantage and Chapter 9: Candidate Entry Decisions and the Incumbency Advantage | POLS8170 - Political Science (Spring 2008) Lazarus | 1/1/2005 - 4/16/2009 | 10 | 00.00% |
| | Cox, Gary W. and Mathew D. McCubbins. Legislative Leviathan. Chapter 5: A Theory of Legislative Parties | POLS8170 - Political Science (Spring 2008) Lazarus | 1/1/2005 - 4/16/2009 | 39 | 00.00% |
| | Cox, Gary W. and Mathew D. McCubbins. Legislative Leviathan. Chapter 7: Party Loyalty and Committee Assignments. | POLS8170 - Political Science (Spring 2008) Lazarus | 1/1/2005 - 4/16/2009 | 19 | 00.00% |
| | Cox, Gary W. and Mathew D. McCubbins. Legislative Leviathan. Chapter 8: Contingents and Parties | POLS8170 - Political Science (Spring 2008) Lazarus | 1/1/2005 - 4/16/2009 | 46 | 00.00% |
| | Cox, Gary. On the Effects of Legislative Rules. | POLS8170 - Political Science (Spring 2008) Lazarus | 1/1/2005 - 4/16/2009 | 9 | 00.00% |
| | Cox, Robert. Environmental Communication and the Public Sphere. Selections | COMM6160 - Special Project (Spring 2009) Freeman | 1/1/2005 - 4/16/2009 | 37 | 00.00% |
| | Cox, Securities Regulation (Casebook)4rth ed (Aspen) | LAW7460 - Securities Regulation (Fall 2005) Dixon | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Cox, Securities Regulation : Cases and Materials KF1438 .C69 2006 | LAW7460 - Securities Regulation (Summer 2007) Gregory | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Cox, Securities Regulation: Cases & Materials 5th ed KF1438 .C69 2006 | LAW7460 - Securities Regulation (Fall 2006) Dixon | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Cox, Securities Regulation: Cases & Materials 5th ed (Aspen) KF1438 .C69 2006 | LAW7460 - Securities Regulation (Spring 2007) Gregory | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Cox, Securities Regulation: Cases & Materials 5th ed. (Aspen) KF1438 .C69 2006 | LAW7460 - Securities Regulation (Fall 2007) Dixon | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Cox, Securities Regulation:Cases & Materials 4th ed (Aspen) | LAW7460 - Securities Regulation (Spring 2005) Gregory | 1/1/2005 - 4/16/2009 | 1 | 00.00% |

EXHIBIT 103 - 14

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Demographer's Page: The Top Ten | SOCI3020 - Social Research Methods (Spring 2005) Ainsworth-Darnell | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Demographic Influences on Neuropsychological Test Performace | PSYC9140 - Neuropsychological assessment (Spring 2009) Robins | 1/1/2005 - 4/16/2009 | 20 | 00.00% |
| | Demographic psychosocial behavioral differences in samples of actively and passively consented adolescents | PSYC8014 - Community/Applied Social Psychology (Spring 2007) Cook | 1/1/2005 - 4/16/2009 | 27 | 00.00% |
| | Del,mokratia : a conversation on democracies, ancient and modern [Call Number: JC75.D36 D47 1996] | POLS6520 - Theories on Democracy (Fall 2008) Feit | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Demonstrating the Effects of Unmodeled Random Measurement Error | MK9200 - Seminar in Marketing (Fall 2008) Bello, Ellen, Johnston, Rigdon | 1/1/2005 - 4/16/2009 | 88 | 00.01% |
| | Demos, John. In Search of Reasons for Historians to Read Novels... | HIST3000 - Introduction to Historical Studies (Spring 2009) Poley | 1/1/2005 - 4/16/2009 | 35 | 00.00% |
| | Dening, Greg. Islands and Beaches. Ch. 2 | HIST4235 - Histories of the Pacific (Fall 2007) Skwiot | 1/1/2005 - 4/16/2009 | 67 | 00.01% |
| | Dennett, Daniel. Quining Qualia. In Readings in Philosophy and Cognitive Science, edited by Alvin Goldman | PHIL2010 - Great Questions in Philosophy (Spring 2009) Bedard | 1/1/2005 - 4/16/2009 | 112 | 00.01% |
| | Dennis Altman, â€œThe Globalization of Sexual Identities,â€ in Global Sex. Chicago and London: University of Chicago Press, 2001. | WST3030 - Introduction to LGBT Studies (Fall 2008) Talburt | 1/1/2005 - 4/16/2009 | 19 | 00.00% |
| | Dennon, Donald, ed., et al. The Cambridge History of the Pacific Islanders. Ch. 8 | HIST4235 - Histories of the Pacific (Fall 2007) Skwiot | 1/1/2005 - 4/16/2009 | 106 | 00.01% |
| | Dentinogenesis Imperfecta | BIOL4685 - Functional Histology (Fall 2008) Eilertson | 1/1/2005 - 4/16/2009 | 12 | 00.00% |
| | Denver II Training Video (Call #: MC-0268) perm. | NURS.perm. - Nursing Department Video Reserve List (Perm 2008) Staff | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Denzin and Lincoln. Handbook of Qualitative Research. "Data Management and Analysis Methods" | AL8961 - Qualitative Research (Spring 2007) Belcher | 1/1/2005 - 4/16/2009 | 10 | 00.00% |
| | Denzin and Lincoln. Handbook of Qualitative Research. "Grounded Theory: Objectivist and Constructivist Methods" | AL8961 - Qualitative Research (Spring 2007) Belcher | 1/1/2005 - 4/16/2009 | 18 | 00.00% |

EXHIBIT 103 - 15

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Denzin, N. (2007). The Secret Downing Street Memo, the One Percent Doctrine, and the Politics of Truth: A Performance Text. Symbolic Interaction, 30(4) pp. 447-461 | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 34 | 00.00% |
| | Denzin, N. and Lincoln, Y. (2005). Introduction: The discipline and practice of qualitative research. In N. Denzin and Y. Lincoln (Eds.), The Sage Handbook of qualitative research, 3rd edition. Thousand Oaks: Sage Publications. (pp. 1-32). | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 265 | 00.02% |
| | Denzin, N. and Lincoln, Y. (2005). Introduction: The discipline and practice of qualitative research. In N. Denzin and Y. Lincoln (Eds.), The Sage Handbook of qualitative research, 3rd edition. Thousand Oaks: Sage Publications. (pp. 1-32). | EPS8500 - Qualitative/Intrepretive Research in Education I (Summer 2008) Fournillier | 1/1/2005 - 4/16/2009 | 29 | 00.00% |
| | Denzin, N.(2004). The art and politics of interpretation. . In Sharlene Nagy Hesse-Biber and Patricia Leavy (Eds.). Approaches to qualitative research: A reader on theory and practice. (pp. 447-472 ) New York: Oxford University Press. | EPS9280 - Interpretive Inquiry in Education (Fall 2006) Kaufmann | 1/1/2005 - 4/16/2009 | 22 | 00.00% |
| | Denzin, N.K. & Lincoln, Y.S. (2000). Handbook of qualitative research. 2nd edition. "For Whom? Qualitative Research, Representations, and Social Responsibilities". Thousand Oaks, CA: Sage. | EPS8280 - Anthropology in Education (Summer 2007) Esposito | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Denzin, N.K. & Lincoln, Y.S. (2000). Handbook of qualitative research. 2nd edition. "Influencing the Policy Process with Qualitative Research". Thousand Oaks, CA: Sage. | EPS8280 - Anthropology in Education (Summer 2007) Esposito | 1/1/2005 - 4/16/2009 | 1 | 00.00% |

EXHIBIT 103 - 16

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Denzin, N.K. & Lincoln, Y.S. (2000). Handbook of qualitative research. 2nd edition. "For Whom? Qualitative Research, Representations, and Social Responsibilities". Thousand Oaks, CA: Sage. | EPS8640 - Case Study Methods (Summer 2008) Esposito | 1/1/2005 - 4/16/2009 | 39 | 00.00% |
| | Denzin, N.K. & Lincoln, Y.S. (2000). Handbook of qualitative research. 2nd edition. "Influencing the Policy Process with Qualitative Research". Thousand Oaks, CA: Sage. | EPS8640 - Case Study Methods (Summer 2008) Esposito | 1/1/2005 - 4/16/2009 | 177 | 00.02% |
| | Denzin, N.K. & Lincoln, Y.S. (2000). Handbook of qualitative research. 2nd edition. "Working the Hyphens". Thousand Oaks, CA: Sage. | EPS8280 - Anthropology in Education (Summer 2007) Esposito | 1/1/2005 - 4/16/2009 | 139 | 00.01% |
| | Denzin, Norman and Yvonna Lincoln. (Eds.) Handbook of Qualitative Research. Selections | COMM8410 - Qualitative Methods (Fall 2008) Meyers | 1/1/2005 - 4/16/2009 | 29 | 00.00% |
| | Denzin, Norman and Yvonna Lincoln. Handbook of Qualitative Research. (pp.695-728) | COMM8690 - Media and Cultural Studies (Spring 2008) Meyers | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Denzin, Norman. The Art and Politics of Interpretation. In Hesse-Biber, Sharlene and Patricia Leavy. Approaches to Qualitative Research. | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 126 | 00.01% |
| | Denzin, Norman. The Practices and Politics of Interpretation, in Handbook of Qualitative Research, 2nd edition edited by Norman Denzin and Yvonna Lincoln (2000) Thousand Oaks, CA: Sage publications | EPRS8510 - Qualitative Research in Education II (Spring 2007) Esposito | 1/1/2005 - 4/16/2009 | 23 | 00.00% |
| | DePalma, Anthony. Who Has the Work? he Who Finds the Busboys | PSYC9960C - Practicum Community (Summer 2005) Emshoff | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Depauw, K. P., & Gavron, S. J. (2005). Competition and Sport Opportunities for Athletes with | | | | |

EXHIBIT 103 - 17

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Ellis, C. and Bochner, A. (2000). Autoethnography, Personal Narrative, Reflexivity: Researcher as Subject. In Denzin, N. & Lincoln, Y. (Eds.). Handbook of qualitative research (2nd ed.) (pp 733-768). Thousand Oaks: Sage. | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 281 | 00.03% |
| | Ellis, C. and Bochner, A. (2000). Autoethnography, Personal Narrative, Reflexivity: Researcher as Subject. In Denzin, N. & Lincoln, Y. (Eds.). Handbook of qualitative research (2nd ed.) (pp 733-768). Thousand Oaks: Sage. | EPS8500 - Qualitative/Intrepretive Research in Education I (Summer 2008) Fournillier | 1/1/2005 - 4/16/2009 | 51 | 00.00% |
| | Ellis, Carolyn. Emotional and Ethical Quagmires in Returning to the Field | EPRS8500 - Qualitative/Interpretative research in Education I (Spring 2009) Esposito | 1/1/2005 - 4/16/2009 | 146 | 00.01% |
| | Ellis, Carolyn. Telling secrets, revealing lives | EPRS8520 - Qualitative Research in Education III (Fall 2007) Esposito | 1/1/2005 - 4/16/2009 | 13 | 00.00% |
| | Ellis, Caron. "With Eyes Uplifted: Space Aliens as Sky Gods". From Screening the Sacred, edited by Joel Martin and Conrad Ostwalt, Jr. | RELS3950 - Religion, Morality and Film (Spring 2009) Ruprecht | 1/1/2005 - 4/16/2009 | 17 | 00.00% |
| | Ellis, H.C., Ottaway, S.A., Varner, L., Becker, A.S., & Moore, B.: Emotion, Motivation, and Text Comprehension: The Detection of Contradictions in Passages | EPY8080 - Memory and Cognition (Spring 2009) Zabrucky | 1/1/2005 - 4/16/2009 | 26 | 00.00% |
| | Ellis, Joseph. Founding Brothers. Chapter 2 | PSYC9960C - Practicum Community (Summer 2005) Emshoff | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Ellis, Nick. Frequency Effects in Language Processing | AL9300 - Current Issues in Adult Second Language Acquisition (Fall 2006) Jiang | 1/1/2005 - 4/16/2009 | 34 | 00.00% |
| | Ellis, R. (1990). Activities and procedures for teacher preparation. In J. C. Richards & D. Nunan (eds.) Second language teacher education. pp. 26-29: Cambridge. | AL8990 - Current Issues in the Preparation of Second Language Teachers (Fall 2008) Murphy | 1/1/2005 - 4/16/2009 | 20 | 00.00% |
| | Ellis, R. (1994). The study of second language acquisition (Chapter 11 Individual Learner Differences). | AL8250 - Second Language Acquisition (Spring 2008) Jiang | 1/1/2005 - 4/16/2009 | 28 | 00.00% |

EXHIBIT 103 - 18

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Ethan Scheiner, Democracy Without Competition, Ch. 2, pp. 31-63. | POLS4256 - Political Economy of Japan (Fall 2008) Reimann | 1/1/2005 - 4/16/2009 | 10 | 00.00% |
| | Ethan Scheiner, Democracy Without Competition, Ch. 2, pp. 31-63. | POLS4255 - POLITICAL ECONOMY OF EAST ASIA (Fall 2007) Reimann | 1/1/2005 - 4/16/2009 | 7 | 00.00% |
| | Ethical considerations in treatment of older adults [Zarit, Steven & Bob Knight. A Guide to Psychotherapy and Aging: Effective Clinical Interventions in a Life State Context. American Psychological Association, 1996] | PSYC4610 - PSYCHOLOGY OF AGING (Spring 2005) Musil | 1/1/2005 - 4/16/2009 | 14 | 00.00% |
| | Ethical Decision Making with Individuals of Diverse Ethnic, Cultural, and Linguisitc Backgrounds | PSYC8010 - Research Methods in Psychology (Fall 2006) King | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Ethical issues in Interpreting and Explaining Neuropsychological Assessment Results | PSYC8010 - Research Methods in Psychology (Fall 2006) King | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Ethical issues in professional life (Call #: BJ1725 .E73 1988) | PHIL3730 - Business Ethics (Spring 2008) Dwyer | 1/1/2005 - 4/16/2009 | 98 | 00.01% |
| | Ethical Issues in Professional Life (pp. 6-39) | PHIL3730 - Business Ethics (Spring 2008) Dwyer | 1/1/2005 - 4/16/2009 | 456 | 00.04% |
| | Ethical Issues in Professional Life edited by Joan Callahan. Selections | PHIL3730 - Business Ethics (Spring 2008) Dwyer | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Ethical Issues in Real Estate Transactions | LAW7437 - Advanced Real Estate Transactions (Spring 2009) Minkin | 1/1/2005 - 4/16/2009 | 11 | 00.00% |
| | Ethical Issues in Six Religious Traditions. Edited by Peggy Morgan and Clive Lawton. Selections | PERS2001 - Perspectives on Comparative Culture (Fall 2007) Rovie | 1/1/2005 - 4/16/2009 | 6 | 00.00% |
| | Ethical issues in test Construction, Selection, and Security | PSYC8010 - Research Methods in Psychology (Fall 2006) King | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | ETHICAL PROBLEMS IN THE PRACTICE OF LAW KF306.A4 L47 2005 | LAW6020 - PROFESSIONAL RESPONSIBILITY (Spring 2008) Saito | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Ethics and Foreign Intervention. "Respectable oppressors, hypocritical liberators: morality, intervention, and reality" | PHIL8810 - Seminar in Social & Political Philosophy (Fall 2005) Altman | 1/1/2005 - 4/16/2009 | 10 | 00.00% |

EXHIBIT 103 - 19

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Feminism without borders : decolonizing theory, practicing solidarity (Call #: HQ1870.9 .M64 2003) | WST8002 - Globalization and Gender (Fall 2008) Jarmakani | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Feminism, Film Theory, and the Bachelor Machines | FILM4750 - Film Theory and Criticism (Summer 2007) Harris | 1/1/2005 - 4/16/2009 | 32 | 00.00% |
| | Feminisms | WST2010 - Introduction to Women's Studies (Summer 2005) Griffith | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Feminist Activism: Historical Context | WST8001 - History and Theory of European and U.S. Feminisms (Fall 2007) Phillips | 1/1/2005 - 4/16/2009 | 78 | 00.01% |
| | Feminist Frontiers (Call #: PC-Sinnott-01) | WST2010 - Introduction to Women's Studies (Fall 2008) Sinnott | 1/1/2005 - 4/16/2009 | 25 | 00.00% |
| | Feminist Jurisprudence | POLS4220 - Comparative Legal Systems & Politics (Spring 2005) Carey | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Feminist Media Studies: Ch. 2 [Zoonen, Liesbet van. Feminist Media Studies. London : Sage Publications, 1994] | JOU4780 - Women and Media (Spring 2009) Meyers | 1/1/2005 - 4/16/2009 | 221 | 00.02% |
| | Feminist Media Studies: Ch. 3 [Zoonen, Liesbet van. Feminist Media Studies. London : Sage Publications, 1994] | JOU4780 - Women and Media (Spring 2009) Meyers | 1/1/2005 - 4/16/2009 | 87 | 00.01% |
| | Feminist Media Studies: Ch. 4 [Zoonen, Liesbet van. Feminist Media Studies. London : Sage Publications, 1994] | JOU4780 - Women and Media (Spring 2009) Meyers | 1/1/2005 - 4/16/2009 | 46 | 00.00% |
| | Feminist Media Studies: Introduction [Zoonen, Liesbet van. Feminist Media Studies. London : Sage Publications, 1994] | JOU4780 - Women and Media (Spring 2009) Meyers | 1/1/2005 - 4/16/2009 | 153 | 00.01% |
| | Feminist Performance Art: Performing, Discovering, Transforming Ourselves [from Broude, Norma and Mary Gerrard (eds.) The Power of Feminist Art. pp. 158-172, 302] | AH4750 - Women Artists (Fall 2008) Gindhart | 1/1/2005 - 4/16/2009 | 20 | 00.00% |
| | Feminist Perspectives in Therapy -- Chapter 5: A Feminist Approach to Assessment (pp. 116-141) | CPS7450 - Educational and Psychological Appraisal (Spring 2007) Cadenhead, Chang, Dean | 1/1/2005 - 4/16/2009 | 60 | 00.01% |

EXHIBIT 103 - 20

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Focus Groups (pp41-77) [Krueger, Richard Focus Groups. Thousand Oaks; London; New Delhi: Sage Publications, 1994] | AAS4980 - Seminar and Practicum in African American Studies. (Spring 2007) Dixon | 1/1/2005 - 4/16/2009 | 40 | 00.00% |
| | Focus on Pronunciation Principles and Practice for Effective Communication (Call #: PC-Murphy-15) | AL8320 - Sound System of English (Spring 2009) Grant, Murphy | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Focus on the Langauge Classroom Ch 10 [ Allwright and Bailey. Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] | AL8900 - Practicum (Spring 2009) Belcher, Larsson, Moran, Murphy, Snell, Stowe | 1/1/2005 - 4/16/2009 | 185 | 00.02% |
| | Focus on the Langauge Classroom Ch 9 [ Allwright and Bailey. Focus on the Language Classroom. Cambridge: Cambridge University Press, 1991] | AL8900 - Practicum (Spring 2009) Belcher, Larsson, Moran, Murphy, Snell, Stowe | 1/1/2005 - 4/16/2009 | 112 | 00.01% |
| | Focus on what can law schools do better. KF272 .F63 2007 | LAW7599 - The Future Of Legal Education (Fall 2007) Cunningham | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Fog of war (Call #: DVD E840.4.M46 F64 2004) | FILM4240 - Documentary Film (Spring 2009) Barker | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Folayemi, Babatunde. Case Story #1: Building the Grassroots Coalition | PSYC8220 - Community Intervention for Social Change (Fall 2008) Peterson | 1/1/2005 - 4/16/2009 | 9 | 00.00% |
| | Foley, M. (2000). Servicing People with Disabilities. Club Industry | KHE3360 - Disability Sport and Physical Activity (Fall 2007) Shapiro | 1/1/2005 - 4/16/2009 | 29 | 00.00% |
| | Folk art and art worlds : essays drawn from the Washington Meeting on Folk Art (Call #: NK805 .W35 1983) | FOLK4020 - Folk (Fall 2008) Burrison | 1/1/2005 - 4/16/2009 | 7 | 00.00% |
| | Folk music and dances of Ireland [call #: ML3654 .B74 1986] | FOLK4110 - Irish Folk Culture (Spring 2009) Burrison | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Folk visions & voices : traditional music and song in north Georgia (Call #: M1629.7.G4 F64 1983) | FOLK3275 - Folk (Spring 2006) Burrison | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Folklore : a study and research guide [Call #. Z5981 .B78] | FOLK3100 - Folklore and Literature (Fall 2008) Burrison | 1/1/2005 - 4/16/2009 | 7 | 00.00% |

EXHIBIT 103 - 21

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Folsom, International business transactions 7th ed (West) | LAW7275 - International Business Transactions (Spring 2005) Marvin | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Folsom, International Business Transactions 9th ed. (West) KF1976.A4 F65 2006 | LAW7275 - International Business Transactions (Spring 2007) Poole | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Folsom, International Business Transactions 9th ed. (West) KF1976.A4 F65 2006 | LAW7275 - International Business Transactions (Spring 2009) Poole | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Folsom, International Business Transactions: A Problem Oriented Coursebook 8th ed (West) | LAW7275 - International Business Transactions (Fall 2005) Poole | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Foner and Genovese (Eds). Slavery in the New World. Davis, David Brion. A Comparison of British America and Latin America | AAS4620 - Enslavement in the Americas (Fall 2005) Umoja | 1/1/2005 - 4/16/2009 | 21 | 00.00% |
| | Foner and Genovese (Eds). Slavery in the New World. Genovese, Eugene. The Treatment of Slaves in Different Countries | AAS4620 - Enslavement in the Americas (Fall 2005) Umoja | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Fong, Timothy. The First Suburban Chinatown. Ch. 1 | HIST8635 - U.S. Cities (Spring 2008) Lasner | 1/1/2005 - 4/16/2009 | 13 | 00.00% |
| | Fontaine, R.G., & Dodge, K.A., (2006). Real-time decision making and aggressive behavior in youth: A heuristic model of response evaluation and decision (RED). Aggressive Behavior, 32, 604-624. | EPY8220 - Social and Personality Development (Spring 2009) Garfin, Kruger, Samuelson | 1/1/2005 - 4/16/2009 | 93 | 00.01% |
| | Fontana & Frey (2000) ch. 24: The Interview [from Denzin/Lincoln. Handbook of Qualitative Research] | AL8961 - Qualitative Research (Spring 2007) Belcher | 1/1/2005 - 4/16/2009 | 20 | 00.00% |
| | Fontcuberta, Joan. Photography and Fiction. Pedro Meyer: Truths, Fictions, and Reasonable Doubts. New York: Aperture, 1995. | AH6670 - Art in Latin America II (Spring 2006) Bazzano-Nelson | 1/1/2005 - 4/16/2009 | 6 | 00.00% |
| | Food for the Future (Call #. PC-Poole-05) | BIOL1103K - Biology (Perm 2009) Poole | 1/1/2005 - 4/16/2009 | 5 | 00.00% |
| | Food for Thought - And Talk by Signet | ECE7400 - Curriculum in ECE Classroom II (Spring 2009) Hart | 1/1/2005 - 4/16/2009 | 1 | 00.00% |

EXHIBIT 103 - 22

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Foundations of Parasitology [Call Number: PC-Said-01] | BIOL4460 - Parasitology (Spring 2009) Said | 1/1/2005 - 4/16/2009 | 20 | 00.00% |
| | Fountainhead (Call #: Videotape PN1997.F68 1990 c.2) | COMM6020 - Advanced Film Theory (Spring 2008) Restivo | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Four | MUS4620Test1 - Vocal Lit Test 1 (Spring 2007) Hartgrove | 1/1/2005 - 4/16/2009 | 53 | 00.00% |
| | Four articles from MSNBC | SW7200 - Human Development through the Life Course (Fall 2008) Ivery | 1/1/2005 - 4/16/2009 | 45 | 00.00% |
| | Four Fundamental Tendencies of Documentary from Theorizing Documentary | FILM4240 - Film (Summer 2007) Beverly, Cohen, Harris, Miller, Noonan, Richardson | 1/1/2005 - 4/16/2009 | 20 | 00.00% |
| | Fourteen | MUS4620Test1 - Vocal Lit Test 1 (Spring 2007) Hartgrove | 1/1/2005 - 4/16/2009 | 35 | 00.00% |
| | Fourth Generation Evaluation Ch. 2 [ Guba and Lincoln. Fourth Generation Evaluation.Newbury Park, Calif. : Sage Publications 1989] | PSYC8230 - Program Evaluation in Community Psychology (Fall 2008) Kuperminc | 1/1/2005 - 4/16/2009 | 5 | 00.00% |
| | Fox, G. (1998). Using corpus data in the classroom. In B. Tomlinson (Ed.), Materials development in language teaching (pp. 25-43). Cambridge: Cambridge University Press. | AL8660 - Materials Design, Development and Publication (Fall 2007) Bunting | 1/1/2005 - 4/16/2009 | 46 | 00.00% |
| | Fox, Understanding Administrative Law 4rth ed (Bender) | LAW7010 - Administrative Law (Fall 2005) Edmundson | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Fox, Understanding administrative law 4th ed 2000(Bender) | LAW7010 - Administrative (Spring 2005) Marvin | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Fox, Understanding Administrative Law 4th ed. (Lexis) | LAW7010 - Administrative Law (Spring 2006) Marvin | 1/1/2005 - 4/16/2009 | 9 | 00.00% |
| | Fox, Understanding Administrative Law 4th ed. (Lexis/Nexis) OPTIONAL KF5402 .F69 2000 | LAW7010 - Administrative Law (Fall 2007) Edmundson | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Fox, Understanding Administrative Law 4th ed. 2000 KF5402 .F69 2000 | LAW7010 - Administrative Law (Fall 2006) Edmundson | 1/1/2005 - 4/16/2009 | 1 | 00.00% |

EXHIBIT 103 - 23

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Frede, Dorothea. "Disintegration and Restoration: Pleasure and Pain in Plato's Philebus", in The Cambridge Companion to Plato, edited by Richard Kraut | PHIL4010 - Philosophy (Spring 2009) O'Keefe | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Frederick Engels, Principles of Communism, Progress Publishers (Moscow: 1969) | SOCI8030 - Sociological Theory (Fall 2006) Meeks | 1/1/2005 - 4/16/2009 | 22 | 00.00% |
| | Frederickson and Webb. Singular Women. Mary D. Garrard, Interviewed by Kristen Frederickson and Sarah Webb | HON3750 - Artists on Screen (Spring 2007) Gindhart | 1/1/2005 - 4/16/2009 | 35 | 00.00% |
| | Fredric Jameson, "Notes on Globalization as a Philisophical Issue," in The Cultures of Globalization, eds. Jameson and Masao Miyoshi (Durham, N.C.: Duke University Press, 1999) 54-77 | COMM8100 - Theories of the public (Fall 2006) Darsey | 1/1/2005 - 4/16/2009 | 52 | 00.00% |
| | Fredrickson, George M. White Supremacy. pp. 3-53. | HIST1112 - Survey of World History since 1500 (Fall 2008) Blumi | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Free Women Entrepreneurs from the 1820s to the 1850s | AAS3120 - African Diaspora (Fall 2007) Presley | 1/1/2005 - 4/16/2009 | 59 | 00.01% |
| | Freedland, Kenneth. Data Management and Accountability in Behavioral and Biomechanical Research | PSYC8490 - Scientific and Professional Ethics in Psychology. (Fall 2008) Sevcik | 1/1/2005 - 4/16/2009 | 22 | 00.00% |
| | Freedman, Adam, & Smart. (1994) Wearing Suits to Class. | AL8992 - Seminar in Language Teaching and Teacher Development (Fall 2007) Belcher | 1/1/2005 - 4/16/2009 | 25 | 00.00% |
| | Freedman, J. (2002) Media violence and its effect on Aggression: Assessing the scientific evidence. Toronto: University of Toronto Press. | EPY8180 - Development During School Age (Summer 2008) Thompson | 1/1/2005 - 4/16/2009 | 33 | 00.00% |
| | Freedman, J. L. (2002). Media violence and its effect on Aggression: Assessing the scientific evidence. Toronto: University of Toronto Press. | EPY7080 - The Psychology of Learning and the Learner (Summer 2008) Thompson | 1/1/2005 - 4/16/2009 | 55 | 00.01% |

EXHIBIT 103 - 24