| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Handbook of Community Practice. "Community-Based Research and Methods in Community Practice | SW7300 - Methods of Community Research (Spring 2009) Ohmer | 1/1/2005 - 4/16/2009 | 47 | 00.00% |
| | Handbook of Functional Neuroimaging of Cognition | PSYC8620 - Introduction to Clinical Neuropsychology (Fall 2007) King | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Handbook of Irish folklore [call #: GR146 .O6 1970] | FOLK4110 - Irish Folk Culture (Spring 2009) Burrison | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Handbook of Methods in Cultural Anthropology Ch. 18: Methods in Applied Anthropology | ANTH4620 - Quantitative Methods in Anthropology (Spring 2007) McCombie | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Handbook of philosophical logic [Call Number: BC6 .H36 2001] | PHIL6520 - Introduction to Logic (Fall 2008) Rand | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Handbook of Political Science, Vol. 3. Chapter 1 | POLS8210 - Political Development (Fall 2005) Herb | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Handbook of Practical Program Evaluation. (pp. 549-589) | PSYC8280 - Seminar in Psychology (Spring 2008) Cook | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Handbook of qualitative research [call #: H62 .H2455 1994] | EPS9820 - Methods of Educational Inquiry (Spring 2005) Allen | 1/1/2005 - 4/16/2009 | 55 | 00.01% |
| | Handbook of Qualitative Research. (pp. 545-557) | PSYC8280 - Seminar in Psychology (Spring 2008) Cook | 1/1/2005 - 4/16/2009 | 5 | 00.00% |
| | Handbook of Survey Research. "Missing Data: A Review of the Literature" | SOCI9020 - Advanced Research Methodology (Spring 2009) Reid | 1/1/2005 - 4/16/2009 | 36 | 00.00% |
| | Handbook of urban health : populations, methods, and practice [Call Number: RA566.7 .H36 2005] | PH7300 - Urban Health (Fall 2008) Steward | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Handel and the Opera Seria (Dean: 1-25) | MUS8840 - Baroque Music (Summer 2008) Orr | 1/1/2005 - 4/16/2009 | 33 | 00.00% |
| | Handel, George Frideric. Giulio Cesare, ActII, scene 2: V'adoro pupille. [Barbara Schlick, Cleopatra. Concerto Koln, Rene Jacobs, dir. harmonia mundi, France. 1991. HMC 901385.] | MUS6150 - Review of Music History (Fall 2008) Greene | 1/1/2005 - 4/16/2009 | 42 | 00.00% |
| | Handel, George Frideric. Saul. Accomp. recitative: the Time at length is come [Norton Recorded Anthology of Western Music. W.W. Norton & Company. 2006] | MUS6150 - Review of Music History (Fall 2008) Greene | 1/1/2005 - 4/16/2009 | 25 | 00.00% |

EXHIBIT 103 - 25

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Harklau, Linda. ESL Versus Mainstream Classes: Contrasting L2 Learning Environments | AL8330 - Intercultural Communication (Spring 2009) Belcher | 1/1/2005 - 4/16/2009 | 78 | 00.01% |
| | Harlos, K.P. (2001). When organizational voice systems fail: More on the deaf-ear syndrom and frustration effects. Journal of Applied Behavioral Science, 37(3), 324-342. | CRJU7510 - Organizational and Management Theory in Criminal Justice (Fall 2005) Vaughn | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Harlow and Muyskens: Priorities for Intermediate-Level Language Instruction | SPA8710 - Special Topics in Spanish Applied Linguistics (Fall 2008) RODRIGO | 1/1/2005 - 4/16/2009 | 7 | 00.00% |
| | Harmel, Robert and Kenneth Janda. â€œAn Integrated Theory of Party Goals and Party Change.â€ Journal of Theoretical Politics. 6/3. 1994: 259-87. | POLS8228 - Comparative Party System Development (Fall 2007) Manning | 1/1/2005 - 4/16/2009 | 31 | 00.00% |
| | Harold Lasswell, "Nations and Classes: The Symbols of Identification" (1935) excerpted in Reader in Public Opinion and Mass Communication 3ed. Morris Janowitz and Paul Hirsch [eds.](Free Press, 1981) 17-28 | COMM8100 - Theories of the public (Fall 2006) Darsey | 1/1/2005 - 4/16/2009 | 30 | 00.00% |
| | Harper v. Bennett. Consent Order. Civil Action no. 04-CV-1416-MHS. | LAW3020 - Introduction to Law (Fall 2007) Pierce | 1/1/2005 - 4/16/2009 | 18 | 00.00% |
| | Harper, D. (2002, April). Talking about pictures: a case for photo elicitation. Visual Studies, 17(1), 13-26. | EPRS8510 - Qualitative Research in Education II (Spring 2009) Kaufmann | 1/1/2005 - 4/16/2009 | 142 | 00.01% |
| | Harper, Douglas. â€œReimagining Visual Methods: Galileo to Neuromancerâ€ Handbook of Qualitative Research | EPRS8510 - Qualitative Research in Education II (Spring 2009) Kaufmann | 1/1/2005 - 4/16/2009 | 210 | 00.02% |
| | Harper, Douglas. Framing Photographic Ethnography | EPRS8510 - Qualitative Research in Education II (Spring 2009) Kaufmann | 1/1/2005 - 4/16/2009 | 182 | 00.02% |
| | Harper, Douglas. Framing Photographic Ethnography: A Case Study | EPS8510 - Qualitative Research in Education II (Fall 2008) Fournillier | 1/1/2005 - 4/16/2009 | 42 | 00.00% |
| | Harper, Douglas. Reimagining Visual Methods. In Handbook of Qualitative Research, edited by by Denzin and Lincoln | EPS8510 - Qualitative Research in Education II (Fall 2008) Fournillier | 1/1/2005 - 4/16/2009 | 60 | 00.01% |

EXHIBIT 103 - 26

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Johnson-Eilola, Johndan and Amy C. Kimme Hea. After hypertext: Other ideas | ENGL8121 - Electronic Writing and Publishing (Fall 2007) Bowie | 1/1/2005 - 4/16/2009 | 24 | 00.00% |
| | Johnson-Eilolo, Johndan and Stuart Selber. Central Works in Technical Communication. Chapter 27 | ENGL8121 - Electronic Writing and Publishing (Fall 2007) Bowie | 1/1/2005 - 4/16/2009 | 14 | 00.00% |
| | Johnson-Pynn, J. S., & Nisbet, V. S. (2002). Preschoolers effectively tutor novice classmates in a block construction task. Child Study Journal, 32 (4), 241-255. | EPY8200 - Advanced Developmental Psychology: Cognitive Intellect (Spring 2008) Flexner | 1/1/2005 - 4/16/2009 | 23 | 00.00% |
| | Johnston, B. (2003). Values in teacher development. In Bill Johnston, Values in English language teaching, pp. 120-143. Lawrence Erlbaum: Mahwah, NJ. | AL8990 - Current Issues in the Preparation of Second Language Teachers (Fall 2008) Murphy | 1/1/2005 - 4/16/2009 | 26 | 00.00% |
| | Johnston, B., & Goettsch, K. (2000). In search of the knowledge base of language teaching: Explanations by experienced teachers. The Canadian Modern Language Review, 56(3), 437-468. | AL8990 - Current Issues in the Preparation of Second Language Teachers (Fall 2008) Murphy | 1/1/2005 - 4/16/2009 | 36 | 00.00% |
| | Johnston, Claire. "Women's Cinema as Counter Cinema". In Feminist Film Theory | FILM4750 - Film Theory and Criticism (Summer 2007) Harris | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Johnston, David Cay. Richest Are Leaving Even the Rich Far Behind | PSYC9960C - Practicum Community (Summer 2005) Emshoff | 1/1/2005 - 4/16/2009 | 11 | 00.00% |
| | Johnston, Susan. Making the Most of Single Switch Technology: A Primer | EXC7300 - Assistive Technology for Students with Physical and Multiple Disabilities (Spring 2008) Coleman | 1/1/2005 - 4/16/2009 | 61 | 00.01% |
| | Johsua, S. and Dupin, J. (1986) Is Systematization of Hypothetico-Deductive Reasoning Possible in a class situation? European Journal of Science Education. 8(4), 381-388. | EDSC9870 - Advanced Research Seminar in Science Education (Summer 2006) Martin-Hansen | 1/1/2005 - 4/16/2009 | 6 | 00.00% |
| | Jolly, D., & Bolitho, R. (1998). A framework for materials writing. In B. Tomlinson (Ed.), Materials development in language teaching (pp. 90-115). Cambridge: Cambridge University Press. | AL8660 - Materials Design, Development and Publication (Fall 2007) Bunting | 1/1/2005 - 4/16/2009 | 8 | 00.00% |

EXHIBIT 103 - 27

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Jones, New Brain-Machine Interface | LAW7098 - Biotechs & The Law Berry (Spring 2009) Berry | 1/1/2005 - 4/16/2009 | 13 | 00.00% |
| | Jones, S. (2005). Autoethography: Making the personal political. In . In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (pp.. 763-785) | EPS9280 - Interpretive Inquiry in Education (Fall 2006) Kaufmann | 1/1/2005 - 4/16/2009 | 20 | 00.00% |
| | Jones, Thom. Cold Snap | ENGL3150B - Introduction to Creative Writing (Spring 2008) Smith | 1/1/2005 - 4/16/2009 | 101 | 00.01% |
| | Jones. Charles. An Introduction to the Study of Public Policy | SW7600 - Social Welfare Policy (Spring 2006) Ohmer | 1/1/2005 - 4/16/2009 | 36 | 00.00% |
| | Jones-Correa, â€œReshaping the American Dream: Immigrants, Ethnic Minorities, and the Politics of the New Suburbs.â€ Chapter 9 (pp. 183-204) in The New Suburban History, edited by K. Druse & T. Sugrue (2006). | SOCI8228 - Contemporary Urban Research (Fall 2008) Jaret | 1/1/2005 - 4/16/2009 | 43 | 00.00% |
| | Jonson-Reid, Melissa and Brett Drake. Multisector Longitudinal Administrative Databases | PH7535 - Intervention/Implementation Research (Spring 2009) Lutzker | 1/1/2005 - 4/16/2009 | 5 | 00.00% |
| | Joo, Corporate Governance | LAW7164 - Seminar on Corporate Governance (Spring 2005) Knowles | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Joo, Corporate Governance Law Theory & Policy | LAW7164 - Seminar on Corporate Governance (Spring 2006) Knowles | 1/1/2005 - 4/16/2009 | 5 | 00.00% |
| | Joplin: Maple Leaf Rag | MUS4810 - Music History (Spring 2009) Orr | 1/1/2005 - 4/16/2009 | 198 | 00.02% |
| | Jordan, Lisa, et al. Collaborating for Social Change: The Black Psychologist and the Black Community | PSYC8220 - Community Intervention for Social Change (Fall 2008) Peterson | 1/1/2005 - 4/16/2009 | 10 | 00.00% |
| | Jordan, Sales KF914 .J67 1992 | LAW7451 - Commerical Law (Fall 2006) Budnitz | 1/1/2005 - 4/16/2009 | 1 | 00.00% |

EXHIBIT 103 - 28

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Kimmel, Michael. "Masculinity as Homophobia" | SOCI3390 - Race, Class, and Gender in the Media (Summer 2008) Harvey | 1/1/2005 - 4/16/2009 | 143 | 00.01% |
| | Kimmel, Michael. A War Against Boys? | WST2010 - Introduction to Women's Studies (Spring 2009) Kubala | 1/1/2005 - 4/16/2009 | 151 | 00.01% |
| | Kimmel, Michael. A War Against Boys? | PERS2001 - Perspectives on Comparative Culture (Spring 2009) Kubala | 1/1/2005 - 4/16/2009 | 519 | 00.05% |
| | Kimmel, Michael. Introduction. In The Gendered Society, edited by Michael Kimmel and Amy Aronson | SOCI3216 - Gender & Society (Fall 2008) Kahn | 1/1/2005 - 4/16/2009 | 24 | 00.00% |
| | Kimmel, Michael. Manhood in America: A Cultural History. Intro and Ch. 1 | WST2010 - Introduction to Women's Studies (Summer 2008) Gittemeier | 1/1/2005 - 4/16/2009 | 28 | 00.00% |
| | Kimmons, Judy and Dale Watts. "Wheelchair Dancing: Part 4, Putting It All Together." Palaestra 19:4 Oct. 2003: 38-40,42. | KHE7650 - Adapted Physical Education (Spring 2009) Shapiro | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Kimmons, Judy. (2003, January). Can't walk? So... go dancing! Palaestra, 19(1), 34-38. | KHE7650 - Adapted Physical Education (Spring 2009) Shapiro | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Kimmons, Judy. "Wheelchair dancing. Part 2: From the Walker's Viewpoint" Palaestra 1 Apr. 2003: 27-28,30-32. | KHE7650 - Adapted Physical Education (Spring 2009) Shapiro | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Kincheloe, J.L. & McLaren, P. (2005). Rethinking critical theory and qualiative research. In N. Denzin & Y. Lincoln (Eds.). The sage handbook of qualitative research. Thousand Oaks, CA: Sage. | EPRS8510 - Qualitative Research in Education II (Spring 2007) Esposito | 1/1/2005 - 4/16/2009 | 36 | 00.00% |
| | Kincheloe, J.L. & McLaren, P. (2005). Rethinking critical theory and qualiative research. In N. Denzin & Y. Lincoln (Eds.). The sage handbook of qualitative research. Thousand Oaks, CA: Sage. | EPRS8500 - Qualitative/Interpretative research in Education I (Spring 2009) Esposito | 1/1/2005 - 4/16/2009 | 112 | 00.01% |
| | Kinder, Donald and Shanto Iyengar. News that Matters | POLS3750 - Public Policy Analysis (Fall 2006) James-Jones | 1/1/2005 - 4/16/2009 | 27 | 00.00% |
| | Kindertotenlieder / Gustav Mahler (Call Number: M1613.M3 K5 1961) | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 1 | 00.00% |

EXHIBIT 103 - 29

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Limits of Intelligence Reform | POLS3450 - U.S. Foreign Policy (Spring 2008) Hankla | 1/1/2005 - 4/16/2009 | 103 | 00.01% |
| | Lin, Angel. Doing-English-Lessons in the Reproduction or Transformation of Social Worlds? | AL8470 - Applied Linguistics (Summer 2008) Hildenbrand | 1/1/2005 - 4/16/2009 | 49 | 00.00% |
| | Lin, Dyi-Yih Michael. Hypertext for the aged: effects of text topologies | ENGL8121 - Electronic Writing and Publishing (Fall 2007) Bowie | 1/1/2005 - 4/16/2009 | 11 | 00.00% |
| | Lin, George. State, Capital, and Space in China in an Age of Volatile Globalization | GEOG4404 - Geography of East Asia (Spring 2006) Walcott | 1/1/2005 - 4/16/2009 | 129 | 00.01% |
| | Lin, Jan (1998) Reconstructing Chinatown: ethnic enclave, global change. Minneapolis: University of Minnesota Press. | GEOG4760 - Cultural Geography (Fall 2005) Stewart | 1/1/2005 - 4/16/2009 | 16 | 00.00% |
| | Lin, Jan. Reconstructing Chinatown: Ethnic Enclave, Global Change, Minneapolis:University of Minnesota Press, 1998, pgs. 171-188. | ANTH4200 - Urban Anthropology (Fall 2008) Guano | 1/1/2005 - 4/16/2009 | 102 | 00.01% |
| | Lincoln & Guba (2000) ch. 6: Paradigmatic controversies...[from Denzin/Lincoln. Handbook of Qualitative Research.] | AL8961 - Qualitative Research (Spring 2007) Belcher | 1/1/2005 - 4/16/2009 | 6 | 00.00% |
| | Lincoln, Y.S. and E.G. Guba. Naturalistic Inquiry. Chapter 9 | EPRS8500 - Qualitative/Interpretative research in Education I (Spring 2009) Esposito | 1/1/2005 - 4/16/2009 | 139 | 00.01% |
| | Lincoln, Yvonna S. and Egon G. Guba-- Constructing Realities | EPS8280 - Anthropology in Education (Summer 2007) Esposito | 1/1/2005 - 4/16/2009 | 167 | 00.02% |
| | Lind, Fundamentals of Business Enterprise Taxation 2nd ed 2002 (Foundation) | LAW7110 - Business Tax (Spring 2005) Carey | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Lind, Fundamentals of Business Enterprise Taxation 3rd ed. (Foundation) | LAW7110 - Business Tax (Spring 2006) Carey | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Lind, Fundamentals of Business Enterprise Taxation 3rd ed. (Foundation) KF6450.A7 .F86 2005 | LAW7101 - Corporations (Spring 2007) Taylor | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Lind, Fundamentals of Business Enterprise Taxation 3rd ed. (Foundation) | LAW7110 - Business Tax (Spring 2007) Carey | 1/1/2005 - 4/16/2009 | 2 | 00.00% |

EXHIBIT 103 - 30

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | MacLeod, Jay. Minds Stayed on Freedom. Selections | HIST4490 - Oral History (Fall 2007) Kuhn | 1/1/2005 - 4/16/2009 | 27 | 00.00% |
| | Macrae, C.N., Bodenhausen, G.V., Milne, A.B., & Jetten, J. (1994). Out of Mind but Back in Sight: Stereotypes on the Rebound | PSYC8510 - Advanced Social Psychology (Fall 2004) Stewart | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Made in thailand (Call #: Videotape DS566.2.M24 1999) | PERS2001 - Women and Social Change (Fall 2008) Jarmakani | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Made in thailand (Call #: Videotape DS566.2.M24 1999) | SOCI3030 - Social Theory (Spring 2009) Harvey | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Madeleine leininger: culture care diversity and universality (Call #: DVD RT37.L45 M34 2000z) | NURS.perm. - Nursing Department Video Reserve List (Perm 2008) Staff | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Madison, D. (2005). Critical ethnography as street performance: Reflection of home, race, murder and justice. In Denzin, N. & Lincoln, Y. (Eds.). Sage handbook of qualitative research (3rd ed.) (pp 537-546). Thousand Oaks: Sage . | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 202 | 00.02% |
| | Madison, D. (2005). Critical ethnography as street performance: Reflection of home, race, murder and justice. In Denzin, N. & Lincoln, Y. (Eds.). Sage handbook of qualitative research (3rd ed.) (pp 537-546). Thousand Oaks: Sage . | EPS8500 - Qualitative/Intrepretive Research in Education I (Summer 2008) Fournillier | 1/1/2005 - 4/16/2009 | 34 | 00.00% |
| | Madison, D.S. Critical Ethnography: Method, Ethics, and Performance. Chapter 5 | EPRS8500 - Qualitative/Interpretative research in Education I (Spring 2009) Esposito | 1/1/2005 - 4/16/2009 | 123 | 00.01% |
| | Madison, Kelly J. â€☐Legitimation Crisis and Containment: The Anti-Racist White-Hero Film,â€☐ Critical Studies in Mass Communication, vol. 16, no. 4, December 1999 | JOU4900 - Seminar on Race & Media (Spring 2008) Alleyne | 1/1/2005 - 4/16/2009 | 26 | 00.00% |
| | Madoff, Practical Guide to Estate Planning 2005 Supplement | LAW7210 - Estate Planning Seminar (Spring 2005) Radford | 1/1/2005 - 4/16/2009 | 2 | 00.00% |

EXHIBIT 103 - 31

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Mastrofski, S.D. (2004). Controlling street-level police discretion. Annals of the American Academy of Political and Social Science, 593, 100-118. | CRJU7510 - Organizational and Management Theory in Criminal Justice (Fall 2005) Vaughn | 1/1/2005 - 4/16/2009 | 6 | 00.00% |
| | Masuhara, H. (2003). Materials for developing reading skills. In B. Tomlinson (Ed.), Developing materials for language teaching (pp. 340-363). London: Continuum. | AL8660 - Materials Design, Development and Publication (Fall 2007) Bunting | 1/1/2005 - 4/16/2009 | 17 | 00.00% |
| | Matar, Hisham. In the Country of Men. (pp. 1-10) | ENGL1101 - English Composition I (Fall 2007) Gentry | 1/1/2005 - 4/16/2009 | 11 | 00.00% |
| | Matar, Nabil. Turks, Moors, and Englishmen in the Age of Discovery. Chapter 3: The Renaissance Triangle: Britons, Muslims, and American Indians | HIST4530 - Religion and Society (Fall 2005) Corpis | 1/1/2005 - 4/16/2009 | 61 | 00.01% |
| | Match point (Call #: DVD PN1997.2.M3834 2006 c.2) | PHIL2010H - Great Questions of Philosophy (Spring 2009) Berry | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Matching Books to Readers (pp. 1-47) | ECE3601 - Reading and Language Arts in ECE 1 (Fall 2005) Jordan | 1/1/2005 - 4/16/2009 | 48 | 00.00% |
| | Material Implication [from Introduction to Logic] | PHIL2050 - Philosophical Thinking (Fall 2007) Farrell | 1/1/2005 - 4/16/2009 | 75 | 00.01% |
| | Material life in America, 1600-1860 [Call Number: E161 .M36 1988] | HIST8890 - Material Culture (Spring 2009) Wilson | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Materialism and Chauvinism: Black Internalization of White Values [Need Cite] | AAS4030 - African-American Male/Female Relationships. (Spring 2009) Dixon | 1/1/2005 - 4/16/2009 | 30 | 00.00% |
| | Materials Development in Language Teaching: Introduction | AL8660 - Material Design and Publishing (Spring 2005) Weigle | 1/1/2005 - 4/16/2009 | 41 | 00.00% |
| | Materials for final reading assignment | LAW7167 - Criminal Procedure II (Spring 2007) Singleton | 1/1/2005 - 4/16/2009 | 30 | 00.00% |
| | Materials for First Reading Assignment | LAW7167 - Criminal Procedure II (Spring 2007) Singleton | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Materials on accounting for lawyers / by David R. Herwitz, Matthew J. Barrett. | LAW7005 - Accounting Lawyers (Spring 2005) Carey | 1/1/2005 - 4/16/2009 | 8 | 00.00% |

EXHIBIT 103 - 32

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Playwriting in Process: Thinking and Working Theatrically. Chap. 4. Technique Etudes | THEA3300 - Special Topics-Advanced Dramatic Writing (Spring 2008) Austin | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Pleasantville (Call #: DVD PN1997.P6594 1999) | HIST2110 - Survey of U.S. History (Spring 2009) Conner | 1/1/2005 - 4/16/2009 | 15 | 00.00% |
| | Pless, Mia and Marianne Carlsson. Effects of Motor Skill Instervention on Developmental Cooordination Disorder: A Meta-Analysis. APAQ, 17(4), October 2000. | KHE7650 - Adapted Physical Education (Spring 2009) Shapiro | 1/1/2005 - 4/16/2009 | 6 | 00.00% |
| | Plessy v. Ferguson | HIST4200 - U.S. Cultural History (Spring 2009) Sehat | 1/1/2005 - 4/16/2009 | 10 | 00.00% |
| | Plotting women : gender and representation in Mexico [call #: PQ7133 .F73 1989] | AH4900 - Mexican Art and Cinema (Summer 2005) Deffebach | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Pluchart, Francois. Risk as the Practice of Thought. From The Art of Performance, edited by Battcock and Nickas | AH4700 - Contemporary Art Theory and Criticism (Spring 2009) Richmond | 1/1/2005 - 4/16/2009 | 218 | 00.02% |
| | Plumes and Other Plays by Georgia Douglass Johnson | ENGL3950 - African American Literature (Fall 2006) Martin | 1/1/2005 - 4/16/2009 | 30 | 00.00% |
| | Plummer, K. (2005). Critical humanism and queer theory: Living with the tensions. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications (pp. 357-373) | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 146 | 00.01% |
| | Plummer, K. (2005). Critical humanism and queer theory: Living with the tensions. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications (pp. 357-375) | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 117 | 00.01% |

EXHIBIT 103 - 33

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Plummer, K. (2005). Critical humanism and queer theory: Living with the tensions. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications (pp. 357-375). | EPS8500 - Qualitative/Intrepretive Research in Education I (Summer 2008) Fournillier | 1/1/2005 - 4/16/2009 | 43 | 00.00% |
| | Plummer, K. The call of life stories in ethnographic research (Ch 27) In Handbook of Ethnography. (2001). Paul Atkinson (Ed). Thousand Oaks: Sage. | EPRS8500 - Qualitative/Interpretative research in Education I (Spring 2009) Esposito | 1/1/2005 - 4/16/2009 | 157 | 00.01% |
| | Pluralism [Call Number: HM1271 .C656 2005] | POLS6520 - Theories on Democracy (Fall 2008) Feit | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Pluralistic Ignorance and College Student Perceptions of Gender Specific Alcohol Norms | PSYC3030 - Principles and Methods of Psychological Investigation (Fall 2005) Darnell | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | pmcable.ppt | MK8620 - Product Management (Spring 2009) Donthu | 1/1/2005 - 4/16/2009 | 222 | 00.02% |
| | PMCs in Iraq.htm | POLS8273 - Comparative Political Economy of Development (Spring 2008) Manning | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Podgor, White Collar Crime in a Nutshell 3rd ed. (West) | LAW7506 - White Collar Crime (Spring 2006) Samuel | 1/1/2005 - 4/16/2009 | 7 | 00.00% |
| | Poe, Edgar Allan. The Tell-Tale Heart | ENGL3150B - Introduction to Creative Writing (Spring 2008) Smith | 1/1/2005 - 4/16/2009 | 18 | 00.00% |
| | Poems 1807-1824, and Beppo: Selected Poems of Byron(Call Number: PR4353 N53 1998) | RELS4295 - Tragedy and Comedy (Spring 2008) Ruprecht | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Poems of sappho (Call #: PA4408.E5 G7) | RELS4295 - Tragedy and Comedy (Spring 2008) Ruprecht | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Poems: Jorge Luis Borges, Oliverio Girondo | AH4900 - Modernism in Argentina, Brazil, and Mexico in the 1920s. (Spring 2006) Bazzano-Nelson | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Poetic justice : the literary imagination and public life (Call #: PN51 .N78 1995) | PHIL8100 - Liberalism, Secularism, and Religion (Spring 2006) Ruprecht | 1/1/2005 - 4/16/2009 | 2 | 00.00% |

EXHIBIT 103 - 34

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Protist Powerpoint | BIOL2108 - Principles of Biology II (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 239 | 00.02% |
| | Protist Powerpoint | BIOL2108 - Principles of Biology II (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 233 | 00.02% |
| | Protist powerpoint lecture [new] | BIOL2108 - Principles of Biology II (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 40 | 00.00% |
| | Protist Summary of Chapter 28 | BIOL2108 - Principles of Biology II (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 381 | 00.04% |
| | Protodynastic Egypt [Call Number: DT61 .A3 1997] | AH4011 - Art & Architecture of Ancient Egypt I: 4000-1600 BC (Fall 2007) Marlar | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Protodynastic Egypt [Call Number: DT61 .A3 1997] | AH4010 - The Art of Ancient Egypt and Nubia (Spring 2009) Hartwig | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Protostome Evolution Powerpoint | BIOL2108 - Principles of Biology II (Spring 2009) Eilertson | 1/1/2005 - 4/16/2009 | 965 | 00.09% |
| | Prototypes of Social Work Political Participation" | SW7600 - Social Welfare Policy (Spring 2009) Whitley | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Proulx, Annie. What Kind of Furniture Would Jesus Pick? | ENGL3150B - Introduction to Creative Writing (Spring 2008) Smith | 1/1/2005 - 4/16/2009 | 60 | 00.01% |
| | Providing Space for Time | SOCI8102 - Life Course Sociology (Spring 2009) Burgess | 1/1/2005 - 4/16/2009 | 32 | 00.00% |
| | Prowse, P. (1998) How Writers Write: Testimony from Authors (pp. 130-145) In B. Tomlinson (Ed.) Materials Development in Language Teaching. Cambridge: Cambridge University Press, | AL8660 - Material Design and Publishing (Spring 2005) Weigle | 1/1/2005 - 4/16/2009 | 12 | 00.00% |
| | Prowse, P. (1998). How writers write: Testimony from authors. In B. Tomlinson (Ed.), Materials development in language teaching (pp. 116-129). Cambridge: Cambridge University Press. | AL8660 - Materials Design, Development and Publication (Fall 2007) Bunting | 1/1/2005 - 4/16/2009 | 12 | 00.00% |
| | proxis through critical ethnography in urban settings.pdf | EDSC9870 - Advanced Research Seminar in Science Education (Summer 2005) Verma | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | PRSP monitoring project.pdf | POLS8273 - Comparative Political Economy of Development (Spring 2008) Manning | 1/1/2005 - 4/16/2009 | 12 | 00.00% |

EXHIBIT 103 - 35

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Richards, M. (2005). Spirituality and Social Work in Long-Term Care. Religion, Spirituality, and Aging: A Social Work Perspective. Journal of Gerontological Social Work, 45(1/2), pp. 173-183 | SW7260 - Social Work with the Aging (Spring 2007) Kropf | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Richards, S. (1983). Philosophies of Scientific Method Theories of Science (Part of Chapter 4) from Philosophy and Sociology of Science; An Introduction. Oxford: Basic Blackwell. (pp. 44-59) | EDSC9870 - Advanced Research Seminar in Science Education (Summer 2006) Martin-Hansen | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Richards, S. (1983). Philosophies of Scientific Method Theories of Science (Part of Chapter 4) from Philosophy and Sociology of Science; An Introduction. Oxford: Basic Blackwell. (pp. 44-59) | EDSC9870 - Advanced Research Seminar in Science Education (Summer 2006) Martin-Hansen | 1/1/2005 - 4/16/2009 | 9 | 00.00% |
| | Richards, S. (1983). Philosophies of Scientific Method: Theories of Science from Philosophy and Sociology of Science: An Introduction (Concluding part of chapter 4). Oxford: Basil Blackwell. | EDSC9870 - Advanced Research Seminar in Science Education (Summer 2006) Martin-Hansen | 1/1/2005 - 4/16/2009 | 10 | 00.00% |
| | Richards, S. (1983). Scientific Argument: The Role of Logic from Philosophy and Sociology of Science; An Introduction. Oxford: Basic Blackwell (pp. 14-27) | EDSC9870 - Advanced Research Seminar in Science Education (Summer 2006) Martin-Hansen | 1/1/2005 - 4/16/2009 | 5 | 00.00% |
| | Richardson, L. (2000). Writing as a method of inquiry. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (p. 959-978) | EPRS8510 - Qualitative Research in Education II (Spring 2009) Kaufmann | 1/1/2005 - 4/16/2009 | 217 | 00.02% |
| | Richardson, L. (2005). Writing as a method of inquiry. . In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (p. 923-948). | EPS9280 - Interpretive Inquiry in Education (Fall 2006) Kaufmann | 1/1/2005 - 4/16/2009 | 11 | 00.00% |

EXHIBIT 103 - 36

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Richardson, Laurel and Elizabeth St. Pierre. Writing: A Method of Inquiry. In The Sage Handbook of Qualitative Research, edited by Denzin and Lincoln | EPS8510 - Qualitative Research in Education II (Fall 2008) Fournillier | 1/1/2005 - 4/16/2009 | 17 | 00.00% |
| | Richardson, Laurel. and Elizabeth St. Pierre. (2005). Writing: A Method of Inquiry. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (pp. 959-978). | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 136 | 00.01% |
| | Richardson, Laurel. Writing: A Method of Inquiry. In Handbook of Qualitative Research, edited by Denzin and Lincoln | EPS8510 - Qualitative Research in Education II (Fall 2008) Fournillier | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Richardson, Miles. â€œBeing in the Market Versus Being in the Plaza: Material Culture and the Construction of Social Reality in Spanish America,â€☐ American Ethnologist 9:421-436. | ANTH4200 - Urban Anthropology (Fall 2008) Guano | 1/1/2005 - 4/16/2009 | 93 | 00.01% |
| | Richardson, Virginia. Constructivist Teaching and Teacher Education: Theory and Practice (pp. 3-13). In V. Richardson (Ed.). Constructivist teacher education: Buliding new understandings. Wash, D.C.: Falmer Press. | AL8990 - Current Issues in the Preparation of Second Language Teachers (Fall 2008) Murphy | 1/1/2005 - 4/16/2009 | 32 | 00.00% |
| | Richert, Anna. Case methods and teacher education from Issues and Practices in Inquiry-Oriented Teacher Education. The Falmer Press, New York. | AL8990 - Current Issues in the Preparation of Second Language Teachers (Fall 2008) Murphy | 1/1/2005 - 4/16/2009 | 25 | 00.00% |
| | Richie, Beth. Queering Antiprison Work: African American Lesbians in the Juvenile Justice System. In Global Lockdown edited by Jilia Sudbury | WST4310 - Girls (Fall 2008) Kubala | 1/1/2005 - 4/16/2009 | 67 | 00.01% |
| | Richland, L.E., Holyoak, K.J., & Stigler, J.W. (2004). Analogy use in eighth-grade mathematics classrooms. Cognition and Instruction, 22 (1), 37-60. | EPY8200 - Advanced Developmental Psychology: Cognitive Intellect (Spring 2008) Flexner | 1/1/2005 - 4/16/2009 | 2 | 00.00% |

EXHIBIT 103 - 37

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Schuntermann, M.F. The International Classification of Imparments, Disabilities and handicaps (ICIDH) -- Results and Problems. International Journal of Rehabilitation Research. 19, 1-11 (1996). | KHE7650 - Adapted Physical Education (Spring 2009) Shapiro | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Schutz, Heinrich. Saul, Saul, was verfolgt du mich. [Schutz und Venedig. Akademie Howard Arman. 1993 Capriciio-Ein produkt der Delta Music GmbH, D-5020 Konigsdorf.] | MUS6150 - Review of Music History (Fall 2008) Greene | 1/1/2005 - 4/16/2009 | 64 | 00.01% |
| | Schutz, Heinrich. Symphoniae Sacrae, Op. 10. Es steh' Gott auf, dass seine Feinde Zersteuet werden. [The Purcell Quartet. Chandos Music Ltd. 1994. (Chan0566/7)] | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 12 | 00.00% |
| | Schutz, Heinrich. Symphoniae Sacrae, Op. 10. Was betrubst du dich, meine seele? [The Purcell Quartet. Chandos Music Ltd. 1994. (Chan0566/7)] | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 17 | 00.00% |
| | Schuyler, David. The New Urban Landscape. Ch. 4 | PERS2001 - Perspectives (Fall 2008) Youngs | 1/1/2005 - 4/16/2009 | 66 | 00.01% |
| | Schwandt, T. (2000). Three epistemological stances for qualitative inquiry: Interpretivism, hermeneutics, and social constructionism. In Denzin, N. & Lincoln, Y. (Eds.). Handbook of qualitative research (2nd ed.) (pp. 189-213). Thousand Oaks: Sage. | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 214 | 00.02% |
| | Schwandt, Thomas. 2007. Expanding the Conservation on Evaluation Ethics | PSYC8230 - Program Evaluation in Community Psychology (Fall 2008) Kuperminc | 1/1/2005 - 4/16/2009 | 7 | 00.00% |
| | Schwanengesang--Am Meer [Thomas Quasthoff, Baritone] | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 41 | 00.00% |
| | Schwanengesang--Inder Ferne [Thomas Quasthoff, Baritone] | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 47 | 00.00% |

EXHIBIT 103 - 38

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Schwant, Thomas A. On Understanding Understanding. Qualitative Inquiry, Vol. 5, No. 4, 451-464 (1999) | EPRS8500 - Qualitative/Interpretative research in Education I (Spring 2009) Esposito | 1/1/2005 - 4/16/2009 | 67 | 00.01% |
| | Schwantdt, T. (2000). Three epistemological stances for qualitative inquiry: Interpretivism, hermenutics, and social constructionism. In Denzin, N. & Lincoln, Y. (Eds.). Handbook of qualitative research (2nd ed.) (pp.189-214). Thousand Oaks: Sage. | EPS8500 - Qualitative/Intrepretive Research in Education I (Summer 2008) Fournillier | 1/1/2005 - 4/16/2009 | 32 | 00.00% |
| | Schwartz & Wydick, Problems in Legal Ethics 6th (West) | LAW6030 - Litigation (Spring 2006) Kadish | 1/1/2005 - 4/16/2009 | 6 | 00.00% |
| | Schwartz, Barry. Waiting, Exchange, and Power. The American Journal of Sociology. 1974 vol.79 pg.841 | SOCI3040 - Cognition and Society (Spring 2009) LaRossa | 1/1/2005 - 4/16/2009 | 16 | 00.00% |
| | Schwartz, Bonnie and Rex Sprouse. When Syntactic Theories Evolve: Consequences for L2 Acquisition Research | AL8970 - Linguistic Analysis (Fall 2008) Lindemann | 1/1/2005 - 4/16/2009 | 59 | 00.01% |
| | Schwartz, Jorge. "Literature and the Visual Arts: The Brazilian Roaring Twenties." December 18, 2005. http://lanic.utexas.edu/project/etext /llilas/vrp/jschwartz.htm. | AH4900 - Modernism in Argentina, Brazil, and Mexico in the 1920s. (Spring 2006) Bazzano-Nelson | 1/1/2005 - 4/16/2009 | 11 | 00.00% |
| | Schwartz, Problems in Legal Ethics 7th ed. (Foundation) KF 306 .A4 S38 2005 | LAW6020 - Professional Responsibility (Spring 2006) Yarn | 1/1/2005 - 4/16/2009 | 13 | 00.00% |
| | Schwartz, Problems in Legal Ethics 7th ed. (West) KF306.A4 S38 2005 | LAW6020 - Professional Responsibility (Spring 2007) Yarn | 1/1/2005 - 4/16/2009 | 14 | 00.00% |
| | Schwartz, Problems in Legal Ethics 7th ed. (West) KF306.A4 S38 2005 | LAW6020 - Professional Responsibility (Spring 2007) Saito | 1/1/2005 - 4/16/2009 | 5 | 00.00% |

EXHIBIT 103 - 39

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Silliman, Jael, Marlene Gerber Fried, Loretta Ross, and Elena R. Gutierrez. "Women of Color and Their Struggle for Reproductive Justice." Chapter 1 of Undivided Rights: Women of Color Organize for Reproductive Justice. Cambridge, MA: South End Press, 2004 | GSU1010 - GSU1010 (Fall 2006) Ball | 1/1/2005 - 4/16/2009 | 6 | 00.00% |
| | Silliman, Jael. "Policing the National Body: Sex, Race, and Criminalization". In Policing the National Body: Sex, Race, and Criminalization, edited by Jael Silliman and Anannya Bhattacharjee | WST4760 - Activism: History and Theory (Fall 2008) Kubala | 1/1/2005 - 4/16/2009 | 16 | 00.00% |
| | Silva. T. Toward an Understanding of the Distinct Nature of L2 Writing | AL8540 - Approaches to Teaching Second/Foreign Languages (Spring 2008) Pickering | 1/1/2005 - 4/16/2009 | 162 | 00.01% |
| | Silver rights : Constance Curry [Call Number: F347.S9 C87 1995] (2 copies) | HIST2110 - Survey of United States History (Spring 2009) Gillespie | 1/1/2005 - 4/16/2009 | 9 | 00.00% |
| | Silver, Scientific Cloning | LAW7098 - Biotech & The Law (Fall 2005) Berry | 1/1/2005 - 4/16/2009 | 30 | 00.00% |
| | Silver, Scientific Cloning | LAW7098 - Biotech & The Law (Fall 2006) Berry, Scott | 1/1/2005 - 4/16/2009 | 15 | 00.00% |
| | Silverman, David. Analyzing Talk and Text, in Handbook of Qualitative Research, 2nd edition edited by Norman Denzin and Yvonna Lincoln (2000) Thousand Oaks, CA: Sage publications | EPRS8510 - Qualitative Research in Education II (Spring 2007) Esposito | 1/1/2005 - 4/16/2009 | 20 | 00.00% |
| | Silverman, David. Doing Qualitative Research. "The Methodology Chapter" | AL8961 - Qualitative Research (Spring 2007) Belcher | 1/1/2005 - 4/16/2009 | 13 | 00.00% |
| | Silverman, Welty & Lyon: Case Studies - Introduction | AE8010 - Art Education (Fall 2005) Eubanks | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Silverman, Welty & Lyon: Case Study 10 - Ken Kelly | AE8010 - Art Education (Fall 2005) Eubanks | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Silverman, Welty & Lyon: Case Study 19 - Sarah Hanover | AE8010 - Art Education (Fall 2005) Eubanks | 1/1/2005 - 4/16/2009 | 3 | 00.00% |
| | Silverman, Welty & Lyon: Case Study 21 - Melinda Grant | AE8010 - Art Education (Fall 2005) Eubanks | 1/1/2005 - 4/16/2009 | 2 | 00.00% |

EXHIBIT 103 - 40

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Skutnabb-Kangas, Tove (2000). Linguistic Human Rights and Teachers of English. In Joan Kelly Hall and William G. Eggington (eds) The Sociopolitics of English Language Teaching. Buffalo, NY: Multilingual Matters, 22-44. | AL8470 - Sociolinguistics (Spring 2008) Lindemann | 1/1/2005 - 4/16/2009 | 89 | 00.01% |
| | Skutnabb-Kangas, Tove. Linguistic Human Rights and Minority Education and Mother Tongue Maintenance and Multiculturalism by Kamal Sridhar | AL8470 - Sociolinguistics (Summer 2006) Kozlova | 1/1/2005 - 4/16/2009 | 9 | 00.00% |
| | Skutnabb-Kangas, Tove. Mother Tongue Maintenance: The Debate-Linguistic Human Rights and Minority Education | AL8470 - Applied Linguistics (Summer 2008) Hildenbrand | 1/1/2005 - 4/16/2009 | 28 | 00.00% |
| | Skylark : the life and times of Johnny Mercer [call #: ML423.M446 F87 2003] perm. | HIST3000 - History 3000 (Perm 2009) Eskew | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Slater, John. Multinationals in the Transition to a Market Economy. In Multinationals in Eastern Europe | IB4410 - Management in Transition Economies:The Czech Republic & Hungary (Summer 2008) Danis, Petricevic | 1/1/2005 - 4/16/2009 | 21 | 00.00% |
| | Slater, M. (1996). Theory and method in health audience segmentation. Journal of Health Communication, 1, 267-284. | COMM8120 - Audiences Studies (Spring 2009) Fujioka | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | Slater, M. D. (1995). Choosing audience segmentation strategies and methods for health communication. In E. Maibach, E & R. L. Parrott (Eds.) Designing health messages: Approaches from communication theory and public health practice (pp. 186-198). Thous | COMM8980 - Persuasion and Communication Campaigns (Spring 2007) Fujioka | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Slatin, John. The art of ALT: toward a more accessible web | ENGL8121 - Electronic Writing and Publishing (Fall 2007) Bowie | 1/1/2005 - 4/16/2009 | 23 | 00.00% |
| | Slave Community. Chapter 4: The Slave Family-John Blassingame | AAS3000 - African-American Family (Spring 2009) Dixon | 1/1/2005 - 4/16/2009 | 56 | 00.01% |
| | Slave Community. Chapter 7: Plantation Realities-John Blassingame | AAS3000 - African-American Family (Spring 2009) Dixon | 1/1/2005 - 4/16/2009 | 283 | 00.03% |

EXHIBIT 103 - 41

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Smith, Greg. "It's Just a Movie": A Teaching Essay for Introductory Media Classes | FILM1010 - Film Aesthetics and Analysis (Spring 2009) Ayers | 1/1/2005 - 4/16/2009 | 26 | 00.00% |
| | Smith, Greg. "It's Just a Movie": A Teaching Essay for Introductory Media Classes. Cinema Journal, Vol. 41, No. 1, (Autumn, 2001), pp. 127-134 | FILM4750 - Film Theory and Criticism (Spring 2009) Ayers, Raengo | 1/1/2005 - 4/16/2009 | 20 | 00.00% |
| | Smith, Heather & William Graves. 2005. "Gentrification as Corporate Growth Strategy: The Strange Case of Charlotte, North Carolina and the Bank of America." | SOCI4226 - Urban Sociology Undergraduate (Spring 2009) Jaret | 1/1/2005 - 4/16/2009 | 210 | 00.02% |
| | Smith, Herb J. and Kim Haimes-Korn. Portfolios for Technical and Professional Administrators. Chapters 1 and 5. | ENGL3120 - Electronic Writing and publishing (Fall 2007) Bowie | 1/1/2005 - 4/16/2009 | 48 | 00.00% |
| | Smith, J. (2001) Modeling the social construction of knowledge in ELT teacher education journal 55 (3). | AL8990 - Current Issues in the Preparation of Second Language Teachers (Fall 2008) Murphy | 1/1/2005 - 4/16/2009 | 32 | 00.00% |
| | Smith, J. and Hodkinson, P. (2005). Relativism, criteria, and politics. . In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (p. 915-932). | EPS9280 - Interpretive Inquiry in Education (Fall 2006) Kaufmann | 1/1/2005 - 4/16/2009 | 35 | 00.00% |
| | Smith, J. and Hodkinson, P. (2005). Relativism, criteria, and politics. . In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (p. 915-932). | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 191 | 00.02% |
| | Smith, J. and Hodkinson, P. (2005). Relativism, criteria, and politics. . In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (p. 915-932). | EPS8500 - Qualitative/Intrepretive Research in Education I (Summer 2008) Fournillier | 1/1/2005 - 4/16/2009 | 35 | 00.00% |

EXHIBIT 103 - 42

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Stake, R. (2005). Qualitative case studies. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (pp. 443-465). | EPS9280 - Interpretive Inquiry in Education (Fall 2006) Kaufmann | 1/1/2005 - 4/16/2009 | 9 | 00.00% |
| | Stake, R. (2005). Qualitative case studies. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (pp. 443-465). | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 240 | 00.02% |
| | Stake, R. (2005). Qualitative case studies. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (pp. 443-465). | EPS8500 - Qualitative/Intrepretive Research in Education I (Summer 2008) Fournillier | 1/1/2005 - 4/16/2009 | 80 | 00.01% |
| | Stake, Robert E.(2000)ch. 16 Case Studies [from Denzin/Lincoln. Handbook of Qualitative Research.] | AL8961 - Qualitative Research (Spring 2007) Belcher | 1/1/2005 - 4/16/2009 | 18 | 00.00% |
| | Stake, Robert. Advocacy in Evaluation: A Necessary Evil? [ed. Shadish and Chelimsky Evaluation for the 21st Century. New York: Sage Publications, 1997] | PSYC8230 - Program Evaluation in Community Psychology (Fall 2008) Kuperminc | 1/1/2005 - 4/16/2009 | 16 | 00.00% |
| | Stakes is High | AAS4950 - African American Popular Culture (Spring 2007) Livingston | 1/1/2005 - 4/16/2009 | 57 | 00.01% |
| | Stallworth, Otto E. Jr. and Brian H. Kleiner, Recent Developments in Office Design, Facilities, 1996, 14:1/2, 34-42. | RE8100 - Strategic Management of Real Property in the Corporate Environment (Spring 2009) Gibler | 1/1/2005 - 4/16/2009 | 59 | 00.01% |
| | Stallybrass, Peter. "Marx's Coat". From Border Fetishisms: Material Objects in Unstable Spaces, edited by Patricia Spyer | HIST8890 - Material Culture (Spring 2009) Wilson | 1/1/2005 - 4/16/2009 | 21 | 00.00% |
| | Stam, Robert. Beyond Third Cinema. From Rethinking Third Cinema | COMM8780 - Directed Research in Communication (Spring 2008) Raengo | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Stam, Robert. Reflexivity in Film and Literature. Ch. 4 | FILM4350 - Film and History (Fall 2008) Raengo | 1/1/2005 - 4/16/2009 | 4 | 00.00% |

EXHIBIT 103 - 43

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Technology as a Tool for Literacy in the Age of Information | TSLE7440 - Methods and Materials for the Bilingual/English as a Second Language Teacher (Fall 2006) Wang | 1/1/2005 - 4/16/2009 | 6 | 00.00% |
| | Tedlock, B. (2000). Ethnography and ethnographic representation. In Denzin and Lincoln (Eds.), Handbook of Qualitative Research (pp. 455-486). Thousand Oaks,CA: SAGE | EPS9280 - Interpretive Inquiry in Education (Fall 2006) Kaufmann | 1/1/2005 - 4/16/2009 | 32 | 00.00% |
| | Tedlock, Barbara(2000)ch. 17: Ethnography and Ethnographic Representation. [from Denzin/Lincoln. Handbook of Qualitative Research] | AL8961 - Qualitative Research (Spring 2007) Belcher | 1/1/2005 - 4/16/2009 | 6 | 00.00% |
| | Teel, Leonard. The Public Press, 1900-1945. | COMM6030 - Research Methods in Communcation (Fall 2006) Atkinson, Darsey | 1/1/2005 - 4/16/2009 | 16 | 00.00% |
| | Teel, Leonard: Breaking with the Past | COMM6030 - Research Methods in Communication (Spring 2007) Fujioka | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Teicher, M.H. (2002). Scars that Won't Heal: The Neurobiology of Child Abuse | EPY8180 - Development During School Age (Summer 2008) Thompson | 1/1/2005 - 4/16/2009 | 207 | 00.02% |
| | Tekcan and Peynircioglu: The Effects of Age on Flashbulb Memories | EPY8080 - Memory and Cognition (Spring 2009) Zabrucky | 1/1/2005 - 4/16/2009 | 37 | 00.00% |
| | telencephalon (slides 1-15) | BIOL4115 - Medical Neuroanatomy (Fall 2008) Clancy | 1/1/2005 - 4/16/2009 | 486 | 00.04% |
| | telencephalon (slides 13-19) | BIOL4115 - Medical Neuroanatomy (Fall 2008) Clancy | 1/1/2005 - 4/16/2009 | 316 | 00.03% |
| | telencephalon (slides 1-6) | BIOL4115 - Medical Neuroanatomy (Fall 2008) Clancy | 1/1/2005 - 4/16/2009 | 346 | 00.03% |
| | telencephalon (slides 16-30) | BIOL4115 - Medical Neuroanatomy (Fall 2008) Clancy | 1/1/2005 - 4/16/2009 | 325 | 00.03% |
| | telencephalon (slides 20-26) | BIOL4115 - Medical Neuroanatomy (Fall 2008) Clancy | 1/1/2005 - 4/16/2009 | 291 | 00.03% |
| | telencephalon (slides 27-32) | BIOL4115 - Medical Neuroanatomy (Fall 2008) Clancy | 1/1/2005 - 4/16/2009 | 253 | 00.02% |
| | telencephalon (slides 31-45) | BIOL4115 - Medical Neuroanatomy (Fall 2008) Clancy | 1/1/2005 - 4/16/2009 | 256 | 00.02% |

EXHIBIT 103 - 44

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | The Meaning and Significance of Race: Employers and Inner-City Workers(111-128) [Wilson, William Julius. When Work Disappears. Knopf: New York, 1996] | AAS4030 - African-American Male/Female Relationships. (Spring 2009) Dixon | 1/1/2005 - 4/16/2009 | 29 | 00.00% |
| | The Meaning of Life | PHOTO8000 - Advanced Studio Problems (Spring 2008) Floyd | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | The Meaning of the Manatee: An Examination of Community-Based Ecotourism Discourse and Practice in Gales Point, Belize [from People, Plants, and Justice: The Politics of Nature Conservation] | ANTH4060 - Ecological Anthropology (Spring 2007) Gullette | 1/1/2005 - 4/16/2009 | 2 | 00.00% |
| | The Measure of America | HIST1112 - Survey of World History, 1500-Present (Spring 2009) Poley | 1/1/2005 - 4/16/2009 | 90 | 00.01% |
| | The memory of the modern (Call Number: DC33.6 .M34 1996) | HIST3000 - Introduction to Historical Studies (Spring 2009) Poley | 1/1/2005 - 4/16/2009 | 10 | 00.00% |
| | The Mental Status of Examination: Its Use by Professional Counselors [ Hinkle, S. and Polanski, P.J. "The Mental Status of Examination: Its Use by Professional Counselors" Journal of Counseling and Development 79(2000)] | CPS7450 - Educational and Psychological Appraisal (Spring 2007) Cadenhead, Chang, Dean | 1/1/2005 - 4/16/2009 | 180 | 00.02% |
| | The Method of Repeated Readings | ECE3601 - Reading and Language Arts in ECE I (Spring 2005) Angeletti | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | The methods, politics, and ethics of representation in online ethnography by Annette Markham. In Denzin, Norman and Lincoln, Yvonna (Eds.) (2005). The SAGE Handbook of qualitative research, 3rd edition. Thousand Oaks, CA: SAGE Publications. | EPRS8510 - Qualitative Research in Education II (Spring 2007) Esposito | 1/1/2005 - 4/16/2009 | 29 | 00.00% |
| | The Middle Seat: Large Air Carriers Are Beginning To Discover Benefits of Simplicity | ACCT4210 - Cost and Managerial Accounting (Spring 2007) Hannan | 1/1/2005 - 4/16/2009 | 235 | 00.02% |
| | The milde lomb isprad o rode [singers: Anonymous 4] | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 127 | 00.01% |

EXHIBIT 103 - 45

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | The Search for Adam and Eve | AAS1140 - Intro. to African-American History (Summer 2007) Livingston | 1/1/2005 - 4/16/2009 | 118 | 00.01% |
| | The Search for Identity [Rubin, Louis D. History of Southern Literature. Baton Rouge : Louisiana State University Press, 1985.] | POLS4120 - Political Science (Summer 2006) Binford | 1/1/2005 - 4/16/2009 | 63 | 00.01% |
| | The Security Dilemma in "Security Dilemmas of World Politics" | POLS3400 - International Politics (Fall 2008) Hankla | 1/1/2005 - 4/16/2009 | 283 | 00.03% |
| | The Seen, the Unseen and the Imagined: Private and Public Lives | WST2010 - Introduction to Women's Studies (Spring 2009) Jarmakani | 1/1/2005 - 4/16/2009 | 109 | 00.01% |
| | The Seneca Falls Convention Declares Women's Rights from Hoffman and Gjerde, "Major Problems in American History", Vol. 1 (see above), 304-306. | HIST2110 - Survey of U.S. History (Spring 2009) Conner | 1/1/2005 - 4/16/2009 | 125 | 00.01% |
| | The Sense of an Ending: The Ninth Symphony (pp. 213-228) | MUS8860 - Romantic Period 1800-1900 (Fall 2007) Orr | 1/1/2005 - 4/16/2009 | 33 | 00.00% |
| | The Shadow Act; Kara Walker's vision. | AH4620 - African American Art (Spring 2008) Reason | 1/1/2005 - 4/16/2009 | 26 | 00.00% |
| | The short century : independence and liberation movements in Africa, 1945-1994 [Call Number: NX587 .S46 2001] | AH4030 - Contemporary African Art (Spring 2009) Cleveland | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | The Sigh that Heaves the Grasses | MUS4620 - Vocal Literature (Spring 2009) Hartgrove | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | The Significance of Race and Gender in School Success Among Latinas and Latinos in College | SOCI8212 - Race and Ethnic Relations (Spring 2008) Harvey | 1/1/2005 - 4/16/2009 | 26 | 00.00% |
| | The Signifigance of Africanisms [Herskovits, Melville J. Myth of the Negro Past. Boston : Beacon Press,1958] | AAS3000 - African American Family (Fall 2005) Akinyela | 1/1/2005 - 4/16/2009 | 37 | 00.00% |
| | The Slave Community -- Culture | HIST2110 - History (Fall 2005) Riehm | 1/1/2005 - 4/16/2009 | 201 | 00.02% |
| | The Slave Community Ch. 7: Plantation Realities [Bassingame, John W. The slave community: plantation life in the antebellum south. New York: Oxford University Press, 1979.] | AAS4030 - African-American Male/Female Relationships. (Spring 2009) Dixon | 1/1/2005 - 4/16/2009 | 277 | 00.03% |

EXHIBIT 103 - 46

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | The Slave Family--Chapter 4 from [Bassingame, John W. The slave community: plantation life in the antebellum south. New York: Oxford University Press, 1979.] | AAS4030 - African-American Male/Female Relationships. (Spring 2009) Dixon | 1/1/2005 - 4/16/2009 | 68 | 00.01% |
| | The Slave's narrative [Call Number: E444 .S575 1985] | ENGL3625 - American and British Studies (Fall 2007) Schatteman | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | The sleep of reason [Call#: PZ3.S6737 SI 1968] | AH4900 - Primitivism (Fall 2006) Gindhart | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | The sleep of reason-Chapter 3-"Primitive" Ornament and the Arabesque--and Notes | AH4900 - Primitivism (Fall 2006) Gindhart | 1/1/2005 - 4/16/2009 | 40 | 00.00% |
| | The social construction of reality : a treatise in the sociology of knowledge [Call Number: BD175 .B4 1967 (2 copies)] | SOCI9030 - Social Theory II (Spring 2009) Harvey | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | The Social Development Model: A Theory of Anti-social Behavior | PSYC8662 - Adolescent Development (Spring 2009) Kuperminc | 1/1/2005 - 4/16/2009 | 10 | 00.00% |
| | The social life of money in the English past [Call Number: HG950.E54 V35 2006] | HIST7020 - Issues and Interpretations in European History (Fall 2007) Poley | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | The Social life of things : commodities in cultural perspective [Call Number: GN450 .S63 1986] | HIST8890 - Material Culture (Spring 2009) Wilson | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | The Social Security Fear Factor, NY Times, Jan. 3, 2005 | PHIL1010 - Philosophy (Spring 2006) Keeter | 1/1/2005 - 4/16/2009 | 63 | 00.01% |
| | The Sociology of Sexualities: Queer and Beyond | SOCI8900 - Sexual Identity (Summer 2005) Burgess | 1/1/2005 - 4/16/2009 | 14 | 00.00% |
| | The sociopolitics of English language teaching [computer file] / edited by Joan Kelly Hall and William G. Eggington. | AL8470 - Sociolinguistics (Summer 2006) Kozlova | 1/1/2005 - 4/16/2009 | 6 | 00.00% |
| | The Sonata in the Classic Era. Beethoven (pp. 501-543) | MUS8860 - Romantic Period 1800-1900 (Fall 2007) Orr | 1/1/2005 - 4/16/2009 | 51 | 00.00% |
| | The Song of Roland [Call Number: PC-White-02] | HIST1111 - Survey of World History to 1500 (Spring 2009) White | 1/1/2005 - 4/16/2009 | 75 | 00.01% |
| | The Songs (pp. 120-139) | MUS8860 - Romantic Period 1800-1900 (Fall 2007) Orr | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | The Songs (pp. 140-169) | MUS8860 - Romantic Period 1800-1900 (Fall 2007) Orr | 1/1/2005 - 4/16/2009 | 4 | 00.00% |

EXHIBIT 103 - 47

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Theda Skocpol. 1979. States and Social Revolutions: A Comparative Analysis of France, Russia, and China. New York: Cambridge University Press (Ch. 1: Explaining Social Revolutions) | POLS8200 - Comparative Political Analysis (Fall 2008) Downs | 1/1/2005 - 4/16/2009 | 15 | 00.00% |
| | Theda Skocpol. 1979. States and Social Revolutions: A Comparative Analysis of France, Russia, and China. New York: Cambridge University Press (Ch. 2: Old-Regime States in Crisis) | POLS8200 - Comparative Political Analysis (Fall 2008) Downs | 1/1/2005 - 4/16/2009 | 13 | 00.00% |
| | Theodor Adorno and Max Horkheimer, "The Culture Industry: Enlightenment as Mass Deception" (orig. 1944), in The Consumer Society Reader, ed. Juliet B. Schor and Douglas B. Holt (New York: The New Press, 2000), 3-19 | HIST8000 - Introduction to Historical Research/Historiography, Theory, and Methods (Spring 2009) Perry | 1/1/2005 - 4/16/2009 | 4 | 00.00% |
| | Theodor Adorno and Max Horkheimer, "The Culture Industry: Enlightenment as Mass Deception" (orig. 1944), in The Consumer Society Reader, ed. Juliet B. Schor and Douglas B. Holt (New York: The New Press, 2000), 3-19 | HIST8240 - Seminar in Twentieth-Century European History (Spring 2007) Perry | 1/1/2005 - 4/16/2009 | 5 | 00.00% |
| | Theodore Roosevelt, "Theodore Roosevelt links war in the Philippines to the Ideal of the Strenuous Life" from Leon Fink, ed., "Major Problems in the Gilded Age and the Progressive Era", 2nd ed., (Boston: Houghton Mifflin, 2001), 265-267. | HIST2110 - Survey of U.S. History (Spring 2009) Conner | 1/1/2005 - 4/16/2009 | 82 | 00.01% |
| | Theodore the Stoudite's Funerary Catechism for His Mother | RELS3290 - Jesus Inside and Outside the Gospels (Spring 2009) Ruprecht | 1/1/2005 - 4/16/2009 | 8 | 00.00% |
| | Theoharis, Jeanne. "I'd Rather Go to School in the South": How Boston's School Desegregation Complicates the Civil Rights Paradigm. In Freedom North: Black Freedom Struggles Outsied of the South, 1940-1980 | HIST2110 - Survey of United States History (Spring 2009) Gillespie | 1/1/2005 - 4/16/2009 | 35 | 00.00% |

EXHIBIT 103 - 48

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | Tudge, J. & Scrimsher, S. (2003). Lev S. Vygtsky on Education: A Cultural-Historical, Interpersonal, and Individual Approach to Development. In Educational Psychology: A Century of Contributions. (pp. 207-228). Mahwah, NJ: Lawrence Erlbaum Associates | EPY8050 - Psychology of Instruction (Fall 2008) Gray, Greenberg | 1/1/2005 - 4/16/2009 | 92 | 00.01% |
| | Tudge, J., & Srimsher, S. (2003). Lev S. Vygotsky on education. In Barry Zimmerman & Dale Schunk (Eds.). Educational Psychology: A Century of Contributions. Mahwah, NJ: LEA | EPY8180 - Development During School Age (Summer 2008) Thompson | 1/1/2005 - 4/16/2009 | 171 | 00.02% |
| | Tudor, I. Teacher Roles in the Learner-Centered Classroom | AL8540 - Approaches to Teaching Second/Foreign Languages (Spring 2008) Pickering | 1/1/2005 - 4/16/2009 | 154 | 00.01% |
| | Tuhiwai Smith, L. (2005). On tricky ground: Researching the native in the age of uncertainty. In Norman Denzin and Yvonna Lincoln (Eds), The Sage Handbook of Qualitative Research. Thousand Oaks, SAGE Publications. (pp. 85-107). | EPS9280 - Interpretive Inquiry in Education (Fall 2006) Kaufmann | 1/1/2005 - 4/16/2009 | 17 | 00.00% |
| | Tukey, John. Exploratory Data Analysis. pp. 1-43 | PSYC8410 - Psychological Research Statistics I (Fall 2006) Bakeman | 1/1/2005 - 4/16/2009 | 33 | 00.00% |
| | Tullis, Tom, and Stan Fleischman. 2004. "TABULAR DATA: Finding the Best Format." Intercom 51, no. 6: 12-14. | ENGL3115 - Document Design (Spring 2009) Bowie | 1/1/2005 - 4/16/2009 | 20 | 00.00% |
| | Tullock, Gordon. Does Punishment Deter Crime? | PHIL1010 - Critical Thinking (Spring 2008) Adams | 1/1/2005 - 4/16/2009 | 551 | 00.05% |
| | Tullos, Allen. Habits of Industry: White Culture and the Transformation of the Carolina Piedmont. (pp. 205-284) | HIST4490 - Oral History (Fall 2007) Kuhn | 1/1/2005 - 4/16/2009 | 35 | 00.00% |

EXHIBIT 103 - 49

| | Document | Course Reserves Page | Date Range | Hit Count | % of Total |
|---|---|---|---|---|---|
| | van Willigen, John 2002 Applied Anthropology: An Introduction. Westport Massachusetts: Bergin and Garvey Publishers, Inc. Chapters 1 and 2, p. 3-45 | ANTH4350 - Applied Biocultural Anthropology (Spring 2009) McCombie | 1/1/2005 - 4/16/2009 | 54 | 00.00% |
| | van Zoonen, Liesbet. Feminist Media Studies | COMM8980 - Feminist Media Studies (Spring 2007) Meyers | 1/1/2005 - 4/16/2009 | 1 | 00.00% |
| | Vance, Carole. 1990. â€œNegotiating Sex and Gender in the Attorney Generalâ€™s Commission on Pornography,â€ In Faye Ginsburg and Anna Lowenhaupt Tsing (eds.) Uncertain Terms: Negotiating Gender in American Culture, pp. 118-134. | WST4910 - Sexuality and Nationalism (Spring 2008) Sinnott | 1/1/2005 - 4/16/2009 | 33 | 00.00% |
| | Vandegrift, D. and T. Yoked (2004) â€œObesity rates, income and suburban sprawl: an analysis of US statesâ€, Health and Place, 10, no. 3. pp. 221-229. | GEOG4760 - Cultural Geography (Fall 2005) Stewart | 1/1/2005 - 4/16/2009 | 48 | 00.00% |
| | Vandenbroucke, Lucien. Anatomy of a Failure: The Decision to Land at the Bay of Pigs | HIST4890 - Modern Cuba (Spring 2008) Reid | 1/1/2005 - 4/16/2009 | 15 | 00.00% |
| | Vandergrift, L.: Facilitating Second Language Listening Comprehension: Acquiring Successful Strategies | SPA8710 - Special Topics in Spanish Applied Linguistics (Fall 2008) RODRIGO | 1/1/2005 - 4/16/2009 | 10 | 00.00% |
| | Vanderploeg, R. The data-collection phase of neuropsychological evaluations (chapter 1 in Clinician's Guide to Neuropsychological Assessment.) | PSYC9140 - Neuropsychological assessment (Spring 2009) Robins | 1/1/2005 - 4/16/2009 | 35 | 00.00% |
| | Vanderstaay, S. (2005). One hundred dollars and a dead man. The Journal of Contemporary Ethnography 34(4), 371-409 | EPS8500 - Qualitative/Interpretive Research in Education I (Fall 2008) Kaufmann | 1/1/2005 - 4/16/2009 | 133 | 00.01% |
| | Vanderstaay, S. (2005). One hundred dollars and a dead man. The Journal of Contemporary Ethnography 34(4), 371-409. | EPS9280 - Interpretive Inquiry in Education (Fall 2006) Kaufmann | 1/1/2005 - 4/16/2009 | 10 | 00.00% |

EXHIBIT 103 - 50