**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**Cambridge University Press, et al. v.
Mark P. Becker, in his official capacity as Georgia State University President, et al.**

**Civil Action No. 1:08-cv-1425-ODE**

| EXHIBIT | DESCRIPTION | BATES RANGE / DEPOSITION EXHIBIT | OTHER |
|---|---|---|---|
| 1. | Deposition of John Challice, dated June 12, 2009 ("Challice Dep.") | n/a | Confidential – Filed Under Seal |
| 2. | Deposition of Frank Smith, dated July 1, 2009 ("Smith Dep.") | n/a | Highly Confidential – Filed Under Seal |
| 3. | Declaration of Sara Van Valkenburg, SAGE Publications, dated February 26, 2010 ("Van Valkenburg Decl.") | n/a | Confidential – Filed Under Seal |
| 4. | Declaration of Frank Smith, Cambridge University Press, dated February 25, 2010 ("Smith Decl.") | n/a | Confidential – Filed Under Seal |
| 5. | Declaration of Niko Pfund in Support of Plaintiffs' Motion for Summary Judgment, dated February 26, 2010 ("Pfund Decl.") | n/a | Confidential – Filed Under Seal |
| 6. | Deposition of Jodi Kaufman, dated May 6, 2009 ("Kaufman Dep.") | n/a | |
| 7. | Deposition of Niko Pfund, dated June 15, 2009 ("Pfund Dep.") | n/a | Confidential – Filed Under Seal |
| 8. | Deposition of Diane Belcher, dated May 7, 2009 ("Belcher Dep.") | n/a | |
| 9. | Declaration of Steven M. Sheffrin in Support of Plaintiffs' Motion for Summary Judgment ("Sheffrin Decl") | n/a | |
| 10. | Affidavit of Debra J. Mariniello in Support of Plaintiffs' Motion for Summary Judgment, attaching Expert Report of Debra J. | n/a | Confidential – Filed Under Seal |

741274.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Cambridge University Press, et al. v.
Mark P. Becker, in his official capacity as Georgia State University President, et al.**

**Civil Action No. 1:08-cv-1425-ODE**

| EXHIBIT | DESCRIPTION | BATES RANGE / DEPOSITION EXHIBIT | OTHER |
|---|---|---|---|
|  | Mariniello In Response to the Report of Kenneth D. Crews ("Mariniello Rpt.") |  |  |
| 11. | Deposition of Debra J. Mariniello, dated June 30, 2009 ("Mariniello Dep. I") | n/a | Confidential – Filed Under Seal |
| 12. | Deposition of Robert B. K. Dewar, dated December 8, 2009 ("Dewar Dep.") | n/a |  |
| 13. | Deposition of James Daniel Palmour, dated April 23, 2009 ("Palmour Dep.") | n/a |  |
| 14. | Deposition of Nancy Seamans, dated March 10, 2009 ("Seamans Dep.") | n/a |  |
| 15. | Deposition of Marjorie Denise Dimsdale, dated May 13, 2009 ("Dimsdale Dep.") | n/a |  |
| 16. | October 31, 2006 Email string between J. Palmour and N. Kropf re: Spring course pack | GaState0004844 – 45 Plaintiffs' Dep. Ex. 48 |  |
| 17. | Course Reserves – FAQ for Instructors http://www.library.gsu.edu/reserves/instructorinfo.asp | Plaintiffs' Dep. Ex. 127 |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Cambridge University Press, et al. v.
Mark P. Becker, in his official capacity as Georgia State University President, et al.**

Civil Action No. 1:08-cv-1425-ODE

| EXHIBIT | DESCRIPTION | BATES RANGE / DEPOSITION EXHIBIT | OTHER |
|---|---|---|---|
| 18. | Deposition of Laura G. Burtle, dated April 24, 2009 ("Burtle Dep.") | n/a | |
| 19. | April 18, 2006 Email string between J. Palmour and K. Lippincott re: ERes again | GaState038664 – 65 Plaintiffs' Dep. Ex. 54 | |
| 20. | Academic Permission Invoices from Cambridge University Press | CUP0000236 - 39 Plaintiffs' Dep. Ex. 51 | Highly Confidential – Filed Under Seal |
| 21. | Spring Semester 2009 ERes Report | GSU008247.001 – 365 Plaintiffs' Dep. Ex. 77 | |
| 22. | Fall Semester 2009 ERes Report | GaState0063992 – 4150 | |
| 23. | Deposition of Paula Christopher, dated June 10, 2009 ("Christopher Dep.") | n/a | |
| 24. | Deposition of Jason Reifler, dated June 3, 2009 ("Reifler Dep.") | n/a | |
| 25. | Coursepack Production Services Quarterly Reports, 1995 - 2008 | GaState038782 – 808 Plaintiffs' Dep. Ex. 46 | |
| 26. | Board of Regents Guide to Understanding Copyright & Education Fair Use | GSU002523 – 76 Plaintiffs' Dep. Ex. 2 | |
| 27. | Deposition of Kenneth Crews, dated December 10, 2009 ("Crews | n/a | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Cambridge University Press, et al. v.**
**Mark P. Becker, in his official capacity as Georgia State University President, et al.**

**Civil Action No. 1:08-cv-1425-ODE**

| EXHIBIT | DESCRIPTION | BATES RANGE / DEPOSITION EXHIBIT | OTHER |
|---|---|---|---|
|  | Dep.") |  |  |
| 28. | November 5, 2008 Email string between T. McElwee and W. Potter re: USG Select Committee on Copyright | GaState0021031 – 32<br>Plaintiffs' Dep. Ex. 9 |  |
| 29. | Deposition of William Gray Potter, dated March 9, 2009 ("Potter Dep.") | n/a |  |
| 30. | October 31, 2008 Letters from E. Davis to USG Select Committee on Copyright | GaState0020830 – 38<br>Plaintiffs' Dep. Ex. 8 |  |
| 31. | October 31, 2008 Email from E. Davis to W. Potter re: USG Select Committee on Copyright | GaState0020828 – 29<br>Plaintiffs' Dep. Ex. 7 |  |
| 32. | New USG Policy – Copyright Generally<br>http://www.usg.edu/copyright/site/copyright_generally | Plaintiffs' Dep. Ex. 10 |  |
| 33. | New USG Policy – Introduction to the Fair Use Checklist<br>http://usg.edu/copyright/site/introduction_to_the_fair_use_checklist | Plaintiffs' Dep. Ex. 14 |  |
| 34. | New USG Policy – Fair Use Checklist<br>http://www.usg.edu/images/copyright_docs/fair_use_checklist.pdf | Plaintiffs' Dep. Ex. 90 |  |
| 35. | Fair Use Checklist, Social Cognition | GSU008678 – 80 |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Cambridge University Press, et al. v.
Mark P. Becker, in his official capacity as Georgia State University President, et al.**

**Civil Action No. 1:08-cv-1425-ODE**

| EXHIBIT | DESCRIPTION | BATES RANGE / DEPOSITION EXHIBIT | OTHER |
|---|---|---|---|
| | | | |
| 36. | Dual Modes in Social Cognition Excerpt | GaState0033771 – 96<br>Plaintiffs' Dep. Ex. 254 | |
| 37. | Attention and Encoding Excerpt | GaState0033797 – 20<br>Plaintiffs' Dep. Ex. 255 | |
| 38. | Representation in Memory Excerpt | GaState0033821 – 48<br>Plaintiffs' Dep. Ex. 256 | |
| 39. | Fair Use Checklist, Reconsidering the Rational Public | GSU008668 – 70<br>Plaintiffs' Dep. Ex. 257 | |
| 40. | Reconsidering the Rational Public: Cognition, Heuristics, and Mass Opinion Excerpt | GaState0033721 – 36<br>Plaintiffs' Dep. Ex. 258 | |
| 41. | Fair Use Checklist, Affect as Information | GSU008666 – 67<br>Plaintiffs' Dep. Ex. 259 | |
| 42. | Affect as Information: The Role of Public Mood in Political Reasoning Excerpt | GaState0033710 – 20<br>Plaintiffs' Dep. Ex. 260 | |
| 43. | Elements of Reason Cover & Table of Contents | Plaintiffs' Dep. Ex. 261 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Cambridge University Press, et al. v.
Mark P. Becker, in his official capacity as Georgia State University President, et al.**

**Civil Action No. 1:08-cv-1425-ODE**

| EXHIBIT | DESCRIPTION | BATES RANGE / DEPOSITION EXHIBIT | OTHER |
|---|---|---|---|
| 44. | Fair Use Checklist, Public Opinion and Democratic Politics | GSU008681 – 83 <br> Plaintiffs' Dep. Ex. 262 | |
| 45. | Public Opinion and Democratic Politics: The Problem of Nonattitudes and the Social Construction of Political Judgment Excerpt | GaState0033737 – 55 | |
| 46. | Fair Use Checklist, Nature and Origins of Mass Opinion | GSU008641 – 42 <br> Plaintiffs' Dep. Ex. 264 | |
| 47. | Deposition of Debra J. Mariniello, dated January 15, 2010 ("Mariniello Dep.II") | n/a | Confidential – Filed Under Seal |
| 48. | Maymester 2009 ERes Report | GaState0050426 – 85 | |
| 49. | Summer Semester 2009 ERes Report | GaState0061932 – 67 | |
| 50. | Deposition of Sarah Van Valkenburg, dated June 29, 2009 ("Van Valkenburg Dep.") | n/a | Confidential – Filed Under Seal |
| 51. | Copyright Clearance Center – GSU Cost 98 to Pres.xls | GaState0000824 <br> Plaintiffs' Dep. Ex. 73 | |

741274.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Cambridge University Press, et al. v.
Mark P. Becker, in his official capacity as Georgia State University President, et al.**

**Civil Action No. 1:08-cv-1425-ODE**

| EXHIBIT | DESCRIPTION | BATES RANGE / DEPOSITION EXHIBIT | OTHER |
|---|---|---|---|
| 52. | May 29, 2007 Email String Between D. Dimsdale and B. Kelsey re Library Reserves | GaState0003417 Plaintiffs' Dep. Ex. 134 | |
| 53. | April 21, 2008 Email string from M. Dimsdale to L. Burtle re: FYI—Eres info | GaState0003610 Plaintiffs' Dep. Ex. 80 | |
| 54. | Spring Semester 2005 ERes Report | GSU007945.002.xls-000001-000381 | |
| 55. | Fall Semester 2006 ERes Report | GSU007945.012.xls-000001-000416 Plaintiffs' Dep. Ex. 56 | |
| 56. | Spring Semester 2007 ERes Report | GSU007945.004.xls-000001-000401 Plaintiffs' Dep. Ex. 57 | |
| 57. | Fall Semester 2007 ERes Report | GSU007945.013.xls-000001-000437 Plaintiffs' Dep. Ex. 58 | |
| 58. | Spring Semester 2008 ERes Report | GSU007945.005.xls-000001-000377 Plaintiffs' Dep. Ex. 59 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Cambridge University Press, et al. v.
Mark P. Becker, in his official capacity as Georgia State University President, et al.**

**Civil Action No. 1:08-cv-1425-ODE**

| **EXHIBIT** | **DESCRIPTION** | **BATES RANGE / DEPOSITION EXHIBIT** | **OTHER** |
|---|---|---|---|
| 59. | Fall 2008 ERes Report | GSU007945.014.xls-000001-000442 | |
| 60. | Document Hit Statistics 2003-2008 | GaState0003167<br>Plaintiffs' Dep. Ex. 79 | |
| 61. | GSU Law Library Procedures for Placing Electronic | GSU003874-77 | |
| 62. | August 16, 2005 Email from P. Christopher to D. Dimsdale re ERes and WebCT Vista | GaState0000945<br>Plaintiffs' Dep. Ex. 285 | |
| 63. | Dialogue Page for Studies in American Politics (Spring 2009) | GaState0033632<br>Plaintiffs' Dep. Ex. 243 | |
| 64. | June 27, 2005 Email string between M. Elsaway and P. Binder re WebCt guest account | GaState0006267<br>Plaintiffs' Dep. Ex. 272 | |
| 65. | uLearn Audit Report Statistics | GaState0049748-802<br>Plaintiffs' Dep. Ex. 276 | Redacted |
| 66. | POLS 4256 Syllabus Fall 2006 | GaState0000497-99 | |
| 67. | POLS 4255 ERes Course Readings Syllabus | GSU000558 | |

741274.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**Cambridge University Press, et al. v.
Mark P. Becker, in his official capacity as Georgia State University President, et al.**

**Civil Action No. 1:08-cv-1425-ODE**

| EXHIBIT | DESCRIPTION | BATES RANGE / DEPOSITION EXHIBIT | OTHER |
|---|---|---|---|
| 68. | GSU ERes Screen Shot | Plaintiffs' Dep. Ex. 67 | |
| 69. | Summer Semester 2008 ERes Report | GSU007945.010.xls-000001-207 | |
| 70. | MUS 8840 Syllabus Summer 2008 | GSU007904-09 | |
| 71. | GSU ERes Screen Shot "Cambridge" Search | Plaintiffs' Dep. Ex. 68 | |
| 72. | GSU ERes Screen Shot "Cambridge Univers" Search | Plaintiffs' Dep. Ex. 71 | |
| 73. | POLS 8200 Syllabus Fall 2007 | GaState0046416-22 | |
| 74. | GSU ERes Screen Shot "Cambridge" Search | Plaintiffs' Dep. Ex. 69 | |
| 75. | AL 8900 Syllabus Spring 2009 | GaState0046249-59 Plaintiffs' Dep. Ex. 113 | |
| 76. | AL 8660 Syllabus Fall 2007 | GaState0003060-64 | |
| 77. | GSU ERes Screen Shot "Leviathan" Search | Plaintiffs' Dep. Ex. 62 | |
| 78. | COMM 8100 Syllabus Fall 2006 | GaState0027932-43 | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**Cambridge University Press, et al. v.
Mark P. Becker, in his official capacity as Georgia State University President, et al.**

**Civil Action No. 1:08-cv-1425-ODE**

| EXHIBIT | DESCRIPTION | BATES RANGE / DEPOSITION EXHIBIT | OTHER |
|---|---|---|---|
| 79. | Defining Physical War Excerpt | GaState0064366-77 | |
| 80. | World War and Early Modern Communication Research | GaState0064378-93 | |
| 81. | GSU ERes Screen Shot "Slave Community" Search | Plaintiffs' Dep. Ex. 61 | |
| 82. | GSU ERes Screen Shot "Oxford" Search | Plaintiffs' Dep. Ex. 70 | |
| 83. | AAS 4030 Syllabus Spring 2008 | GaState46328-37 | |
| 84. | AAS 3000 Syllabus Spring 2008 | GaState0046302-09 | |
| 85. | The Slave Family Excerpt | GaState022815-59 | |
| 86. | Plantation Realities Excerpt | GaState022860-96 | |
| 87. | EPY 7090 Syllabus 2007-2008 | GaState0003887-95 | |
| 88. | EPRS 8500 Syllabus Fall 2007 | GaState0003776-85　Plaintiffs' Dep. Ex. 105 | |
| 89. | EPSF 9280 Syllabus Fall 2006 | GaState0003810-19　Plaintiffs' Dep. Ex. 102 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Cambridge University Press, et al. v.**
**Mark P. Becker, in his official capacity as Georgia State University President, et al.**

**Civil Action No. 1:08-cv-1425-ODE**

| EXHIBIT | DESCRIPTION | BATES RANGE / DEPOSITION EXHIBIT | OTHER |
|---|---|---|---|
| 90. | AL 8961 Syllabus Spring 2007 | GaState0002809-13<br>Plaintiffs' Dep. Ex. 118 | |
| 91. | 'New Themes' Excerpt | GaState022949-66 | |
| 92. | A 'New' Paradigm? Excerpt | GaState022967-80 | |
| 93. | Media Production and The Encoding of Gender Excerpt | GaState064468-90 | |
| 94. | JOUR 4780 Syllabus Spring 2007 | GSU007705-10 | |
| 95. | JOUR 4780 Syllabus Spring 2008 | GSU007746-52 | |
| 96. | JOUR 4780 Syllabus Spring 2009 | GSU007782-87 | |
| 97. | GSU ERes Screen Shot "Dluhy" Search | Plaintiffs' Dep. Ex. 63 | |
| 98. | PSYC 8200 Syllabus Fall 2006 | GaState0031146-48 | |
| 99. | PSYC 8200 Syllabus Fall 2007 | GaState0031149-51 | |
| 100. | July 2, 2007 Letter from K. Crews to L. Ray Patterson | GaState0063527-28<br>Plaintiffs' Dep. Ex. 291 | |

741274.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Cambridge University Press, et al. v.
Mark P. Becker, in his official capacity as Georgia State University President, et al.**

**Civil Action No. 1:08-cv-1425-ODE**

| EXHIBIT | DESCRIPTION | BATES RANGE / DEPOSITION EXHIBIT | OTHER |
|---|---|---|---|
| 101. | January 8, 2009 Email from B. Brigdon to W. Potter | GaState0020797-98 Plaintiffs' Dep. Ex. 5 | Redacted |
| 102. | November 7, 2008 Email from W. Potter to B. Brigdon re: First Meeting | GaState0020869 Plaintiffs' Dep. Ex. 6 | |
| 103. | Excerpts from E-Reserves Report 1/1/05-1/30/09 | GSU007945.001.xls-000001-001971 | |
| 104. | EPRS 8500 Syllabus Fall 2008 | GaState0003756-65 | |
| 105. | "Focus on the Language Classroom" Excerpts | GaState022897 – 933 | |
| 106. | "The Sage Handbook of Qualitative Research" Excerpts | GaState0064324 – 55 | |
| 107. | Understanding Successful Advocacy Excerpt | GaState0064356 – 65 | |