# WORKS ALLEGED IN COMPLAINT AND INTERROGATORIES

| | Alleged | Plaintiff | Prof., Course, Semester | Book Title | Excerpt | Reg. # | Total Pgs. |
|---|---|---|---|---|---|---|---|
| 1 | Compl. ¶ 22; Ex. 1, pgs. 4 | SAGE Publications (Collection) (Work for Hire) | Professor Belcher's "Qualitative Research" (AL8961) (spring 07) | Norman Denzin & Yvonna S. Lincoln, Handbook of Qualitative Research, 2nd ed. (2000) (1065 pgs.) [1] | Chapter 6: Yvonna S. Lincoln and Egon G. Guba, "*Paradigmatic Controversies, Contradictions, and Emerging Confluences*" (pgs. 163-188) | TX-3-721-799 TX-6-175-287 | 157 or 14.7% |
| 2 | Compl. ¶ 22; Ex. 1, pgs. 4 | SAGE Publications (Collection) (Work for Hire) | Professor Belcher's "Qualitative Research" (AL8961) (spring 07) | Norman Denzin & Yvonna S. Lincoln, Handbook of Qualitative Research, 2nd ed. (2000) (1065 pgs.) | Chapter 16: Robert Stake, "*Case Studies*" (pgs. 435-454) | TX-3-721-799 TX-6-175-287 | |
| 3 | Compl. ¶ 22; Ex. 1, pgs. 4 | SAGE Publications (Collection) (Work for Hire) | Professor Belcher's "Qualitative Research" (AL8961) (spring 07) | Norman Denzin & Yvonna S. Lincoln, Handbook of Qualitative Research, 2nd ed. (2000) (1065 pgs.) | Chapter 17: Barbara Tedlock, "*Ethnography and Ethnographic Representation*" (pgs. 455-486) | TX-3-721-799 TX-6-175-287 | |
| 4 | Compl. ¶ 22; Ex. 1, pgs. 4 | SAGE Publications (Collection) (Work for Hire) | Professor Belcher's "Qualitative Research" (AL8961) (spring 07) | Norman Denzin & Yvonna S. Lincoln, Handbook of Qualitative Research, 2nd ed. (2000) (1065 pgs.) | Chapter 19: Kathy Charmaz, "*Grounded Theory: Objectivist and Constructivist Methods*" (pgs. 509-535) | TX-3-721-799 TX-6-175-287 | |

---

[1] All works exclude Bibliographic and/or Index pages.

# WORKS ALLEGED IN COMPLAINT AND INTERROGATORIES

| | Alleged | Plaintiff | Prof., Course, Semester | Book Title | Excerpt | Reg. # | Total Pgs. |
|---|---|---|---|---|---|---|---|
| 5 | Compl. ¶ 22; Ex. 1, pgs. 4 | SAGE Publications (Collection) (Work for Hire) | Professor Belcher's "Qualitative Research" (AL8961) (spring 07) | Norman Denzin & Yvonna S. Lincoln, Handbook of Qualitative Research, 2nd ed. (2000) (1065 pgs.) | Chapter 24: Andrea Fontana & James H. Frey, "*The Interview: From Structured Questions to Negotiated Text*" (pgs. 645-672) (not included on the ERes CD) | TX-3-721-799 TX-6-175-287 | |
| 6 | Ex. 1, pgs. 3, 5 | SAGE Publications (Collection) (Work for Hire) | Professor Belcher's "Qualitative Research" (AL8961) (spring 07); "Qualitative Methods in Sociology" (SOC18342) (fall 07) | Norman Denzin & Yvonna S. Lincoln, Handbook of Qualitative Research, 2nd ed. (2000) (1065 pgs.) | Chapter 25: Michael V. Angrosino and Kimberly A. Mays de Perez, "*Rethinking Observation: From Method to Context*" (pgs. 673-702) (not included on the ERes CD) | TX-3-721-799 TX-5-220-475 | |
| | | | | | | | |
| 7 | Compl. ¶ 23; Ex. 1, pgs. 5, 6 | SAGE Publications (Collection) (Work for Hire) | Professor Kaufman's "Qualitative/In-terpretive Research in Education I" (EPS8500) (fall 07); "Qualitative Research in Education II" (EPRS8510) (spring 08) | The SAGE Handbook of Qualitative Research, 3rd ed. (2005) (1126 pgs.) | Chapter 5: Russell Bishop, "*Freeing Ourselves from Neocolonial Domination in Research*" (pgs. 109-138) | TX-6-175-287 | 152 or 13.5% |

ATL_IMANAGE-6518667.4

| | Alleged | Plaintiff | Prof., Course, Semester | Book Title | Excerpt | Reg. # | Total Pgs. |
|---|---|---|---|---|---|---|---|
| 8 | Ex. 1 pg. 4 | SAGE Publications (Collection) (Work for Hire) | Professor Kaufman's "Qualitative Research" (AL 8961) (spring 07); Professor Eposito's "Ethnographic Approaches" (EPRS 8500) (fall 07) | The SAGE Handbook of Qualitative Research, 3rd ed. (2005) (1126 pgs.) | Chapter 12: Joe L. Kincheloe & Peter McLaren, "*Rethinking Critical Theory and Qualitative Research*" (pgs. 303-341) | TX-6-175-287 | |
| 9 | Compl. ¶ 23; Ex. 1, pgs. 5 | SAGE Publications (Collection) (Work for Hire) | Professor Kaufman's "Qualitative/Interpretive Research in Education I" (EPS8500) (fall 07) & (EPRS8510) (spring 08) | The SAGE Handbook of Qualitative Research, 3rd ed. (2005) (1126 pgs.) | Chapter 14: Kenneth Plummer, "*Critical Humanism and Queer Theory: Living With the Tensions*" (pgs. 357-373) | TX-6-175-287 | |
| 10 | Compl. ¶ 23; Ex. 1, pgs. 5 | SAGE Publications (Collection) (Work for Hire) | Professor Kaufman's "Qualitative/Interpretive Research in Education I" (EPS8500) (fall 07) & (EPRS8510) (spring 08) | The SAGE Handbook of Qualitative Research, 3rd ed. (2005) (1126 pgs.) | Chapter 17: Robert Stake, "*Qualitative Case Studies*" (pgs. 443-465) | TX-6-175-287 | |
| 11 | Compl. ¶ 23; Ex. 1, pgs. 5 | SAGE Publications (Collection) (Work for Hire) | Professor Kaufman's "Qualitative/Interpretive Research in Education I" (EPS8500) (fall 07) & (EPRS8510) (spring 08) | The SAGE Handbook of Qualitative Research, 3rd ed. (2005) (1126 pgs.) | Chapter 22: John Beverly, "*Testimonio, Subalternity, and Narrative Authority*" (pgs. 547-557) | TX-6-175-287 | |

## WORKS ALLEGED IN COMPLAINT AND INTERROGATORIES

| | Alleged | Plaintiff | Prof., Course, Semester | Book Title | Excerpt | Reg. # | Total Pgs. |
|---|---|---|---|---|---|---|---|
| 12 | Compl. ¶ 23; Ex. 1 pg. 4, 5 | SAGE Publications (Collection) (Work for Hire) | Professor Kaufman's "Qualitative/Interpretive Research in Education I" (EPS8500) (fall 07) & (EPRS8510) (spring 08); Professor Eposito's "Qualitative Research" (AL 8961) (spring 07); Professor Kaufman's "Ethnographic Approaches" (EPRS 8500) (fall 07) | The SAGE Handbook of Qualitative Research, 3rd ed. (2005) (1126 pgs.) | Chapter 25: Susan Chase, "*Narrative Inquiry*" (pgs. 651-679) | TX-6-175-287 | |
| 13 | Compl. ¶ 23; Ex. 1, pgs. 5 | SAGE Publications (Collection) (Work for Hire) | Professor Kaufman's "Qualitative/Interpretive Research in Education I" (EPS8500) (fall 07) & (EPRS8510) (spring 08) | The SAGE Handbook of Qualitative Research, 3rd ed. (2005) (1126 pgs.) | Chapter 36: John Smith & Phil Hodkinson, "*Relativism, Criteria, and Politics*" (pgs. 915-932) | TX-6-175-287 | |
| 14 | Compl. ¶ 23 | SAGE Publications (Collection) (Work for Hire) | Professor Kaufman's "Qualitative/Interpretive Research in Education I" (EPRS8510) (spring 08) | The SAGE Handbook of Qualitative Research, 3rd ed. (2005) (1126 pgs.) | Chapter 38: Laurel Richardson & Elizabeth Adams St. Peirre, "*Writing: A Method of Inquiry*" (pgs. 959-978) | TX-6-175-287 | |

## WORKS ALLEGED IN COMPLAINT AND INTERROGATORIES

| | Alleged | Plaintiff | Prof., Course, Semester | Book Title | Excerpt | Reg. # | Total Pgs. |
|---|---|---|---|---|---|---|---|
| 15 | Compl. ¶ 24; Ex. 1 pgs. 7 | SAGE Publications (Individual Work: Milan J. Dluhy) | Professor Emshoff's "Introduction to Community Psychology" (PSYC8200) (fall 06) (PSYC8200) (fall 07) | Changing the System: Political Advocacy for Disadvant-aged Groups (1981) (117 pgs.) | Chapter 2: "*Understand-ing Successful Advocacy*" (pgs. 17-26); and Chapter 7: "*Sharpening Advocacy Skills*" (pgs. 91-108) | TX-6-826-963 | 28 or 23.9% |
| 16 | Compl. ¶ 24; Ex. 1, pg. 5 | SAGE Publications (Individual Work: Liesbet van Zoonen) | "Women and Media" (JOU4780) | Feminist Media Studies (1994) (155 pgs.) | Chapter 2, "*'New' Themes*" (pgs. 11-28); Chapter 3, "*A 'New' Paradigm?*" (pgs. 29-42); and Chapter 4, "*Media Production and the Encoding of Gender*" (pgs. 43-65) | First published in United Kingdom | 55 or 35.5% |

ATL_IMANAGE-6518667.4

**WORKS ALLEGED IN COMPLAINT AND INTERROGATORIES**

|    | Alleged | Plaintiff | Prof., Course, Semester | Book Title | Excerpt | Reg. # | Total Pgs. |
|----|---------|-----------|------------------------|------------|---------|--------|------------|
| 17 | Compl. ¶¶ 25, 26; Ex. 1, pg. 1; Rog. 2 | Cambridge University Press (Individual Work: Ethan Scheiner) | Professor Reimann's "The Political Economy of Japan" (POLS4256) (fall 06); "Political Economy of East Asia" (POLS4255) (fall 07) | Democracy Without Competition in Japan: Opposition Failure in a One-Party Dominant State (2006) (232 pgs.) | Chapter 2: "*Opposition Failure in Japan: Background and Explanations*" (pgs. 31-63) | TX-6-845-954 | 33 or 14.2% |
| 18 | Compl. ¶ 25; Ex. 1, pg. 1 | Cambridge University Press (Collection) (Work for Hire) | Professor Orr's "Baroque Music" (MUS8840) (fall 06) | The Cambridge Companion to the Organ (1998) (321 pgs.) | Chapter 14: Patrick Russill, "*Catholic Germany and Austria 1648-c1800*" (pgs. 204-218) | First published in the United Kingdom | 32 or 10.0% |
| 19 | Compl. ¶ 25; Ex. 1, pg. 1 | Cambridge University Press (Collection) (Work for Hire) | Professor Orr's "Baroque Music" (MUS8840) (fall 06) | The Cambridge Companion to the Organ (1998) (321 pgs.) | Chapter 15: Geoffrey Webber, "*The North German Organ School*" (pgs. 219-35) | First published in the United Kingdom | |

# WORKS ALLEGED IN COMPLAINT AND INTERROGATORIES

| | Alleged | Plaintiff | Prof., Course, Semester | Book Title | Excerpt | Reg. # | Total Pgs. |
|---|---|---|---|---|---|---|---|
| 20 | Compl. ¶ 25 | Cambridge University Press (Collection) (Work for Hire) | Professor Orr's "Baroque Music" (MUS8840) (fall 06) | The Cambridge Companion to the Organ (1997) (337 pgs.) | Chapter 10: Anthony Hicks, "*Handel and the Idea of an Oratorio*" (pgs. 145-163) | Not described | 37 or 11.0% |
| 21 | Compl. ¶ 25 | Cambridge University Press (Collection) (Work for Hire) | Professor Orr's "Baroque Music" (MUS8840) (fall 06) | The Cambridge Companion to the Organ (1997) (337 pgs.) | Chapter 11: Graydon Beeks, "*Handel's Sacred Music*" (pgs. 164-181) | Not described | |
| 22 | Compl. ¶ 26; Ex. 1, pg. 1 | Cambridge University Press (Collection) (Work for Hire) | Professor Bunting's "Material Design, Development, and Publication" (AL8660) (fall 07) | Materials Development in Language Teaching (1998) (346 pgs.) | Chapter 1: Gwyneth Fox, "*Using Corpus Data in the Classroom*" (pgs. 25-43) | TX-6-829-599 | 60 or 17.6% |
| 23 | Compl. ¶ 26; Ex. 1, pg. 1 | Cambridge University Press (Collection) (Work for Hire) | Professor Bunting's "Material Design, Development, and Publication" (AL8660) (fall 07) | Materials Development in Language Teaching (1998) (346 pgs.) | Chapter 4: David Jolly & Ro Bolitho, "*A Framework for Materials Writing*" (pgs. 90-115) | TX-6-829-5754 | |
| 24 | Compl. ¶ 26; Ex. 1, pg. 1 | Cambridge University Press (Collection) (Work for Hire) | Professor Bunting's "Material De-sign, Develop-ment, and Pub-lication" (AL8660) (fall 07) | Materials Development in Language Teaching (1998) (346 pgs.) | Chapter 6: Phillip Prowse, "*How Writers Write: Testimony from Authors*" (pgs. 130-145) | TX-6-829-750 | |

# WORKS ALLEGED IN COMPLAINT AND INTERROGATORIES

| | Alleged | Plaintiff | Prof., Course, Semester | Book Title | Excerpt | Reg. # | Total Pgs. |
|---|---|---|---|---|---|---|---|
| 25 | Compl. ¶ 26; Ex. 1, pg. 1 | Cambridge University Press (Individual Work: Theda Skocpol) | "Comparative Political Analysis" (POLS8200) (fall 07) | States and Social Revolutions: A Comparative Analysis of France, Russia and China (1979) (350 pgs.) | Chapter 1, "*Explaining Social Revolutions: Alternatives to Existing Theories*" (pgs. 3-43); Chapter 2, "*Old-Regime States in Crisis*" (pgs. 47-111) | TX-300-300 | 106 or 30.3% |
| | | | | | | | |
| 26 | Compl. ¶ 26; Ex. 1, pg. 1 | Cambridge University Press (Individual Work: Richard Allwright & Kathleen Bailey) | Four different sections, "Applied Linguistics Practicum" (AL8900) (fall 07) | Focus on the Language Classroom (1991) (223 pgs.) | Chapter 9: "*Receptivity: the Issues Involved*" (pgs. 158-168); and Chapter 10: "*Receptivity: Some Relevant Research*" (pgs. 169-193) | TX-6-829-758 | 36 or 16.1% |
| | | | | | | | |
| 27 | Compl. ¶ 26; Ex. 1, pg. 2 | Cambridge University Press (Individual Work: Gary Cox & Mathew McCubbins) | Professor Lazurus's "American Legislative Process" (POLS8170) (spring 08) | Legislative Leviathan (2007) (328 pgs.) | Chapters 5: "*Theory of Legislative Parties*" (pgs. 107-35); Chapter 7: "*Party Loyalty and Committee Assignments*" (pgs. 163-87); and Chapter 8: "*Contingents and Parties*" (pgs. 188-229) | Application for Registration Filed and In Process | 96 or 29.3% |

ATL_IMANAGE-6518667.4

## WORKS ALLEGED IN COMPLAINT AND INTERROGATORIES

| | Alleged | Plaintiff | Prof., Course, Semester | Book Title | Excerpt | Reg. # | Total Pgs. |
|---|---|---|---|---|---|---|---|
| 28 | Compl. ¶ 27; Ex. 1, pg. 2 | Oxford University Press (Individual Work: George M. Fredrick-son) | Professor Blumi's "Survey of World History Since 1500" (HIST1112) (spring 07) | White Supremacy: A Comparative Study in American & South African History (1981) (339 pgs.) | Chapter 1: "*Settlement and Subjugation, 1600-1840*" (pgs. 3-53) | TX-625-807 | 51 or 15% |
| 29 | Compl. ¶ 27; Ex. 1, pg. 2 | Oxford University Press (Individual Work: Christopher Simpson) | Professor Darsey's "Theories of Public" (fall 06) | Science of Coercion: Communication Research & Psychological Warfare 1945-1960 (1994) (193 pgs.) | Chapter 1: "*Defining Psychological Warfare*" (pgs. 3-14) and Chapter 2: "*World War and Early Modern Communication Research*" (pgs. 15-30) | TX-4-367-232 | 28 or 14.5% |
| 30 | Compl. ¶ 27; Ex. 1, pg. 2-3 | Oxford University Press (Individual Work: John W. Blas-singame) | Professor Dixon's "African-American Male/Female Relationships" (AAS4030) (fall 07 & spring 08); "African-American Family" (AAS3000) (spring 08) | The Slave Community: Plantation Life in the Antebellum South (1979) (382 pgs.) | Chapter 4: "*The Slave Family*" (pgs. 149-191); and Chapter 7: "*Plantation Realities*" (pgs. 249-283) (spring 08 only) | TX-367-220 A-381467 | 78 or 20.4% |

## WORKS ALLEGED IN COMPLAINT AND INTERROGATORIES

|    | Alleged | Plaintiff | Prof., Course, Semester | Book Title | Excerpt | Reg. # | Total Pgs. |
|----|---------|-----------|--------------------------|------------|---------|--------|------------|
| 31 | Compl. ¶ 27; Ex. 1, pg. 2 | Oxford University Press (Individual Work: Laura E. Berk) | Three different sections, "The Psychology of Young Children" (EPY7090) (fall 07) | Awakening Children's Minds (2001) (296 pgs.) | Chapter 6: "*Learning in Classrooms*" (pgs. 181-219) | TX-5-335-981 | 39 or 13.2% |