IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMBRIDGE UNIVERSITY )
PRESS, et al., )
)
    Plaintiffs, )
)
vs. )  Civil Action File
)  No. 1:08-CV-1425-ODE
MARK P. BECKER, in his )
official capacity as )
Georgia State University )
President, et al., )
)
    Defendants. )

- - -

Videotaped deposition of JAMES DANIEL PALMOUR, taken on behalf of the plaintiffs, pursuant to the stipulations contained herein, before Teresa Bishop, RPR, RMR, CCR No. B-307, at 104 Marietta Street, 6th floor, Room 3, Atlanta, Georgia, on Thursday, April 23, 2009, commencing at the hour of 8:54 a.m.

Shugart & Bishop
Certified Court Reporters
Suite 140
13 Corporate Square
Atlanta, Georgia 30329
(770) 955-5252

```
                    I N D E X

Examinations                                          Page


EXAMINATION BY MR. LARSON                              7
EXAMINATION BY MR. ASKEW                              229



                    E X H I B I T S

    No.      Description                             Page

    24    complaint                                   162
    29    Document titled library support &            29
          technology initiatives information
          system & technology administrative
          support unit review self-study
    30    E-mail from mailgroup to employees dated    37
          1/11/06 subject coursepacks
    31    ERes request form                            43
    32    ERes request form                            54
    33    Power point document Bates number            55
          GAState0000693 through 705
```

```
 1      Q.   But the EReserves, it's correct that the
 2  EReserves are free apart from --
 3      A.   That's correct.  That's correct.
 4      Q.   Apart from the nickel a page printing cost?
 5      A.   That's correct.
 6      Q.   So they compete with coursepacks because they
 7  are free as opposed to something you have to pay for,
 8  right?
 9      A.   That's correct.
10      Q.   Okay.  Put that aside.
11           Mark as Plaintiffs' 48 a document that has the
12  Bates number Georgia State 0004844.
13                      (Plaintiffs' Exhibit No. 48
14                       was marked for identification
15                       by the reporter.)
16  BY MR. LARSON:
17      Q.   Mr. Palmour, do you recognize this e-mail?
18      A.   Yes, I do.
19      Q.   And just tell me what it is.
20      A.   It's an e-mail exchange with a Professor Nancy
21  Kript.
22      Q.   And who is Ms. Kript?
23      A.   It says here she's a professor in the school
24  of social work.
25      Q.   Okay.  You see at the bottom the e-mail from
```

```
 1        A.   Yes.
 2        Q.   Even though the excerpt is the same exact
 3   excerpt?
 4        A.   Yes.
 5        Q.   And is that going to change under the new
 6   policy, do you know?
 7        A.   Well, under the new policy -- well, in this
 8   case if someone wanted more than the library reserves
 9   thought was meeting the fair use guideline, I assume
10   that they would also try to get permission from the
11   publisher.  That would be one option.
12        Q.   But going forward for work under -- well, for
13   the work that the professor believes is fair use --
14        A.   Right.
15        Q.   -- it will be posted on EReserves without a
16   permission fee, correct?
17        A.   Right.
18        Q.   And if the same excerpt is put in a coursepack
19   you'll continue to pay a permissions fee, correct?
20        A.   Right.
21        Q.   If you were to pay permissions fees for
22   EReserves listings, do you have a budget for that?
23        A.   No.
24        Q.   Any way to recoup that fee from students?
25        A.   There's no structure in place right now.
```