# Exhibit H - Seamans Deposition

```
            UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION


CAMBRIDGE UNIVERSITY PRESS, et al.,

        Plaintiffs,
                          CIVIL ACTION FILE
   vs.
                          NO. 1:08-CV-1425-ODE

MARK P. BECKER, in his official capacity as Georgia
State University President, et al.,

        Defendants.
_____


     Videotaped deposition of NANCY SEAMANS, taken on
behalf of the Plaintiffs pursuant to Rules 26 and 30
of the Federal Rules of Civil Procedure, before
Michelle M. Boudreaux, Georgia Certified Court
Reporter, at the Offices of Legal Affairs for Georgia
State University, 10 Park Place South Building,
Atlanta, Georgia, on the 10th day of March 2009,
commencing at the hour of 10:15 a.m.

_____




                    SHUGART & BISHOP
                Certified Court Reporters
                  13 Corporate Square
                       Suite 140
                  Atlanta, Georgia 30329
                     (770) 955-5252
```

SHUGART & BISHOP

c9bd1ee0-c711-4361-9769-589b1c8d1658

INDEX
EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 17 | Copyright in Instruction & the New USG Copyright Policy | 23 |
| Exhibit 18 | Printouts from the GSU Library Web Site Containing Information Related to Course Reserves | 67 |
| Exhibit 19 | ERes (Use this form to place materials in any format on reserve.) | 91 |
| Exhibit 20 | Doc Hit Report, 1/1/08 thru 5/15/08, With Course Names.xls | 92 |
| Exhibit 21 | Printscreens from GSU Library Web Site | 102 |
| Exhibit 22 | 10/27/08 E-mail to Nancy Seamans from Burns Newsome | 139 |
| Exhibit 23 | Printouts from GSU Library Web Site | 174 |
| Exhibit 24 | First Amended Complaint for Declaratory Judgment and Injunctive Relief | 176 |
| Exhibit 25 | Chapters 9 and 10 from "Focus on the Language Classroom" | 177 |
| Exhibit 26 | Photocopy of Cover of Book Titled "Focus on the Language Classroom" | 177 |
| Exhibit 27 | Chapter 4 from "The Slave Community, Plantation Life in the Antebellum South" | 189 |
| Exhibit 28 | Photocopy of Cover of Book Titled "Slave Community, Plantation Life in the Antebellum South" | 190 |

1  Q    In that circumstance, where would the money
2  come from for the faculty member to make the required
3  permission payment?
4  A    I don't know.
5  Q    Is that something you've given any
6  consideration to?
7  A    Yes.
8  Q    What has your thought been on that?
9  A    I'm in the process of cutting a million
10 dollars from my operating budget, and it's painful to
11 have to do that; and at the same time, if we had
12 faculty members who needed help to get permission, I
13 would try to find the money to do that.
14 Q    And are you --
15 A    Financial support.
16 Q    As part of your budgeting process, are you
17 intending to earmark, however difficult it may be,
18 some funds for that purpose specifically?
19 A    Not specifically, no.
20 Q    So you would just scratch and claw and try
21 to find the money?
22 A    That's what we're doing with everything
23 else, yes.
24 Q    Did the committee of which you were a
25 member give consideration to this issue, namely the

1   Georgia State University to be able to obtain
2   materials via the E-Reserve system free of charge?
3           MR. SCHAETZEL:  Objection as to
4       form.
5           THE WITNESS:  I don't know.
6       Q   (By Mr. Rich)  Do you have a view as to
7   what the impact on Georgia State University would be
8   if permissions fees were paid with respect to an
9   increased percentage of works which today claim fair
10  use protection?
11      A   Yes.
12      Q   What is your viewpoint?
13      A   My viewpoint is that the materials would
14  not be used, but that rather than go through the
15  process of investigating this, figuring out what
16  was -- what needed to be done, paying the fee, the
17  faculty member would just decide not to use the
18  supplemental materials.
19      Q   And built into that assumption is that
20  there would or would not be funding resources made
21  available by the library?
22      A   I think that's almost irrelevant to the
23  question.  I think it -- it just -- I don't think it
24  would happen because faculty members would choose not
25  to provide the supplemental materials.

SHUGART & BISHOP

c9bd1ee0-c711-4361-9769-589b1c8d1658