```
FILED IN CLERK'S OFFICE
    U.S.D.C. Atlanta

    FEB 26 2010

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action File |
| | ) No. 1:08-CV-1425-ODE |
| MARK P. BECKER, in his official capacity as Georgia State University President, et al., | ) |
| Defendants. | ) |

- - -

Videotaped deposition of JAMES DANIEL PALMOUR, taken on behalf of the plaintiffs, pursuant to the stipulations contained herein, before Teresa Bishop, RPR, RMR, CCR No. B-307, at 104 Marietta Street, 6th floor, Room 3, Atlanta, Georgia, on Thursday, April 23, 2009, commencing at the hour of 8:54 a.m.

Shugart & Bishop
Certified Court Reporters
Suite 140
13 Corporate Square
Atlanta, Georgia 30329
(770) 955-5252