**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

FEB 26 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMBRIDGE UNIVERSITY )
PRESS, et al., )
　　　　　　　　　　　　　）
　　　　Plaintiffs, )
　　　　　　　　　　　　　）
　　vs. ) Civil Action File
　　　　　　　　　　　　　) No. 1:08-CV-1425-ODE
MARK P. BECKER, in his )
official capacity as )
Georgia State University )
President, et al., )
　　　　　　　　　　　　　）
　　　　Defendants. )

- - -

　　　　Videotaped deposition of PAULA CHRISTOPHER, taken on behalf of the plaintiffs, pursuant to the stipulations contained herein, before Teresa Bishop, RPR, RMR, CCR No. B-307, at 44 Courtland Street, 2nd floor, Room 278, Atlanta, Georgia, on Wednesday, June 10, 2009, commencing at the hour of 8:32 a.m.

Shugart & Bishop
Certified Court Reporters
Suite 140
13 Corporate Square
Atlanta, Georgia 30329
(770) 955-5252