FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 26 2010

JAMES N. HATTEN, CLERK
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMBRIDGE UNIVERSITY )
PRESS, et al., )
)
 Plaintiffs, )
)
vs. ) Civil Action File
) No. 1:08-CV-1425-ODE
MARK P. BECKER, in his )
official capacity as )
Georgia State University )
President, et al., )
)
 Defendants. )

---

Videotaped deposition of LAURA G. BURTLE, taken on behalf of the plaintiffs, pursuant to the stipulations contained herein, before Sharon A. Gabrielli, RPR, CCR No. B-2202, at 104 Marietta Street, 6th floor, Room 3, Atlanta, Georgia, on Friday, April 24, 2009, commencing at the hour of 9:13 a.m.

Shugart & Bishop
Certified Court Reporters
Suite 140
13 Corporate Square
Atlanta, Georgia 30329
(770) 955-5252