FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 26 2010

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al.,

　　　　Plaintiffs,

　　vs.　　　　　　　　　　　CIVIL ACTION FILE

　　　　　　　　　　　　　　　NO. 1:08-CV-1425-ODE

MARK P. BECKER, in his official capacity as Georgia
State University President, et al.,

　　　　Defendants.

---

　　Videotaped deposition of WILLIAM GRAY POTTER, taken on behalf of the Plaintiffs pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, before Michelle M. Boudreaux, Georgia Certified Court Reporter, at King & Spalding, 1180 Peachtree Street, Atlanta, Georgia, on the 9th day of March 2009, commencing at the hour of 10:04 a.m.

---

SHUGART & BISHOP
Certified Court Reporters
13 Corporate Square
Suite 140
Atlanta, Georgia 30329
(770) 955-5252