UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 26 2010

JAMES N. HATTEN, CLERK
By: /s/ Deputy Clerk

CAMBRIDGE UNIVERSITY PRESS, et al.,

    Plaintiffs,

    CIVIL ACTION FILE

vs.

    NO. 1:08-CV-1425-ODE

MARK P. BECKER, in his official capacity as Georgia State University President, et al.,

    Defendants.

---

    Videotaped deposition of NANCY SEAMANS, taken on behalf of the Plaintiffs pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, before Michelle M. Boudreaux, Georgia Certified Court Reporter, at the Offices of Legal Affairs for Georgia State University, 10 Park Place South Building, Atlanta, Georgia, on the 10th day of March 2009, commencing at the hour of 10:15 a.m.

---

SHUGART & BISHOP
Certified Court Reporters
13 Corporate Square
Suite 140
Atlanta, Georgia 30329
(770) 955-5252