FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 26 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMBRIDGE UNIVERSITY
PRESS, et al.,

    Plaintiffs,      Case Number:

vs.      1:08-CV-1425-ODE

MARK BECKER, et al.,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Videotape deposition of JASON REIFLER, Ph.D., taken on behalf of the defendants, pursuant to the stipulations contained herein, before Regina W. Hollis, RPR, CCR-B-2306, at Georgia State University, Atlanta, Georgia, on Wednesday, June 3rd, 2009, commencing at the hour of 1:30 p.m.

Shugart & Bishop
Certified Court Reporters
Suite 140
13 Corporate Square
Atlanta, Georgia 30329
770-955-5252
770-955-5211 (facsimile)