```
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
- - - - - - - - - - - - - - - - - - x
CAMBRIDGE UNIVERSITY PRESS,        )
OXFORD UNIVERSITY PRESS, INC.,     )
and SAGE PUBLICATIONS, INC.,       )
                                   )
              Plaintiffs,          )
                                   )
     -against-                     )
                                   ) Index No.
                                   ) 1:08-CV-1425-ODE
MARK P. BECKER, in his             )
official capacity as Georgia       )
State University President, et     )
al.,                               )
                                   )
              Defendant.           )
- - - - - - - - - - - - - - - - - - x
```

**ORIGINAL**

DEPOSITION OF KENNETH D. CREWS
New York, New York
December 10, 2009

Reported by:
Judi Johnson, RPR, CRR, CLR
Job No.: 26678