UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> -vs.- <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br><br> Defendants. | Civil Action No. 1:08-CV-1425-ODE |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE BRIEFS IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT AND, IF NECESSARY, REPLY BRIEFS AND BRIEF IN SUPPORT**

Plaintiffs Cambridge University Press, Oxford University Press, Inc., and Sage Publications, Inc. (collectively "Plaintiffs") and Defendants Mark P. Becker, Ron Henry, Nancy Seamans, J.L. Albert, Kenneth R. Bernard, Jr. , James A. Bishop, Hugh A. Carter, Jr. , William H. Cleveland, Robert F. Hatcher, Felton Jenkins, W. Mansfield Jennings, Jr., James R. Jolly, Donald M. Leebern, Jr., Elridge McMillan, William NeSmith, Jr., Doreen Stiles Poitevint, Willis J. Potts, Jr., Wanda Yancey Rodwell, Kessel Stelling, Jr., Benjamin J. Tarbutton, III, Richard L. Tucker, and Allan Vigil (collectively "Defendants"), by and through their undersigned counsel, respectfully move the Court for an extension of two

briefing periods: (1) for the parties to file briefs in opposition to cross-pending motions for summary judgment, up to and including April 5, 2010, and (2) for the parties to file reply briefs, if any, up to and including April 26, 2010.

In support of this motion, the Parties show the Court as follows:

1.

On December 31, 2009, the Court entered a Scheduling Order in this case providing for (i) summary judgment motions and briefs to be filed by February 26, 2010; (ii) opposition briefs to be filed by March 22, 2010; and (iii) reply briefs if any, to be filed by April 8, 2010.

2.

In accordance therewith, the parties timely filed motions for summary judgment on February 26, 2010. These motions are substantial and voluminous.

3.

In view of the substance and volume of the Plaintiffs' motion for summary judgment, Defendants request that the time for filing briefs in opposition be extended from March 22, 2010, up to and including Monday, April 5, 2010. Plaintiffs consent to this request. In light of this proposed extension, the parties request that the time for filing reply briefs, if any, be extended from April 8, 2010, up to and including April 26, 2010.

WHEREFORE, the Parties respectfully move this Court for entry of an Order extending the stated two briefing periods accordingly. A Proposed Order is attached for the Court's convenience.

Respectfully submitted this 15th day of March, 2010.

<div style="display: flex;">

/s/ C. Suzanne Johnson
Anthony B. Askew
Georgia Bar No. 025300
Special Assistant Attorney General
Stephen M. Schaetzel
Georgia Bar No. 628653
Kristen A. Swift
Georgia Bar No. 702536
C. Suzanne Johnson
Georgia Bar No. 321398
KING & SPALDING, LLP
1180 Peachtree Street
Atlanta, Georgia 30309
(404) 572-5100

Mary Jo Volkert
Georgia Bar No. 728755
Assistant Attorney General
40 Capitol Square
Atlanta, Georgia 30334

**Attorneys for the Defendants**

/s/ John H. Raines IV
*(with express permission)*
Edward B. Krugman
Georgia Bar No. 429927
John H. Rains IV
Georgia Bar No. 556052
BONDURANT, MIXSON &
ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309

R. Bruce Rich *(pro hac vice)*
Randi Singer *(pro hac vice)*
Todd D. Larson *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

**Attorneys for the Plaintiffs**

</div>

## CERTIFICATE OF SERVICE

I hereby certify that this document was prepared in Times New Roman 14 point font.

<div style="text-align: right;">

/s/ C. Suzanne Johnson
C. Suzanne Johnson

</div>

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing JOINT **MOTION FOR EXTENSION OF TIME TO FILE BRIEFS IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT AND, IF NECESSARY, REPLY BRIEFS AND BRIEF IN SUPPORT** with the Clerk of Court using the *CM/ECF* filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Edward B. Krugman
>Georgia Bar No. 429927
>John H. Rains IV
>Georgia Bar No. 556052
>BONDURANT, MIXSON & ELMORE, LLP
>120 1 West Peachtree Street NW
>Suite 3900
>Atlanta, GA 30309
>
>R. Bruce Rich *(pro hac vice)*
>Randi Singer *(pro hac vice)*
>Todd D. Larson *(pro hac vice)*
>WEIL, GOTSHAL & MANGES LLP
>767 Fifth Avenue
>New York, New York 10153

This 15th day of March, 2010.

>>>*/s/* C. Suzanne Johnson

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al., <br><br> Plaintiffs, <br><br> -*vs.*- <br><br> MARK P. BECKER, in his official capacity as Georgia State University President, et al., <br><br> Defendants. | Civil Action No. <br> 1:08-CV-1425-ODE |

## **CONSENT SCHEDULING ORDER**

Upon review of the Parties' Joint Motion for Extension of Time to File Briefs in Opposition to Motions for Summary Judgment and, If Necessary, Reply Briefs, the Court orders that briefs in opposition to the pending motions for summary judgment shall be filed by April 5, 2010; and reply briefs, if any, shall be filed by April 26, 2010.

     SO ORDERED this _____ day of March, 2010.

                                          Hon. Orinda D. Evans
                                          United States District Judge