**FILED IN CHAMBERS**
U.S.D.C. - Atlanta

MAY 0 3 2011

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS;
OXFORD UNIVERSITY PRESS, INC.;
SAGE PUBLICATIONS, INC.

    Plaintiffs,

v.

MARK P. BECKER, in his official capacity as President of Georgia State University; RISA PALM, in her official capacity as Senior Vice President for Academic Affairs and Provost of Georgia State University; J.L. ALBERT, in his official capacity as Georgia State University Associate Provost for Information Systems and Technology; NANCY SEAMANS, in her official capacity as Dean of Libraries at Georgia State University; ROBERT F. HATCHER, in his official capacity as Vice Chair of the Board of Regents of the University System of Georgia; KENNETH R. BERNARD, JR., JAMES A BISHOP, FREDERICK E. COOPER, LARRY R. ELLIS, FELTON JENKINS, W. MANSFIELD JENNINGS, JR., JAMES R. JOLLY, DONALD M. LEEBERN, JR., WILLIAM NESMITH, JR., DOREEN STILES POITEVINT, WILLIS J. POTTS, JR., WANDA YANCEY RODWELL, KESSEL STELLING, JR., BENJAMIN J. TARBUTTON, III, RICHARD L. TUCKER, ALLAN VIGIL, and LARRY WALKER, in their official capacities as members of the Board of Regents of the University System of Georgia

    Defendants.

CIVIL ACTION NO.
1:08-CV-1425-ODE

ORDER

This civil case is before the Court on two Motions in Limine filed by Plaintiffs [Doc. 273 and Doc. 274] and two Motions in Limine filed by Defendants [Doc. 272 and Doc. 277]. The Court

ORDERS Defendants to respond to Plaintiffs' Motions in Limine by Monday, May 9, 2011 at 5:00 p.m, if they wish to respond. The Court ORDERS Plaintiffs to respond to Defendants' Motions in Limine by Monday, May 9, 2011 at 5:00 p.m., if they wish to respond. The Court ORDERS that reply briefs, if any, shall be filed by Wednesday, May 11 at 5:00 p.m.

SO ORDERED, this ___3___ day of May, 2011.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE