# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:08-cv-01425-ODE**
**Cambridge University Press et al v. Patton et al**
**Honorable Orinda D. Evans**

Minute Sheet for proceedings held In Open Court on 05/26/2011.

| | |
|---|---|
| TIME COURT COMMENCED: 9:35 A.M. | COURT REPORTER: Andy Ashley |
| TIME COURT CONCLUDED: 4:35 P.M. | CSO/DUSM: Dwight Williams |
| TIME IN COURT: 6:00 | DEPUTY CLERK: Vicki Hanna |
| OFFICE LOCATION: Atlanta | |

ATTORNEY(S) PRESENT:
Anthony Askew representing Allan Vigil
Mary Bates representing Benjamin J. Tarbutton
Jonathan Bloom representing Cambridge University Press
John Harbin representing Benjamin J. Tarbutton
Edward Krugman representing Cambridge University Press
Todd Larson representing Cambridge University Press
Richard Miller representing Benjamin J. Tarbutton
Natasha Moffitt representing Benjamin J. Tarbutton
Katrina Quicker representing Allan Vigil
John Rains representing Cambridge University Press
R. Rich representing Cambridge University Press
Stephen Schaetzel representing Allan Vigil
Randi Singer representing Cambridge University Press

PROCEEDING CATEGORY: Bench Trial Continued;

MINUTE TEXT: Plaintiffs evidence continues: 15) Mark Becker, by deposition; P-970, 971, 972, 973, 974, and 1002, 27, 28, 233, 342, 436, ADMITTED; P-322, 343 and 509, DEFERRED; P-522, 528, 530, 533 thru 537, 539, 540, 542, 545, 549 thru 550, 553 thru 555, 557 thru 558, 563, 570, 592, 597 thru 603, 606, 608 613 656 thru 662, ADMITTED; P-700 thru 705 and 710, REJECTED; P-733, 869, 871, 872, 877, 885 thru 886, 896, 899 thru 901, 904, 906, 907, 913, 914, ADMITTED; P-931, 932, DEFERRED; P-938, 941, 942, 946, 947, 949, 950 thru 955, 957, 959, 960, 965, 977 thru 979 and D-195, ADMITTED; Plaintiffs rest. Defendants renewed motion to dismiss, DENIED. Defendants Motion for Directed Verdict, Granted in Part, as to the contributory infringement claim. Defendants evidence: Deposition of Mark Becker, filed UNDER SEAL; 1) Charles R. Hankla, sworn; P-950, D-623, 776, 480, 777, 481, ADMITTED; 2) Janet Gabler-Hover, sworn; D-599, ADMITTED.

HEARING STATUS: Hearing not concluded. Court adjourned and will reconvene at 9:30 a.m., May 27, 2011.

TRIAL STATUS: Evidence Entered, continued

EXHIBIT STATUS: Exhibits retained by the Court to be forwarded to the Clerks Office.