# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:08-cv-01425-ODE
## Cambridge University Press et al v. Patton et al
## Honorable Orinda D. Evans

Minute Sheet for proceedings held In Open Court on 06/02/2011.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 4:35 P.M.
TIME IN COURT: 6:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Debra Bull
CSO/DUSM: Dwight Williams
DEPUTY CLERK: Vicki Hanna

ATTORNEY(S) PRESENT:
Anthony Askew representing Allan Vigil
Mary Bates representing Benjamin J. Tarbutton
Jonathan Bloom representing Cambridge University Press
John Harbin representing Benjamin J. Tarbutton
Edward Krugman representing Cambridge University Press
Todd Larson representing Cambridge University Press
Richard Miller representing Benjamin J. Tarbutton
Natasha Moffitt representing Benjamin J. Tarbutton
Katrina Quicker representing Allan Vigil
John Rains representing Cambridge University Press
R. Rich representing Cambridge University Press
Stephen Schaetzel representing Allan Vigil
Randi Singer representing Cambridge University Press

PROCEEDING CATEGORY: Bench Trial Continued;

MINUTE TEXT: Defendants evidence continues: 11.) Deborah Mariniello, by deposition, cont., D-14, 69, 65, 66, 67, 78, ADMITTED; 12) Jennifer McCoy, by deposition; D-381, 383, 384, 385, 386, 387, ADMITTED; 13) Daphne Greenberg, by deposition; D-464, 605, 909, 740, ADMITTED; previously admitted Defendants exhibits 381, 383, 387, struck as duplicative; D-528, ADMITTED; 14) Nancy Seamans, sworn; D-145, 520, ADMITTED; 15) Kenneth D. Crews, sworn; D- 910, ADMITTED.

HEARING STATUS: Hearing not concluded. Court adjourned and will reconvene at 9:30 a.m., June 3, 2011.

TRIAL STATUS: Evidence Entered, continued

EXHIBIT STATUS: Exhibits retained by the Court to be forwarded to the Clerks Office.