# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, et al.,<br><br>      Plaintiffs,<br><br>      *v.*<br><br>MARK P. BECKER, in his official capacity as Georgia State University President, et al.,<br><br>      Defendants. | Civil Action File<br>No.1:08-CV-1425-ODE |

## NOTICE OF APPEAL

All Plaintiffs in the above-styled action respectfully give notice that they appeal to the United States Court of Appeals for the Eleventh Circuit from the final, appealable order entered in this action on August 10, 2012. Plaintiffs seek review of that order [Dkt. No. 441], and all prior orders entered in this case, including but not limited to:

- Order, May 11, 2012 [Dkt. No. 423];

- The district court's May 26, 2011 oral ruling granting in part Defendants' Motion for Directed Verdict [Dkt No. 357];

- Order, May 13, 2011 [Dkt. No. 311];

1001639.1

- Order, May 12, 2011 [Dkt. No. 310];

- Order, December 28, 2010 [Dkt. No. 249];

- Order, November 5, 2010 [Dkt. No. 240];

- Order, September 30, 2010 [Dkt. No. 235];

- Order, September 21, 2010 [Dkt. No. 234];

- Order, April 6, 2011 [Dkt. No. 269];

- Order, August 12, 2010 [Dkt. No. 227];

- Order, August 11, 2010 [Dkt. No. 226];

- Order, September 3, 2009 [Dkt. No. 121];

- Order, June 22, 2009 [Dkt. No. 111]; and

- Numerous oral evidentiary rulings made by the district court during trial which are reflected in the trial transcript.

Respectfully submitted this 10th day of September, 2012.

/s/ John H. Rains IV
Edward B. Krugman
Georgia Bar No. 429927
John H. Rains IV
Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, Georgia  30309
(404) 881-4100

1001639.1

        R. Bruce Rich (*pro hac vice*)
        Randi Singer (*pro hac vice*)
        Jonathan Bloom (*pro hac vice*)
        Todd D. Larson (*pro hac vice*)


WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

        *Attorneys for Plaintiffs*

1001639.1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF filing system which will send e-mail notification of such filing to opposing counsel as follows:

John W. Harbin, Esq.
Natasha H. Moffitt, Esq.
Mary Katherine Bates, Esq.
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia  30309

Katrina M. Quicker, Esq.
Richard W. Miller, Esq.
BALLARD SPAHR, LLP
999 Peachtree Street, Suite 1000
Atlanta, Georgia  30309

Anthony B. Askew, Esq.
Stephen M. Schaetzel, Esq.
MCKEON, MEUNIER, CARLIN & CURFMAN, LLC
817 W. Peachtree Street, Suite 900
Atlanta, Georgia 30308

Mary Jo Volkert, Esq.
Assistant State Attorney General
40 Capitol Square
Atlanta, Georgia 30334

This 10th day of September, 2012.

/s/ John H. Rains IV
John H. Rains IV

1001639.1