

FILED IN CHAMBERS
U.S.D.C. - Atlanta

FEB 11 2015

_____, Clerk
By: AMCau_____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, OXFORD UNIVERSITY PRESS, INC., and SAGE PUBLICATIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> J. L. ALBERT, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:08-cv-1425-ODE |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this ____11____ day of February, 2015.


_____
UNITED STATES DISTRICT JUDGE