# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CAMBRIDGE UNIVERSITY PRESS, et al.,

                            Plaintiffs,

                    -*v.*-

MARK P. BECKER, in his official capacity as Georgia State University President, et al.,

                            Defendants.

Civil Action File
No.1:08-CV-1425-ODE

## NOTICE OF FILING

Plaintiffs Cambridge University Press, Oxford University Press, Inc., and

Sage Publications, Inc. hereby give notice of filing the Declaration attached hereto

as Exhibit A:

1)      Declaration of Debra J. Mariniello.

Respectfully submitted this 1st day of June, 2015.

                            /s/ John H. Rains IV
                            Edward B. Krugman
                            Georgia Bar No. 429927
                            John H. Rains IV
                            Georgia Bar No. 556052

1329305.1

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
krugman@bmelaw.com
rains@bmelaw.com

R. Bruce Rich (*pro hac vice*)
Randi Singer (*pro hac vice*)
Jonathan Bloom (*pro hac vice*)
Todd D. Larson (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
r.bruce.rich@weil.com
randi.singer@weil.com
jonathan.bloom@weil.com
todd.larson@weil.com

*Attorneys for Plaintiffs*

1329305.1

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF**

**FILING** with the Clerk of Court using the CM/ECF filing system which will send

e-mail notification of such filing to opposing counsel as follows:


Anthony B. Askew, Esq.
Stephen M. Schaetzel, Esq.
Walter Hill Levie, III, Esq.
MEUNIER, CARLIN & CURFMAN, LLC
817 W. Peachtree Street, Suite 500
Atlanta, Georgia 30308

Samuel S. Olens, Esq.
R.O. Lerer, Esq.
Denise E. Whiting-Pack, Esq.
Mary Jo Volkert, Esq.
40 Capitol Square, S.W.
Atlanta, Georgia 30334

And all other counsel of record.


This 1st day of June, 2015.

/s/ John H. Rains IV
John H. Rains IV