IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CAMBRIDGE UNIVERSITY PRESS;<br>OXFORD UNIVERSITY PRESS, INC.;<br>SAGE PUBLICATIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MARK P. BECKER, in his official<br>Capacity as President of Georgia State<br>University, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action File No.<br>1:08-CV-1425-ODE |

**DEFENDANTS' UNOPPOSED MOTION FOR
CLARIFICATION OF ORDER (DKT NO. 510)**

Defendants respectfully move pursuant to Federal Rule of Civil Procedure 60(a) for a clarification to the Court's Order dated March 31, 2016, DKT #510 (the "Order"). Counsel for Defendants have conferred with counsel for Plaintiffs, and counsel for Plaintiffs have indicated that they will not oppose this motion.

In Section IV of the Order, the Court includes a summary list of the works on which Plaintiffs are entitled to prevail. That list contains seven uses found to be

1

infringing and is reproduced below. However, Defendants note that three of the seven uses listed were found to be fair within the body of the Order and therefore not infringing.

<u>Maymester 2009</u>:

- *The Sage Handbook of Qualitative Research (Third Edition)* (Professor Kaufmann, EPRS 8500 Qualitative/Interpretive Research in Education I)

<u>Summer 2009</u>:

- *The Sage Handbook of Qualitative Research (Second Edition)* (Professor Kaufmann, EPRS 8510 Qualitative Research in Education II - Data Collection)

<u>Fall 2009</u>:

- *The Sage Handbook of Qualitative Research (Third Edition)* (Professor Kaufmann, EPRS 8500 Qualitative/Interpretive Research in Education II)

- *The Sage Handbook of Qualitative Research (Second Edition)* (Professor Esposito, EPSF 8280 Anthropology of Education)

- *The Power Elite* (Professor Harvey, SOCI 8030 Social Theory I)

- *The Sage Handbook of Qualitative Research (Second Edition)* (Professor Ohmer, SW 8200 Evaluation & Technology)

- *Utilization-Focused Evaluation (Third Edition)* (Professor Ohmer, SW 8200 Evaluation & Technology)

DKT #510, p. 211

For the fourth item on the Court's summary list, *The Sage Handbook of Qualitative Research (Second Edition)* (Professor Esposito, EPSF 8280 Anthropology of Education), the identified work was used in a class taught in the Summer of 2009 rather than the Fall of 2009. Further, on page 78 of the Order, the Court states that


Defendants' use of that work was fair: "Weighting the factors as directed by the Court of Appeals, and weighing all factors together, Defendants prevail on the fair use defense. Accordingly, Sage cannot sustain this claim of copyright infringement for the *Handbook, Second Ed*." DKT #510, p. 78.

For the fifth item on the Court's list, *The Power Elite* (Professor Harvey, SOCI 8030 Social Theory I), on page 201 of the Order, the Court states that Defendants' use of that work was fair: "The Court finds that the combined weight of factors one and four is still enough to tip the scale in favor of Defendants. Thus, Georgia State's unpaid use of *The Power Elite* was a fair use." DKT #510, p. 201.

For the sixth item on the Court's list, *The Sage Handbook of Qualitative Research (Second Edition)* (Professor Ohmer, SW 8200 Evaluation & Technology), on page 205 of the Order, the Court states that Defendants' use of that work was fair: "Weighting these factors as directed by the Court of Appeals, Professor Ohmer's use of the Handbook, Second Ed. was a fair use." DKT #510, p. 205.

Therefore, Defendants respectfully request that the Court clarify Section IV of the Order identifying the listing of works on which Plaintiffs are entitled to prevail.

Respectfully submitted this 8th day of April, 2016.

    SAMUEL S. OLENS
    Georgia Bar No. 551540
    Attorney General

    W. WRIGHT BANKS, JR.
    Georgia Bar No. 036156
    Deputy Attorney General

    MARY JO VOLKERT
    Georgia Bar No. 728755
    Assistant Attorney General

    MEUNIER CARLIN & CURFMAN LLC

    */s/ Anthony B. Askew*

    Anthony B. Askew
    Special Assistant Attorney General
    Georgia Bar No. 025300
    Stephen M. Schaetzel
    Special Assistant Attorney General
    Georgia Bar No. 628653
    John W. Harbin
    Georgia Bar No. 324130
    Lisa C. Pavento
    Georgia Bar No. 246698
    Mary Katherine Bates
    Georgia Bar No. 384052
    Meunier Carlin & Curfman LLC
    999 Peachtree Street, NE, Suite 1300
    Atlanta, Georgia 30309
    Phone: (404) 645-7700
    Fax: (404) 645-7707
    Email:  sschaetzel@mcciplaw.com
            taskew@mcciplaw.com
            jharbin@mcciplaw.com

lpavento@mcciplaw.com
kbates@mcciplaw.com


Katrina M. Quicker
Special Assistant Attorney General
Georgia Bar No. 590859
BAKER HOSTETLER
1180 Peachtree Street NE, Suite 1800
Atlanta, GA 30309-7512
Telephone: (404) 459-0050
Facsimile: (678) 459-5734
Email:  kquicker@bakerlaw.com

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, that the foregoing Defendants' Unopposed Motion For Clarification of Order (DKT No. 510) complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

                                            */s/ Anthony B. Askew*
                                            Anthony B. Askew
                                            Special Assistant Attorney General
                                            Georgia Bar No. 025300

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS; ) <br> OXFORD UNIVERSITY PRESS, INC.; ) <br> SAGE PUBLICATIONS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARK P. BECKER, in his official ) <br> Capacity as President of Georgia State ) <br> University, et al. ) <br> ) <br> Defendants. ) <br> _____) | Civil Action File No. <br> 1:08-CV-1425-ODE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 8th day of April 2016, I have electronically filed the foregoing Defendants' Unopposed Motion For Clarification of Order (DKT No. 510) using the CM/ECF system which will automatically send an e-mail notification of such filing to the following attorneys of record:

Edward B. Krugman
*krugman@bmelaw.com*
Georgia Bar No. 429927
John H. Rains IV
Georgia Bar No. 556052

7

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW, Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

R. Bruce Rich
Jonathan Bloom
Randi Singer
Todd D. Larson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*/s/ Anthony B. Askew*
Anthony B. Askew