FILED IN CHAMBERS
U....
APR 14 2016
By: AMCauker

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS; OXFORD UNIVERSITY PRESS, INC.; SAGE PUBLICATIONS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> MARK P. BECKER, in his official capacity as President of Georgia State University; RISA PALM, in her official capacity as Senior Vice President for Academic Affairs and Provost of Georgia State University; J.L. ALBERT, in his official capacity as Georgia State University Associate Provost for Information Systems and Technology; NANCY SEAMANS, in her official capacity as Dean of Libraries at Georgia State University; ROBERT F. HATCHER, in his official capacity as Vice Chair of the Board of Regents of the University System of Georgia; KENNETH R. BERNARD, JR., LARRY R. ELLIS, W. MANSFIELD JENNINGS, JR., JAMES R. JOLLY, DONALD M. LEEBERN, JR., WILLIAM NESMITH, JR., DOREEN STILES POITEVINT, WILLIS J. POTTS, JR., C. DEAN ALFORD, KESSEL STELLING, JR., BENJAMIN J. TARBUTTON, III, RICHARD L. TUCKER, LARRY WALKER, RUTLEDGE A. GRIFFIN, JR., C. THOMAS HOPKINS, JR., NEIL L. PRUITT, JR., and PHILIP A. WILHEIT, SR., in their official capacities as members of the Board of Regents of the University System of Georgia, <br><br> Defendants. | CIVIL ACTION NO. 1:08-CV-1425-ODE |

### ORDER

This case is before the Court on Defendants' Unopposed Motion for Clarification [Doc. 512], filed pursuant to Federal Rule of Civil

Procedure 60(a). Upon consideration and review, the motion is GRANTED. The Court clarifies its previous Order [Doc. 510] as follows.

Plaintiffs are entitled to relief in accordance with the body of this Court's previous Order [Doc. 510]. In summary, Plaintiffs prevail on four (4) claims involving these works in these Georgia State classes:

Maymester 2009:

- *The Sage Handbook of Qualitative Research (Third Edition)* (Professor Kaufmann, EPRS 8500 Qualitative/Interpretive Research in Education I) [Doc. 510 at 38]

Summer 2009:

- *The Sage Handbook of Qualitative Research (Second Edition)* (Professor Kaufmann, EPRS 8510 Qualitative Research in Education II - Data Collection) [Doc. 510 at 55]

Fall 2009:

- *The Sage Handbook of Qualitative Research (Third Edition)* (Professor Kaufmann, EPRS 8500 Qualitative/Interpretive Research in Education II) [Doc. 510 at 68-69]

- *Utilization-Focused Evaluation (Third Edition)* (Professor Ohmer, SW 8200 Evaluation & Technology) [Doc. 510 at 211]

Plaintiffs' infringement claims with respect to other works before the Court on remand fail due to Defendants' successful fair use defense.

SO ORDERED, this **14** day of April, 2016.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE