**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS, OXFORD UNIVERSITY PRESS, INC., and SAGE PUBLICATIONS, INC., <br><br>  Plaintiff(s), <br><br> vs. <br><br> MARK P. BECKER, et al., <br><br>  Defendant(s). | CIVIL ACTION FILE <br><br> NO. 1:08-cv-01425-ODE |

**J U D G M E N T**

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of infringement claims on remand. Plaintiffs prevail on the claims involving these works in these Georgia State classes: <u>Maymester 2009</u>: *The Sage Handbook of Qualitative Research (Third Edition)* (Professor Kaufmann, EPRS 8500 Qualitative/Interpretive Research in Education I); <u>Summer 2009</u>: *The Sage Handbook of Qualitative Research (Second Edition)* (Professor Kaufmann, EPRS 8510 Qualitative Research in Education II - Data Collection); <u>Fall 2009</u>: *The Sage Handbook of Qualitative Research (Third Edition)* (Professor Kaufmann, EPRS 8500 Qualitative/Interpretive and *Utilization-Focused Evaluation (Third Edition)* (Professor Ohmer, SW 8200 Evaluation & Technology.) Defendants prevail with respect to other infringement claims and are entitled to costs and attorneys' fees. Therefore, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 27th day of July, 2016.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Frances K. Pinckney
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 28, 2016
James N. Hatten
Clerk of Court

By: s/Frances K. Pinckney
        Deputy Clerk