**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CAMBRIDGE UNIVERSITY PRESS,
et al.,

|  |  |  |
|---|---|---|
| | Plaintiffs, | Civil Action File<br>No.1:08-CV-1425-ODE |
| | *v.* | |

MARK P. BECKER, in his official
capacity as Georgia State University
President, et al.,

                             Defendants.

## NOTICE OF APPEAL

All Plaintiffs in the above-styled action respectfully give notice that they appeal to the United States Court of Appeals for the Eleventh Circuit from the final, appealable order and judgment entered in this action on July 28, 2016. Plaintiffs seek review of that order and judgment [Dkt. Nos. 531 & 532], and all prior orders and rulings entered in this case, including but not limited to the district court's remand findings and conclusions [Dkt. Nos. 510, 511, & 514].

    Respectfully submitted this 26th day of August, 2016.

                             /s/ John H. Rains IV
                             Edward B. Krugman
                             Georgia Bar No. 429927

1470278.1

John H. Rains IV
Georgia Bar No. 556052

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, Georgia  30309
(404) 881-4100

R. Bruce Rich (*pro hac vice*)
Randi Singer (*pro hac vice*)
Jonathan Bloom (*pro hac vice*)
Todd D. Larson (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

***Attorneys for Plaintiffs***

1470278.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day filed the foregoing **NOTICE OF**

**APPEAL** with the Clerk of Court using the CM/ECF filing system which will send

e-mail notification of such filing to all counsel of record.

This 26th day of August, 2016.

/s/ John H. Rains IV
John H. Rains IV

1470278.1