

FRAP 11 Certification request
1:08-cv-01425-ODE USCA # 16-15726-CC
Mary Marshall to Precious McClam
Cc: Denza Bankhead

11/21/2016 12:46 PM

16-15726 Cambridge University Press, et al v. J. Albert, et al

Please submit all portions of the record not available electronically at this time.

Thanks