UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMBRIDGE UNIVERSITY PRESS; OXFORD UNIVERSITY PRESS, INC.; and SAGE PUBLICATIONS, INC., <br><br>       Plaintiffs, <br><br>vs. <br><br>J. L. ALBERT, in his official capacity as Georgia State University Associate Provost for Information Systems and Technology, KENNETH R. BERNARD, JR., in his official capacity as member of the Board of Regents of the University System of Georgia, et al., <br><br>       Defendants. | CIVIL ACTION FILE <br><br>NO.  1:08-cv-01425-ODE |

**O R D E R**

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE